**IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

GREENLATINOS,
350 COLORADO, and
SIERRA CLUB,

     Plaintiffs,

v.

SUNCOR ENERGY (U.S.A.) INC.,

     Defendant.

---

## COMPLAINT

---

GreenLatinos, 350 Colorado, and Sierra Club (collectively, "Plaintiffs") bring this citizen suit on behalf of their individual members against Suncor Energy (U.S.A.) Inc. ("Suncor" or "Defendant") to enforce against continuing violations of the Clean Air Act, 42 U.S.C. § 7401 *et seq.*, at Suncor's Commerce City Refinery, Plants 1 and 3 ("West Plant") and Plant 2 ("East Plant") at 5800 Brighton Blvd, Commerce City, CO 80022 ("Suncor Refinery").

## TABLE OF CONTENTS

INTRODUCTION ...................................................................................................................5

PARTIES ...............................................................................................................................6

JURISDICTION AND VENUE ............................................................................................9

LEGAL STANDARDS .......................................................................................................10

FACTUAL ALLEGATIONS ..............................................................................................12

I.      The Refinery and Surrounding Communities ...................................................12

        A.      The Suncor Refinery is One of the Largest Polluters in Colorado and is
                Surrounded by Residential Communities that Suffer Disproportionate Air
                Pollution Burdens.........................................................................................13

        B.      The Refinery's Process Units........................................................................14

        C.      Suncor Holds Two Clean Air Act Title V Permits for the Refinery.....................17

        D.      Suncor Submits Regular Reports Identifying Emissions Exceedances and
                Permit Deviations..........................................................................................18

II.     Pollutants and Pollutant Surrogates ................................................................19

        A.      Hydrogen Sulfide ..........................................................................................19

        B.      Carbon Monoxide .........................................................................................20

        C.      Sulfur Dioxide...............................................................................................20

        D.      Nitrogen Oxides............................................................................................21

        E.      Particulate Matter Pollution and Limiting Opacity................................................23

        F.      Hazardous Air Pollutants ............................................................................24

III.    Enforceable Emission Standards and Limitations that Apply to Suncor...........................28

        A.      Suncor Refinery is Subject to Federal New Source Performance Standards
                under Subparts J and Ja..................................................................................28

B. Suncor Refinery is Subject to MACT Standards under Subparts UUU and CC ....................................................................................................35

C. Federal Consent Decrees.......................................................................41

D. Colorado State Implementation Plan Emission Limitations..................44

E. Permit Conditions ..................................................................................48

IV. Neither CDPHE nor EPA Have Commenced or Are Diligently Prosecuting an Action in Court to Enforce the Violations Alleged in this Complaint..............................49

V. Suncor's Reported Emissions Exceedances........................................................50

A. Exceedances of Three-Hour Rolling $H_2S$ Limit of 162 ppmv .............................50

B. Opacity Limit Exceedances ...................................................................51

C. Carbon Monoxide Limit Exceedances...................................................52

D. Sulfur Dioxide Limit Exceedances .......................................................53

E. Flare Operation Standard Departures.....................................................54

CLAIMS FOR RELIEF ..............................................................................................55

CLAIM ONE ...............................................................................................................55

CLAIM TWO...............................................................................................................57

CLAIM THREE............................................................................................................58

CLAIM FOUR .............................................................................................................59

CLAIM FIVE ...............................................................................................................60

CLAIM SIX .................................................................................................................61

CLAIM SEVEN ...........................................................................................................62

CLAIM EIGHT ............................................................................................................62

CLAIM NINE ..............................................................................................................63

CLAIM TEN ................................................................................................................64

CLAIM ELEVEN.........................................................................................................64

CLAIM TWELVE .................................................................................................................65

CLAIM THIRTEEN ..............................................................................................................66

CLAIM FOURTEEN .............................................................................................................66

CLAIM FIFTEEN...................................................................................................................67

CLAIM SIXTEEN ..................................................................................................................68

CLAIM SEVENTEEN............................................................................................................69

CLAIM EIGHTEEN ..............................................................................................................69

CLAIM NINETEEN ...............................................................................................................70

CLAIM TWENTY ..................................................................................................................71

CLAIM TWENTY-ONE .........................................................................................................71

CLAIM TWENTY-TWO ........................................................................................................72

CLAIM TWENTY-THREE.....................................................................................................73

CLAIM TWENTY-FOUR.......................................................................................................74

CLAIM TWENTY-FIVE.........................................................................................................74

CLAIM TWENTY-SIX ..........................................................................................................75

CLAIM TWENTY-SEVEN.....................................................................................................76

CLAIM TWENTY-EIGHT .....................................................................................................76

RELIEF REQUESTED...........................................................................................................77

## INTRODUCTION

1.  Defendant Suncor is one of the largest polluters in the State of Colorado.

2.  Despite already being permitted by the state to emit more than 1,000 tons per year—
    Suncor consistently and continuously violates the air pollution limits imposed by
    regulations and conditions of its air permits. Plaintiffs have documented over 9,000 days
    of Suncor's violations of Clean Air Act requirements subject to this Complaint.

3.  The pollutants emitted by Suncor during these violations enter the surrounding
    neighborhoods, harming the health and environment of the residents.

4.  The residents of the communities near the Suncor Refinery have some of the state's
    highest rates of several diseases associated with exposure to air pollution, including
    asthma, cardiovascular disease, and diabetes.

5.  Suncor's violations increase the level of various air pollutants in these communities that
    already bear a disproportionate burden of environmental impacts.

6.  Suncor has violated limits on the hydrogen sulfide ("$H_2S$") content of fuel gas burned by
    forty separate boilers, heaters, flares, and other units at the refinery. These limits help
    control release of $H_2S$, sulfur dioxide ("$SO_2$"), and particulate matter ("PM").

7.  Suncor has violated limits on the "opacity" of emissions from processing units that break
    down crude oil and extract sulfur from process gases. These limits help control releases
    of particulate matter and hazardous air pollutants.

8.  Suncor has violated limits on carbon monoxide ("CO") emissions at certain boilers and
    crude processing units. In addition to CO, these limits also help control releases of
    harmful hazardous air pollutants like benzene and formaldehyde.

9.    Suncor has violated limits on emissions of $SO_2$ from a processing unit that extracts sulfur from process gases. These limits also help control releases of particulate matter and other sulfurous hazardous air pollutants.

10.   Suncor has violated operational requirements for flares. These requirements are meant to control releases of many hazardous air pollutants by ensuring that flares are efficiently burning and breaking down those pollutants. These requirements also help control emissions of PM, nitrogen oxides ("NOx"), and CO.

11.   Suncor has violated limits on emissions of NOx from a process heater that has been violating the requirement continuously since 2006.

12.   Suncor's violations threaten the health of the Plaintiffs who live, work, and recreate near the Suncor Refinery and are routinely exposed to the polluted air emitted from the refinery.

13.   Suncor's violations harm public health and the environment; however, EPA and the State of Colorado have failed to diligently prosecute enforcement actions sufficiently to stop Suncor's ongoing violations of the Clean Air Act.

14.   Absent an appropriate order from this Court, Suncor will continue to release illegal air pollution as described in this Complaint, which will continue to cause harm to the Plaintiffs.

## PARTIES

15.   GreenLatinos is a national nonprofit organization that convenes a broad coalition of Latino leaders committed to addressing environmental, natural resources, and conservation issues that significantly affect the health and welfare of the Latino

community. GreenLatinos engages in this advocacy at the national, regional, and local levels. It strives to amplify the voices of minority, low-income, and tribal communities, with more than 89,000 members, including over 3,100 members in Colorado.

16.     Sierra Club is a national nonprofit organization. Sierra Club's mission is to explore, enjoy, and protect the wild places of the earth; to practice and promote the responsible use of the earth's ecosystems and resources; to educate and enlist humanity to protect and restore the quality of the natural and human environment; and to use all lawful means to carry out these objectives. In addition to helping people from all backgrounds explore nature and our outdoor heritage, Sierra Club works to promote clean energy, safeguard the health of our communities, protect wildlife, and preserve our remaining wild places through grassroots activism, public education, lobbying, and legal action. Sierra Club currently has more than 3.8 million members nationwide, and over 17,000 members in Colorado aiming to advance health equity, environmental justice, and community resilience. Environmental justice, clean transportation, clean air, and climate change are among the organization's core priorities.

17.     350 Colorado is a nonprofit organization and grassroots movement working to build a fossil-free future powered by 100% renewable energy. 350 Colorado empowers communities to come together to dismantle oppressive systems that enable poverty, racism, and inequality. 350 Colorado engages at the local and state level to ensure that Colorado has a clear and immediate pathway to reduce emissions and secure 100% clean, renewable energy for all. 350 Colorado strives to protect vulnerable communities because

all Coloradans deserve a safe and livable environment. 350 Colorado has around 20,000 members working towards a fossil-free future.

18.     Each of the plaintiff organizations is a "person" pursuant to 42 U.S.C. § 7602(e).

19.     GreenLatinos, the Sierra Club, and 350 Colorado bring this lawsuit on behalf of themselves and their members. To advance their missions, the organizations engage in actions that protect air quality and the health of communities that are affected by increased air pollution.

20.     Members of GreenLatinos, the Sierra Club, and 350 Colorado live, work, own property, and recreate near the Suncor Refinery. These members breathe in pollution from the refinery and are concerned about the effects of the excess emissions from the refinery on their health, the health of their families, their ability to recreate in their neighborhood, the safety of the food they grow, and their property values.

21.     The members are concerned about the impact of the refinery's emissions on their health and the health of their families. Members have suffered various impacts from air pollution, including headaches, stomach aches, allergies, other breathing issues such as asthma, and mental health impacts.

22.     Members alter their recreation due to pollution from Suncor. These activities include spending less time outside in gardens or neighborhood parks with their children and changing their running and walking routes.

23.     Members enjoy their property less due to the pollution. The members see the refinery's flares and the hazy views and smell odors that alter or restrict their daily activities. In response, members limit meals that they eat outside and time they spend gardening. Some

members avoid holding community events at their workplace due to the pollution. Some members fear they may be forced to move due to the impact of the pollution on their wellbeing.

24. The members are exposed to the refinery's excess emissions and are harmed by the violations alleged in this Complaint. A favorable decision in this case would redress the concerns of the organizations and their members.

25. Defendant Suncor is a Delaware Corporation with a principal place of business at 5455 Brighton Blvd, Commerce City, CO 80022.

26. Suncor is a wholly owned subsidiary of Suncor Energy Inc.

27. Suncor owns and operates the Suncor Commerce City Refinery at 5800 Brighton Blvd, Commerce City, CO 80022.

28. Suncor is a corporation and therefore a "person" within the meaning of 42 U.S.C. § 7602(e).

## JURISDICTION AND VENUE

29. This Court has jurisdiction over this action under 42 U.S.C. § 7604(a) (citizen suit provision of the Clean Air Act) and 28 U.S.C § 1331 (federal question jurisdiction).

30. Venue is proper in this Court pursuant to 42 U.S.C. § 7604(c). The Suncor Refinery is located in Commerce City, Colorado.

31. On June 5, 2024, Plaintiffs provided Suncor, with written notice of the claims stated in this action, which was at least sixty days before commencing this action as required by 42 U.S.C. § 7604(b)(2). Plaintiffs also provided notice to the U.S. Environmental Protection Agency ("EPA") (both EPA headquarters and EPA Region 8), the Colorado

Department of Public Health and Environment) ("CDPHE"), and registered agents of Suncor. (Exhibit A, Notice of Intent to Sue for Violations of Clean Air Act at the Suncor Energy (U.S.A) Inc's Refinery in Commerce City, Colorado (June 5, 2024))

32. Neither EPA nor CDPHE have commenced nor is diligently prosecuting a civil action in a court of the United States or a State to redress the alleged violations.

33. Suncor's violations of the Clean Air Act and its Clean Air Act Title V permits described below have been repeated, are ongoing, and are likely to occur in the future absent judicial relief.

## LEGAL STANDARDS

34. The Clean Air Act includes a citizen suit provision, allowing members of the public to file suit against a polluter who violates an "emission standard or limitation" under the Clean Air Act.

35. Specifically, under 42 U.S.C. § 7604(a)(1), "any person may commence a civil action . . . against any person . . . who is alleged to have violated (if there is evidence that the alleged violation has been repeated) or to be in violation of (A) an emission standard or limitation under this chapter or (B) an order issued by the Administrator or a State with respect to such a standard or limitation."

36. The statute defines "emission standard or limitation under this chapter" to include the following things, among others, which are "in effect under this chapter . . . or under an applicable implementation plan"

> (1) a schedule or timetable of compliance, emission limitation, standard of performance or emission standard,
>
> . . .

(3) any condition or requirement of a permit under part C of subchapter I (relating to significant deterioration of air quality) or part D of subchapter I (relating to nonattainment), . . . or any requirement under section 7411 or 7412 of this title (without regard to whether such requirement is expressed as an emission standard or otherwise); or

(4) any other standard, limitation, or schedule established under any permit issued pursuant to subchapter V or under any applicable State implementation plan approved by the Administrator, any permit term or condition, and any requirement to obtain a permit as a condition of operations.

42 U.S.C. § 7604(f).

37.     The statute further defines "emissions limitation" and "emission standard," in relevant part, as "a requirement established by the State or the Administrator which limits the quantity, rate, or concentration of emissions of air pollutants on a continuous basis, including any requirement relating to the operation or maintenance of a source to assure continuous emission reduction, and any design, equipment, work practice or operational standard promulgated under this chapter." 42 U.S.C. § 7602(k).

38.     The statute defines "standard of performance" as "a requirement of continuous emission reduction, including any requirement relating to the operation or maintenance of a source to assure continuous emission reduction." 42 U.S.C. § 7602(l).

39.     Before commencing an action under 42 U.S.C. § 7604(a)(1), a plaintiff must, at least 60 days before filing the complaint, send a notice of the alleged violations "(i) to the [EPA] Administrator, (ii) to the State in which the violation occurs, and (iii) to any alleged violator of the standard, limitation, or order." 42 U.S.C. § 7604(b)(1)(A).

40.     Plaintiffs may not commence a citizen suit "if the Administrator or State has commenced and is diligently prosecuting a civil action in a court of the United States or a State to

require compliance with the" violations of emission standards and limitations alleged. 42 U.S.C. § 7604(b)(1)(B).

41. Where liability is proven, the Court may issue an appropriate injunction and impose civil penalties for each day of violation. 42 U.S.C. §§ 7604(a), 7613(b).

42. The statute of limitations for citizen claims is five years. 42 U.S.C. § 2462. The limitations period is tolled during the 60-day notice period in 42 U.S.C. § 7604(b)(1)(A).

43. The general limitations period applicable to Plaintiffs' claims starts on June 5, 2019.

## FACTUAL ALLEGATIONS

### I.    The Refinery and Surrounding Communities

44. The Suncor Refinery is located at 5800 Brighton Blvd., Commerce City, Colorado 80022.

45. The Suncor Refinery has a 98,000-barrel-per-day refining capacity. The refinery receives crude oil via pipeline, which is refined into finished products that are generally shipped out of the refinery in tanker trucks or railcars.

