# Exhibit 4

**Exhibit 4 - Table Showing EPA and Colorado's Diligent Prosecution of Emission Standards Allegedly Violated by Suncor in Plaintiffs' Amended Complaint**

| | Plaintiffs' Amended Complaint Alleging Violation | | EPA and Colorado's Diligent Prosecution of the Emission Standards Suncor Allegedly Violated in Amended Complaint | | | | | |
|---|---|---|---|---|---|---|---|---|
| Emission Standard Suncor Allegedly Violated | Claim No. | Exhibit to Am. Compl.[1] | Consent Decree ¶ | 2020 CDPHE COC ¶¶[2] | 2023 CDPHE CA ¶¶[3] | 2024 CDPHE COC ¶¶[4] | 2024 EPA NOV ¶¶[5] | 2025 CDPHE CA ¶¶[6] |
| 162 ppmv $H_2S$ Limit Under NSPS Subpart J (at fuel gas combustion devices and monitors) | Claim 1 Claim 26 | Exhibit B (ECF 8-2) | ¶ 156 (Plants 1&3) ¶ 231 (East Plant 2) | ¶¶21.b.i-iv.,21.m, 22.e.i-xxxv, 22.u.i-v. | ¶¶II.1.d.i-ii., d.iv, i.i-ii., k.i, m.i-ii., x.i., x.iii., y.iii, y.viii. ff.i, ff.iii.,gg.iii  ¶¶II.2.b.ii-iv., d.i-ii.,f.iii, g.v-vii.,k., m.,p.,u.,w.i | ¶¶13.a.i-x., 13.n.i-v., 14.a.i-xi., 14.l.i-vii. | ¶¶98, 358 | ¶¶III.1.c.,e.i-ii.,f., g., i.i., j., l.i., n.ii-iii.,n.v.,s.i., u.ii., w., x.i.,bb.ii.,ff.i., ff.iii.,hh.i.,ii.i., ii.iii.  ¶¶III.2.a.ii.,b.,e., f.i.,g.i.,h.,j.ii., j.iv.,l.,m.i-ii.,o.ii, o.iv. |
| 162 ppmv $H_2S$ Limit Under NSPS Subpart Ja | Claim 2 Claim 26 | Exhibit B (ECF 8-2) | Similar emission standard as | ¶¶21.b.i-iv.,22.e.i- | ¶¶II.1.d.i-ii., d.iv, i.i-ii.,k.i, m.i-ii.,x.i, | ¶¶13.a.i-x., 13.n.i- | ¶¶98, 341, 358 | ¶¶III.1.c.,e.i-ii.,f.,g.,i.i.,j.,l.i., n.ii-iii, n.v.,s.i., |

[1] Violations alleged in Amended Complaint cover period from July 2019 to May 2024 (excluding allegation related to H-2101 which dates back to 2006).
[2] 2020 CDPHE Compliance Order on Consent ("COC") covers the period July 2017 through December 2019.
[3] 2023 CDPHE Compliance Advisory ("CA") covers the period July 2021 to June 2022 (excluding allegation related to H-2101 which dates back to 2004)
[4] 2024 CDPHE COC covers the period July 2019 through June 2021. The 2024 COC resolved many of the violations alleged in the Complaint, and Suncor paid stipulated penalties to CDPHE and EPA pursuant to any alleged violation subject to a Consent Decree. *See* 2024 COC ¶ 23.
[5] The 2024 EPA Notice of Violation ("NOV") (which incorporates the 2023 CA, *see* ¶ 98) covers the period January 2020 through November 2023.
[6] 2025 CDPHE CA covers the period July 2022 through June 2023 (excluding allegation related to H-2101 which dates back to 2004). Some of the violations alleged in the 2025 CA were previously alleged in the 2024 NOV.