46. The Suncor Refinery consists of three main operating plants: Plant 1, Plant 2, and Plant 3.

47. Plants 1 and 3 are an integrated operation, referred to collectively as the West Plant. Plant 1 is located on the west side of Brighton Boulevard and refines low-sulfur crude. Plant 3, also called the Asphalt plant, is located on the east side of Brighton Boulevard and refines high-sulfur crude.

48. Plant 2, also referred to as the East Plant, is located on the east side of Brighton Boulevard and refines low-sulfur crude.

A.    **The Suncor Refinery is One of the Largest Polluters in Colorado and is Surrounded by Residential Communities that Suffer Disproportionate Air Pollution Burdens**

49.    The Suncor Refinery is one of the largest sources of pollution in the state of Colorado.

50.    In 2020 alone, the refinery emitted approximately 25 tons of hazardous air pollutants, 500 tons of CO, 650 tons of NOx, 125 tons of PM, 450 tons of volatile organic compounds ("VOCs"), and 230 tons of $SO_2$.[1]

51.    The health risks created by these pollutants threaten the already susceptible nearby residents who have among the highest rates of several diseases associated with air pollution, including asthma, cardiovascular disease, and diabetes.[2]

52.    The refinery pollutes into the surrounding communities: the north Denver neighborhoods and Elyria, Swansea, and Globeville, and Commerce City in Adams County.

53.    The communities surrounding the Suncor Refinery are considered "Disproportionately Impacted Communities" under Colorado's Environmental Justice Act, H.B. 21-1266, Colo. Rev. Stat. § 24-4-109(2)(b)(ii).

---

[1] Enforcement and Compliance History Online, *Air Pollutant Report*, Env't Prot. Agency, (last visited August 3, 2024), https://echo.epa.gov/air-pollutant-report?fid=110032913024.
[2] Gretchin Armijo & Gene C. Hook, Denver Dep't of Env't Health, *How Neighborhood Planning Affects Health in Globeville and Elyria Swansea*, 16–17 (2014) ("Health Impact Assessment"), https://www.denvergov.org/content/dam/denvergov/Portals/746/documents/HIA/HIA%20Composite%20Report_9-18-14.pdf.

54.     According to EPA's recent analysis of the area around the Suncor Refinery, 69,570 residents live within a five-kilometer radius,[3] with the nearest residential home less than half a mile from the refinery. EPA determined that 72 percent of those residents are people of color and 37 percent are economically disadvantaged.[4]

55.     Additionally, EPA found that the area falls within some of the highest percentiles on all 13 of EPA's EJScreen Environmental Justice Indicators: (1) Particulate Matter, 96%; (2) Ozone, 89%; (3) Diesel Particulate Matter, 95%; (4) Air Toxics Cancer Risk, 97%; (5) Air Toxics Respiratory Hazard, 97%; (6) Toxic Releases to Air, 94%; (7) Traffic Proximity, 87%; (8) Lead Paint, 92%; (9) Superfund Proximity, 96%; (10) RMP Facility Proximity, 96%; (11) Hazardous Waste Proximity, 96%; (12) Underground Storage Tanks, 89%; and (13) Wastewater Discharge, 91%.[5]

56.     The Suncor Refinery is located in the Denver-Metro North Front Range ozone nonattainment area. The refinery's emissions contribute to the unhealthy level of ozone and disparate cumulative impacts of pollution endured by nearby residents.

**B.      The Refinery's Process Units**

57.     The Suncor Refinery contains over 200 individual units that emit pollutants.

---

[3] Env't Prot. Agency, *Order Granting in Part and Denying in Part Petitions for Objection to a Title V Operating Permit, Permit No. 95OPAD108*, (July 31, 2023), at 7, https://www.epa.gov/system/files/documents/2023-08/Suncor%20Plant%202%20Order_07-31-23.pdf.
[4] *Id.*
[5] *Id.*

58.     As relevant to this Complaint, the units fall into the following categories: (1) "fuel gas combustion devices" like boilers and process heaters that burn refinery fuel gas;[6] (2) flares; (3) sulfur recovery units; and (4) fluid catalytic cracking units.

59.     *Fuel Gas Combustion Devices*: The Suncor Refinery includes forty separate boilers, process heaters, and similar units that burn refinery fuel gas to generate steam or to heat other process material as part of the refining process.

60.     Refinery fuel gas ("fuel gas") is generated at the refinery as a refining byproduct. As crude oil is refined, various hydrocarbon gases are extracted from liquid crude. These gases are separated into individual gas streams and captured for sale or use at the refinery. The lightest gases, largely consisting of methane and ethane, are generally collected to be used in the refinery's fuel gas system.

61.     The Suncor Refinery captures fuel gas and routes it to two centralized fuel gas systems—one at the East Plant and one at the West Plant.

62.     The West Plant fuel gas system serves 27 fuel gas combustion devices and the East Plant system serves 9 fuel gas combustion devices, as follows:

| West Plant | East Plant |
|---|---|
| Boiler B-4 | Reformer Heater B003 |
| Boiler B-6 | Reformer Heater B004 |
| Boiler B-8 | Reformer Heater B005 |
| Heater H-6 | Boiler B504 |
| Heater H-10 | Boiler B505 |
| Heater H-11 | Crude Heater B001 |
| Heater H-13 | East Plant FCCU Preheater |
| Heater H-16 | East Plant SRU (B011) |
| Heater H-17 | Vacuum Heater B010 |

---

[6] As described in paragraph 137, this Complaint excludes flares from its use of the term "fuel gas combustion device," consistent with the definition in NSPS Subpart Ja.

| West Plant | East Plant |
|---|---|
| Heater H-18 | |
| Heater H-19 | |
| Heater H-20 | |
| Heater H-21 | |
| Heater H-22 | |
| Heater H-27 | |
| Heater H-28 | |
| Heater H-29 | |
| Heater H-30 | |
| Heater H-31 | |
| Heater H-32 | |
| Heater H-33 | |
| Heater H-37 | |
| Heater H-1716 | |
| Heater H-1717 | |
| Heater H-2101 | |
| Heater H-2410 | |
| West Plant SRU (H-25) | |

63.  *Flares*: The Suncor Refinery has four main open-air flares relevant to this Complaint: (1) the West Plant's main refinery flare ("Plant 1 Flare"), (2) the East Plant's main refinery flare ("Plant 2 Flare"), (3) the Asphalt Plant's main flare ("Plant 3 Flare"), and (4) the Asphalt Plant's gasoline benzene reduction flare ("GBR Flare").

64.  The open-air flares are used to (i) control emissions of waste VOCs (including hazardous air pollutants) from other refinery units, and (ii) to control waste gases produced during process upsets.

65.  *Sulfur Recovery Units*: The Suncor Refinery uses three sulfur recovery units ("SRUs") to remove sulfur compounds from fuel gas, and other things, at the refinery.

66.  The West Plant contains SRU #1 (unit P101) and SRU #2 (unit P102). The East Plant contains SRU #3 (unit P009).

67. Emissions from the SRUs are routed through tail gas incinerators to further reduce $H_2S$ and other pollutants before they are emitted. The East Plant's tail gas incinerator is unit B011 ("SRU (B011)"), and the West Plant's tail gas incinerator is unit H-25 ("SRU (H-25)").

68. *Fluid Catalytic Cracking Units*: The Suncor Refinery includes two fluid catalytic cracking units ("FCCUs").

69. The FCCUs use a chemical catalyst to "crack" larger hydrocarbon molecules into gasoline and other smaller hydrocarbons.

70. The West Plant contains the West Plant FCCU (unit P103) ("West Plant FCCU").

71. The East Plant contains the East Plant FCCU (unit P003) ("East Plant FCCU"). The East Plant FCCU includes a fuel-gas-burning preheater (unit B002).

### C.   Suncor Holds Two Clean Air Act Title V Permits for the Refinery

72. The Suncor Refinery holds two operating permits issued under the Clean Air Act Title V program, 40 C.F.R. §§ 70.1 *et seq.*, one for the East Plant ("East Plant Title V Permit") and one for the West Plant ("West Plant Title V Permit").

73. The permits are issued by the Colorado Air Pollution Control Division, which is a part of the CDPHE.

74. The purpose of a Title V permit is to, among other things, (1) detail the applicable emissions standards and limitations, and (2) impose monitoring and reporting requirements. *See* 40 C.F.R. § 70.6.

75. The East Plant Title V Permit, permit number 95OPAD108, was first issued on October 1, 2006. The permit has been renewed twice: on June 15, 2009 ("2009 East Plant Title V

Permit") and September 1, 2022 ("2022 East Plant Title V Permit"). The 2022 East Plant Permit is the currently operative permit.

76.    In the period between the 2009 renewal and the 2022 renewal, Suncor applied for and made 41 modifications to the permit that were not reflected in the permit until it was revised in 2022.

77.    The West Plant Title V Permit, permit number 96OPAD120, was first issued on August 1, 2004. The permit has been revised four times, including on February 22, 2018 ("2018 West Plant Title V Permit") and on July 9, 2024 ("2024 West Plant Title V Permit")— which is the currently operative permit.

78.    Suncor applied for and made more than 20 modifications to the West Plant permit between the 2018 revision and the 2024 renewal permit.

### D.    Suncor Submits Regular Reports Identifying Emissions Exceedances and Permit Deviations

79.    Suncor files various periodic reports with CDPHE and/or EPA in accordance with regulatory or permit reporting requirements.[7] These reports identify events where units at Suncor emitted pollutants that exceeded a numeric regulatory limit or otherwise deviated from permit requirements.

80.    The exceedances identified in Section V are taken from these three reports by Suncor: (1) quarterly excess emissions reports, (2) semi-annual permit and monitoring deviation reports, and (3) community compliance reports.

---

[7] Suncor's reports are available to the public online on CDPHE's Public Access Viewer: https://oitco.hylandcloud.com/CDPHERMPublicAccess/index.html.

II.    **Pollutants and Pollutant Surrogates**

81.    The emissions standard and limitations at issue in this Complaint, *see* Section III, limit

Suncor's emissions of certain pollutants.

82.    The emission standards and limitations set direct limits on emissions of four pollutants:

(1) $H_2S$, (2) CO, (3) $SO_2$, and (4) NOx.

83.    The emissions standards and limitations also include limits on surrogate pollutants,

parameters, or operational requirements to limit emissions of VOCs, particulate matter,

and certain hazardous air pollutants.

A.    **Hydrogen Sulfide**

84.    Forty fuel gas combustion devices and flares at the Suncor Refinery are subject to limits

on the $H_2S$ concentration of the fuel gas they burn.

85.    $H_2S$ is a flammable gas that smells like rotten eggs. $H_2S$ occurs naturally in crude

petroleum[8] and is also created as part of the petroleum refining process.

86.    When combusted, $H_2S$ converts to $SO_2$.[9]

87.    Exposure to $H_2S$ is dangerous—high levels of $H_2S$ can cause death, while even low

concentrations can cause eye and throat irritation, headaches, and tiredness.[10] Chronic

exposure can lead to "low blood pressure, headache, nausea, loss of appetite, weight

---

[8] *Id.*

[9] *Id*. at 163.

[10] Agency for Toxic Substances and Disease Registry, Hydrogen Sulfide – ToxFAQs 1 (Dec. 2016) available at https://www.epa.gov/sites/default/files/2017-12/documents/appendix_e-atsdr_h2s_factsheet.pdf.

loss," poor muscle control/ clumsiness, inflammation of eye and other membranes and chronic cough.[11]

### B.     Carbon Monoxide

88.     Four emission units at Suncor are subject to limits on CO emissions: the East Plant FCCU, the West Plant FCCU, Boiler B-6, and Boiler B-8.

89.     CO is a colorless and odorless gas formed from incomplete combustion of hydrocarbons.

90.     CO is one of the six pollutants subject to a National Ambient Air Quality Standard ("NAAQS").

91.     At low concentrations, exposure to CO can cause fatigue and chest pain.[12] At higher concentrations, exposure can cause impaired vision, headaches, dizziness, confusion, and nausea.[13] Symptoms of chronic exposure are often mistaken for flu and can include "chronic fatigue, memory problems, work difficulties, sleep disorders, dizziness, neurological disorders, paresthesia, recurrent infections, abdominal pain, and diarrhea."[14]

### C.     Sulfur Dioxide

92.     The West Plant SRU tail gas incinerator (H-25) is subject to three limits on $SO_2$ emissions.

---

[11] Agency for Toxic Substances and Disease Registry, Medical Management Guidelines for Hydrogen Sulfide, https://wwwn.cdc.gov/TSP/MMG/MMGDetails.aspx?mmgid=385&toxid=67#:~:text=Chronic%20Exposure,their%20potential%20longer%20latency%20period, (Last viewed Aug. 4, 2024.)

[12] Env't Prot. Agency, What is Carbon Monoxide, https://www.epa.gov/indoor-air-quality-iaq/what-carbon-monoxide.

[13] Id.

[14] Tetsuka S, *et. al*., *Repeated Unconsciousness Due to Chronic Carbon Monoxide Poisoning in an Older Patient: A Case Report,* 16 J. RURAL MED. 289, 291 (2021), available https://pubmed.ncbi.nlm.nih.gov/34707741/.

93.    $SO_2$ is a colorless gas with a pungent odor.

94.    $SO_2$ is one of the six pollutants subject to a NAAQS.

95.    At low concentrations, exposure to $SO_2$ can cause breathing problems in sensitive populations,[15] and is "severely irritating to the eyes, mucous membranes, skin and respiratory tract."[16] At high concentrations, $SO_2$ can cause death.[17] Long term exposure can lead to chronic symptoms of asthma or bronchitis, increased susceptibility to infection, and overall decreased lung function.[18] Children are particularly susceptible to exposure.[19]

96.    $SO_2$ can also contribute to the formation of particulate matter pollution.[20]

### D.    Nitrogen Oxides

97.    Heater H-2101 at the West Plant is subject to a limit on emissions of NOx.

98.    NOx are a collection of nitrogen molecules, including, among others, nitric oxide ("NO") and nitrogen dioxide ("$NO_2$").

99.    NOx emissions generally result from the combustion of fossil fuels.

100.    NOx is one of the six pollutants subject to a NAAQs.

---

[15] Env't Prot. Agency, Sulfur Dioxide Basics, https://www.epa.gov/so2-pollution/sulfur-dioxide-basics#what%20is%20so2.

[16] Agency for Toxic Substances and Disease Registry, Sulfur Dioxide ($SO_2$), https://www.atsdr.cdc.gov/MHMI/mmg116.pdf, (Last viewed Aug. 4, 2024.)

[17] Env't Prot. Agency, Sulfur Dioxide Basics, https://www.epa.gov/so2-pollution/sulfur-dioxide-basics#what%20is%20so2; Agency for Toxic Substances and Disease Registry, Sulfur Dioxide – ToxFAQs 1 (June 1999) *available at* https://www.atsdr.cdc.gov/toxfaqs/tfacts116.pdf.

[18] Agency for Toxic Substances and Disease Registry, Sulfur Dioxide ($SO_2$), *supra* note 21.