| Emission Standard Suncor Allegedly Violated | Claim No. | Exhibit to Am. Compl.[1] | Consent Decree ¶¶ | 2020 CDPHE COC ¶¶[2] | 2023 CDPHE CA ¶¶[3] | 2024 CDPHE COC ¶¶[4] | 2024 EPA NOV ¶¶[5] | 2025 CDPHE CA ¶¶[6] |
|---|---|---|---|---|---|---|---|---|
| (at fuel gas combustion devices and monitors) | | | ¶156 (Plants 1&3) and ¶ 231 (Plant 2) | xxxv., 22.u.i-v. | x.iii.,y.iii., y.viii.,ff.i, ff.iii.,gg.iii  ¶¶II.2.b.ii-iv., d.i-ii.,f.iii, g.v-vii.,k., m.,p.,u.,w.i. | v.,14.a.i-xi., 14.l.i-vii. | | u.ii,w.,x.i,bb.ii., ff.i,ff.iii.,hh.i.,ii.i, ii.iii.  ¶¶III.2.a.ii.,b.,e.,f. i.,g.i.,h.,j.ii.,j.iv., l.,m.i-ii.,o.ii,o.iv. |
| Construction Permit 09AD1422 Limit on 162 ppm H₂S Concentration in Fuel Gas Burned by Boilers 504 and 505 | Claim 3(¶¶ 330-338) | Exhibit B (ECF 8-2) | Similar emission standard as ¶ 115 (Plant 2) | 21.m | ¶¶II.2.k | ¶¶13.n.i.-v., 14.l.i-vii. | ¶98 | N/A |
| 162 ppmv H₂S Limit as PM10 RACT for Heaters H-25, H2101, H1716 and H-1717 | Claim 4 | Exhibit B (ECF 8-2) | Similar emission standard as ¶69 (Plants 1&3) | N/A | ¶¶II.1.dii.-iii., e.vi., l.i, p.i, q.i, x.ii, y.ii, gg.iii | N/A | ¶¶98, 436 | ¶¶III.1.n.i |
| 30% Opacity Limit Under NSPS Subpart J (at FCCUs) | Claim 5 Claim 26 | Exhibit C (ECF 8-3) | ¶54 (Plants 1&3) ¶98 (Plant 2) | ¶¶22.k.i.-iv.,22.w.iii | ¶¶II.1.e.v., e.vii.,n.iii., gg.ii.  ¶¶II.2.g.ii., n.ii., o.iii. | ¶¶13.t.iv, 14.h.i,14.p.i-ii. | ¶¶98, 372, Table 15, 378, Table 18 | ¶¶III.1.y.ii.,bb.v. ¶¶III.2.k.ii.-iii |
| 30% Opacity Limit Under MACT UUU (at FCCUs) | Claim 6 Claim 27 | Exhibit C (ECF 8-3) | Similar emission standard as ¶54 (Plants 1&3) | ¶¶22.k.i.-iv.,22.w.iii | ¶¶II.1.e.v., e.vii.,n.iii., gg.ii. | ¶¶13.t.iv., 14.h.i, 14.p.i-ii. | ¶¶98, 372, Table 15, 378, Table 18 | ¶¶III.1.y.ii.,bb.v. ¶¶III.2.k.ii.-iii |