[19] *Id.*

[20] Env't Prot. Agency, Sulfur Dioxide Basics, https://www.epa.gov/so2-pollution/sulfur-dioxide-basics#what%20is%20so2.

101.    Short-term exposure to NOx can aggravate respiratory illnesses such as asthma while long-term exposure can cause asthma and increase susceptibility to respiratory infections.[21] Acute, higher-level exposure can cause swelling and fluid retention in the lungs, bronchitis, emphysema and cough.[22] Resultant scarring can produce potentially life-threatening episodes of rapid heartbeat and inadequate oxygenation weeks after exposure.[23] Chronic exposure leads to increased lung infections and permanent obstructive lung disease, with children being the most susceptible to these effects.[24]

102.    NOx is also a precursor to the formation of ground-level ozone,[25] so excess emissions of NOx can contribute to Denver/Metro Front Range's longstanding failure to attain the federal ozone NAAQS.

103.    Exposure to low levels of ozone can cause coughing, sore throat, pain and difficulty with breathing, inflammation and fluid build-up in the lungs, and can increase susceptibility to and severity of infections such as asthma, emphysema and bronchitis.[26] Higher levels or chronic exposure can lead to chronic and more severe symptoms.[27]

---

[21] Env't Prot. Agency, Basic Information About NO2, https://www.epa.gov/no2-pollution/basic-information-about-no2#What%20is%20NO2 (last visited March 13, 2024).

[22] Agency for Toxic Substances and Disease Registry, Nitrogen Oxides (NO, NO 2 , and others), https://www.atsdr.cdc.gov/MHMI/mmg175.pdf (Last viewed Aug. 4, 2024.)

[23] Id.

[24] Id.

[25] Env't Prot. Agency, Ground Level Ozone Basics, https://www.epa.gov/ground-level-ozone-pollution/ground-level-ozone-basics (last visited March 13, 2024).

[26] Env't Prot. Agency, Health Effects of Ozone Pollution. https://www.epa.gov/ground-level-ozone-pollution/health-effects-ozone-pollution (Last visited Aug. 4, 2024); CDC, National Institute for Occupational Safety and Health, Ozone. https://www.cdc.gov/niosh/topics/ozone/default.html#:~:text=Exposure%20to%20ozone%20may%20cause,harmed%20from%20exposure%20to%20ozone (Last visited Aug. 4, 2024.)

[27] Id.

104.   Additionally, ozone and NOx, damage leaves and roots of plants, producing smaller
plants and inhibiting the size and nutrient content of vegetables.[28] The air pollutants can
be absorbed by plants through their leaves, which is of particular concern for residents
with gardens that include crops for consumption.[29]

### E.   Particulate Matter Pollution and Limiting Opacity

105.   The refinery's FCCUs and SRUs are subject to an emissions limitation on particulate
matter pollution.

106.   Particulate matter pollution consists of particles with various physical and chemical
compositions categorized by the size of the particles. Two categories are relevant to this
Complaint: (1) particles that are smaller than or equal to 10 micrometers in diameter
("$PM_{10}$"), and (2) particles smaller than or equal to 2.5 micrometers in diameter
("$PM_{2.5}$").[30]

107.   Opacity measurements are used as a surrogate to limit particulate matter emissions. *See,
e.g.* 40 C.F.R. § 60.102(a)(2) (using opacity as a standard for PM). Opacity is "the degree
to which emissions reduce the transmission of light and obscure the view of an object in
the background." 40 C.F.R. § 60.2.

---

[28] J. Weber et al, Plant Response to Air Pollution, Env't Prot. Agency (May 24, 2002) available
at https://cfpub.epa.gov/si/si_public_record_Report.cfm?Lab=NHEERL&dirEntryId=50437#:
~:text=Air%20
pollutants%20have%20a%20negative,resource%20capture%20by%20the%20plant (last visited
Aug. 4, 2024).
[29] *Id.*
[30] Agency for Toxic Substances and Disease Registry, Guidance for Inhalation Exposures to
Particulate Matter 2-3 (Apr. 2022), *available at* https://www.atsdr.cdc.gov/pha-
guidance/resources/ATSDR-Particulate-Matter-Guidance-508.pdf.

108. Inhaling particulate matter can cause significant health problems including death, heart disease, respiratory problems, diabetes, and impaired brain development in children.[31]

### F.  Hazardous Air Pollutants

109. Under the Clean Air Act, EPA is required to regulate emissions of hazardous air pollutants. Section 112(b) of the Clean Air Act lists 189 regulated hazardous air pollutants. 42 U.S.C. § 7412(b)(1).

110. Hazardous air pollutants are a class of substances that EPA has determined "present, or may present, through inhalation or other routes of exposure, a threat of adverse human health effects . . . or adverse environmental effects." 42 U.S.C. § 7412(b)(2).

111. In addition to the threat from breathing hazardous air pollutants, hazardous air pollutants such a mercury, can be deposited onto soils and taken up by plants, which may cause health problems when ingested.[32]

112. The Suncor Refinery emits over 25 tons of hazardous air pollutants on average every year.

113. Specifically, the Suncor Refinery has reported the following emissions of hazardous air pollutants to EPA Toxic Release Inventory:

| Suncor Emissions of Hazardous Air Pollutants (pounds) | | | | | |
|---|---|---|---|---|---|
| Pollutant | 2019 | 2020 | 2021 | 2022 | 2023 |
| 1,3-Butadiene | 70.00 | 130.00 | 176.00 | 151.24 | 218.19 |
| Acetaldehyde | | 302.00 | | | |
| Benzene | 4,220.00 | 4,932.20 | 5,431.00 | 5,330.00 | 5,710.00 |

---

[31] *Id.* at 3.

[32] Env't Prot. Agency, Air, Animals, and Plants, https://www.epa.gov/air-quality/air-animals-and-plants#:~:text=Health%20and%20Environmental%20Effects%20of,effects%20of%20hazardous%20air%20pollutants, (last visited Aug. 4, 2024).

| Suncor Emissions of Hazardous Air Pollutants (pounds) | | | | | |
|---|---|---|---|---|---|
| Benzo[ghi]perylene | 0.12 | 0.20 | 0.14 | 0.13 | 0.15 |
| Cobalt | | 7.00 | | | |
| Cobalt compounds | 8.00 | 7.00 | 6.00 | 7.00 | 5.00 |
| Cumene | 201.00 | 398.00 | 194.00 | 368.00 | 343.00 |
| Cyanide | | 16,751.00 | | | |
| Ethylbenzene | 743.00 | 1,004.00 | 535.00 | 543.00 | 579.00 |
| Ethylene glycol | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Formaldehyde | | 100.00 | | | |
| Hexane | 3,263.00 | 7,795.20 | 3,767.00 | 5,274.00 | 13,633.00 |
| Hydrochloric acid | | | | | |
| Hydrogen cyanide | 33,032.0 | 36,359.00 | 23,959.00 | 22,735.00 | 22,373.00 |
| Mercury | | 3.16 | | | |
| Methanol | 494.00 | 746.00 | 477.80 | 476.00 | 361.00 |
| Methyl tert-butyl ether | | | | | |
| Naphthalene | 96.00 | 574.00 | 133.00 | 102.00 | 100.00 |
| Nickel | | 124.00 | | | |
| Nickel compounds | 137.00 | 124.00 | 118.00 | 131.00 | 104.00 |
| Tetrachloroethylene | 1.00 | 10.40 | 1.00 | 2.00 | 1.00 |
| Toluene | 6,334.00 | 5,195.60 | 5,277.00 | 5,392.00 | 4,780.00 |
| Xylene | 9,382.00 | 5,054.20 | 4,729.40 | 4,579.90 | 3,965.30 |
| **Total** | **57,985.6** | **79,620.12** | **44,808.4** | **45,095.2** | **52,176.55** |

114.    The emissions standards and limitations that apply to the Suncor Refinery do not limit the refinery's hazardous air pollutant emissions directly. Instead, depending on the specific emissions units or category of hazardous air pollutants, the emissions standard and limitations limit the refinery's (1) emissions of surrogate pollutants, (2) or the exceedance of other measured operating parameters.

115.   The Suncor Refinery emits multiple categories of hazardous air pollutants, including (1) organic hazardous air pollutants, (2) metallic hazardous air pollutants, and (3) total reduced sulfur compound hazardous air pollutants.

**1.   Organic Hazardous Air Pollutants Emissions Controlled by CO Limits and Flare Operation Standards**

116.   Petroleum refineries, like Suncor, emit organic hazardous air pollutants.

117.   The FCCUs emit "acetaldehyde, benzene, formaldehyde, hexane, phenol, toluene, and xylene."[33]

118.   Refinery flares, meanwhile, emit up to twenty-seven different hazardous air pollutants. *See* 40 C.F.R. Part 63, Table 2.

119.   Short-term exposure to these compounds such as benzene, formaldehyde, and phenol can cause (1) eye, nose, and throat irritation, (2) respiratory problems, and (3) reproductive and developmental disorders.[34]

120.   Benzene is a known human carcinogen, while formaldehyde is a probable carcinogen.[35]

121.   As described in Section III.B.1.c, MACT UUU sets limits on the Suncor Refinery's emissions of organic hazardous air pollutants from Suncor's FCCUs, using CO emissions as surrogates for emissions of organic hazardous air pollutants.

122.   As described in Section III.B.2, MACT CC sets certain flare operational standards as parameters to limit the Suncor Refinery's emissions of organic hazardous air pollutants.

---

[33] 67 Fed. Reg. 17762, 17762 (Apr. 11, 2002).
[34] 63 Fed. Reg. 48890, 48892 (Sept. 11, 1998).
[35] *Id.*

> **2.     Metallic Hazardous Air Pollutant Emissions Controlled by Opacity Limits and Flare Operational Standards**

123.    Petroleum refineries, like the Suncor Refinery, emit metallic hazardous air pollutants, including antimony, cadmium, chromium, nickel, beryllium, and manganese.[36]

124.    Several of these compounds are known or probable human carcinogens, and they have been shown to "cause effects such as mucous membrane irritation (e.g., bronchitis, decreased lung capacity), gastrointestinal effects, nervous system disorders (from loss of function to tremor and numbness), skin irritation, and reproductive and developmental disorders."[37]

125.    Chronic exposure may result in accumulation of metals in the environment and in the human body. Cadmium, is a cumulative pollutant, which can cause kidney effects even after the exposure has ended.[38]

126.    As described in Sections III.B.1, MACT UUU sets limits on the Suncor Refinery's emissions of metallic hazardous air pollutants from Suncor's FCCUs, using opacity measurements as the parameter to limit those emissions.

> **3.     Total Reduced Sulfur Hazardous Air Pollutant Emissions Controlled by Limits on Sulfur Dioxide Emissions**

127.    The Suncor Refinery's SRUs emit reduced sulfur hazardous air pollutants, including carbonyl sulfide and carbon disulfide.[39]

---

[36] *Id*.
[37] *Id*.
[38] *Id*.
[39] 67 Fed. Reg. at 17762.

128. Carbonyl sulfide can cause central nervous system effects and skin and eye irritation.[40] Inhalation of carbonyl sulfide may also cause narcotic effects in humans.[41]

129. Short-term exposure to carbon disulfide can cause nausea, vomiting, dizziness, fatigue, headache, and mood changes, while long-term exposure can additionally cause neurological effects, including behavioral and neurophysiological changes.[42]

130. As described in Section III.B.1.d, MACT UUU sets limits on the Suncor Refinery's emissions of reduced sulfur hazardous air pollutants from the SRUs, using $SO_2$ emissions as surrogates to limit emissions of reduced sulfur hazardous air pollutants.

## III.   Enforceable Emission Standards and Limitations that Apply to Suncor

### A.   Suncor Refinery is Subject to Federal New Source Performance Standards under Subparts J and Ja

131. New Source Performance Standards ("NSPS") are technological requirements and emissions standards, established pursuant to Section 111 of the Clean Air Act, 42 U.S.C. § 7411, that apply to major sources of air pollution that are constructed or modified during set time periods established in each regulation. *See* 40 C.F.R. § 60.1(a)-(b).

132. EPA establishes specific NSPS standards for each category of sources that "may reasonably be anticipated to endanger public health or welfare." 42 U.S.C. § 7412(b)(1)(B).

---

[40] *See id.*
[41] Env't Prot. Agency, Carbonyl sulfide, https://www.epa.gov/sites/default/files/2016-09/documents/carbonyl-sulfide.pdf, (last visited Aug. 4, 2024).
[42] Env't Prot. Agency, Carbon disulfide, https://www.epa.gov/sites/default/files/2016-09/documents/carbon-disulfide.pdf, (last visited Aug. 4, 2024).

133.   The New Source Performance Standards for each category are incorporated into subparts of Part 60 of Title 40 of the Code of Federal Regulations.

134.   EPA has established two NSPS for petroleum refineries relevant to the claims in this action: Subpart J and Subpart Ja.

135.   Subpart Ja applies to emissions units constructed or modified after the periods set in Subpart J.

136.   NSPS Subparts J and Ja each establish standards for FCCUs, SRUs, flares, and "fuel gas combustion devices." 40 C.F.R. §§ 60.100(a), 600.100a(a).

137.   "Fuel gas combustion devices" are defined by NSPS Subpart Ja as "any equipment, such as process heaters and boilers, used to combust fuel gas . . . not includ[ing] flares." 40 C.F.R. § 60.101a. Unlike Subpart Ja, Subpart J includes flares in its definition. For clarity, this Complaint will refer to "fuel gas combustion devices" with the Subpart Ja definition, including those units referenced in Section I.B, and will refer to flares separately.

138.   "Fuel gas" means, with some exceptions, "any gas which is generated at a petroleum refinery and which is combusted." 40 C.F.R. § 60.101(d).

    **1.**    **NSPS Subpart J Emission Standards that Apply to the Suncor Refinery**

        **a.**    **Three-Hour Rolling $H_2S$ Concentration of 162 ppmv on Fuel Gas Burned by Fuel Gas Combustion Devices and Flares**

139.   Subpart J prohibits fuel gas combustion devices and flares from burning fuel gas with an $H_2S$ concentration greater than 162 ppmv.

140.   Specifically, Subpart J states: "No owner or operator subject to the provisions of this subpart shall . . .[b]urn in any fuel gas combustion device [or flare] any fuel gas that contains [H2S] in excess of 230 mg/dscm (0.10 gr/dscf)." 40 C.F.R. § 60.104(a)(1).