| Emission Standard Suncor Allegedly Violated | Claim No. | Exhibit to Am. Compl.[1] | Consent Decree ¶¶ | 2020 CDPHE COC ¶¶[2] | 2023 CDPHE CA ¶¶[3] | 2024 CDPHE COC ¶¶[4] | 2024 EPA NOV ¶¶[5] | 2025 CDPHE CA ¶¶[6] |
|---|---|---|---|---|---|---|---|---|
| | | | and ¶98 (Plant 2) | | ¶¶II.2.g.ii., n.ii.,o.iii. | | | |
| 30% Opacity Limit Under CO Reg. 1 (at FCCUs) | Claim 7 | Exhibit D (ECF 8-4) | Similar emission standard as ¶54 (Plants 1&3) and ¶98 (Plant 2) | ¶¶22.k.i-iv. | ¶¶II.1.e.v., n.iii.,gg.ii. ¶¶II.2.g.ii., n.ii.,o.iii. | ¶¶14.h.ii-iii. | ¶¶98, 372, Table 15, 378, Table 18 | ¶¶III.1.y.ii.,bb.v. ¶¶III.2.k.ii.-iii |
| Six-Minute 20% Opacity Limit Under CO Reg. 1 (at FCCUs) | Claim 8 | Exhibit E (ECF 8-5) | Similar to NSPS J requirements for FCCUs in ¶54 (Plants 1&3) and ¶98 (Plant 2) | ¶¶22.k.i-vi.,22.w.i-iv.,22.aa. | ¶¶II.1.c.ii., e.iv.,h,n.ii., y.v.,gg.i, ¶¶II.2.b.i,c.i., f.i.,g.i, n.i., o.ii,r.ii, | ¶¶13.j, 13.t.i-iv., 14.h.i-iv., 14.h.iv-v., 14.p.i-vi. | ¶¶98, 375, Table 17, 382, Table 20 | ¶¶III.1.n.iv, r., u.iii.,y.i,bb.iv. ¶¶III.2.i.ii.,j.i., k.ii., |
| Three-Hour 20% Opacity Limit Under MACT UUU (at FCCUs) | Claim 9 Claim 27 | Exhibit E (ECF 8-5); Exhibit F (ECF 8-6) | Similar to NSPS J requirements for FCCUs in ¶54 (Plants 1&3) and ¶98 (Plant 2 | ¶¶22.k.ii-iv.,22.w.iv, 22.aa. | ¶¶II.2.e.vii., n.iv.,g.iii | ¶¶13.j, 13.t.iii-iv,14.h.ii. | ¶¶98, 375, Table 17, 382, Table 20 | ¶III.1.y.iii. |
| 500 ppmv CO Limit Under NSPS Subpart J (at FCCUs) | Claim 10 Claim 26 | Exhibit G (ECF 8-7) | ¶ 49 (Plants 1&3) ¶ 94 (Plant 2) | ¶¶22.i.i-.v. | ¶¶II.1.e.iii, e.vii.n.i,n.iv, y.iv.,ff.ii, ¶¶II.2.c.ii-iii., f.ii.,f.v.,g.iv, l.,o.i,r.i, | ¶¶13.h.ii, 14.f.i-iv. | ¶¶98, 140, 362, Table 13, 365 | ¶¶III.1.b.i.,k.,y.iv. ¶¶III.2.a.i.,i.i., k.i.,o.i. |