141.   EPA regulations and Suncor's Title V permits have concluded that the 230 mg/dscm standard in Subpart J is equivalent to 162 ppmv.[43]

142.   This limit applies to the following flares at the Suncor Refinery:

| Unit | Permit Citation |
|------|-----------------|
| Plant 1 Flare | 2018 West Plant Title V Permit, § II.29.2 |
| Plant 3 Flare | 2018 West Plant Title V Permit, § II.30.2 |
| Plant 2 Flare | 2022 East Plant Title V Permit, § II.8.9[44] |

143.   This limit applies to the following fuel gas combustion devices at the West Plant:

| Unit | Permit Citation |
|------|-----------------|
| Boiler B-4 | 2018 West Plant Title V Permit, § II.12.3 |
| Boiler B-6 | 2018 West Plant Title V Permit, § II.13.3 |
| Boiler B-8 | 2018 West Plant Title V Permit, § II.13.3 |
| Heater H-6 | 2018 West Plant Title V Permit, § II.11.3 |
| Heater H-10 | 2018 West Plant Title V Permit, § II.12.3 |
| Heater H-11 | 2018 West Plant Title V Permit, § II.12.3 |
| Heater H-13 | 2018 West Plant Title V Permit, § II.14.3 |
| Heater H-16 | 2018 West Plant Title V Permit, § II.12.3 |
| Heater H-17 | 2018 West Plant Title V Permit, § II.14.3 |
| Heater H-18 | 2018 West Plant Title V Permit, § II.12.3 |
| Heater H-19 | 2018 West Plant Title V Permit, § II.15.3 |
| Heater H-20 | 2018 West Plant Title V Permit, § II.12.3 |
| Heater H-21 | 2018 West Plant Title V Permit, § II.12.3 |
| Heater H-22 | 2018 West Plant Title V Permit, § II.12.3 |
| Heater H-27 | 2018 West Plant Title V Permit, § II.12.3 |
| Heater H-28 | 2018 West Plant Title V Permit, § II.16.3 |
| Heater H-29 | 2018 West Plant Title V Permit, § II.16.3 |
| Heater H-30 | 2018 West Plant Title V Permit, § II.16.3 |

---

[43] 73 Fed. Reg. 35838, 35852 (June 24, 2008) (indicating that the 230 mg/dscm limit translates to 162 ppmv over three hours); 2022 East Plant Title V Permit, § II.31.3 (same); 2018 West Plant Title V Permit, § II.45.6.3 (same).

[44] 2009 East Plant Permit, § II.8.4.

| Unit | Permit Citation |
|------|-----------------|
| Heater H-31 | 2018 West Plant Title V Permit, § II.17.3 |
| Heater H-32 | 2018 West Plant Title V Permit, § II.17.3 |
| Heater H-33 | 2018 West Plant Title V Permit, § II.18.3 |
| Heater H-37 | 2018 West Plant Title V Permit, § II.18.3 |
| Heater H-2101 | 2018 West Plant Title V Permit, § II.27.3 |
| West Plant SRU (H-25) | 2018 West Plant Title V Permit, § II.20.6.2 |

144.    This limit applies to the following fuel gas combustion devices at the East Plant:

| Unit | Permit Citation |
|------|-----------------|
| Reformer Heater B003 | 2022 East Plant Title V Permit, § II.3.4[45] |
| Reformer Heater B004 | 2022 East Plant Title V Permit, § II.3.4[46] |
| Reformer Heater B005 | 2022 East Plant Title V Permit, § II.3.4[47] |
| Crude Heater B001 | 2022 East Plant Title V Permit, § II.1.3[48] |
| East Plant FCCU Preheater | 2022 East Plant Title V Permit, § II.2.4[49] |
| East Plant SRU (B011) | 2022 East Plant Title V Permit, § II.5.3.1[50] |
| Vacuum Heater B010 | 2022 East Plant Title V Permit, § II.1.3[51] |

**b.    Six-minute Average Opacity Limit of 30% on Emissions from FCCUs**

145.    Subpart J imposes a six-minute average opacity[52] limit of 30% on emissions from

FCCUs.

146.    Specifically, Subpart J states:

> No owner or operator subject to the provisions of this subpart shall discharge or cause the discharge into the atmosphere from any fluid catalytic cracking unit catalyst regenerator . . . [g]ases exhibiting greater than 30 percent opacity, except for one six-minute average opacity reading in any one hour period.

---

[45] 2009 East Plant Title V Permit, § II.3.3.
[46] *Id.*
[47] *Id.*
[48] *Id.*, § II.1.3.
[49] *Id.*, § II.2.10.
[50] *Id.*, § II.5.11.
[51] *Id.*, § II.1.3.
[52] For a description of opacity, *see* Section II.E.

40 C.F.R. § 60.102(a).

147.    The limit uses opacity as a parameter for reducing emissions of particulate matter. *See id.*

148.    The limit applies to both the West Plant FCCU[53] and the East Plant FCCU.[54]

### c.    Hourly CO Limit of 500 ppmv on Emissions from FCCUs

149.    Subpart J imposes an hourly CO concentration limit of 500 ppmv on emissions from FCCUs.

150.    Specifically, Subpart J states:

> No owner or operator subject to the provisions of this subpart shall discharge or cause the discharge into the atmosphere from any fluid catalytic cracking unit catalyst regenerator any gases that contain carbon monoxide (CO) in excess of 500 ppm by volume (dry basis).

40 C.F.R. § 60.103(a).

151.    The limit applies to the West Plant FCCU[55] and East Plant FCCU.[56]

### d.    Twelve-hour SO$_2$ Limit of 250 ppmv on Emissions from SRUs

152.    Subpart J imposes a twelve-hour rolling SO$_2$ concentration limit of 250 ppmv on emissions from SRUs.

153.    Specifically, Subpart J states:

> No owner or operator subject to the provisions of this subpart shall . . . [d]ischarge or cause the discharge of any gases into the atmosphere from any Claus sulfur recovery plant containing in excess of . . . 250 ppm by volume (dry basis) of sulfur dioxide (SO$_2$) at zero percent excess air.

40 C.F.R. 60.104(a)(1).

---

[53] *See* 2018 West Plant Title V Permit, §§ II.22.7.2, 45.1.2.
[54] *See* 2022 East Plant Title V Permit, §§ II.2.7.2; 31.1.2; East Plant Consent Decree, ¶ 9.
[55] *See* 2018 West Plant Title V Permit, §§ II.22.11, 45.2.
[56] *See* 2022 East Plant Title V Permit, §§ II.2.7.2; 31.2; East Plant Consent Decree, ¶ 9.

154. This limit applies to the West Plant's SRU tail gas incinerator—SRU (H-25).[57]

### 2. NSPS Subpart Ja

#### a. Three-Hour Rolling H2S Limit of 162 ppmv

155. Subpart Ja prohibits fuel gas combustion devices and flares from burning fuel gas with an $H_2S$ concentration greater than 162 ppmv.

156. Specifically, Subpart Ja states an owner or operator of a fuel gas combustion device or flare "shall not burn . . . any fuel gas that contains $H_2S$ in excess of 162 ppmv determined hourly on a 3-hour rolling average basis." 40 C.F.R. §§ 60.102a(g)(1)(ii) (fuel combustion units), 60.103a(h) (flares).

157. This limit applies to the following flares at Suncor:

| Unit | Permit Citation |
|---|---|
| Plant 1 Flare | 2018 West Plant Title V Permit, §§ II.29.9, 46.8 |
| Plant 3 Flare | 2018 West Plant Title V Permit, §§ II.30.1, 46.8 |
| GBR Unit Flare | 2018 West Plant Title V Permit, §§ II.31.2, 46.8 |
| Plant 2 Flare | 2022 East Plant Title V Permit, §§ II.8.9, 32.9[58] |

158. This limit applies to the following fuel gas combustion devices at the West Plant:

| Unit | Permit Citation |
|---|---|
| Heater H-1716 | 2018 West Plant Title V Permit, §§ II.21.3, 46.1.1 |
| Heater H-1717 | 2018 West Plant Title V Permit, §§ II.21.3, 46.1.1 |
| Heater H-2410 | 2018 West Plant Title V Permit, §§ II.28.3, 46.1.1 |

159. This limit applies to the following fuel gas combustion devices at the East Plant:

| Unit | Permit Citation |
|---|---|
| Boiler B504 | 2022 East Plant Title V Permit, §§ II.6.4, 32.2.1[59] |

---

[57] *See* 2018 West Plant Title V Permit, §§ II.20.6.1, 45.12.

[58] *See also* Technical Review Document for Renewal/Modifications to Operating Permit 95OPAD108, Suncor Energy (USA), Inc. – Commerce City Refinery, Plant 2 (East Plant), published Sept. 1, 2022 ("2022 East Plant Permit TRD"), § III.1.20 (indicating standard applied since January 2015).

[59] *Id.*, § III.1.15 (describing Oct. 11, 2012 modification).

| Unit | Permit Citation |
|---|---|
| Boiler B505 | 2022 East Plant Title V Permit, §§ II.6.4, 32.2.1[60] |

### b.  Hourly CO Limit of 500 ppmv

160.   Subpart Ja imposes an hourly CO concentration limit of 500 ppmv on emissions from

FCCUs.

161.   Specifically, Subpart Ja states:

> An owner or operator subject to the provisions of this subpart shall not
> discharge or cause the discharge into the atmosphere from any FCCU . . .
> [c]arbon monoxide (CO) in excess of 500 ppmv, dry basis corrected to 0 percent
> excess air, on an hourly average basis.

40 C.F.R. § 60.102a(b)(4).

162.   This limit applies to the East Plant FCCU.[61]

### 3.  General Duty to Minimize Emissions

163.   In addition to the specific standards identified in Subpart J and Ja, the New Source

Performance Standards also impose a general duty to operate and maintain those units in

a way to minimize emissions:

> At all times, including periods of startup, shutdown, and malfunction, owners
> and operators shall, to the extent practicable, maintain and operate any affected
> facility including associated air pollution control equipment in a manner
> consistent with good air pollution control practice for minimizing emissions.
> Determination of whether acceptable operating and maintenance procedures are
> being used will be based on information available to the Administrator which
> may include, but is not limited to, monitoring results, opacity observations,
> review of operating and maintenance procedures, and inspection of the source.

---

[60] *Id.*

[61] *See* 2022 East Plant Title V Permit, §§ II.2.7.3; 32.11; Colo. Dep't of Pub. Health & Env't,
Construction Permit. *Suncor Energy (U.S.A.) Inc.*, 09AD0961, issued Oct. 1, 2009
("Construction Permit 09AD0961"), at 7.

40 C.F.R. § 60.11(d); *see also* 40 C.F.R. § 60.1(a).[62]

164.　This general standard applies to any unit subject to a NSPS standard, including all units listed in the preceding subsections.

**B.　Suncor Refinery is Subject to MACT Standards under Subparts UUU and CC**

165.　The National Emission Standards for Hazardous Air Pollutants are technological requirements and emissions standards intended to reduce emissions of hazardous air pollutants, pursuant to Section 112 of the Clean Air Act, 42 U.S.C. § 7412.

166.　The technology-based standards under the program are referred to as Maximum Achievable Control Technology ("MACT") standards.

167.　Like the NSPS, EPA establishes MACT standards for specific source categories or types of emission units within a source category.

168.　However, unlike NSPS standards, MACT standards generally apply to existing facilities at the time the regulations are adopted. *See* 40 C.F.R. § 63.1.

169.　The MACT standards for each category are incorporated into subparts of Part 63 of Title 40 of the Code of Federal Regulations.

170.　MACT standards generally do not set direct limits on hazardous air pollutant emissions. Instead, MACT standards rely on limits on surrogate pollutants or operational parameters to control emissions of related hazardous air pollutants.[63]

---

[62] *See also* 2018 West Plant Title V Permit, § II.56.2; 2022 East Plant Title V Permit, § II.30.2; 2009 East Plant Title V Permit, § II.36.5.
[63] 67 Fed. Reg. at 17,764.

171.   EPA has established two MACT Subparts that are relevant to this action: MACT UUU
       and MACT CC.

### 1.   MACT UUU Limits on FCCUs and SRUs

172.   MACT UUU, 40 C.F.R. §§ 63.1560-79, sets standards for hazardous air pollutant
       emissions from new and existing FCCUs and SRUs used at petroleum refineries. *See*
       40 C.F.R. §§ 63.1561, 63.1562(a)-(b).

173.   MACT UUU adopts limits on surrogate pollutants to control emissions of hazardous air
       pollutants.

174.   MACT UUU imposes four standards relevant to this Complaint: (1) six-minute average
       opacity limit of 30%; (2) three-hour rolling opacity limit of 20%; (3) hourly CO limit of
       500 ppmv; and (4) twelve-hour $SO_2$ limit of 250 ppmv.

175.   EPA established limits on opacity as a parameter for limiting emissions of metallic
       hazardous air pollutants, such as "antimony, cadmium, chromium, nickel, beryllium, and
       manganese." [64]

176.   EPA established the CO limit as a surrogate to limit emissions of organic hazardous air
       pollutants.[65]

177.   EPA established the $SO_2$ limit as a surrogate to limit emissions of total reduced sulfur
       hazardous air pollutants.[66]

---

[64] *Id*.
[65] *Id*.
[66] *Id*.

### a.   Six-minute Average Opacity Limit of 30% as Surrogate for Metallic HAP Emissions from FCCUs

178.   MACT UUU adopts the NSPS Subpart J six-minute average opacity limit of 30% on FCCUs as a mechanism to limit emissions of metallic hazardous air pollutants. *See* 40 C.F.R. § 1564(a)(1) (adopting NSPS Subpart J limit in 40 C.F.R. § 60.102).

179.   The limit applies to both the West Plant FCCU[67] and the East Plant FCCU.[68]

### b.   Three-Hour Rolling Opacity Limit of 20% as Surrogate for Metallic HAP Emissions from FCCUs

180.   MACT UUU imposes a three-hour rolling opacity limit of 20% on emissions from FCCUs to limit emissions of metallic hazardous air pollutants.

181.   Specifically, MACT UUU states: "On and after August 1, 2017, maintain the three-hour rolling average opacity of emissions from your catalyst regenerator vent no higher than 20 percent." 40 C.F.R. § 63.1564(a)(2); 40 C.F.R. Part 63, Subpart UUU, Table 2, item 1.

182.   The limit applies to both the West Plant FCCU[69] and the East Plant FCCU.[70]

---

[67] *See* 2018 West Plant Title V Permit, §§ II.22.7.3, 54.1.2.

[68] *See* 2022 East Plant Title V Permit, §§ II.2.16; 41.5.1.2; 2009 East Plant Title V Permit, § 2.7.

[69] *See* 2018 West Plant Title V Permit, § 22.12 (requiring compliance with MACT UUU); Technical Review Document for Renewal/Modifications to Operating Permit 96OPAD120, Suncor Energy (USA), Inc. – Commerce City Refinery, Plants 1 & 3 (West Plant), published July 9, 2024 ("2024 West Plant Permit TRD"), at 26 (noting that 2018 permit's Condition 54.3 was incorrect for saying that operating limits of 40 C.F.R. § 1564(a)(2) were inapplicable).

[70] *See* 2022 East Plant Title V Permit, §§ 2.16; 41.5.2.1; 2009 East Plant Title V Permit, § II.2.7 (requiring compliance with MACT UUU).

### c. Hourly CO Limit of 500 ppmv as Surrogate for Organic HAP Emissions for FCCUs

183. MACT UUU adopts the NSPS Subpart J hourly CO concentration limit of 500 ppmv on emissions from FCCUs to limit emissions of organic hazardous air pollutants. 40 C.F.R. § 63.1565(a)(1) (adopting NSPS Subpart J limit in 40 C.F.R. 60.103).