| Emission Standard Suncor Allegedly Violated | Claim No. | Exhibit to Am. Compl.[1] | Consent Decree ¶¶ | 2020 CDPHE COC ¶¶[2] | 2023 CDPHE CA ¶¶[3] | 2024 CDPHE COC ¶¶[4] | 2024 EPA NOV ¶¶[5] | 2025 CDPHE CA ¶¶[6] |
|---|---|---|---|---|---|---|---|---|
| 500 ppmv CO Limit Under NSPS Subpart Ja (at Plant 2 FCCU) | Claim 11 Claim 26 | Exhibit G (ECF 8-7) | Similar emission standard as ¶ 94 (Plant 2) | ¶¶22.v.i-v.iii., 22.aa | ¶¶II.2.c.ii-iii., f.ii, f.v.,g.iv, l., o.i, r.i, | ¶¶13.q.i-iv., 14.o.i-v. | ¶¶98, 140, 362, Table 13, 365 | ¶¶III.2.a.i.,i.i., k.i.,o.i. |
| 500 ppmv CO Limit Under MACT UUU (at FCCUs) | Claim 12 Claim 27 | Exhibit G (ECF 8-7) | Similar emission standard as ¶49 (Plants 1&3) and ¶94 (Plant 2) | ¶¶22.i.i-v.iii., 22.aa | ¶¶II.1.e.iii, e.vii.,n.i,y.iv., ff.ii, ¶¶II.2.c.ii-iii., f.ii, f.v.,g.iv, g.viii.,l.,o.i, r.i. | ¶¶13.h.ii, 13.q.i-iv., 14.f.i-iv., 14.o.i-v. | ¶¶98, 140, 362, Table 13, 365, Table 14, 367, 370 | ¶¶III.1.b.i.,k.,y.iv. ¶¶III.2.a.i.,i.i., k.i.,o.i. |
| 500 ppmv CO Limit Under Plants 1 & 3 Consent Decree (FCCU) | Claim 13 | Exhibit G (ECF 8-7) | ¶ 49 (Plants 1&3) | ¶¶22.i.i-v. | ¶¶II.1.e.iii, n.i, y.iv.,ff.ii | ¶¶13.h.i-iii., 14.f.i-iv. | ¶¶98, 140, 362, Table 13, 365 | ¶¶III.1.b.i. k.,y.iv. |
| 500 ppmv CO Limit Under Plant 2 Consent Decree (FCCU) | Claim 14 | Exhibit G (ECF 8-7) | ¶ 94 (Plant 2) | ¶¶22.v.i-v.iii., 22.aa. | ¶¶II.2.c.ii, f.ii, g.iv, l., o.i, r.i. | ¶¶13.q.i-iv., 14.o.i-v | ¶¶98, 140, 365, Table 14 | ¶¶III.2.a.i.,i.i., k.i.,o.i. |
| 500 ppmv CO Limit Under CO RACT (Plant 2 FCCU) | Claim 15 | Exhibit G (ECF 8-7) | Similar emission standard as ¶94 (Plant 2) | N/A | ¶¶II.2.c.ii, f.ii, g.iv, l., o.i, r.i. | N/A | ¶¶98, 436 | ¶¶III.2.a.i.,i.i., k.i.,o.i. |
| 0.06 lbs/MMBTU CO Limit on Boilers B-6 and B-8 | Claim 18 | Exhibit H (ECF 8-8) | ¶73.(a) (Plants 1&3) | N/A | ¶¶II.1.o.,r.,v.,y | ¶¶14.j.i, 14.j.ii | ¶98 | ¶III.1.d |
| 250 ppmv SO$_2$ Limit Under NSPS Subpart J (H-25) | Claim 17 Claim 26 | Exhibit I (ECF 8-9) | ¶171 (Plants 1&3) | ¶¶21.a.ii-iii., 22.g.i- | ¶¶II.1.c.i., d.iii.,e.v.,l.i, | ¶¶13.i.i-iv., 14.g.i-v. | ¶¶98, 340 | ¶¶III.1.n.i.,p.,u.i., z.i.,bb.i.,ff.ii., ii.ii.,jj.i-ii.,ll. |

| Emission Standard Suncor Allegedly Violated | Claim No. | Exhibit to Am. Compl.[1] | Consent Decree ¶¶ | 2020 CDPHE COC ¶¶[2] | 2023 CDPHE CA ¶¶[3] | 2024 CDPHE COC ¶¶[4] | 2024 EPA NOV ¶¶[5] | 2025 CDPHE CA ¶¶[6] |
|---|---|---|---|---|---|---|---|---|
| | | | | x.,22.g.xii-xiv. | p.i-ii., q.i, x.ii.,y.i.,y.ix. | | | |
| 250 ppmv $SO_2$ Limit Under MACT UUU (H-25) | Claim 18 Claim 27 | Exhibit I (ECF 8-9) | Similar to NSPS J requirements for SRPs in ¶171 (Plants 1&3) | ¶¶21.a.ii-iii.,22.g.i--xiv. | ¶¶II.1.c.i., d.iii.,e.v., e.vii.,l.i-ii., p.i.,q.i,x.ii., x.iv.,y.ii.,y.ix. | ¶¶13.i.i-iv, 14.g.i-v. | ¶¶98, 340, 401, 403 | ¶¶III.1.n.i.,p.,u.i., z.i.,bb.i.,ff.ii.,ii.ii., jj.i-ii.,ll. |
| 15.68 lb $SO_2$ Limit for SRU (H-25) | Claim 19 | Exhibit J (ECF 8-10) | Similar to NSPS J requirements for SRPs in ¶171 (Plants 1&3) | ¶¶21.a.i, 21.a.iii., 22.g.i-xv. | ¶¶II.1.c.i., d.iii.,e.v.,l.i, p.i.,q.i.,x.ii., y.ii | ¶¶13.i.i-iv, 14.g.ii-v. | ¶¶98, 421, 423 | ¶¶III.1.i.ii,n.i. u.i.,z.i.,bb.i., ff.ii.,ii.ii.,jj.i. |
| 15.68 lb $SO_2$ Limit as $PM_{10}$ RACT for SRU (H-25) | Claim 20 | Exhibit J (ECF 8-10) | Similar to NSPS J requirements for SRPs in ¶171 (Plants 1&3) | N/A | ¶¶II.1.c.i.,d.ii., e.v.,l.i,p.i.,q.i, x.ii., y.ii | N/A | ¶¶98, 421, 423, 436 | ¶¶III.1.i.ii,n.i. u.i.,z.i.,bb.i.,ff.ii., ii.ii. jj.i. |
| 270 BTU/SCF Limit on Flares Under MACT CC | Claim 21 Claim 28 | Exhibit K (ECF 8-11) | Similar to NSPS Subpart A (40 CFR § 60.18) requirements for flares in ¶156 (Plants 1&3) and | ¶¶22.c.i-vii., 22.r. | ¶¶II.1.e.ii, e.viii.,y.vii., y.x. ¶¶II.2.f.iv., f.vi.,h.i-ii., q.ii-iii.,x.i., x.iii. | ¶¶13.b.i-iii., 13.s.i-iii., 14.b.1, 14.b.ii-iii. | ¶¶98, 345 | ¶¶III.1.m.,q.i., x.ii. ¶III.2.g.ii |