184. The limit applies to the West Plant FCCU[71] and East Plant FCCU.[72]

### d. Twelve-hour $SO_2$ Limit of 250 ppmv as Surrogate for Reduced Sulfur HAP Emissions from SRUs

185. MACT UUU adopts NSPS Subpart J's twelve-hour rolling $SO_2$ concentration limit of 250 ppmv on emissions from SRUs to limit emissions of total reduced sulfur hazardous air pollutants. 40 C.F.R. § 63.1568(a)(1) (adopting $SO_2$ limit in 40 C.F.R. § 60.104).

186. This standard applies to the West Plant's SRU tail gas incinerator, SRU (H-25).[73]

### e. General Duty to Minimize Emissions

187. Like the general duty under the NSPS standards, MACT UUU includes a general duty to minimize emissions:

> At all times, you must operate and maintain any affected source, including associated air pollution control equipment and monitoring equipment, in a manner consistent with safety and good air pollution control practices for minimizing emissions. The general duty to minimize emissions does not require you to make any further efforts to reduce emissions if levels required by the applicable standard have been achieved. Determination of whether a source is operating in compliance with operation and maintenance requirements will be based on information available to the Administrator which may include, but is not limited to, monitoring results, review of operation and maintenance

---

[71] *See* 2018 West Plant Title V Permit, §§ II.22.12, 54.7.
[72] *See* 2022 East Plant Title V Permit, §§ II.2.16; 41.8.1.1; *see also* 2009 East Plant Title V Permit, § II.2.7 (requiring compliance with MACT UUU).
[73] *See* 2018 West Plant Title V Permit, §§ II.20.1, 54.28.

procedures, review of operation and maintenance records, and inspection of the source.

40 C.F.R. § 63.1570(c).[74]

188.   This general standard applies to any unit subject to MACT UUU.

### 2.     MACT CC Flare Operation Standards

189.   MACT CC, 40 C.F.R. §§ 63.640-71, sets emissions standards to limit hazardous air pollutants emissions from various units at major-source petroleum refineries that are not otherwise addressed by MACT UUU. *See* 40 C.F.R. § 63.640(a), (c).

190.   MACT CC specifically applies to equipment that emits the following hazardous air pollutants:

| 40 CFR Part 63 Subpart CC Hazardous Air Pollutants | | |
|---|---|---|
| Benzene | Cumene | Methyl tert butyl ether |
| Biphenyl | Dibromoethane (1,2) (ethylene dibromide) | Napthalene |
| Butadiene (1,3) | Dichloroethane (1,2) | Phenol |
| Carbon disulfide | Diethanolamine | Toluene |
| Carbonyl sulfide | Ethylbenzene | Trimethylpentane (2,2,4) |
| Cresol (mixed isomers[b]) | Ethylene glycol | Xylene (mixed isomers[b]) |
| Cresol (m-) | Hexane | Xylene (m-) |
| Cresol (o-) | Methanol | Xylene (o-) |
| Cresol (p-) | Methyl isobutyl ketone (hexone) | Xylene (p-) |

40 C.F.R. Part 63, Subpart CC, Table 2.

191.   As relevant to this action, MACT CC sets standards for flares that are used as emission control devices. *See* 40 C.F.R. § 63.670.

---

[74] *See also* 2018 West Plant Title V Permit, § II.54.35; 2022 East Plant Title V Permit, § II.41.22.

192. Specifically, it establishes two operational limits that the Suncor Refinery's flares have violated: (1) flare minimum combustion zone net heating value; and (2) flare smoke visibility limits.

193. Both of these limits are parameters to ensure that flares operate at high destruction efficiencies to ensure hazardous air pollutants are adequately destroyed by the flare before the flare emits pollutants. *See* 40 C.F.R §§ 63.643, 63.670.

194. Since flares receive waste and upset gases from various sources throughout the refinery, the operational standards are intended to reduce emissions of a wide variety of hazardous air pollutants.

### a.      Flare Minimum Combustion Zone Net Heating Value

195. MACT CC establishes a minimum heating value for a flare's combustion zone, averaged over fifteen minutes.

196. Specifically, MACT CC states:

> For each flare, the owner or operator shall operate the flare to maintain the net heating value of flare combustion zone gas ($NHV_{cz}$) at or above 270 British thermal units per standard cubic feet (Btu/scf) determined on a 15-minute block period basis when regulated material is routed to the flare for at least 15-minutes.

40 C.F.R. § 63.670(e).

197. This limit applies to the Plant 1 Flare,[75] Plant 2 Flare,[76] Plant 3 Flare,[77] and GBR Unit Flare.[78]

---

[75] 2018 West Plant Title V Permit, §§ II.29.1, 53.91.
[76] 2022 East Plant Title V Permit, §§ II.8.11, 40.94; 2022 East Plant Permit TRD, § III.1.29 (July 20, 2017 modification).
[77] 2018 West Plant Title V Permit, §§ II.30.11, 53.91.
[78] 2018 West Plant Title V Permit, §§ II.31.1, 53.91.

### b.    Flare Smoke Visibility Limits

198.    MACT CC also establishes limits on the visibility (i.e., opacity) of flare emissions.

199.    Specifically, MACT CC states:

> The owner or operator shall specify the smokeless design capacity of each flare and operate with no visible emissions, except for periods not to exceed a total of 5 minutes during any 2 consecutive hours, when regulated material is routed to the flare and the flare vent gas flow rate is less than the smokeless design capacity of the flare.

40 C.F.R. § 63.670(c).

200.    This limit applies to the Plant 1 Flare,[79] Plant 2 Flare,[80] Plant 3 Flare,[81] and GBR Unit Flare.[82]

### c.    General Duty to Minimize Emissions

201.    MACT CC imposes a substantively identical general duty to minimize emissions that applies to MACT UUU. 40 C.F.R. § 63.642(n).[83]

202.    This general standard applies to any unit subject to MACT CC, including all units listed in the preceding subsections.

### C.    Federal Consent Decrees

203.    In addition to regulatory requirements, the Suncor Refinery is also subject to additional emissions standards and limitations imposed in two consent decrees entered into between EPA and previous owners of the West Plant and East Plant.

---

[79] 2018 West Plant Title V Permit, §§ II.29.1, 53.89.
[80] 2022 East Plant Title V Permit, §§ II.8.11, 40.91; 2022 East Plant Permit TRD, § III.1.29 (July 20, 2017 modification).
[81] 2018 West Plant Title V Permit, §§ II.30.11, 53.89.
[82] 2018 West Plant Title V Permit, §§ II.31.1, 53.89.
[83] *See also* 2018 West Plant Title V Permit, § II.53.12; 2022 East Plant Title V Permit, § II.40.12.

204.    These requirements have been incorporated into Suncor's Title V Permits.

### 1.    West Plant Consent Decree

205.    On April 30, 2002, EPA entered into a consent decree with Conoco Inc., the prior owner of the West Plant—No. H-01-4430 ("West Plant Consent Decree"). The West Plant Consent Decree imposes various requirements on the West Plant, three of which are relevant to this action.

206.    *First*, the West Plant Consent Decree sets a 500 ppmv CO concentration limit on emissions from the West Plant FCCU.

207.    Specifically, the Consent Decree states that "to reduce CO emissions from refinery FCCUs . . . Conoco shall meet an emission limit of 500 ppmv CO at 0% O2 on a 1-hour average basis."[84]

208.    The Consent Decree provision has been adopted into Suncor's Title V Permit.[85]

209.    *Second*, the West Plant Consent Decree sets a twenty-four-hour rolling average CO concentration of 0.06 pounds per one million British thermal units of fuel burned ("MMBtu") on boilers Boiler B-6 and Boiler B-8.

210.    Specifically, the Consent Decree states: "Upon installation of NOx controls at a specific heater or boiler, Conoco shall limit the CO emissions from that Controlled Heater and Boiler to 0.060 lb/MMBtu on a 24-hour rolling average basis and 0.040 lb/MMBtu on a 365-day rolling average basis."[86]

---

[84] West Plant Consent Decree, ¶ 49.
[85] 2018 West Plant Title V Permit, § II.22.10.1.
[86] West Plant Consent Decree, ¶ 73(a).

211. This limit has been adopted into provisions for Boilers B-6 and B-8 in Suncor's Title V Permit.[87]

212. *Third*, the West Plant Consent Decree sets a three-hour rolling average NOx concentration of 0.04 lbs/MMBtu on Heater H-2101.[88]

213. Specifically, the Consent Decree states: "For heaters and boilers, a limit of 0.040 lbs NOx per million BTU or less on a 3-hour rolling average basis."[89]

214. This limit has been adopted into provisions for Heater H-2101 in Suncor's Title V Permit.[90]

### 2.    East Plant Consent Decree

215. On November 23, 2005, EPA entered into a consent decree with Valero Refining Company, the prior owner of the East Plant—No. SA-05-CA-0569 ("East Plant Consent Decree").

216. The East Plant Consent Decree sets a 500 ppmv CO concentration limit on emissions from the East Plant FCCU.

217. Specifically, the Consent Decree states: "Valero shall limit CO emissions from the FCCDs at Valero's Refineries subject to this Consent Decree to 500 ppmv (at 0% O2), measured as a one-hour block average."[91]

218. The Consent Decree provision has been adopted into Suncor's Title V Permit. [92]

---

[87] 2018 West Plant Title V Permit, § II.13.8.

[88] West Plant Consent Decree, ¶ 220(a); 2024 West Plant Permit TRD, at 160 (explaining requirement applies to Heater H-2101).

[89] West Plant Consent Decree, ¶ 220(a).

[90] 2024 West Plant Permit, § II.27.5.

[91] East Plant Consent Decree, ¶ 94.

[92] 2022 East Plant Title V Permit, § II.2.12.

**D.     Colorado State Implementation Plan Emission Limitations**

219.   Under the Clean Air Act, Colorado is required to adopt a "state implementation plan" designed to meet national ambient air quality standards. 42 U.S.C. § 7410(a)(1).

220.   The state implementation plan must, among other things, include "enforceable emission limitations," and is approved by EPA. 42 U.S.C. § 7410(a)(2).

221.   Colorado's approved state implementation plan is contained in regulations adopted by the Colorado Air Quality Control Commission ("AQCC").

222.   The state implementation plan provisions relevant to this action are contained in Colorado Regulation No. 1, 5 C.C.R. § 1001-3 ("CO Reg. 1" or "Reg. 1"), and No. 3 ("CO Reg. 3" or "Reg. 3").

**1.     Colorado Regulation Number 1 Establishing Emissions Limits for Particulate Matter and Smoke**

223.   CO Reg. 1 imposes limitations on the opacity of emissions from pollution sources to reduce emissions of particulate matter and smoke. *See* Reg. 1, 5 C.C.R. § 1001-3:I.A.

224.   Three opacity limits in Reg. 1 are relevant to this action: (1) six-minute average opacity limit of 20%; (2) six-minute average opacity limit of 30% during certain activities; and (3) six-minute average opacity limit of 30% for flares.

**a.     Six-Minute Average Opacity Limit of 20%**

225.   Colorado Reg. 1 imposes a six-minute average opacity limit of 20% on all stationary sources.

226.   Specifically, Reg. 1 states:

> [N]o owner or operator of a source should allow or cause the emission into the atmosphere of any air pollutant that is in excess of 20% opacity. This standard

is based on 24 consecutive opacity readings taken at 15-second intervals for six minutes.

Colo. Reg. 1, 5 C.C.R. § 1001-3:I.A.

227.    This standard applies, in pertinent part, to the West Plant FCCU[93] and East Plant FCCU.[94]

### b.    Six-Minute Average Opacity Limit of 30% During Certain Activities

228.    Colorado Reg. 1 imposes a limit on all sources of 30% opacity that lasts for longer than six minutes in any hour during certain activities.

229.    Specifically, Reg. 1 states:

> [N]o owner or operator of a source shall allow or cause to be emitted into the atmosphere any air pollutant resulting from the building of a new fire, cleaning of fire boxes, soot blowing, start-up, any process modification, or adjustment or occasional cleaning of control equipment, which is in excess of 30% opacity for a period or periods aggregating more than six minutes in any sixty consecutive minutes.

Colo. Reg. 1, 5 C.C.R. § 1001-3:II.A.4.

230.    This standard applies, in pertinent part, to the West Plant FCCU[95] and East Plant FCCU.[96]

### c.    Six-Minute Average Opacity Limit of 30% for Flares

231.    Colorado Reg. 1 imposes a limit on flares of 30% opacity that lasts for longer than six minutes in any hour:

> No owner or operator of a smokeless flare or other flare for the combustion of waste gases shall allow or cause emissions into the atmosphere of any air

---

[93] 2018 West Plant Title V Permit, §§ II.22.7.1; 35.1.
[94] 2022 East Plant Title V Permit, §§ II. 2.8, 20.1; 2009 East Plant Title V Permit, §§ II.2.8, 19.1.
[95] 2018 West Plant Title V Permit, §§ II.22.7.1; 35.2.
[96] 2022 East Plant Title V Permit, §§ II.2.8, 20.2; 2009 East Plant Title V Permit, §§ II.2.8, 19.2.

pollutant which is in excess of 30% opacity for a period or periods aggregating more than six minutes in any sixty consecutive minutes.

Colo. Reg. 1, 5 C.C.R. § 1001-3:II.A.5.

232.   This standard applies, in pertinent part, to the Plant 1 Flare,[97] Plant 2 Flare,[98] Plant 3 Flare,[99] and GBR Unit Flare.[100]

233.   Compliance with the opacity limits is measured by compliance with the MACT CC visible emissions limitation in 40 C.F.R. § 63.670(c).

## 2.   Reasonably Available Control Technology Requirements

234.   Colorado Reg. 3 imposes "reasonably available control technology" ("RACT") requirements on categories of emission units. 5 C.C.R. § 1001-5:B.III.D.2.b.

235.   The controls that qualify as RACT for a particular unit may be set forth either (1) in the regulation itself or (2) in the construction or operating permit imposing the RACT requirement.

236.   In Suncor's permits, many RACT provisions refer to other standards, meaning that any violation of the reference standard would be a violation of the RACT requirement.

237.   For the purposes of this Complaint, Suncor is subject to four RACT standards that rely on reference standards.

---

[97] 2018 West Plant Title V Permit, §§ II.29.6, 35.3.
[98] 2022 East Plant Title V Permit, § II.8.7; 2009 East Plant Title V Permit, §§ II.8.9, 19.3.
[99] 2018 West Plant Title V Permit, §§ II.30.5, 35.3.
[100] 2018 West Plant Title V Permit, §§ II.31.5, 35.3.