| Emission Standard Suncor Allegedly Violated | Claim No. | Exhibit to Am. Compl.[1] | Consent Decree ¶¶ | 2020 CDPHE COC ¶¶[2] | 2023 CDPHE CA ¶¶[3] | 2024 CDPHE COC ¶¶[4] | 2024 EPA NOV ¶¶[5] | 2025 CDPHE CA ¶¶[6] |
|---|---|---|---|---|---|---|---|---|
| | | | ¶¶231-240 (East Plant 2 | | | | | |
| 270 BTU/SCF Limit as RACT for $PM_{10}$, $NO_X$, and CO on GBR Unit Flare | Claim 22 | Exhibit K (ECF 8-11) | Similar to NSPS Subpart A (40 CFR § 60.18) requirements for flares in ¶ 156 (Plants 1&3) and ¶¶231-240 (East Plant 2 | N/A | ¶II.1.y.vii. | N/A | ¶¶ 98, 345, 436 | ¶III.1.x.ii. |
| Flare Smoke Visibility Limits Under MACT CC | Claim 23 Claim 28 | Exhibit L (ECF 8-12) | Similar to NSPS Subpart A (40 CFR § 60.18) requirements for flares in ¶156 (Plants 1&3) and ¶¶231-240 (Plant 2) | ¶¶22.d.i-v., 22.s.i-iv. | ¶¶II.1.e.i., e.viii.,s. ¶¶II.2.x.ii-iii. | ¶¶13.c.i-viii, 13.r.i-iii, 14.c.i-ii. | ¶¶98, 372, 378 | ¶III.1.b.ii. |
| Flare Smoke Visibility as Compliance with 30% Opacity Limit | Claim 24 | Exhibit L (ECF 8-12) | Similar to NSPS Subpart A (40 CFR § 60.18) requirements for flares in ¶156 (Plants | N/A | ¶¶II.1.e.i.,s. ¶¶II.2.x.ii | N/A | ¶¶98, 372, 378 | N/A |

| Emission Standard Suncor Allegedly Violated | Claim No. | Exhibit to Am. Compl.[1] | Consent Decree ¶¶ | 2020 CDPHE COC ¶¶[2] | 2023 CDPHE CA ¶¶[3] | 2024 CDPHE COC ¶¶[4] | 2024 EPA NOV ¶¶[5] | 2025 CDPHE CA ¶¶[6] |
|---|---|---|---|---|---|---|---|---|
| | | | 1&3) and ¶¶231-240 (Plant 2) | | | | | |
| 0.04 lbs/MMBTU $NO_X$ Limit for Heater H-2101 | Claim 25 | (ECF 8-1, Table 11) | ¶220 (Plants 1&3) | N/A | ¶II.1.ii. | N/A | ¶98 | ¶III.1.rr. |