      **a.**     **RACT Provision for Emissions of Particulate Matter from Certain Units at the West Plant Based on NSPS Limits on $H_2S$ Concentration**

238.    The following units at the West Plant are subject to RACT requirements on emissions of $PM_{10}$: Heater H-1716, Heater H-1717, Heater H-2101, and the West Plant SRU (H-25).[101]

239.    The West Plant permit states that compliance with this RACT requirement is measured by compliance with the 162 ppmv $H_2S$ concentration limit on fuel gas burned by fuel gas combustion units established in NSPS Subpart J and/or Ja.[102]

      **b.**     **RACT Provision for Emissions of Carbon Monoxide from the East Plant FCCU Based on Consent Decree Limit on Carbon Monoxide Concentration of Emissions**

240.    The East Plant FCCU is subject to a RACT requirement to control emissions of CO.[103]

241.    The East Plant Permit states that compliance with this RACT requirement is measured by compliance with the 500 ppmv CO concentration limit on emissions from the East Plant FCCU contained in the East Plant Consent Decree.[104]

      **c.**     **RACT Provision for Emissions of Particulate Matter from West Plant SRU (H-25) Based on Permit Limit for Hourly Sulfur Dioxide Emissions**

242.    The West Plant SRU (H-25) is subject to a RACT requirement to control emissions of $PM_{10}$.[105]

---

[101] *See* 2018 West Plant Title V Permit, §§ II.21.7, 21.3, 27.8.1, 27.3, 20.6.2, 20.11.2.1.
[102] *See id.*
[103] *See* 2022 East Plant Title V Permit, §§ II.2.12, 2.15.4; Construction Permit 09AD0961, Conds. 16, 19.
[104] *See id.*
[105] *See* 2018 West Plant Title V Permit, §§ II.20.1, 20.11.1.

243.    The West Plant Permit states that compliance with the RACT requirement is measured by compliance with the 15.68 pound hourly limit on emissions of $SO_2$ established in the West Plant Permit.[106]

### d.    RACT Provision for Emissions of PM, NOx, and CO from the GBR Unit Flare Based on MACT CC Flare Requirements

244.    The GBR Unit Flare is subject to RACT requirements to control emissions of $PM_{10}$, NOx, and CO. [107]

245.    The West Plant Permit states that compliance with these requirements is measured by compliance with the MACT CC flare control requirements.[108]

### E.    Permit Conditions

246.    In addition to the emissions limitations and standards above, the provisions of any construction permit or Title V permit issued to Suncor are also enforceable emissions limitations and standards, unless they are specifically identified as state-only conditions. *See* 5 Colo. Code. Reg. § 1001-2:I.G (defining "federally enforceable").

247.    Two additional permit conditions are relevant to this action.

### 1.    Three-Hour Rolling $H_2S$ Limit of 162 ppmv on Boilers B504 and B505

248.    Construction Permit 09AD1422 issued to Suncor by CDPHE approved the installation of boilers B504 and B505 at the East Plant.

249.    The Construction Permit prohibits Boilers B504 and B505 from burning fuel gas with an $H_2S$ concentration greater than 162 ppmv.

---

[106] *See id.*
[107] *See* 2018 West Plant Title V Permit, §§ II.31.4.2, 31.8, 31.10, 53.91, 57.1.
[108] *See id.*

250. Specifically, the Construction Permits states: "The fuel gas used in the boilers shall not contain $H_2S$ in excess of 162 ppmv determined hourly on a 3-hour rolling average basis."[109]

251. CDPHE imposed this limit under its authority to impose conditions "it deems necessary for the proposed project or activity to qualify for the permit."[110]

252. The Construction Permit requirement has been incorporated into Suncor's East Plant Title V Permit.[111]

### 2. Hourly Average $SO_2$ Limit of 15.68 Pounds for the West Plant's SRU (H-25)

253. The West Plant Title V Permit prohibits the West Plant SRU incinerator (H-25) from emitting more than 15.68 pounds of $SO_2$ in an hour.[112]

## IV. Neither CDPHE nor EPA Have Commenced or Are Diligently Prosecuting an Action in Court to Enforce the Violations Alleged in this Complaint

254. The State of Colorado has not commenced an action in court to enforce the violations alleged in this Complaint.

255. CDPHE has taken limited enforcement action against Suncor for the alleged violations. Specifically, CDPHE has issued three administrative compliance advisories and issued an administrative order settling certain violations with Suncor.

256. CDPHE's enforcement actions have not stopped Suncor's violations.

---

[109] Colo. Dep't of Pub. Health & Env't, Construction Permit, *Suncor Energy (U.S.A.) Inc.*, 09AD1422 issued May 14, 2010, ("Construction Permit 09AD1422"), Cond. 10.

[110] Construction Permit 09AD1422, Cond. 10 (citing Reg. 3, Part B, III.E).

[111] 2022 East Plant Title V Permit, § III.3.

[112] *See* 2018 West Plant Title V Permit, § II.20.1.

257. Neither the compliance advisories nor the administrative settlement order impact Plaintiffs' ability to enforce the violations alleged in this Complaint.

258. On July 2, 2024, EPA and CDPHE issued a Notice of Violation to Suncor that includes some of the violations alleged in this Complaint.

259. On information and belief, as of the filing of this Complaint, EPA has not commenced an action in court to enforce the violations in the Notice of Violation.

260. Therefore, as of the filing of this Complaint, neither Colorado nor EPA has commenced or are diligently prosecuting an action in court to enforce the violations alleged in this Complaint.

**V.      Suncor's Reported Emissions Exceedances**

261. In its regular reporting to CDPHE and EPA, Suncor has self-reported exceedances of the emissions standards and limitations in Section III, as described below.

**A.      Exceedances of Three-Hour Rolling $H_2S$ Limit of 162 ppmv**

262. As described above, Suncor's flares and fuel gas combustion devices are subject to a three-hour rolling $H_2S$ concentration limit of 162 ppmv on the fuel gas they burn.

263. Suncor monitors the $H_2S$ concentration of the fuel gas burned by its flares with monitors attached to each flare.[113]

264. Suncor uses the fuel gas monitors at each flare to monitor compliance with $H_2S$ fuel gas concentration limits for that flare.

265. As explained in Section I.B, fuel gas combustion devices at Suncor draw fuel gas from two central fuel gas systems, one at the West Plant and one at the East Plant.

---

[113] *See* 2022 East Plant Title V Permit, §§ II.32.16; 2018 West Plant Title V Permit, §§ II.46.14.

266. Suncor monitors the $H_2S$ content of its two fuel gas systems at two centralized fuel gas monitors on these systems—one at the West Plant ("Plant 1 Fuel Gas Monitor") and one at the East Plant ("Plant 2 Fuel Gas Monitor").

267. Suncor uses the Plant 1 Fuel Gas Monitor to monitor compliance with $H_2S$ fuel gas concentration limits for fuel gas combustion devices at the West Plant.

268. Suncor uses the Plant 2 Fuel Gas Monitor to monitor compliance with $H_2S$ fuel gas concentration limits for fuel gas combustion devices at the East Plant.

269. Suncor has reported events where the three-hour rolling $H_2S$ concentration of fuel gas burned by its flares and fuel gas combustion devices exceeded 162 ppmv.

270. Exhibit B to this Complaint identifies Suncor's reported exceedances of 162 ppmv $H_2S$ limit on the fuel gas burned by flares and other fuel gas combustion devices.

### B.    Opacity Limit Exceedances

271. As described above in Section III, Suncor's FCCUs are subject to four numeric opacity limits: (1) a six-minute average opacity limit of 30%, (2) a second six-minute average opacity limit of 30% that only applies during certain activities, (3) a six-minute average opacity limit of 20%, and (4) a three-hour rolling average opacity limit of 20%.

272. Suncor monitors compliance with opacity limits at the FCCUs with continuous opacity monitoring systems installed on each FCCU.[114]

273. Suncor has reported events where the six-minute average opacity of emissions from its FCCUs exceeded 30%.

---

[114] *See* 2018 West Plant Title V Permit, § II.22.9.3; 2022 East Plant Title V Permit, § II.2.17.

274.   Exhibit C to this Complaint identifies Suncor's reported exceedances of six-minute average opacity of 30% from its FCCUs.

275.   Suncor has reported events where the six-minute average opacity of emissions from its FCCUs exceeded 30% during the activities identified in CO Reg. 1, *see* Section III.D.1.b.

276.   Exhibit D to this Complaint identifies Suncor's reported exceedances of six-minute average opacity of 30% from its FCCUs during the activities identified in Section CO Reg. 1.

277.   Suncor has reported events where the six-minute average opacity of emissions from its FCCUs exceeded 20%.

278.   Exhibit E to this Complaint identifies Suncor's reported exceedances of six-minute average opacity of 20% from its FCCUs.

279.   Suncor has reported events where the three-hour rolling average opacity of emissions from its FCCUs exceeded 20%.

280.   Exhibit F to this Complaint identifies Suncor's reported exceedances of three-hour rolling average opacity of 20% from its FCCUs.

### C.      Carbon Monoxide Limit Exceedances

281.   As described above, Suncor is subject to two numeric limits on CO emissions: (1) an hourly concentration limit of 500 ppmv of CO on emissions from its FCCUs, and (2) a twenty-four-hour rolling average limit of 0.06 pounds of CO per million BTUs of gas burned for boilers B-6 and B-8.

282.   Suncor monitors compliance with these limits using continuous CO emission monitors systems attached to each unit.[115]

283.   Suncor has reported events where the hourly concentration of CO in the emissions from its FCCUs exceeded 500 ppmv.

284.   Exhibit G to this Complaint identifies Suncor's reported exceedances of 500 ppmv of CO emitted from its FCCUs in an hour.

285.   Suncor has reported events where the twenty-four-hour rolling average emissions of CO from boilers B-6 and B-8 exceeded 0.06 pounds per MMBtu.

286.   Exhibit H to this Complaint identifies Suncor's reported exceedances of a twenty-four-hour rolling average CO emissions of 0.06 pounds per MMBtu from boilers B-6 and B-8.

### D.   Sulfur Dioxide Limit Exceedances

287.   As described above, Suncor's West Plant SRU incinerator (H-25) is subject to two numeric limits on its emissions of $SO_2$: (1) a twelve-hour rolling concentration limit of 250 ppmv of $SO_2$, and (2) an hourly limit on emissions of $SO_2$ of 15.68 pounds.

288.   Suncor monitors compliance with these limits using a continuous emission monitoring system.[116]

289.   Suncor has reported events where the $SO_2$ concentration of emissions from the West Plant SRU incinerator (H-25) exceeded 250 ppmv over a twelve-hour period.

290.   Exhibit I to this Complaint identifies Suncor's reported exceedances of the twelve-hour rolling average $SO_2$ concentration limit on the West Plant SRU incinerator (H-25).

---

[115] *See, e.g.,* 2022 East Plant Title V Permit, § II.2.17; 2018 West Plant Title V Permit, § II.22.1.
[116] *See* 2018 West Plant Title V Permit, § II.20.1.

291.  Suncor has reported events where the West Plant SRU incinerator (H-25) emitted more than 15.68 pounds of $SO_2$ in an hour.

292.  Exhibit J to this Complaint identifies Suncor's reported exceedances of the hourly $SO_2$ emission limit of 15.68 pounds on the West Plant SRU incinerator (H-25).

### E.  Flare Operation Standard Departures

293.  As noted above, Suncor's flares are subject to two operational standards relevant to this action: (1) a minimum combustion zone operating net heating value of 270 BTU/scf over fifteen minutes, and (2) a maximum of five minutes where flare emissions are visible during any two-hour period.

294.  Suncor monitors compliance with the minimum combustion zone net heating value by continuously measuring heating value and gas flow rates.[117]

295.  Suncor monitors compliance with the flare visibility requirements with continuously recording video cameras.[118]

296.  Suncor has reported events where the minimum combustion zone net heating value of its flares over a fifteen-minute period fell below 270 BTU/scf.

297.  Exhibit K to this Complaint identifies Suncor's reported departures from the minimum combustion zone operating net heating value of 270 BTU/scf at its flares.

298.  Suncor has reported events where emissions from its flares were visible for more than five minutes in a two-hour period.

---

[117] *See, e.g.,* 2022 East Plant Title V Permit, §§ II.40.101, II.40.100, II.40.98.1; 2018 West Plant Title V Permit, §§ II.53.99, II.53.98, II.53.96.1.
[118] *See, e.g.,* 2022 East Plant Title V Permit, § II.40.96; 2018 West Plant Title V Permit, § II.53.94.

299.   Exhibit L to this Complaint identifies Suncor's reported exceedances of five minutes of visible emissions in a two-hour period for its flares.

## CLAIMS FOR RELIEF

### CLAIM ONE

### Violations of NSPS Subpart J Limit on $H_2S$ Concentration in Fuel Gas

300.   Plaintiffs reallege the previous paragraphs and incorporate them by reference as if fully set forth herein.

301.   NSPS Subpart J, 40 C.F.R. § 60.104(a)(1), prohibits fuel gas combustion devices and flares from burning fuel gas with a rolling three-hour average concentration of $H_2S$ greater than 162 ppmv.

302.   The units identified in Section III.A.1.a are subject to the 162 ppmv $H_2S$ limit in NSPS Subpart J.

303.   Exhibit B to this Complaint identifies exceedances of the 162 ppmv $H_2S$ limit reported by Suncor at the Plant 1 Flare, Plant 2 Flare, Plant 3 Flare, Plant 1 Fuel Gas Monitor, and Plant 2 Fuel Gas Monitor.

304.   All the units identified in paragraph 143 are monitored by the Plant 1 Fuel Gas monitor.

305.   Each unit connected to the Plant 1 Fuel Gas Monitor that was burning fuel gas during an exceedance identified in Exhibit B violated NSPS Subpart J and associated Title V Permit conditions.

306.   On information and belief, all units identified in paragraph 143 were burning fuel gas when Suncor reported an exceedance at the Plant 1 Fuel Gas Monitor.

307.   Therefore, all units in paragraph 143 violated NSPS Subpart J—and the associated Title V Permit conditions identified in paragraph 143—at each time Suncor reported an exceedance at the Plant 1 Fuel Gas Monitor.

308.   All the units identified in paragraph 144 are monitored by the Plant 2 Fuel Gas Monitor.

309.   Each unit connected to the Plant 2 Fuel Gas Monitor that was burning fuel gas during an exceedance identified in Exhibit B violated NSPS Subpart J and associated Title V Permit conditions.

310.   On information and belief, all units in paragraph 144 were burning fuel gas when Suncor reported an exceedance at the Plant 2 Fuel Gas Monitor.

311.   Therefore, all units in paragraph 144 violated NSPS Subpart J—and the associated Title V Permit conditions identified in paragraph 144—at each time Suncor reported an exceedance at the Plant 2 Fuel Gas Monitor.

312.   Each exceedance at the Plant 1 Flare, Plant 2 Flare, and Plant 3 Flare identified in Exhibit B is a violation of NSPS Subpart J and the associated Title V permit provisions identified in paragraph 142.

313.   Each of the violations above caused Suncor to emit more $H_2S$ and $SO_2$ that it would have emitted without the violation.

314.   Suncor has repeatedly violated the Clean Air Act by these actions. These violations are both ongoing and recurring, and almost certain to recur in the future absent intervention.

## CLAIM TWO

### Violations of NSPS Subpart Ja Limit on H2S Concentration in Fuel Gas

315.    Plaintiffs reallege the previous paragraphs and incorporate them by reference as if fully set forth herein.

316.    NSPS Subpart Ja, 40 C.F.R. §§ 60.102a(g)(1)(ii), 60.103a(h), prohibits fuel gas combustion devices and flares from burning fuel gas with a rolling three-hour average concentration of $H_2S$ greater than 162 ppmv.

317.    The units identified in Section III.A.2.a are subject to the 162 ppmv $H_2S$ limit in NSPS Subpart Ja.

318.    Exhibit B to this Complaint identifies exceedances of the 162 ppmv $H_2S$ limit reported by Suncor at the Plant 1 Flare, Plant 2 Flare, Plant 3 Flare, GBR Unit Flare, Plant 1 Fuel Gas Monitor, and Plant 2 Fuel Gas Monitor.

319.    All the units identified in paragraph 158 are monitored by the Plant 1 Fuel Gas monitor.

320.    Each unit connected to the Plant 1 Fuel Gas Monitor that was burning fuel gas during an exceedance identified in Exhibit B violated NSPS Subpart Ja and associated Title V Permit conditions.

321.    On information and belief, all units identified in paragraph 158 were burning fuel gas when Suncor reported an exceedance at the Plant 1 Fuel Gas Monitor.

322.    Therefore, all units in paragraph 158 violated NSPS Subpart Ja—and the associated Title V Permit conditions identified in paragraph 158—at each time Suncor reported an exceedance at the Plant 1 Fuel Gas Monitor.

323.    All the units identified in paragraph 159 are monitored by the Plant 2 Fuel Gas monitor.

324.   Each unit connected to the Plant 2 Fuel Gas Monitor that was burning fuel gas during an exceedance identified in Exhibit B violated NSPS Subpart Ja and associated Title V Permit conditions.

325.   On information and belief, all units identified in paragraph 159 were burning fuel gas when Suncor reported an exceedance at the Plant 2 Fuel Gas Monitor.

326.   Therefore, all units in paragraph 159 violated NSPS Subpart Ja—and the associated Title V Permit conditions identified in paragraph 144—at each time Suncor reported an exceedance at the Plant 2 Fuel Gas Monitor.

327.   Each exceedance at the Plant 1 Flare, Plant 2 Flare, Plant 3 Flare, and GBR Unit Flare identified in Exhibit B is a violation of NSPS Subpart Ja and the associated Title V permit provisions identified in paragraph 157.

328.   Each of the violations above caused Suncor to emit more $H_2S$ and $SO_2$ that it would have emitted without the violation.

329.   Suncor has repeatedly violated the Clean Air Act by these actions. These violations are both ongoing and recurring, and almost certain to recur in the future absent intervention.

**CLAIM THREE**

**Violations of Construction Permit 09AD1422 Limit on $H_2S$ Concentration in Fuel Gas Burned by Boilers 504 and 505**

330.   Plaintiffs reallege the previous paragraphs and incorporate them by reference as if fully set forth herein.

331.   Construction Permit 09AD1422, Condition 10 prohibits Boilers B504 and B505 from burning fuel gas with a rolling three-hour average concentration of $H_2S$ greater than 162 ppmv.

332. Construction Permit 09AD1422, Condition 10 is incorporated as a condition into the East Plant Title V, § III.3.

333. Boilers B504 and B505 are monitored by the Plant 2 Fuel Gas Monitor.

334. Exhibit B to this Complaint identifies exceedances of the 162 ppmv $H_2S$ limit at, among other things, the Plant 2 Fuel Gas Monitor.

335. On information and belief, Boilers B504 and B505 were burning fuel gas when Suncor reported an exceedance at the Plant 2 Fuel Gas Monitor.

336. Therefore, Boilers B504 and B505 violated Construction Permit 09AD1422—and the associated Title V Permit conditions identified in paragraph 252—at each time Suncor reported an exceedance at the Plant 2 Fuel Gas Monitor.

337. Each of the violations above caused Suncor to emit more $H_2S$ and $SO_2$ that it would have emitted if Suncor had not violated the emissions limitation.

338. Suncor has repeatedly violated the Clean Air Act by these actions. These violations are both ongoing and recurring, and almost certain to recur in the future absent intervention.

## CLAIM FOUR

**Violations of RACT Standard for $PM_{10}$ Based on NSPS Limit on $H_2S$ Concentration of Fuel Gas**

339. Plaintiffs reallege the previous paragraphs and incorporate them by reference as if fully set forth herein.

340. The following units at the West Plant are subject to RACT requirements on emissions of $PM_{10}$: Heater H-1716, Heater H-1717, Heater H-2101, and the West Plant SRU (H-25).

341. As explained in Section III.D.2.a, the West Plant Title V Permit sets the $PM_{10}$ RACT for each of the units in the preceding paragraph as compliance with the 162 ppmv $H_2S$

concentration limit on fuel gas burned by fuel gas combustion units established in NSPS Subpart J and/or Ja.

342. The units identified above are monitored by the Plant 1 Fuel Gas Monitor.

343. Exhibit B to this Complaint identifies exceedances of the 162 ppmv $H_2S$ limit at, among other things, the Plant 1 Fuel Gas Monitor.

344. On information and belief, the units identified above were burning fuel gas when Suncor reported an exceedance at the Plant 1 Fuel Gas Monitor.

345. Therefore, units identified above violated the $PM_{10}$ RACT requirement established in the associated Title V Permit conditions identified in paragraph 238 at each time Suncor reported an exceedance at the Plant 1 Fuel Gas Monitor.

346. Each of the violations above caused Suncor to emit more $PM_{10}$ than it would have emitted if Suncor had not violated the emissions limitation.

347. Suncor has repeatedly violated the Clean Air Act by these actions. These violations are both ongoing and recurring, and almost certain to recur in the future absent intervention.

## CLAIM FIVE

### Violations of NSPS Subpart J Six-Minute Average Opacity Limit of 30% on Emissions from FCCUs

348. Plaintiffs reallege the previous paragraphs and incorporate them by reference as if fully set forth herein.

349. NSPS Subpart J, 40 C.F.R. § 60.102(a)(2), requires that the average opacity of emissions from FCCUs over six minutes may not exceed 30%.

350. Exhibit C to this Complaint identifies exceedances of the 30% six-minute average opacity limit at the East Plant and West Plant FCCUs.

351.   Each exceedance identified in Exhibit C is a violation of NSPS Subpart J and associated Title V permit conditions identified in paragraph 148.

352.   Each of the violations above caused Suncor to emit more particulate matter than it would have if Suncor had not violated the emissions limitation.

353.   Suncor has repeatedly violated the Clean Air Act by these actions. These violations are both ongoing and recurring, and almost certain to recur in the future absent intervention.

**CLAIM SIX**

**Violations of MACT UUU Six-Minute Average Opacity Limit of 30% on Emissions from FCCUs**

354.   Plaintiffs reallege the previous paragraphs and incorporate them by reference as if fully set forth herein.

355.   MACT UUU, 40 C.F.R. 60.102(a)(2), requires that the average opacity of emissions from FCCUs over six minutes may not exceed 30%.

356.   Exhibit C to this Complaint identifies exceedances of the 30% six-minute average opacity limit at the East Plant and West Plant FCCUs.

357.   Each exceedance identified in Exhibit C is a violation of MACT UUU and associated Title V permit conditions identified in paragraph 179.

358.   Each of the violations above caused Suncor to emit more metallic hazardous air pollutants than it would have if Suncor had not violated the emissions limitation.

359.   Suncor has repeatedly violated the Clean Air Act by these actions. These violations are both ongoing and recurring, and almost certain to recur in the future absent intervention.

## CLAIM SEVEN

**Violations of Colorado Regulation 1 Six-Minute Average Opacity Limit of 30% on Emissions from FCCUs During Certain Activities**

360.    Plaintiffs reallege the previous paragraphs and incorporate them by reference as if fully set forth herein.

361.    Colorado Reg. 1, 5 C.C.R. § 1001-3:II.A.5, requires that the average opacity of emissions from FCCUs over six minutes may not exceed 30%.

362.    Exhibit D to this Complaint identifies exceedances of the 30% six-minute average opacity limit at the East Plant and West Plant FCCUs.

363.    Each exceedance identified in Exhibit D is a violation of Colorado Reg. 1 and associated Title V permit conditions identified in paragraph 230.

364.    Each of the violations above caused Suncor to emit more particulate matter than it would have if Suncor had not violated the emissions limitation.

365.    Suncor has repeatedly violated the Clean Air Act by these actions. These violations are both ongoing and recurring, and almost certain to recur in the future absent intervention.

## CLAIM EIGHT

**Violations of Colorado Regulation 1 Six-Minute Average Opacity Limit of 20% on Emissions from FCCUs**

366.    Plaintiffs reallege the previous paragraphs and incorporate them by reference as if fully set forth herein.

367.    Colorado Reg. 1, 5 C.C.R. § 1001-3:II.A.1, requires that the average opacity of emissions from FCCUs over six minutes may not exceed 20%.

368.    Exhibit E to this Complaint identifies exceedances of the 20% six-minute average opacity limit at the East Plant and West Plant FCCUs.

369.    Each exceedance identified in Exhibit E is a violation of Colorado Reg. 1 and associated Title V permit conditions identified in paragraph 227.

370.    Each of the violations above caused Suncor to emit more particulate matter than it would have if Suncor had not violated the emissions limitation.

371.    Suncor has repeatedly violated the Clean Air Act by these actions. These violations are both ongoing and recurring, and almost certain to recur in the future absent intervention.

## CLAIM NINE

### Violations of MACT UUU Three-Hour Rolling Opacity Limit of 20% on Emissions from FCCUs

372.    Plaintiffs reallege the previous paragraphs and incorporate them by reference as if fully set forth herein.

373.    MACT UUU, 40 C.F.R. § 63.1564(a)(2); 40 C.F.R. table 2, item 1, requires that the average opacity of emissions from FCCUs over three hours may not exceed 20%.

374.    Exhibit F to this Complaint identifies exceedances of the 20% three-hour rolling average opacity limit at the East Plant and West Plant FCCUs.

375.    Each exceedance identified in Exhibit E is a violation of MACT UUU and associated Title V permit conditions identified in paragraph 182.

376.    Each of the violations above caused Suncor to emit more metallic hazardous air pollutants than it would have if Suncor had not violated the emissions limitation.

377.    Suncor has repeatedly violated the Clean Air Act by these actions. These violations are both ongoing and recurring, and almost certain to recur in the future absent intervention.

## CLAIM TEN

**Violations of NSPS Subpart J Hourly CO Concentration Limit of 500 ppmv on FCCUs**

378.    Plaintiffs reallege the previous paragraphs and incorporate them by reference as if fully set forth herein.

379.    NSPS Subpart J, 40 C.F.R § 60.102(a)(2), prohibits emissions from FCCUs with an hourly CO concentration that exceeds 500 ppmv.

380.    Exhibit G to this Complaint identifies exceedances of the 500 ppmv CO concentration limit on emissions from the East Plant and West Plant FCCUs.

381.    Each exceedance identified in Exhibit G is a violation of NSPS Subpart J and associated Title V permit conditions identified in paragraph 151.

382.    Each of the violations above caused Suncor to emit more CO than Suncor would have emitted if Suncor had not violated the limit.

383.    Suncor has repeatedly violated the Clean Air Act by these actions. These violations are both ongoing and recurring, and almost certain to recur in the future absent intervention.

## CLAIM ELEVEN

**Violations of NSPS Subpart Ja Hourly CO Concentration Limit of 500 ppmv on East Plant FCCU**

384.    Plaintiffs reallege the previous paragraphs and incorporate them by reference as if fully set forth herein.

385.    NSPS Subpart Ja, 40 C.F.R. § 60.102a(b)(4), prohibits emissions from FCCUs with an hourly CO concentration that exceeds 500 ppmv.

386.    The NSPS Subpart Ja limit applies to the East Plant FCCU.

387. Exhibit G to this Complaint identifies exceedances of the 500 ppmv CO concentration limit on emissions from the East Plant FCCU.

388. Each exceedance identified in Exhibit G at the East Plant FCCU is a violation of NSPS Subpart Ja and associated Title V permit conditions identified in paragraph 162.

389. Each of the violations above caused Suncor to emit more CO than Suncor would have emitted if Suncor had not violated the limit.

390. Suncor has repeatedly violated the Clean Air Act by these actions. These violations are both ongoing and recurring, and almost certain to recur in the future absent intervention.

## CLAIM TWELVE

### Violations of MACT UUU Hourly CO Concentration Limit of 500 ppmv on FCCUs

391. Plaintiffs reallege the previous paragraphs and incorporate them by reference as if fully set forth herein.

392. MACT UUU, 40 C.F.R. § 63.1565(a)(1), prohibits emissions from FCCUs with an hourly CO concentration that exceeds 500 ppmv.

393. Exhibit G to this Complaint identifies exceedances of the 500 ppmv CO concentration limit on emissions from the East Plant and West Plant FCCUs.

394. Each exceedance identified in Exhibit G is a violation of MACT UUU and associated Title V permit conditions identified in paragraph 184.

395. Each of the violations above caused Suncor to emit more organic hazardous air pollutants than Suncor would have emitted if Suncor had not violated the limit.

396. Suncor has repeatedly violated the Clean Air Act by these actions. These violations are both ongoing and recurring, and almost certain to recur in the future absent intervention.

## CLAIM THIRTEEN

**Violations of West Plant Consent Decree Hourly CO Concentration Limit of 500 ppmv on West Plant FCCU**

397.  Plaintiffs reallege the previous paragraphs and incorporate them by reference as if fully set forth herein.

398.  The West Plant Consent Decree, ¶ 49, prohibits emissions from the West Plant FCCU with an hourly CO concentration that exceeds 500 ppmv.

399.  Exhibit G to this Complaint identifies exceedances of the 500 ppmv CO concentration limit on emissions from the West Plant FCCU.

400.  Each exceedance identified in Exhibit G at the West Plant FCCU is a violation of the West Plant Consent Decree and associated Title V permit conditions identified in paragraph 208.

401.  Each of the violations above caused Suncor to emit more CO than Suncor would have emitted if Suncor had not violated the limit.

402.  Suncor has repeatedly violated the Clean Air Act by these actions. These violations are both ongoing and recurring, and almost certain to recur in the future absent intervention.

## CLAIM FOURTEEN

**Violations of East Plant Consent Decree Hourly CO Concentration Limit of 500 PPMV on East Plant FCCU**

403.  Plaintiffs reallege the previous paragraphs and incorporate them by reference as if fully set forth herein.

404.  The East Plant Consent Decree, ¶ 94, prohibits emissions from the East Plant FCCU with an hourly CO concentration that exceeds 500 ppmv.

405. Exhibit G to this Complaint identifies exceedances of the 500 ppmv CO concentration limit on emissions from the East Plant FCCU.

406. Each exceedance identified in Exhibit G at the East Plant FCCU is a violation of the East Plant Consent Decree and associated Title V permit conditions identified in paragraph 218.

407. Each of the violations above caused Suncor to emit more CO than Suncor would have emitted if Suncor had not violated the limit.

408. Suncor has repeatedly violated the Clean Air Act by these actions. These violations are both ongoing and recurring, and almost certain to recur in the future absent intervention.

**CLAIM FIFTEEN**

**Violations of RACT Hourly CO Concentration Limit of 500 ppmv on East Plant FCCU**

409. Plaintiffs reallege the previous paragraphs and incorporate them by reference as if fully set forth herein.

410. The East Plant FCCU is subject to RACT requirements on emissions of CO.

411. As explained in Section III.D.2.b, the East Plant Title V Permit sets the CO RACT as compliance with the hourly 500 ppmv CO concentration limit on the East Plant FCCU established in the East Plant Consent Decree.

412. Exhibit G to this Complaint identifies exceedances of the 500 ppmv CO concentration limit on emissions from the East Plant FCCU.

413. Each exceedance identified in Exhibit G at the East Plant FCCU is a violation of the RACT requirement and associated Title V permit condition identified in paragraph 240.

414.   Each of the violations above caused Suncor to emit more CO than Suncor would have emitted if Suncor had not violated the limit.

415.   Suncor has repeatedly violated the Clean Air Act by these actions. These violations are both ongoing and recurring, and almost certain to recur in the future absent intervention.

**CLAIM SIXTEEN**

**Violations of West Plant Consent Decree Twenty-Four-Hour CO Average Emissions of 0.06 Pounds Per MMBtu from CO from boilers B-6 and B-8**

416.   Plaintiffs reallege the previous paragraphs and incorporate them by reference as if fully set forth herein.

417.   The West Plant Consent Decree, ¶ 49, prohibits emissions from B-6 and B-8 with a twenty-four-hour rolling average CO concentration that exceeds 0.06 lbs/MMBtu.

418.   Exhibit H to this Complaint identifies exceedances of the 0.06 lbs/MMBtu limit at Boilers B-6 and B-8.

419.   Each exceedance identified in Exhibit H at Boilers B-6 and B-8 is a violation of the West Plant Consent Decree and associated Title V permit conditions identified in paragraph 211.

420.   Each of the violations above caused Suncor to emit more CO than Suncor would have emitted if Suncor had not violated the limit.

421.   Suncor has repeatedly violated the Clean Air Act by these actions. These violations are both ongoing and recurring, and almost certain to recur in the future absent intervention.

**CLAIM SEVENTEEN**

**Violations of NSPS Subpart J Twelve-Hour SO₂ Emission Concentration Limit of 250 ppmv on West Plant SRU (H-25)**

422.   Plaintiffs reallege the previous paragraphs and incorporate them by reference as if fully set forth herein.

423.   NSPS Subpart J, 40 C.F.R. 60.104(a)(2), prohibits emissions from SRUs with a twelve-hour $SO_2$ concentration that exceeds 250 ppmv.

424.   The NSPS Subpart J limit applies to the West Plant SRU (H-25).

425.   Exhibit I to this Complaint identifies exceedances of the 250 ppmv $SO_2$ concentration emission limit at the West Plant SRU (H-25).

426.   Each exceedance identified in Exhibit I is a violation of NSPS Subpart J and associated Title V permit conditions identified in paragraph 154.

427.   Each of the violations above caused Suncor to emit more CO than Suncor would have emitted if Suncor had not violated the limit.

428.   Suncor has repeatedly violated the Clean Air Act by these actions. These violations are both ongoing and recurring, and almost certain to recur in the future absent intervention.

**CLAIM EIGHTEEN**

**Violations of MACT UUU Twelve-Hour SO₂ Emission Concentration Limit of 250 ppmv on West Plant SRU (H-25)**

429.   Plaintiffs reallege the previous paragraphs and incorporate them by reference as if fully set forth herein.

430.   MACT UUU, 40 C.F.R. 63.1568(a)(1), prohibits emissions from SRUs with a twelve-hour $SO_2$ concentration that exceeds 250 ppmv.

431. The MACT UUU limit applies to the West Plant SRU (H-25).

432. Exhibit I to this Complaint identifies exceedances of the 250 ppmv $SO_2$ concentration emission limit at the West Plant SRU (H-25).

433. Each exceedance identified in Exhibit I is a violation of MACT UUU and associated Title V permit conditions identified in paragraph 186.

434. Each of the violations above caused Suncor to emit more total reduced sulfur hazardous air pollutants than Suncor would have emitted if Suncor had not violated the limit.

435. Suncor has repeatedly violated the Clean Air Act by these actions. These violations are both ongoing and recurring, and almost certain to recur in the future absent intervention.

## CLAIM NINETEEN

### Violations of Title V Permit Hourly $SO_2$ Emission Limit of 15.68 Pounds on West Plant SRU (H-25)

436. Plaintiffs reallege the previous paragraphs and incorporate them by reference as if fully set forth herein.

437. The West Plant Title V Permit, § II.20.1, prohibits hourly $SO_2$ emissions from the West Plant SRU (H-25) that exceed 15.68 pounds.

438. Exhibit J to this Complaint identifies exceedances of the 15.68 lbs/hour $SO_2$ concentration emission limit at the West Plant SRU (H-25).

439. Each exceedance identified in Exhibit J is a violation of the West Plant Title V permit.

440. Each of the violations above caused Suncor to emit more $SO_2$ than Suncor would have emitted if Suncor had not violated the limit.

441. Suncor has repeatedly violated the Clean Air Act by these actions. These violations are both ongoing and recurring, and almost certain to recur in the future absent intervention.

## CLAIM TWENTY

**Violations of RACT Standard for PM$_{10}$ Emissions from the West Plant SRU (H-25) based on Title V Permit Hourly SO$_2$ Limit**

442.  Plaintiffs reallege the previous paragraphs and incorporate them by reference as if fully set forth herein.

443.  The West Plant SRU tail gas incinerator (H-25) is subject to RACT requirements on emissions of PM$_{10}$.

444.  As explained in Section III.D.2.c, the West Plant Title V Permit sets the PM$_{10}$ RACT as compliance with the 15.68 pound hourly SO$_2$ emission limit established in the West Plant Title V Permit.

445.  Exhibit J to this Complaint identifies exceedances of the 15.68 lbs/hour SO$_2$ concentration emission limit at the West Plant SRU (H-25).

446.  Each exceedance identified in Exhibit J is a violation of the PM$_{10}$ RACT requirement and associated Title V permit condition identified in paragraph 242.

447.  Each of the violations above caused Suncor to emit more PM$_{10}$ than Suncor would have emitted if Suncor had not violated the limit.

448.  Suncor has repeatedly violated the Clean Air Act by these actions. These violations are both ongoing and recurring, and almost certain to recur in the future absent intervention.

## CLAIM TWENTY-ONE

**Violations of MACT CC Flare Minimum Combustion Zone Net Heating Value**

449.  Plaintiffs reallege the previous paragraphs and incorporate them by reference as if fully set forth herein.

450.    MACT CC, 40 C.F.R. § 63.670(e), establishes a minimum net heating value for a flare's combustion zone of 270 BTU/scf over a fifteen-minute period.

451.    The MACT CC limit applies to the flares identified in paragraph 197.

452.    Exhibit K to this Complaint identifies when each flare's combustion zone net heating value fell below 270 BTU/scf over a fifteen-minute period.

453.    Each exceedance identified in Exhibit K is a violation of MACT CC and associated Title V permit conditions identified in paragraph 197.

454.    Each of the violations above caused Suncor to emit more hazardous air pollutants than Suncor would have emitted if Suncor had not violated the limit.

455.    Suncor has repeatedly violated the Clean Air Act by these actions. These violations are both ongoing and recurring, and almost certain to recur in the future absent intervention.

### CLAIM TWENTY-TWO

**Violations of RACT Standards for PM$_{10}$, NOx, and CO at GBR Unit Flare Based on MACT CC Flare Minimum Combustion Zone Net Heating Value**

456.    Plaintiffs reallege the previous paragraphs and incorporate them by reference as if fully set forth herein.

457.    The GBR Unit Flare is subject to RACT requirements on emissions of PM$_{10}$, NOx, and CO.

458.    As explained in Section III.D.2.d, the West Plant Title V Permit sets the RACT for each of the three pollutants as compliance with the MACT CC combustion zone minimum net heating value.

459.    Exhibit K to this Complaint identifies when each flare's combustion zone net heating value fell below 270 BTU/scf over fifteen minutes.

460. Each exceedance identified in Exhibit K is a violation of the RACT requirements for each of the three pollutants and associated Title V permit condition identified in paragraph 245.

461. Each of the violations above caused Suncor to emit more $PM_{10}$, NOx, and CO than Suncor would have emitted if Suncor had not violated the limit.

462. Suncor has repeatedly violated the Clean Air Act by these actions. These violations are both ongoing and recurring, and almost certain to recur in the future absent intervention.

**CLAIM TWENTY-THREE**

**Violations of MACT CC Flare Emissions Visibility Limit**

463. Plaintiffs reallege the previous paragraphs and incorporate them by reference as if fully set forth herein.

464. MACT CC, 40 C.F.R. § 63.670(c), prohibits a flare's emissions from being visible for more than five minutes in any two-hour period.

465. The MACT CC limit applies to the flares identified in paragraph 200.

466. Exhibit L to this Complaint identifies exceedances of the flare emission visibility limit at each flare.

467. Each exceedance identified in Exhibit L is a violation of MACT CC and associated Title V permit conditions identified in paragraph 200.

468. Each of the violations above caused Suncor to emit more hazardous air pollutants than Suncor would have emitted if Suncor had not violated the limit.

469. Suncor has repeatedly violated the Clean Air Act by these actions. These violations are both ongoing and recurring, and almost certain to recur in the future absent intervention.

## CLAIM TWENTY-FOUR

### Violations of Colorado Regulation 1 Opacity Limit for Flares based on MACT CC Flare Emissions Visibility Limit

470.   Plaintiffs reallege the previous paragraphs and incorporate them by reference as if fully set forth herein.

471.   Colorado Regulation 1, 5 C.C.R. § 1001-3:II.A.5, prohibits a flare's emissions from having a six-minute average opacity of greater than 30%.

472.   The Reg. 1 flare opacity limit applies to the flares identified in paragraph 232.

473.   The East Plant and West Plant Title V permits set compliance with the opacity limit based on compliance with the MACT CC flare emission visibility limit.

474.   Exhibit L to this Complaint identifies exceedances of the MACT CC flare emission visibility limit at each flare.

475.   Each exceedance identified in Exhibit L is a violation of the Colorado Reg. 1 flare opacity limit and associated Title V permit conditions identified in paragraph 232.

476.   Each of the violations above caused Suncor to emit more particulate matter than Suncor would have emitted if Suncor had not violated the limit.

477.   Suncor has repeatedly violated the Clean Air Act by these actions. These violations are both ongoing and recurring, and almost certain to recur in the future absent intervention.

## CLAIM TWENTY-FIVE

### Violations of West Plant Consent Decree Three-Hour NOx Emission Limit of 0.04 lbs/MMBtu on Heater H-2101

478.   Plaintiffs reallege the previous paragraphs and incorporate them by reference as if fully set forth herein.

479.    As described in Section III.C.1, the West Plant Consent Decree, and associated West Plant Title V Permit conditions, prohibits Heater H-2101 from emitting more than 0.04 pounds of NOx per MMBtu over a three-hour period.

480.    Heater H-2101 was installed in January 2006.

481.    Heater H-2101 was not capable of complying with the three-hour NOx emission limit of 0.04 lbs/MMBtu when it was installed.

482.    Heater H-2101 has been incapable of complying with the NOx emission limit from the time of installation to the date of this Complaint.

483.    Every three-hour period that Heater H-2101 has been in service since it was installed is a violation of the West Plant Consent Decree and associated Title V permit condition.

484.    Each of the violations above caused Suncor to emit more NOx than Suncor would have emitted if Suncor had not violated the limit.

485.    Suncor's violations of this emission limitation are continuing and are likely to continue in the future.

## CLAIM TWENTY-SIX

### Violations of NSPS General Duty to Minimize Emissions

486.    Plaintiffs reallege the previous paragraphs and incorporate them by reference as if fully set forth herein.

487.    NSPS Subpart A, 40 C.F.R. § 60.11(d), requires all sources to operate regulated units "in a manner consistent with good air pollution control practice for minimizing emissions."

488.    On information and belief, all violations of NSPS Subpart J and NSPS Subpart Ja alleged above are also violations of the NSPS Subpart A duty to operate sources "in a manner consistent with good air pollution control practice for minimizing emissions."

489.    Suncor has repeatedly violated the Clean Air Act by these actions. These violations are both ongoing and recurring, and almost certain to recur in the future absent intervention.

**CLAIM TWENTY-SEVEN**

**Violations of MACT UUU General Duty to Minimize Emissions**

490.    Plaintiffs reallege the previous paragraphs and incorporate them by reference as if fully set forth herein.

491.    MACT UUU, 40 C.F.R. § 63.1570(c), imposes a "general duty to minimize emissions" that requires all sources to "operate and maintain any affected source, including associated air pollution control equipment and monitoring equipment, in a manner consistent with safety and good air pollution control practices for minimizing emissions."

492.    On information and belief, all violations of MACT UUU alleged above are also violations of the MACT UUU general duty to minimize emissions.

493.    Suncor has repeatedly violated the Clean Air Act by these actions. These violations are both ongoing and recurring, and almost certain to recur in the future absent intervention.

**CLAIM TWENTY-EIGHT**

**Violations of MACT CC General Duty to Minimize Emissions**

494.    Plaintiffs reallege the previous paragraphs and incorporate them by reference as if fully set forth herein.

495.   MACT CC, 40 C.F.R. § 63.642(n), imposes a "general duty to minimize emissions" that requires all sources to "operate and maintain any affected source, including associated air pollution control equipment and monitoring equipment, in a manner consistent with safety and good air pollution control practices for minimizing emissions."

496.   On information and belief, all violations of MACT CC alleged above are also violations of the MACT CC general duty to minimize emissions.

497.   Suncor has repeatedly violated the Clean Air Act by these actions. These violations are both ongoing and recurring, and almost certain to recur in the future absent intervention.

## RELIEF REQUESTED

WHEREFORE, Plaintiffs respectfully request that the Court grant the following relief:

A.   Declare that Defendant Suncor has violated, and is currently in violation of, the Clean Air Act;

B.   Order Defendant Suncor to take all actions necessary to operate the refinery in compliance with its permit terms and the Clean Air Act;

C.   Permanently enjoin Defendant Suncor from operating all stationary units of air pollution at the Suncor Refinery except in accordance with the Clean Air Act, regulatory requirements, and Suncor's Permits;

D.   Order Defendant Suncor to take other appropriate actions, including beneficial mitigation projects authorized under the Clean Air Act, 42 U.S.C. § 7604(g)(2), to remedy, mitigate, or offset harm to public health and the environment caused by the violations of the Act alleged above;

E.  Assess a civil penalty against Defendant Suncor for each violation of the Clean Air Act up to $121,275 per day, per violation pursuant to 42 U.S.C. § 7604(b) and 40 C.F.R. § 19.4;

F.  Order Defendant Suncor to pay reasonable attorneys' fees and costs (including expert witness fees), as provided by 42 U.S.C. § 7604(d); and

G.  Grant such other relief as the Court deems just and proper.

DATED: August 6, 2024                    Respectfully submitted,

*/s/ Ian Coghill*
**Ian Coghill**
**Rachael Jaffe**
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
Telephone: (303) 996-4620
Email: icoghill@earthjustice.org
Email: rjaffe@earthjustice.org
Attorneys for Plaintiffs GreenLatinos, 350 Colorado, and Sierra Club