# Exhibit 11



# Colorado Department of Public Health and Environment

# OPERATING PERMIT

Suncor Energy (U.S.A.) Inc. – Commerce City
Refinery, Plant 1 (West Plant) & Plant 3 (Asphalt Unit)

First Issued: August 1, 2004
Renewed: October 1, 2012
Last Revised: February 22, 2018

# AIR POLLUTION CONTROL DIVISION
# COLORADO OPERATING PERMIT

| | | |
|---|---|---|
| FACILITY NAME: | Commerce City Refinery – Plants 1 and 3 | OPERATING PERMIT NUMBER |
| FACILITY ID: | 0010003 | |
| RENEWED: | October 1, 2012 | **96OPAD120** |
| EXPIRATION DATE: | October 1, 2017 | |
| MODIFICATIONS: | See Appendix F of Permit | |

Issued in accordance with the provisions of Colorado Air Pollution Prevention and Control Act, 25-7-101 et seq. and applicable rules and regulations.

ISSUED TO:                                     PLANT SITE LOCATION:

Suncor Energy (U.S.A.) Inc.                    Commerce City Refinery
5801 Brighton Blvd.                            5801 Brighton Blvd.
Commerce City, CO 80022-3696                   Commerce City, CO 80022-3696

---

INFORMATION RELIED UPON

| | |
|---|---|
| Operating Permit Renewal Application Received: | August 1, 2008 |
| And Additional Information Received: | Various – see Technical Review Document that supports the renewal permit. |

| | |
|---|---|
| Nature of Business: | Petroleum Refining |
| Primary SIC: | 2911 |

RESPONSIBLE OFFICIAL                           FACILITY CONTACT PERSON
Name:   Donald Austin                          Name:   Wes McNeil
Title:  Vice President, Commerce City Refinery  Title:  Team Lead - Environmental
Phone:  (303) 286-5788                         Phone   (303) 286-5731

RESPONSIBLE OFFICIAL'S AUTHORIZED REPRESENTATIVE
Name:   Michael Moore
Title:  Director of Operations
Phone:  (720) 322-2552

SUBMITTAL DEADLINES

| | |
|---|---|
| First Semi-Annual Monitoring Period: | October 1 – December 31 |
| Subsequent Semi-Annual Monitoring Periods: | January 1 - June 30, July 1 - December 31 |
| Semi-Annual Monitoring Reports: | Due March 1, 2013 & September 1, 2013 & subsequent years |
| First Annual Compliance Period: | October 1 – June 30 |
| Subsequent Annual Compliance Period: | July 1 through June 30 |
| Annual Compliance Certification: | Due on September 1, 2013 and subsequent years |

**Note that the Semi-Annual Monitoring Report and the Annual Compliance Certification must be received at the Division office by 5:00 p.m. on the due date. Postmarked dates will not be accepted for the purposes of determining the timely receipt of those reports.**

# Table of Contents:

**SECTION I - General Activities and Summary** ........................................................................ **1**
1. Permitted Activities .................................................................................................. 1
2. Alternative Operating Scenarios ............................................................................. 2
3. Nonattainment Area New Source Review (NANSR) and Prevention of Significant Deterioration (PSD) 2
4. Accidental Release Prevention Program (112(r)) .................................................... 3
5. Summary of Emission Units .................................................................................... 3
6. Compliance Assurance Monitoring (CAM) ........................................................... 14

**SECTION II - Specific Permit Terms** .................................................................................. **15**
1. Tanks for Which Construction Permits Are Not Required – T67, T70, T74, T75, T77, T78, T80, T776, T57, T59, T64, T65, T66, T68, T69, T71, T72, T76, T105, T112, T140, T142, T144, T145, T146, T147, T182, T191, T192, T193, T194, Pipeline Receipt Station Sump ........................................ 15
2. Tank with Unique Requirements, Subject to 40 CFR Part 63, Subpart CC (Group 1) – T1 ..... 16
3. Tanks with Unique Requirements, Subject to 40 CFR Part 60, Subpart Kb and 40 CFR 63, Subpart CC (Group 1) – T34, T55, T58, T96, T97, T116, T775, T2010 .................................. 17
4. Tanks with Unique Requirements, Subject to 40 CFR 63, Subpart CC (Group 1 and 2) – T2, T3, T52, T62, T94, T774, T777, T778, T3801 ........................................................................ 21
5. Tanks with Unique Requirements, Subject to 40 CFR Part 60, Subpart UU, and 40 CFR 63, Subpart CC (Group 2) – T2006, T3201 .................................................................... 24
6. Tanks with Unique Requirements, Subject to 40 CFR Part 60, Subpart Kb and 40 CFR 63, Subpart R – T7208 .................................................................................................. 26
7. Tanks with Unique Requirements, Subject to Colorado Regulation No. 7, Section IV – D-811, T81, T82, D-812, D-813, D-814, T90, T91, T92 and T400 .............................................. 27
8. Stationary Internal Combustion Engines ............................................................... 28
   Three (3) Diesel Fuel Fired Emergency Fire Pump Engines (each rated at 481 hp) ............... 28
   One (1) Diesel-Fuel Fired Emergency Generator Engine (rated at 157 hp) – P1 Control Room ..... 28
   Two (2) Diesel Fuel-Fired Emergency Air Compressor Engines (each rated at 575 hp/429 kW) ..... 28
   Propane-Fired Emergency Generator (rated at 162 hp) – Pipeline Receipt Station ................. 29
9. Cold Cleaner Solvent Degreasers ........................................................................... 48
10. Cooling Towers – Plant 1: Y1, Y3 and Y4 and Plant 3: Y2 .................................. 49
11. Process Heater H-6 ................................................................................................. 52
12. Process Heaters and Boilers Without Annual Emission Limitations – H-10, H-11, H-16, H-18, H-20, H-21, H-22, H-27 and B4 ................................................................................. 54
13. Process Boilers B6 and B8 ..................................................................................... 56
14. Process Heaters H-13 and H-17 ............................................................................. 60
15. Process Heater H-19 ............................................................................................... 62
16. Process Heaters H-28, H-29, and H-30 and Catalytic Reforming Unit P104 ......... 64
17. Process Heaters H-31 and H-32 ............................................................................. 66
18. Process Heaters H-33 and H-37 ............................................................................. 68
19. Requirements for Heaters and Boilers (Consent Decree (H-01-4430)) ................. 70
20. Sulfur Recovery Units (SRU #1 – P101, SRU #2 – P102) with Tail Gas Unit (TGU) and TGU Incinerator – H25 .............................................................................................. 71
21. Process Heaters H-1716 and H-1717 ..................................................................... 75
22. Fluid Catalytic Cracking Unit (FCCU) – P103 – Catalyst Handling ....................... 77
23. Plant 1 Wastewater Treatment System – F201 ...................................................... 89
   AIRS pt 095 – Tank T4501 (Part of the Slop Oil System) ..................................... 89

# Table of Contents:

AIRS pt 146 – Controlled Sources: API Separators (T4514, T4515), DGF System (T4502, T4503, T4504, T4507, T4508), API Lift Station, T60 Lift Station, Slop Oil System (T4516, T4517, T4518), API Headworks, Centrifuge and Associated Control Devices ........................................... 89

AIRS pt 149 – Uncontrolled Sources and Sumps: Uncontrolled sources include Equalization Tank (T60), Sludge Thickener Tank (T29), Aeration Tanks (T26, T4511), Clarifiers (T28, T4512), Lagoons 1 thru 4 and Train A Improvement Project Equipment (Aeration Basins 1 and 2, UF and MBR Splitter Boxes and Membrane Tanks 2 through 7). Sumps include Lab, Spider, T58, T70, T75, T80, T775, T777 Sumps and Associated Control Devices ..................................................... 89

24. Rail Loading Rack and Flare – R101 ................................................................................... 98
25. Truck Loading Rack and Flare – R102 ................................................................................ 101
26. Groundwater Treatment Unit with Air Strippers – A1 ....................................................... 103
27. Process Heater H-2101 ....................................................................................................... 105
28. Process Heater H-2410 ....................................................................................................... 108
29. Main Plant Flare – F1 .......................................................................................................... 111
30. Asphalt Unit Flare – F2 ....................................................................................................... 114
31. GBR Unit Flare – F3 ............................................................................................................ 118
32. Asphalt Unit (Plant 3) Wastewater Treatment System – F101 - CPI Separator ................. 121
33. Fugitive VOC Equipment Leaks without Permitted Emission Limits – F107 ..................... 123
34. Fugitive VOC Equipment Leaks with Permitted Emission Limits ...................................... 125
   Asphalt Unit (Plant 3) Wastewater Treatment System – Individual Drain Systems – F101 ................. 125
   Asphalt Processing Unit Fugitives – F102 .......................................................................... 125
   Number 3 Hydrodesulfurizer Fugitives – F103 .................................................................. 125
   Cryogenic Vapor Recovery Unit Fugitives – F104 ............................................................ 125
   Number 2 Hydrodesulfurizer Fugitives – F105 .................................................................. 125
   Light Straight Run Distillation Tower Fugitives – F106 .................................................... 125
   Vapor Recovery Unit Debutanizer Fugitives – F108 ......................................................... 125
   Number 4 Hydrodesulfurizer Fugitives – F109 .................................................................. 125
   Tail Gas Unit Amine Treatment System Fugitives – F110 .................................................. 125
   Sour Water Stripper System Fugitives – F111 .................................................................... 125
   Modified Tank Farm Piping Fugitives – F112 .................................................................... 125
   Catalytic Reforming Unit Modification Fugitives – F113 ................................................... 125
   GBR Unit Fugitives – F114 ................................................................................................. 125
   Bio-Diesel Fugitives – F115 ............................................................................................... 125
   Relief Valve Project – F116 ................................................................................................. 125
   Pipeline Receipt Station Fugitives – F200 .......................................................................... 125
   MPV Project Fugitives – F202 ............................................................................................ 125
35. Opacity Limits .................................................................................................................... 128
36. Particulate Matter Emission Limits – Fuel Burning Equipment ......................................... 131
37. SV1 Soil Vapor Extraction (SVE) Unit – RSI Engine ........................................................ 132
38. Sulfur Dioxide Emission Limits ......................................................................................... 133
39. Reasonably Available Control Technology – General Requirements for Storage and Transfer of Volatile Organic Compounds - Colorado Regulation No. 7, Section III ................................................. 136
40. Reasonably Available Control Technology – Storage of Highly Volatile Organic Compounds - Colorado Regulation No. 7, Section IV .................................................................................................. 136
41. Reasonably Available Control Technology for Storage and Transfer of Petroleum Liquid - Colorado Regulation No. 7, Section VI .................................................................................................... 137
42. Reasonably Available Control Technology for Crude Oil – Colorado Regulation No. 7, Section VII.. 141

# Table of Contents:

43. Reasonably Available Control Technology for Petroleum Refineries - Colorado Regulation No. 7, Section VIII................................................................................................................................................. 141

44. Reasonably Available Control Technology – Control of Volatile Organic Compound Leaks from Vapor Collection Systems and Vapor Control Systems Located at Gasoline Terminals, Gasoline Bulk Plants, and Gasoline Dispensing Facilities – Colorado Regulation No. 7, Section XV ...................................... 145

45. 40 CFR Part 60, Subpart J – Standards of Performance for Petroleum Refineries (FCCU and Claus Units)................................................................................................................................................... 146

46. 40 CFR Part 60 Subpart Ja – Standards of Performance for Petroleum Refineries for Which Construction, Reconstruction or Modification Commenced After May 14, 2007 ................................. 149

47. 40 CFR Part 60, Subpart GGGa – Standards of Performance for Equipment Leaks of VOC in Petroleum Refineries for Which Construction, Reconstruction, or Modification Commenced After November 7, 2006........................................................................................................................................................ 157

48. 40 CFR Part 60, Subpart Kb - Standards of Performance for Volatile Organic Liquid Storage Vessels (Including Petroleum Liquid Storage Vessels) for Which Construction, Reconstruction or Modification Commenced After July 23, 1984 ....................................................................................................... 158

49. 40 CFR Part 60, Subpart UU – Standards of Performance for Asphalt Processing and Asphalt Roofing Manufacture .......................................................................................................................................... 164

50. 40 CFR Part 60, Subpart XX – Standards of Performance for Bulk Gasoline Terminals ...................... 164

51. Standards of Performance for VOC Emissions From Petroleum Refinery Wastewater Systems – 40 CFR Part 60, Subpart QQQ .............................................................................................................................. 166

52. 40 CFR Part 63, Subpart R – National Emission Standards for Gasoline Distribution Facilities (Bulk Gasoline Terminals and Pipeline Breakout Stations) ............................................................................. 169

53. 40 CFR Part 63, Subpart CC – National Emission Standards for Hazardous Air Pollutants from Petroleum Refineries............................................................................................................................. 172

54. 40 CFR Part 63, Subpart UUU – National Emission Standards for Hazardous Air Pollutants for Petroleum Refineries: Catalytic Cracking Units, Catalytic Reforming Units, and Sulfur Recovery Units .................................................................................................................................................................. 224

55. 40 CFR Part 60 Subpart VVa – Standards of Performance for Equipment Leaks of VOC in the Synthetic Organic Chemicals Manufacturing Industry for Which Construction, Reconstruction, or Modification Commenced After November 7, 2006 ..................................................................................................... 235

56. 40 CFR Part 60, Subpart A - General Provisions ................................................................................. 246

57. Flare Requirements ............................................................................................................................ 247

58. Fuel Monitoring ................................................................................................................................. 248

59. Continuous Emissions Monitors (Consent Decree (H-01-4430))......................................................... 249

60. Facility Access Requirements ............................................................................................................. 249

61. Consent Decree General Recordkeeping, Record Retention and Reporting (Consent Decree (H-01-4430))................................................................................................................................................... 249

62. Emission Factor Changes.................................................................................................................... 250

63. 40 CFR Part 63, Subpart DDDDD – National Emission Standards for Hazardous Air Pollutants from Industrial, Commercial, and Institutional Boilers and Process Heaters.................................................. 250

64. 40 CFR Part 60 Subpart VV – Standards of Performance for Equipment Leaks of VOC in the Synthetic Organic Chemicals Manufacturing Industry for which Construction, Reconstruction, or Modification Commenced After January 5, 1981, and on or before November 7, 2006 ......................................... 257

65. 40 CFR Part 61 Subpart FF – National Emission Standards for Benzene Waste Operations ............... 267

66. 40 CFR Part 63 Subpart GGGGG – National Emission Standards for Hazardous Air Pollutants:  Site Remediation ...................................................................................................................................... 280

67. Sand Creek Remediation Project – Air Sparge/Soil Vapor Extraction (AS/SVE) and AS Systems...... 283
    AIRS Pt 606 –Recovery Trench Zone F & G ..................................................................................... 283

# Table of Contents:

AIRS Pt 615 – Suncor Western Property Boundary ................................................................... 283
AIRS Pt 616 Metro M & E East ................................................................................................. 283
AIRS Pt 617 – RPC Zone 2 ........................................................................................................ 283
AIRS Pt 618 – Metro Utility Corridor Zones 1 & 2 .................................................................. 283
AIRS Pt 621 – Metro M & E West Zone 2 ................................................................................ 283
AIRS Pt 622 – Metro M & E West Zone 1 ................................................................................ 283
AIRS Pt 623 – Metro South Secondary Area Zone 1 ................................................................ 283
AIRS Pt 624 – Metro South Secondary Area Zone 2 ................................................................ 283
AIRS Pt 625 - Recovery Trench Zone E & H ............................................................................ 283
AIRS Pt 634 – Metro Utility Corridor Zones 3 & 4 .................................................................. 283
AIRS Pt 635 – PCA Subslab Depressurization .......................................................................... 283
AIRS Pt 636 - NW Boundary Uncontrolled Zones 3 & 4 ......................................................... 283
AIRS Pt 637 -Laboratory ........................................................................................................... 283
68.  Sand Creek Remediation Project – Tanks and Tank Truck Loading ................................... 293
     LO-1 (AIRS pt 628) – Tank Truck Loading, D-20 (AIRS pt 631) – Storage Tanks (21,150 gal) and
         Tanks 17675 & 20529 (APEN exempt) – Two (2) Storage Tanks (525 gal, each) .................. 293
69.  Sand Creek Remediation Project – Project Wide Requirements .......................................... 296
70.  Tank Degassing –P1DGTO .................................................................................................. 298
     Thermal Oxidizer for Degassing Floating Roof Tanks Containing Liquids with TVP > 0.75 pisa ....... 298
     Emission Calculations for Degassing Floating Roof Tanks Containing Liquids with TVP < 0.75 pisa 298
71.  Miscellaneous Process Vents – MPVs .................................................................................. 302

**SECTION III - Permit Shield** ................................................................................................... **303**
1.   Specific Non-Applicable Requirements .............................................................................. 303
2.   General Conditions .............................................................................................................. 305
3.   Streamlined Conditions ....................................................................................................... 306

**SECTION IV - General Permit Conditions** .............................................................................. **308**
1.   Administrative Changes ....................................................................................................... 308
2.   Certification Requirements .................................................................................................. 308
3.   Common Provisions ............................................................................................................. 308
4.   Compliance Requirements ................................................................................................... 312
5.   Emergency Provisions ......................................................................................................... 313
6.   Emission Controls for Asbestos .......................................................................................... 313
7.   Emissions Trading, Marketable Permits, Economic Incentives .......................................... 313
8.   Fee Payment ........................................................................................................................ 314
9.   Fugitive Particulate Emissions ........................................................................................... 314
10.  Inspection and Entry ........................................................................................................... 314
11.  Minor Permit Modifications ................................................................................................ 314
12.  New Source Review ............................................................................................................. 314
13.  No Property Rights Conveyed ............................................................................................. 315
14.  Odor ..................................................................................................................................... 315
15.  Off-Permit Changes to the Source ...................................................................................... 315
16.  Opacity ................................................................................................................................ 315
17.  Open Burning ...................................................................................................................... 315
18.  Ozone Depleting Compounds ............................................................................................. 315
19.  Permit Expiration and Renewal .......................................................................................... 315
20.  Portable Sources ................................................................................................................. 316
21.  Prompt Deviation Reporting ............................................................................................... 316

# Table of Contents:

22.  Record Keeping and Reporting Requirements ......................................................... 316
23.  Reopenings for Cause ............................................................................................... 317
24.  Section 502(b)(10) Changes ..................................................................................... 318
25.  Severability Clause ................................................................................................... 318
26.  Significant Permit Modifications .............................................................................. 318
27.  Special Provisions Concerning the Acid Rain Program ........................................... 318
28.  Transfer or Assignment of Ownership ...................................................................... 318
29.  Volatile Organic Compounds .................................................................................... 319
30.  Wood Stoves and Wood burning Appliances ............................................................ 319

**APPENDIX A - Inspection Information** ........................................................................... 1
Directions to Plant: ............................................................................................................. 1
Safety Equipment Required: ............................................................................................... 1
Facility Plot Plan: ............................................................................................................... 1
List of Insignificant Activities: .......................................................................................... 1

**APPENDIX B** ........................................................................................................................ 1
Reporting Requirements and Definitions ........................................................................... 1
Monitoring and Permit Deviation Report - Part I ............................................................... 5
Monitoring and Permit Deviation Report - Part II ............................................................ 11
Monitoring and Permit Deviation Report - Part III ........................................................... 13

**APPENDIX C** ........................................................................................................................ 1
Required Format for Annual Compliance Certification Report .......................................... 1

**APPENDIX D** ........................................................................................................................ 1
Notification Addresses ........................................................................................................ 1

**APPENDIX E** ........................................................................................................................ 1
Permit Acronyms ................................................................................................................ 1

**APPENDIX F** ........................................................................................................................ 1
Permit Modifications .......................................................................................................... 1

**APPENDIX G** ........................................................................................................................ 1
Consent Decree Benzene, LDAR and Flaring Events ........................................................ 1

**APPENDIX H** ........................................................................................................................ 1
SO$_2$ Emissions Calculation Methodology ......................................................................... 1

**APPENDIX I** ......................................................................................................................... 1
Site Remediation MACT (40 CFR Part 63 Subpart GGGGG) Applicability Diagram ....... 1

**APPENDIX J** ......................................................................................................................... 1
Plant 1 FCCU Opacity Plan ............................................................................................... 1

**APPENDIX K** ........................................................................................................................ 1
Prevention of Significant Deterioration (PSD) Review and Non-Attainment Area New Source Review (NASR) Applicability Tests ........................................................................ 1

# Table of Contents:

**This Page Left Intentionally Blank**

| | |
|---|---|
| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 1 |

## SECTION I - General Activities and Summary

**1.      Permitted Activities**

1.1     This facility is classified as a petroleum refinery under Standard Industrial Code 2911.  Plant 1 is the portion of the heritage Conoco facility located on the west side of Brighton Boulevard (formerly the West Plant) and Plant 3 is the portion of the heritage Conoco facility located on the east side of Brighton Boulevard (formerly the Asphalt Unit). The Plant 1 and 3 facilities form an integrated petroleum refinery producing a wide range of finished petroleum products, including gasoline, jet fuel, diesel fuel, fuel oil, LPG, vacuum residue and sulfur. Processes used at the facility include atmospheric and vacuum distillation, desalting, reforming, catalytic cracking, catalytic polymerization and hydrotreating.  The facility processes both sweet and sour crude oils received via pipeline. The No. 1 Crude Unit (Plant 1) has a nominal capacity to process 32,000 barrels per day of crude and the No. 3 Crude Unit (Asphalt Unit, Plant 3) has a nominal capacity to process 37,700 barrels per day. The No. 1 Crude Unit processes sweet (low sulfur crude) and the No. 3 Crude Unit processes sour (high sulfur crude). Finished products primarily leave the refinery via rail and truck loading facilities.

This facility also consists of Plant 2 (formerly the East Plant) which was formerly owned by Colorado Refining Company and is addressed in a separate Title V Operating Permit (95OPAD108). Plant 2 has a nominal capacity of 35,000 barrels per day.

The facility is located at 5801 Brighton Boulevard, Commerce City. The Denver Metro Area is classified as attainment/maintenance for particulate matter less than 10 microns ($PM_{10}$) and carbon monoxide. Under that classification, all SIP-approved requirements for $PM_{10}$ and CO will continue to apply in order to prevent backsliding under the provisions of Section 110(l) of the Federal Clean Air Act. The Denver Metro Area is classified as non-attainment for ozone and is part of the 8-hour Ozone Control Area as defined in Regulation No. 7, Section II.A.1.

There are no affected states within 50 miles of the plant.  Rocky Mountain National Park and Eagle Nest National Wilderness Area, both Federal Class I designated areas, are within 100 kilometers of the plant.

1.2     Until such time as this permit expires or is modified or revoked, the permittee is allowed to discharge air pollutants from this facility in accordance with the requirements, limitations, and conditions of this permit.

1.3     This Operating Permit incorporates the applicable requirements contained in the underlying construction permits, and does not affect those applicable requirements, except as modified during review of the application or as modified subsequent to permit issuance using the modification procedures found in Regulation No. 3, Part C.  These Part C procedures meet all applicable substantive New Source Review requirements of Part B.  Any revisions made using the provisions of Regulation No. 3, Part C shall become new applicable requirements for purposes of this Operating Permit and shall survive reissuance.  Any requirements that were

| | |
|---|---|
| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
| | Renewed: 10/1/12 |
| | Last Revised: 2/22/18 |

designated in the Consent Decree (H-01-4430, entered April 30, 2002), First Amendment to the Consent Decree (entered August 8, 2003), Second Amendment to the Consent Decree (entered October 2006) and Compliance Orders on Consent (December 17, 2001 and March 28, 2012), as applicable requirements have been incorporated into this operating permit and shall survive reissuance as applicable requirements.   This Operating Permit incorporates the applicable requirements (except as noted in Section II) from the following Colorado Construction Permit(s): 84AD027, 85AD027(1-2), 85AD079, 86AD059, 86AD450, 87AD110, 87AD210, 88AD012, 88AD388, 89AD164, 90AD474, 90AD524, 91AD180 (1, 2 & 4), 88AD240, 96AD881, 90AD053, 91AD726R, 97AD0699, 98AD0896, 99AD0432, 99AD0931, 01AD0363, 01AD0609, 01AD0899, 02AD0326, 02AD0327, 03AD0030, 03AD0031, 03AD0153, 04AD0109, 04AD0110, 04AD0111, 04AD0112, 04AD0113, 04AD0114, 04AD0115, 09AD1351, 09AD1352, 10AD1768, 12AD1825 and 12AD1826.

1.4     All conditions in this permit are enforceable by US Environmental Protection Agency, Colorado Air Pollution Control Division (hereinafter Division) and its agents, and citizens unless otherwise specified.  **State-only enforceable conditions are:**  Permit Condition Number(s): Section II – Condition 35.4 (opacity), as referenced throughout this permit and Section IV - Conditions 3.g (last paragraph), 14 and 18 (as noted).

1.5     All information gathered pursuant to the requirements of this permit is subject to the Recordkeeping and Reporting requirements listed under Condition 22 of the General Conditions in Section IV of this permit.

1.6     This Operating Permit incorporates applicable requirements associated with Consent Decree (H-01-443, entered April 30, 2002), the First Amendment to the Consent Decree (entered August 8, 2003), the Second Amendment to the Consent Decree (entered October 2006) and Compliance Orders on Consent (December 17, 2001 and March 28, 2012).  To the extent that wording in this Operating Permit differs from the wording in these documents, the wording in the Consent Decree (H-01-4430), the First Amendment to the Consent Decree (entered August 8, 2003), the Second Amendment to the Consent Decree (entered October 2006) and Compliance Orders on Consent (December 17, 2001 and March 28, 2012), is deemed to be the correct wording.

## 2.    Alternative Operating Scenarios

2.1     The permittee shall be allowed to make the following changes to its method of operation without applying for a revision of this permit.

    2.1.1     No separate operating scenarios have been specified.

## 3.    Nonattainment Area New Source Review (NANSR) and Prevention of Significant Deterioration (PSD)

3.1     This facility is categorized as a NANSR major stationary source (Potential to Emit of VOC and $NO_X$ >100 tons/year).  Future modifications at this facility resulting in a significant net emissions

Air Pollution Control Division                                              Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit            Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                          Page 3

increase (see Regulation No. 3, Part D, Sections II.A.27 and 44) for VOC or $NO_X$ or a modification which is major by itself (Potential to Emit $\geq$ 100 tons/year or either VOC or $NO_X$) may result in the application of the NANSR review requirements.

3.2     This source is categorized as a PSD major stationary source (Potential to Emit $\geq$ 100 tons/year) for PM, $PM_{10}$, $SO_2$, $NO_X$ and CO. Future modifications at this facility resulting in a significant net emissions increase (see Regulation No. 3, Part D, Sections II.A.27 and 44) or a modification that is major by itself (Potential to Emit > 100 tons/yr) for any pollutant listed in Regulation No. 3, Part D, Section II.A.44 for which the area is in attainment or attainment/maintenance may result in the application of the PSD review requirements.

3.3     The following Operating Permit is associated with this facility for purposes of determining applicability of NANSR and PSD review regulations: 95OPAD108 (Suncor Energy (U.S.A.), Inc. – Commerce City Refinery, Plant 2 (East))

## 4.     Accidental Release Prevention Program (112(r))

4.1     Based on information provided by the applicant, this facility is subject to the provisions of the Accidental Release Prevention Program (Section 112(r) of the Federal Clean Air Act).

## 5.     Summary of Emission Units

5.1     The emissions units regulated by this permit are the following:

| Emission Unit Number | AIRS Point No. | Description | Startup Date | Construction Permit No. |
|---|---|---|---|---|
| | | **Petroleum Liquid Storage Tanks** | | |
| D-811 | APEN exempt | 42,000 gallon capacity pressurized propane storage tank | | N/A |
| D-812 | APEN exempt | 42,000 gallon capacity pressurized propane storage tank | | N/A |
| D-813 | APEN exempt | 42,000 gallon capacity pressurized propane storage tank | | N/A |
| D-814 | APEN exempt | 42,000 gallon capacity pressurized propane storage tank | | N/A |
| T1 | 050 | 81,260 barrel external floating roof gasoline tank | 1975 | 01AD0899 |
| T2 | 094 | 120,000 barrel fixed roof, petroleum distillate tank | | 03AD0031 |
| T3 | 090 | 120,000 barrel fixed roof petroleum distillate tank | 2/2000 | 99AD0432 |
| T34 | 092 | 90,000 barrel external floating roof gasoline mixtures storage tank | 9/2002 | 01AD0609 |
| T52 | 141 | 22,547 barrel external floating roof tank. This tank primarily stores sour water but a layer of diesel is on top of the sour water to minimize volatilization of $H_2S$. | | N/A |

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                        Page 4

| Emission Unit Number | AIRS Point No. | Description | Startup Date | Construction Permit No. |
|---|---|---|---|---|
| T55 | 028 | 80,000 barrel external floating roof petroleum feedstock and/or products storage tank | 1/2001 | 99AD0931 |
| T57 | 107 | 5,000 barrel fixed roof carbon black storage tank | | N/A |
| T58 | 065 | 25,000 barrel external floating roof crude oil storage tank | 1957 | N/A |
| T59 | 108 | 10,000 barrel fixed roof clarified oil storage tank | | N/A |
| T62 | 080 | 47,000 barrel external floating roof Jet 50/kerosene storage tank | 1991 | 90AD474 |
| T64 | 109 | 25,118 barrel external floating roof diesel storage tank | 1960 | N/A |
| T65 | 110 | 25,118 barrel external floating roof diesel storage tank | 1960 | N/A |
| T66 | 111 | 25,118 barrel external floating  roof diesel storage tank | 1960 | N/A |
| T67 | 043 | 25,119 barrel external floating roof gasoline blend stock storage tank | 1961 | N/A |
| T68 | 112 | 2,623 barrel fixed roof vacuum resid. storage tank | | N/A |
| T69 | 113 | 2,623 barrel fixed roof vacuum resid. storage tank | | N/A |
| T70 | 049 | 80,000 barrel external floating roof gasoline blend stock storage tank | 1963 | N/A |
| T71 | 114 | 80,426 barrel fixed roof resid. storage tank | | N/A |
| T72 | 115 | 80,574 barrel external floating roof diesel storage tank | 1938 | N/A |
| T74 | 031 | 25,000 barrel fixed roof diesel/kerosene storage tank | 1969 | N/A |
| T75 | 056 | 80,000 barrel external floating roof gasoline storage tank | 1969 | N/A |
| T76 | 116 | 10,000 barrel fixed roof resid. storage tank | | N/A |
| T77 | 046 | 120,000 barrel external floating roof gasoline storage tank | 1971 | N/A |
| T78 | 045 | 120,000 barrel external floating roof gasoline storage tank | 1971 | N/A |
| T80 | 057 | 120,667 barrel external floating roof gasoline blending stock storage tank | 1971 | N/A |
| T81 | APEN exempt | 46,824 gallon capacity pressurized butane storage tank | | N/A |
| T82 | APEN exempt | 31,600 gallon capacity pressurized butane storage tank | | N/A |
| T90 | APEN exempt | 28,382 gallon capacity pressurized butane storage tank | | N/A |
| T91 | APEN exempt | 29,382 gallon capacity pressurized butane storage tank | | N/A |
| T92 | APEN exempt | 28,382 gallon capacity pressurized butane storage tank | | N/A |
| T94 | 015 | 80,000 barrel jet kerosene fixed roof storage tank | 4/1985 | 85AD027-2 |
| T96 | 059 | 20,000 barrel gasoline internal floating roof storage tank | 1988 | 87AD110 |
| T97 | 066 | 20,000 barrel gasoline internal floating roof storage tank | 1988 | 87AD110 |
| T105 | 117 | 5,141 barrel fixed roof asphalt slop storage tank | | N/A |
| T112 | 118 | 15,095 barrel fixed roof asphalt storage tank | | N/A |
| T116 | 072 | 25,000 barrel internal floating roof gasoline component storage tank | 1988 | 87AD210 |

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 5

| Emission Unit Number | AIRS Point No. | Description | Startup Date | Construction Permit No. |
|---|---|---|---|---|
| T140 | 119 | 16,786 barrel fixed roof heavy oil storage tank | | N/A |
| T142 | 120 | 10,346 barrel fixed roof asphalt storage tank | | N/A |
| T144 | 121 | 39,481 barrel fixed roof gas oil storage tank | | N/A |
| T145 | 122 | 80,574 barrel fixed roof asphalt storage tank | | N/A |
| T146 | 123 | 55,954 barrel fixed roof asphalt storage tank | | N/A |
| T147 | 124 | 80,574 barrel fixed roof asphalt storage tank | | N/A |
| T182 | 135 | 280 barrel fixed roof diesel storage tank | | N/A |
| T191 | 125 | 10,346 barrel fixed roof asphalt storage tank | | N/A |
| T192 | 126 | 10,346 barrel fixed roof asphalt storage tank | | N/A |
| T193 | 127 | 10,317 barrel fixed roof asphalt storage tank | | N/A |
| T194 | 128 | 24,985 barrel fixed roof asphalt storage tank | | N/A |
| T400 | APEN exempt | 8,000 barrel propane/butane mixture pressurized storage tank | | N/A |
| T774 | 104 | 120,000 barrel external-floating roof, diesel storage tank | | 04AD0114 |
| T775 | 042 | 120,000 barrel external floating roof crude oil storage tank | 1948 | 98AD0896 |
| T776 | 061 | 120,000 barrel external floating roof crude oil storage tank | 1948 | N/A |
| T777 | 105 | 120,000 barrel external floating roof light straight run (LSR)/naphtha/kerosene storage tank | 1972 | 04AD0115 |
| T778 | 037 | 120,000 barrel external floating roof naphtha storage tank. Crude oil is stored in this tank when other crude oil tanks are out of service for inspection or repair. | 1971 | N/A |
| T2006 | 088 | 55,000 barrel fixed roof asphalt storage tank | 4/1997 | 96AD881 |
| T2010 | 089 | 80,000 barrel external floating roof gasoline storage tank | 9/1998 | 97AD0699 |
| T3201 | 093 | 120,000 barrel fixed roof petroleum distillate/asphalt storage tank | 1/2004 | 03AD0030 |
| T3801 | 129 | 53,138 barrel fixed roof kerosene or heavier petroleum product storage tank | | N/A |
| T7208 | 070 | 4,000 barrel internal floating roof organic liquids storage tank. This tank serves the truck rack. | | 88AD240 |
| | APEN Exempt | Pipeline Receipt Station Sump, 3,000 gallons, underground | April 2016 | |
| | | **Fired Sources** | | |
| H-6 | 004 | Radco Inc. SN SJ502 14.4 MMBtu/hr Vacuum Tower Preheater. This heater serves the No. 1 (Plant 1) Crude Unit, which is nominally rated at 32,000 barrels per day. | 1956 Modified 1977 & 1988 | N/A |
| H-10 | 007 | Tulsa Heaters Inc. H10/N/A 34.02 MMBtu/hr Re-Run Feed Heater. This heater serves the No. 2 Hydrodesulfurizer (HDS). | 1959 | 90AD053 |
| H-11 | 009 | K.W. Aldelson SN89379 29.76 MMBtu/hr Vacuum Tower Heater. This heater serves the No. 1 (Plant 1) Crude Unit, which is nominally rated at 32,000 barrels per day. | 1960 | 90AD053 |

Air Pollution Control Division                                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit                    Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                                          Page 6

| Emission Unit Number | AIRS Point No. | Description | Startup Date | Construction Permit No. |
|---|---|---|---|---|
| H-13 | 014 | One Radco Inc. S/N 352, refinery fuel gas fired process heater, 6.8 MMBtu/hour, for heating asphalt. This heater serves the No. 3 (Plant 3) Crude Unit (also referred to as the Asphalt Unit), which is nominally rated at 37,700 barrels per day. | 1985 | 85AD027-1 |
| H-16 | 052 | Radco Inc. 6.0 MMBtu/hr Heater. North Oil Heating Furnace, used for asphalt blending and loading. | 1966 | N/A |
| H-17 | 013 | One Custom S/N 352 refinery fuel gas fired process heater, 58.4 MMBtu/hour, for heating asphalt. This heater serves the No. 3 (Plant 3) Crude Unit (also referred to as the Asphalt Unit), which is nominally rated at 37,700 barrels per day. | 1984 | 84AD027 |
| H-18 | 051 | Empire 6.0 MMBtu/hr Heater. South Oil Heating Furnace, used for asphalt blending and loading. | 1966 | N/A |
| H-19 | 016 | One custom built, Model H-19, S/N SJ-114, refinery fuel gas fired heater, 29.18 MMBtu/hour, for heating of charge to the No. 2 HDS. | 1959 Modified 1991 | 90AD524 |
| H-20 | 017 | Radco Inc. 14.0 MMBtu/hr Heater. This heater serves the Naphtha Splitter/Stabilizer. | 1958 | N/A |
| H-21 | APEN Exempt | M. W. Kellog Co., 24 MMBtu/hr, Fluid Catalytic Cracking Unit (FCCU) Air Preheater | 1947 | N/A |
| H-22 | 018 | Born Engineering Inc. 59.76 MMBtu/hr FCCU Heater | 1971 | N/A |
| H-27 | 054 | Radco Inc. H27/SJ480 76.48 MMBtu/hr Crude Preheater. This heater serves the No. 1 (Plant 1) Crude Unit, which is nominally rated at 32,000 barrels per day. | 1974 | 90AD053 |
| H-28,29,30 | 078 | Refinery fuel gas fired reformer heaters: Radco S/N 369; Radco S/N 370; and Radco S/N 368. Total heat input rating: 88.6 MMBtu/hour. These heaters serve the Catalytic Reforming Unit. | 2/1989 | 86AD059 |
| H-31 | 002 | One custom built, Model H-31 refinery gas fuel fired heater, 23.56 MMBtu/hour, for heating of gas-oil charge to the No. 3 HDS. The No. 3 HDS is rated at 25,352 barrels per day. | 8/1993 | 91AD180-1 |
| H-32 | 003 | One custom built, Model H-32 refinery fuel gas fired heater, 37.8 MMBtu/hour, for heating of Fractionator Unit. This heater serves the No. 3 HDS, which is rated at 25,352 barrels per day. | 8/1993 | 91AD180-1 |
| H-33 | 010 | One custom built, Model H-33 refinery gas fuel fired heater, 7.680 MMBtu/hour, for heating of asphalt. Equipped with Ultra Low NOx burners. This heater serves the No. 3 (Plant 3) Crude Unit (also referred to as the Asphalt Unit), which is nominally rated at 37,700 barrels per day. | 1993 | 91AD180-2 |
| H-37 | 012 | One custom built, Model H-37 refinery fuel gas fired heater, 57.24 MMBtu/hour, for heating of asphalt. This heater serves the No. 3 (Plant 3) Crude Unit (also referred to as the Asphalt Unit), which is nominally rated at 37,700 barrels per day. | 1993 | 91AD180-2 |
| H-1716 | 097 | One custom built, Model H-1716 refinery fuel gas fired heater, 57.96 MMBtu/hour for heating gas-oil charge to the Gas Oil HDS (also referred to as the No. 4 HDS) | 5/2006 | 04AD0110 |

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 7

| Emission Unit Number | AIRS Point No. | Description | Startup Date | Construction Permit No. |
|---|---|---|---|---|
| H-1717 | 098 | One custom built, Model H-171 refinery fuel gas fired heater, 38.64 MMBtu/hr for heating of gas-oil charge to the Gas Oil HDS (also referred to as the No. 4 HDS) | 5/2006 | 04AD0110 |
| H-2101 | 096 | One custom built, Model H-2101 natural gas/PSA reject gas fired steam methane reformer heater, 331 MMBtu/hour, for production of purified $H_2$ in the Hydrogen Plant. | 1/2006 | 04AD0109 |
| H-2410 | 137 | Tulsa Heaters Inc., Model No. J10-661, S/N VP-24H2410-014, refinery fuel gas fired heater, 51.5 MMBtu/hour for re-boiling in the Gasoline Benzene Reduction (GBR) Unit. Equipped with ultra-low $NO_X$ burners. | 5/2012 | 09AD1351 |
| B-4 | 019 | Henry Vogt Machine Co. Model WSPSN 1986 130.0 MMBtu/hr steam boiler | Prior to 1963 | 90AD053 |
| B-6 | 021 | Zurn Industries Inc. Model 898307 SN10056 111.0 MMBtu/hr steam boiler, equipped with low-NOx burners | 1971, modified 12/2003 (install LNB) | 02AD0326 |
| B-8 | 023 | Zurn Industries Inc. SN 98974 161.0 MMBtu/hr steam boiler, equipped with low-NOx burners | 1974, modified 12/2004 (install LNB) | 02AD0327 |
| | | **Process Units** | | |
| H-25 | 100 | Sulfur Recovery Units (P101 – SRU #1 – 2-Stage Claus Unit and P102 - SRU #2 – 3 Stage Claus Unit) with Tail Gas Unit (TGU) and TGU Incinerator H-25. Emissions from the SRUs and their associated sulfur pits (SRU #1 (T-98) and SRU #2 (T2005 and T2000)) are routed through the TGU and vented through the TGU incinerator. H-25, custom built refinery fuel gas fired incinerator, rated at 15 MMBtu/hour (pilot). | SRU #1 2/1977 SRU #2 7/1993 H-25 4/2006 | 04AD0111 |
| P103 | 025 | FCC Regenerator. Equipped with a third stage separator to control PM emissions | 1971 | N/A |
| P104 | N/A[1] | Catalytic Reforming Unit | | N/A |
| | | **Loading Racks** | | |
| R101 | 067 | Rail Loading Rack – John Zink Air Assisted Flare Model GVLH-3500-2 | 1989 | 88AD012 |
| R102 | 069 | Truck Loading Rack and Flare | 5/1987 | 86AD450 |
| | | **Flares** | | |
| F1 | 073 | Main Plant Flare, Steam-Assisted | Prior to 1950 Modified (per NSPS Ja) in 2015 | N/A |

Air Pollution Control Division

Suncor Energy (U.S.A.) Inc.

Colorado Operating Permit

Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)

Permit #96OPAD120

Page 8

| Emission Unit Number | AIRS Point No. | Description | Startup Date | Construction Permit No. |
|---|---|---|---|---|
| F2 | 074 | Asphalt Unit Flare, Air-Assisted | 1984 Modified (per NSPS Ja) in 2015 | N/A |
| F3 | 139 | GBR Unit Flare.  Zeeco, Model No. QFSC-24/28, Steam-Assisted Flare. S/N 601-Z-1002 | 4/2012 | 10AD1768 |
| | | **Remediation Equipment** | | |
| A1 | 079 | Inlet basin and two air strippers for removal of hydrocarbons from contaminated groundwater near Sand Creek – Air Strippers mfctd by R.E. Wright, Model AST, S/N's: 90-ST-729A and 90-ST-729B | 7/1990 | 88AD388 |
| SV1 | 106² | Remediation Service International (RSI), Model No. V3, 4-stroke rich burn combustion engine, rated at 0.60 MMBtu/hr and 50 hp.  This unit is used to recover and combust vapors extracted from soil. | 10/2007 | N/A** |
| | | **F101 – Asphalt Unit (Plant 3) Wastewater Treatment System** | | |
| F101 | 085 | Asphalt Unit (Plant 3) Wastewater Treatment System – CPI Separator and Individual Drain System.  The CPI separator is enclosed and vapors vented to a carbon filter. The CPI design capacity is 200 gpm. | 10/1992 | 91AD726R |
| | | **F201 – Plant 1 Wastewater Treatment System** | | |
| T4501 | 095 | 5,768 barrel  external floating roof slop oil storage tank | 1/2004 | 03AD0153 |
| | | **Controlled Sources.** The following sources are controlled by carbon canisters (cc) or a regenerative thermal oxidizer (RTO). For sources controlled by RTO, when the RTO is not in operation, emissions are vented to ccs.  Equipment marked as RTO* is not currently controlled by the RTO but may be in the future. The RTO is an Anguil, Model No. 150, 4 MMBtu/hr unit designated as TO-110.  Serial No. Unavailable. The RTO commenced operation March 2015. | | |
| T4502 | 146 | 30 barrel fixed roof tank DGF mix storage tank -  RTO*, cc | 6/2007 | N/A |
| T4503 | 146 | 135 barrel fixed roof tank DGF flocculation storage tank - RTO*, cc | 6/2007 | N/A |
| T4504 | 146 | 1,240 barrel fixed roof DGF storage tank - RTO*, cc | 6/2007 | N/A |
| T4507 | 146 | 411 barrel fixed roof DGF effluent tank - RTO*, cc | 6/2007 | N/A |
| T4508 | 146 | 209 barrel fixed roof DGF float tank - RTO*, cc | 6/2007 | N/A |
| T4514 | 146 | 4,427 barrel fixed roof oil/water separator tank -  RTO*, cc | 10/2011 | N/A |
| T4515 | 146 | 4,427 barrel fixed roof oil/water separator tank - RTO*, cc | 2/2010 | N/A |
| T4516 | 146 | 1,574 barrel fixed roof API oil tank - RTO*, cc | 2/2010 | N/A |
| T4517 | 146 | 1,290 barrel API sludge tank - RTO*, cc | 2/2010 | N/A |
| T4518 | 146 | 1,290 barrel API sludge tank - RTO*, cc | 2/2010 | N/A |

Air Pollution Control Division                                              Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                            Page 9

| Emission Unit Number | AIRS Point No. | Description | Startup Date | Construction Permit No. |
|---|---|---|---|---|
| T60 Lift Station | 146 | Fixed roof lift station conveying process wastewater - RTO, cc<br>This unit meets the definition of a tank in 40 CFR Part 61 Subpart FF. | 2/2010 | N/A |
| API Lift Station | 146 | Fixed roof lift station conveying process wastewater - RTO, cc<br>This unit meets the definition of a tank in 40 CFR Part 61 Subpart FF. | 2/2010 | N/A |
| API Headworks | 146 | Enclosed individual drain system at the front end of the wastewater treatments system and receives most refinery wastewater.  RTO, cc | 2/2010 | N/A |
| Centrifuge | 146 | Centrifuge handling effluent from T-4516 and other sources - RTO, cc<br>The centrifuge will not be operated when the associated control device (RTO) is not in operation. | 9/2010<br>TO installed in 2013 & replaced by RTO in 2016 | N/A |
|  |  | **Uncontrolled Sources and Sumps**.  Emissions from the following sources are estimated using EPA's ToxChem model and/or AP-42 emission factors.  The sumps are controlled by carbon canisters (cc) |  |  |
| T60 | 149 | 25,000 barrel external floating roof wastewater equalization storage tank | Modified 2008 | N/A |
| Lab Sump | 149 | Fixed roof below-grade laboratory sample sump – cc |  | N/A |
| Spider Sump | 149 | Fixed and floating roof below-grade water draw sump for various Plant 1 tanks – cc |  | N/A |
| T58 Sump | 149 | Fixed roof below-grade water draw sump for T58 – cc |  | N/A |
| T70 Sump | 149 | Fixed roof below-grade water draw sump for T70 – cc |  | N/A |
| T75 Sump | 149 | Fixed roof below-grade water draw sump for T75 – cc |  | N/A |
| T80 Sump | 149 | Fixed roof below-grade water draw sump for T80 – cc |  | N/A |
| T775 Sump | 149 | Fixed roof below-grade water draw sump for T775 – cc |  | N/A |
| T777 Sump | 149 | Fixed roof below-grade water draw sump for T777 – cc |  | N/A |
| T-26 | 149 | Aeration Tank A |  | N/A |
| T-4511 | 149 | Aeration Tank B |  | N/A |
| T-28 | 149 | Clarifier A |  | N/A |
| T4512 | 149 | Clarifier B |  | N/A |
| L1 | 149 | Lagoon 1 |  | N/A |
| L2 | 149 | Lagoon 2 |  | N/A |
| L3 | 149 | Lagoon 3 |  | N/A |
| L4 | 149 | Lagoon 4 |  | N/A |
| T-29 | 149 | Sludge Thickener Tank |  | N/A |

Air Pollution Control Division

Colorado Operating Permit

Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.

Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)

Page 10

| Emission Unit Number | AIRS Point No. | Description | Startup Date | Construction Permit No. |
|---|---|---|---|---|
| MBR | 149 | Train A Improvement Project Equipment (Membrane Bioreactor (MBR) Equipment: Aeration Basin 1 and 2, ultra-filtration (UF) and MBR Splitter Boxes, Membrane Tanks 2 through 7 (Tanks 2 – 4 will be in MBR service and Tanks 5 – 7 will be UF service). | Projected for July 2017 | |
| | | **Fugitive VOC Emission Sources** | | |
| F102 | 020 | Equipment Leaks associated with components in the Asphalt Processing Unit | 1993 | 91AD180-2 |
| F103 | 008 | Equipment Leaks associated with the components in the Number.3 Hydrodesulfurizer System (#3 HDS) | 8/1993 | 91AD180-1 |
| F104 | 071 | Fugitives from Cryogenic Vapor Recovery Unit | 8/1989 | 89AD164 |
| F105 | 024 | Equipment leaks associated with the components in the Number 2 Hydrodesulfurizer System (#2 HDS).1 | 1992 | 91AD180-4 |
| F106 | 083 | Light Straight Run Distillate Tower Fugitives | 12/1985 | 85AD079 |
| F107 | 075 | Plant wide Fugitive Emissions not Subject to Construction Permit Requirements | Prior to 1950 | N/A |
| F108 | 091 | Fugitives from Vapor Recovery Unit Debutanizer | 2002 | 01AD0363 |
| F109 | 099 | Equipment leaks associated with the components in the Number 4 Hydrodesulfurizer (#4 HDS) | 5/2006 | 04AD0110 |
| F110 | 101 | Equipment leaks associated with the components in the Tail Gas Unit Amine System | 4/2006 | 04AD0111 |
| F111 | 102 | Equipment leaks associated with the components in the modified sour water stripper (SWS) system, specifically SWS column (W-7401) | 4/2006 | 04AD0112 |
| F112 | 103 | Equipment leaks associated with the components in the modified tank farm piping | 4/2006 | 04AD0113 |
| F113 | 143 | Equipment leaks associated with the No. 1 Catalytic Reforming Unit modifications | | N/A |
| F114 | 138 | Equipment leaks associated with the GBR Unit | 5/2012 | 09AD1352 |
| F115 | 144 | Equipment leaks associated with Bio-Diesel | | N/A |
| F116 | 157 | Equipment leaks associated with the Relief Valve Project | 2015 | |
| F200 | 153 | Pipeline Receipt Station Fugitives | April 2016 | N/A |
| F202 | 161 | Equipment leaks associated with the MPV project | May-Aug 2017 | |
| | | **Miscellaneous Sources** | | |
| D001 | APEN Exempt | Cold Cleaner Solvent Degreasers | | N/A |
| D002 | APEN Exempt | Emergency Engines.  Three (3) diesel fuel-fired fire pump engines, each rated at 481 hp, make and model numbers not available. | 1993 | N/A |
| D003 | APEN Exempt | Emergency Generator (Plant 1 Control Room.  John Deere, Model No. 4045HF275, diesel fuel-fired emergency generators, Rated at 157 hp and 8.1 gal/hr (at 100% load), Serial No. PE4045H504772. | 2006 Engine Manufactured 9/6/2005 | |

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                            Page 11

| Emission Unit Number | AIRS Point No. | Description | Startup Date | Construction Permit No. |
|---|---|---|---|---|
| P1AC1 & P1AC2 | 150 & 151 | Two (2) Caterpillar, Model No. C18Acert, Diesel Fuel-Fired Internal Combustion Engines Power Air Compressors, Each Rated at 575 hp/429 kw (site) and 25 gal/hr.  Serial Nos. WRH03257 and WRH03859. | 2013 | N/A |
| P1EG1 | 152[3] | PSI, Model No. Industrial 8.8 L, propane-fired internal combustion engine, rated at 162 hp/121 kw (site) and 1.57 MMBtu/hr.  Serial unknown.  This engine drives an emergency generator (Kohler Model No. 12REZGC) at the pipeline receipt station. | 2013 | N/A |
| P1DGTO | 160 | Tank Degassing. Degassing of floating roof tanks containing liquids with a true vapor pressure greater than or equal to 0.75 psia is controlled by a thermal oxidizer with a maximum rating of 20 MMBtu/hr | | |
| MPVs | N/A[5] | Miscellaneous Process Vents.  Miscellaneous process vents are defined in 40 CFR Part 63 Subpart CC §63.641 and include maintenance vents. Process vents can be designated as maintenance vents if the vent is only used as a result of startup, shutdown, maintenance, or inspection of equipment where equipment is emptied, depressurized, degassed or placed into service. | | |
| Y2 | 158 | Plant 3 Cooling Tower:  Y2 rated at 2,650 gal/min. | Constructed 1965, possibly replaced/ upgraded 1987 | N/A |
| | | Plant 1 Cooling Towers | | |
| Y1 | 154 | Y1 rated at 41,000 gal/min | constructed prior to 1972, modified 1986 | N/A |
| Y3 | 156 | Y3 rated at 15,000 gal/min | 2004 | |
| Y4 | 155 | Y4 rated at 7,000 gal/min. | modified 1987 or 1991 | |
| | | Sand Creek Remediation Project Equipment | | |
| | | Specific equipment information for each air sparge/soil vapor extraction (AS/SVE) system is included in the Table in Condition 5.2 below. | | |
| Pt 606 | 606 | Recovery Trench AS/SVE System Zone F & G | August 2013 | 12AD1825 |
| Pt 615 | 615 | Suncor Western Property Boundary AS/SVE System | December 2012 | 12AD1825 |
| Pt 616 | 616 | M & E East AS/SVE System | December 2012 | 12AD1825 |
| Pt 617 | 617 | RPC AS/SVE System Zone 2 | July 2012 | 12AD1825 |
| Pt 618 | 618 | Metro Utility Corridor AS/SVE System Zones 1 & 2 | August 2012 | 12AD1825 |
| Pt 621 | 621 | Metro M & E West AS/SVE System Zone 2 | February 2013 | 12AD1825 |
| Pt 622 | 622 | Metro M & E West AS/SVE System Zone 1 | April 2013 | 12AD1825 |
| Pt 623 | 623 | Metro South Secondary Area AS/SVE System Zone 1 | December 2012 | 12AD1825 |

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 12

| Emission Unit Number | AIRS Point No. | Description | Startup Date | Construction Permit No. |
|---|---|---|---|---|
| P6 624 | 624 | Metro South Secondary Area AS/SVE System Zone 2 | December 2012 | 12AD1825 |
| Pt 625 | 625 | Recovery Trench AS/SVE System Zone E & H | November 2013 | 12AD1825 |
| PT 634 | 634 | Metro Utility Corridor AS/SVE System Zones 3 & 4 | March 2014 | 12AD1825 |
| Pt 635 | 635 | PCA Subslab Depressurization | August 2013 | |
| Pt 636 | 636 | NW Boundary Uncontrolled Zones 3 & 4 (AS System only) | Zone 3 6/2014, Zone 4 2015 | |
| Pt 637 | 637 | Laboratory SVE | September 2016 | |
| LO-1 | 628 | Loading of recovered gasoline/reformate into tank trucks | September 2012 | 12AD1826 |
| D-20 | 631 | Horizontal above ground 21,150 gallon tanks for storage of recovered gasoline/reformate. The tank is vented to two (2) carbon canisters in series. | 2013 | 12AD1826 |
| | 627[4] | Two (2) 525 gallon tanks for storage of recovered gasoline/reformate. Tank ID numbers are 17675 and 20529. | | N/A |

[1]Emissions from this unit during depressuring and purging are routed to the main plant flare and reported on that APEN. Emissions from this unit during coke-burn-off and catalyst regeneration are below APEN de minimis levels so an APEN is not required.

[2]As long as this engine does not remain in one location for more than 12 consecutive months, it is a non-road engine (not a stationary source) and is not subject to APEN reporting or permitting requirements. Note however, that emissions from the soil vent do require APEN reporting and because VOC emissions from the vent are controlled by the engine, VOC emissions from the engine must be reported.

[3]This engine is APEN exempt but an APEN was submitted, so an AIRS Id No. was assigned.

[4]AIRS pt was assigned for forty three (43) 525 gallon storage but APEN cancellation request was submitted on 5/28/14 since emissions from each individual tank were below APEN de minimis level.

[5] Group 1 MPVs are routed to a flare. For maintenance vents, prior to venting to atmosphere process liquids are removed or equipment is depressured to a control device, fuel gas system or back to the process until one of the conditions in 63.643(c)(1) (Condition 53.14.1) are met. Emissions from MPVs emitted to atmosphere are below the APEN de minimis level.

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 13

5.2    Specific information on the air sparge/soil vapor extraction systems (AS/SVE) for the Sand Creek Remediation Project is contained in the below table:

| AIRs Point No. | Equipment Description | Current Control Device[1] |
|---|---|---|
| 606 | **Recovery Trench AS/SVE System Zone F & G** SVE Blower: Ametek/Rotron, Model No. EN979BK72WL, rated at 750 cfm, S/N BP643244. | CC-MET-8 (north), -8a (middle) and -8b (south). Three (3) sets of two carbon canisters (cc) in series. Rated at 1,500 cfm (500 cfm per cc set). |
| 615 | **Suncor Western Property Boundary AS/SVE** Zones 1 and 2 SVE Blowers: Two (2) Roots, Model No. 718-U-RAI, each rated at 1,000 cfm, S/Ns 1211960537 and 1211960538. RTO in service December 2012. | TO-SUN-2, Anquill, Model No. 100, Regenerative Thermal Oxidizer (RTO), Rated at 3.0 MMBtu/hr and 10,000 cfm. |
| 616 | **M & E East AS/SVE System** SVE Blowers:  One (1) Roots, Model No. 615-U-RAI, Rated at 1,200 cfm, S/N 1211960542 and One (1) Eurus, Model No. ZZ6L, Rated at 1,200 cfm, S/N ZZ00329U. | CC-MET-9 (north), -9a (middle) and -9b (south). Three (3) sets of two ccs in series. Rated at 1,500 cfm (500 cfm per cc set). |
| 617 | **RPC AS/SVE System Zone 2** SVE Blowers: Two (2) American Fan, Model No. AVP3-6-21A, Each Rated at 750 cfm, S/Ns DX4124520083 and DX4124520013. Booster Blower: American Fan, Model No. AF15-8-1121, Rated at 1,500 cfm, S/ 123798K-2. Booster blower is between the SVE blowers and the control device. | CO-RPC-1, Electric Catalytic Oxidizer CatOX-E1000, Rated at 96kW (0.33 MMBtu/hr) and 750 cfm. |
| 618 | **Metro Utility Corridor AS/SVE System Zones 1 & 2** Zone 1 SVE Blower:  American Fan, Model No. 5N-04F-26.54N, Rated at 750 cfm, S/N 002972-1 Zone 2 SVE Blower: American Fan, Model No. 5N-04F-26.5N, Rated at 750 cfm, S/N WO-002972-2 Booster Blower: American Fan, Model No. AVP-4-10F-19B, Rated at 1,500 cfm, S/N WO-002913. Booster blower is between the SVE blowers and the control device. | CC-MET-7a (east) and 7b (west) Two (2) sets of two ccs in series. Rated at 1,000 cfm (500 cfm per cc set). |
| 621 | **Metro M & E West AS/SVE System Zone 2** SVE Blower: Roots, Model No. 615-U-RAI, Rated at 650 cfm, S/N 1209958308. | CC-MET-5c (south) and -5a (south middle) Two (2) sets of two ccs in series. Rated at 1,000 cfm (500 cfm per cc set). |
| 622 | **Metro M & E West AS/SVE System Zone 1** SVE Blower: Roots, Model No. 615-U-RAI, Rated at 650 cfm, S/N 1209957737. | CC-MET-5b (north) and -5d (north middle) Two (2) sets of two ccs in series. Rated at 1,000 cfm (500 cfm per cc set). |
| 623 | **Metro South Secondary Area AS/SVE System Zone 1** SVE Blower: American Fan, Model No. 05N-04F-26.5N, Rated at 750 cfm, S/N WO-003042-1-2A Booster Blower: American Fan, Model No. BC-6-08F-24B, Rated at 2,950 cfm, S/N 125785-001-2 (also WO 003042-1-2). Booster blower is between the SVE blowers and the control device.  This blower is also used at AIRs Pt 624. | CC-MET-6a (north), -6b (middle) and -6c (south). Three (3) sets of two ccs in series. Rated at 1,500 cfm (500 cfm per cc set). |

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 14

| AIRs Point No. | Equipment Description | Current Control Device[1] |
|---|---|---|
| 624 | **Metro South Secondary Area AS/SVE System Zone 2** | CC-MET- 6a (north), -6b (middle) and -6c (south). |
| | SVE Blower: American Fan, Model No. 05N-04F-26.5N, Rated at 750 cfm, S/N WO- 003042-1-2B. | Three (3) sets of two ccs in series. Rated at 1,500 cfm (500 cfm per cc set). |
| | The Booster Blower listed for AIRs point 624 is used for this point. | |
| 625 | **Recovery Trench AS/SVE System Zone E & H** | CC-MET- 8 (north), -8a (middle) and -8b (south). |
| | SVE Blower: Roots, Model No. 615-U-RAI DSL Rated at 750 cfm, S/N 504996617. | Three (3) sets of two ccs in series. Rated at 1,500 cfm (500 cfm per cc set). |
| 634 | **Metro Utility Corridor AS/SVE System Zones 3 & 4** | CC-MET- 7c, -7d, -7e and -7f |
| | Zone 3 SVE Blowers: Two (2) Ametek/Rotron, Model No. EN14BK72MWL, Each Rated at 800 cfm, S/Ns BP633330 and BP594013. | Four (4) sets of two ccs in series. Rated at 2,000 cfm (500 cfm per cc set). |
| | Zone 4 SVE Blowers: Two (2) Ametek/Rotron, Model Nos. E14DX72MWI and EN14BK72MWL, Rated at 850 cfm and 800, S/Ns BP806827 and BP612538. | The carbon canisters replaced a catalytic oxidizer (CO-MET-1) in April 2015, |
| | Booster Blower: American Fan, Model No. AVP-4-10F-19B, Rated at 2,060 cfm, S/N WO-002913 | |
| 635 | **PCA Subslab Depressurization** | CC-SUN-3 |
| | SVE Blower: Ametek/Rotron, Model No. EN858BD72W, Rated at 500 cfm, S/N BP409943. | One (1) set of two ccs in series. Rated at 500 cfm. |
| 636 | **NW Boundary Uncontrolled Zones 3 & 4(AS System only)** | Uncontrolled |
| | AS Blowers: Two (2) GE Oil & Gas Roots Rotary Lobe Blowers, Model No. 1009-RAS-J-H-N-PL-71.0-L-B-OGE, each rated at 1,060 cfm, S/Ns LR13-8578 and LR13-8579. These AS blowers also inject air into wells for Pt 615. | |
| | Zone 3 has 28 wells with a presumed injection rate of 10 cfm per well. | |
| | Zone 4 has 21 wells with a presumed injection rate of 10 cfm per well. | |
| 637 | **Laboratory SVE** | CC-SUN-2 |
| | SVE Blower: Ametek/Rotron, Model No. EN404AR58ML, Rated at 107 cfm, S/N 11492-2. | One (1) set of ccs in series. Rated at 500 cfm. |

[1]As specified in Condition 67.6, the control devices may be replaced or removed as long as the emissions limitations can be met.

**6.    Compliance Assurance Monitoring (CAM)**

6.1    The following emission points at this facility use a control device to achieve compliance with an emission limitation or standard to which they are subject and have pre-control emissions that exceed or are equivalent to the major source threshold.  They are therefore subject to the provisions of the CAM program as set forth in 40 CFR Part 64, as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV:

Unit P103 – FCCU Regenerator

See Section II, Condition 22.13 for compliance assurance monitoring requirements.

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 15

## SECTION II -  Specific Permit Terms

1.  **Tanks for Which Construction Permits Are Not Required – T67, T70, T74, T75, T77, T78, T80, T776, T57, T59, T64, T65, T66, T68, T69, T71, T72, T76, T105, T112, T140, T142, T144, T145, T146, T147, T182, T191, T192, T193, T194, Pipeline Receipt Station Sump**

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| VOC | 1.1 | | TANKS | Recordkeeping and Calculation | Annually |
| MACT | 1.2 | See 40 CFR Part 63 Subpart CC (Condition 53) | | See 40 CFR Part 63 Subpart CC (Condition 53) | |
| RACT | 1.3 | See Condition 1.3 | | See Condition 1.3 | |
| Throughput | 1.4 | | | Recordkeeping | Annually |
| BWON – **Pipeline Receipt Station Sump** | 1.5 | See 40 CFR Part 61 Subpart FF (Condition 65) | | See 40 CFR Part 61 Subpart FF (Condition 65) | |

1.1    For APEN reporting and fee purposes, annual emissions for each tank shall be calculated using the most recent version of the EPA's TANKS program and actual throughput (as required by Condition 1.4) for the tank.  Emissions shall be based on the average (or numerically greater) Reid Vapor Pressure (RVP) of the materials stored over the annual period.

With respect to the EPA's TANKS program, within four (4) months of posting on the EPA's TTN website, the permittee shall use the most recent version of the program, provided the EPA has not issued any warning announcement regarding said version of the program. This time delay is to preclude the generation of potentially inaccurate emission values due to programming errors sometimes inherent in new software.

1.2    These sources are subject to 40 CFR Part 63, Subpart CC, National Emission Standards for Hazardous Air Pollutants from Petroleum Refineries, as set forth in Condition 53 of this permit. The following tanks are only subject to Conditions 53.37 and 53.86 (Group 2 Tanks): T57, T59, T64, T65, T66, T68, T69, T71, T72, T74, T76, T105, T112, T140, T142, T144, T145, T146, T147, T182, T191, T192, T193 and T194

1.3    These sources are subject to Colorado Regulation No. 7 requirements as follows:

1.3.1    These tanks are subject to the requirements in Sections III.A and VI.A.1 as set forth in Conditions 39.1 and 41.1 of this permit.

1.3.2    Except for T182 and the pipeline receipt station, these tanks are subject to the requirements in Section VI.B.2.b as set forth in Condition 41.2.2 of this permit.

1.3.3    Tanks T64, T65, T66 and T72 are subject to the recordkeeping requirements of Colorado Regulation No. 7, VI.B.2.c(ii)(C) as set forth in Condition 41.2.3 of this permit.

1.3.4    The following tanks are subject to the requirements in Section VI.B.2.c as set forth in Condition 41.2.3: T67, T70, T75, T77, T78, T80 and T776.

1.3.5    Tank T776 is subject to Section VII as set forth in Condition 42 of this permit.

1.4    The throughputs for each tank shall be monitored and recorded annually. Records of the vapor pressures of stored materials shall be maintained and made available to the Division upon request.

1.5    The pipeline receipt station sump is subject to the requirements of 40 CFR Part 61 Subpart FF, as set forth in Condition 65 of this permit.

## 2.    Tank with Unique Requirements, Subject to 40 CFR Part 63, Subpart CC (Group 1) – T1

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| VOC | 2.1 | 13.6 tons/year | TANKS | Recordkeeping and Calculation | Monthly |
| MACT | 2.2 | See 40 CFR Part 63 Subpart CC (Condition 53) | | See 40 CFR Part 63 Subpart CC (Condition 53) | |
| RACT | 2.3 | See Condition 2.3 | | See Condition 2.3 | |
| Throughput | 2.4 | 2,500,000 barrels of gasoline per year | | Recordkeeping | Monthly |

2.1    Emissions of air pollutants from this tank shall not exceed the limits listed in the above table. (Colorado Construction Permit 01AD0899). Compliance with the annual limits shall be monitored by calculating monthly emissions from the tank using the most recent version of EPA's TANKS program and the monthly throughput (as required by Condition 2.4). Emissions shall be based on the average (or numerically greater) RVP of the materials stored over the monthly period.  Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve month rolling total to monitor compliance with the annual emission limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

With respect to the EPA's TANKS program, within four (4) months of posting on the EPA's TTN website, the permittee shall use the most recent version of the program, provided the EPA has not issued any warning announcement regarding said version of the program. This time delay is to preclude the generation of potentially inaccurate emission values due to programming errors sometimes inherent in new software.

Air Pollution Control Division                                        Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit              Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                          Page 17

2.2    This tank is subject to 40 CFR Part 63, Subpart CC, National Emission Standards for Hazardous
       Air Pollutants from Petroleum Refineries, as set forth in Condition 53 of this permit.

2.3    This tank is subject to Colorado Regulation No. 7, III.A, VI.A.1, and VI.B.2.b and c as set forth
       in Conditions 39.1, 41.1, 41.2.2, and 41.2.3 of this permit.

2.4    Throughput of gasoline and/or products with a RVP or 13 psia or lower shall not exceed
       2,500,000 barrels/year. (Colorado Construction Permit 01AD0899) Compliance with the annual
       throughput limits shall be monitored by recording throughput monthly.  Monthly quantities of
       throughput shall be used in a twelve month rolling total to monitor compliance with the annual
       limitations.  Each month a new twelve month total shall be calculated using the previous twelve
       months data.  Records of the vapor pressures of stored materials shall be maintained and made
       available to the Division upon request.

3.     **Tanks with Unique Requirements, Subject to 40 CFR Part 60, Subpart Kb and 40 CFR 63,
       Subpart CC (Group 1) – T34, T55, T58, T96, T97, T116, T775, T2010**

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| VOC | 3.1 | T34: 9.6 tons/year<br>T55: 4.26 tons/year<br>T58: 4.17 tons/year<br>T96/97*: 6.72 tons/year<br>T116: 7.1 tons/year<br>T775: 7.1 tons/year<br>T2010: 4.98 tons/year | TANKS | Recordkeeping and Calculation | Monthly |
| RACT | 3.2 – 3.7 | See Conditions 3.2 – 3.7 | | See Conditions 3.2 – 3.7 | |
| NSPS | 3.8 | General Provisions – Subpart A (Condition 56) | | See 40 CFR Part 60 Subparts A (Condition 56) and Kb (Condition 48) | |
| | | Specific Requirements – Subpart Kb (Condition 48) | | | |
| MACT | 3.9 | See 40 CFR Part 63 Subpart CC (Condition 53) | | See 40 CFR Part 63 Subpart CC (Condition 53) | |

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit            Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                        Page 18

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| Throughput | 3.10 | T34: 5,840,000 barrels of gasoline per year | | Recordkeeping | Monthly |
| | | T55: 8,000,000 barrels of petroleum feedstock per year | | | |
| | | T58: 6,260,000 barrels of petroleum liquids per year | | | |
| | | T96: 3,000,000 barrels of gasoline per year | | | |
| | | T97: 2,000,000 barrels of gasoline per year | | | |
| | | T116: 3,000,000 barrels of gasoline blending components per year | | | |
| | | T775: 13,140,000 barrels of crude oil per year | | | |
| | | T2010: 8,000,000 barrels of gasoline per year | | | |

*Emissions limit for tanks T96 and T97 is a combined limit. Limit applies to emissions from both tanks together.

3.1    Emissions of air pollutants from these tanks shall not exceed the limits listed in the above table. (Colorado Construction Permits 87AD110 (T96 & T97), as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to set emission limits as specified in the APEN submitted on 12/28/12, 87AD210 (T116), 97AD0699 (T2010), as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to set emission limits as specified in the APEN submitted on 6/1/09, 98AD0896 (T775), as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to increase emissions per APEN submitted 9/15/06, 99AD0931 (T55), as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to set emission limits as specified in the APEN submitted on 7/23/13, 01AD0609 (T34), as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to set emission limits as specified in the APEN submitted on 2/17/16 and for T-58, as provided for under the provisions in Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to set emission limits as specified in the APEN submitted on 4/7/08). Compliance with the annual limits shall be monitored by calculating monthly emissions from each tank using the most recent version of EPA's TANKS program and the monthly throughput (as required by Condition 3.10). Emissions shall be based on the average (or numerically greater) RVP of the materials stored over the monthly period. Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve month rolling total to monitor compliance with the annual emission limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

With respect to the EPA's TANKS program, within four (4) months of posting on the EPA's TTN website, the permittee shall use the most recent version of the program, provided the EPA has not issued any warning announcement regarding said version of the program. This time delay is to preclude the generation of potentially inaccurate emission values due to programming errors sometimes inherent in new software.

3.2     These tanks are subject to Colorado Regulation No. 7, Section III.A, as set forth in Condition 39.1 of this permit.

3.3     These tanks are subject to Colorado Regulation No. 7, Section VI.A.1, as set forth in Condition 41.1 of this permit.

3.4     T96, T97, and T116 are subject to Colorado Regulation No. 7, VI.B.2.a as set forth in Condition 41.2.1 of this permit.

3.5     These tanks are subject to Colorado Regulation No. 7, Section VI.B.2.b, as set forth in Condition 41.2.2 of this permit.

3.6     T34, T55, T58, T775 and T2010 are subject to Colorado Regulation No. 7, VI.B.2.c as set forth in Condition 41.2.3 of this permit.

3.7     T58 and T775 are subject to Colorado Regulation No. 7, Section VII, as set forth in Condition 42 of this permit.

3.8     Except for tank T58, these tanks are subject to NSPS requirements as follows:

3.8.1     These tanks are subject to the NSPS general provisions in 40 CFR Part 60, Subpart A as set forth in Condition 56 of this permit.

3.8.2     These tanks are subject to the specific NSPS requirements for volatile organic liquid (including petroleum liquids) storage vessels in 40 CFR Part 60, Subpart Kb, as set forth in Condition 48 of this permit.

3.9     These sources are subject to 40 CFR Part 63, Subpart CC, National Emission Standards for Hazardous Air Pollutants from Petroleum Refineries, as set forth in Conditions 53 of this permit.

3.10    These tanks shall be limited to throughputs as follows.

T34:  Throughput of gasoline and/or products with a RVP of 15 psia or lower (shall not exceed 5,840,000 barrels per year. (Colorado Construction Permit 01AD0609, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to increase the vapor pressure of products stored as specified in the modification application submitted on 2/17/16)

T55:  Throughput of petroleum feedstocks and/or products with a RVP of 15 psia or lower shall not exceed 8,000,000 barrels per year. (Colorado Construction Permit 99AD0931, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to set throughput limits as specified in the APEN submitted on 7/23/13)

T58:  Throughput of petroleum liquids with a RVP of 7 psia or lower shall not exceed 6,260,000 barrels per year. (As provided for under the provisions in Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to include throughput specified in the APEN submitted on 4/7/08)

T96:  Throughput of gasoline and/or products with a RVP of 15 psia or lower shall not exceed 3,000,000 barrels per year. (Colorado Construction Permit 87AD110, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to increase the RVP of material stored as requested in 12/28/12 application)

T97: Throughput of gasoline and/or products with a RVP of 15 psia or lower shall not exceed 2,000,000 barrels per year. (Colorado Construction Permit 87AD110, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to increase the RVP of material stored as requested in 12/28/12 application)

T116:  Throughput of gasoline blending components with a RVP of 13 or lower shall not exceed 3,000,000 barrels per year. (Colorado Construction Permit 87AD210)

T775:  Throughput of crude oil and/or products with a RVP of 10 psia or lower shall not exceed 13,140,000 barrels per year. (Colorado Construction Permit 98AD0896)

T2010:  Throughput of gasoline and/or products with a RVP of 15 psia or lower shall not exceed 8,000,000 barrels per year. (Colorado Construction Permit 97AD0699, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to include throughput specified in the APEN submitted on 6/1/09)

Compliance with the annual throughput limits shall be monitored by recording the throughput for each tank monthly.  Monthly quantities of throughput from each tank will be used in a twelve month rolling total to monitor compliance with the annual limitations.  Each month a new twelve month rolling total shall be calculated using the previous twelve months data. Records of the vapor pressures of stored materials shall be maintained and made available to the Division upon request.

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                      Page 21

4.    **Tanks with Unique Requirements, Subject to 40 CFR 63, Subpart CC (Group 1 and 2) – T2, T3, T52, T62, T94, T774, T777, T778, T3801**

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| VOC | 4.1 | T2: 3.7 tons/year<br>T3: 3.7 tons/year<br>T52: 0.11 tons/year<br>T62: 0.09 ton/year<br>T94: 1.48 tons/year<br>T774: 0.54 tons/yr<br>T777: 2.75 tons/yr<br>T778: 3.54 tons/yr<br>T3801: 2.19 tons/yr | TANKS | Recordkeeping and Calculation | Monthly |
| RACT | 4.2-4.6 | See Conditions 4.2-4.6 | | See Conditions 4.2-4.6 | |
| MACT | 4.7 | See 40 CFR Part 63 Subpart CC (Condition 53) | | See 40 CFR Part 63 Subpart CC (Condition 53) | |
| Tank 62 Requirement | 4.8 | EFR w/ double seals | | | |
| Throughput | 4.9 | T2: 12,000,000 barrels of petroleum products per year<br>T3: 12,000,000 barrels of petroleum products per year<br>T52: 1,300,000 barrels of diesel per year<br>T62: 1,300,000 barrels of jet 50/kerosene per year<br>T94: 3,331,928 barrels of jet kerosene per year<br>T774: 13,898,052 barrels of diesel per year<br>T777: 9,155,066 barrels of LSR/Naphtha/Kerosene per year<br>T778: 13,500,000 barrels of crude oil per year<br>T3801: 20,095,096 barrels of jet kerosene per year | | Recordkeeping | Monthly |

4.1    Emissions of air pollutants from these tanks shall not exceed the limits listed in the above table (Colorado Construction Permits 03AD0031 (T2), 85AD027-2 (T94), 90AD474 (T62), as modified in accordance with the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to set emission limits as specified in the APEN submitted on 12/1/05, 99AD0432 (T3), 04AD0114 (T774), 04AD0115 (T777) and for

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 22

T3801, T52 and T778 as modified in accordance with the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to set emission limits as specified in the APEN submitted on 11/1/10 (T3801), 3/3/10 (T52) and 12/9/09 (T778)). Compliance with the annual limits shall be monitored by calculating monthly emissions from each tank using the most recent version of EPA's TANKS program and the monthly throughput (as required by Condition 4.9). Emissions shall be based on the average (or numerically greater) RVP of the material stored over the monthly period. Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve month rolling total to monitor compliance with the annual emission limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

With respect to the EPA's TANKS program, within four (4) months of posting on the EPA's TTN website, the permittee shall use the most recent version of the program, provided the EPA has not issued any warning announcement regarding said version of the program. This time delay is to preclude the generation of potentially inaccurate emission values due to programming errors sometimes inherent in new software.

4.2     These tanks are subject to Colorado Regulation No. 7, Section III.A, as set forth in Condition 39.1 of this permit.

4.3     These tanks are subject to Colorado Regulation No. 7, Section VI.A.1, as set forth in Condition 41.1 of this permit.

4.4     These tanks are subject to Colorado Regulation No. 7, Section VI.B.2.b, as set forth in Condition 41.2.2 of this permit.

4.5     T52, T62 and T774 are subject to the recordkeeping requirements of Colorado Regulation No. 7, VI.B.2.c(ii)(C) as set forth in Condition 41.2.3 of this permit.

4.6     T777 and T778 are subject to Colorado Regulation No. 7, Section VI.B.2.c as set forth in Condition 41.2.3 of this permit.

4.7     The following sources are subject to 40 CFR Part 63, Subpart CC, National Emission Standards for Hazardous Air Pollutants from Petroleum Refineries, as set forth in Condition 53 of this permit: T2, T3, T52, T62, T94, T774, T777, T778 and T3801. Note that T2, T3, T52, T62, T94, T774 and T3801 are Group 2 tanks and T777 and T778 are Group 1 tanks.

4.8     T62: The tank shall be equipped with an external floating roof with double seals. (Colorado Construction Permit 90AD474)

4.9     These tanks shall be limited to throughputs as follows:

T2: Throughput of petroleum distillate products with a RVP of 0.029 psia or lower shall not exceed 12,000,000 barrels per year. (Colorado Construction Permit 03AD0031)

T3:  Throughput of petroleum distillate products with a RVP of 0.029 psia or lower shall not exceed 12,000,000 barrels per year. (Colorado Construction Permit 99AD0432)

T52:  Throughput of diesel and/or products with a RVP 0f 0.022 psia or lower shall not exceed 1,300,000 barrels per year. (As provided for under the provisions in Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to include throughput specified in the APEN submitted on 3/3/10).

T62:  Throughput of Jet50/kerosene and/or products with a RVP of 0.029 psia or lower shall not exceed 1,300,000 barrels per year. (Colorado Construction Permit 90AD474, revised in accordance with Section I, Condition 1.3 of this permit)

T94:  Throughput of jet kerosene and/or materials with a RVP of 0.029 psia or lower shall not exceed 3,331,928 barrels per year. (Colorado Construction Permit 85AD027-2)

T774:  Throughput of diesel and/or products with a RVP or 0.022 psia or lower shall not exceed 13,898,052 barrels per year (Colorado Construction Permit 04AD0114).

T777:  Throughput of LSR/Naphtha/Kerosene and/or other products with a RVP of 2.7 psia or lower shall not exceed 9,155,066 barrels per year (Colorado Construction Permit 04AD0115).

T778:  Throughput of crude oil and/or materials with a RVP of 10 psia or lower shall not exceed 13,500,000 barrels per year (as provided for under the provisions as Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to include throughput specified in the APEN submitted on 12/9/08).

T3801:  Throughput of jet kerosene and/or petroleum products with a RPV of 0.029 psia or lower shall not exceed 20,095,096 barrels per year. (As provided for under the provisions in Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to include throughput specified in the APEN submitted on 11/1/10)

Compliance with the annual throughput limits shall be monitored by recording the throughput for each tank monthly.  Monthly quantities of throughput from each tank will be used in a twelve month rolling total to monitor compliance with the annual limitations.  Each month a new twelve month total shall be calculated using the previous twelve months data.  Records of the vapor pressures of stored materials shall be maintained and made available to the Division upon request.

Air Pollution Control Division                                      Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                      Page 24

5.    **Tanks with Unique Requirements, Subject to 40 CFR Part 60, Subpart UU, and 40 CFR 63, Subpart CC (Group 2) – T2006, T3201**

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| VOC | 5.1 | T2006: 0.2 ton/year T3201: 2.8 tons/year | TANKS | Recordkeeping and Calculation | Monthly |
| RACT | 5.2-5.4 | See Conditions 5.2-5.4 | | See Conditions 5.2-5.4 | |
| NSPS | 5.5 | General Provisions – Subpart A (Condition 56) | | See 40 CFR Part 60 Subparts A (Condition 56) and UU (Condition 49) | |
| | | Specific Requirements – Subpart UU (Condition 49) | | | |
| MACT | 5.6 | See 40 CFR Part 63 Subpart CC (Condition 53) | | See 40 CFR Part 63 Subpart CC (Condition 53) | |
| Throughput | 5.7 | T2006: 4,896,498 barrels of asphalt per year T3201: 5,000,000 barrels of petroleum distillate and/or asphalt per year | | Recordkeeping | Monthly |

5.1    Emissions of air pollutants from these tanks shall not exceed the limits listed in the above table. (Colorado Construction Permits 96AD881 (T2006), and 03AD0030 (T3201))  Compliance with the annual limits shall be monitored by calculating monthly emissions from each tank using the most recent version of EPA's TANKS program and the monthly throughput (as required by Condition 5.7).  For T3201, if materials other than asphalt are stored, emissions shall be based on the average (or numerically greater) RVP of the material stored over the monthly period. Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve month rolling total to monitor compliance with the annual emission limitations.  Each month a new twelve month total shall be calculated using the previous twelve months data.

With respect to the EPA's TANKS program, within four (4) months of posting on the EPA's TTN website, the permittee shall use the most recent version of the program, provided the EPA has not issued any warning announcement regarding said version of the program.  This time delay is to preclude the generation of potentially inaccurate emission values due to programming errors sometimes inherent in new software.

5.2    These tanks are subject to Colorado Regulation No. 7, Section III.A, as set forth in Condition 39.1 of this permit.

---

Permit Number: 96OPAD120                                      First Issued: 8/1/04
                                                                        Renewed: 10/1/12
                                                                  Last Revised: 2/22/18

5.3    These tanks are subject to Colorado Regulation No. 7, Section VI.A.1, as set forth in Condition 41.1 of this permit.

5.4    These tanks are subject to Colorado Regulation No. 7, Section VI.B.2.b, as set forth in Condition 41.2.2 of this permit.

5.5    These tanks are subject to NSPS requirements as follows:

    5.5.1    These tanks are subject to the NSPS general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 56 of this permit.

    5.5.2    These tanks are subject to the specific NSPS requirements for asphalt processing and asphalt roofing manufacture in 40 CFR Part 60, Subpart UU, as set forth in Condition 49 of this permit.

5.6    The following sources are subject to 40 CFR Part 63, Subpart CC, National Emission Standards for Hazardous Air Pollutants from Petroleum Refineries, as set forth in Condition 53 of this permit: T2006, T3201.

5.7    These tanks shall be limited to throughputs as follows.

T2006:    Throughput of asphalt shall not exceed 4,896,498 barrels per year. (Colorado Construction Permit 96AD881, revised in accordance with Section I, Condition 1.3 of this permit)

T3201:  Throughput of petroleum distillate and/or asphalt products with a RVP of 0.022 psia or lower shall not exceed 5,000,000 barrels per year. (Colorado Construction Permit 03AD0030)

Compliance with the annual throughput limits shall be monitored by recording the throughput for each tank monthly.  Monthly quantities of throughput from each tank will be used in a twelve month rolling total to monitor compliance with the annual limitations.  Each month a new twelve month total shall be calculated using the previous twelve months data.  Records of the vapor pressures of stored materials shall be maintained and made available to the Division upon request.

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 26

6. **Tanks with Unique Requirements, Subject to 40 CFR Part 60, Subpart Kb and 40 CFR 63, Subpart R – T7208**

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|-----------|------------------------|------------|-----------------|------------|--|
| | | | | Method | Interval |
| VOC | 6.1 | 0.39 ton/year | TANKS | Recordkeeping and Calculation | Monthly |
| RACT | 6.2-6.5 | See Conditions 6.2-6.5 | | See Conditions 6.2-6.5 | |
| NSPS | 6.6 | General Provisions – Subpart A (Condition 56) | | See 40 CFR Part 60 Subparts A (Condition 56) and Kb (Condition 48) | |
| | | Specific Requirements – Subpart Kb (Condition 48) | | | |
| MACT | 6.7 | See 40 CFR Part 63 Subpart R (Condition 52) | | See 40 CFR Part 63 Subpart R (Condition 52) | |
| Throughput | 6.8 | 2,095,000 barrels of organic liquids per year | | Recordkeeping | Monthly |

6.1     Emissions of air pollutants from this tank shall not exceed the limits listed in the above table. (Colorado Construction Permit 88AD240, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to increase the emission limitations per August 17, 2010 modification request)  Compliance with the annual limits shall be monitored by calculating monthly emissions from each tank using the most recent version of EPA's TANKS program and the monthly throughput (as required by Condition 6.8).  Emissions shall be based on the average (or numerically greater) RVP of the material stored over the monthly period.  Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve month rolling total to monitor compliance with the annual emission limitations.  Each month a new twelve month total shall be calculated using the previous twelve months data.

With respect to the EPA's TANKS program, within four (4) months of posting on the EPA's TTN website, the permittee shall use the most recent version of the program, provided the EPA has not issued any warning announcement regarding said version of the program.  This time delay is to preclude the generation of potentially inaccurate emission values due to programming errors sometimes inherent in new software.

6.2     This tank is subject to Colorado Regulation No. 7, Section III.A, as set forth in Condition 39.1 of this permit.

6.3     This tank is subject to Colorado Regulation No. 7, Section VI.A.1, as set forth in Condition 41.1of this permit.

6.4     This tank is subject to Colorado Regulation No. 7, VI.B.2.a as set forth in Condition 41.2.1 of this permit.

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                        Page 27

6.5    This tank is subject to Colorado Regulation No. 7, Section VI.B.2.b, as set forth in Condition 41.2.2 of this permit.

6.6    This tank is subject to NSPS requirements as follows:

6.6.1    This tank is subject to the NSPS general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 56 of this permit.

6.6.2    This tank is subject to the specific NSPS requirements for volatile organic liquid (including petroleum liquids) storage vessels in 40 CFR Part 60, Subpart Kb, as set forth in Condition 48 of this permit.

6.7    This tank is subject to 40 CFR Part 63, Subpart R, National Emission Standards for Hazardous Air Pollutants for Gasoline Distribution Facilities (Bulk Gasoline Terminals and Pipeline Breakout Stations), as set forth in Condition 52 of this permit.

6.8    Throughput of organic liquids with true vapor pressure (TVP) less than or equal to 0.619 psia at 60°F shall not exceed 2,095,000 barrels per year. (Colorado Construction Permit 88AD240, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to increase the throughput per August 17, 2010 modification request) Compliance with the annual throughput limits shall be monitored by recording the throughput monthly. Monthly quantities of throughput shall be used in a twelve month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data. Records of the vapor pressures of stored materials shall be maintained and made available to the Division upon request.

## 7.    Tanks with Unique Requirements, Subject to Colorado Regulation No. 7, Section IV – D-811, T81, T82, D-812, D-813, D-814, T90, T91, T92 and T400

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|-----------|-------------------------|------------|-----------------|------------|--|
| | | | | Method | Interval |
| RACT | 7.1 | Minimize vapor loss | | Leak Detection and Repair | See Condition 40 |

7.1    These sources are subject to Colorado Regulation No. 7, Section IV as set forth in Condition 40 of this permit.

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 28

## 8. Stationary Internal Combustion Engines

### Three (3) Diesel Fuel Fired Emergency Fire Pump Engines (each rated at 481 hp)
### One (1) Diesel-Fuel Fired Emergency Generator Engine (rated at 157 hp) – P1 Control Room

| Parameter | Permit Condition Number | Limitation | Compliance Emission Factor | Monitoring Method | Interval |
|---|---|---|---|---|---|
| MACT ZZZZ Requirements | 8.1 | Change Oil and Filter Inspect Air Cleaner Inspect all Hoses and Belts | | See Condition 8.1. | |
| SO$_2$ | 8.5. | 0.8 lb/MMBtu | | Fuel Restriction | Only Diesel Fuel is Used as Fuel |
| Opacity | 8.6 | Not to Exceed 20% Except as Provided for Below | | EPA Method 9 | See Condition 8.6 |
| | | For Startup – Not to Exceed 30%, for a Period or Periods Aggregating More than Six (6) Minutes in any 60 Consecutive Minutes | | | |

Note that these engines are exempt from the APEN reporting requirements in Regulation No. 3, Part A and the construction permit requirements in Regulation No. 3, Part B provided actual, uncontrolled emissions are below the APEN and construction permit de minimis levels.

### Two (2) Diesel Fuel-Fired Emergency Air Compressor Engines (each rated at 575 hp/429 kW)

| Parameter | Permit Condition Number | Limitation | Compliance Emission Factor | Monitoring Method | Interval |
|---|---|---|---|---|---|
| NO$_X$* | 8.3 | 2.7 tons/yr | 217 lb/Mgal | Recordkeeping and Calculation | Monthly |
| Diesel Fuel Consumption* | 8.4 | 25,000 gal/yr | | Recordkeeping | Monthly |
| Opacity | 8.6 | Not to Exceed 20% Except as Provided for Below | | EPA Method 9 | See Condition 8.6 |
| | | For Startup – Not to Exceed 30%, for a Period or Periods Aggregating More than Six (6) Minutes in any 60 Consecutive Minutes | | | |
| NSPS Subpart IIII | 8.7 | NO$_X$-NMHC – 4.0 g/kw-hr CO – 3.5 g/kw-hr PM – 0.20 g/kw-hr | | See Condition 8.7 | |
| MACT ZZZZ Requirements | 8.8 | Initial Notification | | Notification | Within 120 Days of Startup |

*Limitations are for both engines together

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit           Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                         Page 29

**Propane-Fired Emergency Generator (rated at 162 hp) – Pipeline Receipt Station**

| Parameter | Permit Condition Number | Limitation | Compliance Emission Factor | Monitoring Method | Interval |
|---|---|---|---|---|---|
| MACT ZZZZ Requirements | 8.2 | Compliance with MACT met by complying with NSPS Subpart JJJJ | | See Condition 8.2. | |
| Opacity | 8.6 | Not to Exceed 20% Except as Provided for Below | | EPA Method 9 | See Condition 8.6 |
| | | For Startup – Not to Exceed 30%, for a Period or Periods Aggregating More than Six (6) Minutes in any 60 Consecutive Minutes | | | |
| NSPS Subpart JJJJ | 8.9 | HC-NO$_X$ – 2.7 g/kw-hr CO – 4.4 g/kw-hr | | See Condition 8.9 | |
| Propane Requirements | 8.10 | Propane must be purchased and isolated from refinery fuel gas system. | | See Condition 8.10 | |

Note that this engine is exempt from the APEN reporting requirements in Regulation No. 3, Part A and the construction permit requirements in Regulation No. 3, Part B provided actual, uncontrolled emissions are below the APEN and construction permit de minimis levels.

8.1 The **emergency fire pump and P1 control room emergency generator engines** are subject to the requirements in 40 CFR Part 63 Subpart ZZZZ, "National Emission Standards for Hazardous Air Pollutants for Stationary Reciprocating Internal Combustion Engines", as follows:

The requirements below reflect the rule language in 40 CFR Part 63 Subpart ZZZZ as of the latest revisions to 40 CFR Part 63 Subpart ZZZZ published in the Federal Register on March 6, 2013. However, the permittee is subject to the latest version of 40 CFR Part 63 Subpart ZZZZ.

Note that as of the date of revised permit issuance [February 1, 2016], the requirements in 40 CFR Part 63 Subpart ZZZZ promulgated after July 1, 2007 have not been adopted into Colorado Regulation No. 8, Part E by the Division and are therefore not state-enforceable. In the event that the requirements in 40 CFR Part 63 Subpart ZZZZ promulgated after July 1, 2007 are adopted into Colorado Regulations, they will become state-enforceable.

*When do I have to comply with this subpart (§60.6595)*

8.1.1 If you have an existing stationary CI RICE with a site rating of less than or equal to 500 brake HP located a major source of HAP emissions, you must comply with the applicable emission limitations, operating limitations and other requirements no later than May 3, 2013. (§63.6595(a)(1))

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 30

*What emission limitations and other requirements must I meet if I own or operate an existing stationary RICE with a site rating of equal to or less than 500 brake HP located at a major source of HAP emissions (§63.6602)*

8.1.2    If you own or operate an existing stationary RICE with a site rating of equal to or less than 500 brake HP located at a major source of HAP emissions, you must comply with the emission limitations and other requirements in Table 2c of 40 CFR Part 63 Subpart ZZZZ which apply to you. Compliance with the numerical emission limitations established of 40 CFR Part 63 Subpart ZZZZ is based on the results of testing the average of three 1-hour runs using the testing requirements and procedures in §63.6620 and Table 4 of 40 CFR Part 63 Subpart ZZZZ. (§63.6602)

Note that these engines are not subject to emission limitations but are subject to work practice standards.

The requirements in Table 2c of 40 CFR Part 63 Subpart ZZZZ that apply to these engines are as follows:

8.1.2.1    Change oil and filter every 500 hours of operation or annually whichever comes first. (40 CFR Part 63 Subpart ZZZZ, Table 2c, item 1.a)

8.1.2.2    Inspect air cleaner every 1,000 hours of operation or annually whichever comes first. (40 CFR Part 63 Subpart ZZZZ ,Table 2c, item 1.b)

8.1.2.3    Inspect all hoses and belts every 500 hours of operation or annually whichever comes first, and replace as necessary. (40 CFR Part 63 Subpart ZZZZ Table 2c, item 1.c)

8.1.2.4    During periods of startup you must minimize the engine's time spent at idle and minimize the engine's startup time at startup to a period needed for appropriate and safe loading of the engine, not to exceed 30 minutes, after which time the non-startup emission limitations apply. (40 CFR Part 63 Subpart ZZZZ Table 2c, item 1)

Notwithstanding the above requirements, the following applies:

8.1.2.5    If an emergency engine is operating during an emergency and it is not possible to shut down the engine in order to perform the work practice requirements on the schedule required in Conditions 8.1.2.1through 8.1.2.3, or if performing the management practice on the required schedule would otherwise pose an unacceptable risk under Federal, State, or local law, the work practice can be delayed until the emergency is over or the unacceptable risk under Federal, State, or local law has abated. The work practice should be performed as soon as practicable after the emergency has ended or the unacceptable risk under Federal,

State, or local law has abated. Sources must report any failure to perform the work practice on the schedule required and the Federal, State or local law under which the risk was deemed unacceptable. (40 CFR Part 63 Subpart ZZZZ, Table 2c, footnote 1)

8.1.2.6    Sources have the option to utilize an oil analysis program as described in Condition 8.1.9 in order to extend the specified oil change requirement in Condition 8.1.2.1. (40 CFR Part 63 Subpart ZZZZ, Table 2c, footnote 2)

8.1.2.7    Sources can petition the Administrator pursuant to the requirements of 40 CFR 63.6(g) for alternative work practices. (40 CFR Part 63 Subpart ZZZZ, Table 2c, footnote 3)

*What fuel requirements must I meet if I own or operate a stationary CI RICE? (§ 63.6604)*

8.1.3    Beginning January 1, 2015, if you own or operate an existing emergency CI stationary RICE with a site rating of more than 100 brake HP and a displacement of less than 30 liters per cylinder that uses diesel fuel and operates or is contractually obligated to be available for more than 15 hours per calendar year for the purposes specified in Conditions 8.1.11.2.b and 8.1.11.2.c or that operates for the purpose specified in § 63.6640(f)(4)(ii), you must use diesel fuel that meets the requirements in 40 CFR 80.510(b) for nonroad diesel fuel, except that any existing diesel fuel purchased (or otherwise obtained) prior to January 1, 2015, may be used until depleted. (§ 63.6604(b))

*What are my general requirements for complying with this subpart? (§63.6605)*

8.1.4    You must be in compliance with the emission limitations, operating limitations and other requirements in this subpart that apply to you at all times. (§63.6605(a))

8.1.5    At all times you must operate and maintain any affected source, including associated air pollution control equipment and monitoring equipment, in a manner consistent with safety and good air pollution control practices for minimizing emissions. The general duty to minimize emissions does not require you to make any further efforts to reduce emissions if levels required by this standard have been achieved. Determination of whether such operation and maintenance procedures are being used will be based on information available to the Division which may include, but is not limited to, monitoring results, review of operation and maintenance procedures, review of operation and maintenance records, and inspection of the source. (§63.6605(b))

*What are my monitoring, installation, collection, operation, and maintenance requirements? (§63.6625)*

8.1.6    If you own or operate an existing emergency or black start stationary RICE with a site rating of less than or equal to 500 HP located at a major source of HAP emissions, you must operate and maintain the stationary RICE and after-treatment control device (if any) according to the manufacturer's emission-related written instructions or develop your own maintenance plan which must provide to the extent practicable for the maintenance and operation of the engine in a manner consistent with good air pollution control practice for minimizing emissions.  (§63.6625(e)(2))

8.1.7    If you own or operate an existing emergency stationary RICE with a site rating of less than or equal to 500 brake HP located at a major source of HAP emissions or an existing emergency stationary RICE located at an area source of HAP emissions, you must install a non-resettable hour meter if one is not already installed. (§63.6625(f))

8.1.8    If you operate a new or existing stationary engine, you must minimize the engine's time spent at idle during startup and minimize the engine's startup time to a period needed for appropriate and safe loading of the engine, not to exceed 30 minutes, after which time the emission standards applicable to all times other than startup in Tables 1a, 2a, 2c, and 2d of 40 CFR Part 63 Subpart ZZZZ apply. (§63.6625(h))

8.1.9    If you own or operate a stationary CI engine that is subject to the work, operation or management practices in Condition 8.1.2, you have the option of utilizing an oil analysis program in order to extend the specified oil change requirement in Condition 8.1.2.1. The oil analysis must be performed at the same frequency specified for changing the oil in Condition 8.1.2.1. The analysis program must at a minimum analyze the following three parameters: Total Base Number, viscosity, and percent water content. The condemning limits for these parameters are as follows: Total Base Number is less than 30 percent of the Total Base Number of the oil when new; viscosity of the oil has changed by more than 20 percent from the viscosity of the oil when new; or percent water content (by volume) is greater than 0.5. If all of these condemning limits are not exceeded, the engine owner or operator is not required to change the oil. If any of the limits are exceeded, the engine owner or operator must change the oil within 2 business days of receiving the results of the analysis; if the engine is not in operation when the results of the analysis are received, the engine owner or operator must change the oil within 2 business days or before commencing operation, whichever is later. The owner or operator must keep records of the parameters that are analyzed as part of the program, the results of the analysis, and the oil changes for the engine. The analysis program must be part of the maintenance plan for the engine. (§63.6625(i))

*How do I demonstrate continuous compliance with the emission limitations, operating limitations and other requirements? (§63.6640)*

8.1.10    You must demonstrate continuous compliance with each emission limitation, operating limitation and other requirements in Tables 1a and 1b, Tables 2a and 2b,

Table 2c, and Table 2d [Conditions 8.1.2.1 through 8.1.2.4] to this subpart that apply to you according to methods specified in Table 6 to this subpart. (§63.6640(a))

8.1.10.1     Operating and maintaining the stationary RICE according to the manufacturer's emission-related operation and maintenance instructions (Subpart ZZZZ, Table 6, item 9.a.i); or

8.1.10.2     Develop and follow your own maintenance plan which must provide to the extent practicable for the maintenance and operation of the engine in a manner consistent with good air pollution control practice for minimizing emissions. (Subpart ZZZZ, Table 6, item 9.a.ii)

8.1.11     If you own or operate an emergency stationary RICE, you must operate the emergency stationary RICE according to the requirements in Conditions 8.1.11.1 through 8.1.11.3 of this permit. In order for the engine to be considered an emergency stationary RICE under 40 CFR Part 63 Subpart ZZZZ, any operation other than emergency operation, maintenance and testing, emergency demand response, and operation in non-emergency situations for 50 hours per year, as described in Conditions 8.1.11.1 through 8.1.11.3 of this permit, is prohibited. If you do not operate the engine according to the requirements in Conditions 8.1.11.1 through 8.1.11.3 of this permit, the engine will not be considered an emergency engine under 40 CFR Part 63 Subpart ZZZZ and must meet all requirements for non-emergency engines. (§63.6640(f))

8.1.11.1     There is no time limit on the use of emergency stationary RICE in emergency situations. (§63.6640(f)(1))

8.1.11.2     You may operate your emergency stationary RICE for any combination of the purposes specified in Conditions 8.1.11.2.a through 8.1.11.2.c for a maximum of 100 hours per calendar year. Any operation for non-emergency situations as allowed Condition 8.1.11.3 counts as part of the 100 hours per calendar year allowed by this condition. (§63.6640(f)(2))

a. Emergency stationary RICE may be operated for maintenance checks and readiness testing, provided that the tests are recommended by federal, state or local government, the manufacturer, the vendor, the regional transmission organization or equivalent balancing authority and transmission operator, or the insurance company associated with the engine. The owner or operator may petition the Administrator for approval of additional hours to be used for maintenance checks and readiness testing, but a petition is not required if the owner or operator maintains records indicating that federal, state, or local standards require maintenance and testing of emergency RICE beyond 100 hours per calendar year. (§63.6640(f)(2)(i))

Case No. 1:24-cv-02164-DDD-SBP    Document 27-11    filed 01/21/25    USDC Colorado
pg 45 of 448

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                      Page 34

b. Emergency stationary RICE may be operated for emergency demand response for periods in which the Reliability Coordinator under the North American Electric Reliability Corporation (NERC) Reliability Standard EOP-002-3, Capacity and Energy Emergencies (incorporated by reference, see §63.14), or other authorized entity as determined by the Reliability Coordinator, has declared an Energy Emergency Alert Level 2 as defined in the NERC Reliability Standard EOP-002-3. (§63.6640(f)(2)(ii))

c. Emergency stationary RICE may be operated for periods where there is a deviation of voltage or frequency of 5 percent or greater below standard voltage or frequency. (§63.6640(f)(2)(iii))

8.1.11.3  Emergency stationary RICE located at major sources of HAP may be operated for up to 50 hours per calendar year in non-emergency situations. The 50 hours of operation in non-emergency situations are counted as part of the 100 hours per calendar year for maintenance and testing and emergency demand response provided in Condition 8.1.11.2 of this permit. The 50 hours per year for non-emergency situations cannot be used for peak shaving or non-emergency demand response, or to generate income for a facility to supply power to an electric grid or otherwise supply power as part of a financial arrangement with another entity. (§63.6640(f)(3))

*What reports must I submit and when? (§63.6650)*

8.1.12  If you own or operate an emergency stationary RICE with a site rating of more than 100 brake HP that operates or is contractually obligated to be available for more than 15 hours per calendar year for the purposes specified in Conditions 8.1.11.2.b or 8.1.11.2.c, you must submit an annual report according to the requirements in 63.665(h)(1) - (3). (63.6650(h))

*What records must I keep?  (§63.6655)*

8.1.13  You must keep records of the maintenance conducted on the stationary RICE in order to demonstrate that you operated and maintained the stationary RICE and after-treatment control device (if any) according to your own maintenance plan if you own or operate an existing stationary emergency RICE. (§63.6655(e) and §63.6655(e)(2))

8.1.14  If you own or operate an existing emergency stationary CI RICE with a site rating of less than or equal to 500 brake Hp located at major source of HAP emissions that does not meet the standards applicable to non-emergency engines, you must keep records of the hours of operation of the engine that is recorded through the non-resettable hour meter. The owner or operator must document how many hours are spent for emergency operation, including what classified the operation as emergency and how many hours are spent for non-emergency operation. If the engine is used for

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 35

the purposes specified Conditions 8.1.11.2.b or 8.1.11.2.c, the owner or operator must keep records of the notification of the emergency situation, and the date, start time, and end time of engine operation for these purposes. (§63.6655(f) and §63.6655(f)(1))

*In what form and how long must I keep my records?  (§ 63.6660)*

8.1.15    Records shall be kept in the form and for the duration specified in § 63.6660.

*What parts of the General Provisions apply to me? (§ 63.6665)*

8.1.16    Table 8 of Subpart ZZZZ shows which parts of the General Provisions in §§63.1 through 63.15 apply to you.  (§ 63.6665)  The general provisions that apply to these engines include, but are not limited to the following:

    8.1.16.1    Prohibited activities in § 63.4(a).

    8.1.16.2    Circumvention in § 63.4(b).

8.2    The **pipeline receipt station emergency generator** is subject to the requirements in 40 CFR Part 63 Subpart ZZZZ, "National Emission Standards for Hazardous Air Pollutants for Stationary Reciprocating Internal Combustion Engines", as follows:

Note that as of the date of revised permit issuance [February 1, 2016], the requirements in 40 CFR Part 63 Subpart ZZZZ promulgated after July 1, 2007 have not been adopted into Colorado Regulation No. 8, Part E by the Division and are therefore not state-enforceable.  In the event that the Division adopts these requirements, these requirements will become both state and federally enforceable.

A new or reconstructed spark ignition 4 stroke rich burn (4SRB) stationary RICE with a site rating of less than or equal to 500 brake HP located at a major source of HAP emissions must meet the requirements of this part by meeting the requirements of 40 CFR part 60 subpart JJJJ, for spark ignition engines. No further requirements apply for such engines under this part. (§ 63.6590(c)(4))

8.3    Emissions of air pollutants from the **emergency air compressor engines** shall not exceed the limits listed in the summary table above. (emergency air compressor engines: in accordance with the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to set emission limits as specified in the APEN submitted on 12/6/13) Monthly emissions from the engines shall be calculated by the end of the subsequent month using the above emission factors in the table and the monthly fuel consumption (as required by Condition 8.4) in the equation below:

| Pollutant | Emission Factor | Emission Factor Source |
|---|---|---|
| **Emergency Air Compressor Engines** | | |
| NO$_X$ | 217 lb/Mgal | From Manufacturer, "not to exceed data" at 100% load, converted to lbs/Mgal using the maximum design rate (575 hp) and the maximum hourly fuel consumption rate (25 gal/hr). |

Emissions (Tons/Month) = [EF (lbs/Mgal) x fuel usage (Mgal/month)]/2000 (lbs/ton)

Monthly emissions from the **emergency air compressor engines** will be summed together. Monthly emissions from the **emergency air compressor engines** shall be used in a twelve month rolling total to monitor compliance with the annual limitations. Each month a new twelve month rolling total shall be calculated using the previous twelve months total.

8.4     Consumption of diesel fuel from the **emergency air compressor engines** shall not exceed 25,000 gallons per year. (in accordance with the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to set a fuel consumption limit as specified in the APEN submitted on 12/6/13)

Monthly diesel fuel consumption shall be determined by the end of the subsequent month by multiplying the number of hours the engine was operated in the month by the maximum hourly fuel consumption rate (each emergency air compressor engine: 25 gal.hr). Monthly fuel consumption from the **emergency air compressor engines** shall be summed together. Monthly fuel consumption from the **emergency air compressor engines** shall be used in the twelve month rolling total to monitor compliance with the annual limitation. Each month a new twelve month rolling total shall be calculated using the previous twelve months total.

8.5     Sulfur Dioxide (SO$_2$) emissions **from each emergency fire pump and the P1 control room emergency generator engine** shall not exceed 0.8 lbs/MMBtu (Colorado Regulation No. 1, Section VI.B.4.b. (i)). In the absence of credible evidence to the contrary, compliance with the SO$_2$ emission limitation shall be presumed since only diesel fuel is permitted to be used as fuel in these engines.

8.6     Opacity of emissions from these engines shall not exceed the following:

8.6.1     Except as provided for in Condition 8.6.2 below, no owner or operator of a source shall allow or cause the emission into the atmosphere of any air pollutant which is in excess of 20% opacity (Colorado Regulation No. 1, Section II.A.1).

8.6.2     No owner or operator of a source shall allow or cause to be emitted into the atmosphere any air pollutant resulting from startup which is in excess of 30% opacity for a period or periods aggregating more than six (6) minutes in any sixty (60) consecutive minutes (Colorado Regulation No. 1, Section II.A.4).

Compliance with these limitations shall be monitored by conducting opacity observations in accordance with EPA Reference Method 9 as follows:

Air Pollution Control Division                                              Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                              Page 37

8.6.3    **For propane-fired engine (pipeline receipt station emergency generator).** In the absence of credible evidence to the contrary, compliance with the opacity requirements will be presumed since only propane is permitted to be used as fuel for this engine. The permittee shall maintain records that verify that only propane is used as fuel in this engine.

8.6.4    **For diesel fuel-fired engines (emergency fire pump engines, P1 control room emergency generator and emergency air compressors).** Compliance with the opacity limitations shall be monitored by conducting opacity observations in accordance with EPA Reference Method 9 as follows:

   8.6.4.1    Engine startup shall not exceed 30 minutes. An engine startup period of less than 30 minutes shall not require an opacity observation to monitor compliance with the opacity limit in Condition 8.6.2. A record shall be kept of the date and time the engine started and when it was shutdown.

   8.6.4.2    A Method 9 opacity observation shall be conducted annually (calendar year period). Annual opacity observations for an individual engine shall be separated by a period of four (4) months.

   If an engine is operated more than 250 hours in any calendar year period, a second opacity observation shall be conducted. If two opacity readings are conducted in the annual (calendar year) period, such readings shall be conducted at least thirty days apart.

   8.6.4.3    If an engine is not operated during the annual (calendar year) period, then no opacity observation is required.

   8.6.4.4    Subject to the provisions of C.R.S. 25-7-123.1 and in the absence of credible evidence to the contrary, exceedance of the limit shall be considered to exist from the time a Method 9 reading is taken that shows an exceedance of the opacity limit until a Method 9 reading is taken that shows the opacity is less than the opacity limit.

   8.6.4.5    All opacity observations shall be performed by an observer with current and valid Method 9 certification. Results of Method 9 readings and a copy of the certified Method 9 reader's certificate shall be kept on site and made available to the Division upon request.

8.7    The **emergency air compressor engines** are subject to the requirements in 40 CFR Part 60 Subpart IIII, "Standards of Performance for Stationary Compression Ignition Internal Combustion Engines", as adopted by reference in Colorado Regulation No. 6, Part A, as follows:

The requirements below reflect the rule language in 40 CFR Part 60 Subpart IIII as of the latest revisions to 40 CFR Part 60 Subpart IIII published in the Federal Register on January 30, 2013. However, if revisions to this Subpart are promulgated at a later date, the owner or operator is subject to the requirements contained in the revised version of 40 CFR Part 60 Subpart IIII.

Please note that proposed revisions to 40 CFR Part 60, Subpart IIII were published in the Federal Register on November 6, 2015. These proposed revisions primarily affect Tier 4 engines equipped with emission control systems and engines located in remote areas of Alaska. Therefore, the requirements below may change in the future.

*What emission standards must I meet for emergency engines if I am an owner or operator of a stationary CI internal combustion engine? (§ 60.4205)*

8.7.1    **Emergency Air Compressor Engines**: Owners and operators of 2007 model year and later emergency stationary CI ICE with a displacement of less than 30 liters per cylinder that are not fire pump engines must comply with the emission standards for new nonroad CI engines in §60.4202, for all pollutants, for the same model year and maximum engine power for their 2007 model year and later emergency stationary CI ICE. (§ 60.4205(b))

Stationary CI internal combustion engine manufacturers must certify their 2007 model year and later emergency stationary CI ICE with a maximum engine power less than or equal to 2,237 KW (3,000 HP) and a displacement of less than 10 liters per cylinder that are not fire pump engines to the emission standards specified in paragraphs (a)(1) through (2) of this section. (§ 60.4202(a))

For engines with a maximum engine power greater than or equal to 37 KW (50 HP), the certification emission standards for new nonroad CI engines for the same model year and maximum engine power in 40 CFR 89.112 and 40 CFR 89.113 for all pollutants beginning in model year 2007. (§ 60.4202(a)(2))

The specific emission limitations in 40 CFR 89.112 that apply to the **emergency air compressor engines** are as follows:

| Tier 3 requirements for Model Engines 225 ≤ kw < 450 kW | | |
|---|---|---|
| Emission Standards (g/kW-hr) | | |
| NMHC + NOX | CO | PM |
| 4.0 | 3.5 | 0.2 |

Note that the smoke standards in 40 CFR 89.113 do not apply because these engines are constant speed engines (89.113(c)(3))

*How long must I meet the emission standards if I am an owner or operator of a stationary CI internal combustion engine? (§60.4206)*

8.7.2    Owners and operators of stationary CI ICE must operate and maintain stationary CI ICE that achieve the emission standards as required in §§60.4204 and 60.4205 over the entire life of the engine.

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 39

*What fuel requirements must I meet if I am an owner or operator of a stationary CI internal combustion engine subject to this subpart? (§60.4207)*

8.7.3    Beginning October 1, 2010, owners and operators of stationary CI ICE subject to this subpart with a displacement of less than 30 liters per cylinder that use diesel fuel must use diesel fuel that meets the requirements of 40 CFR 80.510(b) for nonroad diesel fuel, except that any existing diesel fuel purchased (or otherwise obtained) prior to October 1, 2010, may be used until depleted. (§60.4207(b))

The fuel limitations in 80.510(b) are: sulfur content of 15 ppm maximum for NR diesel fuel and 500 ppm maximum for LM diesel fuel and a minimum cetane index of 40 or a maximum aromatic content of 35 volume percent.

Compliance with the fuel limitations shall be monitored by sampling and analyzing each shipment of diesel fuel to determine the sulfur and cetane and/or aromatic content using appropriate ASTM methods, or equivalent if approved in advance by the Division.  In lieu of sampling, vendor data may be used to verify that the diesel fuel delivered meets the sulfur and cetane and/or aromatic requirements.

*What are the monitoring requirements if I am an owner or operator of a stationary CI internal combustion engine? (§60.4209)*

8.7.4    **Emergency Air Compressor Engines:** If you are an owner or operator of an emergency stationary CI internal combustion engine that does not meet the standards applicable to non-emergency engines, you must install a non-resettable hour meter prior to startup of the engine. (§ 60.4209(a))

8.7.5    If you are an owner or operator of a stationary CI internal combustion engine equipped with a diesel particulate filter to comply with the emission standards in §60.4204, the diesel particulate filter must be installed with a backpressure monitor that notifies the owner or operator when the high backpressure limit of the engine is approached. (§60.4209(b))

*What are my compliance requirements if I am an owner or operator of a stationary CI internal combustion engine? (§60.4211)*

8.7.6    If you are an owner or operator and must comply with the emission standards specified in this subpart, you must do all of the following, except as permitted under §60.4211(g) (Condition 8.7.9): (§60.4211(a))

    8.7.6.1    Operate and maintain the stationary CI internal combustion engine and control device according to the manufacturer's emission-related written instructions;

    8.7.6.2    Change only those emission-related settings that are permitted by the

manufacturer; and

8.7.6.3　　You must also meet the requirements of 40 CFR parts 89, 94 and/or 1068, as they apply to you. (§60.4211(a)(1) – (3))

8.7.7　　If you are an owner or operator of a 2007 model year and later stationary CI internal combustion engine and must comply with the emission standards specified in §60.4204(b) or §60.4205(b), or if you are an owner or operator of a CI fire pump engine that is manufactured during or after the model year that applies to your fire pump engine power rating in table 3 to this subpart and must comply with the emission standards specified in §60.4205(c), you must comply by purchasing an engine certified to the emission standards in §60.4204(b), or §60.4205(b) or (c), as applicable, for the same model year and maximum (or in the case of fire pumps, NFPA nameplate) engine power. The engine must be installed and configured according to the manufacturer's emission-related specifications, except as permitted under §60.4211(g) (Condition 8.7.9). (§60.4211(c))

8.7.8　　**Emergency Air Compressor Engines:** If you own or operate an emergency stationary ICE, you must operate the emergency stationary ICE according to the requirements in 60.4211(f)(1) through (3) (Conditions 8.7.8.1 through 8.7.8.3). In order for the engine to be considered an emergency stationary ICE under this subpart, any operation other than emergency operation, maintenance and testing, emergency demand response, and operation in non-emergency situations for 50 hours per year, as described in 60.4211(f)(1) through (3) (Conditions 8.7.8.1 through 8.7.8.3), is prohibited. If you do not operate the engine according to the requirements in 60.4211(f)(1) through (3) (Conditions 8.7.8.1 through 8.7.8.3), the engine will not be considered an emergency engine under this subpart and must meet all requirements for non-emergency engines. (§ 60.4211(f))

8.7.8.1　　There is no time limit on the use of emergency stationary ICE in emergency situations. (60.4211(f)(1))

8.7.8.2　　You may operate your emergency stationary ICE for any combination of the purposes specified in 60.4211(f)(2)(i) through (iii) for a maximum of 100 hours per calendar year. Any operation for non-emergency situations as allowed by 60.4211(f)(3) counts as part of the 100 hours per calendar year allowed by this paragraph (f)(2). (60.4211(f)(2))

a. Emergency stationary ICE may be operated for maintenance checks and readiness testing, provided that the tests are recommended by federal, state or local government, the manufacturer, the vendor, the regional transmission organization or equivalent balancing authority and transmission operator, or the insurance company associated with the engine. The owner or operator may petition the Administrator for approval of additional hours to be used for maintenance checks

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 41

and readiness testing, but a petition is not required if the owner or operator maintains records indicating that federal, state, or local standards require maintenance and testing of emergency ICE beyond 100 hours per calendar year. (60.4211(f)(2)(i))

  b. Emergency stationary ICE may be operated for emergency demand response for periods in which the Reliability Coordinator under the North American Electric Reliability Corporation (NERC) Reliability Standard EOP-002-2, Capacity and Energy Emergencies (incorporated by reference, see §60.17), or other authorized entity as determined by the Reliability Coordinator, has declared an Energy Emergency Alert Level 2 as defined in the NERC Reliability Standard EOP-002-3. (60.4211(f)(2)(ii))

  c. Emergency stationary ICE may be operated for periods where there is a deviation of voltage or frequency of 5 percent or greater below standard voltage or frequency. (60.4211(f)(2)(iii))

8.7.8.3    Emergency stationary ICE may be operated for up to 50 hours per calendar year in non-emergency situations. The 50 hours of operation in non-emergency situations are counted as part of the 100 hours per calendar year for maintenance and testing and emergency demand response provided in 60.4211(f)(2) (Condition 8.7.8.2). Except as provided in 60.4211(f)(3)(i), the 50 hours per calendar year for non-emergency situations cannot be used for peak shaving or non-emergency demand response, or to generate income for a facility to an electric grid or otherwise supply power as part of a financial arrangement with another entity. (60.4211(f)(3))

  a. The 50 hours per year for non-emergency situations can be used to supply power as part of a financial arrangement with another entity if all of the requirements in 60.4211(f)(3)(i)(A) through (E) are met. (60.4211(f)(3)(i))

8.7.9    If you do not install, configure, operate, and maintain your engine and control device according to the manufacturer's emission-related written instructions, or you change emission-related settings in a way that is not permitted by the manufacturer, you must demonstrate compliance as specified in § 60.4211(g)(1) through (3), as applicable. (§ 60.4211(g))

*What are my notification, reporting, and recordkeeping requirements if I am an owner or operator of a stationary CI internal combustion engine? (§60.4214)*

8.7.10    **Emergency Air Compressor Engines:** If the stationary CI internal combustion engine is an emergency stationary internal combustion engine, the owner or operator is not required to submit an initial notification. Starting with the model years in table 5 to this subpart, if the emergency engine does not meet the standards applicable to

non-emergency engines in the applicable model year, the owner or operator must keep records of the operation of the engine in emergency and non-emergency service that are recorded through the non-resettable hour meter. The owner must record the time of operation of the engine and the reason the engine was in operation during that time. (§ 60.4214(b))

8.7.11   If the stationary CI internal combustion engine is equipped with a diesel particulate filter, the owner or operator must keep records of any corrective action taken after the backpressure monitor has notified the owner or operator that the high backpressure limit of the engine is approached. (§60.4214(c))

*What parts of the general provisions apply to me? (§60.4218)*

8.7.12   Table 8 to this subpart shows which parts of the General Provisions in §§60.1 through 60.19 apply to you.

Note that the relevant general provisions applicable to this engine are specified in Condition 56.3 of this permit.

8.8   The **emergency air compressor engines** are subject to the requirements in 40 CFR Part 63 Subpart ZZZZ, "National Emission Standards for Hazardous Air Pollutants for Stationary Reciprocating Internal Combustion Engines", as follows:

8.8.1   An affected source which meets either of the criteria in paragraphs (b)(1)(i) through (ii) of this section does not have to meet the requirements of this subpart and of subpart A of this part except for the initial notification requirements of §63.6645(f). (§63.6590(b)(1))

**Each emergency air compressor engine** meets the following criteria: The stationary RICE is a new or reconstructed emergency stationary RICE with a site rating of more than 500 brake HP located at a major source of HAP emissions that does not operate or is not contractually obligated to be available for more than 15 hours per calendar year for the purposes specified in §63.6640(f)(2)(ii) and (iii). (63.6590(b)(1)(i))

8.8.2   If you are required to submit an Initial Notification but are otherwise not affected by the requirements of this subpart, in accordance with §63.6590(b), your notification should include the information in §63.9(b)(2)(i) through (v), and a statement that your stationary RICE has no additional requirements and explain the basis of the exclusion (for example, that it operates exclusively as an emergency stationary RICE if it has a site rating of more than 500 brake HP located at a major source of HAP emissions).

As specified in 63.6645(c), the initial notification must be submitted no later than 120 days after the engine becomes subject to this subpart (i.e., upon startup).

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 43

8.9     The **pipeline receipt station emergency generator** is subject to the requirements in 40 CFR Part 60 Subpart JJJJ, "Standards of Performance for Stationary Spark Ignition Internal Combustion Engines", as adopted by reference in Colorado Regulation No. 6, Part A, as follows:

The requirements below reflect the rule language in 40 CFR Part 60 Subpart JJJJ as of the latest revisions to 40 CFR Part 60 Subpart JJJJ published in the Federal Register on January 30, 2013. However, if revisions to this Subpart are promulgated at a later date, the owner or operator is subject to the requirements contained in the revised version of 40 CFR Part 60 Subpart JJJJ.

These requirements have not been adopted into Colorado Regulation No. 6, Part A as of the date of this permit issuance [February 1, 2016], and are therefore not state-enforceable. In the event that these requirements are adopted into Colorado Regulations, they will become state-enforceable and the emergency engine may be subject to APEN reporting and minor source permitting requirements.

*What emission standards must I meet if I am an owner or operator of a stationary SI internal combustion engine? (§60.4233)*

8.9.1   Owners and operators of stationary SI ICE with a maximum engine power greater than 19 KW (25 HP) manufactured on or after the applicable date in §60.4230(a)(4) that are rich burn engines that use LPG must comply with the emission standards in §60.4231(c) for their stationary SI ICE. (§60.4233(c))

Stationary SI internal combustion engine manufacturers must certify their stationary SI ICE with a maximum engine power greater than 19 KW (25 HP) (except emergency stationary ICE with a maximum engine power greater than 25 HP and less than 130 HP) that are rich burn engines that use LPG and that are manufactured on or after the applicable date in §60.4230(a)(2), or manufactured on or after the applicable date in §60.4230(a)(4) for emergency stationary ICE with a maximum engine power greater than or equal to 130 HP, to the certification emission standards and other requirements for new nonroad SI engines in 40 CFR part 1048. (§60.4231(c))

The specific emission limitations in 40 CFR part 1048 that apply to this engine are shown in the table below:

| Pollutant | Emission Limitation |
|---|---|
| General Duty Standards | |
| HC + NO$_X$ | 2.7 g/kW-hr |
| CO | 4.0 g/kW-hr |
| Field Testing Standards | |
| HC + NO$_X$ | 3.8 g/kW-hr |
| CO | 6.5 g/kW-hr |

8.9.2   Owners and operators of stationary SI ICE that are required to meet standards that reference 40 CFR 1048.101 must, if testing their engines in use, meet the standards in

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 44

that section applicable to field testing, except as indicated in paragraph (e) of this section. (§60.4231(c))

*How long must I meet the emission standards if I am an owner or operator of a stationary SI internal combustion engine? (§ 60.4234*

8.9.3     Owners and operators of stationary SI ICE must operate and maintain stationary SI ICE that achieve the emission standards as required in §60.4233 over the entire life of the engine. (§60.4234)

*What are the monitoring requirements if I am an owner or operator of an emergency stationary SI internal combustion engine? (§60.4237)*

8.9.4     Starting on January 1, 2011, if the emergency stationary SI internal combustion engine that is greater than or equal to 130 HP and less than 500 HP that was built on or after January 1, 2011, does not meet the standards applicable to non-emergency engines, the owner or operator must install a non-resettable hour meter. (§60.4237(b))

*What are my compliance requirements if I am an owner or operator of a stationary SI internal combustion engine? (§ 60.4243)*

8.9.5     If you are an owner or operator of a stationary SI internal combustion engine that is manufactured after July 1, 2008, and must comply with the emission standards specified in §60.4233(a) through (c), you must comply by purchasing an engine certified to the emission standards in §60.4231(a) through (c), as applicable, for the same engine class and maximum engine power. In addition, you must meet one of the requirements specified in (a)(1) and (2) of this section. (§60.4243(c))

    8.9.5.1     If you operate and maintain the certified stationary SI internal combustion engine and control device according to the manufacturer's emission-related written instructions, you must keep records of conducted maintenance to demonstrate compliance, but no performance testing is required if you are an owner or operator. You must also meet the requirements as specified in 40 CFR part 1068, subparts A through D, as they apply to you. If you adjust engine settings according to and consistent with the manufacturer's instructions, your stationary SI internal combustion engine will not be considered out of compliance. (§60.4243(a)(1))

    8.9.5.2     If you do not operate and maintain the certified stationary SI internal combustion engine and control device according to the manufacturer's emission-related written instructions, your engine will be considered a non-certified engine, and you must demonstrate compliance according to (a)(2)(i) through (iii) of this section, as appropriate. (§60.4243(a)(2)) Note that (a)(2)(ii) is applicable, so only that paragraph was included.

Case No. 1:24-cv-02164-DDD-SBP    Document 27-11    filed 01/21/25    USDC Colorado
pg 56 of 448

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                      Page 45

a. If you are an owner or operator of a stationary SI internal combustion engine greater than or equal to 100 HP and less than or equal to 500 HP, you must keep a maintenance plan and records of conducted maintenance and must, to the extent practicable, maintain and operate the engine in a manner consistent with good air pollution control practice for minimizing emissions. In addition, you must conduct an initial performance test within 1 year of engine startup to demonstrate compliance. (§60.4243(a)(2)(ii))

8.9.6    If you own or operate an emergency stationary ICE, you must operate the emergency stationary ICE according to the requirements in paragraphs (d)(1) through (3) of this section. In order for the engine to be considered an emergency stationary ICE under this subpart, any operation other than emergency operation, maintenance and testing, emergency demand response, and operation in non-emergency situations for 50 hours per year, as described in Conditions 8.9.6.1 through 8.9.6.3, is prohibited. If you do not operate the engine according to the requirements in Conditions 8.9.6.1 through 8.9.6.3, the engine will not be considered an emergency engine under this subpart and must meet all requirements for non-emergency engines. (§60.4243(d))

8.9.6.1    There is no time limit on the use of emergency stationary ICE in emergency situations. (§60.4243(d)(1))

8.9.6.2    You may operate your emergency stationary ICE for any combination of the purposes specified in Conditions 8.9.6.2.a through c of this section for a maximum of 100 hours per calendar year. Any operation for non-emergency situations as allowed by Condition 8.9.6.3 of this section counts as part of the 100 hours per calendar year allowed by this Condition 8.9.6.2. (§60.4243(d)(2))

a. Emergency stationary ICE may be operated for maintenance checks and readiness testing, provided that the tests are recommended by federal, state or local government, the manufacturer, the vendor, the regional transmission organization or equivalent balancing authority and transmission operator, or the insurance company associated with the engine. The owner or operator may petition the Administrator for approval of additional hours to be used for maintenance checks and readiness testing, but a petition is not required if the owner or operator maintains records indicating that federal, state, or local standards require maintenance and testing of emergency ICE beyond 100 hours per calendar year. (§60.4243(d)(2)(i))

b. Emergency stationary ICE may be operated for emergency demand response for periods in which the Reliability Coordinator under the North American Electric Reliability Corporation (NERC) Reliability Standard EOP-002-3, Capacity and Energy Emergencies (incorporated by reference, see §60.17), or other authorized entity as

determined by the Reliability Coordinator, has declared an Energy Emergency Alert Level 2 as defined in the NERC Reliability Standard EOP-002-3. (§60.4243(d)(2)(ii))

   c.  Emergency stationary ICE may be operated for periods where there is a deviation of voltage or frequency of 5 percent or greater below standard voltage or frequency. (§60.4243(d)(2)(iii))

8.9.6.3    Emergency stationary ICE may be operated for up to 50 hours per calendar year in non-emergency situations. The 50 hours of operation in non-emergency situations are counted as part of the 100 hours per calendar year for maintenance and testing and emergency demand response provided in Condition 8.9.6.2. Except as provided in Condition 8.9.6.3.a, the 50 hours per year for non-emergency situations cannot be used for peak shaving or non-emergency demand response, or to generate income for a facility to an electric grid or otherwise supply power as part of a financial arrangement with another entity. (§60.4243(d)(3))

   a.  The 50 hours per year for non-emergency situations can be used to supply power as part of a financial arrangement with another entity if all of the requirements in §62.4243(d)(3)(i)(A) through E) are met. (§60.4243(d)(3)(i))

8.9.7    If you are an owner or operator of a stationary SI internal combustion engine that is less than or equal to 500 HP and you purchase a non-certified engine or you do not operate and maintain your certified stationary SI internal combustion engine and control device according to the manufacturer's written emission-related instructions, you are required to perform initial performance testing as indicated in this section, but you are not required to conduct subsequent performance testing unless the stationary engine is rebuilt or undergoes major repair or maintenance. A rebuilt stationary SI ICE means an engine that has been rebuilt as that term is defined in 40 CFR 94.11(a). (§60.4243(f))

*What are my notification, reporting, and recordkeeping requirements if I am an owner or operator of a stationary SI internal combustion engine? (§ 60.4245)*

8.9.8    Owners and operators of all stationary SI ICE must keep records of the following information:

8.9.8.1    All notifications submitted to comply with this subpart and all documentation supporting any notification. (§60.4245(a)(1))

8.9.8.2    Maintenance conducted on the engine. (§60.4245(a)(2))

8.9.8.3    If the stationary SI internal combustion engine is a certified engine, documentation from the manufacturer that the engine is certified to meet

the emission standards and information as required in 40 CFR parts 90, 1048, 1054, and 1060, as applicable. (§60.4245(a)(3))

8.9.8.4    If the stationary SI internal combustion engine is not a certified engine or is a certified engine operating in a non-certified manner and subject to §60.4243(a)(2), documentation that the engine meets the emission standards. (§60.4245(a)(4))

8.9.9    For all stationary SI emergency ICE greater than or equal to 130 HP and less than 500 HP manufactured on or after July 1, 2011 that do not meet the standards applicable to non-emergency engines, the owner or operator must keep records of the hours of operation of the engine that is recorded through the non-resettable hour meter. The owner or operator must document how many hours are spent for emergency operation, including what classified the operation as emergency and how many hours are spent for non-emergency operation. (§60.4245(b))

8.9.10    If you own or operate an emergency stationary SI ICE with a maximum engine power more than 100 HP that operates or is contractually obligated to be available for more than 15 hours per calendar year for the purposes specified in Conditions 8.9.6.2.b and c or that operates for the purposes specified in Condition 8.9.6.3.a, you must submit an annual report according to the requirements in §60.4245(e)(1) through (3). (§60.4245(e))

*What parts of the General Provisions apply to me? (§ 60.4246)*

8.9.11    Table 3 to this subpart shows which parts of the General Provisions in §§60.1 through 60.19 apply to you. (§ 60.4246)  These requirements include but are not limited to the following:

8.9.11.1    The circumvention requirements in §60.12 (Condition 56.3)

8.10    The **pipeline receipt station emergency generator** must be fired with purchased propane from a dedicated line and isolated from the refinery's fuel gas system. Records of propane purchases shall be maintained and made available to the Division upon request.

Air Pollution Control Division                                      Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                      Page 48

## 9.    Cold Cleaner Solvent Degreasers

| Parameter | Permit Condition Number | Limitation | Compliance Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| Work Practice Standards | 9.1 | | | Certification | Annually |
| Transfer and Storage of Waste Solvents | 9.2 | | | Certification | Annually |

Note that these emission units are exempt from the APEN reporting requirements in Regulation No. 3, Part A and the construction permit requirements in Regulation No. 3, Part B.

9.1    The design and operation of these cold cleaner solvent degreasers shall meet the standards defined in Colorado Regulation 7, Section X.B.  The permittee's operating procedures for solvent cleaning shall include these requirements.

9.2    The transfer and storage of waste and used solvents from the cold cleaner solvent degreasers are subject to the following requirements (Colorado Regulation No. 7, Section X.A.3 and 4):

9.2.1    In any disposal or transfer of waste or used solvent, at least 80 percent by weight of the solvent/waste liquid shall be retained (i.e., no more than 20 percent of the liquid solvent/solute mixture shall evaporate or otherwise be lost during transfers).

9.2.2    Waste or used solvents shall be stored in closed containers unless otherwise required by law.

The permittee's operating procedures for the solvent vats and contracts and/or agreements with contractors to service these vats shall include these requirements.

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 49

## 10. Cooling Towers – Plant 1: Y1, Y3 and Y4 and Plant 3: Y2

| Parameter | Permit Condition Number | Limitation | Compliance Emission Factor | Monitoring Method | Interval |
|---|---|---|---|---|---|
| Water Circulated | 10.1 | Y1: 21,549,600,000 gallons/year<br>Y2: 1,392,840,000 gallons/year<br>Y3: 3,679,000,000 gallons/year<br>Y4: 7,884,000,000 gallons/year | | Flow Monitors and Recordkeeping | Monthly |
| Total Dissolved Solids and Strippable Hydrocarbons Analysis | 10.2 | | | See Condition 10.2 | |
| **Y1 Cooling Tower:** Hours of Operation | 10.3 | | | Recordkeeping | Monthly |
| PM | 10.4 | Y1: 13.5 tons/year<br>Y4: 4.9 tons/year | See Condition 10.4 | Recordkeeping and Calculation | Monthly |
| PM$_{10}$ | | Y1: 13.5 tons/year<br>Y4: 4.9 tons/year | | | |
| VOC | | Y1: 34.6 tons/year<br>Y2: 2.2 tons/year<br>Y3: 5.9 tons/year<br>Y4: 12.4 tons/year | | | |
| Opacity | 10.5 | Not to Exceed 20% | | See Condition 10.5. | |
| MACT | 10.6 | See 40 CFR Part 63 Subpart CC (Condition 53) | | See 40 CFR Part 63 Subpart CC (Condition 53) | |
| **Y2 and Y3:** PM and PM$_{10}$ Annual Emissions | 10.7 | | | Recordkeeping and Calculation | Annually |

10.1    Water Circulated through the **Cooling Towers Y1, Y2, Y3 & Y4)** shall not exceed the above limitations. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Section I.A.7 and Part C, Section III.B.7 based on the requested throughput on the APENs submitted June 10, 2015 and red-lined July 14, 2015) The quantity of water circulated **through each tower** shall be monitored and recorded monthly.   **For Y3 and Y4**, the monthly quantity of water circulated shall be determined using flow meters.  **For Y1 and Y2**, the monthly quantity of water circulated shall be determined using the maximum circulation rate (2,460,000 gal/hr for Y1 and 159,000 gal/hr for Y2) multiplied by hours of operation (as required by Condition 10.3). The monthly quantities of water circulated through each tower shall be used in separate twelve month rolling totals to monitor compliance with the annual limitations.  Each month a new twelve month total shall be estimated using the previous twelve months data.

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 50

10.2    The total dissolved solids and strippable hydrocarbons from the **Plant 1 (Y1, Y3 & Y4) and Plant 3 (Y2) Cooling Towers** shall be determined as follows:

    10.2.1    Total dissolved solids shall be determined monthly using the measured monthly specific conductivity multiplied by 0.7. A copy of the procedures used to obtain the specific conductivity measurement shall be maintained and made available to the Division upon request. The monthly total dissolved solids shall be used as follows:

        10.2.1.1    The monthly total dissolved solids for **Y1 and Y4** shall be used to calculate monthly emissions as required by Condition 10.4.

        10.2.1.2    The monthly total dissolved solids for **Y2 and Y3** shall be used to calculate a calendar year annual average.

    10.2.2    Total strippable hydrocarbons shall be determined using the methods and frequency specified in Condition 53.56. The total strippable hydrocarbons shall be used to calculate VOC emissions as required by Condition 10.4.

10.3    Hours of operation from the **Y1 and Y2 Cooling Towers** shall be monitored and recorded monthly. Hours of operation shall be used to determine the monthly quantity of water circulated (as required by Condition 10.1).

10.4    Particulate Matter (PM and $PM_{10}$) and Volatile Organic Compound (VOC) emissions from the **Plant 1 (Y1, Y3 & Y4) and Plant 3 (Y2) Cooling Towers** shall not exceed the above limitations. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Section I.A.7 and Part C, Section III.B.7 based on the emissions requested on the APENs submitted on June 10, 2015 and red-lined July 14, 2015) Monthly emissions **from each cooling tower** shall be calculated by the end of the subsequent month using the equations and information below:

PM and $PM_{10}$ emissions – Y1 and Y4 only.

PM = $PM_{10}$ (tons/mo) = Q x d x % drift x total dissolved solids/2000 lbs/ton

Where:   Q = water circulated, gal/mo
            d = density of water, lbs/gal = 8.34 lb/gal
            % drift = Y1 and Y4 - 0.005%, Y3 - 0.001%
            Total dissolved solids = total dissolved solids, in ppm (lbs solids/$10^6$ lbs water) - to be determined by Condition 10.2. Emissions shall be calculated using monthly total dissolved solids.

VOC emissions – all towers

VOC equations are from "Air Stripping Method (Modified El Paso Method) for Determination of Volatile Organic Compound Emissions from Water Sources" Revision Number One, dated January 2003, Sampling Procedures Manual, Appendix P: Cooling Tower Monitoring, prepared by Texas Commission on Environmental Quality, January 31, 2003"

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 51

$$\text{VOC (ppmw)} = \frac{MW \times (P \times 0.03342 \text{ atm/inHg}) \times b \times c}{R \times (T + 273) \times a}$$

Where:   a = sample water flow rate (ml/min)
             b = stripping air flow rate (ml/min)
             c = concentration of compound in stripped air (ppmv)
             M= molecular weight of methane (16.04 g/mole)
             P = pressure in the stripping chamber (inHg), atmospheric = 27.8 inHg
             R = ideal gas constant (82.054 ml-atm/mole-K)
             T = stripping chamber temperature (°C)

$$\text{VOC (tons/month)} = C \times Q \times d/2000 \text{ lb/ton}$$

Where:   C = concentration of air strippable compound in the water matrix (ppmw), determined by above equation
             Q = water circulated, gal/mo
             d = density of water, lbs/gal = 8.34 lb/gal

Monthly emissions from each cooling tower shall be used in separate twelve month rolling totals to monitor compliance with the annual emission limitations. Each month a new twelve month total shall be estimated using the previous twelve months data.

10.5    Opacity of emissions **from each cooling tower** shall not exceed 20% (Colorado Regulation No. 1, Section II.A.1). In the absence of credible evidence to the contrary, compliance with the opacity standard shall be presumed, provided the drift eliminators on the towers are maintained and operated in accordance with manufacturers' requirements and good engineering practices.

10.6    The heat exchange systems (cooling tower and all petroleum refinery process unit heat exchangers that are in organic HAP service, as defined in 40 CFR Part 63 Subpart CC, serviced by that cooling tower) are subject to the requirements in 40 CFR Part 63 Subpart CC, National Emission Standards for Hazardous Air Pollutants from Petroleum Refineries, as set forth in Condition 53 of this permit.

10.7    For purposes of APEN reporting annual emissions of PM and $PM_{10}$ from the Y2 and Y3 Cooling Towers shall be calculated on an annual (calendar year) basis using the equation set forth in Condition 10.4, the average total solids concentrations (as required by Condition 10.2.1.2) and the annual (calendar year) throughput in Condition 10.1. Annual emissions calculations shall be conducted by February 1 of the subsequent calendar year. If annual (calendar year) emissions from either Y2 or Y3 exceed the APEN de minimis level, then a minor modification application shall be submitted within 30 days of completing the emissions calculations to include emissions limitations in the permit.

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                      Page 52

## 11. Process Heater H-6

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| PM | 11.1 | | $7.45 \times 10^{-3}$ lbs/MMBtu | Recordkeeping and Calculation | Monthly |
| | 11.2 | See Condition 36.1 | | Fuel Restriction | Only Gaseous Fuel is Used |
| $PM_{10}$ | 11.1 | | $7.45 \times 10^{-3}$ lbs/MMBtu | Recordkeeping and Calculation | Monthly |
| $SO_2$ | 11.1 | 1.87 tons/year | Per Appendix H | | |
| | 11.3 | NSPS Subpart J Requirement: Fuel gas shall not contain $H_2S$ in excess of 0.10 gr/scf, on a 3-hour rolling average[1] | | Continuous Monitoring System | Continuous |
| | 11.4 | 0.3 lb $SO_2$/bbl/day of oil processed | Per Appendix H | Recordkeeping and Calculation | Daily Monthly |
| $NO_x$ | 11.1 | 3.09 tons/year | 0.049 lbs/MMBtu | Recordkeeping and Calculation | Monthly |
| VOC | | | $5.39 \times 10^{-3}$ lbs/MMBtu | | |
| CO | | 5.17 tons/year | 0.082 lbs/MMBtu | | |
| Fuel Use | 11.5 | 126,144,000,000 Btu/year | | Recordkeeping | Daily Monthly |
| Opacity | 11.6 | Not to exceed 20%, except as provided for below | | Fuel Restriction | Only Gaseous Fuel is Used |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |
| | | Not to exceed 20% - (State-Only) | | | |
| MACT | 11.7 | See 40 CFR Part 63 Subpart DDDDD (Condition 63) | | See 40 CFR Part 63 Subpart DDDDD (Condition 63) | |
| NSPS General Provisions | 11.8 | See 40 CFR Part 60 Subpart A (Condition 56) | | See 40 CFR Part 60, Subpart A (Condition 56) | |

[1]The preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv $H_2S$ averaged over a 3-hour period (See 73 FR 35852).

11.1    Emissions of air pollutants shall not exceed the limits listed in the above table. (As provided for in accordance with Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section

II.A.6 and Part C, Section X, to set emissions limits at the levels included on the APEN submitted October 4, 2017)  Compliance with the annual limitations shall be monitored by calculating monthly emissions using the emission factors in the above table (from AP-42, Section 1.4. dated 7/98, Tables 1.4-1 and 1.4-2, for boilers < 100 MMBtu/hr with low $NO_X$ burners, converted to lb/MMBtu by dividing by 1020 Btu/scf as noted in footnote a) and the monthly fuel consumption (as required by Condition 11.5) in the equation below:

Emissions (Tons/Month) = [EF (lbs/MMBtu) x fuel usage (MMBtu/month)]/2000 (lbs/ton)

$SO_2$ emissions shall be estimated as set forth in the Appendix H of this permit.

Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve month rolling total to monitor compliance with the annual limitations.  Each month a new twelve month total shall be calculated using the previous twelve months data.

11.2    This source is subject to the particulate matter emission limits set forth in Condition 36.1 of this permit.

11.3    This source is subject to 40 CFR Part 60, Subpart J, Standards of Performance for Petroleum Refineries, as set forth in Condition 38.2 of this permit. (Consent Decree (H-01-4430), paragraph 69)

11.4    Sulfur dioxide emissions from this source shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limits set forth in Condition 38.1 of this permit.

11.5    Consumption of refinery fuel gas shall not exceed 126,144,000,000 Btu per year.  (As provided for in accordance with Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, to set throughput limits at the levels included on the APEN submitted October 4, 2017) Refinery fuel gas will be monitored as set forth in Condition 58 of this permit (daily recording of fuel use for each unit, heat value analyzed once per week). Compliance with the annual fuel use limits shall be monitored by recording the fuel use for this unit monthly.  Monthly quantities of fuel used shall be used in a twelve month rolling total to monitor compliance with the annual limitations.  Each month a new twelve month total shall be calculated using the previous twelve months data.

11.6    This source is subject to the opacity limits set forth in Conditions 35.1 and 35.2 of this permit.

11.7    This heater is subject to 40 CFR Part 63 Subpart DDDDD, National Emission Standards for Hazardous Air Pollutants from Industrial, Commercial, and Institutional Boilers and Process Heaters, as set forth in Condition 63 of this permit.

11.8    This heater is subject to the NSPS general provisions in 40 CFR part 60 Subpart A as set forth in Condition 56 of this permit. (Consent Decree (H-01-4430), paragraph 69)

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 54

## 12. Process Heaters and Boilers Without Annual Emission Limitations – H-10, H-11, H-16, H-18, H-20, H-21, H-22, H-27 and B4

| Parameter | Permit Condition Number | Limitation | Emission Factor[1] | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| PM | 12.1 | | 7.6 lbs/MMscf | Recordkeeping and Calculation | Annually |
| | 12.2 | See Condition 36.1 | | Fuel Restriction | Only Gaseous Fuel is Used |
| PM$_{10}$ | 12.1 | | 7.6 lbs/MMscf | Recordkeeping and Calculation | Annually |
| SO$_2$ | 12.1 | | Per Appendix H | | |
| | 12.3 | *NSPS Subpart J Requirement:* *Fuel gas shall not contain H$_2$S in excess of 0.10 gr/scf, on a 3-hour rolling average*[2] | | Continuous Emission Monitor | Continuous |
| | 12.4 | 0.3 lb SO$_2$/bbl/day of oil processed | Per Appendix H | Recordkeeping and Calculation | Daily Monthly |
| NO$_X$ | 12.1 | | **All But B4:** 100 lbs/MMscf **B-4:** 280 lb/MMscf | Recordkeeping and Calculation | Annually |
| VOC | | | 5.5 lbs/MMscf | | |
| CO | | | 84 lbs/MMscf | | |
| Fuel Use | 12.5 | | | Recordkeeping | Daily Annually |
| Opacity | 12.6 | Not to exceed 20%, except as provided for below | | Fuel Restriction | Only Gaseous Fuel is Used |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |
| MACT | 12.7 | See 40 CFR Part 63 Subpart DDDDD (Condition 63) | | See 40 CFR Part 63 Subpart DDDDD (Condition 63) | |
| NSPS General Provisions | 12.8 | See 40 CFR Part 60 Subpart A (Condition 56) | | See 40 CFR Part 60 Subpart A (Condition 56) | |

Heater H-21 is exempt from the APEN reporting requirements, as long as actual, uncontrolled emissions do not exceed the APEN de minimis level.

[1]AP-42 emission factors are based on a gas heat content of 1020 Btu/scf (Section 1.4, dated 7/98, footnote a in tables); therefore, a Btu correction factor may be applied.  Btu correction factor = actual heat value/1020 Btu/scf.

[2]The preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv H$_2$S averaged over a 3-hour period (See 73 FR 35852).

12.1   For APEN reporting and fee purposes, annual emissions **for each heater or boiler** shall be calculated using the emission factors in the above table (from AP-42, Section 1.4, dated 7/98, Tables 1.4-1 and 1.4-2, <u>for all but B4:</u> for boilers < 100 MMBtu/hr, uncontrolled or <u>for B4:</u> for boilers $\geq$ 100 MMBtu/hr, uncontrolled, pre-NSPS), actual fuel usage (as required by Condition 12.5) and the Btu correction factor (see footnote 1 in the above table) in the following equation: Records of calculations shall be maintained on site and made available for Division inspection upon request.

Emissions (Tons/year) = [EF (lbs/MMscf) x fuel usage (MMscf/year) x Btu correction]/2000 (lbs/ton)

<u>Note</u> that the AP-42 emission factors are based on a gas heat content of 1020 Btu/scf (Section 1.4, dated 7/98, footnote a in tables); therefore, a Btu correction factor may be applied to the above equation. Btu correction factor = actual heat value/1020 Btu/scf.

$SO_2$ emissions shall be estimated as set forth in Appendix H of this permit. Calculation of emissions shall be based on the appropriate Btu content for the period of interest.

12.2   These sources are subject to the particulate matter emission limits set forth in Condition 36.1 of this permit.

12.3   These sources are subject to 40 CFR Part 60, Subpart J, Standards of Performance for Petroleum Refineries, as set forth in Condition 38.2 of this permit. (Consent Decree (H-01-4430), paragraph 69)

12.4   Sulfur dioxide emissions from these sources shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limit set forth in Condition 38.1 of this permit.

12.5   Refinery fuel gas will be monitored as set forth in Condition 58 of this permit. Records will be made available for inspection upon request (daily recording of fuel use for each unit, heat value analyzed once per week). Fuel use for each unit will be monitored and recorded annually.

12.6   These sources are subject to the opacity limits set forth in Conditions 35.1 and 35.2 of this permit.

12.7   **With the exception of H-21**, these sources are subject to 40 CFR Part 63 Subpart DDDDD, National Emission Standards for Hazardous Air Pollutants from Industrial, Commercial, and Institutional Boilers and Process Heaters, as set forth in Condition 63 of this permit.

H-21 does not meet the definition of a process heater in §63.7575 since the combustion gases from H-21 come into direct contact with the process materials of the FCCU regenerator., therefore, H-21 is not subject to the requirements in Subpart DDDDD.

12.8   These sources are subject to the NSPS general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 56 of this permit. (Consent Decree (H-01-4430), paragraph 69)

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 56

### 13.    Process Boilers B6 and B8

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| PM | 13.1 | B6: 3.59 tons/year<br>B8: 5.20 tons/year | $7.45 \times 10^{-3}$ lbs/MMBtu | Recordkeeping and Calculation | Monthly |
| | 13.2 | See Condition 36.1 | | Fuel Restriction | Only Gaseous Fuel is Used |
| $PM_{10}$ | 13.1 | B6: 3.59 tons/year<br>B8: 5.20 tons/year | $7.45 \times 10^{-3}$ lbs/MMBtu | Recordkeeping and Calculation | Monthly |
| $SO_2$ | 13.1 | B6: 12.70 tons/year<br>B8: 18.40 tons/year | Per Appendix H | | |
| | 13.3 | NSPS Subpart J Requirement:<br>Fuel gas shall not contain $H_2S$ in excess of 0.10 gr/scf, on a 3-hour rolling average[1] | | Continuous Monitoring System | Continuous |
| | 13.4 | 0.3 lb $SO_2$/bbl/day of oil processed | Per Appendix H | Recordkeeping and Calculation | Daily Monthly |
| $NO_X$ | 13.1 | B6: 19.45 tons/year<br>B8: 28.21 tons/year | CEMS | Continuous Emission Monitor | Continuous |
| | 13.7 | 0.040 lb/MMBtu based on 365 day rolling average | | | |
| VOC | 13.1 | B6: 2.60 tons/year<br>B8: 3.77 tons/year | $5.39 \times 10^{-3}$ lbs/MMBtu | Recordkeeping and Calculation | Monthly |
| CO | 13.1 | B6: 19.45 tons/year<br>B8: 28.21 tons/year | CEMS | Continuous Emission Monitor | Continuous |
| | 13.8 | 0.060 lb/MMBtu based on 24 hour rolling average<br>0.040 lb/MMBtu based on 365 day rolling average | | | |
| Fuel Use | 13.5 | B6: 972,360,000,000 Btu/year<br>B8: 1,410,360,000,000 Btu/year | | Recordkeeping | Daily Monthly |
| Opacity | 13.6 | Not to exceed 20%, except as provided for below | | Fuel Restriction | Only Gaseous Fuel is Used |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |
| MACT | 13.9 | See 40 CFR Part 63 Subpart DDDDD (Condition 63) | | See 40 CFR Part 63 Subpart DDDDD (Condition 63) | |

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| NSPS General Provisions | 13.10 | See 40 CFR Part 60 Subpart A (Condition 56) | | See 40 CFR Part 60 Subpart A (Condition 56) | |

[1]The preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv $H_2S$ averaged over a 3-hour period (See 73 FR 35852).

13.1   Emissions of air pollutants shall not exceed the limits listed in the above table. (Colorado Construction Permits 02AD0326 and 02AD0327).   Compliance with the annual limits shall monitored as follows:

For PM, $PM_{10}$ and VOC monthly emissions from each boiler shall be calculated by the end of the subsequent month using the above emission factors (from AP-42, Section 1.4. dated 7/98, Table 1.4-2, converted to lb/MMBtu by dividing by 1020 Btu/scf as noted in footnote a) and the monthly fuel consumption (as required by Condition 13.5) in the equation below:

Emissions (Tons/Month) = [EF (lbs/MMBtu) x fuel usage (MMBtu/month)]/2000 (lbs/ton)

$SO_2$ emissions shall be estimated as set forth in Appendix H of this permit.

For $NO_X$ and CO monthly emissions shall be determined using the continuous emission monitoring systems (CEMS).

Monthly emissions from each boiler shall be used in a twelve-month rolling total to monitor compliance with the annual limitations.   Each month a new twelve month total shall be calculated using the previous twelve months data.

13.2   These boilers are subject to the particulate matter emission limits set forth in Condition 36.1 of this permit.

13.3   These boilers are subject to 40 CFR Part 60, Subpart J, Standards of Performance for Petroleum Refineries, as set forth in Condition 38.2 of this permit. (Consent Decree (H-01-4430), paragraph 69)

13.4   Sulfur dioxide emissions from these boilers shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limits set forth in Condition 38.1of this permit.

13.5   Consumption of refinery fuel gas from these boilers shall not exceed the following:

Boiler B6:  972,360,000,000 Btu per year. (Colorado Construction Permit 02AD0326)

Boiler B8:1,410,360,000,000 Btu per year (Colorado Construction Permit 02AD0327)

Refinery fuel gas will be monitored as set forth in Condition 58 of this permit (daily recording of fuel use for each unit, heat value analyzed once per week). Compliance with the annual fuel use limits shall be monitored by recording the fuel use for each boiler monthly. Monthly quantities of fuel used in each boiler shall be used in a twelve month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

13.6    These boilers are subject to the opacity limits set forth in Conditions 35.1 and 35.2 of this permit.

13.7    $NO_X$ emissions **from each boiler** shall not exceed 0.040 lb NOx/MMBtu on a 365-day rolling average. (Colorado Construction Permits 02AD0326 and 02AD0327 and Consent Decree (H-01-4430), paragraph 55(d))  $NO_X$ CEMS shall be used to monitor compliance with the annual (365-day rolling average basis) $NO_X$ emissions limitations.  The $NO_X$ CEMS shall be certified, calibrated, maintained and operated in accordance with the requirements in Condition 59 of this permit. (Consent Decree (H-01-4430), paragraphs 55(d) and 64)

13.8    Upon installation of $NO_X$ Controls at a specific heater or boiler, Suncor shall limit the CO emissions from that Controlled Heater and Boiler to 0.060 lb/MMBtu (HHV) on a 24-hour rolling average basis and 0.040 lb/MMBtu on a 365-day rolling average basis, except during Turndown Operations where Suncor shall limit CO emissions to 0.08 lb/MMBtu on a 7-day rolling average basis in lieu of the 0.060 lb/MMBtu CO limit.  Turndown Operations shall be defined as a period when the specific heater or boiler is firing at a rate that is less than 30% of the heater or boilers maximum firing rate in MMBtu/hr.  CO emissions during periods of startup, shutdown and malfunctions will not be used for determining compliance with the 24-hour or 7-day rolling average basis limits, provided Suncor implements good air pollution control practices to minimize emissions during such periods.  If Suncor demonstrates that meeting these limits is not technically feasible, the Suncor may request and EPA may approve alternative limits. (Colorado Construction Permit 02AD0326 and Consent Decree (H-01-4430), paragraph 73(a))

Determination of whether good air pollution control practices are being used will be based on information available to the Division which may include, but is not limited to, monitoring results, opacity observations, review of operating and maintenance procedures, and inspection of the source.

If Suncor requests and EPA approves alternative CO limits Suncor shall submit an application to modify this permit within 30 days of EPA's approval of alternative CO limits to incorporate the alternative CO limits into this permit.

CO CEMS shall be used to monitor compliance with the 24-hour and annual (365-day rolling average basis) CO emissions limitations.  The CO CEMS shall be certified, calibrated, maintained and operated in accordance with the requirements in Condition 59 of this permit. (Consent Decree (H-01-4430), paragraphs 55(d) and 64)

13.9     These boilers are subject to 40 CFR Part 63 Subpart DDDDD, National Emission Standards for Hazardous Air Pollutants from Industrial, Commercial, and Institutional Boilers and Process Heaters, as set forth in Condition 63 of this permit.

13.10    These boilers are subject to the NSPS general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 56 of this permit. (Consent Decree (H-01-4430), paragraph 69)

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 60

## 14.    Process Heaters H-13 and H-17

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| PM | 14.1 | H-17: 1.89 tons/year | $7.45 \times 10^{-3}$ lb/MMBtu | Recordkeeping and Calculation | Monthly |
| | 14.2 | See Condition 36.1 | | Fuel Restriction | Only Gaseous Fuel is Used |
| $PM_{10}$ | 14.1 | H-17: 1.89 tons/year | $7.45 \times 10^{-3}$ lb/MMBtu | Recordkeeping and Calculation | Monthly |
| $SO_2$ | 14.1 | H-13: 0.87 ton/year H-17: 7.45 tons/year | Per Appendix H | | |
| | 14.3 | NSPS Subpart J Requirement: Fuel gas shall not contain $H_2S$ in excess of 0.10 gr/scf | | Continuous Monitoring System | Continuous |
| | 14.4 | 0.3 lb $SO_2$/bbl/day of oil processed | Per Appendix H | Recordkeeping and Calculation | Daily Monthly |
| $NO_X$ | 14.1 | H-13: 2.89 tons/year H-17: 24.83 tons/year | 0.098 lb/MMBtu | Recordkeeping and Calculation | Monthly |
| VOC | | H-17: 1.37 tons/year | $5.39 \times 10^{-3}$ lb/MMBtu | | |
| CO | | H-13: 2.43 tons/year H-17: 20.86 tons/year | 0.082 lb/MMBtu | | |
| Fuel Use | 14.5 | H-13: 59,568,000,000 Btu/year H-17: 511,584,000,000 Btu/year | | Recordkeeping | Daily Monthly |
| Opacity | 14.6 | Not to exceed 20%, except as provided for below | | Fuel Restriction | Only Gaseous Fuel is Used |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |
| | | Not to exceed 20% - (**State-Only**) | | | |
| MACT | 14.7 | See 40 CFR Part 63 Subpart DDDDD (Condition 63) | | See 40 CFR Part 63 Subpart DDDDD (Condition 63) | |
| NSPS General Provisions | 14.8 | See 40 CFR Part 60 Subpart A (Condition 56) | | See 40 CFR Part 60 Subpart A (Condition 56) | |

[1]The preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv $H_2S$ averaged over a 3-hour period (See 73 FR 35852).

14.1    Emissions of air pollutants shall not exceed the limits listed in the above table (Colorado Construction Permits 85AD027-1 (H-13) and 84AD027 (H-17)).  Compliance with the annual limitations shall be monitored by calculating monthly emissions **for each heater** using the

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 61

emission factors in the above table (from AP-42, Section 1.4. dated 3/98, Tables 1.4-1 and 1.4-2, for boilers < 100 MMBtu/hr, uncontrolled, converted to lb/MMBtu by dividing by 1020 Btu/scf as noted in footnote a) and the monthly fuel consumption (as required by Condition 14.5) in the equation below:

Emissions (Tons/Month) = [EF (lbs/MMBtu) x fuel usage (MMBtu/month)]/ 2000 (lbs/ton)

$SO_2$ emissions shall be estimated as set forth in Appendix H of this permit.

Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve-month rolling total to monitor compliance with the annual limitations.  Each month a new twelve month total shall be calculated using the previous twelve months data.

14.2    These sources are subject to the particulate matter emission limits set forth in Condition 36.1 of this permit.

14.3    These sources are subject to 40 CFR Part 60, Subpart J, Standards of Performance for Petroleum Refineries, as set forth in Condition 38.2 of this permit.

14.4    Sulfur dioxide emissions from these sources shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limits set forth in Condition 38.1 of this permit.

14.5    Consumption of refinery fuel gas through these heaters shall not exceed the following:

H-13: 59,568,000,000 Btu per year. (Colorado Construction Permit 85AD027-1)

H-17: 511,584,000,000 Btu per year (Colorado Construction Permit 84AD027)

Refinery fuel gas will be monitored as set forth in Condition 58 of this permit (daily recording of fuel use for each unit, heat value analyzed once per week).  Compliance with the annual fuel use limits shall be monitored by recording the fuel use for this unit monthly.  Monthly quantities of fuel used shall be used in a twelve month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

14.6    These sources are subject to the opacity limits set forth in Conditions 35.1, 35.2, and 35.4 of this permit.

14.7    These heaters are subject to 40 CFR Part 63 Subpart DDDDD, National Emission Standards for Hazardous Air Pollutants from Industrial, Commercial, and Institutional Boilers and Process Heaters, as set forth in Condition 63 of this permit.

14.8    These heaters are subject to the NSPS general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 56 of this permit.

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 62

## 15. Process Heater H-19

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| PM | 15.1 | 0.96 tons/year | $7.45 \times 10^{-3}$ lb/MMBtu | Recordkeeping and Calculation | Monthly |
| | 15.2 | See Conditions 36.1 | | Fuel Restriction | Only Gaseous Fuel is Used |
| $PM_{10}$ | 15.1 | 0.96 tons/year | $7.45 \times 10^{-3}$ lb/MMBtu | Recordkeeping and Calculation | Monthly |
| $SO_2$ | 15.1 | 3.44 tons/year | Per Appendix H | | |
| | 15.3 | NSPS Subpart J Requirement: Fuel gas shall not contain $H_2S$ in excess of 0.10 gr/scf, on a 3-hour rolling average[1] | | Continuous Monitoring System | Continuous |
| | 15.4 | 0.3 lb $SO_2$/bbl/day of oil processed | Per Appendix H | Recordkeeping and Calculation | Daily Monthly |
| $NO_x$ | 15.1 | 15.34 tons/year | 0.12 lb/MMBtu | Recordkeeping Calculation | Monthly |
| VOC | | | $5.39 \times 10^{-3}$ lb/MMBtu | | |
| CO | | 10.54 tons/year | 0.082 lb/MMBtu | | |
| Fuel Use | 15.5 | 256,000,000,000 Btu/year | | Recordkeeping | Daily Monthly |
| Opacity | 15.6 | Not to exceed 20%, except as provided for below | | Fuel Restriction | Only Gaseous Fuel is Used |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |
| | | Not to exceed 20% - (**State-Only**) | | | |
| MACT | 15.7 | See 40 CFR Part 63 Subpart DDDDD (Condition 63) | | See 40 CFR Part 63 Subpart DDDDD (Condition 63) | |
| NSPS General Provisions | 15.8 | See 40 CFR Part 60 Subpart A (Condition 56) | | See 40 CFR Part 60 Subpart A (Condition 56) | |

[1]The preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv $H_2S$ averaged over a 3-hour period (See 73 FR 35852).

15.1    Emissions of air pollutants shall not exceed the limits listed in the above table. (Colorado Construction Permit 90AD524, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to revise PM, $PM_{10}$ and CO emissions as indicated in January 12, 2007 modification request).  Compliance with the

annual limitations shall be monitored by calculating monthly emissions using the emission factors in the above table (PM, $PM_{10}$, CO and VOC from AP-42, Section 1.4. dated 7/98, Tables 1.4-1 and 1.4-2, for boilers < 100 MMBtu/hr, uncontrolled, converted to lb/MMBtu by dividing by 1020 Btu/scf as noted in footnote a and $NO_X$ from manufacturer) and the monthly fuel consumption (as required by Condition 15.5) in the equation below:

Emissions (Tons/Month) = [EF (lbs/MMBtu) x fuel usage (MMBtu/month)]/ 2000 (lbs/ton)

$SO_2$ emissions shall be estimated as set forth in Appendix H of this permit.

Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve-month rolling total to monitor compliance with the annual limitation. Each month a new twelve month total shall be calculated using the previous twelve months data.

15.2    This source is subject to the particulate matter emission limits set forth in Condition 36.1 of this permit.

15.3    This source is subject to 40 CFR Part 60, Subpart J, Standards of Performance for Petroleum Refineries, as set forth in Condition 38.2 of this permit.

15.4    Sulfur dioxide emissions from this source shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limit set forth in Condition 38.1 of this permit.

15.5    Consumption of gaseous fuel in the heater shall not exceed 256,000,000,000 Btu per year. (Colorado Construction Permit 90AD524) Refinery fuel gas will be monitored as set forth in Condition 58 of this permit (daily recording of fuel use for each unit, heat value analyzed once per week). Compliance with the annual fuel use limits shall be monitored by recording the fuel use for this unit monthly. Monthly quantities of fuel used shall be used in a twelve month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

15.6    This source is subject to the opacity limits set forth in Conditions 35.1, 35.2, and 35.4 of this permit.

15.7    This heater is subject to 40 CFR Part 63 Subpart DDDDD, National Emission Standards for Hazardous Air Pollutants from Industrial, Commercial, and Institutional Boilers and Process Heaters, as set forth in Condition 63 of this permit.

15.8    This heater is subject to the NSPS general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 56 of this permit.

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 64

## 16.    Process Heaters H-28, H-29, and H-30 and Catalytic Reforming Unit P104

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| PM | 16.1 | 3.1 tons/year | $7.45 \times 10^{-3}$ lb/MMBtu | Recordkeeping and Calculation | Monthly |
| | 16.2 | See Conditions 36.1 | | Fuel Type | N/A |
| PM$_{10}$ | 16.1 | 3.1 tons/year | $7.45 \times 10^{-3}$ lb/MMBtu | Recordkeeping and Calculation | Monthly |
| SO$_2$ | 16.1 | 10.5 tons/year | Per Appendix H | Recordkeeping and Calculation | Monthly |
| | 16.3 | NSPS Subpart J Requirement:<br>Fuel gas shall not contain H$_2$S in excess of 0.10 gr/scf, on a 3-hour rolling average[1] | | Continuous Monitoring System | Continuous |
| | 16.4 | 0.3 lb SO$_2$/bbl/day of oil processed | Per Appendix H | Recordkeeping and Calculation | Daily Monthly |
| NO$_X$ | 16.1 | 20.4 tons/year | 0.049 lb/MMBtu | Recordkeeping Calculation | Monthly |
| VOC | | 2.2 tons/year | $5.39 \times 10^{-3}$ lb/MMBtu | | |
| CO | | 34.2 tons/year | 0.082 lb/MMBtu | | |
| Fuel Use | 16.5 | 776,136,000,000 Btu/year | | Recordkeeping | Daily Monthly |
| Opacity | 16.6 | Not to exceed 20%, except as provided for below | | Fuel Restriction | Only Gaseous Fuel is Used |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |
| | | Not to exceed 20%  - (**State-Only**) | | | |
| Reforming Unit: MACT | 16.7 | See 40 CFR Part 63 Subpart UUU (Condition 54) | | | |
| NSPS General Provisions | 16.8 | See 40 CFR Part 60 Subpart A (Condition 56) | | See 40 CFR Part 60 Subpart A (Condition 56) | |
| H-28, H-29 & H-30 - MACT | 16.9 | See 40 CFR Part 63 Subpart DDDDD (Condition 63) | | See 40 CFR Part 63 Subpart DDDDD (Condition 63) | |

Note that the catalytic reforming unit (CRU) is not generally a source of emissions.  Emissions from the CRU during catalyst depressuring and purging operations are routed to the main plant flare.  Emissions from the CRU during coke burn-off and catalyst rejuvenation are below the APEN de minimis level so an APEN for this activity is not required.  However, the CRU is subject to requirements in 40 CFR Part 63 Subpart UUU and so it has been included in this permit.

[1]The preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv H$_2$S averaged over a 3-hour period (See 73 FR 35852).

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 65

16.1   Emissions of air pollutants from the heaters shall not exceed the limits listed in the above table (Colorado Construction Permit 86AD059). Compliance with the annual limitations shall be monitored by calculating monthly emissions using the emission factors in the above table (from AP-42, Section 1.4. dated 7/98, Tables 1.4-1 and 1.4-2, for boilers < 100 MMBtu/hr, with low $NO_X$ burners, converted to lb/MMBtu by dividing by 1020 Btu/scf as noted in footnote a) and the monthly fuel consumption (as required by Condition 16.5) in the equation below:

Emissions (Tons/Month) = [EF (lbs/MMBtu) x fuel usage (MMBtu/month)]/2000 (lbs/ton)

Monthly $SO_2$ emissions shall be estimated as set forth in Appendix H of this permit.

Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve-month rolling total to monitor compliance with the annual limitation. Each month a new twelve month total shall be calculated using the previous twelve months data.

16.2   The heaters are subject to the particulate matter emission limit set forth in Condition 36.1 of this permit.

16.3   The heaters are subject to 40 CFR Part 60, Subpart J, Standards of Performance for Petroleum Refineries, as set forth in Condition 38.2 of this permit.

16.4   Sulfur dioxide emissions from these sources shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limits set forth in Condition 38.1 of this permit.

16.5   Total consumption of refinery fuel gas in the three process heaters, together, shall not exceed 776,136,000,000 Btu per year. (Colorado Construction Permit 86AD059, as modified under the provisions of Section I, Condition 1.3 to reflect the fuel limit (in Btu/yr) in the November 18, 1996 version of 86AD059) Refinery fuel gas will be monitored as set forth in Condition 58 of this permit (daily recording of fuel use for each unit, heat value analyzed once per week). Compliance with the annual fuel use limits shall be monitored by recording the fuel use for this unit monthly. Monthly quantities of fuel used shall be used in a twelve month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

16.6   These sources are subject to the opacity limits set forth in Conditions 35.1, 35.2, and 35.4 of this permit.

16.7   The catalytic reforming unit (P104) is subject to 40 CFR Part 63, Subpart UUU, National Emission Standards for Hazardous Air Pollutants for Petroleum Refineries: Catalytic Cracking Units, Catalytic Reforming Units, and Sulfur Recovery Units, as set forth in Condition 54 of this permit.

16.8   These heaters are subject to the NSPS general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 56 of this permit.

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 66

16.9    Heaters H-28, H-29 and H-30 are subject to 40 CFR Part 63 Subpart DDDDD, National Emission Standards for Hazardous Air Pollutants from Industrial, Commercial, and Institutional Boilers and Process Heaters, as set forth in Condition 63 of this permit.

## 17.    Process Heaters H-31 and H-32

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| PM | 17.1 | 3.68 tons/year | 0.0137 lb/MMBtu | Recordkeeping and Calculation | Monthly |
| | 17.2 | See Condition 36.1 | | Fuel Restriction | Only Gaseous Fuel is Used |
| $PM_{10}$ | 17.1 | 3.68 tons/year | 0.0137 lb/MMBtu | Recordkeeping and Calculation | Monthly |
| $SO_2$ | 17.1 | 7.66 tons/year | Per Appendix H | | |
| | 17.3 | NSPS Subpart J Requirement: Fuel gas shall not contain $H_2S$ in excess of 0.10 gr/scf, on a 3-hour rolling average | | Continuous Emission Monitor | Continuous |
| | 17.4 | 0.3 lb $SO_2$/bbl/day of oil processed | Per Appendix H | Recordkeeping and Calculation | Daily Monthly |
| $NO_X$ | 17.1 | 32.25 tons/year | 0.12 lb/MMBtu | Recordkeeping and Calculation | Monthly |
| VOC | | | $5.39 \times 10^{-3}$ lb/MMBtu | | |
| CO | | 16.39 tons/year | 0.0610 lb/MMBtu | | |
| Fuel Use | 17.5 | 537,520,000,000 Btu/year | | Recordkeeping | Daily Monthly |
| Opacity | 17.6 | Not to exceed 20%, except as provided for below | | Fuel Restriction | Only Gaseous Fuel is Used |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |
| | | Not to exceed 20% - (State-Only) | | | |
| MACT | 17.7 | See 40 CFR Part 63 Subpart DDDDD (Condition 63) | | See 40 CFR Part 63 Subpart DDDDD (Condition 63) | |
| NSPS General Provisions | 17.8 | See 40 CFR Part 60 Subpart A (Condition 56) | | 40 CFR Part 60 Subpart A (Condition 56) | |

[1]The preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv $H_2S$ averaged over a 3-hour period (See 73 FR 35852).

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 67

17.1   Emissions of air pollutants shall not exceed the limits listed in the above table (Colorado Construction Permit 91AD180-1).  Compliance with the annual limitations shall be monitored by calculating monthly emissions using the emission factors the above table (PM, $PM_{10}$ and CO from construction permit, VOC from AP-42, Section 1.4. dated 7/98, Tables 1.4-1 and 1.4-2, for boilers < 100 MMBtu/hr, uncontrolled, converted to lb/MMBtu by dividing by 1020 Btu/scf as noted in footnote a and $NO_X$ from manufacturer) and the monthly fuel consumption (as required by Condition 17.5) in the equation below:

Emissions (Tons/Month) = [EF (lbs/MMBtu) x fuel usage (MMBtu/month)]/2000 (lb/ton)

$SO_2$ emissions shall be estimated as set forth in Appendix H of this permit.

Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve-month rolling total to monitor compliance with the annual limitation.  Each month a new twelve month total shall be calculated using the previous twelve months data.

17.2   These sources are subject to the particulate matter emission limits set forth in Condition 36.1 of this permit.

17.3   These sources are subject to 40 CFR Part 60, Subpart J, Standards of Performance for Petroleum Refineries, as set forth in Condition 38.2 of this permit.

17.4   Sulfur dioxide emissions from these sources shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limit set forth in Condition 38.1 of this permit.

17.5   Consumption of gaseous fuel in heaters H-31 and H-32, together, shall not exceed 537,520,000,000 Btu per year. (Colorado Construction Permit 91AD180-1)  Refinery fuel gas will be monitored as set forth in Condition 58 of this permit (daily recording of fuel use for each unit, heat value analyzed once per week).  Compliance with the annual fuel use limits shall be monitored by recording the fuel use for this unit monthly.  Monthly quantities of fuel used shall be used in a twelve month rolling total to monitor compliance with the annual limitations.  Each month a new twelve month total shall be calculated using the previous twelve months data.

17.6   These sources are subject to the opacity limits set forth in Conditions 35.1, 35.2, and 35.4 of this permit.

17.7   These heaters are subject to 40 CFR Part 63 Subpart DDDDD, National Emission Standards for Hazardous Air Pollutants from Industrial, Commercial, and Institutional Boilers and Process Heaters, as set forth in Condition 63 of this permit.

17.8   These heaters are subject to the NSPS general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 56 of this permit.

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 68

## 18.    Process Heaters H-33 and H-37

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| PM | 18.1 | **H-37:** 1.87 tons/year | 7.45 x 10$^{-3}$ lb/MMBtu | Recordkeeping and Calculation | Monthly |
| | 18.2 | See Conditions 36.1 | | Fuel Restriction | Only Gaseous Fuel is Used |
| PM$_{10}$ | 18.1 | **H-37:** 1.87 tons/year | 7.45 x 10$^{-3}$ lb/MMBtu | Recordkeeping and Calculation | Monthly |
| SO$_2$ | 18.1 | **H-37:** 7.45 tons/year | Per Appendix H | Recordkeeping and Calculation | Monthly |
| | 18.3 | NSPS Subpart J Requirements: Fuel gas shall not contain H$_2$S in excess of 0.10 gr/scf, on a 3-hour rolling average[1] | | Continuous Monitoring System | Continuous |
| | 18.4 | 0.3 lb SO$_2$/bbl/day of oil processed | Per Appendix H | Recordkeeping and Calculation | Daily Monthly |
| NO$_x$ | 18.1 | **H-33:** 1.72 tons/year  **H-37:** 24.56 tons/year | H-33: 0.051 lb/MMBtu  H-37: 0.098 lb/MMBtu | Recordkeeping and Calculation | Monthly |
| VOC | | **H-37:** 1.35 tons/year | 5.39 x 10$^{-3}$ lb/MMBtu | | |
| CO | | **H-33:** 2.76 tons/year  **H-37:** 20.56 tons/year | 0.082 lb/MMBtu | | |
| Fuel Use | 18.5 | **H-33:** 67,277,000,000 Btu/year  **H-37:** 501,422,000,000 Btu/year | | Recordkeeping | Daily Monthly |
| Opacity | 18.6 | Not to exceed 20%, except as provided for below | | Fuel Restriction | Only Gaseous Fuel is Used |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |
| | | Not to exceed 20% - (**State-Only**) | | | |
| MACT | 18.7 | See 40 CFR Part 63 Subpart DDDDD (Condition 63) | | See 40 CFR Part 63 Subpart DDDDD (Condition 63) | |
| NSPS General Provisions | 18.8 | See 40 CFR Part 60 Subpart A (Condition 56) | | See 40 CFR Part 60 Subpart A (Condition 56) | |

[1]The preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv H$_2$S averaged over a 3-hour period (See 73 FR 35852).

18.1    Emissions of air pollutants shall not exceed the limits listed above (Colorado Construction Permit 91AD180-2, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, to include emissions limitations requested on APENs submitted October 4, 2017). Compliance with the annual limitations shall be monitored by calculating monthly emissions using the emissions factors in the above table (PM, $PM_{10}$, $NO_X$ (H-37), CO and VOC from AP-42, Section 1.4. dated 7/98, Tables 1.4-1 and 1.4-2, for boilers < 100 MMBtu/hr, uncontrolled, converted to lb/MMBtu by dividing by 1020 Btu/scf as noted in footnote a and for H-33 based on performance tests conducted in 2002) and the monthly fuel consumption (as required by Condition 18.5) in the equation below:

Emissions (Tons/Month) = [EF (lbs/MMBtu) x fuel usage (MMBtu/month)]/2000 (lbs/ton)

$SO_2$ emissions shall be estimated as set forth in Appendix H of this permit.

Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve-month rolling total to monitor compliance with the annual limitation. Each month a new twelve month total shall be calculated using the previous twelve months data.

18.2    These heaters are subject to the particulate matter emission limits set forth in Condition 36.1 of this permit.

18.3    These heaters are subject to 40 CFR Part 60, Subpart J, Standards of Performance for Petroleum Refineries, as set forth in Condition 38.2 of this permit.

18.4    Sulfur dioxide emissions from these heaters shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limits set forth in Condition 38.1 of this permit.

18.5    Consumption of gaseous fuel in heaters shall not exceed 67,277,000,000 Btu per year **for H-33** and 501,422,000,000 Btu per year **for H-37**. (Colorado Construction Permit 91AD180-2, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, to include throughput limitations requested on the APENs submitted October 4, 2017)  Refinery fuel gas will be monitored as set forth in Condition 58 of this permit (daily recording of fuel use for each unit, heat value analyzed once per week). Compliance with the annual fuel use limits shall be monitored by recording the fuel use for each heater monthly. Monthly quantities of fuel used shall be used in a twelve month rolling total to monitor compliance with the annual limitations. Each month new twelve month rolling totals shall be calculated using the previous twelve months data.

18.6    These heaters are subject to the opacity limits set forth in Conditions 35.1, 35.2, and 35.4 of this permit.

18.7    These heaters are subject to 40 CFR Part 63 Subpart DDDDD, National Emission Standards for Hazardous Air Pollutants from Industrial, Commercial, and Institutional Boilers and Process Heaters, as set forth in Condition 63of this permit.

18.8    These heaters are subject to the NSPS general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 56 of this permit.

## 19.    Requirements for Heaters and Boilers (Consent Decree (H-01-4430))

19.1    The permittee shall submit annual updates ("Updates") as set forth in paragraph 61 of the Consent Decree.

19.2    The Control Plan and Updates shall be certified as provided in Condition 61 of this permit. (Paragraph 62)

19.3    The requirements of this Condition 19 do not exempt the permittee from complying with any and all Federal, state or local requirements that may require technology upgrades based on actions or activities occurring after the Date of Entry of the First Amendment to the Consent Decree. (Paragraph 67)

19.4    The permittee shall retain all records required to support their reporting requirements under this Condition 19, for the life of the Consent Decree, unless other regulations require the records to be maintained longer. (Paragraph 68)

19.5    For the life of the Consent Decree, the permittee shall not commence burning of any liquid fuel in its heaters and boilers. (Paragraph 70)

Air Pollution Control Division                          Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit     Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                            Page 71

**20.  Sulfur Recovery Units (SRU #1 – P101, SRU #2 – P102) with Tail Gas Unit (TGU) and TGU Incinerator – H25**

**Emissions from the SRUs are routed through the TGU and vented through the TGU incinerator.**

| Parameter | Permit Condition Number | Limitation | | Emission Factor | Monitoring | |
|---|---|---|---|---|---|---|
| | | | | | Method | Interval |
| PM | 20.1 | 0.48 tons/yr | | $7.45 \times 10^{-3}$ lb/MMBtu | Recordkeeping and Calculation | Monthly |
| | 20.2 | 0.10 gr/dscf @ 12% $CO_2$ | | | Waste Restriction | Only Gaseous Waste is Combusted |
| | 20.3 | See Condition 36.1 | | | Fuel Restriction | Only Gaseous Fuel is Used |
| $PM_{10}$ | 20.1 | 0.48 tons/yr | | $7.45 \times 10^{-3}$ lb/MMBtu | Recordkeeping and Calculation | Monthly |
| $SO_2$ | 20.1 | 15.68 lbs/hr | 59.7 tons/yr | Per Appendix H | Continuous Emission Monitor | Continuous |
| | 20.4 | 0.3 lb $SO_2$/bbl/day of oil processed | | Per Appendix H | Recordkeeping Calculation | Daily Monthly |
| | 20.5 | Startup/Shutdown Provisions | | | See Condition 20.5 | |
| $NO_X$ | 20.1 | 1.97 tons/yr | | 0.03 lb/MMBtu | Recordkeeping Calculation | Monthly |
| VOC | | 0.35 tons/yr | | $5.39 \times 10^{-3}$ lb/MMBtu | | |
| CO | | 2.63 tons/yr | | 0.04 lb/MMBtu | | |
| NSPS Requirements | 20.6 | Subpart J – SRUs[1]: 250 ppmvd $SO_2$ at 0% excess air, on a 12-hour rolling average | | | Continuous Emission Monitor | Continuous |
| | | Subpart J - H-25: Fuel gas shall not contain $H_2S$ in excess of 0.10 gr/scf, on a 3-hour rolling average[2] | | | Continuous Monitoring System | Continuous |
| | | General Provisions – Subpart A (Condition 56) | | | See 40 CFR Part 60 Subpart A (Condition 56) | |
| Sulfur Pit Emissions[1] | 20.7 | See Condition 20.7 | | | See Condition 20.7 | |
| Fuel Combusted | 20.8 | 131,400,000,000 Btu/yr | | | Recordkeeping | Monthly |
| Sour Water Stripper Gas Processing | 20.9 | See Condition 20.9 | | | See Condition 20.9 | |

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 72

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| MACT Standard | 20.10 | See 40 CFR Part 60 Subpart UUU (Condition 54) | | See 40 CFR Part 60 Subpart UUU (condition 54) | |
| RACT | 20.11 | See Condition 20.11 | | See Condition 20.11 | |
| Opacity | 20.12 | Not to exceed 20%, except as provided for below | | Visual Inspection Method 9 | Monthly Quarterly |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |
| | | Not to exceed 20%  - (**State-Only**) | | | |
| Tail Gas Incidents | 20.13 | See Condition 20.13 | | See Condition 20.13 | |

[1]Note:  Emissions from SRU #1, SRU #2 and their associated sulfur pits are routed through the TGU and then to the TGU incinerator.  Therefore, emissions from the SRUs and sulfur pits (T2005 and T2000) are measured at the TGU incinerator (H-25) stack.

[2]The preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv $H_2S$ averaged over a 3-hour period (See 73 FR 35852).

20.1    Emissions of air pollutants from the TGU incinerator (H-25) shall not exceed the limits listed in the above table (Colorado Construction Permit 04AD0111).   Compliance with the annual limitations shall be monitored by calculating monthly emissions using the emission factors in the above (PM, $PM_{10}$ and VOC from AP-42, Section 1.4. dated 3/98, Table 1.4-2, $NO_X$ and CO from manufacturer) and the monthly fuel gas consumption (as required by Condition 20.8) in the equation below.

Emissions (Tons/Year) = [EF (lbs/MMBtu) x fuel usage (MMBtu/year)]/2000 lbs/ton

Continuous emissions monitoring systems (CEMS) shall be installed for $SO_2$, $O_2$ and air flow. (Colorado Construction Permit 04AD0111)  The CEMS shall meet the requirements in Condition 45.13 and shall be operated and maintained in accordance with the Division-approved CEMS plan.

Hourly $SO_2$ emissions (in lbs/hr) shall be determined using the CEMS and the procedures specified in Appendix H and shall be compared to the hourly $SO_2$ emission limit of 15.68 lbs/hr to assess compliance with the short-term limitation.  Hourly mass emissions shall be summed to determine monthly $SO_2$ emissions.

Monthly emissions shall be used in a twelve month rolling total to monitor compliance with the annual limitations.  Each month a new twelve month total shall be calculated using the previous twelve months data.

20.2    In areas designated as nonattainment or attainment/maintenance for particulate matter, no owner or operator of an incinerator shall cause or permit emissions of more than 0.10 grain of particulate matter per standard cubic foot (dry flue gas corrected to 12 percent carbon dioxide).

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 73

(Colorado Construction Permit 04AD0111 and Colorado Regulation No. 1, Section III.B.2.a)  In the absence of credible evidence to the contrary, compliance with the PM standard shall be presumed since only gaseous waste is permitted to be combusted in the tail gas incinerator.

20.3    These sources are subject to the particulate matter limits set forth in Condition 36.1 of this permit.

20.4    Sulfur dioxide emissions from these sources shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limits set forth in Condition 38.1 of this permit.

20.5    During the life of the Consent Decree, for the purpose of determining compliance with the SRP [SRP means Sulfur Recovery Plant – SRUs #1 and #2] emission limits, the permittee shall apply the "startup/shutdown" provisions set forth in NSPS Subpart A to the Claus Sulfur Recovery Plant and not to the independent start-up or shutdown of its corresponding control device(s) (e.g. TGU). However, the malfunction exemption set forth in NSPS Subpart A shall apply to both the Claus Sulfur Recovery Plant and its control device(s) (e.g. TGU). (Consent Decree (H-01-4330), Paragraph 175)  These provisions apply with respect to the emission limitations in Condition 20.6.

20.6    These sources are subject to NSPS requirements as follows:

    20.6.1    The SRUs are subject to the NSPS requirements in 40 CFR Part 60 Subpart J as set forth in Condition 45.12 through 45.14.

    20.6.2    The fuel gas used at the tail gas incinerator is subject to the fuel gas requirements of 40 CFR Part 60, Subpart J, Standards of Performance for Petroleum Refineries, as set forth in Condition 38.2.1 of this permit.  This limitation applies to the fuel gas combusted in the TGU incinerator and does not apply to the offgas combusted by the incinerator.

    20.6.3    These sources are subject to the NSPS general provisions as set forth in Condition 56 of this permit.

20.7    All sulfur pit emissions to the atmosphere shall be either eliminated or included and monitored as part of the SRP's emissions. (Consent Decree (H-01-4430), Paragraph 173)  Vents from the #1 SRU sulfur pit and #2 SRU sulfur pit are vented to the TGU incinerator and emissions are monitored via the $SO_2$ CEMS.

20.8    Consumption of gaseous fuel in the tail gas incinerator (H-25) shall not exceed 131,400,000,000 Btu per year (Colorado Construction Permit 04AD0111).  Refinery fuel gas shall be monitored as set forth in Condition 58 of this permit (daily recording of fuel use for each unit, heat value analyzed once per week).  Compliance with the annual throughput limit shall be monitored by recording fuel use for this unit monthly.  Monthly quantities of fuel used shall be used in a twelve month rolling total to monitor compliance with the annual limitations.  Each month a new twelve month total shall be calculated using the previous twelve months data.

20.9     All gas from the sour water stripper shall be processed through the #2SRU/TGU and/or the #1 SRU/TGU except for emergency startup, shutdown, or malfunction conditions when flaring may be necessary to maintain safe operations. (04AD0111 and as required by supplemental environmental project (SEP) conducted for Compliance Order on Consent, 98-08-07-02, RCRA (3008) VIII-98-03, dated August 7, 1998)

20.10    This source is subject to 40 CFR Part 63, Subpart UUU, National Emission Standards for Hazardous Air Pollutants for Petroleum Refineries: Catalytic Cracking Units, Catalytic Reforming Units, and Sulfur Recovery Units, as set forth in Condition 54 of this permit.

20.11    These sources are subject to Reasonably Available Control Technology (RACT) requirements as follows:

20.11.1    These sources are subject to RACT requirements for $SO_2$ as a $PM_{10}$ precursor. (Colorado Construction Permit 04AD0111 and Colorado Regulation No. 3, Part B, Section III.D.2.b)  RACT has been determined to be operation of the tail gas processing unit such that it meets the short-term (lbs/hr) and annual (tons/yr) emission limitations specified in Condition 20.1.

20.11.2    These sources are subject to RACT requirements for $PM_{10}$, CO and VOC emissions. (Colorado Construction Permit 04AD0111 and Colorado Regulation No. 3, Part B, Section III.D.2.a)  RACT has been determined to be the following:

20.11.2.1    For $PM_{10}$ – use of refinery fuel gas which meets the requirements in Condition 20.6.2 (40 CFR Part 60 Subpart J).

20.11.2.2    For VOC and CO – use of good combustion practices.

20.12    These sources are subject to the opacity limits set forth in Conditions 35.1, 35.2 and 35.4 of this permit.

20.13    Tail Gas Incidents are subject to the following requirements:

20.13.1    Tail Gas Flaring Incidents are subject to the Root Cause Failure Analysis and Corrective Action requirements in paragraphs 183 through 188 of the Consent Decree as set forth in Appendix G of the permit. (Consent Decree (H-01-4430), paragraph 178)

20.13.2    Tail Gas Incidents are defined as combustion of Tail Gas that is combusted in a monitored incinerator and the amount of SO2 emissions in excess of the 250 ppm limit (as defined in 40 CFR Part 60 §60.104(2)(i)) on a 24-hr average exceeds 500 pounds. (Consent Decree (H-01-4430), paragraph 155(s))

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 75

## 21.    Process Heaters H-1716 and H-1717

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| PM | 21.1 | 3.15 tons/year | $7.45 \times 10^{-3}$ lb/MMBtu | Recordkeeping Calculation | Monthly |
| | 21.2 | See Conditions 36.1 | | Fuel Restriction | Only Gaseous Fuel is Used |
| PM$_{10}$ | 21.1 | 3.15 tons/year | $7.45 \times 10^{-3}$ lb/MMBtu | Recordkeeping Calculation | Monthly |
| NSPS Subpart Ja | 21.3 | Fuel gas shall not contain H$_2$S in excess of: 162 ppmv, on a 3-hour rolling average, and 60 ppmv, on a 365 day rolling average | | Continuous Monitoring System | Continuous |
| | | **H-1716 Only:** NO$_X$ emissions shall not exceed 40 ppmvd, corrected to 0% excess air, on a 30-day rolling average basis | | Continuous Monitoring System | Continuous |
| SO$_2$ | 21.1 | 10.30 tons/year | Per Appendix H | Recordkeeping Calculation | Monthly |
| | 21.4 | 0.3 lb SO$_2$/bbl/day of oil processed | Per Appendix H | Recordkeeping Calculation | Daily Monthly |
| NOx | 21.1 | 12.7 tons/year | 0.03 lb/MMBtu | Recordkeeping Calculation | Monthly |
| VOC | | 2.28 tons/year | $5.39 \times 10^{-3}$ lb/MMBtu | | |
| CO | | 16.92 tons/year | 0.04 lb/MMBtu | | |
| Fuel Consumption | 21.5 | 846,216,000,000 Btu/year | | Recordkeeping | Monthly |
| MACT | 21.6 | See 40 CFR Part 63 Subpart DDDDDD (Condition 63) | | See 40 CFR Part 63 Subpart DDDDDD (Condition 63) | |
| RACT | 21.7 | See Condition 21.7 | | See Condition 21.7 | |
| NSPS General Provisions | 21.8 | General Provisions – Subpart A (Condition 56) | | See 40 CFR Part 60 Subpart A (Condition 56) | |
| Opacity | 21.9 | Not to exceed 20%, except as provided for below | | Fuel Restriction | Only Gaseous Fuel is Used |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |
| | | Not to exceed 20%  - (**State-Only**) | | | |

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 76

21.1    Emissions of air pollutants from both heaters together shall not exceed the limits listed above (Construction Permit 04AD0110). Compliance with the annual limitations shall be monitored by calculating monthly emissions using the emission factors in the above table (PM, $PM_{10}$ and VOC from AP-42, Section 1.4. dated 7/98, Table 1.4-2, $NO_X$ and CO from manufacturer) and the monthly fuel consumption (as required by Condition 21.5) in the equation below:

Emissions (Tons/Year) = [EF (lbs/MMBtu) x fuel usage (MMBtu/year)]/2000 (lbs/ton)

SO$_2$ emissions shall be estimated as set forth in Appendix H of this permit.

Monthly emissions from the heaters shall be summed together and used in a twelve-month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

21.2    These sources are subject to the particulate matter emission limits set forth in Condition 36.1.

21.3    These heaters are subject to the requirements in 40 CFR Part 60 Subpart Ja, Standards of Performance for Petroleum Refineries for Which Construction, Reconstruction or Modification Commenced After May 14, 2007 as set forth in Condition 46 of this permit.

21.4    Sulfur dioxide emissions from these sources shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limits set forth in Condition 38.1 of this permit.

21.5    Consumption of gaseous fuel in both heaters together shall not exceed 846,216,000,000 Btu/year (Colorado Construction Permit 04AD0110). Refinery fuel gas shall be monitored as set forth in Condition 58 of this permit (daily recording of fuel use for each unit, heat value analyzed once per week). Compliance with the annual fuel use limit shall be monitored by recording the quantity of fuel consumed in the heaters monthly. Monthly quantities of fuel used shall be used in the twelve month rolling total to monitor compliance with the annual limitations. Each month a new twelve month rolling total shall be determined using the previous twelve months data.

21.6    The heaters are subject to the National Emission Standards for Hazardous Air Pollutants from Industrial, Commercial, and Institutional Boilers and Process Heaters, 40 CFR Part 63 Subpart DDDDD as set forth in Condition 63 of this permit.

21.7    The heaters are subject to RACT requirements for $PM_{10}$, VOC, CO and $NO_X$ (VOC and $NO_X$ are ozone precursors). (Colorado Construction Permit 04AD0110 and Colorado Regulation No. 3, Part B, Section III.D.2.a)  RACT has been determined to be the following:

21.7.1    For $PM_{10}$ – Use of refinery fuel gas which meets the requirements in Condition 21.3.

21.7.2    For CO and VOC – Use of good combustion practices.

21.7.3    For $NO_X$ – low $NO_X$ burners.

Air Pollution Control Division                                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit                Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                              Page 77

21.8   The heaters are subject to the general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 56 of this permit.

21.9   The heaters are subject to the opacity limits set forth in Conditions 35.1, 35.2 and 35.4 of this permit.

## 22. Fluid Catalytic Cracking Unit (FCCU) – P103 – Catalyst Handling

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| PM | 22.1 | | 1 lb/1,000 lb coke burn-off | Recordkeeping Calculation | Annually |
| PM$_{10}$ | 22.1 | | 1 lb/1,000 lb coke burn-off | Recordkeeping Calculation | Annually |
| SO$_2$ | 22.1 | | CEMS | CEMS | Continuously |
| | 22.2 | 50 ppmvd at 0% O$_2$, on a 7-day rolling average<br><br>25 ppmvd at 0% O$_2$, on a 365 day rolling average | | | |
| | 22.3 | 0.3 lb SO$_2$/bbl/day of oil processed | CEMS and per Appendix H | CEMS Recordkeeping Calculation | Continuously Daily Monthly |
| NO$_X$ | 22.1 | | CEMS | CEMS | Continuously |
| | 22.4 | 86.8 ppmvd at 0% O$_2$, on a 7-day rolling average<br><br>58.7 ppmvd at 0% O$_2$, on a 365-day rolling average | | | |
| CO | 22.1 | | | | |
| VOC | | | 7.48 lb/Mbbl fresh feed | Recordkeeping Calculation | Annually |
| FCCU Feed Rate | 22.5 | | | Recordkeeping | Daily |
| Coke Burn-Off | 22.6 | 170,820,000 lb/yr | | Recordkeeping | Daily Monthly |

Air Pollution Control Division                                      Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                      Page 78

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| Opacity | 22.7 | Not to exceed 20%, except as provided for below | | COM | Continuous |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | Catalyst Loading/ Unloading: Method 9 | Semi-Annually |
| | | NSPS Subpart J: Not to exceed 30% except for one 6 minute average opacity reading in any 1-hour period | | | |
| | | MACT Subpart UUU: Not to exceed 30% except for one 6 minute average opacity reading in any 1-hour period | | | |
| Hydrotreater Outages - Consent Decree | 22.8 | See Condition 22.8 | | See Condition 22.8 | |
| PM Reductions – Consent Decree | 22.9 | 1 lb/1,000 lbs coke burned | | Performance Test | Annually |
| CO Reductions – Consent Decree | 22.10 | 500 ppmvd at 0% $O_2$ on a 1-hr average | | CEMS | Continuously |
| | | 150 ppmvd at 0% $O_2$ on a 365-day rolling average | | | |
| NSPS | 22.11 | General Provisions – Subpart A (Condition 56) | | See 40 CFR Part 60 Subparts A (Condition 56) and J (Condition 45) | |
| | | Specific Requirements – Subpart J (Condition 45) | | | |
| MACT | 22.12 | See 40 CFR Part 63 Subpart UUU (Condition 54) | | See 40 CFR Part 63 Subpart UUU (Condition 54) | |
| CAM Requirements | 22.13 | See Condition 22.13 | | See Condition 22.13 | |
| HCN Emissions | 22.14 | 12.8 tons/yr | 0.15 lb/1000 lb coke burn-off | Recordkeeping Calculation Performance Test | Monthly Annually |

22.1    For APEN reporting and fee purposes, annual emissions of PM, $PM_{10}$, and VOCs shall be calculated using the emission factors listed in the above table (for PM and $PM_{10}$ – NSPS J limit, and VOC – February 2001 performance test conducted on Plant 2 FCCU) and the annual quantities of fresh feed (as required by Condition 22.5) or coke burn-off (as required by Condition 22.6) in the following equations:

VOC Emissions (Tons/Year) = [EF (lbs/Mbbl fresh feed) x feed rate (Mbbl/year)]/2000 (lbs/ton)

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 79

PM, $PM_{10}$ Emissions (Tons/Year) = [EF (lbs/1,000 lbs coke burn-off x coke burn-off (lbs/year)]/2000 lbs/ton

Annual emissions of $SO_2$, NOx, and CO shall be determined using the CEMS.

22.2    $SO_2$ emissions from the FCCU are subject to the following requirements from the Consent Decree (H-01-4430)

22.2.1    $SO_2$ emissions from the FCCU shall not exceed the following limitations (paragraph 38)

22.2.1.1    50 ppmvd at 0% $O_2$, on a 7-day rolling average, and

22.2.1.2    25 ppmvd at 0% $O_2$, on a 365-day rolling average.

22.2.2    The permittee shall incorporate new $SO_2$ emission limits as established by the Consent Decree into this operating permit as specified in Paragraph 210(a). Note that the emission limits specified in Condition 22.2.1 reflect the requested $SO_2$ limits and they have been approved by EPA.

22.2.3    The permittee shall use a $SO_2$ and $O_2$ CEMS to report compliance with the emission limits specified in Condition 22.2.1(paragraph 43). The $SO_2$ and $O_2$ CEMS shall be installed, certified, calibrated, maintained and operated in accordance with the requirements in Condition 59 of this permit. (paragraph 45)

22.2.4    The permittee shall make CEMS and process data available to the EPA upon demand as soon as practicable. (paragraph 44)

22.3    Sulfur dioxide emissions from this source shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limits set forth in Condition 38.1 of this permit.

22.4    $NO_X$ emissions from the FCCU are subject to the following requirements from the Consent Decree (H-01-4430):

22.4.1    $NO_X$ emissions from the FCCU shall not exceed the following limitations (paragraph 15):

22.4.1.1    86.8 ppmvd at 0% $O_2$, on a 7-day rolling average, and

22.4.1.2    58.7 ppmvd at 0% $O_2$, on a 365-day rolling average.

22.4.2    The permittee shall incorporate new NOx emission limits as established by the Consent Decree into this operating permit as specified in Paragraph 210(a). Note that the emission limitations specified in Condition 22.4.1 reflect the requested $NO_X$ limits and they have been approved by EPA.

22.4.3    The permittee shall use a $NO_X$ and $O_2$ CEMS to report compliance with the emission limits specified in Condition 22.4.1 (paragraph 28). The $NO_X$ and $O_2$ CEMS shall be

installed, certified, calibrated, maintained and operated in accordance with the requirements in Condition 59 of this permit. (paragraph 30)

22.4.4    The permittee shall make CEMS and process data available to the EPA upon demand as soon as practicable. (paragraph 29)

22.5    Fresh feed to the FCCU shall be tracked and recorded daily and summed monthly. Monthly quantities of fresh feed shall be used to determine annual consumption and to calculate VOC emissions as required by Condition 22.1.

22.6    The quantity of coke burn-off from the FCCU shall not exceed 170,820,000 lb per year. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Sections II.A.4 & 7 and Part C, Sections I.A.7 and III.B.7 and Colorado Regulation No. 8, Part E, Section IV, based on requested throughput identified on the APEN submitted on November 8, 2016, red-lined December 2, 2016) Compliance with the coke burn-off limit shall be monitored by recording the quantity of coke burn-off daily. Daily coke burn-off values shall be summed to get the monthly quantity of coke burn-off. Monthly quantities of coke burn-off shall be used in a twelve month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data. The monthly and annual coke burn-off shall be used to calculate emissions as specified in Conditions 22.1 and 22.14.

22.7    This source is subject to the following opacity limitations:

22.7.1    The FCCU is subject to the Regulation No. 1 opacity limits set forth in Conditions 35.1and 35.2 of this permit.

22.7.2    The FCCU is subject to opacity requirements in 40 CFR Part 60 Subpart J, Standards of Performance for Petroleum Refineries as set forth in Condition 45.1.2.

22.7.3    The FCCU is subject to opacity requirements in 40 CFR Part 63 Subpart UUU, National Emission Standards for Hazardous Air Pollutants for Petroleum Refineries: Catalytic Cracking Units, Catalytic Reforming Units and Sulfur Recovery Units as set forth in Condition 54.1.2.

22.8    Hydrotreater Outages (Consent Decree (H-01-4430))

22.8.1    The permittee shall comply with the plan to minimize NOx emissions from the FCCU at all times, including periods of startup shutdown and malfunction. The short-term (7-day rolling) NOx emission limit shall not apply during hydrotreater outages provided that the permittee is maintaining and operating the FCCU (including associated air pollution control equipment) in a manner consistent with good air pollution control practices for minimizing emissions in accordance with the EPA-approved good air pollution control practices plan. (paragraph 27)

Case No. 1:24-cv-02164-DDD-SBP    Document 27-11    filed 01/21/25    USDC Colorado
pg 92 of 448

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 81

22.8.2    The permittee shall comply with the plan to minimize $SO_2$ emissions from the FCCU (including associated air pollution control equipment) during hydrotreater outages as of the Date of Purchase (August 1, 2003). The seven (7) day $SO_2$ emission limits shall not apply during periods of hydrotreater outages provided that the permittee is maintaining and operating the FCCU (including associated air pollution control equipment) in a manner consistent with good air pollution control practices for minimizing emissions in accordance with the EPA-approved good air pollution control practices plan. Following the installation of a wet gas scrubber at the FCCU, this Condition 22.8.2 shall no longer apply to the FCCU. (paragraph 41)

22.8.3    A Hydrotreater Outage shall mean the period of time during which the operation of an FCCU is affected as a result of catalyst change-out operations or shutdowns required by ASME pressure vessel requirements or state boiler codes, or as a result of malfunction, that prevents the hydrotreater from effectively producing the quantity and quality of feed necessary to achieve established FCCU emission performance. (paragraphs 27 and 41)

22.9    Reductions of PM Emissions from the FCCU (Consent Decree (H-01-4430))

22.9.1    The permittee shall comply with a PM emissions limit of 1 pound per 1000 pounds of coke burned as demonstrated by a stack test as described below.(Paragraph 46)

22.9.2    PM Monitoring – FCCU. Pursuant to the original Consent Decree, a stack test protocol was proposed and submitted for approval to EPA and the applicable Plaintiff-Intervener no later than 240 days after lodging. This test protocol was submitted for all covered refineries on August 6, 2002. Each company will follow the test methods specified in 40 C.F.R. §60.106(b)(2) or as in the protocol submitted to EPA, if approved, to measure PM emissions from the FCCUs.  Following installation of the control device selected for that particular facility, the Company shall conduct annual stack tests by December 31 of each calendar year at the FCCU and will submit the results of each test in the first report due under Section XIV  [semi-annual reports required by Condition 61.3] that is at least three (3) months after the  test.  Company may request to EPA that tests be conducted less frequently than annually upon a showing of at least three (3) annual tests that the PM limits are not being exceeded at a particular facility. (Paragraph 47(a))

22.9.3    Opacity Monitoring – FCCU. The permittee shall install, certify, calibrate, maintain, and operate all COMS required by this Condition in accordance with the requirements of Condition 59 of this permit.(Paragraph 47(b))

22.10    Reductions of CO Emissions from the FCCU (Consent Decree H-01-4430)

22.10.1    The permittee shall meet an emission limit of 500 ppmvd CO at 0% $O_2$ on a 1-hour average basis. (Paragraph 49)

22.10.2    The permittee shall meet an emission limit of 150 ppmvd CO at 0% $O_2$ on a 365-day rolling average basis.(Paragraph 50)

22.10.3    The permittee shall use a CO CEMS to monitor performance of the FCCU and to report compliance with the emission limitations in Condition 22.10.1 and 22.10.2. (Paragraph 51)  The CO CEMS shall be installed, calibrated, maintained and operated in accordance with the requirements in Condition 59 of this permit. (paragraph 53)

22.10.4    The permittee shall make CEMS and process data available to EPA upon demand as soon as practicable.(Paragraph 52)

22.11    The FCCU Regenerator is subject to the requirements of NSPS Subparts A and J as set forth in Conditions 45 (Subpart J) and 56 (Subpart A) of this permit. (Consent Decree (H-01-4430), Paragraph 54)

22.12    This source is subject to 40 CFR Part 63, Subpart UUU, National Emission Standards for Hazardous Air Pollutants for Petroleum Refineries: Catalytic Cracking Units, Catalytic Reforming Units, and Sulfur Recovery Units, as set forth in Condition 54 of this permit.

22.13    The CAM requirements in 40 CFR Part 64, as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV, apply to the FCCU with respect to the particulate matter limitations identified in Conditions 22.9.1 and 22.11 as follows:

22.13.1    The permittee shall monitor opacity emissions using the continuous opacity monitoring system (COMS) required by Condition 22.9.3 of this permit. Excursions, for purposes of reporting are as follows:

22.13.1.1    Except as provided for below, any 6 minute average opacity in excess of 20%.

22.13.1.2    During periods of building a new fire, cleaning of fire boxes, soot blowing, start-up, any process modification, or adjustment or occasional cleaning of control equipment, two (2) 6-minute average opacities in excess of 30% during any sixty (60) consecutive minutes.

Excursions shall be reported as required by Section IV, Conditions 21 and 22.d of this permit.

22.13.2    Operation of Approved Monitoring

22.13.2.1    At all times, the owner or operator shall maintain the monitoring, including but not limited to, maintaining necessary parts for routine repairs of the monitoring equipment (40 CFR Part 64 §64.7(b), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

22.13.2.2    Except for, as applicable, monitoring malfunctions, associated repairs, and required quality assurance or control activities (including, as applicable, calibration checks and required zero and span adjustments), the owner or operator shall conduct all monitoring in continuous operation (or shall collect data at all required intervals) at all times that the pollutant-specific emissions unit is operating. Data recorded during monitoring malfunctions, associated repairs, and required quality assurance or control activities shall not be used for purposes of these CAM requirements, including data averages and calculations, or fulfilling a minimum data availability requirement, if applicable. The owner or operator shall use all the data collected during all other periods in assessing the operation of the control device and associated control system. A monitoring malfunction is any sudden, infrequent, not reasonably preventable failure of the monitoring to provide valid data. Monitoring failures that are caused in part by poor maintenance or careless operation are not malfunctions (40 CFR Part 64 §64.7(c), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

22.13.2.3    Response to excursions or exceedances

a.  Upon detecting an excursion or exceedance, the owner or operator shall restore operation of the pollutant-specific emissions unit (including the control device and associated capture system) to its normal or usual manner of operation as expeditiously as practicable in accordance with good air pollution control practices for minimizing emissions. The response shall include minimizing the period of any startup, shutdown or malfunction and taking any necessary corrective actions to restore normal operation and prevent the likely recurrence of the cause of an excursion or exceedance (other than those caused by excused startup or shutdown conditions). Such actions may include initial inspection and evaluation, recording that operations returned to normal without operator action (such as through response by a computerized distribution control system), or any necessary follow-up actions to return operation to within the indicator range, designated condition, or below the applicable emission limitation or standard, as applicable (40 CFR Part 64 §64.7(d)(1), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

b.  Determination of whether the owner of operator has used acceptable procedures in response to an excursion or exceedance will be based on information available, which may include but is not limited to, monitoring results, review of operation and maintenance procedures and records, and inspection of the control device, associated capture

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 84

system, and the process (40 CFR Part 64 §64.7(d)(2), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

22.13.2.4　After approval of the monitoring required under the CAM requirements, if the owner or operator identifies a failure to achieve compliance with an emission limitation or standard for which the approved monitoring did not provide an indication of an excursion or exceedance while providing valid data, or the results of compliance or performance testing document a need to modify the existing indicator ranges or designated conditions, the owner or operator shall promptly notify the Division and, if necessary submit a proposed modification for this permit to address the necessary monitoring changes. Such a modification may include, but is not limited to, reestablishing indicator ranges or designated conditions, modifying the frequency of conducting monitoring and collecting data, or the monitoring of additional parameters (40 CFR Part 64 §64.7(e), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

22.13.3　Quality Improvement Plan (QIP) Requirements

22.13.3.1　Based on the results of a determination made under the provisions of Condition 22.13.2.3.b, the Division may require the owner or operator to develop and implement a QIP (40 CFR Part 64 §64.8(a), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

22.13.3.2　The owner or operator shall maintain a written QIP, if required, and have it available for inspection (40 CFR Part 64 §64.8(b)(1), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

22.13.3.3　The QIP initially shall include procedures for evaluating the control performance problems and, based on the results of the evaluation procedures, the owner or operator shall modify the plan to include procedures for conducting one or more of the following actions, as appropriate:

a.　Improved preventative maintenance practices (40 CFR Part 64 §64.8(b)(2)(i), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

b.　Process operation changes (40 CFR Part 64 §64.8(b)(2)(ii), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

c.　Appropriate improvements to control methods (40 CFR Part 64 §64.8(b)(2)(iii), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

      d. Other steps appropriate to correct control performance (40 CFR Part 64 §64.8(b)(2)(iv), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

      e. More frequent or improved monitoring (only in conjunction with one or more steps under Conditions 22.13.3.3.a through d above) (40 CFR Part 64 §64.8(b)(2)(v), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

22.13.3.4    If a QIP is required, the owner or operator shall develop and implement a QIP as expeditiously as practicable and shall notify the Division if the period for completing the improvements contained in the QIP exceeds 180 days from the date on which the need to implement the QIP was determined (40 CFR Part 64 §64.8(c), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

22.13.3.5    Following implementation of a QIP, upon any subsequent determination pursuant to Condition 22.13.2.3.b, the Division or the U.S. EPA may require that an owner or operator make reasonable changes to the QIP if the QIP is found to have:

      a. Failed to address the cause of the control device performance problems (40 CFR Part 64 §64.8(d)(1), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV); or

      b. Failed to provide adequate procedures for correcting control device performance problems as expeditiously as practicable in accordance with good air pollution control practices for minimizing emissions (40 CFR Part 64 §64.8(d)(2), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

22.13.3.6    Implementation of a QIP shall not excuse the owner or operator of a source from compliance with any existing emission limitation or standard, or any existing monitoring, testing, reporting or recordkeeping requirement that may apply under federal, state, or local law, or any other applicable requirements under the federal clean air act (40 CFR Part 64 §64.8(e), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

22.13.4    Reporting and Recordkeeping Requirements

22.13.4.1    <u>Reporting Requirements:</u> The reports required by Section IV, Condition 22.d, shall contain the information specified in Appendix B of the permit and the following information, as applicable:

      a. Summary information on the number, duration and cause (including unknown cause, if applicable), for monitor downtime incidents (other than downtime associated with zero and span or other daily

calibration checks, if applicable) ((40 CFR Part 64 §64.9(a)(2)(ii), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV); and

b. The owner or operator shall submit, if necessary, a description of the actions taken to implement a QIP during the reporting period as specified in Condition 22.13.3 of this permit.  Upon completion of a QIP, the owner or operator shall include in the next summary report documentation that the implementation of the plan has been completed and reduced the likelihood of similar levels of excursions or exceedances occurring (40 CFR Part 64 §64.9(a)(2)(iii), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

22.13.4.2    General Recordkeeping Requirements: In addition to the recordkeeping requirements in Section IV, Condition 22.a through c.

a. The owner or operator shall maintain records of any written QIP required pursuant to Condition 22.13.3 and any activities undertaken to implement a QIP, and any supporting information required to be maintained under these CAM requirements (such as data used to document the adequacy of monitoring, or records of monitoring maintenance or corrective actions) (40 CFR Part 64 §64.9(b)(1), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

b. Instead of paper records, the owner or operator may maintain records on alternative media, such as microfilm, computer files, magnetic tape disks, or microfiche, provided that the use of such alternative media allows for expeditious inspection and review, and does not conflict with other applicable recordkeeping requirements (40 CFR Part 64 §64.9(b)(2), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

22.13.5    Savings Provisions

22.13.5.1    Nothing in these CAM requirements shall excuse the owner or operator of a source from compliance with any existing emission limitation or standard, or any existing monitoring, testing, reporting or recordkeeping requirement that may apply under federal, state, or local law, or any other applicable requirements under the federal clean air act.  These CAM requirements shall not be used to justify the approval of monitoring less stringent than the monitoring which is required under separate legal authority and are not intended to establish minimum requirements for the purposes of determining the monitoring to be imposed under separate authority under the federal clean air act,

Case No. 1:24-cv-02164-DDD-SBP    Document 27-11    filed 01/21/25    USDC Colorado
pg 98 of 448

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit            Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                   Page 87

including monitoring in permits issued pursuant to title I of the federal clean air act.  The purpose of the CAM requirements is to require, as part of the issuance of this Title V operating permit, improved or new monitoring at those emissions units where monitoring requirements do not exist or are inadequate to meet the requirements of CAM (40 CFR Part 64 §64.10(a)(1), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

22.13.5.2    Nothing in these CAM requirements shall restrict or abrogate the authority of the U.S. EPA or the Division to impose additional or more stringent monitoring, recordkeeping, testing or reporting requirements on any owner or operator of a source under any provision of the federal clean air act, including but not limited to sections 114(a)(1) and 504(b), or state law, as applicable (40 CFR Part 64 §64.10(a)(2), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

22.13.5.3    Nothing in these CAM requirements shall restrict or abrogate the authority of the U.S. EPA or the Division to take any enforcement action under the federal clean air act for any violation of an applicable requirement or of any person to take action under section 304 of the federal clean air act (40 CFR Part 64 §64.10(a)(2), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

22.14    Hydrogen Cyanide (HCN) emissions from the FCCU regenerator shall not exceed 12.8 tons per year. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Sections II.A.4 & 7 and Part C, Sections I.A.7 and III.B.7 and Colorado Regulation No. 8, Part E, Section IV, based on requested throughput identified on the APEN submitted on November 8, 2016, red-lined December 2, 2016) Compliance with the HCN emission limits shall be monitored as follows:

22.14.1    Compliance with the annual emissions limits shall be monitored by calculating emissions monthly using the emission factor in the above summary table (from September 2, 2015 performance test) and the monthly quantity of coke burn-off (as required by Condition 22.6 in the equation below:

HCN (tons/mo) = [EF (lb/1000 lb coke burn-off) x monthly coke burn-off (lb/month)]/2000 lb/ton

Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve-month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

22.14.2    A performance test shall be conducted within 180 days of revised permit issuance February 22, 2108 and annually thereafter to monitor compliance with the annual HCN emission limitation in Condition 22.14. Performance tests shall be conducted in accordance with the appropriate EPA Test Methods.

The permittee may request an extension to the deadline for conducting this initial performance test in order to coordinate the HCN performance test with the PM performance test requirement in Condition 22.9.2. Such requests must be made in writing.

For purposes of assessing compliance with the annual (tons/yr) emission limitation in Condition 22.14, the results of the test shall be converted to a lb/hr basis and multiplied by 8760 hours and compared to the annual limitation.

The coke burn-off rate shall be recorded during each performance test and shall be used in conjunction with the test results to determine the emission factor (lb/1000 lb coke burn-off), which will be compared to the emission factor specified in the permit. If the performance test shows that the HCN emission factor is greater than the one set forth in this permit, and in the absence of subsequent testing results to the contrary (as approved by the Division), the permittee shall apply for a modification to this permit to reflect, at a minimum, the higher emission factor within 60 days of the completion of the test.

The test protocol, test, and test report must be in accordance with the requirements of the APCD Compliance Test Manual (https://www.colorado.gov/pacific/cdphe/inspections-and-enforcement). A stack testing protocol shall be submitted for Division approval at least forty-five (45) calendar days prior to any performance of the test required under this condition. No stack test required herein shall be performed without prior approval of the protocol by the Division. The Division reserves the right to witness the test. In order to facilitate the Division's ability to make plans to witness the test, notice of the date(s) for the stack test shall be submitted to the Division at least thirty (30) calendar days prior to the test. The Division may for good cause shown, waive this thirty (30) day notice requirement. In instances when a scheduling conflict is presented, the Division shall immediately contact the permittee in order to explore the possibility of making modifications to the stack test schedule. The compliance test results shall be submitted to the Division within forty-five (45) calendar days of the completion of the test unless a longer period is approved by the Division.

Air Pollution Control Division

Suncor Energy (U.S.A.) Inc.

Colorado Operating Permit

Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)

Permit #96OPAD120

Page 89

23. **Plant 1 Wastewater Treatment System – F201**

**AIRS pt 095 – Tank T4501 (Part of the Slop Oil System)**

**AIRS pt 146 – Controlled Sources: API Separators (T4514, T4515), DGF System (T4502, T4503, T4504, T4507, T4508), API Lift Station, T60 Lift Station, Slop Oil System (T4516, T4517, T4518), API Headworks, Centrifuge and Associated Control Devices**

**AIRS pt 149 – Uncontrolled Sources and Sumps: Uncontrolled sources include Equalization Tank (T60), Sludge Thickener Tank (T29), Aeration Tanks (T26, T4511), Clarifiers (T28, T4512), Lagoons 1 thru 4 and Train A Improvement Project Equipment (Aeration Basins 1 and 2, UF and MBR Splitter Boxes and Membrane Tanks 2 through 7). Sumps include Lab, Spider, T58, T70, T75, T80, T775, T777 Sumps and Associated Control Devices**

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| VOC | 23.1 | Uncontrolled Sources and Sumps: 5.27 tons/year | See Condition 23.1.1 | Recordkeeping Calculation | Monthly |
| | | T4501: 2.75 tons/year | TANKS | | |
| | | Controlled Sources: 15.7 tons/year | See Condition 23.1.3 | | |
| NOX | 23.1 | Controlled Sources: 1.8 tons/year | 0.4 lbs/hr | Recordkeeping and Calculation | Monthly |
| CO | | Controlled Sources: 14.3 tons/year | 3.27 lbs/hr | | |
| SO2 | | Controlled Sources: 6.6 tons/year | 1.49 lbs/hr | | |
| Wastewater/Oil Separators - RACT | 23.2 | Wastewater/Oil Separators | | Inspection | Quarterly |
| Tanks - RACT | 23.3 | See Condition 23.3 | | See Condition 23.3 | |
| MACT | 23.4 | See 40 CFR Part 63 Subpart CC (Condition 53) | | See 40 CFR Part 63 Subpart CC (Condition 53) | |
| BWON | 23.5 | See 40 CFR Part 61 Subpart FF (Condition 65) | | See 40 CFR Part 61 Subpart FF (Condition 65) | |
| Throughput | 23.6 | T4501: 1,567,000 barrels of slop oil per year | | Recordkeeping | Monthly |
| Tanks - NSPS | 23.7 | General Provisions – Subpart A (Condition 56) | | See 40 CFR Part 60, Subparts A (Condition 56) and Kb (Condition 48) | |
| | | Specific Requirements – Subpart Kb | | | |
| BWON Program Enhancements – Consent Decree Requirements | 23.8 | See Appendix G | | See Appendix G | |

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 90

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| Carbon Canister Breakthrough | 23.9 | Breakthrough Defined as 5 ppm Benzene | | See Condition 23.9 | |
| API Headworks | 23.10 | Replacement of Covers | | Inspections | Quarterly (visual) Monthly (NDE – for 24 months) |
| RTO Requirements | 23.11 | Closed Vent System and Control Device Shall Meet the Requirements in 40 CFR Part 61 Subpart FF §61.349 | | Performance Test | Within 90 Days of Startup |
| | | Opacity not to exceed 20% | | See Condition 23.11.5 | |
| | | Maintain RTO temperature at or above 1575 °F | | See Condition 23.11.6 | |
| Hours of Operation | 23.12 | | | Recordkeeping | Monthly |

23.1    Air pollutant emissions from these sources are subject to the following requirements:

23.1.1    For the Uncontrolled Sources and Sumps:  VOC emissions from the uncontrolled sources and sumps shall not exceed the limit listed in the above table. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Section I.A.7 and Part C, Section III.B.7 based on the emissions requested on the APEN submitted November 23, 2015 and red-lined on December 1, 2015).

The uncontrolled sources include the following: equalization tank (T60), sludge thickener tank (T29), sumps and their associated control devices, aeration tanks (T26-T4511), Clarifiers (T28, T4512), lagoons 1 thru 4 and Train A Improvement Project Equipment (aeration basins 1 and 2, UF and MBR splitter boxes and membrane tanks 2 through 7).  Sumps include lab, spider, T58, T70, T75, T80, T775 and T777 sumps and associated control devices.

Compliance with the annual VOC limitation shall be monitored by calculating emissions monthly using hours of operation for the Plant 1 WWTS (as required by Condition 23.12) and the emission factors in the table below in the following equation:

Tons/mo = [EF (lbs/hr) x Plant 1 WWTS hours of operation (hrs/mo)]/2000 lbs/ton

| Source | Emission Factor (EF) | Emission Factor Source |
|---|---|---|
| All sumps, except spider sump | $2.27 \times 10^{-2}$ lb/hr | AP-42, Section 5.1 (dated 4/2015), Table 5.1-2, oil/water separators, controlled emission factor (0.2 lb/Mgal) maximum hourly flow rates from the BWON TAB reports from 2011 - 2013.[1] Calculated control efficiency from AP-42, Table 5.1-2 is 96% (uncontrolled emission factor is 5 lb/Mgal). |
| Other Equipment | 1.18 lb/hr | Based on ToxChem Model Results submitted on November 23, 2015. Note that spider sump includes 98% control for carbon canisters. |

[1]The hourly flow rates (in Mgal/hr) used to get the lb/hr emission factor are as follows: LAB (1.10), T58 (1.44 x $10^{-1}$), T70 (5.89 x $10^{-2}$), T75 (5.89 x $10^{-2}$), T80 (5.84 x $10^{-2}$), T775 (4.09 x $10^{-1}$) and T777 (6.01 x $10^{-3}$)

Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve month rolling total to monitor compliance with the annual emission limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

In addition, a review of the ToxChem model shall be conducted annually to determine if updates to the model are necessary. The review shall address the addition and/or removal of components and changes in flows and/or concentration levels. Changes to the previous version of the model shall be documented, maintained and made available to the Division upon request.

23.1.2    For T4501: VOC emissions shall not exceed the limit listed in the above table. (Colorado Construction Permit 03AD0153). Compliance with the annual limits shall be monitored by calculating monthly emissions from the tank using the most recent version of EPA's TANKS program and the monthly throughput (as required by Condition 23.6). Emissions shall be based on the average (or numerically greater) RVP of the materials stored over the monthly period. Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve month rolling total to monitor compliance with the annual emission limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

With respect to the EPA's TANKS program, within four (4) months of posting on the EPA's TTN website, the permittee shall use the most recent version of the program, provided the EPA has not issued any warning announcement regarding said version of the program. This time delay is to preclude the generation of potentially inaccurate emission values due to programming errors sometimes inherent in new software.

23.1.3    For the Controlled Sources: $NO_X$, CO, VOC and $SO_2$ emissions shall not exceed the limits listed in the above table. (as provided for under the provisions of Section I,

Condition 1.3 and Colorado Regulation No. 3, Part C, Section I.A.7 and Part C, Section III.B.7 based on the emissions requested on the APEN submitted April 8, 2015 and red-lined on May 14, 2015)

The RTO or carbon canisters control emissions from the API headworks, API lift Station, T60 lift station and centrifuge. Other sources are controlled by carbon canisters but can be routed to the RTO in the future and those sources include the following: API separators (T4514, T4515), DGF system (T4502, T4503, T4504, T4507 and T4508), and the slop oil system (T4516, T4517, T4518).

Compliance with the annual emission limitations shall be monitored by calculating emissions monthly using hours of operation for the RTO and WWTS (as required by Condition 23.12) and the emission factors in the table below in the following equation:

| Pollutant | Emission Factor (EF) | Emission Factor Source |
|---|---|---|
| $NO_X$ | 0.4 lbs/hr | Based on manufacturer's guarantee of 0.1 lb/MMBtu, converted to lbs/hr based on design rate of 4 MMBtu/hr |
| CO | 3.27 lbs/hr | Based on manufacturer's guarantee of 50 ppmv and inlet flow rate of 15,000 scfm (RTO design rate) |
| $SO_2$ | 1.49 lbs/hr | Based on an inlet $H_2S$ concentration of 10 ppm (engineering estimate) and inlet flow rate of 15,000 scfm (RTO design rate) |
| VOC – RTO | 2.57 lbs/hr | Based on an inlet flow rate of 15,000 scfm (RTO design rate), VOC concentration of 2,750 ppm (engineering estimate) and an assumed control efficiency of 99%. VOC MW assumed to be 40. |
| VOC – Centrifuge, carbon canisters | 0.06 lbs/hr | Inlet VOC concentration of 100,000 ppmvd (high short-term value during 10/12 performance test) inlet flow rate of 5 scfm (engineering estimate) and an assumed control efficiency of 98%. VOC MW assumed to be 40. |
| VOC – API headworks, carbon canisters | 0.93 lbs/hr | Inlet VOC concentration of 150,000 ppmvd (engineering estimate), inlet flow rate of 50 scfm (engineering estimate) and an assumed control efficiency of 99%. VOC MW assumed to be 40. |
| VOC – others, carbon canisters | $2.49 \times 10^{-2}$ lbs/hr | Based on ToxChem Model Results submitted on September 3, 2015. Control efficiency of 98% assumed. |

$NO_X$, CO and $SO_2$ Emissions:

Tons/mo = [EF (lbs/hr) x hours of operation (hrs/mo)]/2000 lbs/ton

VOC Emissions:

VOC emissions = $VOC_{RTO} + VOC_{cc-RTO} + VOC_{cc}$

$VOC_{RTO}$ is VOC emissions from the RTO.

$VOC_{RTO}$ = [$EF_{RTO}$ (lbs/hr) x hours RTO operating (hrs/mo)]/2000 lbs/ton

$VOC_{cc-RTO}$ is VOC emissions from sources normally controlled by the RTO but RTO is not operating and carbon canisters are used as the control.

$VOC_{cc-RTO}$ = [$EF_{cc}$ (lbs/hr) x hours RTO NOT operating (hrs/mo)]/2000 lbs/ton

$VOC_{cc}$ is VOC emissions from sources not currently controlled by the RTO. Sources are controlled by carbon canisters.

$VOC_{cc}$ = [$EF_{cc}$ (lbs/hr) x hours of operation (hrs/mo)]/2000 lbs/ton

Note that until VOC emissions from the centrifuge are controlled by the RTO, VOC emissions from the centrifuge are not required to be included in the emission estimates used to monitor compliance with the emission limitations in this Condition 23.1.3.

Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve month rolling total to monitor compliance with the annual emission limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

23.2    T4514 and T4515 are subject to Colorado Regulation No. 7, VIII.A.2 as set forth in Condition 43.1 of this permit.

23.3    The tanks (T60, T4501, T4502, T4503, T4504, T4507, T4508, T4516, T4517 and T4518) are subject to RACT requirements in Colorado Regulation No. 7, as follows:

23.3.1    All tanks are subject to the requirements in Section III.A and VI.A.1 as set forth in Conditions 39.1 and 41.1 of this permit.

23.3.2    Tanks T4504, T4516, T4517 and T4518 are subject to the requirements in Section VI.B.2.a as set forth in Condition 41.2.1.

23.3.3    Tanks T60, T4501, T4504, T4516, T4517 and T4518 are subject to the requirements in Section VI.B.2.b as set forth in Condition 41.2.2.

23.3.4    Tank T60 and T4501 are subject to the requirements in Section VI.B.2.c as set forth in Condition 41.2.3 of this permit.

23.3.5    Tanks T4502, T4503, T4507 and T4508 are subject to the requirements in Section VI.B.3 as set forth in Condition 41.6 of this permit.

23.4    The wastewater treatment system is subject to the requirements of 40 CFR Part 63, Subpart CC, as set forth in Condition 53 of this permit.

23.5    The wastewater treatment system is subject to the requirements of 40 CFR Part 61, Subpart FF, as set forth in Condition 65 of this permit.

23.6    Throughput of slop oil through tank T4501 shall not exceed 1,567,000 barrels per year. (Colorado Construction Permit 03AD0153, as modified under the provisions of Section I, Condition 1.3 to convert throughput limit to barrels rather than gallons). Compliance with the

annual throughput limits shall be monitored by recording the throughput monthly. Monthly quantity of throughput will be used in a twelve month rolling total to monitor compliance with the annual limitation. Each month a new twelve month total shall be calculated using the previous twelve months data. Records of the vapor pressures of stored materials shall be maintained and made available to the Division upon request:

23.7    Tanks T60, T4504, T4514, T4515, T4516, T4517 and T4518 are subject to NSPS requirements as follows:

    23.7.1    These tanks are subject to the NSPS general conditions in 40 CFR Part 60 Subpart A as set forth in Condition 56.

    23.7.2    These tanks are subject to the specific NSPS requirements for volatile organic liquid (including petroleum liquids) storage vessels in 40 CFR Part 60, Subpart Kb as set forth in Condition 48 of this permit.

23.8    The wastewater treatment system is subject to the BWON Program Enhancements in the Consent Decree (H-01-4430) as set forth in Appendix G of this permit. The BWON Program Enhancement monitoring requirements, as set forth in Appendix G of this permit, include the following:

    23.8.1    The permittee shall conduct monthly visual inspections of all water traps used for BWON control within the refinery's individual drain systems. (Paragraph 117(a))

    23.8.2    The permittee shall identify and mark all area drains that are segregated storm drains. (Paragraph 117(b)

    23.8.3    The permittee shall conduct monitoring of the controlled oil-water separators (T4514 and T4515) on a quarterly basis in accordance with the "no detectable emissions" provisions in 40 CFR §61.347. (Paragraph 117(d))

23.9    The permittee shall monitor for breakthrough between the primary and secondary carbon canisters at times there is actual flow to the carbon canister in accordance with the frequency specified in 40 CFR Part 61 Subpart FF §61.354(d). (Consent Decree (H-01-4430), Paragraph 91)

    23.9.1    Breakthrough from carbon canisters shall be defined as any reading equal to or greater than 5 ppm benzene.

23.10    Suncor shall monitor the existing enclosure and seals of the API Headworks as required by Subpart FF §61.346(b)(4) on a quarterly basis. Additionally, by no later than June 30, 2012, Suncor shall start monitoring the API Headworks for "no detectable emissions" on a monthly basis for a period of no less than 24 months, using the procedures set forth in Subpart FF §61.355(h). If any broken seal, gap, crack, leak, or other problem is identified from the quarterly visual inspection (Subpart FF §61.346(b)(4)) or the monthly no detectable emissions inspection

shows a reading greater than 500 ppm (Subpart FF §61.355(h)), Suncor will make first efforts at repair as soon as practicable, but not later than 15 calendar days after identification, as specified in Subpart FF §61.346(b)(5). Suncor shall maintain records of all required monitoring and make records available upon request. (Compliance Order on Consent, No. 2011-049, dated 3/28/12, paragraph 13, revised to remove the language regarding actions that Suncor has completed. Note that this permit includes a schedule to install a control device so language related to control device installation was removed.)

23.11    Suncor shall operate a regenerative thermal oxidizer (RTO) in accordance with the following requirements:

23.11.1    The RTO shall be used to control emissions as follows:

23.11.1.1    Beginning no later than December 31, 2013, emissions from the API Headworks shall be routed through a closed vent system to the RTO or carbon canisters (Compliance Order on Consent, No. 2011-049, dated 3/28/12, paragraph 13).

23.11.1.2    The closed vent system, RTO and carbon canisters shall meet the requirements in 40 CFR Part 61 Subpart FF §61.349 (40 CFR Part 61 Subpart FF requirements are in Condition 65 of this permit).

23.11.1.3    Other sources within the Plant 1 WWTS that are identified as controlled sources (see description in Condition 23.1.3) may be routed to the RTO in the future, provided that performance tests are conducted in accordance with the requirements in Condition 23.11.4.

23.11.2    When the RTO is NOT operating the following requirements apply:

23.11.2.1    Emissions that are otherwise controlled by the RTO, including the centrifuge, shall be routed through a closed vent system to two carbon canisters in series. The carbon canisters are subject to the breakthrough requirements in Condition 23.9. The closed vent system and carbon canisters shall meet the requirements in 40 CFR Part 61 Subpart FF §61.349 (40 CFR Part 60 Subpart FF requirements are in Condition 65 of this permit).

23.11.3    The following requirements apply to the centrifuge:

23.11.3.1    When the centrifuge is in operation, the vapors shall be routed to the RTO which shall meet the requirements of Condition 23.11 of this permit.

23.11.3.2    When the centrifuge is not in operation, the vapors shall be routed through a closed vent system to two carbon canisters in series. The carbon canisters are subject to the breakthrough requirements in Condition 23.9. The closed vent system and carbon canisters shall meet

the requirements in 40 CFR Part 61 Subpart FF §61.349 (40 CFR Part 60 Subpart FF requirements are in Condition 65 of this permit).

23.11.4    An initial performance test shall be conducted within ninety (90) days of startup of the RTO in order to verify that the VOC, $NO_X$, CO and $SO_2$ emission limitations in Condition 23.1.3 are met.  Performance tests shall be conducted in accordance with the requirements and procedures set forth the appropriate EPA Test Methods as set forth in 40 CFR Part 60, Appendix A and the procedures in 40 CFR Part 61 Subpart FF §61.355(i) (to assess compliance with organic emissions reduction requirement in §61.349(a)(2)(i)(A), 61.349(a)(2)(i)(B), or §61.349(a)(2)(i)(C)).

Subsequent performance tests shall be conducted within ninety (90) days of routing any additional stream (or streams) to the RTO to assess compliance with the VOC, $NO_X$, CO and $SO_2$ emission limitations in Condition 23.1.3.  The permittee may request that performance testing for the $NO_X$, CO and $SO_2$ emission limits be waived for subsequent performance tests if Division approval, in writing, is granted, stating that testing for $NO_X$, CO and $SO_2$ is not required for subsequent tests.

The test protocol, test, and test report must be in accordance with the requirements of the APCD Compliance Test Manual (https://www.colorado.gov/pacific/cdphe/inspections-and-enforcement).  A stack testing protocol shall be submitted for Division approval at least forty-five (45) calendar days prior to any performance of the test required under this condition. No stack test required herein shall be performed without prior approval of the protocol by the Division. The Division reserves the right to witness the test.  In order to facilitate the Division's ability to make plans to witness the test, notice of the date(s) for the stack test shall be submitted to the Division at least thirty (30) calendar days prior to the test.  The Division may for good cause shown, waive this thirty (30) day notice requirement. In instances when a scheduling conflict is presented, the Division shall immediately contact the permittee in order to explore the possibility of making modifications to the stack test schedule.  The compliance test results shall be submitted to the Division within forty-five (45) calendar days of the completion of the test unless a longer period is approved by the Division.

23.11.5    The RTO is subject to the opacity limits set forth in Condition 35.1.  In the absence of credible evidence to the contrary compliance with the opacity limitation is presumed provided that only vapors from those portions of the Plant 1 WWTS identified in Condition 23.1.3 and natural gas (as assist gas) are combusted in the RTO.  Records shall be maintained to verify that only vapors from those portions of the Plant 1 WWTS identified in Condition 23.1.3 and natural gas have been combusted in the thermal oxidizer.

23.11.6    For purposes of assuring compliance with the annual VOC emission limitation in Condition 23.1.3, the RTO shall be operated such that the temperature in the combustion chamber is not less than 1575 °F (average temperature recorded during

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 97

the June 2, 2015 performance test). The combustion chamber temperature shall be monitored using a temperature monitoring device equipped with a continuous recorder. Compliance with the combustion chamber temperature requirement shall be based on a 3-hour rolling average. Any rolling three hour period in which the temperature in the combustion chamber is less than 1575 °F shall be reported as a deviation in the semi-annual monitoring and permit deviation reports.

23.12   Hours of operation for the centrifuge, RTO and Plant 1 WWTS shall be monitored and recorded monthly. The permittee shall maintain separate monthly totals of the number of hours the centrifuge and RTO are operated and the number of hours the centrifuge and RTO do not operate. Monthly totals shall be used to calculate emissions as specified in Conditions 23.1.1, and 23.1.3.

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 98

## 24. Rail Loading Rack and Flare – R101

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| SO$_2$ | 24.1 | | Per Appendix H | Recordkeeping Calculation | Monthly Annually |
| | 24.2 | **NSPS Subpart J Requirement:** Fuel gas shall not contain H$_2$S in excess of 0.10 gr/scf, on a 3-hr rolling average[1] | | See Condition 24.2 | |
| | 24.3 | 0.3 lb SO$_2$/bbl/day of oil processed | Per Appendix H | Recordkeeping Calculation | Daily Monthly |
| NO$_x$ | 24.1 | 1.97 tons/year | 0.068 lb/MMBtu | Recordkeeping Calculation | Monthly Annually |
| VOC | | 7.01 tons/year | See Condition 24.1 | | |
| RACT | 24.4 | See Condition 24.4 | | See Condition 24.4 | |
| MACT | 24.5 | See 40 CFR Part 63 Subpart CC (Condition 53) | | See 40 CFR Part 63 Subpart CC (Condition 53) | |
| CO | 24.1 | 10.72 tons/year | 0.37 lb/MMBtu | Recordkeeping Calculation | Monthly Annually |
| Throughput | 24.6 | 3,640,000 bbl gasoline/year 546,000 bbl jet naphtha (JP-4)/year 15,000,000 bbl distillates/year | | Recordkeeping | Monthly |
| Opacity | 24.7 | Not to exceed 30% for a period or periods aggregating more than six minutes in any sixty consecutive minutes | | Visual Inspection | Daily |
| Flare Operation | 24.8 | See Condition 57 | | | |
| NSPS General Provisions | 24.9 | See 40 CFR Part 60 Subpart A (Condition 56) | | See 40 CFR Part 60 Subpart A (Condition 56) | |

[1]The preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv H$_2$S averaged over a 3-hour period (See 73 FR 35852).

24.1    Emissions of air pollutants shall not exceed the limits listed in the above table. (Colorado Construction Permit 88AD012, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Sections II.A.6 and Part C, Section X to increase emissions as indicated on the APEN received January 30, 2012) Compliance with the annual limits shall be monitored by calculating emissions monthly using the above emission factors for NO$_x$ and CO, from AP-42, Section 13.5 (dated 9/91), Table 13.5-1 and VOC equation from AP-42, Section 5.2 (dated 6/08)) and monthly quantity of liquids loaded (as required by Condition 24.6) in the below equations:

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 99

VOC (tons/mo) = [quantity of materials loaded ($10^3$ gal/mo) x $L_L$ (lbs/$10^3$ gal) x (1-(control efficiency/100))]/2000 (lb/ton)

$L_L$ = 12.46 x SPM/T

Where:     LL = loading, loss (lb/$10^3$ gal), from AP-42, Section 5.2 (dated 6/08), equation 1
S = saturation factor (per Table 5.2-1 of AP-42)
P = true vapor pressure of liquid loaded, psia
M = molecular weight of vapors (lb/lbmole)
T = temperature of bulk liquid loaded (° R)

$NO_X$/CO (tons/mo) = [quantity of materials loaded (gal/mo) x 0.1337 (gal/ft$^3$) x vapor heat content (Btu/ft$^3$) x (1 MMBtu/$10^6$Btu) x EF (lb/MMBtu)]/[2000 lb/ton)

Where:          vapor heat content = 1,390 Btu/ft$^3$ for gasoline and JP4 and 300 Btu/ft$^3$ for distillates

Control efficiencies of 98.7% for gasoline and JP-4 and 95% for distillates may be used in the above emission calculations for the flare provided it is operated and maintained in accordance with the requirements in Condition 24.9.

$SO_2$ emissions shall be estimated as set forth in Appendix H of the permit.

Monthly emissions shall be based on the average vapor heat content, vapor pressure, temperature and molecular weight (vapors) of the liquids loaded over the monthly period. Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

24.2    The flare is subject to 40 CFR Part 60, Subpart J, Standards of Performance for Petroleum Refineries, as set forth in Condition 38.2 of this permit. (Consent Decree (H-01-4430), paragraph 156).

The permittee has demonstrated that the fuel gas streams combusted in the flare meet the requirements in §60.105(a)(4)(iv)(D). The demonstration was submitted to EPA on October 13, 2010 and the demonstration met the requirements in §60.105(b). Fuel gas streams that meet the requirements in §60.105(a)(4)(iv)(D) are exempt from the sulfur monitoring requirements in NSPS Subpart J.

The effective date of the exemption is the date of submission of the information required in paragraph (b)(1) of this section. (60.105(b)(2))

No further action is required unless refinery operating conditions change in such a way that affects the exempt fuel gas stream/system (e.g., the stream composition changes). If such a change occurs, the owner or operator will follow the procedures in paragraph (b)(3)(i), (b)(3)(ii), or (b)(3)(iii) of this section. (60.105(b)(3))

24.3    Sulfur dioxide emissions from these sources shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limit set forth in Condition 38.1of this permit.

24.4    These sources are subject to Colorado Regulation No. 7, Sections VI.C.2, VI.C.4.a and XV as set forth in Conditions, 41.3, 41.4 and 44 of this permit.

24.5    The Rail Loading Rack is subject to the requirements of 40 CFR Part 63, Subpart CC, as set forth in Condition 53 of this permit.

24.6    The Rail Loading Rack is limited to throughputs as follows: (Colorado Construction Permit 88AD012, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Sections II.A.6 and Part C, Section X to revise throughputs as indicated on the APEN received January 30, 2012)

Throughput of gasoline and/or other products with a TVP less than or equal to 5.85 psia at 50 ° F shall not exceed 3,640,000 bbl/year.

Throughput of jet naphtha (JP-4) and/or other products with a TVP less than or equal to 1.3 psia at 50 ° F shall not exceed 546,000 bbl/year.

Throughput of distillates and/or other products with a TVP less than or equal to 0.05 psia at 50 ° F shall not exceed 15,000,000 bbl/year.

Compliance with the annual throughput limits shall be monitored by recording the throughput of gasoline, jet naphtha (JP-4) and distillates monthly. Monthly throughputs of gasoline, jet naphtha (JP-4) and distillates shall be used in twelve month rolling totals to monitor compliance with the annual limitations. Each month a new twelve month rolling total shall be calculated using the previous twelve months data.

24.7    The flare is subject to the opacity limit set forth in Condition 35.3 of this permit.

24.8    The flare is subject to the provisions set forth in Condition 57 of this permit.

24.9    The flare is subject to the NSPS general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 56 of this permit.

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 101

## 25. Truck Loading Rack and Flare – R102

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring Method | Monitoring Interval |
|---|---|---|---|---|---|
| SO$_2$ | 25.1 | | Per Appendix H | Recordkeeping Calculation | Monthly |
| | 25.2 | 0.3 lb SO$_2$/bbl/day of oil processed | Per Appendix H | Recordkeeping Calculation | Daily Monthly |
| NOx | 25.1 | 2.1 tons/year | 0.068 lb/MMBtu | Recordkeeping Calculation | Monthly |
| VOC | | 36.1 tons/year | See Condition 25.1 | | |
| RACT | 25.3 | See Condition 25.3 | | See Condition 25.3 | |
| MACT | 25.4 | See 40 CFR Part 63 Subpart R (Condition 52) | | See 40 CFR Part 63 Subpart R (Condition 52) | |
| CO | 25.1 | 11.3 tons/year | 0.37 lb/MMBtu | Recordkeeping Calculation | Monthly |
| Throughput | 25.5 | 15,000,000 bbl gasoline/year 10,000,000 bbl petroleum distillate/year | | Recordkeeping | Monthly |
| Opacity | 25.6 | Not to exceed 30% for a period or periods aggregating more than six minutes in any sixty consecutive minutes | | Visual Inspection | Daily |
| Flare Operation | 25.7 | See Condition 57 | | | |
| NSPS | 25.8 | General Provisions – Subpart A (Condition 56) | | See 40 CFR Part 60, Subparts A (Condition 56) and XX (Condition 50) | |
| | | Specific Requirements – Subpart XX (Condition 50) | | | |
| MACT | 25.9 | See 40 CFR Part 63, Subpart GGGGG (Condition 66) | | See 40 CFR Part 63 Subpart GGGGG (Condition 66) | |

25.1 Emissions of air pollutants shall not exceed the limits listed in the above. (Colorado Construction Permit 86AD450, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to revise emissions as indicated on the APEN received on 7/25/13)  Compliance with the annual limits shall be monitored by calculating emissions monthly using the above emission factors ((NO$_X$ and CO from AP-42, Section 13.5 (dated 9/91), Table 13.5-1 and VOC equation from AP-42, Section 5.2 (dated 6/08)) and the monthly quantity of liquids loaded (as required by Condition 25.5) in the below equations:

VOC (tons/mo) = [quantity of materials loaded ($10^3$ gal/mo) x $L_L$ (lbs/$10^3$ gal) x (1-(control efficiency/100))]/2000 (lb/ton)

$L_L$ (uncontrolled) = 12.46 x SPM/T

Case No. 1:24-cv-02164-DDD-SBP    Document 27-11    filed 01/21/25    USDC Colorado
pg 113 of 448

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit      Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                               Page 102

Where:     LL = loading, loss (lb/$10^3$ gal), from AP-42, Section 5.2 (dated 6/08), equation 1
            S = saturation factor (per Table 5.2-1 of AP-42)
            P = true vapor pressure of liquid loaded, psia
            M = molecular weight of vapors (lb/lbmole)
            T = temperature of bulk liquid loaded (º R)

$NO_X$/CO (tons/mo) = [monthly heat content of materials combusted (MMBtu/mo) x EF (lb/MMBtu)]/2000 lbs/ton

Monthly heat content of materials combusted (MMBtu/mo) = pilot gas + product combusted

Pilot gas (MMBtu/mo) = 83.3 scf/hr x monthly hours of operation x 1020 Btu/scf x 1 MMBtu/$10^6$ Btu

Product combusted (MMBtu/mo) = $L_L$ (lbs/$10^3$ gal) x quantity of materials loaded ($10^3$ gal/mo) x (385.3 scf/lb-mole/MW$_{vapor}$ (lb/lb-mole)) x heat content of material (Btu/scf) x 1 MMBtu/$10^6$ Btu

Where:     MWvapor (lb/lb-mole) = 64 lb/lbmole for gasoline and 130 lb/lbmole for diesel, per AP-42 Section 7, (dated 11/06, Table 7.1-2)

            Heat content of materials loaded = 1,390 Btu/scf for gasoline and 300 Btu/scf for diesel

A control efficiency of 99% may be used in the above VOC emission calculations for the flare provided it is operated and maintained in accordance with the requirements in Condition 25.7.

$SO_2$ emissions shall be estimated as set forth in the Appendix H of this permit.

Monthly emissions shall be based on the average vapor heat content, vapor pressure, temperature and molecular weight (vapors) of the liquids loaded over the monthly period.    Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve month rolling total to monitor compliance with the annual limitations.  Each month a new twelve month total shall be calculated using the previous twelve months data.

25.2    Sulfur dioxide emissions from these sources shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limit set forth in Condition 38.1 of this permit.

25.3    These sources are subject to Colorado Regulation No. 7, Sections VI.C.2, VI.D.2.a, and XV as set forth in Conditions 41.3, 41.5, and 44 of this permit.

25.4    The truck loading rack is subject to the requirements of 40 CFR Part 63, Subpart R as set forth in Condition 52 of this permit.

25.5    The truck loading rack is limited to throughputs as follows: (Colorado Construction Permit 86AD450, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to revise the throughput limits as indicated on the APEN received on 7/25/13)

Throughput of gasoline (all grades of gasoline, including blending components, having an annual average RVP of 13.0 psia or lower and a maximum monthly average RVP of 15.5 psia or lower) shall not exceed 15,000,000 bbl/year.

Throughput of petroleum distillates (including diesel fuel, bio-diesel and kerosene oil that has a true vapor pressure $\leq$ 0.029 psia at 100 ºF) shall not exceed 10,000,000 bbl/year.

Compliance with the annual throughput limits shall be monitored by recording the throughput of gasoline and petroleum distillates monthly. Monthly throughputs of gasoline and petroleum distillates shall be used in twelve month rolling totals to monitor compliance with the annual limitations. Each month a new twelve month rolling total shall be calculated using the previous twelve months data. Records of the vapor pressures of the materials loaded shall be maintained and made available to the Division upon request.

25.6    The flare is subject to the opacity limit set forth in Condition 35.3 of this permit.

25.7    The flare is subject to the provisions set forth in Condition 57 of this permit.

25.8    This source is subject to the NSPS requirements as follows:

    25.8.1    This source is subject to the NSPS general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 56 of this permit.

    25.8.2    This source is subject to the specific requirements for bulk gasoline terminals in 40 CFR Part 60, Subpart XX, as set forth in Condition 50 of this permit.

25.9    This source is subject to the requirements of 0f 40 CFR Part 63, Subpart GGGGG, as set forth in Condition 66 of this permit.

## 26.    Groundwater Treatment Unit with Air Strippers – A1

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| VOC | 26.1 | 9.90 tons/year | Material Balance | Recordkeeping and Calculation | Monthly |
| Location | 26.2 | | | | |
| Water Processed | 26.3 | | | Recordkeeping | Daily |
| Opacity | 26.4 | Not to exceed 20%, except as provided for below | | See Condition 26.4. | |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |
| RACT | 26.5 | See Condition 26.5. | | See Condition 26.5. | |

26.1    Emissions of air pollutants shall not exceed the limitation listed in the table above. (Colorado Construction Permit 88AD388)  The concentration of contaminants in the inlet and outlet streams shall be monitored monthly.  Monitoring of the inlet and outlet contaminant concentration shall be conducted on the same day.  Monthly contaminant concentration monitoring shall be conducted at least 10 calendar days apart.  (Colorado Construction Permit 88AD388, as modified under the provisions of Section I, Condition 1.3 to require that inlet and

outlet contaminant concentrations be monitored) Monthly emissions from the Air Strippers shall be calculated by the end of the subsequent month using the monthly quantity of water processed and the inlet and outlet contaminant concentrations (emissions assumed to be the difference between the inlet and outlet). Monthly emissions shall be used in a twelve month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

26.2    The air stripper shall not be moved to another area at Suncor or the Colorado Refinery Company until the volatile organic compound emission limits are revised and the Division has been notified in writing. (Construction Permit 88AD388)

26.3    The permittee shall monitor and record daily average contaminated water processing rate. (Colorado Construction Permit 88AD388) Daily water quantities of water treated shall be summed to determine the monthly quantity of water processed. Monthly quantities of water processed shall be used to calculate emission as specified in Condition 26.1.

26.4    This source is subject to the opacity limits set forth in Conditions 35.1 and 35.2 of this permit. Provided this emission source operates solely as an air stripper and has no associated combustion activities, and absent credible evidence to the contrary, this source is presumed to be in compliance with this condition.

26.5    This activity is subject to Colorado Regulation No. 7, Section V. No person shall dispose of volatile organic compounds by evaporation or spillage unless RACT is utilized. The Division has determined that "no control" represents RACT for activity.

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 105

## 27.    Process Heater H-2101

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring Method | Monitoring Interval |
|---|---|---|---|---|---|
| PM | 27.1 | 10.70 tons/year | $7.45 \times 10^{-3}$ lb/MMBtu | Recordkeeping Calculation | Monthly |
| | 27.2 | See Condition 36.1 | | Fuel Restriction | Only Gaseous Fuel is Used |
| $PM_{10}$ | 27.1 | 10.70 tons/year | $7.45 \times 10^{-3}$ lb/MMBtu | Recordkeeping Calculation | Monthly |
| $SO_2$ | 27.1 | 10.20 tons/year | Per Appendix H | Recordkeeping Calculation | Monthly |
| | 27.3 | NSPS Subpart J Requirement: Fuel gas shall not contain $H_2S$ in excess of 0.10 gr/dscf, on a 3-hour rolling average[1] | | Continuous Monitoring System | Continuous |
| | 27.4 | 0.3 lb $SO_2$/bbl/day of oil processed | Per Appendix H | Recordkeeping Calculation | Daily Monthly |
| $NO_X$ | 27.1 | 52.19 tons/year | CEMS | Continuous Emission Monitor | Continuous |
| CO | | 57.99 tons/year | CEMS | | |
| VOC | | 7.74 tons/year | $5.39 \times 10^{-3}$ lb/MMBtu | Recordkeeping Calculation | Monthly |
| Fuel Use | 27.5 | 2,899,560,000,000 Btu/year | | Recordkeeping | Daily Monthly |
| Opacity | 27.6 | Not to exceed 20%, except as provided for below | | Fuel Restriction | Only Gaseous Fuel is Used |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |
| | | Not to exceed 20% - (State-Only) | | | |
| MACT | 27.7 | See 40 CFR Part 63 Subpart DDDDD (Condition 63) | | See 40 CFR Part 63 Subpart DDDDD (Condition 63) | |
| RACT | 27.8 | See Condition 27.8. | | See Condition 27.8. | |
| NSPS General Provisions | 27.9 | See 40 CFR Part 60 Subpart A (Condition 56) | | See 40 CFR Part 60 Subpart A (Condition 56) | |

[1]The preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv $H_2S$ averaged over a 3-hour period (See 73 FR 35852).

27.1    Emissions of air pollutants shall not exceed the limits listed in the above table (Colorado Construction Permit 04AD0109). Compliance with the annual limitations shall be monitored by

| Case No. 1:24-cv-02164-DDD-SBP | Document 27-11 | filed 01/21/25 | USDC Colorado |
| pg 117 of 448 |

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 106

calculating monthly emissions using the emission factors in the above table (PM, PM$_{10}$ and VOC from AP-42, Section 1.4, dated 7/98, Table 1.4-2, emission factors converted to lb/MMBtu by dividing by 1020 Btu/scf per footnote a) and the monthly fuel consumption (as required by Condition 27.5) in the following equation:

Emissions (tons/month) = [EF (lb/MMBtu) x fuel usage (MMBtu/mo)]/2000 lbs/ton

Monthly SO$_2$ emissions from the furnace shall be estimated as set forth in Appendix H of this permit.

Continuous emission monitoring systems (CEMS) shall be installed, calibrated, maintained, and operated in for the measurement of NO$_X$, CO, O$_2$ and air flow. (Colorado Construction Permit 04AD0109). The CEMs shall be operated and maintained in accordance with the Division-approved CEMS plan.

Monthly NO$_X$ and CO emissions from the furnace shall be determined from the CEMS.

Monthly emissions from the furnace shall be used in a twelve month rolling total to monitor compliance with the annual emission limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

27.2    These sources are subject to the particulate matter emission limit set forth in Condition 36.1 of this permit.

27.3    These sources are subject to 40 CFR Part 60 Subpart J, Standards of Performance for Petroleum Refineries as set forth in Condition 38.2 of this permit.

This furnace combusts natural gas and PSA reject gas. The public-supplied natural gas is not a refinery fuel gas, and quantification of its sulfur content is based on annual data supplied by the public utility. PSA reject gas, generated by the hydrogen plant, is a refinery fuel gas. However, gases produced in a hydrogen plant are exempt from the sulfur monitoring requirements in NSPS Subpart J as specified in 40 CFR Part 60 §60.105(a)(4)(iv)(C).

27.4    Sulfur dioxide emissions from these sources shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limit set forth in Condition 38.1 of this permit.

27.5    Consumption of gaseous fuel in the furnace shall not exceed 2,899,560,000,000 Btu/year (Colorado Construction Permit 04AD0109). Refinery fuel gas shall be monitored as set forth in Condition 58 of this permit (daily recording of fuel use for each unit, heat value analyzed once per week for refinery fuel gas and monthly for natural gas (city gas)). Monthly fuel consumption shall be used in a twelve month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall calculated using the previous twelve months data.

27.6    The furnace is subject to the opacity limits set forth in Conditions 35.1, 35.2 and 35.4 of this permit.

27.7   This furnace is subject to the National Emission Standards for Hazardous Air Pollutants from Industrial, Commercial, and Institutional Boilers and Process Heaters, 40 CFR Part 63 Subpart DDDDD as set forth in Condition 63  of this permit.

27.8   The furnace is subject to RACT requirements for $PM_{10}$, VOC and CO (Colorado Construction Permit 04AD0109 and Colorado Regulation No. 3, Part B, Section III.D.2.a)  RACT has been determined to be the following:).

27.8.1   For $PM_{10}$ – Use of pipeline quality natural gas or PSA reject gas which meets the requirement in Condition 27.3 (40 CFR Part 60 Subpart J).

27.8.2   For CO and VOC – Use of good combustion practices.

27.9   This furnace is subject to the NSPS general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 56 of this permit.

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 108

## 28.    Process Heater H-2410

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| PM | 28.1 | See Condition 36.1 | | Fuel Restriction | Only Gaseous Fuel is Used |
| NOX | 28.2 | 9.50 tons/year | 0.042 lb/MMBtu | Recordkeeping Calculation | Monthly |
| CO | | 9.02 tons/year | 0.04 lb/MMBtu | | |
| VOC | | 1.24 tons/year | 5.39 x 10$^{-3}$ lb/MMBtu | | |
| NSPS Subpart Ja | 28.3 | Fuel gas shall not contain H$_2$S in excess of:<br>162 ppmv, on a 3-hour rolling average, and<br>60 ppmv, on a 365-day rolling average | | Continuous Monitoring System | Continuous |
| | | NO$_X$ emissions shall not exceed 40 ppmvd, corrected to 0% excess air, on a 30-day rolling average basis | | Continuous Monitoring System | Continuous |
| SO$_2$ | 28.2 | 2.75 tons/year | Per Appendix H | Recordkeeping Calculation | Monthly |
| | 28.4 | 0.3 lb SO$_2$/bbl/day of oil processed | Per Appendix H | Recordkeeping Calculation | Daily Monthly |
| Fuel Use | 28.5 | 451,140,000,000 Btu/year | | Recordkeeping | Daily Monthly |
| Opacity | 28.6 | Not to exceed 20%, except as provided for below | | Fuel Restriction | Only Gaseous Fuel is Used |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |
| | | Not to exceed 20% - (**State-Only**) | | | |
| MACT | 28.7 | See 40 CFR Part 63 Subpart DDDDD (Condition 63) | | See 40 CFR Part 63 Subpart DDDDD (Condition 63) | |
| RACT | 28.8 | See Condition 28.8. | | See Condition 28.8. | |
| NSPS General Provisions | 28.9 | General Provisions - Subpart A (Condition 56) | | See 40 CFR Part 60 Subpart A (Condition 56) | |
| Stack Height Requirement | 28.10 | H-2410 Stack Height shall be no less than 60.8 meters | | See Condition 28.10 | |

28.1    This source is subject to the particulate matter emission limits set forth in Condition 36.1 of this permit.

28.2    Emissions of air pollutants shall not exceed the limits listed in the above table (Colorado Construction Permit 09AD1351). Compliance with the annual limitations shall be monitored by calculating monthly emissions using the emission factors in the above table (PM, $PM_{10}$ and VOC from AP-42, Section 1.4, dated 7/98, Table 1.4-2, emission factors converted to lb/MMBtu by dividing by 1020 Btu/scf per footnote a, $NO_X$ based on NSPS Ja $NO_X$ limit (40 ppmvd @ 0% $O_2$), converted to units of lb/MMBtu and CO from manufacturer) and the monthly fuel consumption (as required by Condition 28.5) in the following equation:

Emissions (tons/month) = [EF (lb/MMBtu) x fuel usage (MMBtu/mo)]/2000 lbs/ton

Monthly $SO_2$ emissions shall be estimated as set forth in Appendix H of this permit.

Monthly emissions from the heater shall be calculated by the end of the subsequent month and used in a twelve-month rolling total to monitor compliance with the annual limitation. Each month a new twelve month total shall be calculated using the previous twelve months data

28.3    This heater is subject to the requirements in 40 CFR Part 60 Subpart Ja, Standards of Performance for Petroleum Refineries for Which Construction, Reconstruction or Modification Commenced After May 14, 2007 as set forth in Condition 46 of this permit.

28.4    Sulfur dioxide emissions from this source shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limits set forth in Condition 38.1 of this permit.

28.5    Consumption of gaseous fuel in this heater shall not exceed 541,140,000,000 Btu/year (Colorado Construction Permit 09AD1351). Refinery fuel gas shall be monitored as set forth in Condition 58 of this permit (daily recording of fuel use for each unit, heat value analyzed once per week). Compliance with the annual fuel use limit shall be monitored by recording the quantity of fuel consumed in the heaters monthly. Monthly quantities of fuel used shall be used in the twelve month rolling total to monitor compliance with the annual limitations. Each month a new twelve month rolling total shall be determined using the previous twelve months data.

28.6    This heater is subject to the opacity limits set forth in Conditions 35.1, 35.2 and 35.4 of this permit.

28.7    This heater is subject to the National Emission Standards for Hazardous Air Pollutants from Industrial, Commercial, and Institutional Boilers and Process Heaters, 40 CFR Part 63 Subpart DDDDD as set forth in Condition 63 of this permit.

28.8    This heater is subject to RACT requirements for $PM_{10}$, VOC, CO and $NO_X$ (VOC and $NO_X$ are ozone precursors). (Colorado Construction Permit 09AD1351 and Colorado Regulation No. 3, Part B, Section III.D.2.a) RACT has been determined to be the following:

28.8.1    For $PM_{10}$ – Use of gaseous fuel.

28.8.2    For CO and VOC – Use of good combustion practices.

Air Pollution Control Division                           Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit      Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                          Page 110

28.8.3      For NO$_X$ – ultra low NO$_X$ burners.

28.9    This heater is subject to the general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 56 of this permit.

28.10   The height of the reboiler stack shall be no less than 60.8 meters (Colorado Construction Permit 09AD1351, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part A, Section III to revise the stack height as indicated in the source's December 17, 2014 submittal).

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 111

## 29.    Main Plant Flare – F1

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| SO$_2$ | 29.1 | | Per Appendix H | Recordkeeping Calculation | Annually |
| | 29.2 | NSPS Subpart J Requirement: Fuel gas shall not contain H$_2$S in excess of 0.10 gr/scf, on a 3-hour rolling average[1] | | See Condition 29.2 | |
| | 29.3 | 0.3 lb SO$_2$/bbl/day of oil processed | Per Appendix H | Recordkeeping Calculation | Daily Monthly |
| NOx | 29.1 | | 0.068 lb/MMBtu | Recordkeeping Calculation | Annually |
| VOC | | | 0.66 lb/MMBtu | | |
| CO | | | 0.31 lb/MMBtu | | |
| PM | | | 7.45 x 10$^{-3}$ lb/MMBtu | | |
| PM$_{10}$ | | | 7.45 x 10$^{-3}$ lb/MMBtu | | |
| RACT | 29.4 | See Condition 29.4 | | See Condition 29.4 | |
| Gases Combusted | 29.5 | | | Recordkeeping | Annually |
| Opacity | 29.6 | Not to exceed 30% for a period or periods aggregating more than six minutes in any sixty consecutive minutes | | Visual Inspection | Daily |
| NSPS General Provisions | 29.7 | See 40 CFR Part 60 Subpart A (Condition 56) | | See 40 CFR Part 60 Subpart A (Condition 56) | |
| Flare Requirements | 29.8 | Visible Emissions/Opacity Requirements | | See Condition 57 | |
| | | A flame shall be present at all times the flare is operated | | | |
| | | Flare specifications – Btu content of gas, velocity | | | |
| | | Flare shall be operated at all times gases are routed to it | | | |
| NSPS Ja Requirements | 29.9 | Fuel gas shall not contain H$_2$S in excess of 162 ppmv, on a 3-hour rolling average | | Continuous H$_2$S Monitoring System | |
| | | Flare Management Plan, Root Cause Analysis | | See 40 CFR Part 60 Subpart Ja (Condition 46) | |
| MACT CC | 29.10 | See 40 CFR Part 63 Subpart CC (Condition 53) | | See 40 CFR Part 63 Subpart CC (Condition 53) | |

[1]The preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv H$_2$S averaged over a 3-hour period (See 73 FR 35852).

29.1　For APEN reporting and fee purposes, annual emissions shall be calculated using the emission factors listed above (VOC, $NO_X$ and CO from AP-42, Section 13.5 (dated 12/16), Tables 13.5-1 and -2 and PM/PM10 from AP-42, Section 1.4 (dated 7/98), Table 1.4-2 converted to lb/MMBtu based on a heat content of 1020 Btu/scf per footnote a) and quantity of gases combusted in the flare (as required by Condition 29.5) in the following equation:

Emissions (tons/Year) = [EF (lbs/MMBtu) x gases to flare (MMBtu/year)]/2000 (lbs/ton)

Annual $SO_2$ emissions shall be estimated as set forth in Appendix H of this permit.

29.2　This source is subject to 40 CFR Part 60, Subpart J, Standards of Performance for Petroleum Refineries, as set forth in Condition 38.2 of this permit. (Consent Decree (H-01-4430), paragraph 156).  The permittee has opted to comply with the NSPS Subpart J requirements by installing a flare gas recovery system (option c in Paragraph 156 of the Consent Decree).  The following requirements apply to the operation of the flare gas recovery system:

29.2.1　Hydrocarbon Flaring Incidents and Acid Gas Flaring Incidents are subject to the Root Cause Failure Analysis and Corrective Action requirements in paragraphs 183 through 188 of the Consent Decree as set forth in Appendix G of the permit. (Consent Decree (H-01-4430), paragraphs 178 and 179)

29.2.2　Hydrocarbon Flaring Incident is defined as the continuous or intermittent flaring of refinery process gases, except for Acid Gas, Sour Water Stripper Gas, or Tail Gas that results in the emissions of $SO_2$ that are equal to or greater than 500 pounds in a 24-hour period. (Consent Decree (H-01-4430), paragraph 155(j))

29.2.3　Acid Gas Flaring Incident is defined as the continuous or intermittent flaring/combustion of Acid Gas and/or Sour Water Stripper Gas that results in the emission of $SO_2$ equal to, or greater than 500 pounds in a 24-hour period.  However, if 500 pounds or more of $SO_2$ have been emitted in a 24-hour period and flaring continues into subsequent, contiguous, non-overlapping 24-hour periods, each period of which results in emissions equal to, or in excess of 500 pounds of $SO_2$, then only one Acid Gas Flaring Incident shall have occurred.  Subsequent, contiguous, non-overlapping periods are measured from the initial commencement of flaring within the Acid Gas Flaring Incident. (Consent Decree (H-01-4430), paragraph 155(d))

29.3　Sulfur dioxide emissions from this source shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limits set forth in Conditions 38.1 of this permit.

29.4　This source is subject to the provisions of Colorado Regulation No. 7, VIII.B.3 and 6 as set forth in Conditions 43.3 and 43.6 of this permit.

29.5   The quantity of gases sent to the flare (in MMBtu) shall be monitored and recorded annually. The annual quantity of gas sent to the flare shall be used to calculate annual emissions as required by Condition 29.1.

29.6   This source is subject to the opacity limit set forth in Condition 35.3 of this permit. Absent credible evidence to the contrary, compliance with this opacity limit is assumed whenever the provisions set forth in Condition 57 of this permit are met.

29.7   This source is subject to the NSPS general provisions in 40 CFR Part 60 Subpart A as set forth in Conditions 56 of this permit. (Consent Decree (H-01-4430), paragraph 156)

29.8   This source is subject to the requirements for flares in 40 CFR Part 60 Subpart A §60.18 as set forth in Condition 57 of this permit. (Consent Decree (H-01-4430), paragraph 156)

On and after January 30, 2019, compliance with the requirements in this condition will, in the absence of credible evidence to the contrary, be presumed, provided the requirements in Condition 29.10 are met.

If the source elects to comply with the requirements in Condition 29.10 prior to January 30, 2019, compliance with the requirements in this condition will, in the absence of credible evidence to the contrary, be presumed, provided the requirements in Condition 29.10 are met.

29.9   This source is subject to the requirements in 40 CFR Part 60 Subpart Ja, Standards of Performance for Petroleum Refineries for Which Construction, Reconstruction or Modification Commenced After May 14, 2007 as set forth in Condition 46 of this permit.

The flare is subject to the NSPS Ja requirements due to a modification and must comply with the requirements in NSPS Ja on November 11, 2015 or upon startup of the modified flare, whichever is later.

29.10   On or before January 30, 2019, the owner or operator of a flare used as a control device for an emission point subject to 40 CFR Part 63 Subpart CC shall meet the applicable requirements for flares as specified in 40 CFR Part 63 Subpart CC §§63.670(a) through (q) and 63.671 (See Condition 53).

Alternatively, the owner or operator may elect to comply with the requirements of 40 CFR Part 63 Subpart CC §63.670(r) in lieu of the requirements in §63.670(d) through (f), as applicable (See Condition 53).

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 114

## 30. Asphalt Unit Flare – F2

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring Method | Monitoring Interval |
|---|---|---|---|---|---|
| SO$_2$ | 30.1 | 16.9 tons/year | Per Appendix H | TRS Monitor | Continuously |
| | 30.2 | NSPS Subpart J Requirement: Fuel gas shall not contain H$_2$S in excess of 0.10 gr/scf, on a 3-hour rolling average[1] | | See Condition 30.2 | |
| | 30.3 | 0.3 lb SO$_2$/bbl/day of oil processed | Per Appendix H | Recordkeeping Calculation | Daily Monthly |
| VOC | 30.1 | 11.6 tons/year | 0.66 lb/MMBtu | Recordkeeping Calculation | Monthly |
| CO | | 5.43 tons/year | 0.31 lb/MMBtu | | |
| NO$_X$ | | 1.2 tons/year | 0.068 lb/MMBtu | | |
| RACT | 30.4 | See Condition 30.4 | | | |
| Opacity | 30.5 | Not to exceed 30% for a period or periods aggregating more than six minutes in any sixty consecutive minutes | | Visible Inspection | Daily |
| Gases Combusted | 30.6 | 35,034,482,000 Btu/year | | Flow Meter, Recordkeeping | Continuously, Monthly |
| NSPS General Provisions | 30.7 | See 40 CFR Part 60 Subpart A (Condition 56) | | See 40 CFR Part 60 Subpart A (Condition 56) | |
| Flare Requirements | 30.8 | Visible Emissions/Opacity Requirements | | See Condition 57 | |
| | | A flame shall be present at all times the flare is operated | | | |
| | | Flare specifications – Btu content of gas, velocity | | | |
| | | Flare shall be operated at all times gases are routed to it | | | |
| Hours of Operation | 30.9 | | | Recordkeeping | Monthly |
| NSPS Ja | 30.10 | Fuel gas shall not contain H$_2$S in excess of 162 ppmv, on a 3-hour rolling average | | H$_2$S Continuous Monitoring System | |
| | | Flare Management Plan, Root Cause Analysis | | See 40 CFR Part 60 Subpart Ja (Condition 46) | |
| MACT | 30.11 | See 40 CFR Part 63 Subpart CC (Condition 53) | | See 40 CFR Part 63 Subpart CC (Condition 53) | |

[1]The preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv H$_2$S averaged over a 3-hour period (See 73 FR 35852).

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit            Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 115

30.1    Emissions of air pollutants shall not exceed the limits listed in the above table (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, based on requested emissions on the APEN submitted April 26, 2017). Compliance with the annual limitations shall be monitored by calculating monthly VOC, CO and $NO_X$ emissions using the emission factors in the above table (NOx, VOC and CO from AP-42, Section 13.5 (dated 12/16), Table 13.5-2) and the monthly quantity of gases combusted (including pilot gas) in the flare (as required by Condition 30.6) in the following equation:

Emissions (Tons/month) = [EF (lbs/MMBtu) x gases to flare (MMBtu/month)]/2000(lbs/ton)

Monthly $SO_2$ emissions shall be estimated as set forth in Appendix H of this permit.

Monthly emissions shall be calculated by the end of the subsequent month and used in a rolling twelve month total to monitor compliance with the annual emission limitations. Each month a new twelve month total shall be estimated using the previous twelve months data.

30.2    This source is subject to 40 CFR Part 60, Subpart J, Standards of Performance for Petroleum Refineries, as set forth in Condition 38.2 of this permit. (Consent Decree (H-01-4430), paragraph 156). The permittee has opted to comply with the NSPS Subpart J requirements by installing a flare gas recovery system (option a in Paragraph 156 of the Consent Decree). The following requirements apply to the operation of the flare gas recovery system:

30.2.1    Hydrocarbon Flaring Incidents and Acid Gas Flaring Incidents are subject to the Root Cause Failure Analysis and Corrective Action requirements in paragraphs 183 through 188 of the Consent Decree as set forth in Appendix G of the permit. (Consent Decree (H-01-4430), paragraphs 178 and 179)

30.2.2    Hydrocarbon Flaring Incident is defined as the continuous or intermittent flaring of refinery process gases, except for Acid Gas, Sour Water Stripper Gas, or Tail Gas that results in the emissions of $SO_2$ that are equal to or greater than 500 pounds in a 24-hour period. . (Consent Decree (H-01-4430), paragraph 155(j))

30.2.3    Acid Gas Flaring Incident is defined as the continuous or intermittent flaring/combustion of Acid Gas and/or Sour Water Stripper Gas that results in the emission of $SO_2$ equal to, or greater than 500 pounds in a 24-hour period. However, if 500 pounds or more of $SO_2$ have been emitted in a 24-hour period and flaring continues into subsequent, contiguous, non-overlapping 24-hour periods, each period of which results in emissions equal to, or in excess of 500 pounds of $SO_2$, then only one Acid Gas Flaring Incident shall have occurred. Subsequent, contiguous, non-overlapping periods are measured form the initial commencement of flaring within the Acid Gas Flaring Incident. (Consent Decree (H-01-4430), paragraph 155(d))

30.3    Sulfur dioxide emissions from this source shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limits set forth in Condition 38.1 of this permit.

30.4    This source is subject to the provisions of Colorado Regulation No. 7, VIII.B.3 and 6 as set forth in Conditions 43.3 and 43.6 of this permit.

30.5    This source is subject to the opacity limit set forth in Condition 35.3 of this permit. Absent credible evidence to the contrary, compliance with this opacity limit is assumed when the provisions set forth in Condition 57 are met.

30.6    The quantity of gases (including sweep and pilot gas) sent to the flare shall not exceed the above limitations (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, based on the requested throughput indicated on the APEN submitted April 26, 2017). The quantity of gases flared shall be monitored and recorded monthly, as follows:

    30.6.1    The quantity of pilot gas to the flare shall be determined based on the design flow rate (50 scf/hr for pilot gas) and hours of operation for the flare (as required by Condition 30.9). The Btu content of the pilot gas (city gas) shall be based on a heat content of 920 Btu/scf (as provided for in 40 CFR Part 63 Subpart CC §63.670(j)(5))..

    30.6.2    The quantity of sweep and process gases combusted shall be monitored using the flare continuous flow monitor. The Btu content of the process gases shall be assumed to be 1,020 Btu/scf. The Btu content of the sweep gas (city gas) shall be based on a heat content of 920 Btu/scf (as provided for in 40 CFR Part 63 Subpart CC §63.670(j)(5)). The permittee shall maintain records indicating how the portion of flow is determined to be sweep gas and process gas, for purposes of determining the Btu content of combusted gases.

Monthly quantities of gases flared (sweep, pilot and process gases) shall be summed together and used in a rolling twelve month total to monitor compliance with the annual limitation. Each month a new twelve month total shall be estimated using the previous twelve months data.

30.7    This source is subject to the NSPS general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 56 of this permit. (Consent Decree (H-01-4430), paragraph 156)

30.8    This source is subject to the requirements for flares in 40 CFR Part 60 Subpart A §60.18 as set forth in Condition 57 of this permit. (Consent Decree (H-01-4430), paragraph 156)

On and after January 30, 2019, compliance with the requirements in this condition will, in the absence of credible evidence to the contrary, be presumed, provided the requirements in Condition 30.11 are met.

If the source elects to comply with the requirements in Condition 30.11 prior to January 30, 2019, compliance with the requirements in this condition will, in the absence of credible evidence to the contrary, be presumed, provided the requirements in Condition 30.11 are met.

30.9    Hours of operation for the flare shall be monitored and recorded monthly. Monthly hours of operation shall be used to determine the monthly quantity of pilot gases combusted by the flare (as required by Condition 30.6).

30.10   The flare is subject to the requirements in 40 CFR Part 60 Subpart Ja, Standards of Performance for Petroleum Refineries for Which Construction, Reconstruction or Modification Commenced After May 14, 2007 as set forth in Condition 46 of this permit.

The flare is subject to the NSPS Ja requirements due to a modification and must comply with the requirements in NSPS Ja on November 11, 2015 or upon startup of the modified flare, whichever is later.

30.11   On or before January 30, 2019, the owner or operator of a flare used as a control device for an emission point subject to 40 CFR Part 63 Subpart CC shall meet the applicable requirements for flares as specified in 40 CFR Part 63 Subpart CC §§63.670(a) through (q) and 63.671 (See Condition 53).

Alternatively, the owner or operator may elect to comply with the requirements of 40 CFR Part 63 Subpart CC §63.670(r) in lieu of the requirements in §63.670(d) through (f), as applicable (See Condition 53).

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 118

## 31.    GBR Unit Flare – F3

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| NOx | 31.1 | 2.9 tons/year | 0.068 lb/MMBtu | Recordkeeping Calculation | Monthly |
| VOC | | 25.9 tons/year | 0.6185 lb/MMBtu | | |
| CO | | 11.1 tons/year | 0.2646 lb/MMBtu | | |
| NSPS Subpart Ja | 31.2 | Fuel gas shall not contain $H_2S$ in excess of 162 ppmv, on a 3-hour rolling average | | Fuel Gas Streams Inherently Low in Sulfur | |
| | | Flare Management Plan, Root Cause Analysis | | See 40 CFR Part 60 Subpart Ja (Condition 46) | |
| $SO_2$ | 31.3 | 0.3 lb $SO_2$/bbl/day of oil processed | Per Appendix H | Recordkeeping Calculation | Daily Monthly |
| RACT | 31.4 | See Condition 31.4 | | | |
| Opacity | 31.5 | Not to exceed 30% for a period or periods aggregating more than six minutes in any sixty consecutive minutes | | Visible Inspection | Daily |
| Gases Combusted | 31.6 | 83,822,636,000 Btu/year | | Recordkeeping | Monthly |
| NSPS General Provisions | 31.7 | General Provisions – Subpart A (Condition 56) | | See 40 CFR Part 60 Subpart A (Condition 56) | |
| Flare Requirements | 31.8 | Visible Emissions/Opacity Requirements | | See Conditions 31.8 and 57 | |
| | | A flame shall be present at all times the flare is operated | | | |
| | | Flare specifications – Btu content of gas, velocity | | | |
| | | Flare shall be operated at all times gases are routed to it | | | |
| Stack Height Requirement | 31.9 | GBR flare height shall be no less than 75.9 meters | | See Condition 31.9 | |
| MACT | 31.10 | See 40 CFR Part 63 Subpart CC (Condition 53) | | See 40 CFR Part 63 Subpart CC (Condition 53) | |

31.1    Emissions of air pollutants shall not exceed the limits listed in the above table (Colorado Construction Permit 10A1768, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, based on requested emissions on the APEN submitted April 26, 2017).  Compliance with the annual limitations shall be monitored by calculating monthly emissions using the emission factors in the above table

(NO$_X$, and CO from AP-42, Section 13.5 (dated 9/91), Table 13.5-1, CO adjusted for H$_2$ emissions expected in vent gas, VOC based on expected gas composition and assumes a 95% control efficiency for the flare) and the monthly quantity of gases combusted (including pilot gas) in the flare (as required by Condition 31.6) in the following equation:

Emissions (tons/month) = [EF (lbs/MMBtu) x gases to flare (MMBtu/month)]/2000 (lbs/ton)

Monthly emissions shall be calculated by the end of the subsequent month and used in a rolling twelve month total to monitor compliance with the annual emission limitations. Each month a new twelve month total shall be estimated using the previous twelve months data.

31.2    The flare is subject to the requirements in 40 CFR Part 60 Subpart Ja, Standards of Performance for Petroleum Refineries for Which Construction, Reconstruction or Modification Commenced After May 14, 2007 as set forth in Condition 46 of this permit.

Note that the flare is exempt from the H$_2$S monitoring requirements as specified in Conditions 46.15 and 46.19.4 although other requirements in Subpart Ja, such as developing and implementing a flare management plan and conducting root cause analyses are applicable to the flare.

31.3    Sulfur dioxide emissions from this source shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limits set forth in Condition 38.1 of this permit.

31.4    The GBR Flare is subject to RACT requirements for PM$_{10}$, VOC, CO and NO$_X$ (VOC and NO$_X$ are ozone precursors). (Colorado Construction Permit 10AD1768, as modified under the provisions of Section I, Condition 1.3 to include PM$_{10}$ and to indicate RACT for VOC is met by meeting the requirements in Colorado Regulation No. 7, Section VIII.B.3 and 6 and Colorado Regulation No. 3, Part B, Section III.D.2.a) RACT has been determined to be the following:

31.4.1    For VOC the requirements in Colorado Regulation No. 7, Section VIII.B.3 and 6 as set forth in Conditions 43.3 and 43.6 are RACT.

31.4.2    For NO$_X$, CO and PM$_{10}$ RACT is satisfied by operating the flare in accordance with the flare requirements in Condition 31.8.

31.5    The GBR flare is subject to the opacity limit set forth in Condition 35.3 of this permit. Absent credible evidence to the contrary, compliance with this opacity limit is assumed when the provisions set forth in Condition 57 are met.

31.6    The quantity of gases (including pilot gas) sent to the flare shall not exceed the above limitations (Colorado Construction Permit 10AD1768, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, based on requested emissions on the APEN submitted April 26, 2017). In addition to the flare pilot and purge gases, only gases from the GBR unit and excess H$_2$ from the Hydrogen Plant and the Plants 1 and 2 reformers may be burned in the flare. The quantity of gases sent to the flare

(including pilot gas) shall be monitored and recorded monthly using the flare flow meter and the Btu content from the weekly gas analyses required by Condition 31.8. Monthly quantities of process gases (including pilot gas) shall be used in a rolling twelve month total to monitor compliance with the annual limitations. Each month a new twelve month total shall be estimated using the previous twelve months data.

31.7    This flare is subject to the general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 56 of this permit.

31.8    The GBR flare is subject to the requirements for flares in 40 CFR Part 60 Subpart A §60.18 as set forth in Condition 57 of this permit (Colorado Construction Permit 10AD1768).

Compliance with the visible emission requirements in Condition 57.1 shall be monitored by conducting daily visual observations as required by Condition 57.9.

Compliance with the net heating value limits in Condition 57.3 shall be monitored by analyzing the composition of the flare gas weekly and determining the flare gas net heating value.

As provided for in Condition 53.87, on and after January 30, 2019, flares that are subject to the provisions in 40 CFR 60.18 and/or 63.11 and are subject to the requirements in 40 CFR Part 63 Subpart CC (Condition 53) are required to only comply with the requirements in 40 CFR Part 63 Subpart CC (Condition 53).

Prior to January 30, 2019, flares that are subject to the provisions in 40 CFR 60.18 and/or 63.11 and elect to comply with the requirements in 40 CFR Part 63 Subpart CC (Condition 53) are required to comply only with the provisions in 40 CFR Part 63 Subpart CC (Condition 53).

31.9    The height of the flare shall be no less than 75.9 meters (Colorado Construction Permit 10AD1768, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part A, Section III to revise the stack height as indicated in the source's December 17, 2014 submittal).

31.10   On or before January 30, 2019, the owner or operator of a flare used as a control device for an emission point subject to 40 CFR Part 63 Subpart CC shall meet the applicable requirements for flares as specified in 40 CFR Part 63 Subpart CC §§63.670(a) through (q) and 63.671 (See Condition 53).

Alternatively, the owner or operator may elect to comply with the requirements of 40 CFR Part 63 Subpart CC §63.670(r) in lieu of the requirements in §63.670(d) through (f), as applicable (See Condition 53).

Air Pollution Control Division                                Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                Page 121

## 32.    Asphalt Unit (Plant 3) Wastewater Treatment System – F101 - CPI Separator

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| VOC | 32.1 | Plant 3 Wastewater Treatment System (CPI Separator and drains): 5.44 tons/year | CPI Separator: ToxChem Model Drains: See Condition 32.1 | Recordkeeping Calculation | Annually |
| NSPS | 32.2 | See 40 CFR Part 60 Subpart QQQ (Condition 51) oil-water separator requirements | | Inspection | Semi-Annually |
| Wastewater/Oil Separators RACT | 32.3 | Wastewater/Oil Separators | | Inspection | Semi-Annually |
| MACT | 32.4 | See 40 CFR Part 63 Subpart CC (Condition 53) | | See 40 CFR Part 63 Subpart CC (Condition 53) | |
| Separator Requirements | 32.5 | Separator shall be completely enclosed and vapors vented through a carbon filter | | See Condition 32.5 | |
| Throughput | 32.6 | | | Recordkeeping | Monthly |
| NSPS General Provisions | 32.7 | See 40 CFR Part 60 Subpart A (Condition 56) | | See 40 CFR Part 60 Subpart A (Condition 56) | |

32.1    VOC emissions from the Plant 3 wastewater treatment system (CPI separator and drains) shall not exceed the limit listed in the above table (as provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to increase emissions as requested on the APEN submitted October 23, 2014 and red-lined February 10, 2015).  Compliance with the annual limitation shall be monitored by calculating emissions as follows:

32.1.1    Emissions from the CPI separator shall be calculated annually using ToxChem version 4.3 (or most recent version).  In addition, a review of the ToxChem model shall be conducted annually to determine if updates to the model are necessary.  The review should address the addition and/or removal of components and changes in flows and/or concentration levels.  Changes to the previous version of the model shall be documented, maintained and made available to the Division upon request.

32.1.2    Emissions from the drain system shall be calculated annually using the emission factors included in the table below:

Air Pollution Control Division                                           Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit              Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                        Page 122

| Equipment Type[1] | Emission Factor (lb/unit/hr) | Emission Factor Source |
|---|---|---|
| Junction Boxes | 0.035 | EPA-450/3-85-001a, "VOC Emissions from Petroleum Refinery Wastewater Systems – Background Information for Proposed Standards", dated February 1985, page 3-27. |
| Controlled Drains | $3.2 \times 10^{-3}$ | AP-42, Section 5.1 (dated 1/95), Table 5.1-3.  95% control efficiency presumed, based on EPA's March 2011 spreadsheet that supports EPA's emission estimation protocol for petroleum refineries (see http://www.epa.gov/ttn/chief/efpac/protocol/index.html). |
| Capped Drains[2] | $3.2 \times 10^{-3}$ | |

[1]Permitted emissions are based on 58 controlled drains, 15 junction boxes and 40 capped drains.
[2]Capped drains are equipped with water seals.  Emissions from capped drains shall be based on the hours per year that the drains are open.

32.2    The CPI separator is subject to 40 CFR Part 60, Subpart QQQ, Standards of Performance for VOC Emissions from Petroleum Refinery Wastewater Systems, as set forth in Condition 51 of this permit.

32.3    The CPI separator is subject to Colorado Regulation No. 7, VIII.A.2 as set forth in Condition 43.1 of this permit.

32.4    The CPI separator is subject to the requirements or 40 CFR Part 63 Subpart CC as set forth in Condition 53 of this permit.

32.5    The separator shall be completely enclosed and vapors vented through a carbon filter. (Colorado Construction Permit 91AD726R)  The permittee shall monitor for breakthrough from the carbon filter, at times when there is actual flow to the filter, at a frequency of no greater than once every 14 days. "Breakthrough" shall be defined as any reading equal to or greater than 500 ppm VOC at the outlet of the carbon filter.  The permittee shall replace the carbon filter within 24 hours of detecting breakthrough.

32.6    Records of the annual quantities of water treated and water processed through the separators shall be maintained and made available to the Division upon request.

32.7    The CPI separator is subject to the general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 56 of this permit.

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                Page 123

## 33.    Fugitive VOC Equipment Leaks without Permitted Emission Limits – F107

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| VOC | 33.1 | | Guideware | Recordkeeping Calculation | Annually |
| Equipment Leaks: MACT Requirements | 33.2 | Inspection and Repair Requirements – 40 CFR Part 63 Subpart CC | | Inspection | See 40 CFR Part 63 Subpart CC (Condition 53) |
| RACT Requirements | 33.3 | See Condition 33.3 | | See Condition 33.3 | |
| NSPS Requirements (Components/ Component Groupings Meeting the Applicability Requirements ) | 33.4 | General Provisions - Subpart A (Condition 56 | | See 40 CFR Part 60 Subparts A (Condition 56), and GGGa (Condition 47) | |
| | | Specific Requirements – Subpart GGGa (Condition 47) | | | |

33.1    For APEN reporting and fee purposes, VOC emissions from equipment leaks associated with components not subject to permitted emission limitations shall be estimated annually using Guideware.  Guideware is Suncor's tracking software program for fugitive VOC emissions from components which estimates emissions based on EPA's "Protocol for Equipment Leak Emission Estimates", EPA-453/R-95-017, November 1995.  Guideware estimates emissions based on actual leak data for those components that are screened and emission factors and assumed control efficiencies for those components that are not screened.  Total VOC emissions for purposes of APEN reporting and fee purposes shall be the sum of VOC emissions from each component type.

33.2    Equipment leaks associated with these sources are subject to the requirements of 40 CFR Part 63 Subpart CC as set forth in Condition 53 of this permit. Note that equipment leaks that are subject to requirements in 40 CFR Part 60 Subpart GGGa (see Condition 33.4.2) only have to comply with the requirements in 40 CFR Part 60 Subpart GGGa per Condition 53.43.2 (63.640(p)(2)).

33.3    Equipment leaks associated with these sources are subject to the requirements in Colorado Regulation No. 7, Section VIII.C as set forth in Condition 43.8 of this permit.

33.4    Equipment leaks associated with components and component groupings meeting the applicability requirements in 40 CFR Part 60 Subpart GGGa §60.590a are subject to the following requirements:

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 124

33.4.1    These sources are subject to the NSPS general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 56 of this permit.

33.4.2    Those sources meeting the applicability requirements in §60.590a are subject to the requirements in 40 CFR Part 60, Subpart GGGa, Standards of Performance for Equipment Leaks in Petroleum Refineries for Which Construction, Reconstruction, or Modification Commenced After November 7, 2006 as set forth in Condition 47 of this permit.

The permittee shall retain records of components not subject to permit limits that meet the applicability requirements in 40 CFR Part 60 Subpart GGGa. Such records shall be made available to the Division upon request.

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 125

**34.    Fugitive VOC Equipment Leaks with Permitted Emission Limits**

**Asphalt Unit (Plant 3) Wastewater Treatment System – Individual Drain Systems – F101**

**Asphalt Processing Unit Fugitives – F102**

**Number 3 Hydrodesulfurizer Fugitives – F103**

**Cryogenic Vapor Recovery Unit Fugitives – F104**

**Number 2 Hydrodesulfurizer Fugitives – F105**

**Light Straight Run Distillation Tower Fugitives – F106**

**Vapor Recovery Unit Debutanizer Fugitives – F108**

**Number 4 Hydrodesulfurizer Fugitives – F109**

**Tail Gas Unit Amine Treatment System Fugitives – F110**

**Sour Water Stripper System Fugitives – F111**

**Modified Tank Farm Piping Fugitives – F112**

**Catalytic Reforming Unit Modification Fugitives – F113**

**GBR Unit Fugitives – F114**

**Bio-Diesel Fugitives – F115**

**Relief Valve Project – F116**

**Pipeline Receipt Station Fugitives – F200**

**MPV Project Fugitives – F202**

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| VOC* | 34.1 | F102: 9.13 tons/year<br>F103: 23.82 tons/year<br>F104: 10.06 tons/year<br>F105: 1.81 tons/year<br>F106: 4.5 tons/year<br>F108: 6.8 tons/year<br>F109: 9.68 tons/year<br>F110: 1.27 tons/year<br>F111: 0.12 tons/year<br>F112: 5.27 tons/year<br>F113: 4.5 tons/year<br>F114:  9.24 tons/year<br>F115: 3.38 tons/year<br>F116: 3.61 tons/year<br>F200: 1.84 tons/year<br>F202: 3.71 tons/year | Guideware | Recordkeeping Calculation | Annually |

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 126

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| Equipment Leaks: NSPS and MACT Requirements | 34.2 | Inspection and Repair Requirements | | Inspection | See 40 CFR Part 60 Subpart GGGa (Condition 47) |
| | | All but F101: 40 CFR Part 60 Subpart GGGa | | | |
| F106 and F116: Flaring of Relief Valves | 34.3 | Relief Valves shall be routed to a flare. | | | |
| F108: Wastewater Drains | 34.4 | | | Inspection | See 40 CFR Part 60 Subpart QQQ (Condition 51) |
| F109 and F111: Equipment Leaks | 34.5 | Inspection and Repair Requirements | | Inspection | Quarterly |
| F101, F103, F104, F109, F110, F113 and F114: Wastewater NSPS Requirements | 34.6 | Drain Requirements | | See 40 CFR Part 60 Subpart QQQ (Conditions 51.3 thru 51.16) | |
| RACT Requirements – Equipment Leaks and Drains | 34.7 | See Condition 34.7 | | See Condition 34.7 | |
| NSPS General Provisions | 34.8 | See 40 CFR Part 60 Subpart A (Condition 56) | | See 40 CFR Part 60 Subpart A (Condition 56) | |
| F101 – Inactive Component Requirements | 34.9 | See Condition 34.9 | | See Condition 34.9 | |

*The Asphalt unit (Plant 3) wastewater treatment system is subject to an overall VOC limits, which includes the CPI separator and drain systems. This limit is included in Condition 32.1 of this permit.

34.1    Emissions of air pollutants shall not exceed the limitations listed in the table above. (Colorado Construction Permits 89AD164 (F104), 91AD180-2 (F102), as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to increase emission limit as specified in the APEN submitted on 12/22/10**, 91AD180-1 (F103), 91AD180-4 (F105), 85AD079 (F106), 01AD0363 (F108), 04AD0110 (F109), 04AD0111 (F110), 04AD0112 (F111) and 04AD0113 (F112), revised under the provisions in Section I, Condition 1.3 to remove the number of components specified in the various construction permits, 09AD1352 (F114) and for F113, F115, F116, F200 and F202, as provided for under the provisions in Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to set emission limits as specified in the APENs submitted on November 15, 2011 (F113), January 30, 2012 (F115), April 29, 2015 (F116), July 11, 2016, red-lined December 30. 2016 (F200) and February 10, 2017 (F202)) Compliance with the emission limitations shall be monitored by calculating emissions annually for each emission

group (e.g. modified tank farm), using Guideware.  Guideware is Suncor's fugitive emission's tracking software program which estimates emissions based on EPA's "Protocol for Equipment Leak Emission Estimates", EPA-453/R-95-017, November 1995. Guideware estimates emissions based on actual leak data for those components that are screened and emission factors and assumed control efficiencies for those components that are not screened.

34.2    Except for F101, equipment leak emissions associated with these sources are subject to the requirements of 40 CFR Part 60 Subpart GGGa as set forth in Condition 47 of this permit.

34.3    The following relief valves shall be vented to a flare:

    34.3.1    The two (2) relief valves for F106 shall be vented to a flare. (Colorado Construction Permit 85AD079)

    34.3.2    The twenty five (25) relief valves for F116 shall be vented to a flare.  (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, requested emissions are based on these valves being routed to a flare)

34.4    The F108 wastewater drains shall be included in the facility's New Source Performance Standard Subpart QQQ drain inspection program. (Note: The wastewater drains are not subject to Subpart QQQ, however, the permittee will include the drains in the inspection program in order to use the control efficiency associated with Subpart QQQ inspections, for emission estimation purposes.) (Colorado Construction Permit 01AD0363)

34.5    Equipment leaks for F109 and F111 are defined as 500 ppm for valves in light liquid and/or gaseous service, excluding pressure relief devices and 2,000 ppm for pumps in light liquid and/or gas service.  Valves and pumps shall be monitored for leaks quarterly using the method specified in Condition 43.8.5.  The monitoring frequency shall be quarterly.  The first attempt at repair shall be conducted whenever a leak, as defined in this condition, is detected.  (Colorado Construction Permits 04AD0110 and 04AD0112, as modified under the provisions in Section I, Condition 1.3 to specify the monitoring method)

34.6    The individual drain systems associated with F101, F103, F104, F109, F110, F113 and F114 are subject to 40 CFR Part 60 Subpart QQQ, Standards of Performance for VOC emissions from Petroleum Refinery Wastewater Systems, specifically the requirements in §60.692-2, as set forth in Conditions 51.3 through 51.16 of this permit.

34.7    Equipment leaks and drains associated with these sources are subject to the requirements in Colorado Regulation No. 7, Section VIII.C as set forth in Condition 43.8 of this permit.

34.8    These sources are subject to the general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 56 of this permit.

34.9    For F101: Inactive drains shall be completely sealed, the seal shall not be removed more than 1 hour per week. All drains and junction boxes shall be equipped with water seals. (Colorado Construction Permit 91AD726R, revised in accordance with Section I, Condition 1.3 of this permit)

## 35.    Opacity Limits

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| Opacity | 35.1 | Not to exceed 20%, except as provided for in 35.2 and 35.3, below | | Based on emission unit type. See Conditions 35.5 thru 35.7 and 35.10. | |
| | 35.2 | Special Conditions - Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |
| Opacity – Flare | 35.3 | Not to exceed 30% for more than six (6) minutes in any 60 consecutive minutes | | See Conditions 35.8 and 35.9. | |
| Opacity- **state-only** | 35.4 | Not to exceed 20% | | Based on emission unit type. See Conditions 35.5 thru 35.7 and 35.10. | |

35.1    Except as provided in Conditions 35.2 and 35.3, below, no owner or operator of a source shall allow or cause the emission into the atmosphere of any air pollutant which is in excess of 20 percent opacity. This standard is based on 24 consecutive opacity readings taken at 15-second intervals for six minutes. The approved reference test method for visible emissions measurement on which the standards in Regulation No. 1 Section II.A are based is EPA Method 9 (40 CFR, Part 60, Appendix A (July, 1992)). (Colorado Regulation No. 1, II.A.1)

35.2    No owner or operator of a source shall allow or cause to be emitted into the atmosphere of any air pollutant resulting from the building of a new fire, cleaning of fire boxes, soot blowing, start-up, any process modification, or adjustment or occasional cleaning of control equipment, which is in excess of 30 percent opacity for a period or periods aggregating more than six (6) minutes in any sixty (60) consecutive minutes. (Colorado Regulation No. 1, II.A.4)

35.3    No owner or operator of a smokeless flare or other flare for the combustion of waste gases shall allow or cause emissions into the atmosphere of any air pollutant which is in excess of 30% opacity as measured by EPA Method 9 for a period or periods aggregating more than six (6) minutes in any sixty (60) consecutive minutes. (Colorado Regulation No. 1, Section II.A.5)

35.4    No owner or operator subject to the provisions of this regulation may discharge, or cause the discharge into the atmosphere of any particulate matter which is:

Greater than 20% opacity.

(Colorado Regulation No. 6, Part B, II.C.3 and VII.C – These are **State-Only** requirements.  The provisions in Section VII.C only apply to the TGU incinerator (H-25))

This opacity standard applies at all times except during periods of startup, shutdown, or malfunction. (40 CFR Part 60, Subpart A, 60.11 (c), as adopted by reference in Colorado Regulation No. 6, Part B, I.A).

Compliance with the above opacity standards shall be monitored as follows:

### 35.5  Fuel Burning Equipment

35.5.1   For all fuel burning equipment, in the absence of credible evidence to the contrary, compliance with the opacity limits in Conditions 35.1, 35.2 and 35.4 shall be presumed since only gaseous fuel is permitted to be used as fuel.  The permittee shall maintain records to verify that only gaseous fuel is used.

### 35.6  Sulfur Recovery Units with Tail Gas Unit and Incinerator

Compliance with the opacity limitations in Conditions 35.1, 35.2 and 35.4 shall be monitored as follows:

35.6.1   The permittee shall perform a visual inspection of the source stack (H-25) at least once per month (during daylight hours). Such inspection shall last at least six minutes. When visible emissions persist for more than six (6) minutes, an EPA Reference Method 9 observation shall be performed within one-half hour.  The EPA Method 9 observations conducted to satisfy the requirements in Condition 35.6.2 shall also satisfy the requirement to conduct a visible emission observation for that month.

35.6.2   The permittee shall conduct an EPA Reference Method 9 visual opacity observation (in accordance with 40 CFR Part 60, Appendix A, as adopted by reference in Colorado Regulation No. 6, Part A) quarterly.

35.6.3   Subject to the provisions of C.R.S. 25-7-123.1 and in the absence of credible evidence to the contrary, exceedance of the limit shall be considered to exist from the time a Method 9 reading is taken that shows an exceedance of the opacity limit until a Method 9 reading is taken that shows the opacity is less than the opacity limit.

35.6.4   All opacity observations shall be performed by an observer with current and valid Method 9 certification.  Results of Method 9 readings and a copy of the certified Method 9 reader's certificate shall be kept on site and made available to the Division upon request.

35.7    **FCCU**

35.7.1    For the FCCU Regenerator Vent: Compliance with the opacity limits in Conditions 35.1 and 35.2 will be monitored by means of the COM required by Condition 45.3.1.

35.7.2    For FCCU Catalyst Buildup Removal: Removal of catalyst buildup from the internal surfaces of the Waste Heat Boiler is considered to be "soot blowing" for opacity limit purposes and subject to the opacity limitation in Condition 35.2. The permittee shall follow the Division approved plan as set forth in Appendix J of this permit for determining when the 30% limit applies and how compliance will be monitored.

35.7.3    For FCCU Catalyst Loading/Unloading: Compliance with the opacity limits in Conditions 35.1 and 35.2 shall be monitored as follows:

35.7.3.1    Established standard operating procedures (SOPs) minimizing visible emissions shall be followed when loading and unloading FCCU catalyst. These SOPs shall be in written form and made available to the Division for inspection upon request.

35.7.3.2    Semi-annual EPA Reference Method 9 opacity readings shall be conducted while the loading/unloading activity is taking place.

35.7.3.3    Subject to the provisions of C.R.S. 25-7-123.1 and in the absence of credible evidence to the contrary, exceedance of the limit shall be considered to exist from the time a Method 9 reading is taken that shows an exceedance of the opacity limit until a Method 9 reading is taken that shows the opacity is less than the opacity limit.

35.7.3.4    All opacity observations shall be performed by an observer with current and valid Method 9 certification.  Results of Method 9 readings and a copy of the certified Method 9 reader's certificate shall be kept on site and made available to the Division upon request.

35.7.3.5    If FCCU catalyst loading and/or unloading does not take place within the semi-annual period, then no Method 9 opacity readings are required for that semi-annual period.

35.8    **Truck Loading Rack, and Rail Loading Rack Flare**

35.8.1    In absence of credible evidence to the contrary, compliance with the opacity limit in Condition 35.3 shall be assumed whenever the provisions set forth in Condition 57 of this permit are met.

35.9    **Flares**

35.9.1    For F1 (Main Plant Flare) and F2 (Asphalt Unit Flare): In absence of credible evidence to the contrary, compliance with the opacity limit in Condition 35.3 shall be assumed whenever the provisions set forth in Condition 57 of this permit are met.

## 35.10    Reformer

35.10.1    For Reformer Catalyst Loading and Unloading: Compliance with the opacity limitations in Conditions 35.1, 35.2 and 35.4 shall be monitored as follows:

35.10.1.1    Established standard operating procedures (SOPs) minimizing visible emissions are followed. These SOPs shall be in written form and made available to the Division for inspection upon request.

35.10.1.2    Semi-annual EPA Reference Method 9 opacity readings shall be conducted while the reformer catalyst loading/unloading activity is taking place.

35.10.1.3    Subject to the provisions of C.R.S. 25-7-123.1 and in the absence of credible evidence to the contrary, exceedance of the limit shall be considered to exist from the time a Method 9 reading is taken that shows an exceedance of the opacity limit until a Method 9 reading is taken that shows the opacity is less than the opacity limit.

35.10.1.4    All opacity observations shall be performed by an observer with current and valid Method 9 certification.  Results of Method 9 readings and a copy of the certified Method 9 reader's certificate shall be kept on site and made available to the Division upon request.

35.10.1.5    If reformer catalyst loading and/or unloading does not take place within the semi-annual period, then no Method 9 opacity readings are required for that semi-annual period.

## 36.    Particulate Matter Emission Limits – Fuel Burning Equipment

36.1    No owner or operator shall cause or permit to be emitted into the atmosphere from any fuel burning equipment, particulate matter in the flue gases which exceeds the following:

For fuel burning equipment with designed heat inputs greater than $1 \times 10^6$ BTU per hour, but less than or equal to $500 \times 10^6$ BTU per hour, the following equation will be used to determine the allowable particulate emission limitation.

$PE = 0.5(FI)^{-0.26}$

Where: PE = Particulate Emission in Pounds per million BTU heat input.

FI = Fuel Input in Million Btu per hour.

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 132

(Colorado Regulation No. 1, III.A.1.b)

In the absence of credible evidence to the contrary, compliance with this emission limit shall be presumed since only gaseous fuel is permitted to be used as fuel. The permittee shall maintain records to verify that only gaseous fuel is used.

## 37. SV1 Soil Vapor Extraction (SVE) Unit – RSI Engine

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| Non-Road Engine Status | 37.1 | Permit is Required if Engine is to Remain in One Location for More than 12 Consecutive Months | | See Condition 37.1 | |
| VOC Emissions from Soil Vent | 37.2 | VOC Emissions from Soil Vent Shall be Routed to the Engine for Destruction and Shall not Exceed 0.08 Tons/year | $2.96 \times 10^{-2}$ lb/MMBtu | Recordkeeping Calculation | Monthly |
| Hours of SVE Unit Operation | 37.3 | | | Recordkeeping | Monthly |

37.1    The internal combustion engine associated with SV1 shall not remain in one location for more than twelve (12) consecutive months unless a construction permit or a modification to this Title V permit is issued prior to the end of the twelve month period. A location is any single site at a building, structure, facility (e.g. refinery), or installation. Any engine (or engines) that replace an engine at a location and that is intended to perform the same or similar function as the engine replaced will be included in calculating the consecutive time period.

37.2    Emissions from the soil vent shall be routed to the RSI engine for destruction and shall not exceed 0.08 tons/year. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section III.A.6 and Part C, Section X based on requested emissions indicated on the APEN submitted on 9/26/08)  Compliance with the annual limits shall be monitored by calculating emissions monthly using the above emission factor (from AP-42, Section 3.2 (dated 7/00), Table 3.2-3), the SVE Unit engine heat input rate (0.60 MMBtu/hr) and hours of operation for the SVE Unit in the following equation:

Tons/mo = [EF (lb/MMBtu) x 0.60 MMBtu/hr x Monthly hours of operation (hr/mo)]/2000 lb/ton

Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

37.3    Hours of operation from the SVE Unit shall be monitored and recorded monthly. Hours of operation shall be used to calculate monthly emissions as specified in Condition 37.2.

Air Pollution Control Division  
Colorado Operating Permit  
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.  
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)  
Page 133

## 38.    Sulfur Dioxide Emission Limits

| Parameter | Permit Condition Number | Limitation | Compliance Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| SO$_2$ Emissions – Colorado Regulation No.1 | 38.1 | 0.3 lb/bbl oil processed/day | Per Appendix H | Recordkeeping Calculation | Daily Monthly |
| New Source Performance Standards Subpart J – Fuel Burning Equipment Requirements | 38.2 | Fuel Gas shall not contain H$_2$S in excess of 0.10 gr/dscf, on a 3-hr rolling average[1] | | Continuous Monitoring System | Continuous |

[1]The preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv H$_2$S averaged over a 3-hour period (See 73 FR 35852).

38.1    New sources of sulfur dioxide shall not emit or cause to be emitted sulfur dioxide in excess of the following process-specific limitations. 0.3 lbs. sulfur dioxide, for the sum of all SO$_2$ emissions from a given refinery per barrel of oil processed. (Averaged over a daily 24 hour period, i.e. midnight through 23:59.) (Regulation No. 1, Section VI.B.4.e)

In accordance with the procedures set forth in Appendix H of this permit, SO$_2$ emissions will be calculated for each SO$_2$ source and compared to the records of oil processed at the refinery. For each month, daily SO$_2$ emissions will be calculated by the end of the following month, and kept on file.

38.2    **40 CFR Part 60, Subpart J – Standards of Performance for Petroleum Refineries – Fuel Gas Combustion Device Requirements**, as adopted by reference in Colorado Regulation No. 6, Part A

Note: Also see Condition 45 for NSPS Subpart J requirements for SRUs and FCCU.

The requirements below reflect the current rule language as of the latest revisions to 40 CFR Part 60 Subpart J published in the Federal Register on December 1, 2015. However, if revisions to this Subpart are promulgated at a later date, the owner or operator is subject to the requirements contained in the revised version of 40 CFR Part 60 Subpart J. The relevant requirements in 40 CFR Part 60 Subpart J applicable to fuel gas combustion devices include, but are not limited to the following:

**Standards for sulfur oxides (60.104)**

38.2.1    No owner or operator subject to the provisions of this subpart shall burn in any fuel gas combustion device any fuel gas that contains hydrogen sulfide (H$_2$S) in excess of 230 mg/dscm (0.10 gr/dscf). The combustion in a flare of process upset gases or fuel

Case No. 1:24-cv-02164-DDD-SBP   Document 27-11   filed 01/21/25   USDC Colorado
pg 145 of 448

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                      Page 134

gas that is released to the flare as a result of relief valve leakage or other emergency malfunctions is exempt from this paragraph. (60.104(a)(1))

Note that the preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv $H_2S$ averaged over a 3-hour period (See 73 FR 35852)

**Monitoring of emissions and operations (60.105)**

38.2.2    Continuous monitoring systems shall be installed, calibrated, maintained, and operated by the owner or operator subject to the provisions of this subpart as follows (60.105(a)):

38.2.2.1    Instead of the $SO_2$ monitor in §60.105(a)(3) for fuel gas combustion devices subject to §60.104(a)(1), an instrument for continuously monitoring and recording the concentration (dry basis) of $H_2S$ in fuel gases before being burned in any fuel gas combustion device. (60.105(a)(4))  The $H_2S$ monitoring device shall meet the requirements in §60.105(a)(4)(i) through (iii).

38.2.3    <u>Exemptions from Monitoring:</u>  The owner or operator of a fuel gas combustion device is not required to comply with paragraph (a)(3) or (4) of this section for fuel gas streams that are exempt under §60.104(a)(1) and fuel gas streams combusted in a fuel gas combustion device that are inherently low in sulfur content. Fuel gas streams meeting one of the requirements in paragraphs (a)(4)(iv)(A) through (D) of this section will be considered inherently low in sulfur content. If the composition of a fuel gas stream changes such that it is no longer exempt under §60.104(a)(1) or it no longer meets one of the requirements in paragraphs (a)(4)(iv)(A) through (D) of this section, the owner or operator must begin continuous monitoring under paragraph (a)(3) or (4) of this section within 15 days of the change. (60.105(a)(4)(iv))

38.2.3.1    The following fuel gas streams are exempt from the sulfur monitoring requirements as specified in 60.105(a)(4)(iv)(C) because they are intolerant of sulfur: PSA purge gas to the hydrogen plant reforming furnace, hydrogen plant bypass line to the main plant flare and No. 1 catalyst polymerization unit purge line (prior to catalyst change out) to the main plant flare.

38.2.3.2    The following fuel gas streams are exempt from the sulfur monitoring requirements as specified in 60.105(a)(4)(iv)(D): recovered rail rack loading vapors (exemption application submitted on October 13, 2010).

38.2.4    An owner or operator may demonstrate that a fuel gas stream combusted in a fuel gas combustion device subject to §60.104(a)(1) that is not specifically exempted in §60.105(a)(4)(iv) is inherently low in sulfur. A fuel gas stream that is determined to be low-sulfur is exempt from the monitoring requirements in paragraphs (a)(3) and

(4) of this section until there are changes in operating conditions or stream composition. (60.105(b))

38.2.4.1    The owner or operator shall submit to the Administrator a written application for an exemption from monitoring. The application must contain the information in 60.105(b)(1)(i) through (v). (60.105(b)(1))

38.2.4.2    The effective date of the exemption is the date of submission of the information required in 60.105(b)(1).  (60.105(b)(2))

38.2.4.3    No further action is required unless refinery operating conditions change in such a way that affects the exempt fuel gas stream/system (e.g., the stream composition changes). If such a change occurs, the owner or operator will follow the procedures in 60.105(b)(3)(i), (b)(3)(ii), or (b)(3)(iii). (60.105(b)(3))

38.2.5    <u>Excess Emissions.</u> For purposes of reports under 60.7(c), periods of excess emissions that shall be determined and reported are defined as follows (60.105(e)):

38.2.5.1    *Sulfur dioxide from fuel gas combustion.* All rolling 3-hour periods during which the average concentration of $H_2S$ as measured by the $H_2S$ continuous monitoring system under §60.105(a)(4) exceeds 230 mg/dscm (0.10 gr/dscf). (60.105(e)(3)(ii))

Note that the preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv $H_2S$ averaged over a 3-hour period (See 73 FR 35852).

**Reporting and recordkeeping requirements (60.107)**

38.2.6    For each fuel gas stream combusted in a fuel gas combustion device subject to §60.104(a)(1), if an owner or operator determines that one of the exemptions listed in §60.105(a)(4)(iv) applies to that fuel gas stream, the owner or operator shall maintain records of the specific exemption chosen for each fuel gas stream. If the owner or operator applies for the exemption described in §60.105(a)(4)(iv)(D) (fuel gas streams specified in Condition 38.2.3.2), the owner or operator must keep a copy of the application as well as the letter from the Administrator granting approval of the application. (60.107(e))

### 39. Reasonably Available Control Technology – General Requirements for Storage and Transfer of Volatile Organic Compounds - Colorado Regulation No. 7, Section III

| Parameter | Permit Condition Number | Limitation | Compliance Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| Maintenance and Operation of Storage Tanks | 39.1 | Minimize Vapor Loss | | Inspection | Semi-Annually |

39.1    Maintenance and Operation of Storage Tanks and Related Equipment (III.A.)

All storage tank gauging devices, anti-rotation devices, accesses, seals, hatches, roof drainage systems, support structures, and pressure relief valves, shall be maintained and operated to prevent detectable vapor loss except when opened, actuated, or used for necessary and proper activities (e.g. maintenance). Such opening, actuation, or use shall be limited so as to minimize vapor loss.

Detectable vapor loss shall be determined visually, by touch, by presence of odor, or using a portable hydrocarbon analyzer. When an analyzer is used, detectable vapor loss means a VOC concentration exceeding 10,000 ppm. When an analyzer is used, testing and monitoring shall be conducted as in Colorado Regulation No. 7, Section VIII.C.3.

Monitoring: Detectable vapor loss shall be determined using one of the methods described above, at least semi-annually. Records of the monitoring method and results shall be maintained for Division inspection upon request.

### 40. Reasonably Available Control Technology – Storage of Highly Volatile Organic Compounds - Colorado Regulation No. 7, Section IV

Storage Tanks D-811, T81, T82, D-812, D-813, D-814, T90, T91, T92, and T400 are subject to these requirements. These tanks operate under pressure and have emissions less than de minimis reporting levels and are not subject to any other requirements.

40.1    Highly volatile organic compounds shall be stored:

In a pressure tank which is at all times capable of maintaining working pressures sufficient to prevent vapor loss to the ambient air; or

With methods and/or equipment approved by the Division in writing pursuant to the request of the person owning or operating the storage facility.

(Colorado Regulation No. 7, IV.A)

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 137

40.2    Vapor loss shall be determined visually, by presence of frost or condensation at the point of leakage, or using a portable hydrocarbon analyzer. When an analyzer is used, detectable vapor loss means a VOC concentration exceeding 10,000 ppm. When an analyzer is used, testing and monitoring shall be conducted as in Colorado Regulation No. 7, Section VIII.C.3. (Colorado Regulation No. 7, IV.B.2)

Monitoring: Detectable vapor loss shall be determined using one of the methods described above, at least semi-annually. Records of the monitoring method and results shall be maintained for Division inspection upon request.

**41.    Reasonably Available Control Technology for Storage and Transfer of Petroleum Liquid - Colorado Regulation No. 7, Section VI**

| Parameter | Permit Condition Number | Limitation | Compliance Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| General Requirements | 41.1 | See Condition 41.1 | | | |
| Requirements for Tanks > 40,000 Gallons | 41.2 | Fixed Roof Tanks - See Condition 41.2.1 | | Inspection | Semi-Annually & when out of service |
| | | Above Ground Tanks External Surfaces - See Condition 41.2.2 | | | |
| | | External Floating Roofs - See Condition 41.2.3 | | Inspection | Semi-annually |
| Transfer at Terminals | 41.3 | See Condition 41.3 | | Testing | See Condition 41.3 |
| Transport Vehicles | 41.4 and 41.5 | Loading Restrictions | | See Conditions 41.4.1 and 41.5 | |
| Tanks < 40,000 gallons | 41.6 | Submerged Fill Pipe and Vapor Control System | | See Condition 41.6 | |

41.1    General Requirements (VI.A.1)

No person shall build, install, or permit the building or installation of any rotating pump or compressor handling any type of petroleum liquid unless said pump or compressor is equipped with mechanical seals or other equipment of equal efficiency. If reciprocating-type pumps and compressors are used, they shall be equipped with packing glands properly installed, in good working order, and properly maintained so that no detectable emissions occur from the drain recovery systems.

41.2    Storage of Petroleum Liquid in Tanks Greater than 151,412 liters (40,000 gallons) – VI.B.2

Case No. 1:24-cv-02164-DDD-SBP    Document 27-11    filed 01/21/25    USDC Colorado
pg 149 of 448

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 138

41.2.1    Storage of petroleum liquids in fixed roof tanks are subject to the requirements of Colorado Regulation No. 7, Section VI.B.2.a.  (T96, T97, T116, T4504, T4516, T4517. T4518 and T7208 are subject to this condition.)  Note: Records of inspection results shall be kept five years.

Note that tanks T4504, T4516, T4517 and T4518 meet the requirements in Section VI.B.2 using a closed vent system and control device as provided for in Section VI.B.2.a.(i)(B).  In the absence of credible evidence to the contrary compliance with the control device requirements (Section VI.B.2.a.i(C)) and methods for determining control efficiency (Section VI.B.2.a.i(D)) is presumed provided these tanks are in compliance with the BWON control device requirements (Condition 65).

41.2.2    Above Ground Storage Tanks – VI.B.2.b

Above ground storage tanks used for the storage of petroleum liquid shall have all external surfaces coated with a material which has a reflectivity of solar radiation of 0.7 or more. Methods A or B of ASTM E424 shall be used to determine reflectivity. Alternatively, any untinted white paint may be used which is specified by the manufacturer for such use.

This provision shall not apply to written symbols or logograms applied to the external surface of the container for purposes of identification provided such symbols do not cover more than 20% of the exposed top and side surface area of the container or more than 18.6 square meters (200 square feet), whichever is less. (Section VI.B.2.b) (Except for the pipeline receipt station sump, T182, T4502, T4503, T4507, T4508, T4514 and T4515 all tanks covered by this permit are subject to this condition)

41.2.3    Seals on External Floating Roof Tanks – VI.B.2.c

All petroleum liquid storage vessels equipped with external floating roofs, having capacities greater than 150,000 liters (40,000 gallons), located in ozone non-attainment areas, are subject to the applicable monitoring, operating, and recordkeeping requirements of Colorado Regulation No. 7, Section VI.B.2.c. (T1, T34, T55, T58, T60, T67, T70, T75, T77, T78, T80, T775, T776, T777, T778, T2010 and T4501 are subject to this condition. T62, T64, T65, T66, T72 and T774 are subject only to the recordkeeping provisions of VI.B.2.c.(ii)(C)).

41.3    Loading Facilities Classified as Terminals – Section VI.C.2 (R101 and R102 are subject to this condition)

41.3.1    The owner or operator of a terminal subject to this subsection shall equip the terminal with proper loading equipment and shall follow the loading procedures listed below (Section VI.C.2.b):

41.3.1.1    Install dry-break loading couplings to prevent petroleum liquid loss

| Case No. 1:24-cv-02164-DDD-SBP | Document 27-11 | filed 01/21/25 | USDC Colorado |
pg 150 of 448

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 139

during uncoupling from vehicles. (VI.C.2.b.(i))

41.3.1.2 Install a vapor collection and disposal system which gathers vapor transferred from vehicles being loaded. The system shall include devices to prevent the release of vapor from vapor recovery hoses not in use. (VI.C.2.b.(ii))

41.3.1.3 Use operating procedures to ensure that petroleum liquid cannot be transferred unless the vapor collection equipment is in use. (VI.C.2.b.(iii))

41.3.1.4 Provide for the prevention of overfilling of transport vehicles with loading pump shut-offs, set stop meters, or comparable equipment. (VI.C.2.b.(iv))

41.3.1.5 Operate all recovery and disposal equipment at a back pressure less than the pressure relief valve setting of transport vehicles. (VI.C.2.b.(v))

41.3.1.6 Prevent the release of petroleum liquid on the ground from transport vehicles. Provision shall be made to remove any undelivered petroleum liquid with closed drainage devices. (VI.C.2.b.(vi))

41.3.1.7 Maintain and operate final recovery and disposal equipment or devices in the vapor control system (i.e., control devices) so as to emit no more than 80 milligrams of volatile organic compounds per liter of gasoline being loaded. Such disposal devices shall be approved by the Division. (VI.C.2.b.(vii))

41.3.1.8 Prevent loading of petroleum liquid into transport vehicles which do not have valid leak-tight certification as required in Section VI.D. No truck shall be loaded unless a valid certification sticker is displayed, or a certification letter is carried in the truck. (VI.C.2.b.(viii))

41.3.1.9 Follow all control procedures to prevent leaks as specified in Section XV. (VI.C.2.b.(ix))

41.3.2 Control devices shall meet the applicable requirements including recordkeeping of subsections IX.A.3.a, b, c, and e, and IX.A.8.a and b. (Section VI.C.2.c)

41.3.3 The applicable methods of 40 CFR 60.503, or EPA reference methods 1 through 4, 25A, and 25B of 40 CFR Part 60 shall be used to determine the efficiency of control devices. (Section VI.C.2.d)

41.3.4 The methods set forth in Appendix A of EPA-450/2-77-026, "Control of Hydrocarbons from Tank Truck Gasoline Loading Terminals" shall be used to test emission points other than control devices. (Section VI.C.2.e)

In the absence of credible evidence to the contrary compliance with Conditions 41.3.2 through 41.3.4 is presumed provided the requirements in Conditions 57 (control devices), 50 (R102) and 52 (R101) are met.

41.4    Transport Vehicles – Section VI.C.4.a (R101 is subject to this condition.)

    41.4.1    Rail cars shall be loaded only at facilities which allow for the following (VI.C.4.a):

        41.4.1.1    A submerged fill pipe which reaches within 15.24 cm (6 in.) of the bottom of the tank. (VI.C.4.a.(i))

        41.4.1.2    Vapor collection and/or disposal equipment designated and operated to recover vapors displaced during the loading of the rail car. (VI.C.4.a.(ii))

        41.4.1.3    A vapor-tight seal around the tank car hatch and the loading equipment. (VI.C.4.a.(iii))

41.5    Control of Volatile Organic Compound Leaks from Gasoline Transport Trucks - Section VI.D.2.a (R102 is subject to this condition.)

    41.5.1    No terminal operator, when monitoring the gasoline loading operation and no owner or operator of a gasoline transport truck shall allow a gasoline transport truck subject to this Subsection VI.D. to be filled with a VOC with Reid Vapor Pressure of 4.0 or greater unless the gasoline tank truck meets the requirements in Section VI.D.2.a. (VI.D.2.a)

        Suncor shall maintain a computerized system with information on certified trucks with an interlock system that prevents the loading of uncertified trucks.

41.6    Storage of Petroleum Liquid in Tanks Equal to or Less than 151,412 liters (40,000 gallons) – VI.B.3 (Tanks D-20, T4502, T4503, T4507 and T4508 are subject to these requirements.)

    41.6.1    The permittee shall not allow the transfer of petroleum liquid from any delivery vessel into any tank unless the tank is equipped with a submerged fill pipe and the vapors displaced from the storage tank during filling are processed by a vapor control system. (Colorado Regulation No. 7, Section VI.B.3.b)  Tanks subject to these requirements shall meet the requirements in Sections VI.B.3.c through i, as applicable.

        Tanks D-20, T4502, T4503, T4507 and T4508 are subject to the requirements in Section IV.B.3.c, d, e and h. In the absence of credible evidence to the contrary, compliance with the control device requirements in Section IV.B.3.h is presumed provided these tanks are in compliance with the BWON control device requirements (Condition 65).

**42.    Reasonably Available Control Technology for Crude Oil – Colorado Regulation No. 7, Section VII**

(T58, T775 and T776 are subject to these requirements.) The requirements of this regulation reference Regulation No. 7, Section VI and are outlined in Condition 41 above. They do not require repeating here.

**43.    Reasonably Available Control Technology for Petroleum Refineries - Colorado Regulation No. 7, Section VIII**

| Parameter | Permit Condition Number | Limitation | Compliance Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| Wastewater Separators | 43.1 | Control Device and closed openings | | Inspection | See Condition 43.1 |
| Process Unit Turnarounds | 43.2 | See Condition 43.2 | | As set forth in Division approved procedure | |
| Blowdown System and Relief Valve Venting | 43.3 | 90% combustion efficiency | | See Conditions 43.6 and 43.7 | |
| Vacuum Producing Systems | 43.4 | See Condition 43.4 | | See Conditions 43.6 and 43.7 | |
| Sampling, Testing, and Measuring Ports | 43.5 | Kept in closed position except when being used | | Inspection | Monthly |
| Equipment Leaks | 43.8 | Inspection and Repair | | Inspection and Repair | See Section VIII.C (Condition 43.8) |

43.1    Wastewater (Oil/Water) Separators

T4514 and T4515 (F201 - Plant 1 wastewater treatment system separators) and the CPI separator (F101 – Asphalt unit sewer system) are subject to this condition.

43.1.1    The owner or operator of any wastewater (oil/water) separators at a petroleum refinery shall equip the forebays and separator sections of the wastewater separators with one or more of the emission control devices listed in Section VIII.A.2.a.

43.1.2    The owner or operator of any wastewater (oil/water) separators at a petroleum refinery shall equip all openings in covers, separators, and forebays with lids or seals such that the lids or seals are in the closed position at all times except when in actual use. Access for gauging and sampling shall be minimized. (Section VIII.A.2.b)

Compliance with Conditions 43.1.1 and 43.1.2 shall be monitored as follows:

Case No. 1:24-cv-02164-DDD-SBP    Document 27-11    filed 01/21/25    USDC Colorado
pg 153 of 448

Air Pollution Control Division                                      Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                      Page 142

43.1.3   T-4514 and T4515 meet the requirements in Section VIII.A.2.a using a closed vent system and control device as provided for in Section VIII.A.2.a.(iii). In the absence of credible evidence to the contrary compliance with the control device requirements (Section VIII.A.2.a.(iii)(A) and methods for determining control efficiency (Section VIII.A.2.a.(iii)(B)) is presumed provided the separators are in compliance with the BWON control device requirements (Condition 65). In addition, monitoring of T4514 and 4515 shall be conducted as follows:

43.1.3.1   Each cover seal, access hatch, and all other openings shall be checked by visual inspection quarterly as set forth in 60 CFR Part 61 Subpart FF §61.347(b) (see Condition 65.15).

43.1.3.2   The permittee shall conduct monitoring of the controlled oil-water separators on a quarterly basis in accordance with the "no detectable emissions" provisions in 40 CFR §61.347. (Consent Decree (H-01-4330), paragraph 117(b)) (see also Condition 23.8.3)

43.1.4   The CPI separator meets the requirements in Section VIII.A.2.a using a closed vent system and control device as provided for in Section VIII.A.2.a.(iii). In the absence of credible evidence to the contrary compliance with the control device requirements (Section VIII.A.2.a.(iii)(A) and methods for determining control efficiency (Section VIII.A.2.a.(iii)(B)) is presumed provided the requirements in Section II, Condition 32.5 are met. In addition, monitoring of the CPI separator shall be conducted as follows:

43.1.4.1   Roof seals, access doors and other openings shall be checked by visual inspection semi-annually as set forth in 40 CFR Part 60 Subpart QQQ §60.692-3(a)(5).

43.2   The owner or operator of a petroleum refinery shall develop and submit to the Division for approval a detailed procedure for minimization of volatile organic compound emissions during process unit turnaround. As a minimum, the procedure shall provide for the following (Colorado Regulation No. 7, Section VIII.B.2):

43.2.1   Depressurization venting of the process unit or vessel to a vapor recovery system, or to a flare or firebox which assures at least 90% combustion efficiency.

43.2.2   No emission of volatile organic compounds from a process unit or vessel until its internal pressure is 17.2 psia or less; and

43.2.3   Recordkeeping of the following items. Records shall be kept for at least five years and shall be made available to the Division for review upon request.

43.2.4   Every date that each process unit is shut down.

43.2.5    The approximate vessel volatile organic compound concentration when the volatile organic compounds were first discharged to the atmosphere.

43.2.6    The approximate total quantity of volatile organic compounds emitted to the atmosphere.

43.3    Venting of blowdown systems and safety pressure relief valves

All blowdown systems, process equipment vents, and pressure relief valves shall be vented to a vapor recovery system, or to a flare or firebox which assures at least 90% combustion efficiency. (Section VIII.B.3)

In the absence of credible evidence to the contrary, flares meeting the requirements in Condition 57 of this permit are presumed to be in compliance with these requirements.

43.4    The owner or operator of any vacuum-producing system at a petroleum refinery shall not permit the emission of any noncondensible volatile organic compounds from the condensers, hot wells or accumulators of the system. This emission limit shall be achieved by venting the noncondensible vapors to a flare or other combustion device, or compressing the vapors and adding them to the refinery fuel gas. (Section VIII.B.4.a)

43.5    All sampling, testing, and measuring ports, hatches, and access openings shall be kept in a closed sealed position except during actual sampling or access. (Section VIII.B.5)

Compliance with 43.5 shall be monitored by inspection during a monthly walk-through. Records of inspections shall be maintained for inspection upon request.

43.6    Control devices shall meet the applicable requirements, including recordkeeping, of Colorado Regulation No. 7, Section IX.A.3.a,b,c, and e, and IX.A.8.a and b. (Section VIII.B.6)

In absence of credible evidence to the contrary, compliance with these control device requirements shall be assumed whenever the provisions set forth in Condition 57 of this permit are met.

43.7    The applicable EPA reference methods 1 through 4, and 25, of 40 CFR Part 60, shall be used to determine the efficiency of control devices. (Section VIII.B.7)

43.8    Petroleum Refinery Equipment Leaks (Section VIII.C)

43.8.1    The owner or operator of a petroleum refinery complex subject to this regulation shall meet the requirements set forth in VIII.C.2.a.

43.8.2    Except for safety pressure relief valves, no owner or operator of a petroleum refinery shall install or operate a valve at the end of a pipe or line containing volatile organic compounds unless the pipe or line is sealed with a second valve, a blind flange, a

plug, or a cap. The sealing device may be removed only when a sample is being taken or when the valve is otherwise in use. (VIII.C.2.b)

43.8.3    The Division, at its discretion, may require early unit turnaround based on the number and severity of tagged leaks awaiting turnaround in accordance with the provisions set forth in VIII.C.2.c.

43.8.4    Piping valves and pressure relief valves in gaseous VOC service shall be marked in some manner that will be readily obvious to both refinery personnel performing monitoring and the Division, to identify them as components which are monitored quarterly. (VIII.C.2.d)

43.8.5    Testing and calibration procedures to determine compliance with this regulation shall be consistent with EPA reference method 21 of 40 CFR Part 60. The reference compound may be methane or hexane. A leak is defined as a reading of 10,000 ppmv of the reference compound. (VIII.C.3)

43.8.6    Monitoring shall be conducted using the method specified in Condition 43.8.5, as follows:

    43.8.6.1    Pump seals, piping valves in light liquid service, process drains and heat exchanger flanges and other accessible flanges in VOC service shall be monitored yearly. Components in heavy liquid service are exempt from the requirements in this paragraph (VIII.C.4.a.(i)(A))

    43.8.6.2    Compressor seals and piping valves and pressure relief valves shall be monitored quarterly. (VIII.C.4.a.(i)(B))

    43.8.6.3    Monitor at least weekly by visual methods all pump seals. (VIII.C.4.a.(i).C))

    43.8.6.4    Monitor within 24 hours with a VOC detector and make record of any component from which VOC liquids are observed leaking. (VIII.C.4.a.(i)(D) Any operator-discovered leak that cannot be monitored within 24 hours shall automatically be classified as an LDAR leak.

    43.8.6.5    Components in heavy liquid VOC service shall be monitored within five days if evidence of a potential leak is found by visual, audible, olfactory, or any other detectable method. (VIII.C.4.a.(i)(E))

    43.8.6.6    Inaccessible valves and flanges shall be monitored annually or, as a minimum, at unit shutdown using the procedures of Regulation No. 7, Section VIII.C.2.a(v). Pressure relief devices which are connected to an operating flare header or vapor recovery device, storage tank valves, and valves that are not externally regulated are exempt from the monitoring requirements in Conditions 43.8.6.1 through 43.8.6.5. (VIII.C.4.a.(ii))

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 145

43.8.6.7    The owner or operator of a petroleum refinery, upon the detection of a leaking component as defined in Regulation No. 7, Section 2.a (iii), shall affix a weatherproof and readily visible tag, bearing an identification number and the date the leak is located, to the leaking component. This tag shall remain in place until the leaking component is repaired. In addition, the owner or operator shall log the leak (including those leaks immediately repaired), per the requirements of Regulation Number 7, Section VIII.C.4.b.(i)-(iii).

43.8.7    The owner or operator shall meet the recordkeeping and reporting requirements set forth in VIII.C.4.b and c.

## 44.    Reasonably Available Control Technology – Control of Volatile Organic Compound Leaks from Vapor Collection Systems and Vapor Control Systems Located at Gasoline Terminals, Gasoline Bulk Plants, and Gasoline Dispensing Facilities – Colorado Regulation No. 7, Section XV

(R101 and R102 are subject to these requirements)

44.1    The operator of a vapor collection or vapor control system at a facility subject to the provisions of this section shall operate the vapor collection system and the gasoline loading equipment in a manner that prevents:

44.1.1    Gauge pressure from exceeding 33.6 torr (18 inches of $H_2O$) and vacuum from exceeding gauge pressure of minus 11.2 torr (minus 6 inches of $H_2O$) at the point where the vapor return line on the truck connects with the vapor collection line of the facility. (Section XV.B.1.a)

44.1.2    A reading equal to or greater than 100 percent of the lower explosive limit (LEL, measured as propane) at 2.5 centimeters from a known or potential leak source when measured by the procedures described in Appendix B of "Control of Organic Compound Leaks from Gasoline Tank Trucks and Vapor Collection Systems," EPA-450/2-78-051, during loading or unloading operations at gasoline dispensing facilities, bulk plants and terminals. These procedures shall be performed at least annually. (Section XV.B.1.b)

44.1.3    Avoidable liquid leaks from the system during loading or unloading operations at gasoline dispensing facilities, bulk plants, and terminals. (Section XV.B.1.c)

44.2    Repairs and Modifications (Section XV.B.2)

44.2.1    The operator shall within fifteen (15) days, repair and retest a vapor collection or control system that exceeds the pressure limits stated in Condition 44.1.1, above, excepting that;

Case No. 1:24-cv-02164-DDD-SBP    Document 27-11    filed 01/21/25    USDC Colorado
pg 157 of 448

Air Pollution Control Division                                      Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 146

44.2.2    Should an applicable facility require modification or repairs that will take longer than fifteen (15) days to complete, the operator shall submit to the Division for approval a schedule which includes dates of commencement and completion.

## 45.    40 CFR Part 60, Subpart J – Standards of Performance for Petroleum Refineries (FCCU and Claus Units)

(See Condition 38.2 of this permit for Subpart J fuel gas combustion device requirements)

The requirements below reflect the language in 40 CFR Part 60 Subpart J as of the date of renewal permit issuance [October 1, 2012]. However, the permittee is subject to the latest version of Subpart J. The relevant requirements in 40 CFR Part 60 Subpart J applicable to the SRUs and FCCU include, but are not limited to the following:

**Fluid Catalytic Cracking Unit Catalyst Regenerator - FCCU addressed in Condition 22**

| Parameter | Permit Condition Number | Limitation | Compliance Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| PM | 45.1.1 | 1.0 lb/1000 lb coke burn-off | | Stack Test | Annually |
| Opacity | 45.1.2 | Not to exceed 30 percent, except for one six-minute average in any one hour period | | COM | Continuous |
| CO | 45.2 | 500 ppmvd, on a 1-hr average | | CEM | Continuous |

45.1    No owner or operator subject to the provisions of this subpart shall discharge or cause the discharge into the atmosphere from any fluid catalytic cracking unit catalyst regenerator:

45.1.1    Particulate matter in excess of 1.0 kg/1000 kg (1.0 lb/1000 lb) of coke burn-off in the catalyst regenerator. (60.102(a)(1))

45.1.2    Gases exhibiting greater than 30 percent opacity, except for one six-minute average opacity reading in any one hour period. (60.102(a)(2))

45.2    No owner or operator subject to the provisions of this subpart shall discharge or cause the discharge into the atmosphere from any fluid catalytic cracking unit catalyst regenerator any gases that contain carbon monoxide (CO) in excess of 500 ppm by volume (dry basis). (60.103)(a))

**Monitoring of emissions and operations (60.105)**

45.3    Continuous monitoring systems shall be installed, calibrated, maintained, and operated by the owner or operator subject to the provisions of this subpart as follows: (60.105(a))

45.3.1    For fluid catalytic cracking unit catalyst regenerators subject to §60.102(a)(2) (Condition 45.1.2), an instrument for continuously monitoring and recording the opacity of emissions into the atmosphere. The instrument shall be spanned at 60, 70, or 80 percent opacity. (60.105(a)(1))

45.3.2    For fluid catalytic cracking unit catalyst regenerators subject to §60.103(a) (Condition 45.2), an instrument for continuously monitoring and recording the concentration by volume (dry basis) of CO emissions into the atmosphere, except as provided in paragraph (a)(2)(ii) of this section. (60.105(a)(2))  The span value for this instrument is 1,000 ppm CO. (60.105(a)(2)(i))

45.4    The average coke burn-off rate (thousands of kilograms per hour) and hours of operation shall be recorded daily for any fluid catalytic cracking unit catalyst regenerator subject to 60.102, 60.103, or 60.104(b)(2) (Conditions 45.1 and 45.2). (60.105(c))

45.5    For the purpose of reports under 60.7(c), periods of excess emissions shall be determined and reported are defined as follows:

45.5.1    All 1-hour periods that contain two or more 6-minute periods during which the average opacity as measured by the continuous monitoring system under §60.105(a)(1) exceeds 30 percent. (60.105(e)(1))

45.5.2    All 1-hour periods during which the average CO concentration as measured by the CO continuous monitoring system under §60.105(a)(2) exceeds 500 ppm. (60.105(e)(2))

**Reporting and recordkeeping requirements (60.107)**

45.6    Each owner or operator subject to 60.104(b) shall record and maintain the information set forth in 60.107(b).

45.7    Each owner or operator subject to 60.104(b) shall submit a report except as provided by 60.107(d). The information set forth in 60.107(c) shall be contained in the report.

45.8    The owner or operator of an affected facility shall submit the reports required under this subpart to the Division semiannually for each six-month period. All semiannual reports shall be postmarked by the 30th day following the end of each six-month period. (60.107(e))

45.9    The owner or operator of the affected facility shall submit a signed statement certifying the accuracy and completeness of the information contained in the report. (60.107(f))

**Performance test and compliance provisions (60.108)**

45.10    After conducting the initial performance test prescribed under 60.8, the owner or operator of a fluid catalytic cracking unit catalyst regenerator subject to 60.104(b) shall conduct a performance

test for each successive 24-hour period thereafter. The daily performance tests shall be conducted as set forth in 60.108(d).

45.11    Compliance with the particulate matter requirements in 60.102(a)(1) (Condition 45.1.1) shall be monitored by conducting annual performance tests (permittee may request to EPA for less frequent testing if three (3) annual tests indicate compliance) as required by Condition 22.9.2.

**Claus Sulfur Recovery Plants – SRU's addressed in Condition 20**

| Parameter | Permit Condition Number | Limitation | Compliance Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| $SO_2$ | 45.12.1 | 250 ppmvd $SO_2$ at 0% excess air, on a 12-hour rolling average | | Continuous Emission Monitor | Continuous |

45.12    No owner or operator subject to the provisions of this subpart shall discharge or cause the discharge of any gases into the atmosphere from any Claus sulfur recovery plant containing in excess of:

45.12.1    For an oxidation control system or a reduction control system followed by incineration, 250 ppm by volume (dry basis) of sulfur dioxide ($SO_2$) at zero percent excess air, on a 12-hour rolling average. (60.104(a)(2)(i) and 60.105(e)(4)(i))

**Monitoring of emissions and operations (60.105)**

45.13    Continuous monitoring systems shall be installed, calibrated, maintained, and operated by the owner or operator subject to the provisions of this subpart as follows: (60.105(a))

45.13.1    For Claus sulfur recovery plants with oxidation control systems or reduction control systems followed by incineration subject to §60.104(a)(2)(i) (Condition 45.12.1), an instrument for continuously monitoring and recording the concentration (dry basis, zero percent excess air) of $SO_2$ emissions into the atmosphere. The monitor shall include an oxygen monitor for correcting the data for excess air. (60.105(a)(5))  The continuous monitoring system shall meet the requirements in 60.105(a)(5)(i) and (ii).

45.14    For the purpose of reports under 60.7(c), periods of excess emissions shall be determined and reported are defined as all 12-hour periods during which the average concentration of $SO_2$ as measured by the $SO_2$ continuous monitoring system under §60.105(a)(5) exceeds 250 ppm (dry basis, zero percent excess air). (60.105(e)(4)(i))

**46.    40 CFR Part 60 Subpart Ja – Standards of Performance for Petroleum Refineries for Which Construction, Reconstruction or Modification Commenced After May 14, 2007**

These provisions apply to the following modified equipment H-1716, H-1717, the plant 1 main flare (P1) and the asphalt unit flare (F2) upon completion of the modifications to these units. These provisions also apply to the remediation equipment (AIRS pt 615) thermal oxidizer (TO-SUN-2), H-2410 and the GBR unit flare (F3).

The requirements below reflect the current rule language as of the latest revisions to 40 CFR Part 60 Subpart Ja published in the Federal Register on July 13, 2016. However, if revisions to this Subpart are promulgated at a later date, the owner or operator is subject to the requirements contained in the revised version of 40 CFR Part 60 Subpart Ja. The relevant requirements in 40 CFR Part 60 Subpart Ja include, but are not limited to the following:

**Emission Limitations (60.102a)**

46.1    Each owner or operator of an affected fuel gas combustion device shall comply with the emissions limits in 60.102a(g)(1) and (2). (60.102a(g))

Except as provided in 60.102a(g)(1)(iii) (Condition 46.1.2), for each fuel gas combustion device, the owner or operator shall comply with either the emission limit in 60.102a(g)(1)(i) or the fuel gas concentration limit in 60.102a(g)(1)(ii) (Condition 46.1.1). For CO boilers or furnaces that are part of a fluid catalytic cracking unit or fluid coking unit affected facility, the owner or operator shall comply with the fuel gas concentration limit in 60.102a(g)(1)(ii) for all fuel gas streams combusted in these units. (60.102a(g)(1))

46.1.1    The owner or operator shall not burn in any fuel gas combustion device any fuel gas that contains $H_2S$ in excess of 162 ppmv determined hourly on a 3-hour rolling average basis and $H_2S$ in excess of 60 ppmv determined daily on a 365 successive calendar day rolling average basis. (60.102a(g)(1)(ii))

46.1.2    The combustion in a portable generator of fuel gas released as a result of tank degassing and/or cleaning is exempt from the emissions limits in 60.102a(g)(1)(i) and (ii) (Condition 46.1.1). (60.102a(g)(1)(iii))

46.1.3    For each process heater with a rated capacity of greater than 40 million British thermal units per hour (MMBtu/hr) on a higher heating value basis, the owner or operator shall not discharge to the atmosphere any emissions of $NO_X$ in excess of the applicable limits in 60.102a(g)(2)(i) through (iv). (60.102a(g)(2))

The $NO_X$ limits apply to heaters H-1716 and H-2410.

46.1.3.1    For each natural draft process heater, comply with the limit in either 60.102a(g)(2)(i)(A) or (B). The owner or operator may comply with either limit at any time, provided that the appropriate parameters for

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 150

each alternative are monitored as specified in §60.107a; if fuel gas composition is not monitored as specified in §60.107a(d), the owner or operator must comply with the concentration limits in 60.102a(g)(2)(i)(A). (60.102a(g)(2)(ii))

a. 40 ppmv (dry basis, corrected to 0-percent excess air) determined daily on a 30-day rolling average basis (60.102a(g)(2)(i)(A)).

The source has indicated that they will comply with the concentration limit, therefore, the mass limit in (g)(2)(i)(B) has not been included.

**Design, equipment, work practice or operational standards (60.103a)**

46.2    Except as provided in 60.103a(g), each owner or operator that operates a flare that is subject to this subpart shall develop and implement a written flare management plan no later than the date specified in 60.103a(b). The flare management plan must include the information described in 60.103a(a)(1) through (7). (60.103a(a))

46.3    Except as provided in 60.103a(g), each owner or operator required to develop and implement a written flare management plan as described in 60.103a(a) (Condition 46.2) must submit the plan to the Administrator as described in 60.103a(b)(1) through (3). (60.103a(b))

46.4    Except as provided in 60.103a(f) and (g) (Condition 46.7), each owner or operator that operates a fuel gas combustion device, flare or sulfur recovery plant subject to this subpart shall conduct a root cause analysis and a corrective action analysis for each of the conditions specified in 60.103a(c)(1) through (3). (60.103a(c))

46.4.1    For a flare: (60.103a(c)(1))

46.4.1.1    Any time the $SO_2$ emissions exceed 227 kilograms (kg) (500 lb) in any 24-hour period (60.103a(c)(a)(i)); or

46.4.1.2    Any discharge to the flare in excess of 14,160 standard cubic meters ($m^3$) (500,000 standard cubic feet (scf)) above the baseline, determined in paragraph (a)(4) of this section, in any 24-hour period. (60.103a(c)(a)(ii)); or

46.4.1.3    If the monitoring alternative in §60.107a(g) is elected, any period when the flare gas line pressure exceeds the water seal liquid depth, except for periods attributable to compressor staging that do not exceed the staging time specified in 60.103a(a)(3)(vii)(C). (60.103a(c)(a)(iii))

46.4.2    For a fuel gas combustion device, each exceedance of an applicable short-term emissions limit in §60.102a(g)(1) (Condition 46.1.1) if the $SO_2$ discharge to the atmosphere is 227 kg (500 lb) greater than the amount that would have been emitted

Case No. 1:24-cv-02164-DDD-SBP    Document 27-11    filed 01/21/25    USDC Colorado
pg 162 of 448

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                Page 151

if the emissions limits had been met during one or more consecutive periods of excess emissions or any 24-hour period, whichever is shorter. (60.103a(c)(2))

46.5    Except as provided in 60.103a(f) and (g) (Condition 46.7), a root cause analysis and corrective action analysis must be completed as soon as possible, but no later than 45 days after a discharge meeting one of the conditions specified in 60.103a(c)(1) through (3) (Condition 46.4.1 and 46.4.2). Special circumstances affecting the number of root cause analyses and/or corrective action analyses are provided in 60.103a(d)(1) through (5). (60.103a(d))

46.6    Except as provided in 60.103a(f) and (g) (Condition 46.7), each owner or operator of a fuel gas combustion device, flare or sulfur recovery plant subject to this subpart shall implement the corrective action(s) identified in the corrective action analysis conducted pursuant to 60.103a(d) (Condition 46.5) in accordance with the applicable requirements in 60.103a(e)(1) through (3). (60.103a(e))

46.7    Modified flares shall comply with the requirements of 60.103a(c) through (e) (Conditions 46.4 through 46.6) by November 11, 2015 or at startup of the modified flare, whichever is later. Modified flares that were not affected facilities subject to subpart J of this part prior to becoming affected facilities under §60.100a shall comply with the requirements of 60.103a(h) (Condition 46.8) and the requirements of §60.107a(a)(2) (Condition 46.14) by November 11, 2015 or at startup of the modified flare, whichever is later. Modified flares that were affected facilities subject to subpart J of this part prior to becoming affected facilities under §60.100a shall comply with the requirements of 60.103a(h) (Condition 46.8) and the requirements of §60.107a(a)(2) (Condition 46.14) by November 13, 2012 or at startup of the modified flare, whichever is later, except that modified flares that have accepted applicability of subpart J under a federal consent decree shall comply with the subpart J requirements as specified in the consent decree, but shall comply with the requirements of 60.103a(h) (Condition 46.8) and the requirements of §60.107a(a)(2) (Condition 46.14) by no later than November 11, 2015. (60.103a(f))

46.8    Each owner or operator shall not burn in any affected flare any fuel gas that contains $H_2S$ in excess of 162 ppmv determined hourly on a 3-hour rolling average basis. The combustion in a flare of process upset gases or fuel gas that is released to the flare as a result of relief valve leakage or other emergency malfunctions is exempt from this limit. (60.103a(h))

**Performance Tests (60.104a)**

46.9    The owner or operator shall conduct a performance test for each FCCU, FCU, sulfur recovery plant and fuel gas combustion device to demonstrate initial compliance with each applicable emissions limit in §60.102a and conduct a performance test for each flare to demonstrate initial compliance with the H₂S concentration requirement in §60.103a(h) according to the requirements of §60.8. The notification requirements of §60.8(d) apply to the initial performance test and to subsequent performance tests required by 60.104a(b) (or as required by the Administrator), but does not apply to performance tests conducted for the purpose of obtaining supplemental data

because of continuous monitoring system breakdowns, repairs, calibration checks and zero and span adjustments. (60.104a(a))

46.10    In conducting the performance tests required by this subpart (or as requested by the Administrator), the owner or operator shall use the test methods in 40 CFR part 60, Appendices A-1 through A-8 or other methods as specified in this section, except as provided in §60.8(b). (60.104a(c))

46.11    The owner or operator shall determine compliance with the $SO_2$ and $NO_X$ emissions limits in §60.102a(g) for a fuel gas combustion device according to the test methods and procedures in 60.104a(i).

46.12    The owner or operator shall determine compliance with the applicable $H_2S$ emissions limit in §60.102a(g)(1) (Condition 46.1.1) for a fuel gas combustion device or the concentration requirement in §60.103a(h) (Condition 46.8) for a flare according to the test methods and procedures in 60.104a(j).

**Monitoring of emissions and operations for fuel gas combustion devices and flares (60.107a)**

46.13    *Fuel gas combustion devices subject to* $SO_2$ *or* $H_2S$ *limit and flares subject to* $H_2S$ *concentration requirements.* The owner or operator of a fuel gas combustion device that is subject to §60.102a(g)(1) and elects to comply with the $SO_2$ emission limits in §60.102a(g)(1)(i) shall comply with the requirements in 60.107a(a)(1). The owner or operator of a fuel gas combustion device that is subject to §60.102a(g)(1) and elects to comply with the $H_2S$ concentration limits in §60.102a(g)(1)(ii) (Condition 46.1.1) or a flare that is subject to the $H_2S$ concentration requirement in §60.103a(h) (Condition 46.8) shall comply with 60.107a(a)(2) (Condition 46.14). (60.107a(a))

46.14    The owner or operator of a fuel gas combustion device that elects to comply with the $H_2S$ concentration limits in §60.102a(g)(1)(ii) or a flare that is subject to the $H_2S$ concentration requirement in §60.103a(h) shall install, operate, calibrate and maintain an instrument for continuously monitoring and recording the concentration by volume (dry basis) of $H_2S$ in the fuel gases before being burned in any fuel gas combustion device or flare. (60.107a(a)(2))  The $H_2S$ monitor shall meet the requirements in 60.107a(a)(2)(i) through (iv).

46.14.1    The owner or operator of a flare subject to §60.103a(c) through (e) (Conditions 46.4 through 46.6) may use the instrument required in 60.107a(e)(1) (Condition 46.19.1) to demonstrate compliance with the $H_2S$ concentration requirement in §60.103a(h) (Condition 46.8) if the owner or operator complies with the requirements of 60.107a(e)(1)(i) through (iv) and if the instrument has a span (or dual span, if necessary) capable of accurately measuring concentrations between 20 and 300 ppmv. If the instrument required in 60.107a(e)(1) (Condition 46.19.1) is used to demonstrate compliance with the $H_2S$ concentration requirement, the concentration

directly measured by the instrument must meet the numeric concentration in §60.103a(h) (Condition 46.8). (60.107a(a)(2)(v))

46.14.2    The owner or operator of modified flare that meets all three criteria in 60.107a(a)(2)(vi)(A) through (C) shall comply with the requirements of 60.107a(a)(2)(i) through (v) no later than November 11, 2015. The owner or operator shall comply with the approved alternative monitoring plan or plans pursuant to §60.13(i) until the flare is in compliance with requirements of 60.107a(a)(2)(i) through (v). (60.107a(2)(vi))

46.15    The owner or operator of a fuel gas combustion device or flare is not required to comply with 60.107a(a)(1) or (2) (Condition 46.14) for fuel gas streams that are exempt under §§60.102a(g)(1)(iii) (Condition 46.1.2) or 60.103a(h) (Condition 46.8) or, for fuel gas streams combusted in a process heater, other fuel gas combustion device or flare that are inherently low in sulfur content. Fuel gas streams meeting one of the requirements in 60.107a(a)(3)(i) through (iv) will be considered inherently low in sulfur content. (60.107a(a)(3))

The GBR flare (F3) is exempt from the monitoring requirements in Condition 46.14 because the fuel gas streams meet the requirements in 60.107a(a)(3)(i) (pilot gas) or 60.107a(a)(3)(iii) (fuel gas streams produced in process units that are intolerant to sulfur). Flare F3 only serves the GBR unit and sulfur can contaminate/poison the catalyst. In addition, the GBR unit feed streams are from the reformers and the $H_2$ plant, both of which are specifically listed as process units producing fuel gas streams intolerant to sulfur in 60.107a(a)(3)(iii).

TO-SUN-2 is exempt from the monitoring requirements in Condition 46.14 because the fuel gas streams combusted by this unit meet the requirements in 60.107a(a)(3)(iv) (fuel gas stream that an owner or operate demonstrates is low in sulfur according to 60.107a(b)). An exemption application meeting the requirements in 60.107a(b) (Condition 46.17) was submitted on April 18, 2014.

46.16    If the composition of an exempt fuel gas stream changes, the owner or operator must follow the procedures in 60.107a(b)(3) (Condition 46.17.3). (60.107a(a)(4))

46.17    *Exemption from $H_2S$ monitoring requirements for low-sulfur fuel gas streams.* The owner or operator of a fuel gas combustion device or flare may apply for an exemption from the $H_2S$ monitoring requirements 60.107a(a)(2) (Condition 46.14) for a fuel gas stream that is inherently low in sulfur content. A fuel gas stream that is demonstrated to be low-sulfur is exempt from the monitoring requirements of 60.107a(a)(1) and (2) (Condition 46.14) until there are changes in operating conditions or stream composition. (60.107a(b))

46.17.1    The owner or operator shall submit to the Administrator a written application for an exemption from monitoring. The application must contain the information in 60.107a(b)(3)(i) through (v). (60.107a(b)(1))

46.17.2   The effective date of the exemption is the date of submission of the information required in 60.107a(b)(1) (Condition 46.17.1). (60.107a(b)(2))

46.17.3   No further action is required unless refinery operating conditions change in such a way that affects the exempt fuel gas stream/system (e.g., the stream composition changes). If such a change occurs, the owner or operator shall follow the procedures in 60.107a(b)(3)(i), (b)(3)(ii), or (b)(3)(iii). (60.107a(b)(3))

46.18   The owner or operator of a process heater that has a rated heating capacity of less than 100 MMBtu and is equipped with combustion modification-based technology to reduce $NO_X$ emissions ( i.e., low-$NO_X$ burners, ultra-low-$NO_X$ burners) may elect to comply with the monitoring requirements in 60.107a(c)(1) through (5) ($NO_X$ CEMs) or, alternatively, the owner or operator of such a process heater shall conduct biennial performance tests according to the requirements in §60.104a(i), establish a maximum excess $O_2$ operating limit or operating curve according to the requirements in §60.104a(i)(6) and comply with the $O_2$ monitoring requirements in 60.107a(c)(3) through (5) to demonstrate compliance. If an $O_2$ operating curve is used (i.e., if different $O_2$ operating limits are established for different operating ranges), the owner or operator of the process heater must also monitor fuel gas flow rate, fuel oil flow rate (as applicable) and heating value content according to the methods provided in 60.107a(d)(5), (d)(6), and (d)(4) or (d)(7), respectively. (60.107a(c)(6))

The source is relying on $NO_X$ CEMS to monitor compliance with the $NO_X$ ppm limit for heater H-1716 and H-2410.

46.19   *Sulfur monitoring for assessing root cause analysis threshold for affected flares.* Except as described in 60.107a(e)(4) and (h) (Condition 46.19.4), the owner or operator of an affected flare subject to §60.103a(c) through (e) (Conditions 46.4 through 46.6) shall determine the total reduced sulfur concentration for each gas line directed to the affected flare in accordance with 60.107a (e)(1), (e)(2) or (e)(3) (Conditions 46.19.1 through 46.19.3). Different options may be elected for different gas lines. If a monitoring system is in place that is capable of complying with the requirements related to either 60.107a(e)(1), (e)(2) or (e)(3) (Conditions 46.19.1 through 46.19.3), the owner or operator of a modified flare must comply with the requirements related to either 60.107a (e)(1), (e)(2) or (e)(3) (Conditions 46.19.1 through 46.19.3) upon startup of the modified flare. If a monitoring system is not in place that is capable of complying with the requirements related to either 60.107a(e)(1), (e)(2) or (e)(3) (Conditions 46.19.1 through 46.19.3), the owner or operator of a modified flare must comply with the requirements related to either 60.107a(e)(1), (e)(2) or (e)(3) (Conditions 46.19.1 through 46.19.3) no later than November 11, 2015 or upon startup of the modified flare, whichever is later. (60.107a(e))

46.19.1   *Total reduced sulfur monitoring requirements.* The owner or operator shall install, operate, calibrate and maintain an instrument or instruments for continuously monitoring and recording the concentration of total reduced sulfur in gas discharged to the flare. (60.107a(e)(1)) The monitoring devices shall meet the requirements in 60.107a(e)(1)(i) through (iii).

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 155

46.19.2    *H$_2$S monitoring requirements.* The owner or operator shall install, operate, calibrate, and maintain an instrument or instruments for continuously monitoring and recording the concentration of H$_2$S in gas discharged to the flare according to the requirements in 60.107a(e)(2)(i) through (iii) and shall collect and analyze samples of the gas and calculate total sulfur concentrations as specified in 60.107a(e)(2)(iv) through (ix). (60.107a(e)(2))

46.19.3    *SO$_2$ monitoring requirements.* The owner or operator shall install, operate, calibrate, and maintain an instrument for continuously monitoring and recording the concentration of SO$_2$ from a process heater or other fuel gas combustion device that is combusting gas representative of the fuel gas in the flare gas line according to the requirements in 60.107a(a)(1), determine the F factor of the fuel gas at least daily according to the requirements in 60.107a(d)(2) through (4), determine the higher heating value of the fuel gas at least daily according to the requirements in 60.107a(d)(7), and calculate the total sulfur content (as SO$_2$) in the fuel gas using Equation 15 of 60.107a. (60.107a(e)(3))

46.19.4    *Exemptions from sulfur monitoring requirements.* Flares identified in 60.107a(e)(4)(i) through (iv) are exempt from the requirements in 60.107a(e)(1) through (3) (Conditions 46.19.1 through 46.19.3). For each such flare, except as provided in 60.107a(e)(4)(iv), engineering calculations shall be used to calculate the SO$_2$ emissions in the event of a discharge that may trigger a root cause analysis under §60.103a(c)(1) (Condition 46.4.1). (60.107a(e)(4))

The GBR unit flare (F3) is exempt from the sulfur monitoring requirements per 60.107a(e)(4)(i)(A) (as indicated in Condition 46.15 the, the fuel gas streams fed to the GBR flare (F3) are inherently low in sulfur under 60.107(a)(3)).

46.20    *Flow monitoring for flares.* Except as provided in 60.107a(f)(2) and (h), the owner or operator of an affected flare subject to §60.103a(c) through (e) (Conditions 46.4 through 46.6) shall install, operate, calibrate and maintain, in accordance with the specifications in 60.107a(f)(1), a CPMS to measure and record the flow rate of gas discharged to the flare. If a flow monitor is not already in place, the owner or operator of a modified flare shall comply with the requirements of this paragraph by no later than November 11, 2015 or upon startup of the modified flare, whichever is later. (60.107a(f))

46.21    *Excess emissions.* For the purpose of reports required by §60.7(c), periods of excess emissions for fuel gas combustion devices subject to the emissions limitations in §60.102a(g) (Condition 46.1) and flares subject to the concentration requirement in §60.103a(h) (Condition 46.8) are defined as specified in 60.107a(i)(1) through (5). Determine a rolling 3-hour or a rolling daily average as the arithmetic average of the applicable 1-hour averages ( *e.g.,* a rolling 3-hour average is the arithmetic average of three contiguous 1-hour averages). Determine a rolling 30-day or a rolling 365-day average as the arithmetic average of the applicable daily averages ( *e.g.,* a rolling 30-day average is the arithmetic average of 30 contiguous daily averages). (60.107a(i))

The GBR unit flare (F3) is not subject to sulfur monitoring requirements, thus the excess emission requirements for flares do not apply to this unit.

46.21.1    *$SO_2$ or $H_2S$ limits for fuel gas combustion devices.* If the owner or operator of a fuel gas combustion device elects to comply with the $H_2S$ concentration limits in §60.102a(g)(1)(ii) (Condition 46.1.1), each rolling 3-hour period during which the average concentration of $H_2S$ as measured by the $H_2S$ continuous monitoring system required under 60.107a(a)(2) (Condition 46.14) exceeds 162 ppmv and each rolling 365-day period during which the average concentration as measured by the $H_2S$ continuous monitoring system under 60.107a((a)(2) (Condition 46.14) exceeds 60 ppmv. (60.107a(i)(1)(ii))

46.21.2    *$H_2S$ concentration limits for flares.*

46.21.2.1    Each rolling 3-hour period during which the average concentration of $H_2S$ as measured by the $H_2S$ continuous monitoring system required under 60.107a(a)(2) (Condition 46.14) exceeds 162 ppmv. (60.107a(i)(2)(i))

46.21.2.2    If the owner or operator of a flare becomes subject to the requirements of daily stain tube sampling in 60.107a(b)(3)(iii), each day during which the daily concentration of $H_2S$ exceeds 162 ppmv. (60.107a(i)(2)(ii))

46.21.3    *Rolling 30-day average $NO_X$ limits for fuel gas combustion devices.* Each rolling 30-day period during which the average concentration of $NO_X$ as measured by the $NO_X$ continuous monitoring system required under 60.107a(c) or (d) exceeds 40 ppmv for a natural draft process heater. (60.107a(i)(3)(i)) These requirements apply to sources using a $NO_X$ CEMS to monitor compliance with $NO_X$ emission limitation.

46.21.4    *Daily $O_2$ limits for fuel gas combustion devices.* Each day during which the concentration of $O_2$ as measured by the $O_2$ continuous monitoring system required under 60.107a(c)(6) or (d)(8) exceeds the $O_2$ operating limit or operating curve determined during the most recent biennial performance test. (60.107a(i)(5)) These requirements apply to sources using a continuous $O_2$ monitoring device to monitor compliance with the $NO_X$ emission limitation.

**Recordkeeping and reporting requirements (60.108a)**

46.22    Each owner or operator subject to the emissions limitations in §60.102a shall comply with the notification, recordkeeping, and reporting requirements in §60.7 and other requirements as specified in this section. (60.108a(a))

46.23    Each owner or operator subject to an emissions limitation in §60.102a shall notify the Administrator of the specific monitoring provisions of §§60.105a, 60.106a and 60.107a with which the owner or operator intends to comply. Each owner or operator of a co-fired process

heater subject to an emissions limitation in §60.102a(g)(2)(iii) or (iv) shall submit to the Administrator documentation showing that the process heater meets the definition of a co-fired process heater in §60.101a. Notifications required by this paragraph shall be submitted with the notification of initial startup required by §60.7(a)(3). (60.108a(b))

46.24  The owner of operator shall maintain the records in 60.108a(c)(1), (5), (6) and (7) (if applicable).

46.25  Each owner or operator subject to this subpart shall submit an excess emissions report for all periods of excess emissions according to the requirements of §60.7(c) except that the report shall contain the information specified in 60.108a(d)(1) through (7). (60.108a(d))

## 47.  40 CFR Part 60, Subpart GGGa – Standards of Performance for Equipment Leaks of VOC in Petroleum Refineries for Which Construction, Reconstruction, or Modification Commenced After November 7, 2006

F102, F103, F104, F105, F106, F108, F109, F110, F111, F112, F113, F114, F115, F116, F200, F202 and F017 (unpermitted) components that meet the applicability criteria in §60.590a.

The definition of "process unit" in NSPS Subpart GGGa has been stayed (see 60.590a(e) and 73 FR 31376, June 2, 2008). While the definition of "process unit" is stayed owners or operations shall use the definition of "process unit" in §60.590a(e) in Subpart GGGa.

The requirements below reflect the current rule language as of the revisions to 40 CFR Part 60 Subpart GGGa published in the Federal Register on June 2, 2008. However, if revisions to this Subpart are published at a later date, the owner or operator is subject to the requirements contained in the revised version of 40 CFR Part 60, Subpart GGGa. The relevant requirements in 40 CFR Part 60 Subpart GGGa include, but are not limited to the following:

**Standards (60.592a)**

47.1  Each owner or operator subject to the provisions of this subpart shall comply with the requirements of 40 CFR Part 60 Subpart VVa §§60.482–1a to 60.482–10a as soon as practicable, but no later than 180 days after initial startup. (60.592a(a))  The subpart VVa provisions are included in Condition 55 of this permit.

47.2  For a given process unit, an owner or operator may elect to comply with the requirements of paragraphs (b)(1), (2), or (3) of §60.592a as an alternative to the requirements in 40 CFR Part 60 Subpart VVa §60.482–7a. (60.592a(b))

47.3  An owner or operator may apply to the Administrator for a determination of equivalency for any means of emission limitation that achieves a reduction in emissions of VOC at least equivalent to the reduction in emissions of VOC achieved by the controls required in this subpart. In doing so, the owner or operator shall comply with requirements of §60.484a. (60.592a(c))

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 158

47.4   Each owner or operator subject to the provisions of this subpart shall comply with the provisions of 40 CFR Part 60 Subpart VVa §60.485a except as provided in §60.593a. (60.592a(d))

47.5   Each owner or operator subject to the provisions of this subpart shall comply with the provisions of 40 CFR Part 60 Subpart VVa §§60.486a and 60.487a. (60.592a(e))

**Exceptions (60.593a)**

47.6   Each owner or operator subject to the provisions of this subpart may comply with the following exceptions to the provisions of subpart VVa of this part. 60.593a(a))

47.7   Compressors in hydrogen service are exempt from the requirements of §60.592a if an owner or operator demonstrates that a compressor is in hydrogen service. (60.593a(b)(1) The provisions in 60.593a(b)(2) or (b)(3) shall be used to demonstrate that the compressor is in hydrogen service.

47.8   Any existing reciprocating compressor that becomes an affected facility under provisions of §60.14 or §60.15 is exempt from §60.482-3a(a), (b), (c), (d), (e), and (h) provided the owner or operator demonstrates that recasting the distance piece or replacing the compressor are the only options available to bring the compressor into compliance with the provisions of §60.482-3a(a), (b), (c), (d), (e), and (h). (60.593a(c))

47.9   An owner or operator may use the following provision in addition to §60.485a(e): Equipment is in light liquid service if the percent evaporated is greater than 10 percent at 150 °C as determined by ASTM Method D86-78, 82, 90, 93, 95, or 96 (incorporated by reference as specified in §60.17). (60.593a(d))

47.10  Open-ended valves or lines containing asphalt as defined in §60.591a are exempt from the requirements of §60.482-6a(a) through (c). (60.593a(f))

47.11  Connectors in gas/vapor or light liquid service are exempt from the requirements in §60.482-11a, provided the owner or operator complies with §60.482-8a for all connectors, not just those in heavy liquid service. (60.593a(g))

**48.    40 CFR Part 60, Subpart Kb - Standards of Performance for Volatile Organic Liquid Storage Vessels (Including Petroleum Liquid Storage Vessels) for Which Construction, Reconstruction or Modification Commenced After July 23, 1984**

D-20, T34, T55, T60, T96, T97, T116, T775, T2010, T4501, T4504, T4514, T4515, T4516, T4517, T4518 and T7208 are subject to these requirements.

Tank D-20 has is not subject to the standards in 60.112b (design capacity greater than 75 $m^3$ and less than 151 $m^3$ and stores a VOL with a maximum true vapor pressure less than 27.6 kPa and is only subject to the monitoring requirements in 60.116b, except for 60.116b(g) (Condition 48.17).

The requirements below reflect the current rule language as of the latest revisions to 40 CFR Part 60 Subpart Kb published in the Federal Register on October 15, 2003. However, if revisions to this Subpart are published at a later date, the owner or operator is subject to the requirements contained in the revised version of 40 CFR Part 60, Subpart Kb. The relevant requirements in 40 CFR Part 63 Subpart Kb include, but are not limited to the following:

**Standards (60.112b)**

48.1    The owner or operator of each storage vessel either with a design capacity greater than or equal to 151 $m^3$ containing a VOL that, as stored, has a maximum true vapor pressure equal to or greater than 5.2 kPa but less than 76.6 kPa or with a design capacity greater than or equal to 75 $m^3$ but less than 151 $m^3$ containing a VOL that, as stored, has a maximum true vapor pressure equal to or greater than 27.6 kPa but less than 76.6 kPa, shall equip each storage vessel with one of the following (60.112b(a)):

    48.1.1    A fixed roof in combination with an internal floating roof meeting the specifications in 60.112b(a)(1). Tanks T96, T97, T116 and T7208 meet the NSPS Kb requirements with this option.

    48.1.2    An external floating roof. An external floating roof means a pontoon-type or double-deck type cover that rests on the liquid surface in a vessel with no fixed roof. Each external floating roof must meet the specifications in 60.112b(a)(2). Tanks T34, T55, T60, T775, T2010 and T4501 meet the NSPS Kb requirements with this option.

    48.1.3    A closed vent system and control device meeting the specifications in 60.112b(a)(3). T4504, T4514, T4515, T4516, T4517 and T4518 meet the NSPS Kb requirements with this option.

48.2    The owner or operator of each storage vessel with a design capacity greater than or equal to 75 $m^3$ which contains a VOL that, as stored, has a maximum true vapor pressure greater than or equal to 76.6 kPa shall equip each storage vessel with one of the following (60.112b(b)):

    48.2.1    A closed vent system and control device as specified in §60.112b(a)(3). (60.112b(b)(1))

    48.2.2    A system equivalent to that described in paragraph (b)(1) as provided in §60.114b of this subpart. (60.112b(b)(2))

**Testing and procedures (60.113b)**

48.3    The owner or operator of each storage vessel as specified in §60.112b(a) shall meet the requirements of paragraph (a), (b), or (c) of this section. The applicable paragraph for a particular storage vessel depends on the control equipment installed to meet the requirements of §60.112b.

48.4     After installing the control equipment required to meet §60.112b(a)(1) (permanently affixed roof and internal floating roof), each owner or operator shall (60.113b(a)):

       48.4.1     Visually inspect the internal floating roof, the primary seal, and the secondary seal (if one is in service), prior to filling the storage vessel with VOL. If there are holes, tears, or other openings in the primary seal, the secondary seal, or the seal fabric or defects in the internal floating roof, or both, the owner or operator shall repair the items before filling the storage vessel. (60.113b(a)(1))

       48.4.2     For Vessels equipped with a liquid-mounted or mechanical shoe primary seal, visually inspect the internal floating roof and the primary seal or the secondary seal (if one is in service) through manholes and roof hatches on the fixed roof at least once every 12 months after initial fill. If the internal floating roof is not resting on the surface of the VOL inside the storage vessel, or there is liquid accumulated on the roof, or the seal is detached, or there are holes or tears in the seal fabric, the owner or operator shall repair the items or empty and remove the storage vessel from service within 45 days. If a failure that is detected during inspections required in this paragraph cannot be repaired within 45 days and if the vessel cannot be emptied within 45 days, a 30-day extension may be requested from the Administrator in the inspection report required in §60.115b(a)(3). Such a request for an extension must document that alternate storage capacity is unavailable and specify a schedule of actions the company will take that will assure that the control equipment will be repaired or the vessel will be emptied as soon as possible. (60.113b(a)(2))

       48.4.3     For vessels equipped with a double-seal system as specified in §60.112b(a)(1)(ii)(B) (60.113b(a)(3)):

              48.4.3.1     Visually inspect the vessel as specified in paragraph (a)(4) of this section at least every 5 years (60.113b(a)(3)(i)); or

              48.4.3.2     Visually inspect the vessel as specified in paragraph (a)(2) of this section. (60.113b(a)(3)(ii))

       48.4.4     Visually inspect the internal floating roof, the primary seal, the secondary seal (if one is in service), gaskets, slotted membranes and sleeve seals (if any) each time the storage vessel is emptied and degassed. If the internal floating roof has defects, the primary seal has holes, tears, or other openings in the seal or the seal fabric, or the secondary seal has holes, tears, or other openings in the seal or the seal fabric, or the gaskets no longer close off the liquid surfaces from the atmosphere, or the slotted membrane has more than 10 percent open area, the owner or operator shall repair the items as necessary so that none of the conditions specified in this paragraph exist before refilling the storage vessel with VOL. In no event shall inspections conducted in accordance with this provision occur at intervals greater than 10 years in the case of vessels conducting the annual visual inspection as specified in paragraphs (a)(2)

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 161

and (a)(3)(ii) of this section and at intervals no greater than 5 years in the case of vessels specified in paragraph (a)(3)(i) of this section. (60.113b(a)(4))

48.4.5    Notify the Administrator in writing at least 30 days prior to the filling or refilling of each storage vessel for which an inspection is required by paragraphs (a)(1) and (a)(4) of this section to afford the Administrator the opportunity to have an observer present. If the inspection required by paragraph (a)(4) of this section is not planned and the owner or operator could not have known about the inspection 30 days in advance or refilling the tank, the owner or operator shall notify the Administrator at least 7 days prior to the refilling of the storage vessel. Notification shall be made by telephone immediately followed by written documentation demonstrating why the inspection was unplanned. Alternatively, this notification including the written documentation may be made in writing and sent by express mail so that it is received by the Administrator at least 7 days prior to the refilling. (60.113b(a)(5))

48.5    After installing the control equipment required to meet §60.112b(a)(2) (external floating roof), the owner or operator shall (60.113b(b)):

48.5.1    Determine the gap areas and maximum gap widths, between the primary seal and the wall of the storage vessel and between the secondary seal and the wall of the storage vessel according to the frequency in 60.113b(b)(1)(i) through (iii). (60.113b(b)(1))

48.5.2    Determine gap widths and areas in the primary and secondary seals individually by the following the procedures in 60.113b(b)(2).

48.5.3    Add the gap surface area of each gap location for the primary seal and the secondary seal individually and divide the sum for each seal by the nominal diameter of the tank and compare each ratio to the respective standards in 60113b(b)(4). (60.113b(b)(3))

48.5.4    Make necessary repairs or empty the storage vessel within 45 days of identification in any inspection for seals not meeting the requirements listed in 60.113b(b)(4) (i) and (ii).

48.5.5    Notify the Administrator 30 days in advance of any gap measurements required by 60113b(b)(1) to afford the Administrator the opportunity to have an observer present. (60.113b(b)(5))

48.5.6    Visually inspect the external floating roof, the primary seal, secondary seal, and fittings each time the vessel is emptied and degassed. (60.113b(b)(6))

48.5.6.1    If the external floating roof has defects, the primary seal has holes, tears, or other openings in the seal or the seal fabric, or the secondary seal has holes, tears, or other openings in the seal or the seal fabric, the owner or operator shall repair the items as necessary so that none of the conditions specified in this paragraph exist before filling or refilling the

Case No. 1:24-cv-02164-DDD-SBP    Document 27-11    filed 01/21/25    USDC Colorado
pg 173 of 448

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 162

storage vessel with VOL. (60.113b(b)(6)(i))

48.5.6.2   For all the inspections required by paragraph (b)(6) of this section, the owner or operator shall notify the Administrator in writing at least 30 days prior to the filling or refilling of each storage vessel to afford the Administrator the opportunity to inspect the storage vessel prior to refilling. If the inspection required by paragraph (b)(6) of this section is not planned and the owner or operator could not have known about the inspection 30 days in advance of refilling the tank, the owner or operator shall notify the Administrator at least 7 days prior to the refilling of the storage vessel. Notification shall be made by telephone immediately followed by written documentation demonstrating why the inspection was unplanned. Alternatively, this notification including the written documentation may be made in writing and sent by express mail so that it is received by the Administrator at least 7 days prior to the refilling. (60.113b(b)(6)(ii))

48.6   The owner or operator of each source that is equipped with a closed vent system and control device as required in §60.112b (a)(3) or (b)(2) (other than a flare) is exempt from §60.8 of the General Provisions and shall meet the following requirements. (60.113b(c))

48.6.1   Submit for approval by the Administrator as an attachment to the notification required by §60.7(a)(1) or, if the facility is exempt from §60.7(a)(1), as an attachment to the notification required by §60.7(a)(2), an operating plan containing the information listed in 60.113b(c)((1)(i) and (ii). (60.113b(c)(1))

48.6.2   Operate the closed vent system and control device and monitor the parameters of the closed vent system and control device in accordance with the operating plan submitted to the Administrator in accordance with paragraph (c)(1) of this section, unless the plan was modified by the Administrator during the review process. In this case, the modified plan applies. (60.113b(c)(2))

**Reporting and recordkeeping requirements (60.115b)**

48.7   The owner or operator of each storage vessel as specified in §60.112b(a) shall keep records and furnish reports as required by 60.115b(a), (b), or (c) depending upon the control equipment installed to meet the requirements of §60.112b. The owner or operator shall keep copies of all reports and records required by this section, except for the record required by (c)(1), for at least 2 years. The record required by (c)(1) will be kept for the life of the control equipment. In lieu of retaining records for 2 years, records shall be kept for 5 years as specified in Section IV, Condition 22.

48.8   After installing control equipment in accordance with §60.112b(a)(1) (fixed roof and internal floating roof), the owner or operator shall meet the recordkeeping and reporting requirements in 60.11b(a)(1) through (4).

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 163

48.9    After installing control equipment in accordance with §61.112b(a)(2) (external floating roof), the owner or operator shall meet the recordkeeping and reporting requirements in 60.115b(b)(1) through (4).

48.10   After installing control equipment in accordance with §60.112b (a)(3) or (b)(1) (closed vent system and control device other than a flare), the owner or operator shall keep the records specified in 60.115b(c)(1) and (2).

**Monitoring of operations (60.116b)**

48.11   The owner or operator shall keep copies of all records required by this section, except for the record required by paragraph (b) of this section, for at least 2 years. The record required by paragraph (b) of this section will be kept for the life of the source. (60.116b(a)) In lieu of retaining records for 2 years, records shall be kept for 5 years as specified in Section IV, Condition 22.

48.12   The owner or operator of each storage vessel as specified in §60.110b(a) shall keep readily accessible records showing the dimension of the storage vessel and an analysis showing the capacity of the storage vessel. (60.116b(b))  As required by 60.116b(a), these records shall be kept for the life of the source.

48.13   Except as provided in paragraphs (f) and (g) of this section, the owner or operator of each storage vessel either with a design capacity greater than or equal to 151 m$^3$ storing a liquid with a maximum true vapor pressure greater than or equal to 3.5 kPa or with a design capacity greater than or equal to 75 m$^3$ but less than 151 m$^3$ storing a liquid with a maximum true vapor pressure greater than or equal to 15.0 kPa shall maintain a record of the VOL stored, the period of storage, and the maximum true vapor pressure of that VOL during the respective storage period. (60.116b(c))

48.14   Except as provided in paragraph (g) of this section, the owner or operator of each storage vessel either with a design capacity greater than or equal to 151 m$^3$ storing a liquid with a maximum true vapor pressure that is normally less than 5.2 kPa or with a design capacity greater than or equal to 75 m$^3$ but less than 151 m$^3$ storing a liquid with a maximum true vapor pressure that is normally less than 27.6 kPa shall notify the Administrator within 30 days when the maximum true vapor pressure of the liquid exceeds the respective maximum true vapor pressure values for each volume range. (60.116b(d))

48.15   Available data on the storage temperature may be used to determine the maximum true vapor pressure as specified in 60.116b(e)(1) through (3).

48.16   The owner or operator of each vessel storing a waste mixture of indeterminate or variable composition shall be subject to the requirements in 60.116b(f)(1) and (2).

48.17   The owner or operator of each vessel equipped with a closed vent system and control device meeting the specification of §60.112b or with emissions reductions equipment as specified in 40

CFR 65.42(b)(4), (b)(5), (b)(6), or (c) is exempt from the requirements of 60.116b(c) and (d). (60.16b(g))

## 49.  40 CFR Part 60, Subpart UU – Standards of Performance for Asphalt Processing and Asphalt Roofing Manufacture

T2006, and T3201 are subject to these requirements, however, current operations do not include still blowing that could result in opacity emissions. In the absence of conducting any still blowing, and in the absence of credible evidence to the contrary, the sources are presumed to be in compliance with the provisions of 40 CFR, Part 60, Subpart UU.

49.1    No owner or operator subject to the provisions of this subpart shall cause to be discharged into the atmosphere from any asphalt storage tank exhaust gases with opacity greater than 0 percent, except for one consecutive 15-minute period in any 24-hour period when the transfer lines are being blown for clearing. The control device shall not be by-passed during this 15-minute period. (60.472(c))

**Monitoring of Operations**

49.2    Method 9 and the procedures in 60.11 shall be used to determine opacity. (60.474(c)(5))

49.2.1    If still blowing were to take place during periods when the transfer lines are being blown, the permittee shall perform a visual inspection of the source stack. Such inspection shall last at least fifteen minutes. When visible emissions persist for more than fifteen (15) minutes, an EPA Reference Method 9 observation shall be performed within one-half hour. Subject to the provisions of C.R.S. 25-7-123.1 and in the absence of credible evidence to the contrary, exceedance of the limit shall be considered to exist from the time a Method 9 reading is taken that shows an exceedance of the opacity limit until a Method 9 reading is taken that shows the opacity is less than the opacity limit.

49.2.2    Records of the results of EPA Reference Method 9 readings and a copy of the EPA Reference Method 9 reader's certification shall be kept on site and made available to the Division upon request. Copies of any observations exceeding the applicable standard(s) shall be submitted with the next scheduled report.

## 50.  40 CFR Part 60, Subpart XX – Standards of Performance for Bulk Gasoline Terminals

The requirements of this subpart are solely applicable to delivery of liquid products into gasoline tank trucks, and do not apply to the loading of products into non-gasoline tank trucks.

R102 is subject to these requirements.

R101 is not directly subject to these requirements but it is subject to some of these requirements as specified in 40 CFR Part 63 Subpart R (Condition 52).

The requirements below reflect the language in 40 CFR Part 60 Subpart XX as of the date of renewal permit issuance [October 1, 2012]. However, the permittee is subject to the latest version of Subpart XX. The relevant requirements in 40 CFR Part 60 Subpart XX include, but are not limited to the following:

**Standard for Volatile Organic Compound (VOC) emissions from bulk gasoline terminals (60.502)**

The owner or operator of each bulk gasoline terminal containing an affected facility shall comply with the requirements of this section.

50.1    Each affected facility shall be equipped with a vapor collection system designed to collect the total organic compound vapors displaced from tank trucks during product loading. (60.502(a))

50.2    The emissions to the atmosphere from the vapor collection system due to the loading of liquid product into gasoline tank trucks are not to exceed 35 milligrams of total organic compounds per liter of gasoline loaded except as noted in 60.502(c). (60.502(b))

50.3    Each vapor collection system shall be designed to prevent any total organic compounds vapors collected at one loading rack from passing to another loading rack. (60.502(d))

50.4    Loading of liquid product into gasoline tank trucks shall be limited to vapor-tight gasoline tank trucks using the procedures set forth in 60.502(e).

50.5    The owner or operator shall act to assure that loadings of gasoline tank trucks at the affected facility are made only into tanks equipped with vapor collection equipment that is compatible with the terminal's vapor collection system. (60.502(f))

50.6    The owner or operator shall act to assure that the terminal's and the tank truck's vapor collection systems are connected during each loading of a gasoline tank truck at the affected facility. Examples of actions to accomplish this include training drivers in the hookup procedures and posting visible reminder signs at the affected loading racks. (60.502(g))

50.7    The vapor collection and liquid loading equipment shall be designed and operated to prevent gauge pressure in the delivery tank from exceeding 4,500 pascals (450 mm of water) during product loading. This level is not to be exceeded when measured by the procedures specified in 60.503(d). (60.502(h))

50.8    No pressure-vacuum vent in the bulk gasoline terminal's vapor collection system shall begin to open at a system pressure less than 4,500 pascals (450 mm of water). (60.502(i))

50.9    Each calendar month, the vapor collection system, the vapor processing system, and each loading rack handling gasoline shall be inspected during the loading of gasoline tank trucks for total organic compounds liquid or vapor leaks. For purpose of this paragraph, detection methods incorporating sight, sound, or smell are acceptable. Each detection of a leak shall be recorded and the source of the leak repaired within 15 calendar days after it is detected. (60.502(j))

**Test Methods and Procedures**

50.10   The performance test requirements of paragraph (c) of this section do not apply to flares defined in §60.501 and meeting the requirements in §60.18(b) through (f). The owner or operator shall demonstrate that the flare and associated vapor collection system is in compliance with the requirements in §§60.18(b) through (f) and 60.503(a), (b), and (d). (60.502(e))

**Reporting and Recordkeeping**

50.11   The tank truck vapor tightness documentation required under 50.502(e)(1) shall be kept on file at the terminal in a permanent form available for inspection. (60.505(a))

50.12   The documentation file for each gasoline tank truck shall be updated at least once per year to reflect current test results as determined by Method 27. This documentation shall include, as a minimum, the information set forth in 60.505(b).

50.13   A record of each monthly leak inspection required under 60.502(j) shall be kept on file at the terminal for at least 5 years. Inspection records shall include, as a minimum, the information set forth in 60.505(c). (60.505(c), revised to reflect the requirement to maintain records for 5 years under the operating permit program.)

50.14   The terminal owner or operator shall keep documentation of all notifications required under 60.502(e)(4) on file at the terminal for at least 5 years. (60.505(d), revised to reflect the requirement to maintain records for 5 years under the operating permit program.)

50.15   The owner or operator of an affected facility shall keep records of all replacements or additions of components performed on an existing vapor processing system for at least 5 years. (60.505(f), revised to reflect the requirement to maintain records for 5 years under the operating permit program.)

## 51.   Standards of Performance for VOC Emissions From Petroleum Refinery Wastewater Systems – 40 CFR Part 60, Subpart QQQ

The CPI Separator (F101 - Asphalt Unit Sewer System) is subject to the requirements for oil-water separators.

The individual drain systems associated with F101, F103, F104, F109, F110, F113 and F114 are subject to the requirements for individual drain systems.

As specified in 40 CFR Part 63 Subpart CC §63.640(o)(1) specifies that a Group 1 wastewater stream managed in a piece of equipment that is also subject the provisions of 40 CFR Part 60 Subpart QQQ is only required to comply with 40 CFR Part 63 Subpart CC.  T4514 and T4515 fall under this provision – they need only comply with the provisions of 40 CFR Part 63 Subpart CC.

The requirements below reflect the language in 40 CFR Part 60 Subpart QQQ as of the date of renewal permit issuance [October 1, 2012]. However, the permittee is subject to the latest version of Subpart QQQ. The relevant requirements in 40 CFR Part 60 Subpart QQQ include, but are not limited to the following:

**Standards: General (60.692-1)**

51.1    Each owner of operator subject to the provisions of this subpart shall comply with the requirements of 60.692-1 to 60.692-5 and with 60.693-1 and 60.693-2, except during periods of startup, shutdown, or malfunction. (60.692-1(a))

51.2    Compliance with 60.692-1 to 60.692-5 and with 60.693-1 and 60.693-2 will be determined by review of records and reports, review of performance test results, and inspection using the methods and procedures specified in 60.696. (60.692-1(b))

**Standards: Individual drain systems (60.692-2)**

51.3    Each drain shall be equipped with water seal controls. (60.692-2(a)(1))

51.4    Each drain in active service shall be checked by visual or physical inspection initially and monthly thereafter for indications of low water levels or other conditions that would reduce the effectiveness of the water seal controls. (60.692-2(a)(2))

51.5    Except as provided in 60.692-2(a)(4), each drain out of active service shall be checked by visual or physical inspection initially and weekly thereafter for indications of low water levels or other problems that could result in VOC emissions.(60.692-2(a)(3))

51.6    As an alternative to the requirements in 60.692(a)(3), if an owner or operator elects to install a tightly sealed cap or plug over a drain that is out of service, inspections shall be conducted initially and semiannually to ensure caps or plugs are in place and properly installed. (60.692-2(a)(4))

51.7    Whenever low water levels or missing or improperly installed caps or plugs are identified, water shall be added or first efforts at repair shall be made as soon as practicable, but not later than 24 hours after detection, except as provided in 60.692-6. (60.692-2(a)(5))

51.8    Junction boxes shall be equipped with a cover and may have an open vent pipe. The vent pipe shall be at least 90 cm (3 ft) in length and shall not exceed 10.2 cm (4 in) in diameter. (60.692-2(b)(1))

51.9    Junction box covers shall have a tight seal around the edge and shall be kept in place at all times, except during inspection and maintenance. (60.692-2(b)(2))

51.10   Junction boxes shall be visually inspected initially and semiannually thereafter to ensure that the cover is in place and to ensure that the cover has a tight seal around the edge. (60.692-2(b)(3))

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 168

51.11   If a broken seal or gap is identified, first effort at repair shall be made as soon as practicable, but not later than 15 calendar days after the broken seal or gap is identified, except as provided in 60.692-6. (60.692-2(b)(4))

51.12   Sewer lines shall not be open to the atmosphere and shall be covered or enclosed in a manner so as to have no visual gaps or cracks in joints, seals, or other emission interfaces. (60.692-2(c)(1))

51.13   The portion of each unburied sewer line shall be visually inspected initially and semiannually thereafter for indication of cracks, gaps, or other problems that could result in VOC emissions. (60.692-2(c)(2))

51.14   Whenever cracks, gaps, or other problems are detected, repairs shall be made as soon as practicable, but not later than 15 calendar days after identification, except as provided in 60.692-6. (60.692-2(c)(3))

51.15   Except as provided in 60.692-2(e), each modified or reconstructed individual drain system that has a catch basin in the existing configuration prior to May 4, 1987 shall be exempt from the provisions of this section. (60.692-2(d))

51.16   Refinery wastewater routed through new process drains and a new first common downstream junction box, either as part of a new individual drain system or an existing individual drain system, shall not be routed through a downstream catch basin. (60.692-2(e))

**Standards: Oil-water separators (60.692-3)**

51.17   Each oil-water separator tank, slop oil tank, storage vessel, or other auxiliary equipment subject to the requirements of this subpart shall be equipped and operated with a fixed roof, which meets the specifications set forth in 60.692-3(a), except as provided in 60.692-3(d) or in 60.693-2. (60.692-3(a))

   51.17.1   The fixed roof shall be installed to completely cover the separator tank, slop oil tank, storage vessel, or other auxiliary equipment with no separation between the roof and the wall. (60.692-3(a)(1))

   51.17.2   The vapor space under a fixed roof shall not be purged unless the vapor is directed to a control device. (60.692-3(a)(2))

   51.17.3   If the roof has access doors or openings, such doors or openings shall be gasketed, latched, and kept closed at all times during operation of the separator system, except during inspection and maintenance. (60.692-3(a)(3))

   51.17.4   Roof seals, access doors, and other openings shall be checked by visual inspection initially and semiannually thereafter to ensure that no cracks or gaps occur between the roof and wall and that access doors and other openings are closed and gasketed properly. (60.692-3(a)(4))

51.17.5    When a broken seal or gasket or other problem is identified, first efforts at repair shall be made as soon as practicable, but not later than 15 calendar days after it is identified, except as provided in §60.692–6. (60.692-3(a)(5))

51.18    Slop oil from an oil-water separator tank and oily wastewater from slop oil handling equipment shall be collected, stored, transported, recycled, reused, or disposed of in an enclosed system. Once slop oil is returned to the process unit or is disposed of, it is no longer within the scope of this subpart. Equipment used in handling slop oil shall be equipped with a fixed roof meeting the requirements of 60.692-3(a). (60.692-3(e))

51.19    Each oil-water separator tank, slop oil tank, storage vessel, or other auxiliary equipment that is required to comply with 60.692-3(a), and not 60.692-3(b), may be equipped with a pressure control valve as necessary for proper system operation. The pressure control valve shall be set at the maximum pressure necessary for proper system operation, but such that the value will not vent continuously. (60.692-3(f))

**Standards: Delay of repair (60.692-6)**

51.20    Delay of repair of facilities that are subject to the provisions of this subpart will be allowed if the repair is technically impossible without a complete or partial refinery or process unit shutdown. (60.692-6(a))

51.21    Repair of such equipment shall occur before the end of the next refinery or process unit shutdown. (60.692-6(b))

**Recordkeeping requirements (60.697)**

51.22    Each owner or operator of a facility subject to the provisions of this subpart shall comply with the recordkeeping requirements set forth in 60.697, as applicable. All records shall be retained for a period of 5 years after being recorded unless otherwise noted. (60.697(a), revised to require record retention of five years, for operating permit purposes.)

**Reporting Requirements (60.698)**

51.23    A report that summarizes all inspections when a water seal was dry or otherwise breached, when a drain cap or plug was missing or improperly installed, or when cracks, gaps, or other problems were identified that could result in VOC emissions, including information about the repairs or corrective action taken, shall be submitted initially and semiannually to the Division. (60.698(c))

## 52.    40 CFR Part 63, Subpart R – National Emission Standards for Gasoline Distribution Facilities (Bulk Gasoline Terminals and Pipeline Breakout Stations)

T7208 and R102 are subject to these requirements.

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 170

The requirements below reflect the language in 40 CFR Part 63 Subpart R as of the date of renewal permit issuance [October 1, 2012]. However, the permittee is subject to the latest version of Subpart R. The relevant requirements in 40 CFR Part 63 Subpart R include, but are not limited to the following:

52.1  Each owner or operator of a bulk gasoline terminal or pipeline breakout station subject to the provisions of this subpart that also subject to applicable provisions of 40 CFR Part 60, Subpart Kb or XX shall comply only with the provisions in each Subpart that contain the most stringent control requirements for that facility. (60.420(g))

52.2  Each owner or operator of an affected source bulk gasoline terminal or pipeline breakout station is subject to the provisions of 40 CFR Part 63, Subpart A – General Provisions, as indicated in Table 1 of Subpart R. (63.420(h))  These requirements include, but are not limited to the following:

52.2.1  Prohibited activities in §63.4.

52.2.2  Operation and maintenance requirement in §63.6(e)(1).

52.2.3  Startup, shutdown and malfunction plant requirements in §63.6(e)(3).

52.2.4  Performance test requirements in §63.7.

52.2.5  Monitoring requirements in §63.8.

52.2.6  Notification requirements in §63.9.

52.2.7  Recordkeeping requirements in §63.10.

52.2.8  Control device and work practice requirements in §§63.11(b) and (c).

**Standards: Loading Racks (63.422)**

52.3  Each owner or operator of loading racks at a bulk gasoline terminal subject to the provisions of this subpart shall comply with the requirements in 40 CFR Part 60, Subpart XX, 60.502 (see Condition 50 of this permit) except for paragraphs (b), (c), and (j) of that section. (63.422(a))

52.4  Emission to the atmosphere from the vapor collection and processing systems due to the loading of gasoline cargo tanks shall not exceed 10 milligrams of total organic compounds per liter of gasoline loaded. (63.422(b))

52.5  Each owner or operator of a bulk gasoline terminal subject to the provisions of this subpart shall comply with 40 CFR Part 60, Subpart XX, 60.502(e) as follows:

52.5.1  For the purposes of this section, the term "tank truck" as used in §60.502(e) of this chapter means "cargo tank." (63.422(c)(1))

52.5.2    Section 60.502(e)(5) of this chapter is changed to read: The terminal owner or operator shall take steps assuring that the nonvapor-tight gasoline cargo tank will not be reloaded at the facility until vapor tightness documentation for that gasoline cargo tank is obtained which documents that:

    52.5.2.1    The tank truck or railcar gasoline cargo tank meets the test requirements in §63.425(e), or the railcar gasoline cargo tank meets applicable test requirements in §63.425(i);

    52.5.2.2    For each gasoline cargo tank failing the test in §63.425 (f) or (g) at the facility, the cargo tank meets the requirements in either 63.422(c)(ii)(A) or (B). (63.422(c)(2))

**Standards: Equipment Leaks (63.424)**

52.6    Each owner or operator of a bulk gasoline terminal or pipeline breakout station subject to this subpart shall perform a monthly leak inspection of all equipment in gasoline service. For this inspection, detection methods incorporating sight, sound, and smell are acceptable. Each piece of equipment shall be inspected during the loading of a gasoline cargo tank. (63.424(a))

52.7    A log book shall be used and shall be signed by the owner or operator at the completion of each inspection. A section of the log shall contain a list, summary description, or diagram(s) showing the location of all equipment in gasoline service at the facility. (63.424(b))

52.8    Each detection of a liquid or vapor leak shall be recorded in the log book.  When a leak is detected, an initial attempt at repair shall be made as soon as practicable, but no later than 5 calendar days after the leak is detected. Repair or replacement of leaking equipment shall be completed within 15 calendar days after detection of each leak, except as provided in 63.424(d). (63.424(c))

52.9    Owners and operators shall not allow gasoline to be handled in a manner that would result in vapor releases to the atmosphere for extended periods of time. Measures to be taken include, but are not limited to the methods listed in 63.424(g).

**Annual Certification Test (63.425 (e))**

52.10    The annual certification test for gasoline cargo tanks shall consist of the test methods and procedures set forth in 63.425(e).

52.11    The Leak Detection Test, Nitrogen Pressure Decay Field Test, and Continuous Performance Decay Tests are optional testing requirements. Should the source conduct any of these tests, they must be conducted in accordance with the following:

**Leak Detection Test (63.425(f))**

    52.11.1    The leak detection test shall be performed as set forth in 63.425(f)

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 172

**Nitrogen Pressure Decay Field Test (63.425(g))**

52.11.2    For those cargo tanks with manifolded product lines, this test procedure shall be conducted on each compartment, as set forth in 63.425(g).

**Continuous Performance Pressure Decay Test (63.425(h))**

52.11.3    The continuous performance pressure decay test shall be performed as set forth in 63.425(h).

**Continuous Monitoring (63.427)**

52.12    Each owner or operator of a bulk gasoline terminal subject to the provisions of this subpart shall install, calibrate, certify, operate, and maintain, according to the manufacturer's specifications, a continuous monitoring system (CMS) as specified in 63.427(a).

52.13    Each owner or operator of a bulk gasoline terminal subject to the provisions of this subpart shall operate the vapor processing system in a manner as set forth in 63.427(b).

**Reporting and Recordkeeping (63.428)**

52.14    Each owner or operator of a bulk gasoline terminal subject to this subpart shall keep records of the test results for each gasoline cargo tank loading at the facility as set forth in 63.428(b).

52.15    Each owner or operator of a bulk gasoline terminal subject to this subpart shall maintain records as set forth in 63.428(c.).

52.16    Each owner or operator complying with the provisions of 63.424(a) through (d) shall record the information set forth in 63.428(e) in the log book for each leak detected.

52.17    Each owner or operator of a bulk gasoline terminal subject to this subpart shall include in a semiannual report to the Division the information as set forth in 63.428(g)(1).

52.18    Each owner or operator of a bulk gasoline terminal subject to this subpart shall submit an excess emission report to the Division in accordance with 63.10(e)(3), whether or not a CMS is installed at the facility. The occurrences of excess emissions as set forth in 63.428(h)(1) through (3) shall be included in the excess emission report, as applicable.

**53.    40 CFR Part 63, Subpart CC – National Emission Standards for Hazardous Air Pollutants from Petroleum Refineries**

The requirements below reflect the current rule language as of the latest revisions to 40 CFR Part 63 Subpart CC published in the Federal Register on July 13, 2016.  However, if revisions to this Subpart are published at a later date, the owner or operator is subject to the requirements contained in the revised version of 40 CFR Part 63 Subpart CC.

Please note that proposed revisions to 40 CFR Part 63 Subpart CC were published in the Federal Register on October 18, 2016. The October 18, 2016 proposed revisions correct the overlap provisions for equipment leaks in 63.640(p)(2) (Condition 53.43.2) to state that pressure relief devices are subject to the requirements in 63.648(j). Therefore, the requirements below may change in the future.

The relevant requirements in 40 CFR Part 63 Subpart CC include, but are not limited to the following:

**Applicability and designation of affected source (63.640)**

53.1    This subpart applies to petroleum refining process units and to related emissions points that are specified in 63.640(c)(1) through (9) that are located at a plant site and that meet the criteria in 63.640(a)(1) and (2):

53.1.1    Are located at a plant site that is a major source as defined in section 112(a) of the Clean Air Act (63.640(a)(1)); and

53.1.2    Emit or have equipment containing or contacting one or more of the hazardous air pollutants listed in table 1 of this subpart. (63.640(a)(2))

53.2    The affected source subject to this subpart does not include the emission points listed in 63.640(d)(1) through (d)(4) and the provisions of this subpart do not apply to the processes specified in 63.640(g)(1) through (g)(7). (63.640(d) and (g))

53.3    **Compliance dates.** Sources subject to this subpart are required to achieve compliance on or before the dates specified in table 11 of this subpart, except as provided in 63.640(h)(1) through (3). (63.640(h))

The facility is considered an existing source (commenced construction or reconstruction prior to July 14, 1994) and for initial requirements, the compliance date was August 18, 1998. However, with the December 1, 2015 and July 13, 2016 revisions, compliance dates for new or modified requirements were established as follows:

| Requirement | Compliance Date |
|---|---|
| Miscellaneous Process Vents (MPVs): §§63.643(a) & (b), 63.644 & 63.645 | On or before August 18, 1998. Note that for equipment that did not meet the definition of MPV until the December 1, 2015 revisions to 40 CFR Part 60 Subpart CC, the compliance date is February 1, 2016 (the effective date for those revisions). |
| Pressure Relief Devices: §63.648(j)(1) and (2) | February 1, 2016[1] |
| Pressure Relief Devices: §63.648(j)(3), (6) & (7) | On or before January 30, 2019 |
| Storage Vessels: §63.660, or if applicable, §63.640(n) | Transition to comply with only the requirements in §63.660 or, if applicable, §63.640(n) on or before April 29, 2016. |
| Maintenance Vents: §63.643(c) | On or before August 1, 2017 |
| Fence Line Monitoring: §63.658 | On or before January 1, 2018 |
| Good Operating Practices: §63.642(n) | Upon initial startup or February 1, 2016, whichever is later. |
| Flares as Control Device:[2] §§ 63.670 & 63.671 | On or before January 30, 2019 |

[1]Note that Table 11 lists the compliance date for these requirements as August 18, 1998, however, the requirements in 63.648(j)(1) and (2) were not included in 40 CFR Part 63 Subpart CC until the December 1, 2015 revisions, so the compliance date is the effective date for those revisions.

[2]The compliance date for flares used as control devices was not included in Table 11 but was included here for convenience.

Note that the overlap provisions specified in 63.640(n), (o), (p), (r) and (s) are included in the equipment specific sections to which they relate.

## General Standards (63.642)

53.4    The emission standards set forth in this subpart shall apply at all times. (63.642(b))

53.5    Table 6 of this subpart specifies the provisions of subpart A of this part that apply and those that do not apply to owners and operators of sources subject to this subpart. (603.642(b)   The requirements in Table 6 that apply to this facility, include bur are not limited to the following:

53.5.1    Prohibited activities and circumvention in §63.4.

53.5.2    §63.6: Operation and maintenance requirements in §63.6(e)(1)(iii), compliance with non-opacity standards in §63.6(f)(2) (except the phrase "as specified in §63.7(c)" in 63.6(f)(2((iii)(D) does not apply since CC does not require a site-specific test plan) & (f)(3) (the cross-references to §63.6(f)(1) and (e)(1)(i) are changed to §63.642(n)) and compliance with opacity and visible emission standards in 63.6(h)(2), (h)(6) & (h)(8).

53.5.3    §63.7: The applicability and performance test date requirements in §63.7(a)(1) thru (4) (except under (a)(2), the test results must be submitted in the notice of compliance status report due 150 days after the compliance date per 63.655(f)), the notification of performance test in §63.7(b) (except it is due 30 days prior to the performance test), the performance testing facilities requirement in §63.7(d) and the conduct of performance test requirements in §63.7(e)(2) thru (4).

53.5.4    §63.8: The applicability requirements in §63.8(a)(1) thru (4) (except that in (a)(2) for a flare complying with 63.670, the cross-reference to 63.11 does not include 63.11(b)), conduct of monitoring requirements in §63.8(b), operation and continuous monitoring system requirements in §63.8(c)(1) (excluding (c)(1)(i) and (iii)), (c)(2), (c)(3) (except that verification of operational status shall, at a minimum, include completion of the manufacturer's written specifications or recommendations for installation, operation, and calibration of the system or other written procedures that provide adequate assurance that the equipment would monitor accurately) & (c)(4) (except that for sources other than flares, this subpart specifies the monitoring cycle frequency specified in §63.8(c)(4)(ii) is "once every hour" rather than "for each successive 15-minute period"), the performance evaluation of continuous monitoring systems requirements in §63.8(e) and the use of an alternative monitoring method requirements in §63.8(f)(1) thru (3), (f)(4)(ii) & (f)(5).

Case No. 1:24-cv-02164-DDD-SBP    Document 27-11    filed 01/21/25    USDC Colorado
pg 186 of 448

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit       Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 175

53.5.5    §63.10: The general recordkeeping requirements in §63.10(b)(2)(vi), (viii), (ix), (x). (xii) & (xiv), the additional recordkeeping requirements for sources with continuous monitoring systems in §63.10(c)(7) & (8) and the general reporting requirements in §63.10(d)(1) & (4),

53.5.6    The control device and work practice requirements in §63.11, except that flares complying with §63.670 are not subject to the requirements of §63.11(b). Note that the requirements in 63.11(b) apply until January 30, 2019 (compliance date for flare requirements) unless the source opts to comply with the flare requirements prior to January 30, 2019 as provided for in 60.640(s) (Condition 53.87).

53.6    Initial performance tests and initial compliance determinations shall be required only as specified in this subpart. (63.642(d)). The provisions in 63.642(d)(1) through (4) shall be met.

53.7    All applicable records shall be maintained as specified in §63.655(i). (63.642(e))

53.8    All reports required under this subpart shall be sent to the Administrator at the addresses listed in §63.13 of subpart A of this part. If acceptable to both the Administrator and the owner or operator of a source, reports may be submitted on electronic media. (63.642(f))  In addition, reports shall be submitted to the Division at the address provided in Appendix D of this permit.

53.9    The owner or operator of an existing source subject to the requirements of this subpart shall control emissions of organic HAP's to the level represented by the equation in 63.642(g). (63.642(g))

53.10    The owner or operator of an existing source shall demonstrate compliance with the emission standard in 63.642(g) by following the procedures specified in 63.642(k) for all emission points, or by following the emissions averaging compliance approach specified in 63.642(l) for specified emission points and the procedures specified in 63.642(k)(1). (63.642(i)) Note that this facility is not following the emissions averaging compliance approach specified in 63.642(l).

53.11    The owner or operator of an existing source may comply, and the owner or operator of a new source shall comply, with the applicable provisions in §§63.643 through 63.645, 63.646 or 63.660, 63.647, 63.650, and 63.651, as specified in §63.640(h). (63.640(k))

53.11.1    The owner or operator using this compliance approach shall also comply with the requirements of §§63.648 and/or 63.649, 63.654, 63.655, 63.657, 63.658, 63.670 and 63.671, as applicable. (63.642(k)(1))

53.11.2    The owner or operator using this compliance approach is not required to calculate the annual emission rate specified in 63.642(g). (63.642(k)(2))

53.12    At all times, the owner or operator must operate and maintain any affected source, including associated air pollution control equipment and monitoring equipment, in a manner consistent with safety and good air pollution control practices for minimizing emissions. The general duty

to minimize emissions does not require the owner operator to make any further efforts to reduce emissions if levels required by the applicable standard have been achieved. Determination of whether a source is operating in compliance with operation and maintenance requirements will be based on information available to the Administrator which may include, but is not limited to, monitoring results, review of operation and maintenance procedures, review of operation and maintenance records, and inspection of the source. (63.642(n))

**Miscellaneous process vent provisions (63.643)**

53.13    The owner or operator of a Group 1 miscellaneous process vent as defined in §63.641 shall comply with the requirements of either 63.643(a)(1) or (2) or, if applicable, 63.643(c). The owner or operator of a miscellaneous process vent that meets the conditions in 63.643(c) is only required to comply with the requirements of 63.643(c) and §63.655(g)(13) and (i)(12) for that vent. (63.643(a)). Note that the source is complying with the requirements in 63.643(a)(1), so only those requirements have been included.

53.13.1    Reduce emissions of organic HAP's using a flare. On and after January 30, 2019, the flare shall meet the requirements of §63.670. Prior to January 30, 2019, the flare shall meet the requirements of §63.11(b) of subpart A or the requirements of §63.670. (63.643(a)(1))

53.14    An owner or operator may designate a process vent as a maintenance vent if the vent is only used as a result of startup, shutdown, maintenance, or inspection of equipment where equipment is emptied, depressurized, degassed or placed into service. The owner or operator does not need to designate a maintenance vent as a Group 1 or Group 2 miscellaneous process vent. The owner of operator must comply with the applicable requirements in 63.643(c)(1) through (3) for each maintenance vent according to the compliance dates specified in table 11 of this subpart (Condition 53.3), unless an extension is requested in accordance with the provisions in §63.6(i). (63.643(c))

53.14.1    Prior to venting to the atmosphere, process liquids are removed from the equipment as much as practical and the equipment is depressured to a control device, fuel gas system, or back to the process until one of the following conditions, as applicable, is met. (63.643(c)(1))

53.14.1.1    The vapor in the equipment served by the maintenance vent has a lower explosive limit (LEL) of less than 10 percent. (63.643(c)(1)(i))

53.14.1.2    If there is no ability to measure the LEL of the vapor in the equipment based on the design of the equipment, the pressure in the equipment served by the maintenance vent is reduced to 5 psig or less. Upon opening the maintenance vent, active purging of the equipment cannot be used until the LEL of the vapors in the maintenance vent (or inside the equipment if the maintenance is a hatch or similar type of opening) equipment is less than 10 percent. (63.643(c)(1)(ii))

Case No. 1:24-cv-02164-DDD-SBP    Document 27-11    filed 01/21/25    USDC Colorado
pg 188 of 448

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 177

53.14.1.3    The equipment served by the maintenance vent contains less than 72 pounds of VOC. (63.643(c)(1)(iii))

53.14.1.4    If the maintenance vent is associated with equipment containing pyrophoric catalyst (*e.g.*, hydrotreaters and hydrocrackers) at refineries that do not have a pure hydrogen supply, the LEL of the vapor in the equipment must be less than 20 percent, except for one event per year not to exceed 35 percent. (63.643(c)(1)(iv))

53.14.2    Except for maintenance vents complying with the alternative in 63.643((c)(1)(iii), the owner or operator must determine the LEL or, if applicable, equipment pressure using process instrumentation or portable measurement devices and follow procedures for calibration and maintenance according to manufacturer's specifications. (63.643(c)(2))

53.14.3    For maintenance vents complying with the alternative in 63.643(c)(1)(iii), the owner or operator shall determine mass of VOC in the equipment served by the maintenance vent based on the equipment size and contents after considering any contents drained or purged from the equipment. Equipment size may be determined from equipment design specifications. Equipment contents may be determined using process knowledge. (63.643(c)(3))

53.15    After February 1, 2016 and prior to the date of compliance with the maintenance vent provisions in 63.643(c), the owner or operator must comply with the requirements in §63.642(n) (Condition 53.12) for each maintenance venting event and maintain records necessary to demonstrate compliance with the requirements in §63.642(n) (Condition 53.12) including, if appropriate, records of existing standard site procedures used to deinventory equipment for safety purposes. (63.643(d))

**Monitoring provisions for miscellaneous process vents (63.644)**

53.16    Except as provided in 63.644(b), each owner or operator of a Group 1 miscellaneous process vent that uses a combustion device to comply with the requirements in §63.643(a) (Condition 53.13) shall install the monitoring equipment specified in 63.644(a)(1), (2), (3), or (4), depending on the type of combustion device used. All monitoring equipment shall be installed, calibrated, maintained, and operated according to manufacturer's specifications or other written procedures that provide adequate assurance that the equipment will monitor accurately and, except for CPMS installed for pilot flame monitoring, must meet the applicable minimum accuracy, calibration and quality control requirements specified in table 13 of this subpart. (63.644(a)) Since the source is using a flare to comply with these requirements, only the provisions in 63.644(a)(2) have been included.

53.16.1    Where a flare is used prior to January 30, 2019, a device (including but not limited to a thermocouple, an ultraviolet beam sensor, or an infrared sensor) capable of continuously detecting the presence of a pilot flame is required, or the requirements

of §63.670 shall be met. Where a flare is used on and after January 30, 2019, the requirements of §63.670 shall be met. (63.644(a)(2))

53.17    The owner or operator of a Group 1 miscellaneous process vent using a vent system that contains bypass lines that could divert a vent stream away from the control device used to comply with 63.644(a) either directly to the atmosphere or to a control device that does not comply with the requirements in §63.643(a) (Condition 53.13) shall comply with either 63.644(c)(1) or (2). Use of the bypass at any time to divert a Group 1 miscellaneous process vent stream to the atmosphere or to a control device that does not comply with the requirements in §63.643(a) (Condition 53.13) is an emissions standards violation. Equipment such as low leg drains and equipment subject to §63.648 are not subject to 63.644(c). (63.644(c))

    53.17.1    Install, calibrate and maintain a flow indicator that determines whether a vent stream flow is present at least once every hour. A manual block valve equipped with a valve position indicator may be used in lieu of a flow indicator, as long as the valve position indicator is monitored continuously. Records shall be generated as specified in §63.655(h) and (i). The flow indicator shall be installed at the entrance to any bypass line that could divert the vent stream away from the control device to the atmosphere (63.644(c)(1)); or

    53.17.2    Secure the bypass line valve in the non-diverting position with a car-seal or a lock-and-key type configuration. A visual inspection of the seal or closure mechanism shall be performed at least once every month to ensure that the valve is maintained in the non-diverting position and that the vent stream is not diverted through the bypass line. (63.644(c)(2))

53.18    The owner or operator shall establish a range that ensures compliance with the emissions standard for each parameter monitored under 63.644(a) and (b). In order to establish the range, the information required in §63.655(f)(3) shall be submitted in the Notification of Compliance Status report. (63.644(d))

53.19    Each owner or operator of a control device subject to the monitoring provisions of this section shall operate the control device in a manner consistent with the minimum and/or maximum operating parameter value or procedure required to be monitored under 63.644(a) and (b. Operation of the control device in a manner that constitutes a period of excess emissions, as defined in §63.655(g)(6), or failure to perform procedures required by this section shall constitute a violation of the applicable emission standard of this subpart. (63.644(e))

**Test methods and procedures for miscellaneous process vents (63.645)**

53.20    To demonstrate compliance with §63.643, an owner or operator shall follow §63.116 except for §63.116 (a)(1), (d) and (e) of subpart G of this part except as provided in paragraphs (b) through (d) and paragraph (i) of this section. (63.645(a))  Note that since the source has indicated that

they will rely on a flare to comply with the MPV requirements, only the provisions in 63.116(a) apply, so the requirements in 63.116(a), (a)(2) and (a)(3) have been included below.

53.20.1 When a flare is used to comply with §63.113(a)(1), the owner or operator shall comply with paragraphs (a)(1) through (3) of this section. The owner or operator is not required to conduct a performance test to determine percent emission reduction or outlet organic HAP or TOC concentration. (63.116(a))

53.20.1.1 Determine the net heating value of the gas being combusted using the techniques specified in §63.11(b)(6). (63.116(a)(2))

53.20.1.2 Determine the exit velocity using the techniques specified in either §63.11(b)(7)(i) (and §63.11(b)(7)(iii), where applicable) or §63.11(b)(8), as appropriate. (63.116(a)(3))

53.21 All references to §63.113(a)(1) or (a)(2) in §63.116 of subpart G of this part shall be replaced with §63.643(a)(1) or (a)(2), respectively. (63.645(b))

53.22 For purposes of determining the TOC emission rate, as specified 63.645(f), the sampling site shall be after the last product recovery device (as defined in §63.641 of this subpart) (if any recovery devices are present) but prior to the inlet of any control device (as defined in §63.641 of this subpart) that is present, prior to any dilution of the process vent stream, and prior to release to the atmosphere. (63.645(e))

53.22.1 Methods 1 or 1A of 40 CFR part 60, appendix A-1, as appropriate, shall be used for selection of the sampling site. For vents smaller than 0.10 meter in diameter, sample at the center of the vent. (63.645(e)(1))

53.22.2 No traverse site selection method is needed for vents smaller than 0.10 meter in diameter. (63.645(e)(2))

53.23 Except as provided in 63.645(g), an owner or operator seeking to demonstrate that a process vent TOC mass flow rate is less than 33 kilograms per day for an existing source or less than 6.8 kilograms per day for a new source in accordance with the Group 2 process vent definition of this subpart shall determine the TOC mass flow rate by the following procedures in 63.645(f)(1) through (5). (63.645(f))

53.24 Engineering assessment may be used to determine the TOC emission rate for the representative operating condition expected to yield the highest daily emission rate. (63.645(g)) Engineering assessments include, but are not limited to the information in 63.645(g)(1)(i) through (v).

53.25 The owner or operator of a Group 2 process vent shall recalculate the TOC emission rate for each process vent, as necessary, whenever process changes are made to determine whether the vent is in Group 1 or Group 2. Examples of process changes include, but are not limited to, changes in production capacity, production rate, or catalyst type, or whenever there is replacement, removal, or addition of recovery equipment. For purposes of this paragraph,

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 180

process changes do not include: process upsets; unintentional, temporary process changes; and changes that are within the range on which the original calculation was based. (63.645(h))

53.25.1    The TOC emission rate shall be recalculated based on measurements of vent stream flow rate and TOC as specified in 63.645(e) and (f), as applicable, or on best engineering assessment of the effects of the change. Engineering assessments shall meet the specifications in 63.645(g). (63.645(h)(1))

53.25.2    Where the recalculated TOC emission rate is greater than 33 kilograms per day for an existing source or greater than 6.8 kilograms per day for a new source, the owner or operator shall submit a report as specified in §63.655(f), (g), or (h) and shall comply with the appropriate provisions in §63.643 by the dates specified in §63.640. (63.645(h)(2))

53.26    A compliance determination for visible emissions shall be conducted within 150 days of the compliance date using Method 22 of 40 CFR part 60, appendix A, to determine visible emissions. (63.645(i))

**Storage Vessel Provisions (63.646)**

All tanks addressed in Section II of this permit (listed in the table in Section I, Condition 5.1) are subject to these requirements, except as noted below.

Tanks D-811, D-812, D-813, D-814, T81, T82, T90, T91, T92 and T400 are not considered storage vessels under MACT CC because they are pressure vessels.

Tank T7208 is part of the truck rack (R102). The truck loading rack at the Suncor facility is classified under SIC 5171, and is operated by Suncor Energy (U.S.A.)'s pipeline operation, as opposed to the Refinery (SIC Code 2911), therefore the requirements in 40 CFR Part 63 Subpart CC do not apply.

Tanks 17675 and 20529 and the pipeline receipt station sump are not considered storage vessels under MACT CC because they are less than 40 cubic meters.

Tank D-20 is not subject to the requirements to MACT CC because it is not associated with a process unit. In accordance with 63.640(c)(2) only storage vessels associated with a process unit are subject to MACT CC. Tank D-20 receives skimmed hydrocarbons (weathered reformate) from remediation system wells.

Tanks T60, T4501, T4502, T4503, T4504, T4507, T4508, T4514, T4515, T4516, T4517 and T4518 are not considered storage vessels under MACT CC because they are wastewater storage tanks. These tanks are subject to the wastewater treatment requirements in MACT CC.

53.27    Upon a demonstration of compliance with the standards in §63.660 by the compliance dates specified in §63.640(h), the standards in this section shall no longer apply. (63.646)

Air Pollution Control Division      Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit      Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120      Page 181

The notice of compliance status submitted on September 19, 2016 did not indicate that any of the Group 1 storage tanks was in compliance with the requirements in 63.660, thus the requirements in 63.646 still apply. The September 19, 2016 notice indicates that the future compliance date is at the next emptying and degassing, or by February 1, 2026.

53.28    Overlap with storage vessel regulations:

53.28.1    After the compliance dates specified in 63.640(h), a Group 2 storage vessel that is subject to the provisions of 40 CFR part 60, subpart Kb, is required to comply only with the requirements of 40 CFR part 60, subpart Kb, except as provided in 63.640(n)(8). After the compliance dates specified in 63.640(h), a Group 2 storage vessel that is subject to the provisions of 40 CFR part 61, subpart Y, is required to comply only with the requirements of 40 CFR part 61, subpart Y, except as provided in 63.740(n)(10). (63.640(n)(1)) The requirements in 40 CFR Part 60 Subpart Kb are included in Condition 48. No specific equipment has been identified at this facility that falls under this overlap category.

53.28.2    After the compliance dates specified in 63.640(h), a Group 1 storage vessel that is also subject to 40 CFR part 60, subpart Kb, is required to comply only with either 40 CFR part 60, subpart Kb, except as provided in 63.640(n)(8) or this subpart. After the compliance dates specified in 63.640(h), a Group 1 storage vessel that is also subject to 40 CFR part 61, subpart Y, is required to comply only with either 40 CFR part 61, subpart Y, except as provided in 63.640(n)(10) or this subpart. (63.640(n)(2)) The requirements in 40 CFR Part 60 Subpart Kb are included in Condition 48.

The following tanks fall under the provisions in 63.640(n)(2): T34, T55, T96, T97, T116, T775 and T2010.

53.28.3    After the compliance dates specified in 63.640(h), a Group 1 storage vessel that is also subject to the provisions of 40 CFR part 60, subpart K or Ka, is required to only comply with the provisions of this subpart. (63.640(n)(5))

The following tank falls under the provisions in 63.640(n)(5): T1

53.28.4    Storage vessels described by 63.640(n)(1) are to comply with 40 CFR part 60, subpart Kb, except as provided in 63.640(n)(8)(i) through (vi). Storage vessels described by 63.640(n)(2) electing to comply with part 60, subpart Kb of this chapter shall comply with subpart Kb except as provided in 63.640(n)(8)(i) through (viii). (63.640(n)(8))

53.28.4.1    Storage vessels that are to comply with §60.112b(a)(2) of subpart Kb are exempt from the secondary seal requirements of §60.112b(a)(2)(i)(B) during the gap measurements for the primary seal required by §60.113b(b) of subpart Kb. (63.640(n)(8)(i))

53.28.4.2    If the owner or operator determines that it is unsafe to perform the seal gap

measurements required in §60.113b(b) of this chapter or to inspect the vessel to determine compliance with §60.113b(a) of this chapter because the roof appears to be structurally unsound and poses an imminent danger to inspecting personnel, the owner or operator shall comply with the requirements in either §63.120(b)(7)(i) or (ii) of subpart G (only up to the compliance date specified in 63.640(h) for compliance with §63.660, as applicable) or either §63.1063(c)(2)(iv)(A) or (B) of subpart WW. (63.640(n)(8)(ii))

53.28.4.3    If a failure is detected during the inspections required by §60.113b(a)(2) or during the seal gap measurements required by §60.113b(b)(1), and the vessel cannot be repaired within 45 days and the vessel cannot be emptied within 45 days, the owner or operator may utilize up to two extensions of up to 30 additional calendar days each. The owner or operator is not required to provide a request for the extension to the Administrator. (63.640(n)(8)(iii))

53.28.4.4    If an extension is utilized in accordance with 63.640(n)(8)(iii), the owner or operator shall, in the next periodic report, identify the vessel, provide the information listed in §60.113b(a)(2) or §60.113b(b)(4)(iii), and describe the nature and date of the repair made or provide the date the storage vessel was emptied. (63.640(n)(8)(iv))

53.28.4.5    Owners and operators of storage vessels complying with subpart Kb of part 60 may submit the inspection reports required by §§60.115b(a)(3), (a)(4), and (b)(4) of subpart Kb as part of the periodic reports required by this subpart, rather than within the 30-day period specified in §§60.115b(a)(3), (a)(4), and (b)(4) of subpart Kb. (63.640(n)(8)(v))

53.28.4.6    The reports of rim seal inspections specified in §60.115b(b)(2) are not required if none of the measured gaps or calculated gap areas exceed the limitations specified in §60.113b(b)(4). Documentation of the inspections shall be recorded as specified in §60.115b(b)(3). (63.640(n)(8)(vi))

53.28.4.7    To be in compliance with §60.112b(a)(1)(iv) or (a)(2)(ii) of this chapter, guidepoles in floating roof storage vessels must be equipped with covers and/or controls (*e.g.*, pole float system, pole sleeve system, internal sleeve system or flexible enclosure system) as appropriate to comply with the "no visible gap" requirement. (63.640(n)(8)(vii))

53.28.4.8    If a flare is used as a control device for a storage vessel, on and after January 30, 2019, the owner or operator must meet the requirements of §63.670 instead of the requirements referenced from part 60, subpart Kb of this chapter for that flare. (63.640(n)(8)(viii))

Group 1 Storage Vessels:

The following tanks are Group 1 storage vessels that do not meet the overlap provisions in Condition 53.28.2: T1, T58, T67, T70, T75, T77, T78, T80, T776, T777, and T778.

53.29    Each owner or operator of a Group 1 storage vessel subject to this subpart shall comply with the requirements of §§63.119 through 63.121 (40 CFR Part 63 Subpart G, National Emission Standards for Organic Hazardous Air Pollutants from the Synthetic Organic Chemical Manufacturing Industry for Process Vents, Storage Vessels, Transfer Operations, and Wastewater) except as provided in 63.646(b) through (l). (63.646(a))

The relevant requirements from 40 CFR Part 63 Subpart G, National Emission Standards for Organic Hazardous Air Pollutants from the Synthetic Organic Chemical Manufacturing Industry for Process Vents, Storage Vessels, Transfer Operations, and Wastewater, are as follows.

The requirements below reflect the rule language in 40 CFR Part 63 Subpart G, as of the latest revisions to 40 CFR Part 63 Subpart G published in the Federal Register on February 27, 2014. However, the permittee is subject to the latest version of 40 CFR Part 63 Subpart G.

53.29.1    For each storage vessel to which this subpart applies, the owner or operator shall comply with the requirements of 63.119(a)(1), (a)(2), (a)(3), and (a)(4) according to the schedule provisions of §63.100 of subpart F of this part. (63.119(a))

53.29.1.1    For each Group 1 storage vessel (as defined in table 5 of this subpart for existing sources and table 6 of the subpart for new sources) storing a liquid for which the maximum true vapor pressure of the total organic hazardous air pollutants in the liquid is less than 76.6 kilopascals, the owner or operator shall reduce hazardous air pollutants emissions to the atmosphere either by operating and maintaining a fixed roof and internal floating roof, an external floating roof, an external floating roof converted to an internal floating roof, a closed vent system and control device, routing the emissions to a process or a fuel gas system, or vapor balancing in accordance with the requirements in 63.119(b), (c), (d), (e), (f), or (g), or equivalent as provided in §63.121 of this subpart. (63.119(a)(1)) Note that source is complying with these requirements by operating and maintaining a fixed roof tanks with an internal floating roof and external floating roof tanks.

53.29.2    The owner or operator who elects to use a fixed roof and an internal floating roof, as defined in §63.111 of this subpart, to comply with the requirements of 63.119(a)(1) shall comply with the requirements specified in 63.119(b)(1) through (b)(6). (63.119(b)) Note that as indicated in Condition 53.31, paragraphs (b)(5) and (6) do not apply.

53.29.3    The owner or operator who elects to use an external floating roof, as defined in §63.111 of this subpart, to comply with the requirements of 63.119(a)(1) shall comply

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 184

with the requirements specified in 63.119(c)(1) through (c)(4). (63.119(c)) Note that as indicated in Condition 53.31, paragraph (c)(2) does not apply.

53.29.4   To demonstrate compliance with §63.119(b) of this subpart (storage vessel equipped with a fixed roof and internal floating roof) or with §63.119(d) of this subpart (storage vessel equipped with an external floating roof converted to an internal floating roof), the owner or operator shall comply with the requirements in 63.120(a)(1) through (a)(7). (63.120(a))

53.29.5   To demonstrate compliance with §63.119(c) of this subpart (storage vessel equipped with an external floating roof), the owner or operator shall comply with the requirements specified in 63.120(b)(1) through (b)(10). (63.120(b))

53.30   As used in this section, all terms not defined in §63.641 shall have the meaning given them in 40 CFR part 63, subparts A or G. The Group 1 storage vessel definition presented in §63.641 shall apply in lieu of the Group 1 storage vessel definitions presented in tables 5 and 6 of §63.119 of subpart G of this part. (63.646(b)). The methods in 63.646(b)(1) and (2) apply with respect to determining the annual average HAP content for purposes of determining group type.

53.31   The following paragraphs do not apply to storage vessels at existing sources subject to this subpart: §63.119 (b)(5), (b)(6), (c)(2), and (d)(2). (63.646(c))

53.32   The following paragraphs apply to references 63.646(d), (h), (i), (j) and (k).

53.33   When complying with the inspection requirements of §63.120 of subpart G of this part, owners and operators of storage vessels at existing sources subject to this subpart are not required to comply with the provisions for gaskets, slotted membranes, and sleeve seals. (63.646(e))

53.34   The following 63.646(f)(1), (f)(2), and (f)(3) apply to Group 1 storage vessels at existing sources (63.646(f)):

53.34.1   If a cover or lid is installed on an opening on a floating roof, the cover or lid shall remain closed except when the cover or lid must be open for access. (63.646(f)(1))

53.34.2   Rim space vents are to be set to open only when the floating roof is not floating or when the pressure beneath the rim seal exceeds the manufacturer's recommended setting. (63.646(f)(2))

53.34.3   Automatic bleeder vents are to be closed at all times when the roof is floating except when the roof is being floated off or is being landed on the roof leg supports. (63.646(f)(3))

53.35   Failure to perform inspections and monitoring required by this section shall constitute a violation of the applicable standard of this subpart. (63.646(g))

Case No. 1:24-cv-02164-DDD-SBP    Document 27-11    filed 01/21/25    USDC Colorado
pg 196 of 448

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                  Page 185

53.36   The State or local permitting authority can waive the notification requirements of §§63.120(a)(5), 63.120(a)(6), 63.120(b)(10)(ii), and 63.120(b)(10)(iii) for all or some storage vessels at petroleum refineries subject to this subpart. The State or local permitting authority may also grant permission to refill storage vessels sooner than 30 days after submitting the notifications in §63.120(a)(6) or §63.120(b)(10)(iii) for all storage vessels at a refinery or for individual storage vessels on a case-by-case basis. (63.646(l))

Group 2 Storage Vessels

The following tanks are Group 2 storage vessels that do not meet the overlap provisions in Condition 53.28.1: T2, T3, T52, T62, T94, T774, T2006, T3201, T3801, T57, T59, T64, T65, T66, T68, T69, T71, T72, T74, T76, T105, T112, T140, T142, T144, T145, T146, T147, T182, T191, T192, T193 and T194.

53.37   Each owner or operator subject to the storage vessel provisions in §63.646 shall keep the records specified in §63.123 of subpart G except as specified in 63.655(i)(1)(i) through (iv). Each owner or operator subject to the storage vessel provisions in §63.660 shall keep records as specified in 63.655(i)(1)(v) and (vi). (63.655(i)(1)) The requirements in 40 CFR Part 63 Subparts G and CC that apply to Group 2 storage vessels are as follows:

   53.37.1   If a storage vessel is determined to be Group 2 because the weight percent total organic HAP of the stored liquid is less than or equal to 4 percent for existing sources or 2 percent for new sources, a record of any data, assumptions, and procedures used to make this determination shall be retained. (63.655(1)(iv))

   53.37.2   Each owner or operator of a Group 1 or Group 2 storage vessel shall keep readily accessible records showing the dimensions of the storage vessel and an analysis showing the capacity of the storage vessel. This record shall be kept as long as the storage vessel retains Group 1 or Group 2 status and is in operation. For each Group 2 storage vessel, the owner or operator is not required to comply with any other provisions of §§63.119 through 63.123 of this subpart other than those required by this paragraph unless such vessel is part of an emissions average as described in §63.150 of this subpart. (63.123(a))

**Wastewater Provisions (63.647)**

The refinery is subject to these requirements.

53.38   Overlap with other regulations for wastewater: After the compliance dates specified in 63.640 (h) a Group 1 wastewater stream managed in a piece of equipment that is also subject to the provisions of 40 CFR part 60, subpart QQQ is required to comply only with this subpart. (63.640(o)(1))

   T4514 and T4515 fall under this provision – they need only comply with the provisions of 40 CFR Part 63 Subpart CC.

53.39   Except as provided in 63.647(b) and (c), each owner or operator of a Group 1 wastewater stream shall comply with the requirements of §§61.340 through 61.355 of this chapter for each process wastewater stream that meets the definition in §63.641. (63.647(a))

53.40   As used in this section, all terms not defined in §63.641 shall have the meaning given them in the Clean Air Act or in 40 CFR part 61, subpart FF, §61.341. (63.647(b))

53.41   If a flare is used as a control device, on and after January 30, 2019, the flare shall meet the requirements of §63.670. Prior to January 30, 2019, the flare shall meet the applicable requirements of part 61, subpart FF of this chapter, or the requirements of §63.670. (63.647(c))

53.42   Each owner or operator required under subpart FF of 40 CFR part 61 to perform periodic measurement of benzene concentration in wastewater, or to monitor process or control device operating parameters shall operate in a manner consistent with the minimum or maximum (as appropriate) permitted concentration or operating parameter values. Operation of the process, treatment unit, or control device resulting in a measured concentration or operating parameter value outside the permitted limits shall constitute a violation of the emission standards. Failure to perform required leak monitoring for closed vent systems and control devices or failure to repair leaks within the time period specified in subpart FF of 40 CFR part 61 shall constitute a violation of the standard. (63.647(d))

**Equipment Leak Standards (63.648)**

These requirements are applicable to equipment leaks from petroleum refining process units and gasoline terminals classified under SIC 2911 that emit or have equipment containing or contacting one or more of the HAPs listed in Table 1 of 40 CFR Part 63 Subpart CC. Note that definition of process unit in §63.641 includes associated storage vessels.

53.43   <u>Overlap with other regulations for equipment leaks:</u>

   53.43.1   After the compliance dates specified in 63.640(h), equipment leaks that are also subject to the provisions of 40 CFR parts 60 and 61 standards promulgated before September 4, 2007, are required to comply only with the provisions specified in this subpart. (63.640(p)(1))

   Some of the waste streams associated with the GBR unit (F114) are subject to the requirements in 40 CFR Part 61 Subpart J and under the provisions in 63.740(p)(1) only have to comply with the requirements in 40 CFR Part 63 Subpart CC.

   53.43.2   Equipment leaks that are also subject to the provisions of 40 CFR part 60, subpart GGGa, are required to comply only with the provisions specified in 40 CFR part 60, subpart GGGa. (63.640(p)(2))

   The following sources fall under the provisions of 63.640(p)(2): F102, F103, F104, F105, F106, F108, F109, F110, F111,

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 187

F112, F113, F114, F115, F116, F200, F202 and F107 (unpermitted) components that meet the applicability criteria in §60.590a.

Equipment leaks that do not meet the overlap provisions in Condition 53.43.2 and that are subject to the requirements in 40 CFR Part 63 Subpart CC are as follows: the rail rack (R101) and unpermitted components (F107) associated with petroleum refinery process units that <u>do not</u> meet the applicability criteria in §60.590a are subject to these requirements. Note that process units include associated storage vessels.

Note that many unpermitted components do not have identification numbers or names and are not specifically listed in the table in Section I, Condition 5.1, thus the above list is not necessarily inclusive.

53.44    Each owner or operator of an existing source subject to the provisions of this subpart shall comply with the provisions of 40 CFR part 60, subpart VV, and 63.648(b) except as provided in 63.648(a)(1) and (2), (c) through (i), and (j)(1) and (2). Each owner or operator of a new source subject to the provisions of this subpart shall comply with subpart H of this part except as provided in 63.648(c) through (i) and (j)(1) and (2). (63.648(a)) The requirements in 40 CFR Part 60 Subpart VVV are included in Condition 64 of this permit.

53.44.1    For purposes of compliance with this section, the provisions of 40 CFR part 60, subpart VV apply only to equipment in organic HAP service, as defined in §63.641 of this subpart. (63.648(a)(1))

53.44.2    Calculation of percentage leaking equipment components for subpart VV of 40 CFR part 60 may be done on a process unit basis or a sourcewide basis. Once the owner or operator has decided, all subsequent calculations shall be on the same basis unless a permit change is made. (63.648(a)(2))

53.44.3    If a flare is used as a control device, on and after January 30, 2019, the flare shall meet the requirements of §63.670. Prior to January 30, 2019, the flare shall meet the applicable requirements of part 60, subpart VV of this chapter, or the requirements of §63.670. (63.648(a)(3))

53.45    Reciprocating pumps in light liquid service are exempt from §§63.163 and 60.482 if recasting the distance piece or reciprocating pump replacement is required.  (63.648(f))

53.46    Compressors in hydrogen service are exempt from the requirements of paragraphs (a) and (c) of this section if an owner or operator demonstrates that a compressor is in hydrogen service. (63.648(g))

53.46.1    Each compressor is presumed not to be in hydrogen service unless an owner or operator demonstrates that the piece of equipment is in hydrogen service. (63.648(g)(1))

53.46.2    For a piece of equipment to be considered in hydrogen service, it must be determined that the percentage hydrogen content can be reasonably expected always to exceed 50 percent by volume. (63.648(g)(2))  Note that the determination shall be made in accordance with the requirements in 63.648(g)(2)(i).

53.47    Each owner or operator of a source subject to the provisions of this subpart must maintain all records for a minimum of 5 years. (63.648(h))

53.48    Reciprocating compressors are exempt from seal requirements if recasting the distance piece or compressor replacement is required. (63.648(i))

53.49    Except as specified in 63.648(j)(4), the owner or operator must comply with the requirements specified in 63.648(j)(1) and (2) for pressure relief devices, such as relief valves or rupture disks, in organic HAP gas or vapor service instead of the pressure relief device requirements of §60.482-4 or §63.165, as applicable. Except as specified in 63.648(j)(4) and (5), the owner or operator must also comply with the requirements specified in 63.648(j)(3) for all pressure relief devices. (63.648(j))

53.49.1    *Operating requirements.* Except during a pressure release, operate each pressure relief device in organic HAP gas or vapor service with an instrument reading of less than 500 ppm above background as detected by Method 21 of 40 CFR part 60, appendix A-7. (63.648(j)(1))

53.49.2    *Pressure release requirements.* For pressure relief devices in organic HAP gas or vapor service, the owner or operator must comply with the applicable requirements in 63.648(j)(2)(i) through (iii) following a pressure release. (63.648(j)(2))

53.49.2.1    If the pressure relief device does not consist of or include a rupture disk, conduct instrument monitoring, as specified in §60.485(b) or §63.180(c), as applicable, no later than 5 calendar days after the pressure relief device returns to organic HAP gas or vapor service following a pressure release to verify that the pressure relief device is operating with an instrument reading of less than 500 ppm. (63.648(j)(2)(i))

53.49.2.2    If the pressure relief device includes a rupture disk, either comply with the requirements in 63.648(j)(2)(i) (not replacing the rupture disk) or install a replacement disk as soon as practicable after a pressure release, but no later than 5 calendar days after the pressure release. The owner or operator must conduct instrument monitoring, as specified in §60.485(b) or §63.180(c), as applicable, no later than 5 calendar days after the pressure relief device returns to organic HAP gas or vapor service following a pressure release to verify that the pressure relief device is operating with an instrument reading of less than 500 ppm. (63.642(j)(2)(ii))

53.49.2.3    If the pressure relief device consists only of a rupture disk, install a

replacement disk as soon as practicable after a pressure release, but no later than 5 calendar days after the pressure release. The owner or operator may not initiate startup of the equipment served by the rupture disk until the rupture disc is replaced. The owner or operator must conduct instrument monitoring, as specified in §60.485(b) or §63.180(c), as applicable, no later than 5 calendar days after the pressure relief device returns to organic HAP gas or vapor service following a pressure release to verify that the pressure relief device is operating with an instrument reading of less than 500 ppm. (63.648(j)(2)(iii))

53.49.3    *Pressure release management.* Except as specified in 63.648(j)(4) and (5), the owner or operator shall comply with the requirements specified in 63.648(j)(3)(i) through (v) for all pressure relief devices in organic HAP service no later than January 30, 2019. (63.648(j)(3))

53.49.3.1    The owner or operator must equip each affected pressure relief device with a device(s) or use a monitoring system that is capable of (63.648(j)(3)(i)):

a.    Identifying the pressure release (63.648(j)(3)(i) (A));

b.    Recording the time and duration of each pressure release (63.648(j)(3)(i)(B)); and

c.    Notifying operators immediately that a pressure release is occurring. The device or monitoring system may be either specific to the pressure relief device itself or may be associated with the process system or piping, sufficient to indicate a pressure release to the atmosphere. Examples of these types of devices and systems include, but are not limited to, a rupture disk indicator, magnetic sensor, motion detector on the pressure relief valve stem, flow monitor, or pressure monitor. (63.648(j)(3)(i)(C))

53.49.3.2    The owner or operator must apply at least three redundant prevention measures to each affected pressure relief device and document these measures. Examples of prevention measures include the equipment identified in 63.648(j)(3)(ii)(A) through (E). (63.648(j)(3)(ii))

53.49.3.3    If any affected pressure relief device releases to atmosphere as a result of a pressure release event, the owner or operator must perform root cause analysis and corrective action analysis according to the requirement in 63.648(j)(6) and implement corrective actions according to the requirements in 63.648(j)(7). The owner or operator must also calculate the quantity of organic HAP released during each pressure release event and report this quantity as required in §63.655(g)(10)(iii). Calculations may be based on data from the pressure relief device monitoring alone or in combination with process parameter monitoring data and process

Case No. 1:24-cv-02164-DDD-SBP    Document 27-11    filed 01/21/25    USDC Colorado
pg 201 of 448

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 190

knowledge. (63.648(j)(3)(iii))

53.49.3.4    The owner or operator shall determine the total number of release events occurred during the calendar year for each affected pressure relief device separately. The owner or operator shall also determine the total number of release events for each pressure relief device for which the root cause analysis concluded that the root cause was a *force majeure* event, as defined in this subpart. (63.648(j)(3)(iv))

53.49.3.5    Except for pressure relief devices described in 63.648(j)(4) and (5), the following release events are a violation of the pressure release management work practice standards. (63.648(j)(3)(v))

a.    Any release event for which the root cause of the event was determined to be operator error or poor maintenance. (63.648(j)(3)(v)(A))

b.    A second release event not including *force majeure* events from a single pressure relief device in a 3 calendar year period for the same root cause for the same equipment. (63.648(j)(3)(v)(B))

c.    A third release event not including *force majeure* events from a single pressure relief device in a 3 calendar year period for any reason. (63.648(j)(3)(v)(C))

53.49.4    *Pressure relief devices routed to a control device.* If all releases and potential leaks from a pressure relief device are routed through a closed vent system to a control device, back into the process or to the fuel gas system, the owner or operator is not required to comply with 63.648(j)(1), (2), or (3) (if applicable). Both the closed vent system and control device (if applicable) must meet the requirements of §63.644. When complying with this 63.648(j)(4), all references to "Group 1 miscellaneous process vent" in §63.644 mean "pressure relief device." If a pressure relief device complying with this 63.648(j)(4) is routed to the fuel gas system, then on and after January 30, 2019, any flares receiving gas from that fuel gas system must be in compliance with §63.670. (63.648(j)(4))

53.49.5    *Pressure relief devices exempted from pressure release management requirements.* The following types of pressure relief devices are not subject to the pressure release management requirements in 63.648(j)(3). (63.648(j)(5))

53.49.5.1    Pressure relief devices in heavy liquid service, as defined in §63.641. (63.648(j)(5)(i))

53.49.5.2    Pressure relief devices that only release material that is liquid at standard conditions (1 atmosphere and 68 degrees Fahrenheit) and that are hard-piped to a controlled drain system (*i.e.*, a drain system meeting the requirements for Group 1 wastewater streams in §63.647(a)) or piped back to the process or pipeline. (63.648(j)(5)(ii))

53.49.5.3    Thermal expansion relief valves. (63.648(j)(5)(iii))

53.49.5.4    Pressure relief devices designed with a set relief pressure of less than 2.5 psig. (63.648(j)(5)(iv))

53.49.5.5    Pressure relief devices that do not have the potential to emit 72 lbs/day or more of VOC based on the valve diameter, the set release pressure, and the equipment contents. (63.648(j)(5)(v))

53.49.5.6    Pressure relief devices on mobile equipment. (63.648(j)(5)(vi))

53.49.6    *Root cause analysis and corrective action analysis.* A root cause analysis and corrective action analysis must be completed as soon as possible, but no later than 45 days after a release event. Special circumstances affecting the number of root cause analyses and/or corrective action analyses are provided in 63.648(j)(6)(i) through (iv). (63.648(j)(6))

53.49.6.1    You may conduct a single root cause analysis and corrective action analysis for a single emergency event that causes two or more pressure relief devices installed on the same equipment to release. (63.648(j)(6)(i))

53.49.6.2    You may conduct a single root cause analysis and corrective action analysis for a single emergency event that causes two or more pressure relief devices to release, regardless of the equipment served, if the root cause is reasonably expected to be a force majeure event, as defined in this subpart. (63.648(j)(6)(ii))

53.49.6.3    Except as provided in 63.648(j)(6)(i) and (ii), if more than one pressure relief device has a release during the same time period, an initial root cause analysis shall be conducted separately for each pressure relief device that had a release. If the initial root cause analysis indicates that the release events have the same root cause(s), the initially separate root cause analyses may be recorded as a single root cause analysis and a single corrective action analysis may be conducted. (63.648(j)(6)(iii))

53.49.7    *Corrective action implementation.* Each owner or operator required to conduct a root cause analysis and corrective action analysis as specified in 63.648(j)(3)(iii) and (j)(6) shall implement the corrective action(s) identified in the corrective action analysis in accordance with the applicable requirements in 63.648(j)(7)(i) through (iii). (63.648(j)(7))

53.49.7.1    All corrective action(s) must be implemented within 45 days of the event for which the root cause and corrective action analyses were required or as soon thereafter as practicable. If an owner or operator concludes that no corrective action should be implemented, the owner or operator shall record and explain the basis for that conclusion no later than 45 days following the event. (63.648(j)(7)(i))

| Case No. 1:24-cv-02164-DDD-SBP | Document 27-11 | filed 01/21/25 | USDC Colorado |
pg 203 of 448

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 192

53.49.7.2 For corrective actions that cannot be fully implemented within 45 days following the event for which the root cause and corrective action analyses were required, the owner or operator shall develop an implementation schedule to complete the corrective action(s) as soon as practicable. (63.648(j)(7)(ii))

53.49.7.3 No later than 45 days following the event for which a root cause and corrective action analyses were required, the owner or operator shall record the corrective action(s) completed to date, and, for action(s) not already completed, a schedule for implementation, including proposed commencement and completion dates. (63.648(j)(7)(iii))

**Gasoline Loading Rack Provisions (63.650)**

The following sources are subject to this requirement: R101

53.50 <u>Overlap of subpart CC with other regulations for gasoline loading racks</u>. After the compliance dates specified in 63.640(h), a Group 1 gasoline loading rack that is part of a source subject to subpart CC and also is subject to the provisions of 40 CFR part 60, subpart XX is required to comply only with this subpart. (63.640(r)) No specific equipment has been identified at this facility that falls under this overlap category.

53.51 Except as provided in 63.640(b) through (d), each owner or operator of a Group 1 gasoline loading rack classified under Standard Industrial Classification code 2911 located within a contiguous area and under common control with a petroleum refinery shall comply with subpart R of this part, §§63.421, 63.422(a) through (c) and (e), 63.425(a) through (c) and (e) through (i), 63.427(a) and (b), and 63.428(b), (c), (g)(1), (h)(1) through (3), and (k). (63.650(a)). The requirements in 40 CFR Part 63 Subpart R are included in Condition 52 of this permit.

53.52 As used in this section, all terms not defined in §63.641 shall have the meaning given them in subpart A or in 40 CFR part 63, subpart R. The §63.641 definition of "affected source" applies under this section. (63.650(b))

53.53 If a flare is used as a control device, on and after January 30, 2019, the flare shall meet the requirements of §63.670. Prior to January 30, 2019, the flare shall meet the applicable requirements of subpart R of this part, or the requirements of §63.670. (63.650(d))

**Heat exchange systems (63.654)**

Heat exchange systems associated with the Y1, Y2, Y3 and Y4 cooling towers are subject to these requirements.

53.54 Except as specified in 63.654(b), the owner or operator of a heat exchange system that meets the criteria in §63.640(c)(8) must comply with the requirements of 63.654(c) through (g). (63.654(a))

53.55    A heat exchange system is exempt from the requirements in 63.654(c) through (g) if all heat exchangers within the heat exchange system either: (63.654(b))

    53.55.1    Operate with the minimum pressure on the cooling water side at least 35 kilopascals greater than the maximum pressure on the process side (63.654(b)(1)); or

    53.55.2    Employ an intervening cooling fluid containing less than 5 percent by weight of total organic HAP, as determined according to the provisions of §63.180(d) of this part and table 1 of this subpart, between the process and the cooling water. This intervening fluid must serve to isolate the cooling water from the process fluid and must not be sent through a cooling tower or discharged. For purposes of this section, discharge does not include emptying for maintenance purposes. (63.654(b)(2))

53.56    The owner or operator must perform monitoring to identify leaks of total strippable volatile organic compounds (VOC) from each heat exchange system subject to the requirements of this subpart according to the procedures in 63.654(c)(1) through (6). (63.654(c))   Note that the requirements for once-through heat exchange systems in (c)(2) and new sources in (c)(5) were not included as they do not apply.

    53.56.1    *Monitoring* locations *for closed-loop recirculation heat exchange systems.* For each closed loop recirculating heat exchange system, collect and analyze a sample from the location(s) described in either 63.654(c)(1)(i) or (c)(1)(ii). (63.654(c)(1))

    53.56.2    *Monitoring method.* Determine the total strippable hydrocarbon concentration (in parts per million by volume (ppmv) as methane) at each monitoring location using the "Air Stripping Method (Modified El Paso Method) for Determination of Volatile Organic Compound Emissions from Water Sources" Revision Number One, dated January 2003, Sampling Procedures Manual, Appendix P: Cooling Tower Monitoring, prepared by Texas Commission on Environmental Quality, January 31, 2003 (incorporated by reference—see §63.14) using a flame ionization detector (FID) analyzer for on-site determination as described in Section 6.1 of the Modified El Paso Method. (63.654(c)(3))

    53.56.3    *Monitoring frequency and leak action level for existing sources.* For a heat exchange system at an existing source, the owner or operator must comply with the monitoring frequency and leak action level as defined in 63.654(c)(4)(i) or comply with the monitoring frequency and leak action level as defined in 63.654(c)(4)(ii). The owner or operator of an affected heat exchange system may choose to comply with 63.654(c)(4)(i) for some heat exchange systems at the petroleum refinery and comply with 63.654(c)(4)(ii) for other heat exchange systems. However, for each affected heat exchange system, the owner or operator of an affected heat exchange system must elect one monitoring alternative that will apply at all times. If the owner or operator intends to change the monitoring alternative that applies to a heat exchange system, the owner or operator must notify the Administrator 30 days in advance of

such a change. All "leaks" identified prior to changing monitoring alternatives must be repaired. The monitoring frequencies specified in 63.654(c)(4)(i) and (ii) also apply to the inlet water feed line for a once-through heat exchange system, if monitoring of the inlet water feed is elected as provided in 63.654(c)(2)(ii). (63.654(c)(4))

    53.56.3.1  Monitor monthly using a leak action level defined as a total strippable hydrocarbon concentration (as methane) in the stripping gas of 6.2 ppmv. (63.654(c)(4)(i))

    53.56.3.2  Monitor quarterly using a leak action level defined as a total strippable hydrocarbon concentration (as methane) in the stripping gas of 3.1 ppmv unless repair is delayed as provided in 63.654(f). If a repair is delayed as provided in 63.654(f), monitor monthly. (63.654(c)(4)(ii))

53.56.4  *Leak definition.* A leak is defined as described in paragraph (c)(6)(i) or (c)(6)(ii) of this section, as applicable. (63.654(c)(6))  Note that since the heat exchange systems are closed loop systems only paragraph (c)(6)(ii) was included.

    53.56.4.1  For all other heat exchange systems, a leak is detected if a measurement value of the sample taken from a location specified in either 63.654(c)(1)(i), (c)(1)(ii), or (c)(2)(i) equals or exceeds the leak action level.

53.57  If a leak is detected, the owner or operator must repair the leak to reduce the measured concentration to below the applicable action level as soon as practicable, but no later than 45 days after identifying the leak, except as specified in 63.654(e) and (f). Repair includes re-monitoring at the monitoring location where the leak was identified according to the method specified in 63.654(c)(3) of this section to verify that the measured concentration is below the applicable action level. Actions that can be taken to achieve repair include but are not limited to the provisions in 63.654(d)(1) through (5). (63.654(d))

53.58  If the owner or operator detects a leak when monitoring a cooling tower return line under 63.654(c)(1)(i), the owner or operator may conduct additional monitoring of each heat exchanger or group of heat exchangers associated with the heat exchange system for which the leak was detected as provided under 63.654(c)(1)(ii). If no leaks are detected when monitoring according to the requirements of 63.654(c)(1)(ii), the heat exchange system is considered to meet the repair requirements through re-monitoring of the heat exchange system as provided in 63.654(d). (63.654(e))

53.59  The owner or operator may delay the repair of a leaking heat exchanger when one of the conditions in 63.654(f)(1) or (f)(2) is met and the leak is less than the delay of repair action level specified in 63.654(f)(3). The owner or operator must determine if a delay of repair is necessary as soon as practicable, but no later than 45 days after first identifying the leak. (63.654(f))

53.59.1 If the repair is technically infeasible without a shutdown and the total strippable hydrocarbon concentration is initially and remains less than the delay of repair action level for all monthly monitoring periods during the delay of repair, the owner or operator may delay repair until the next scheduled shutdown of the heat exchange system. If, during subsequent monthly monitoring, the delay of repair action level is exceeded, the owner or operator must repair the leak within 30 days of the monitoring event in which the leak was equal to or exceeded the delay of repair action level. (63.654(f)(1))

53.59.2 If the necessary equipment, parts, or personnel are not available and the total strippable hydrocarbon concentration is initially and remains less than the delay of repair action level for all monthly monitoring periods during the delay of repair, the owner or operator may delay the repair for a maximum of 120 calendar days. The owner or operator must demonstrate that the necessary equipment, parts, or personnel were not available. If, during subsequent monthly monitoring, the delay of repair action level is exceeded, the owner or operator must repair the leak within 30 days of the monitoring event in which the leak was equal to or exceeded the delay of repair action level. (63.654(f)(2))

53.59.3 The delay of repair action level is a total strippable hydrocarbon concentration (as methane) in the stripping gas of 62 ppmv. The delay of repair action level is assessed as described in 63.654(f)(3)(i) or (f)(3)(ii), as applicable. (63.654(f)(3)) Note that since the heat exchange systems are closed loop systems only paragraph (f)(3)(ii) was included.

53.59.3.1 For all other heat exchange systems, the delay of repair action level is exceeded if a measurement value of the sample taken from a location specified in either 63.654(c)(1)(i), (c)(1)(ii), or (c)(2)(i) equals or exceeds the delay of repair action level. (63.654(f)(3)(ii))

53.60 To delay the repair under 63.654(f), the owner or operator must record the information in 63.654(g)(1) through (4). (63.654(g))

**Reporting and Recordkeeping Requirements (63.655)**

53.61 Each owner or operator subject to the wastewater provisions in §63.647 shall comply with the recordkeeping and reporting provisions in §§61.356 and 61.357 of 40 CFR part 61, subpart FF unless they are complying with the wastewater provisions specified in paragraph (o)(2)(ii) of §63.640. There are no additional reporting and recordkeeping requirements for wastewater under this subpart unless a wastewater stream is included in an emissions average. Recordkeeping and reporting for emissions averages are specified in §63.653 and in 63.655(f)(5) and (g)(8). (63.655(a))

53.62 Each owner or operator subject to the gasoline loading rack provisions in §63.650 shall comply with the recordkeeping and reporting provisions in §63.428 (b) and (c), (g)(1), (h)(1) through

Case No. 1:24-cv-02164-DDD-SBP    Document 27-11    filed 01/21/25    USDC Colorado
pg 207 of 448

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                      Page 196

(h)(3), and (k) of subpart R. These requirements are summarized in table 4 of this subpart. There are no additional reporting and recordkeeping requirements for gasoline loading racks under this subpart unless a loading rack is included in an emissions average. Recordkeeping and reporting for emissions averages are specified in §63.653 and in 63.655(f)(5) and (g)(8). (63.655(b))

53.63  Each owner or operator subject to the equipment leaks standards in §63.648 shall comply with the recordkeeping and reporting provisions in 63.655(d)(1) through (d)(6). (63.655(d))

53.64  Each owner or operator of a source subject to this subpart shall submit the reports listed in 63.655(e)(1) through (e)(3) except as provided in 63.655(h)(5), and shall keep records as described in 63.655(i). (63.655(e))

    53.64.1  A Notification of Compliance Status report as described in 63.655(f); (63.655(e)(1))

    53.64.2  Periodic Reports as described in 63.655(g) (63.655(e)(2)); and

    53.64.3  Other reports as described in 63.655(h). (63.655(e)(3))

53.65  Each owner or operator of a source subject to this subpart shall submit a Notification of Compliance Status report within 150 days after the compliance dates specified in §63.640(h) with the exception of Notification of Compliance Status reports submitted to comply with §63.640(l)(3) and for storage vessels subject to the compliance schedule specified in §63.640(h)(2). Notification of Compliance Status reports required by §63.640(l)(3) and for storage vessels subject to the compliance dates specified in §63.640(h)(2) shall be submitted according to 63.655(f)(6). This information may be submitted in an operating permit application, in an amendment to an operating permit application, in a separate submittal, or in any combination of the three. If the required information has been submitted before the date 150 days after the compliance date specified in §63.640(h), a separate Notification of Compliance Status report is not required within 150 days after the compliance dates specified in §63.640(h). If an owner or operator submits the information specified in 63.655(f)(1) through (5) at different times, and/or in different submittals, later submittals may refer to earlier submittals instead of duplicating and resubmitting the previously submitted information. Each owner or operator of a gasoline loading rack classified under Standard Industrial Classification Code 2911 located within a contiguous area and under common control with a petroleum refinery subject to the standards of this subpart shall submit the Notification of Compliance Status report required by subpart R of this part within 150 days after the compliance dates specified in §63.640(h). (63.655(f))  Note that 63.655(f)(5) was not included because it applies to an emissions average which does not apply.

    53.65.1  The Notification of Compliance Status report shall include the information specified in 63.655(f)(1)(i) through (viii). (63.655(f)(1))

    53.65.2  If initial performance tests are required by §§63.643 through 63.653, the Notification of Compliance Status report shall include one complete test report for each test

method used for a particular source. On and after February 1, 2016, performance tests shall be submitted according to 63.655(h)(9). (63.655(f)(2))

53.65.3    For each monitored parameter for which a range is required to be established under §63.120(d) of subpart G or §63.985(b) of subpart SS for storage vessels or §63.644 for miscellaneous process vents, the Notification of Compliance Status report shall include the information in 63.655(f)(3)(i) through (iii). (63.655(f)(3))

53.65.4    Results of any continuous monitoring system performance evaluations shall be included in the Notification of Compliance Status report. (63.655(f)(4))

53.65.5    Notification of Compliance Status reports required by §63.640(l)(3) and for storage vessels subject to the compliance dates specified in §63.640(h)(2) shall be submitted no later than 60 days after the end of the 6-month period during which the change or addition was made that resulted in the Group 1 emission point or the existing Group 1 storage vessel was brought into compliance, and may be combined with the periodic report. Six-month periods shall be the same 6-month periods specified in 63.655(g). The Notification of Compliance Status report shall include the information specified in 63.655(f)(1) through (f)(5). This information may be submitted in an operating permit application, in an amendment to an operating permit application, in a separate submittal, as part of the periodic report, or in any combination of these four. If the required information has been submitted before the date 60 days after the end of the 6-month period in which the addition of the Group 1 emission point took place, a separate Notification of Compliance Status report is not required within 60 days after the end of the 6-month period. If an owner or operator submits the information specified in 63.655(f)(1) through (f)(5) at different times, and/or in different submittals, later submittals may refer to earlier submittals instead of duplicating and resubmitting the previously submitted information. (63.655(f)(6))

53.66    The owner or operator of a source subject to this subpart shall submit Periodic Reports no later than 60 days after the end of each 6-month period when any of the information specified in 63.655(g)(1) through (7) or 63.655(g)(9) through (14) is collected. The first 6-month period shall begin on the date the Notification of Compliance Status report is required to be submitted. A Periodic Report is not required if none of the events identified in 63.655(g)(1) through (7) or 63.655(g)(9) through (14) occurred during the 6-month period unless emissions averaging is utilized. Quarterly reports must be submitted for emission points included in emission averages, as provided in 63.655(g)(8). An owner or operator may submit reports required by other regulations in place of or as part of the Periodic Report required by this 63.655(g) if the reports contain the information required by 63.655(g)(1) through (14). (63.655(g))

53.66.1    For storage vessels, Periodic Reports shall include the information specified for Periodic Reports in 63.655(g)(2) through (5). Information related to gaskets, slotted membranes, and sleeve seals is not required for storage vessels that are part of an existing source complying with §63.646. (63.655(g)(1))

53.66.2      For internal floating roof tanks, the information in 63.655(g)(2)(i) or (ii), as applicable.

53.66.3      For external floating roof tanks, the information in 63.655(g)(3)(i) or (ii), as applicable.

53.66.4      An owner or operator who elects to comply with §63.646 or §63.660 by installing a closed vent system and control device shall submit, as part of the next Periodic Report, the information specified in 63.655(g)(5)(i) through (v), as applicable. (63.655(g)(5))

53.66.5      For miscellaneous process vents for which continuous parameter monitors are required by this subpart, periods of excess emissions shall be identified in the Periodic Reports and shall be used to determine compliance with the emission standards. (63.655(g)(6))

53.66.6      If a performance test for determination of compliance for a new emission point subject to this subpart or for an emission point that has changed from Group 2 to Group 1 is conducted during the period covered by a Periodic Report, the results of the performance test shall be included in the Periodic Report. (63.655(g)(7))

53.66.7      For heat exchange systems, Periodic Reports must include the information in 63.655(g)(9)(i) through (v). (63.655(g)(9))

53.66.8      For pressure relief devices subject to the requirements §63.648(j), Periodic Reports must include the information specified in 63.655(g)(10)(i) through (iii). (63.655(g)(10))

53.66.9      For flares subject to §63.670, Periodic Reports must include the information specified in 63.655(g)(11)(i) through (iv). (63.655(g)(11))

53.66.10      For maintenance vents subject to the requirements in §63.643(c), Periodic Reports must include the information specified in 63.655(g)(13)(i) through (iv) for any release exceeding the applicable limits in §63.643(c)(1). For the purposes of this reporting requirement, owners or operators complying with §63.643(c)(1)(iv) must report each venting event for which the lower explosive limit is 20 percent or greater. (63.655(g)(13))

53.66.11      Any changes in the information provided in a previous Notification of Compliance Status report. (63.655(g)(14))

53.67      Other reports shall be submitted as specified in subpart A of this part and as follows (63.655(h)):

53.67.1      For storage vessels, notifications of inspections as specified in 63.655(h)(2)(i) and (ii). (63.655(h)(2))

53.67.2   An owner or operator may request approval to use alternatives to the continuous operating parameter monitoring and recordkeeping provisions listed in 63.655(i). Such requests shall meet the requirements in 63.655(h)(5)(i) through (iv). (63.640(h)(5))

53.67.3   The owner or operator shall submit the information specified in 63.655(h)(6)(i) through (h)(6)(iii), as applicable. For existing sources, this information shall be submitted in the initial Notification of Compliance Status report. For a new source, the information shall be submitted with the application for approval of construction or reconstruction required by §63.5(d) of subpart A of this part. The information may be submitted in an operating permit application, in an amendment to an operating permit application, or in a separate submittal. (63.655(h)(6))

53.67.4   The owner or operator of a heat exchange system at an existing source must notify the Administrator at least 30 calendar days prior to changing from one of the monitoring options specified in §63.654(c)(4) to the other. (63.655(h)(7))

53.67.5   For fenceline monitoring systems subject to §63.658, within 45 calendar days after the end of each reporting period, each owner or operator shall submit the following information (63.655(h)(8)(i) through (iii)) to the EPA's Compliance and Emissions Data Reporting Interface (CEDRI). (CEDRI can be accessed through the EPA's Central Data Exchange (CDX) (*https://cdx.epa.gov/*). The owner or operator need not transmit these data prior to obtaining 12 months of data. (63.655(h)(8))

53.67.6   On and after February 1, 2016, if required to submit the results of a performance test or CEMS performance evaluation, the owner or operator shall submit the results according to the procedures in 63.655(h)(9)(i) and (ii). (63.655(h)(9))

53.68   *Recordkeeping.* Each owner or operator of a source subject to this subpart shall keep copies of all applicable reports and records required by this subpart for at least 5 years except as otherwise specified in 63.655(i)(1) through (12). All applicable records shall be maintained in such a manner that they can be readily accessed within 24 hours. Records may be maintained in hard copy or computer-readable form including, but not limited to, on paper, microfilm, computer, flash drive, floppy disk, magnetic tape, or microfiche. (63.655(i))

53.68.1   Each owner or operator subject to the storage vessel provisions in §63.646 shall keep the records specified in §63.123 of subpart G except as specified in 63.655(i)(1)(i) through (iv). Each owner or operator subject to the storage vessel provisions in §63.660 shall keep records as specified in 63.655(i)(1)(v) and (vi). (63.655(i)(1))

53.68.2   Each owner or operator required to report the results of performance tests under 63.655(f) and (g)(7) shall retain a record of all reported results as well as a complete test report, as described in 63.655(f)(2)(ii) for each emission point tested. (63.655(i)(2))

53.68.3    Each owner or operator required to continuously monitor operating parameters under §63.644 for miscellaneous process vents or under §§63.652 and 63.653 for emission points in an emissions average shall keep the records specified in 63.655(i)(3)(i) through (i)(3)(v) unless an alternative recordkeeping system has been requested and approved under 63.655(h). (63.655(i)(3))

53.68.4    For each closed vent system that contains bypass lines that could divert a vent stream away from the control device and either directly to the atmosphere or to a control device that does not comply with the requirements in §63.643(a), the owner or operator shall keep a record of the information specified in either 63.655(i)(4)(i) or (ii), as applicable. (63.655(i)(4))

53.68.5    The owner or operator of a heat exchange system subject to this subpart shall comply with the recordkeeping requirements in 63.655(i)(5)(i) through (v) and retain these records for 5 years. (63.655(i)(5))

53.68.6    All other information required to be reported under 63.655(a) through (h) shall be retained for 5 years. (63.655(i)(6))

53.68.7    For fenceline monitoring systems subject to §63.658, each owner or operator shall keep the records specified in 63.655(i)(8)(i) through (x) on an ongoing basis. (63.655(i)(8))

53.68.8    For each flare subject to §63.670, each owner or operator shall keep the records specified in 63.655(i)(9)(i) through (xii) up-to-date and readily accessible, as applicable. (63.655(i)(9))

53.68.9    For each pressure relief device subject to the pressure release management work practice standards in §63.648(j)(3), the owner or operator shall keep the records specified in 63.655(i)(11)(i) through (iii). (63.655(i)(11))

53.68.10   For each maintenance vent opening subject to the requirements in §63.643(c), the owner or operator shall keep the applicable records specified in 63.655(i)(12)(i) through (v). (63.655(i)(12))

**Fenceline monitoring provisions (63.658)**

53.69    The owner or operator shall conduct sampling along the facility property boundary and analyze the samples in accordance with Methods 325A and 325B of appendix A of this part and 63.658(b) through (k). (63.658(a))

53.70    The target analyte is benzene. (63.658(b))

53.71    The owner or operator shall determine passive monitor locations in accordance with Section 8.2 of Method 325A of appendix A of this part. (63.658(c))

Case No. 1:24-cv-02164-DDD-SBP    Document 27-11    filed 01/21/25    USDC Colorado
pg 212 of 448

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit      Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 201

53.71.1 As it pertains to this subpart, known sources of VOCs, as used in Section 8.2.1.3 in Method 325A of appendix A of this part for siting passive monitors, means a wastewater treatment unit, process unit, or any emission source requiring control according to the requirements of this subpart, including marine vessel loading operations. For marine vessel loading operations, one passive monitor should be sited on the shoreline adjacent to the dock. (63.658(c)(1))

53.71.2 The owner or operator may collect one or more background samples if the owner or operator believes that an offsite upwind source or an onsite source excluded under §63.640(g) may influence the sampler measurements. If the owner or operator elects to collect one or more background samples, the owner of operator must develop and submit a site-specific monitoring plan for approval according to the requirements in 63.658(i). Upon approval of the site-specific monitoring plan, the background sampler(s) should be operated co-currently with the routine samplers. (63.658(c)(2))

53.71.3 The owner or operator shall collect at least one co-located duplicate sample for every 10 field samples per sampling period and at least two field blanks per sampling period, as described in Section 9.3 in Method 325A of appendix A of this part. The co-located duplicates may be collected at any one of the perimeter sampling locations. (63.658(c)(3))

53.71.4 The owner or operator shall follow the procedure in Section 9.6 of Method 325B of appendix A of this part to determine the detection limit of benzene for each sampler used to collect samples, background samples (if the owner or operator elects to do so), co-located samples and blanks. (63.658(c)(4))

53.72 The owner or operator shall collect and record meteorological data according to the applicable requirements in 63.658(d)(1) through (3). (63.658(d))

53.72.1 If a near-field source correction is used as provided in 63.658(i)(1) or if an alternative test method is used that provides time-resolved measurements, the owner or operator shall (63.658(d)(1)):

53.72.1.1 Use an on-site meteorological station in accordance with Section 8.3 of Method 325A of appendix A of this part. (63.658(d)(1)(i))

53.72.1.2 Collect and record hourly average meteorological data, including temperature, barometric pressure, wind speed and wind direction and calculate daily unit vector wind direction and daily sigma theta. (63.658(d)(1)(ii))

53.72.2 For cases other than those specified in 63.658(d)(1), the owner or operator shall collect and record sampling period average temperature and barometric pressure using either an on-site meteorological station in accordance with Section 8.3 of Method 325A of appendix A of this part or, alternatively, using data from a United

States Weather Service (USWS) meteorological station provided the USWS meteorological station is within 40 kilometers (25 miles) of the refinery. (63.658(d)(2))

53.72.3　If an on-site meteorological station is used, the owner or operator shall follow the calibration and standardization procedures for meteorological measurements in EPA-454/B-08-002 (incorporated by reference—see §63.14). (63.658(d)(3))

53.73　The owner of operator shall use a sampling period and sampling frequency as specified in 63.658(e)(1) through (3). (63.658(e))

53.73.1　*Sampling period.* A 14-day sampling period shall be used, unless a shorter sampling period is determined to be necessary under 63.658(g) or (i). A sampling period is defined as the period during which sampling tube is deployed at a specific sampling location with the diffusive sampling end cap in-place and does not include the time required to analyze the sample. For the purpose of this subpart, a 14-day sampling period may be no shorter than 13 calendar days and no longer than 15 calendar days, but the routine sampling period shall be 14 calendar days. (63.658(e)(1))

53.73.2　*Base* sampling *frequency.* Except as provided in 63.658(e)(3), the frequency of sample collection shall be once each contiguous 14-day sampling period, such that the beginning of the next 14-day sampling period begins immediately upon the completion of the previous 14-day sampling period. (63.658(e)(2))

53.73.3　*Alternative sampling frequency for burden reduction.* When an individual monitor consistently achieves results at or below 0.9 $\mu g/m^3$, the owner or operator may elect to use the applicable minimum sampling frequency specified in 63.658(e)(3)(i) through (v) for that monitoring site. When calculating $\Delta c$ for the monitoring period when using this alternative for burden reduction, zero shall be substituted for the sample result for the monitoring site for any period where a sample is not taken. (63.658(e)(3))

53.74　Within 45 days of completion of each sampling period, the owner or operator shall determine whether the results are above or below the action level as follows (63.658(f)):

53.74.1　The owner or operator shall determine the facility impact on the benzene concentration ($\Delta c$) for each 14-day sampling period according to either paragraph (f)(1)(i) or (ii) of this section, as applicable. (63.658(f)(1))

53.74.2　The owner or operator shall calculate the annual average $\Delta c$ based on the average of the 26 most recent 14-day sampling periods. The owner or operator shall update this annual average value after receiving the results of each subsequent 14-day sampling period. (3.658(f)(2))

53.74.3    The action level for benzene is 9 micrograms per cubic meter ($\mu g/m^3$) on an annual average basis. If the annual average $\Delta c$ value for benzene is less than or equal to 9 $\mu g/m^3$, the concentration is below the action level. If the annual average $\Delta c$ value for benzene is greater than 9 $\mu g/m^3$, the concentration is above the action level, and the owner or operator shall conduct a root cause analysis and corrective action in accordance with 63.658(g) (Condition 53.75). (63.658(f)(3))

53.75    Within 5 days of determining that the action level has been exceeded for any annual average $\Delta c$ and no longer than 50 days after completion of the sampling period, the owner or operator shall initiate a root cause analysis to determine the cause of such exceedance and to determine appropriate corrective action, such as those described in 63.658(g)(1) through (4). The root cause analysis and initial corrective action analysis shall be completed and initial corrective actions taken no later than 45 days after determining there is an exceedance. Root cause analysis and corrective action may include, but is not limited to (63.658(g)):

53.75.1    Leak inspection using Method 21 of part 60, appendix A-7 of this chapter and repairing any leaks found. (63.658(g)(1))

53.75.2    Leak inspection using optical gas imaging and repairing any leaks found. (63.658(g)(2))

53.75.3    Visual inspection to determine the cause of the high benzene emissions and implementing repairs to reduce the level of emissions. (63.658(g)(3))

53.75.4    Employing progressively more frequent sampling, analysis and meteorology (*e.g.,* using shorter sampling periods for Methods 325A and 325B of appendix A of this part, or using active sampling techniques). (63.658(g)(4))

53.76    If, upon completion of the corrective action analysis and corrective actions such as those described in 63.658(g) (Condition 53.75), the $\Delta c$ value for the next 14-day sampling period for which the sampling start time begins after the completion of the corrective actions is greater than 9 $\mu g/m^3$ or if all corrective action measures identified require more than 45 days to implement, the owner or operator shall develop a corrective action plan that describes the corrective action(s) completed to date, additional measures that the owner or operator proposes to employ to reduce fenceline concentrations below the action level, and a schedule for completion of these measures. The owner or operator shall submit the corrective action plan to the Administrator within 60 days after receiving the analytical results indicating that the $\Delta c$ value for the 14-day sampling period following the completion of the initial corrective action is greater than 9 $\mu g/m^3$ or, if no initial corrective actions were identified, no later than 60 days following the completion of the corrective action analysis required in 63.658(g) (Condition 53.75). (63.658(h))

53.77    An owner or operator may request approval from the Administrator for a site-specific monitoring plan to account for offsite upwind sources or onsite sources excluded under §63.640(g) according to the requirements in 63.658(i)(1) through (4). (63.640(i))

53.78   The owner or operator shall comply with the applicable recordkeeping and reporting requirements in §63.655(h) and (i). (63.658(j))

53.79   As outlined in §63.7(f), the owner or operator may submit a request for an alternative test method. At a minimum, the request must follow the requirements outlined in 63.658(k)(1) through (7). (63.658(k))

**Storage Vessel Provisions (63.660)**

All tanks addressed in Section II of this permit (listed in the table in Section I, Condition 5.1) are subject to these requirements, except as noted below.

Tanks D-811, D-812, D-813, D-814, T81, T82, T90, T91, T92 and T400 are not considered storage vessels under MACT CC because they are pressure vessels.

Tank T7208 is part of the truck rack (R102). The truck loading rack at the Suncor facility is classified under SIC 5171, and is operated by Suncor Energy (U.S.A.)'s pipeline operation, as opposed to the Refinery (SIC Code 2911), therefore the requirements in 40 CFR Part 63 Subpart CC do not apply.

Tanks 17675 and 20529 and the pipeline receipt station sump are not considered storage vessels under MACT CC because they are less than 40 cubic meters.

Tank D-20 is not subject to the requirements to MACT CC because it is not associated with a process unit. In accordance with 63.640(c)(2) only storage vessels associated with a process unit are subject to MACT CC. Tank D-20 receives skimmed hydrocarbons (weathered reformate) from remediation system wells.

Tanks T60, T4501, T4502, T4503, T4504, T4507, T4508, T4514, T4515, T4516, T4517 and T4518 are not considered storage vessels under MACT CC because they are wastewater storage tanks. These tanks are subject to the wastewater treatment requirements in MACT CC.

53.80   Overlap with storage vessel regulations:

53.80.1   After the compliance dates specified in 63.640(h), a Group 2 storage vessel that is subject to the provisions of 40 CFR part 60, subpart Kb, is required to comply only with the requirements of 40 CFR part 60, subpart Kb, except as provided in 63.640(n)(8). After the compliance dates specified in 63.640(h), a Group 2 storage vessel that is subject to the provisions of 40 CFR part 61, subpart Y, is required to comply only with the requirements of 40 CFR part 61, subpart Y, except as provided in 63.740(n)(10). (63.640(n)(1)) The requirements in 40 CFR Part 60 Subpart Kb are included in Condition 48. No specific equipment has been identified at this facility that falls under this overlap category.

53.80.2   After the compliance dates specified in 63.640(h), a Group 1 storage vessel that is also subject to 40 CFR part 60, subpart Kb, is required to comply only with either 40

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 205

CFR part 60, subpart Kb, except as provided in 63.640(n)(8) or this subpart. After the compliance dates specified in 63.640(h), a Group 1 storage vessel that is also subject to 40 CFR part 61, subpart Y, is required to comply only with either 40 CFR part 61, subpart Y, except as provided in 63.640(n)(10) or this subpart. (63.640(n)(2)) The requirements in 40 CFR Part 60 Subpart Kb are included in Condition 48.

The following tanks fall under the provisions in 63.640(n)(2): T34, T55, T96, T97, T116, T775 and T2010.

53.80.3   After the compliance dates specified in 63.640(h), a Group 1 storage vessel that is also subject to the provisions of 40 CFR part 60, subpart K or Ka, is required to only comply with the provisions of this subpart. (63.640(n)(5))

The following tank falls under the provisions in 63.640(n)(5): T1

53.80.4   Storage vessels described by 63.640(n)(1) are to comply with 40 CFR part 60, subpart Kb, except as provided in 63.640(n)(8)(i) through (vi). Storage vessels described by 63.640(n)(2) electing to comply with part 60, subpart Kb of this chapter shall comply with subpart Kb except as provided in 63.640(n)(8)(i) through (viii). (63.640(n)(8))

53.80.4.1   Storage vessels that are to comply with §60.112b(a)(2) of subpart Kb are exempt from the secondary seal requirements of §60.112b(a)(2)(i)(B) during the gap measurements for the primary seal required by §60.113b(b) of subpart Kb. (63.640(n)(8)(i))

53.80.4.2   If the owner or operator determines that it is unsafe to perform the seal gap measurements required in §60.113b(b) of this chapter or to inspect the vessel to determine compliance with §60.113b(a) of this chapter because the roof appears to be structurally unsound and poses an imminent danger to inspecting personnel, the owner or operator shall comply with the requirements in either §63.120(b)(7)(i) or (ii) of subpart G (only up to the compliance date specified in 63.640(h) for compliance with §63.660, as applicable) or either §63.1063(c)(2)(iv)(A) or (B) of subpart WW. (63.640(n)(8)(ii))

53.80.4.3   If a failure is detected during the inspections required by §60.113b(a)(2) or during the seal gap measurements required by §60.113b(b)(1), and the vessel cannot be repaired within 45 days and the vessel cannot be emptied within 45 days, the owner or operator may utilize up to two extensions of up to 30 additional calendar days each. The owner or operator is not required to provide a request for the extension to the Administrator. (63.640(n)(8)(iii))

53.80.4.4   If an extension is utilized in accordance with 63.640(n)(8)(iii), the owner or operator shall, in the next periodic report, identify the vessel, provide the information listed in §60.113b(a)(2) or §60.113b(b)(4)(iii), and

describe the nature and date of the repair made or provide the date the storage vessel was emptied. (63.640(n)(8)(iv))

53.80.4.5 Owners and operators of storage vessels complying with subpart Kb of part 60 may submit the inspection reports required by §§60.115b(a)(3), (a)(4), and (b)(4) of subpart Kb as part of the periodic reports required by this subpart, rather than within the 30-day period specified in §§60.115b(a)(3), (a)(4), and (b)(4) of subpart Kb. (63.640(n)(8)(v))

53.80.4.6 The reports of rim seal inspections specified in §60.115b(b)(2) are not required if none of the measured gaps or calculated gap areas exceed the limitations specified in §60.113b(b)(4). Documentation of the inspections shall be recorded as specified in §60.115b(b)(3). (63.640(n)(8)(vi))

53.80.4.7 To be in compliance with §60.112b(a)(1)(iv) or (a)(2)(ii) of this chapter, guidepoles in floating roof storage vessels must be equipped with covers and/or controls (*e.g.,* pole float system, pole sleeve system, internal sleeve system or flexible enclosure system) as appropriate to comply with the "no visible gap" requirement. (63.640(n)(8)(vii))

53.80.4.8 If a flare is used as a control device for a storage vessel, on and after January 30, 2019, the owner or operator must meet the requirements of §63.670 instead of the requirements referenced from part 60, subpart Kb of this chapter for that flare. (63.640(n)(8)(viii))

Group 1 Storage Vessels:

The following tanks are Group 1 storage vessels that do not meet the overlap provisions in Condition 53.80.2: T1, T58, T67, T70, T75, T77, T78, T80, T776, T777, and T778.

53.81 On and after the applicable compliance date for a Group 1 storage vessel located at a new or existing source as specified in §63.640(h) (Condition 53.3), the owner or operator of a Group 1 storage vessel that is part of a new or existing source shall comply with the requirements in subpart WW or SS of this part according to the requirements in 63.660(a) through (i). (63.660)

The relevant requirements from 40 CFR Part 63 Subpart WW, National Emission Standards for Storage Vessels (Tanks)-Control Level 2, are as follows.

The requirements below reflect the rule language in 40 CFR Part 63 Subpart WW, as of the latest revisions to 40 CFR Part 63 Subpart WW published in the Federal Register on July 12, 2002. However, the permittee is subject to the latest version of 40 CFR Part 63 Subpart WW.

Storage vessel control requirements (63.1062)

53.81.1 For each storage vessel to which this subpart applies, the owner or operator shall comply with one of the requirements listed in 63.1062(a)(1) through (a)(3). (63.1062(a)).

53.81.1.1  Operate and maintain an IFR. (63.1062(a)(1))

53.81.1.2  Operate and maintain an EFR. (63.1062(a)(2))

53.81.1.3  Equivalent *requirements*. Comply with an equivalent to the requirements in 63.1062(a)(1) or (a)(2), as provided in §63.1064. (63.1062(a)(3))

Floating roof requirements (62.1063)

53.81.2  *Design requirements, Rim seals* (63.1063(a)(1))

53.81.2.1  Internal *floating roof*. An IFR shall be equipped with one of the seal configurations listed in 63.1063(a)(1)(i)(A) through (a)(1)(i)(C). (63.1063(a)(1)(i)).

53.81.2.2  *External floating roof*. An EFR shall be equipped with one of the seal configurations listed in 63.1063(a)(1)(ii)(A) and (a)(1)(ii)(B). (63.1063(a)(1)(ii))

53.81.3  *Deck fittings*. Openings through the deck of the floating roof shall be equipped as described in 63.1063(a)(2)(i) through (a)(2)(viii). (63.1063(a)(2))

53.81.3.1  Each opening except those for automatic bleeder vents (vacuum breaker vents) and rim space vents shall have its lower edge below the surface of the stored liquid. (63.1063(a)(2)(i))

53.81.3.2  Each opening except those for automatic bleeder vents (vacuum breaker vents), rim space vents, leg sleeves, and deck drains shall be equipped with a deck cover. The deck cover shall be equipped with a gasket between the cover and the deck. (63.1063(a)(2)(ii))

53.81.3.3  Each automatic bleeder vent (vacuum breaker vent) and rim space vent shall be equipped with a gasketed lid, pallet, flapper, or other closure device. (63.1063(a)(2)(iii))

53.81.3.4  Each opening for a fixed roof support column may be equipped with a flexible fabric sleeve seal instead of a deck cover. (63.1063(a)(2)(iv))

53.81.3.5  Each opening for a sample well or deck drain (that empties into the stored liquid) may be equipped with a slit fabric seal or similar device that covers at least 90 percent of the opening, instead of a deck cover. (63.1063(a)(2)(v))

53.81.3.6  Each cover on access hatches and gauge float wells shall be designed to be bolted or fastened when closed. (63.1063(a)(2)(vi))

53.81.3.7  Each opening for an unslotted guidepole shall be equipped with a pole wiper, and each unslotted guidepole shall be equipped with a gasketed cap on the top of the guidepole. (63.1063(a)(2)(vii))

53.81.3.8  Each opening for a slotted guidepole shall be equipped with one of the

| Case No. 1:24-cv-02164-DDD-SBP | Document 27-11 | filed 01/21/25 | USDC Colorado |
| pg 219 of 448 |

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit      Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                 Page 208

control device configurations specified in 63.1063(a)(2)(viii)(A) and (a)(2)(viii)(B). (63.1063(a)(2)(viii))

53.81.4  *Operational requirements.* The floating roof shall float on the stored liquid surface at all times, except when the floating roof is supported by its leg supports or other support devices (e.g., hangers from the fixed roof). (63.1603(b)(1))

53.81.5  When the storage vessel is storing liquid, but the liquid depth is insufficient to float the floating roof, the process of filling to the point of refloating the floating roof shall be continuous and shall be performed as soon as practical. (63.1063(b)(2))

53.81.6  Each cover over an opening in the floating roof, except for automatic bleeder vents (vacuum breaker vents) and rim space vents, shall be closed at all times, except when the cover must be open for access. (63.1063(b)(3))

53.81.7  Each automatic bleeder vent (vacuum breaker vent) and rim space vent shall be closed at all times, except when required to be open to relieve excess pressure or vacuum, in accordance with the manufacturer's design. (63.1063(b)(4))

53.81.8  Each unslotted guidepole cap shall be closed at all times except when gauging the liquid level or taking liquid samples. (63.1063(b)(5))

53.81.9  *Inspection frequency requirements—Internal floating roofs.* Internal floating roofs shall be inspected as specified in 63.1063(d)(1) before the initial filling of the storage vessel. Subsequent inspections shall be performed as specified in 63.1063(c)(1)(i) or (c)(1)(ii). (63.1063(c)(1))

53.81.9.1  Internal floating roofs shall be inspected as specified in 63.1063(c)(1)(i)(A) and (c)(1)(i)(B). (63.1063(c)(1)(i))

a. At least once per year the IFR shall be inspected as specified in 63.1063(d)(2). 63.1063(c)(1)(i)(A))

b. Each time the storage vessel is completely emptied and degassed, or every 10 years, whichever occurs first, the IFR shall be inspected as specified in 63.1063(d)(1. 63.1063(c)(1)(i)(B))

53.81.9.2  Instead of the inspection frequency specified in 63.1063(c)(1)(i), internal floating roofs with two rim seals may be inspected as specified in 63.1063(d)(1) each time the storage vessel is completely emptied and degassed, or every 5 years, whichever occurs first. (63.1063(c)(1)(ii))

53.81.10  *External floating roofs.* External floating roofs shall be inspected as specified in 63.1063(c)(2)(i) through (c)(2)(iv). (63.1063(c)(2))

53.81.10.1  Within 90 days after the initial filling of the storage vessel, the primary and secondary rim seals shall be inspected as specified in 63.1063(d)(3).

(63.1063(c)(2)(i))

53.81.10.2 The secondary seal shall be inspected at least once every year, and the primary seal shall be inspected at least every 5 years, as specified in 63.1063(d)(3). (63.1063(c)(2)(ii))

53.81.10.3 Each time the storage vessel is completely emptied and degassed, or every 10 years, whichever occurs first, the EFR shall be inspected as specified in 63.1063(d)(1). (63.1063(c)(2)(iii))

53.81.10.4 If the owner or operator determines that it is unsafe to perform the floating roof inspections specified in 63.1063(c)(2)(i) and (c)(2)(ii), the owner or operator shall comply with the requirements of 63.1063(c)(2)(iv)(A) or (c)(2)(iv)(B). (63.1063(c)(2)(vi))

53.81.11 *Inspection procedure requirements.* Floating roof inspections shall be conducted as specified in 63.1063(d)(1) through (d)(3), as applicable. If a floating roof fails an inspection, the owner or operator shall comply with the repair requirements of 63.1063(e). (63.1063(d))

53.81.11.1 Floating roof (IFR and EFR) inspections shall be conducted by visually inspecting the floating roof deck, deck fittings, and rim seals from within the storage vessel. The inspection may be performed entirely from the top side of the floating roof, as long as there is visual access to all deck components specified in 63.1063(a). Any of the conditions described in 63.1063(d)(1)(i) through (d)(1)(v) constitutes inspection failure. (63.1063(d)(1))

53.81.11.2 Tank-top inspections of IFR's shall be conducted by visually inspecting the floating roof deck, deck fittings, and rim seal through openings in the fixed roof. Any of the conditions described in 63.1063(d)(1)(i) through (d)(1)(iv) constitutes inspection failure. Identification of holes or tears in the rim seal is required only for the seal that is visible from the top of the storage vessel. (63.1063(d)(2))

53.81.11.3 Seal gap inspections for EFR's shall determine the presence and size of gaps between the rim seals and the wall of the storage vessel by the procedures specified in 63.1063(d)(3)(i). Any exceedance of the gap requirements specified in 63.1063(d)(3)(ii) and (d)(3)(iii) constitutes inspection failure. (63.1063(d)(3))

53.81.12 *Repair requirements.* Conditions causing inspection failures under paragraph (d) of this section shall be repaired as specified in 63.1063(e)(1) or (e)(2). (63.1063(e))

53.81.12.1 If the inspection is performed while the storage vessel is not storing liquid, repairs shall be completed before the refilling of the storage vessel with liquid. (63.1063(e)(1))

53.81.12.2 If the inspection is performed while the storage vessel is storing liquid, repairs shall be completed or the vessel removed from service within 45 days. If a repair cannot be completed and the vessel cannot be emptied within 45 days, the owner or operator may use up to 2 extensions of up to 30 additional days each. Documentation of a decision to use an extension shall include a description of the failure, shall document that alternate storage capacity is unavailable, and shall specify a schedule of actions that will ensure that the control equipment will be repaired or the vessel will be completely emptied as soon as practical. (63.1063(e)(2))

Alternative means of emission limitation (63.1064)

53.81.13    An alternate control device may be substituted for a control device specified in §63.1063 if the alternate device has an emission factor less than or equal to the emission factor for the device specified in §63.1063. Requests for the use of alternate devices shall be made as specified in §63.1066(b)(3). Emission factors for the devices specified in §63.1063 are published in EPA Report No. AP-42, Compilation of Air Pollutant Emission Factors. (63.1064(a))

53.81.14    Tests to determine emission factors for an alternate device shall accurately simulate conditions under which the device will operate, such as wind, temperature, and barometric pressure. Test methods that can be used to perform the testing required in this paragraph include, but are not limited to, the methods listed in 63.1064(b)(1) through (b)(3). (63.1064(b))

53.81.15    An alternate combination of control devices may be substituted for any combination of rim seal and deck fitting control devices specified in §63.1063 if the alternate combination emits no more than the combination specified in §63.1063. The emissions from an alternate combination of control devices shall be determined using AP-42 or as specified in paragraph (b) of this section. The emissions from a combination of control devices specified in §63.1063 shall be determined using AP-42. Requests for the use of alternate devices shall be made as specified in §63.1066(b)(3). (63.1064(c))

Recordkeeping requirements (63.1065)

53.81.16    The owner or operator shall keep the records required in 63.1065(a) for as long as liquid is stored. Records required in 63.1065(b), (c) and (d) shall be kept for at least 5 years. Records shall be kept in such a manner that they can be readily accessed within 24 hours. Records may be kept in hard copy or computer-readable form including, but not limited to, on paper, microfilm, computer, floppy disk, magnetic tape, or microfiche. (63.1065)

Case No. 1:24-cv-02164-DDD-SBP    Document 27-11    filed 01/21/25    USDC Colorado
pg 222 of 448

Air Pollution Control Division                          Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit    Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                          Page 211

53.81.17   *Vessel dimensions and capacity.* A record shall be kept of the dimensions of the storage vessel, an analysis of the capacity of the storage vessel, and an identification of the liquid stored. (63.1065(a))

53.81.18   *Inspection results.* Records of floating roof inspection results shall be kept as specified in 63.1065(b)(1) and (b)(2). (63.1065(b))

53.81.18.1 If the floating roof passes inspection, a record shall be kept that includes the information specified in 63.1065(b)(1)(i) and (b)(1)(ii). If the floating roof fails inspection, a record shall be kept that includes the information specified in 63.1065(b)(1)(i) through (b)(1)(v). (63.1065(b)(1))

53.81.18.2 A record shall be kept of EFR seal gap measurements, including the raw data obtained and any calculations performed. (63.1065(b)(2))

53.81.19   *Floating roof landings.* The owner or operator shall keep a record of the date when a floating roof is set on its legs or other support devices. The owner or operator shall also keep a record of the date when the roof was refloated, and the record shall indicate whether the process of refloating was continuous. (63.1065(c))

53.81.20   An owner or operator who elects to use an extension in accordance with §63.1063(e)(2) or §63.1063(c)(2)(iv)(B) shall keep the documentation required by those paragraphs. (63.1065(d))

Reporting requirements (63.1066)

53.81.21   *Periodic reports.* Report the information specified in 63.1066b)(1) through (b)(4), as applicable, in the periodic report specified in the referencing subpart. (63.1066(b))

53.81.21.1 *Notification of inspection.* To provide the Administrator the opportunity to have an observer present, the owner or operator shall notify the Administrator at least 30 days before an inspection required by §§63.1063(d)(1) or (d)(3). If an inspection is unplanned and the owner or operator could not have known about the inspection 30 days in advance, then the owner or operator shall notify the Administrator at least 7 days before the inspection. Notification shall be made by telephone immediately followed by written documentation demonstrating why the inspection was unplanned. Alternatively, the notification including the written documentation may be made in writing and sent so that it is received by the Administrator at least 7 days before the inspection. If a delegated State or local agency is notified, the owner or operator is not required to notify the Administrator. A delegated State or local agency may waive the requirement for notification of inspections. (63.1066(b)(1))

53.81.21.2 *Inspection results.* The owner or operator shall submit a copy of the inspection record (required in §63.1065) when inspection failures occur.

Case No. 1:24-cv-02164-DDD-SBP    Document 27-11    filed 01/21/25    USDC Colorado
pg 223 of 448

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 212

(63.1066(b)(2))

53.81.21.3 *Requests for alternate devices.* The owner or operator requesting the use of an alternate control device shall submit a written application including emissions test results and an analysis demonstrating that the alternate device has an emission factor that is less than or equal to the device specified in §63.1063. (63.1066(b)(3))

53.81.21.4   Requests for extensions. An owner or operator who elects to use an extension in accordance with §63.1063(e)(2) or §63.1063(c)(2)(iv)(B) shall submit the documentation required by those paragraphs. 963.1066(b)(4))

53.82   As used in this section, all terms not defined in §63.641 shall have the meaning given them in subpart A, WW, or SS of this part. The definitions of "Group 1 storage vessel" (paragraph (2)) and "Storage vessel" in §63.641 shall apply in lieu of the definition of "Storage vessel" in §63.1061. (63.660(a)) The methods in 63.660(a)(1) and (2) apply with respect to determining the annual average HAP content for purposes of determining group type.

53.83   A floating roof storage vessel complying with the requirements of subpart WW of this part may comply with the control option specified in 63.660(b)(1) and, if equipped with a ladder having at least one slotted leg, shall comply with one of the control options as described in 63.660(b)(2). (63.660(b))

53.83.1   In addition to the options presented in §§63.1063(a)(2)(viii)(A) and (B) and 63.1064, a floating roof storage vessel may comply with §63.1063(a)(2)(vii) using a flexible enclosure device and either a gasketed or welded cap on the top of the guidepole. (63.660(b)(1))

53.83.2   Each opening through a floating roof for a ladder having at least one slotted leg shall be equipped with one of the configurations specified in 63.660(b)(2)(i) through (iii). (63.660(b)(2))

53.84   The following paragraphs apply to references 63.660(c), (f), (g) and (h).

53.85   Failure to perform inspections and monitoring required by this section shall constitute a violation of the applicable standard of this subpart. (63.660(e))

Group 2 Storage Vessels

The following tanks are Group 2 storage vessels that do not meet the overlap provisions in Condition 53.80.1: T2, T3, T52, T62, T94, T774, T2006, T3201, T3801, T57, T59, T64, T65, T66, T68, T69, T71, T72, T74, T76, T105, T112, T140, T142, T144, T145, T146, T147, T182, T191, T192, T193 and T194.

53.86   Each owner or operator subject to the storage vessel provisions in §63.646 shall keep the records specified in §63.123 of subpart G except as specified in 63.655(i)(1)(i) through (iv). Each owner

Case No. 1:24-cv-02164-DDD-SBP    Document 27-11    filed 01/21/25    USDC Colorado
pg 224 of 448

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 213

or operator subject to the storage vessel provisions in §63.660 shall keep records as specified in 63.655(i)(1)(v) and (vi). (63.655(i)(1)) The requirements in 40 CFR Part 63 Subparts CC and WW that apply to Group 2 storage vessels are as follows:

53.86.1    Each owner or operator of a Group 2 storage vessel shall keep the records specified in §63.1065(a) of subpart WW. If a storage vessel is determined to be Group 2 because the weight percent total organic HAP of the stored liquid is less than or equal to 4 percent for existing sources or 2 percent for new sources, a record of any data, assumptions, and procedures used to make this determination shall be retained. (63.655(i)(1)(vi))

53.86.2    *Vessel dimensions and capacity.* A record shall be kept of the dimensions of the storage vessel, an analysis of the capacity of the storage vessel, and an identification of the liquid stored. (63.1065(a))

**Requirements for flare control devices (63.670)**

On or before January 30, 2019, the owner or operator of a flare used as a control device for an emission point subject to this subpart shall meet the applicable requirements for flares as specified in 63.670(a) through (q) and the applicable requirements in §63.671. The owner or operator may elect to comply with the requirements of 63.670(r) in lieu of the requirements in 63.670(d) through (f), as applicable. (63.670) Note that 63.670(a) is "reserved".

53.87    <u>Overlap of this subpart with other regulation for flares.</u> On January 30, 2019, flares that are subject to the provisions of 40 CFR 60.18 or 63.11 and subject to this subpart are required to comply only with the provisions specified in this subpart. Prior to January 30, 2019, flares that are subject to the provisions of 40 CFR 60.18 or 63.11 and elect to comply with the requirements in §§63.670 and 63.671 are required to comply only with the provisions specified in this subpart. (63.640(s))

53.88    *Pilot flame presence.* The owner or operator shall operate each flare with a pilot flame present at all times when regulated material is routed to the flare. Each 15-minute block during which there is at least one minute where no pilot flame is present when regulated material is routed to the flare is a deviation of the standard. Deviations in different 15-minute blocks from the same event are considered separate deviations. The owner or operator shall monitor for the presence of a pilot flame as specified in 63.670(g). (63.670(b))

53.89    *Visible emissions.* The owner or operator shall specify the smokeless design capacity of each flare and operate with no visible emissions, except for periods not to exceed a total of 5 minutes during any 2 consecutive hours, when regulated material is routed to the flare and the flare vent gas flow rate is less than the smokeless design capacity of the flare. The owner or operator shall monitor for visible emissions from the flare as specified in 63.670(h). (63.670(c))

53.90  *Flare tip velocity.* For each flare, the owner or operator shall comply with either 63.670(d)(1) or (2), provided the appropriate monitoring systems are in-place, whenever regulated material is routed to the flare for at least 15-minutes and the flare vent gas flow rate is less than the smokeless design capacity of the flare. (63.670(d))

    53.90.1  Except as provided in 63.670(d)(2), the actual flare tip velocity ($V_{tip}$) must be less than 60 feet per second. The owner or operator shall monitor $V_{tip}$ using the procedures specified in 63.670(i) and (k). (63.670(d)(1))

    53.90.2  $V_{tip}$ must be less than 400 feet per second and also less than the maximum allowed flare tip velocity ($V_{max}$) as calculated according to the f equation in 63.658(d)(2)). The owner or operator shall monitor $V_{tip}$ using the procedures specified in 63.670(i) and (k) and monitor gas composition and determine $NHV_{vg}$ using the procedures specified in 63.670(j) and (l). (63.670(d)(2))

53.91  *Combustion zone operating limits.* For each flare, the owner or operator shall operate the flare to maintain the net heating value of flare combustion zone gas ($NHV_{cz}$) at or above 270 British thermal units per standard cubic feet (Btu/scf) determined on a 15-minute block period basis when regulated material is routed to the flare for at least 15-minutes. The owner or operator shall monitor and calculate $NHV_{cz}$ as specified in 63.670(m). (63.670(e))

53.92  *Dilution operating limits for flares with perimeter assist air.* For each flare actively receiving perimeter assist air, the owner or operator shall operate the flare to maintain the net heating value dilution parameter ($NHV_{dil}$) at or above 22 British thermal units per square foot (Btu/ft$^2$) determined on a 15-minute block period basis when regulated material is being routed to the flare for at least 15-minutes. The owner or operator shall monitor and calculate $NHV_{dil}$ as specified in 63.670(n) of this section. (63.670(f))

53.93  *Pilot flame* monitoring. The owner or operator shall continuously monitor the presence of the pilot flame(s) using a device (including, but not limited to, a thermocouple, ultraviolet beam sensor, or infrared sensor) capable of detecting that the pilot flame(s) is present. (63.670(g))

53.94  *Visible emissions monitoring.* The owner or operator shall monitor visible emissions while regulated materials are vented to the flare. An initial visible emissions demonstration must be conducted using an observation period of 2 hours using Method 22 at 40 CFR part 60, appendix A-7. Subsequent visible emissions observations must be conducted using either the methods in 63.670(h)(1) or, alternatively, the methods in 63.670(h)(2). The owner or operator must record and report any instances where visible emissions are observed for more than 5 minutes during any 2 consecutive hours as specified in §63.655(g)(11)(ii). (63.670(h))

    53.94.1  At least once per day, conduct visible emissions observations using an observation period of 5 minutes using Method 22 at 40 CFR part 60, appendix A-7. If at any time the owner or operator sees visible emissions, even if the minimum required daily visible emission monitoring has already been performed, the owner or operator shall

Case No. 1:24-cv-02164-DDD-SBP    Document 27-11    filed 01/21/25    USDC Colorado
pg 226 of 448

Air Pollution Control Division                                      Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit         Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                        Page 215

immediately begin an observation period of 5 minutes using Method 22 at 40 CFR part 60, appendix A-7. If visible emissions are observed for more than one continuous minute during any 5-minute observation period, the observation period using Method 22 at 40 CFR part 60, appendix A-7 must be extended to 2 hours or until 5-minutes of visible emissions are observed. (63.670(h)(1))

53.94.2    Use a video surveillance camera to continuously record (at least one frame every 15 seconds with time and date stamps) images of the flare flame and a reasonable distance above the flare flame at an angle suitable for visual emissions observations. The owner or operator must provide real-time video surveillance camera output to the control room or other continuously manned location where the camera images may be viewed at any time. (63.670(h)(2))

53.95    *Flare vent gas, steam assist and air assist flow rate monitoring.* The owner or operator shall install, operate, calibrate, and maintain a monitoring system capable of continuously measuring, calculating, and recording the volumetric flow rate in the flare header or headers that feed the flare as well as any supplemental natural gas used. Different flow monitoring methods may be used to measure different gaseous streams that make up the flare vent gas provided that the flow rates of all gas streams that contribute to the flare vent gas are determined. If assist air or assist steam is used, the owner or operator shall install, operate, calibrate, and maintain a monitoring system capable of continuously measuring, calculating, and recording the volumetric flow rate of assist air and/or assist steam used with the flare. If pre-mix assist air and perimeter assist are both used, the owner or operator shall install, operate, calibrate, and maintain a monitoring system capable of separately measuring, calculating, and recording the volumetric flow rate of premix assist air and perimeter assist air used with the flare. Continuously monitoring fan speed or power and using fan curves is an acceptable method for continuously monitoring assist air flow rates. (63.670(i))

53.95.1    The flow rate monitoring systems must be able to correct for the temperature and pressure of the system and output parameters in standard conditions (*i.e.,* a temperature of 20 °C (68 °F) and a pressure of 1 atmosphere). (63.670(i)(1))

53.95.2    Mass flow monitors may be used for determining volumetric flow rate of flare vent gas provided the molecular weight of the flare vent gas is determined using compositional analysis as specified in 63.670(j) so that the mass flow rate can be converted to volumetric flow at standard conditions using the equation in 63.670(d)(2)). (63.670(i)(2))

53.95.3    Mass flow monitors may be used for determining volumetric flow rate of assist air or assist steam. Use equation in 63.670(i)(2) to convert mass flow rates to volumetric flow rates. Use a molecular weight of 18 pounds per pound-mole for assist steam and use a molecular weight of 29 pounds per pound-mole for assist air. (63.670(i)(3))

Case No. 1:24-cv-02164-DDD-SBP    Document 27-11    filed 01/21/25    USDC Colorado
pg 227 of 448

Air Pollution Control Division                                Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit      Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                            Page 216

53.95.4   Continuous pressure/temperature monitoring system(s) and appropriate engineering calculations may be used in lieu of a continuous volumetric flow monitoring systems provided the molecular weight of the gas is known. For assist steam, use a molecular weight of 18 pounds per pound-mole. For assist air, use a molecular weight of 29 pounds per pound-mole. For flare vent gas, molecular weight must be determined using compositional analysis as specified in 63.670(j). (63.670(i)(4))

53.96   *Flare vent gas composition monitoring.* The owner or operator shall determine the concentration of individual components in the flare vent gas using either the methods provided in 63.670(j)(1) or (2), to assess compliance with the operating limits in 63.670(e) and, if applicable, 63.670(d) and (f). Alternatively, the owner or operator may elect to directly monitor the net heating value of the flare vent gas following the methods provided in 63.670(j)(3) and, if desired, may directly measure the hydrogen concentration in the flare vent gas following the methods provided in 63.670(j)(4). The owner or operator may elect to use different monitoring methods for different gaseous streams that make up the flare vent gas using different methods provided the composition or net heating value of all gas streams that contribute to the flare vent gas are determined. (63.670(j))

53.96.1   Except as provided in 63.670(j)(5) and (6), the owner or operator shall install, operate, calibrate, and maintain a monitoring system capable of continuously measuring (*i.e.,* at least once every 15-minutes), calculating, and recording the individual component concentrations present in the flare vent gas. (63.670(j)(1))

53.96.2   Except as provided in 63.670(j)(5) and (6), the owner or operator shall install, operate, and maintain a grab sampling system capable of collecting an evacuated canister sample for subsequent compositional analysis at least once every eight hours while there is flow of regulated material to the flare. Subsequent compositional analysis of the samples must be performed according to Method 18 of 40 CFR part 60, appendix A-6, ASTM D6420-99 (Reapproved 2010), ASTM D1945-03 (Reapproved 2010), ASTM D1945-14 or ASTM UOP539-12 (all incorporated by reference—see §63.14). (63.670(j)(2))

53.96.3   Except as provided in 63.670(j)(5) and (6), the owner or operator shall install, operate, calibrate, and maintain a calorimeter capable of continuously measuring, calculating, and recording $NHV_{vg}$ at standard conditions. (63.670(j)(3))

53.96.4   If the owner or operator uses a continuous net heating value monitor according to 63.670(j)(3), the owner or operator may, at their discretion, install, operate, calibrate, and maintain a monitoring system capable of continuously measuring, calculating, and recording the hydrogen concentration in the flare vent gas. (63.670(j)(4))

53.96.5   Direct compositional or net heating value monitoring is not required for purchased ("pipeline quality") natural gas streams. The net heating value of purchased natural gas streams may be determined using annual or more frequent grab sampling at any

one representative location. Alternatively, the net heating value of any purchased natural gas stream can be assumed to be 920 Btu/scf. (63.670(j)(5))

53.96.6    Direct compositional or net heating value monitoring is not required for gas streams that have been demonstrated to have consistent composition (or a fixed minimum net heating value) according to the methods in 63.670(j)(6)(i) through (v). (63.670(j)(6))

53.97    *Calculation methods for cumulative flow rates and determining compliance with Vtip operating limits.* The owner or operator shall determine $V_{tip}$ on a 15-minute block average basis according to the following requirements. (63.670(k))

53.97.1    The owner or operator shall use design and engineering principles to determine the unobstructed cross sectional area of the flare tip. The unobstructed cross sectional area of the flare tip is the total tip area that vent gas can pass through. This area does not include any stability tabs, stability rings, and upper steam or air tubes because flare vent gas does not exit through them.(63.670(k)(1))

53.97.2    The owner or operator shall determine the cumulative volumetric flow of flare vent gas for each 15-minute block average period using the data from the continuous flow monitoring system required in 63.670(i) according to the following requirements, as applicable. If desired, the cumulative flow rate for a 15-minute block period only needs to include flow during those periods when regulated material is sent to the flare, but owners or operators may elect to calculate the cumulative flow rates across the entire 15-minute block period for any 15-minute block period where there is regulated material flow to the flare. (63.670(k)(2))

53.97.2.1    Use set 15-minute time periods starting at 12 midnight to 12:15 a.m., 12:15 a.m. to 12:30 a.m. and so on concluding at 11:45 p.m. to midnight when calculating 15-minute block average flow volumes. (63.670(k)(2)(i))

53.97.2.2    If continuous pressure/temperature monitoring system(s) and engineering calculations are used as allowed under 63.670(i)(4), the owner or operator shall, at a minimum, determine the 15-minute block average temperature and pressure from the monitoring system and use those values to perform the engineering calculations to determine the cumulative flow over the 15-minute block average period. Alternatively, the owner or operator may divide the 15-minute block average period into equal duration subperiods (*e.g.*, three 5-minute periods) and determine the average temperature and pressure for each subperiod, perform engineering calculations to determine the flow for each subperiod, then add the volumetric flows for the subperiods to determine the cumulative volumetric flow of vent gas for the 15-minute block average period. (63.670(k)(2)(ii))

53.97.3    The 15-minute block average $V_{tip}$ shall be calculated using the equation in 63.670(k)(3). (63.670(k)(3))

Case No. 1:24-cv-02164-DDD-SBP    Document 27-11    filed 01/21/25    USDC Colorado
pg 229 of 448

Air Pollution Control Division                          Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                           Page 218

53.97.4    If the owner or operator chooses to comply with 63.670(d)(2), the owner or operator shall also determine the net heating value of the flare vent gas following the requirements in 63.670(j) and (l) and calculate $V_{max}$ using the equation in paragraph (d)(2) of this section in order to compare $V_{tip}$ to $V_{max}$ on a 15-minute block average basis. (63.670(k)(4))

53.98    Calculation *methods for determining flare vent gas net heating value.* The owner or operator shall determine the net heating value of the flare vent gas ($NHV_{vg}$) based on the composition monitoring data on a 15-minute block average basis according to the following requirements. (63.670(l))

53.98.1    If compositional analysis data are collected as provided in 63.670(j)(1) or (2), the owner or operator shall determine $NHV_{vg}$ of a specific sample by using the equation in 63.670(l)(1). (63.670(l)(1))

53.98.2    If direct net heating value monitoring data are collected as provided in 63.670(j)(3) but a hydrogen concentration monitor is not used, the owner or operator shall use the direct output of the monitoring system(s) (in Btu/scf) to determine the $NHV_{vg}$ for the sample. (63.670(l)(2))

53.98.3    If direct net heating value monitoring data are collected as provided in 63.670(j)(3) and hydrogen concentration monitoring data are collected as provided in 63.670(j)(4), the owner or operator shall use the following equation to determine $NHV_{vg}$ for each sample measured via the net heating value monitoring system. (63.670(l)(3))

53.98.4    Use set 15-minute time periods starting at 12 midnight to 12:15 a.m., 12:15 a.m. to 12:30 a.m. and so on concluding at 11:45 p.m. to midnight when calculating 15-minute block averages. (63.670(l)(4))

53.98.5    When a continuous monitoring system is used as provided in 63.670(j)(1) or (3) and, if applicable, 63.670(j)(4), the owner or operator may elect to determine the 15-minute block average $NHV_{vg}$ using either the calculation methods in 63.670(l)(5)(i) or the calculation methods in 63.670(l)(5)(ii). The owner or operator may choose to comply using the calculation methods in 63.670(l)(5)(i) for some flares at the petroleum refinery and comply using the calculation methods (l)(5)(ii) of this section for other flares. However, for each flare, the owner or operator must elect one calculation method that will apply at all times, and use that method for all continuously monitored flare vent streams associated with that flare. If the owner or operator intends to change the calculation method that applies to a flare, the owner or operator must notify the Administrator 30 days in advance of such a change. (63.670(l)(5))

53.98.6    When grab samples are used to determine flare vent gas composition (63.670(l)(6)):

| Case No. 1:24-cv-02164-DDD-SBP | Document 27-11 | filed 01/21/25 | USDC Colorado |
| pg 230 of 448 |

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 219

53.98.6.1 Use the analytical results from the first grab sample collected for an event for all 15-minute periods from the start of the event through the 15-minute block prior to the 15-minute block in which a subsequent grab sample is collected. (63.670(l)(6)(i))

53.98.6.2 Use the results from subsequent grab sampling events for all 15 minute periods starting with the 15-minute block in which the sample was collected and ending with the 15-minute block prior to the 15-minute block in which the next grab sample is collected. For the purpose of this requirement, use the time the sample was collected rather than the time the analytical results become available. (63.670(l)(6)(ii))

53.98.7 If the owner or operator monitors separate gas streams that combine to comprise the total flare vent gas flow, the 15-minute block average net heating value shall be determined separately for each measurement location according to the methods in 63.670(l)(1) through (6) and a flow-weighted average of the gas stream net heating values shall be used to determine the 15-minute block average net heating value of the cumulative flare vent gas. (63.670(l)(7))

53.99 *Calculation methods for determining combustion zone net heating value.* The owner or operator shall determine the net heating value of the combustion zone gas ($NHV_{cz}$) as specified in 673.670(m)(1) or (2), as applicable. (63.670(m))

53.99.1 Except as specified in 63.670(m)(2), determine the 15-minute block average $NHV_{cz}$ based on the 15-minute block average vent gas and assist gas flow rates using the equation in 63.670(m)(1). For periods when there is no assist steam flow or premix assist air flow, $NHV_{cz} = NHV_{vg}$. (63.670(m)(1))

53.99.2 Owners or operators of flares that use the feed-forward calculation methodology in 63.670(l)(5)(i) and that monitor gas composition or net heating value in a location representative of the cumulative vent gas stream and that directly monitor supplemental natural gas flow additions to the flare must determine the 15-minute block average $NHV_{cz}$ using the equation in 63.670(m)(2). (63.670(m)(2))

53.100 *Calculation methods for determining the net heating value dilution parameter.* The owner or operator shall determine the net heating value dilution parameter ($NHV_{dil}$) as specified in 63.670(n)(1) or (2), as applicable. (63.670(n))

53.100.1 Except as specified in 63.670(n)(2), determine the 15-minute block average $NHV_{dil}$ based on the 15-minute block average vent gas and perimeter assist air flow rates using the following equation only during periods when perimeter assist air is used. For 15-minute block periods when there is no cumulative volumetric flow of perimeter assist air, the 15-minute block average $NHV_{dil}$ parameter does not need to be calculated. (63.670(n)(1))

53.100.2    Owners or operators of flares that use the feed-forward calculation methodology in 63.670(l)(5)(i) and that monitor gas composition or net heating value in a location representative of the cumulative vent gas stream and that directly monitor supplemental natural gas flow additions to the flare must determine the 15-minute block average $NHV_{dil}$ using the equation in 63.670(n)(2) only during periods when perimeter assist air is used. For 15-minute block periods when there is no cumulative volumetric flow of perimeter assist air, the 15-minute block average $NHV_{dil}$ parameter does not need to be calculated. (63.670(n)(2))

53.101    *Emergency flaring provisions.* The owner or operator of a flare that has the potential to operate above its smokeless capacity under any circumstance shall comply with the provisions in 63.670(o)(1) through (8). (63.670(o)) Note that there is no paragraph 63.670(o)(8).

53.101.1    Develop a flare management plan to minimize flaring during periods of startup, shutdown, or emergency releases. The flare management plan must include the information described in 63.670(o)(1)(i) through (vii). (63.670(o)(1))

53.101.2    Each owner or operator required to develop and implement a written flare management plan as described in 63.670(o)(1) must submit the plan to the Administrator as described in 63.670(o)(2)(i) through (iii). (63.670(o)(2))

53.101.3    The owner or operator of a flare subject to this subpart shall conduct a root cause analysis and a corrective action analysis for each flow event that contains regulated material and that meets either the criteria in 63.670(o)(3)(i) or (ii). (63.670(o)(3))

53.101.3.1 The vent gas flow rate exceeds the smokeless capacity of the flare and visible emissions are present from the flare for more than 5 minutes during any 2 consecutive hours during the release event. (63.670(o)(3)(i))

53.101.3.2 The vent gas flow rate exceeds the smokeless capacity of the flare and the 15-minute block average flare tip velocity exceeds the maximum flare tip velocity determined using the methods in 63.670(d)(2). (63.670(o)(3)(ii))

53.101.4    A root cause analysis and corrective action analysis must be completed as soon as possible, but no later than 45 days after a flare flow event meeting the criteria in 63.670(o)(3)(i) or (ii). Special circumstances affecting the number of root cause analyses and/or corrective action analyses are provided in 63.670(o)(4)(i) through (v). (63.670(o)(4))

53.101.5    Each owner or operator of a flare required to conduct a root cause analysis and corrective action analysis as specified in 63.670(o)(3) and (4) shall implement the corrective action(s) identified in the corrective action analysis in accordance with the applicable requirements in 63.670(o)(5)(i) through (iii). (63.670(o)(5))

53.101.6   The owner or operator shall determine the total number of events for which a root cause and corrective action analyses was required during the calendar year for each affected flare separately for events meeting the criteria in 63.670(o)(3)(i) and those meeting the criteria in 63.670(o)(3)(ii). For the purpose of this requirement, a single root cause analysis conducted for an event that met both of the criteria in 63.670(o)(3)(i) and (ii) would be counted as an event under each of the separate criteria counts for that flare. Additionally, if a single root cause analysis was conducted for an event that caused multiple flares to meet the criteria in 63.670(o)(3)(i) or (ii), that event would count as an event for each of the flares for each criteria in 63.670(o)(3) that was met during that event. The owner or operator shall also determine the total number of events for which a root cause and correct action analyses was required and the analyses concluded that the root cause was a force majeure event, as defined in this subpart. (63.670(o)(6))

53.101.7   The following events would be a violation of this emergency flaring work practice standard. (63.670(o)(7))

53.101.7.1 Any flow event for which a root cause analysis was required and the root cause was determined to be operator error or poor maintenance. (63.670(o)(7)(i))

53.101.7.2 Two visible emissions exceedance events meeting the criteria in 63.670(o)(3)(i) that were not caused by a force majeure event from a single flare in a 3 calendar year period for the same root cause for the same equipment. (63.670(o)(7)(ii))

53.101.7.3 Two flare tip velocity exceedance events meeting the criteria in 63.670(o)(3)(ii) that were not caused by a force majeure event from a single flare in a 3 calendar year period for the same root cause for the same equipment. (63.670(o)(7)(iii))

53.101.7.4 Three visible emissions exceedance events meeting the criteria in 63.670(o)(3)(i) that were not caused by a force majeure event from a single flare in a 3 calendar year period for any reason. (63.670(o)(7)(iv))

53.101.7.5 Three flare tip velocity exceedance events meeting the criteria in 63.670(o)(3)(ii) that were not caused by a force majeure event from a single flare in a 3 calendar year period for any reason. (63.670(o)(7)(v))

53.102   *Flare* monitoring *records.* The owner or operator shall keep the records specified in §63.655(i)(9). (63.670(p))

53.103   *Reporting.* The owner or operator shall comply with the reporting requirements specified in §63.655(g)(11). (63.670(q))

53.104   *Alternative means of emissions limitation.* An owner or operator may request approval from the Administrator for site-specific operating limits that shall apply specifically to a selected flare.

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 222

Site-specific operating limits include alternative threshold values for the parameters specified in 63.670(d) through (f) as well as threshold values for operating parameters other than those specified in 63.670(d) through (f). The owner or operator must demonstrate that the flare achieves 96.5 percent combustion efficiency (or 98 percent destruction efficiency) using the site-specific operating limits based on a performance evaluation as described in 63.670(r)(1). The request shall include information as described in 63.670(r)(2). The request shall be submitted and followed as described in 63.670(r)(3). (63.670(r))

## Requirements for flare monitoring systems (63.671)

53.105 *Operation of CPMS*. For each CPMS installed to comply with applicable provisions in §63.670, the owner or operator shall install, operate, calibrate, and maintain the CPMS as specified in 63.671(a)(1) through (8). (63.671(a))

53.105.1   Except for CPMS installed for pilot flame monitoring, all monitoring equipment must meet the applicable minimum accuracy, calibration and quality control requirements specified in table 13 of this subpart. (63.671(a)(1))

53.105.2   The owner or operator shall ensure the readout (that portion of the CPMS that provides a visual display or record) or other indication of the monitored operating parameter from any CPMS required for compliance is readily accessible onsite for operational control or inspection by the operator of the source. (63.671(a)(2))

53.105.3   All CPMS must complete a minimum of one cycle of operation (sampling, analyzing and data recording) for each successive 15-minute period. (63.671(a)(3))

53.105.4   Except for periods of monitoring system malfunctions, repairs associated with monitoring system malfunctions and required monitoring system quality assurance or quality control activities (including, as applicable, calibration checks and required zero and span adjustments), the owner or operator shall operate all CPMS and collect data continuously at all times when regulated emissions are routed to the flare. (63.671(a)(4))

53.105.5   The owner or operator shall operate, maintain, and calibrate each CPMS according to the CPMS monitoring plan specified in 63.671(b). (63.671(a)(5))

53.105.6   For each CPMS except for CPMS installed for pilot flame monitoring, the owner or operator shall comply with the out-of-control procedures described in 63.671(c). (63.670(a)(6))

53.105.7   The owner or operator shall reduce data from a CPMS as specified in 63.671(d). (63.670(a)(7))

53.105.8   The CPMS must be capable of measuring the appropriate parameter over the range of values expected for that measurement location. The data recording system associated

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 223

with each CPMS must have a resolution that is equal to or better than the required system accuracy. (63.670(a)(8))

53.106 *CPMS monitoring plan.* The owner or operator shall develop and implement a CPMS quality control program documented in a CPMS monitoring plan that covers each flare subject to the provisions in §63.670 and each CPMS installed to comply with applicable provisions in §63.670. The owner or operator shall have the CPMS monitoring plan readily available on-site at all times and shall submit a copy of the CPMS monitoring plan to the Administrator upon request by the Administrator. The CPMS monitoring plan must contain the information listed in 63.671(b)(1) through (5). (63.671(b))

53.106.1 Identification of the specific flare being monitored and the flare type (air-assisted only, steam-assisted only, air- and steam-assisted, pressure-assisted, or non-assisted). (63.671(b)(1))

53.106.2 Identification of the parameter to be monitored by the CPMS and the expected parameter range, including worst case and normal operation. (63.671(b)(2))

53.106.3 Description of the monitoring equipment, including the information specified in 63.671(b)(3)(i) through (vii). (63.671(b)(3))

53.106.4 Description of the data collection and reduction systems, including the information specified in 63.671(b)(4)(i) through (iii). (63.671(b)(4))

53.106.5 Routine quality control and assurance procedures, including descriptions of the procedures listed in 63.671(b)(5)(i) through (vi) and a schedule for conducting these procedures. The routine procedures must provide an assessment of CPMS performance. (63.671(b)(5))

53.107 *Out-of-control periods.* For each CPMS installed to comply with applicable provisions in §63.670 except for CPMS installed for pilot flame monitoring, the owner or operator shall comply with the out-of-control procedures described in 63.671(c)(1) and (2). (63.671(c))

53.107.1 A CPMS is out-of-control if the zero (low-level), mid-level (if applicable) or high-level calibration drift exceeds two times the accuracy requirement of table 13 of this subpart. (63.671(c)(1))

53.107.2 When the CPMS is out of control, the owner or operator shall take the necessary corrective action and repeat all necessary tests that indicate the system is out of control. The owner or operator shall take corrective action and conduct retesting until the performance requirements are below the applicable limits. The beginning of the out-of-control period is the hour a performance check (*e.g.*, calibration drift) that indicates an exceedance of the performance requirements established in this section is conducted. The end of the out-of-control period is the hour following the completion of corrective action and successful demonstration that the system is within the

allowable limits. The owner or operator shall not use data recorded during periods the CPMS is out of control in data averages and calculations, used to report emissions or operating levels, as specified in 63.671(d)(3). (63.671(c)(2))

53.108 *CPMS data reduction.* The owner or operator shall reduce data from a CPMS installed to comply with applicable provisions in §63.670 as specified in 63.671(d)(1) through (3). (63.671(d))

    53.108.1   The owner or operator may round the data to the same number of significant digits used in that operating limit. (63.671(d)(1))

    53.108.2   Periods of non-operation of the process unit (or portion thereof) resulting in cessation of the emissions to which the monitoring applies must not be included in the 15-minute block averages. (63.671(d)(2))

    53.108.3   Periods when the CPMS is out of control must not be included in the 15-minute block averages. (63.670(d)(3))

53.109 *Additional requirements for gas chromatographs.* For monitors used to determine compositional analysis for net heating value per §63.670(j)(1), the gas chromatograph must also meet the requirements of 63.671(e)(1) through (3). (63.671(e))

    53.109.1   The quality assurance requirements are in table 13 of this subpart. (63.671(e)(1))

    53.109.2   The calibration gases must meet one of the options in 63.671(e)(2)(i) or (ii). (63.671(e)(2))

    53.109.3   If the owner or operator chooses to use a surrogate calibration gas under 63.671(e)(2)(ii), the owner or operator must comply with 63.671(e)(3)(i) and (ii). (63.671(e)(3))

## 54.    40 CFR Part 63, Subpart UUU – National Emission Standards for Hazardous Air Pollutants for Petroleum Refineries: Catalytic Cracking Units, Catalytic Reforming Units, and Sulfur Recovery Units

The requirements below reflect the language in 40 CFR Part 63 Subpart UUU as of the date of renewal permit issuance [October 1, 2012]. However, the permittee is subject to the latest version of Subpart UUU. The relevant requirements in 40 CFR Part 63 Subpart UUU include, but are not limited to the following:

**What are my requirements for metal HAP emissions from catalytic cracking units? (63.1564)**

*What emission limitations and work practice standards must I meet?* You must:

54.1    Meet each emission limitation in Table 1 of this subpart that applies to you. If your catalytic cracking unit is subject to the NSPS for PM in 60.102, you must meet the emission limitations

for NSPS units. If your catalytic cracking unit isn't subject to the NSPS for PM, you can choose from the four options in 63.1564(a)(1)(i) through (iv). (63.1564(a)(1))

As required by the Consent Decree (H-01-4430), the FCCU (P103) is subject to the NSPS for PM in 60.102. Therefore, the metal HAP emission limitations that apply to the FCCU (P103) are as follows:

54.1.1    1.0 pound of particulate per 1,000 pounds of coke burn-off, and

54.1.2    30% opacity except for one 6-minute average in any 1-hour period.

54.2    Prepare an operation, maintenance, and monitoring plan according to the requirements in 63.1574(f) and operate at all times according to the procedures in the plan. (63.1564(a)(3))

54.3    The emission limitations and operating limits for metal HAP emissions from catalytic cracking units required in 63.1564(a)(1) and (2) do not apply during periods of planned maintenance preapproved by the Division according to the requirements in 63.1575(j). (63.1564(4))

Since the permittee is subject to the NSPS PM limit there are no applicable operating limits in 63.1564(a)(2) (operating limits specified in Table 2).

*How do I demonstrate initial compliance with the emission limitations and work practice standard?* You must:

54.4    Install, operate, and maintain a continuous monitoring system(s) according to the requirements in 63.1572 and Table 3 of this subpart. (63.1564(b)(1))

Table 3 requires that a continuous opacity monitoring system be installed, operated and maintained for the FCUU (P103), since the permittee is subject to the NSPS Subpart J requirements for particulates.

*How do I demonstrate continuous compliance with the emission limitations and work practice standards?* You must:

54.5    Demonstrate continuous compliance with each emission limitation in Tables 1 and 2 of this subpart that applies to you according to the methods specified in Tables 6 and 7 of this subpart. (63.1564(c)(1)).

The permittee is subject to the NSPS Subpart J particulate matter requirements for the FCCU (P103) and the FCCU (P103) is not subject to any of the operating limits specified in Table 2 or the corresponding continuous compliance methods for operating limits included in Table 7. As specified in Table 6, Item 1.a.i, the following continuous compliance methods apply:

54.5.1    Determining and recording each day the average coke burn-off rate (thousands of pounds per hour) using Equation 1 in 63.1564 and hours of operation for each catalyst regenerator;

54.5.2    Maintaining PM emission rate below 1 lb/1,000 lb of coke burn-off; and

54.5.3    Collecting the continuous opacity monitoring data for each catalyst regenerator vent according to 63.1572 and maintaining each 6-minute average at or below 30 percent except that one 6-minute average during a 1-hour period can exceed 30 percent.

54.6    Demonstrate continuous compliance with the work practice standard in 63.1564(a)(3) by maintaining records to document conformance with the procedures in your operation, maintenance, and monitoring plan. (63.1564(c)(2))

**What are my requirements for organic HAP emissions from catalytic cracking units? (63.1565)**

*What emission limitations and work practice standards must I meet?* You must:

54.7    Meet each emission limitation in Table 8 of this subpart that applies to you. If your catalytic cracking unit is subject to the NSPS for carbon monoxide (CO) in 60.103, you must meet the emission limitations for NSPS units. If your catalytic cracking unit isn't subject to the NSPS for CO, you can choose from the two options in 63.1565(a)(1)(i) through (ii). (63.1565(a)(1))

As required by the Consent Decree (H-01-4430), the FCCU (P103) is subject to the NSPS for CO in 60.103. Therefore, the organic HAP emission limitation that applies to the FCCU (P103) is 500 ppmvd CO, on a 1-hr average.

54.8    Prepare an operation, maintenance, and monitoring plan according to the requirements in 63.1574(f) and operate at all times according to the procedures in the plan. (63.1565(a)(3))

54.9    The emission limitations and operating limits for organic HAP emissions from catalytic cracking units required in 63.1565(a)(1) and (2) do not apply during periods of planned maintenance preapproved by the Division according to the requirements in 63.1575(j). (63.1565(a)(4))

Since the permittee is subject to the NSPS CO limit, there are no applicable operating limits in 63.1565(a)(2) (operating limits specified in Table 9).

*How do I demonstrate initial compliance with the emission limitations and work practice standards?* You must:

54.10    Install, operate, and maintain a continuous monitoring system according to the requirements in 63.1572 and Table 10 of this subpart. (63.1565(b)(1))

Since the permittee is subject to the NSPS Subpart J requirements for CO, Table 10 requires that a continuous emission monitoring system to measure and record the concentration by volume

(dry basis) of CO emissions from each catalyst regenerator vent be installed, operated and maintained for the FCUU (P103).

*How do I demonstrate continuous compliance with the emission limitations and work practice standards?* You must:

54.11    Demonstrate continuous compliance with each emission limitation in Tables 8 and 9 of this subpart that applies to you according to the methods specified in Tables 13 and 14 of this subpart. (63.1565(c)(1))

The permittee is subject to the NSPS Subpart J CO requirements for the FCCU (P103); therefore, the FCCU (P103) is not subject to any of the operating limits specified in Table 9 or the corresponding continuous compliance methods for operating limits included in Table 14.  As specified in Table 13, Item 1, continuous compliance shall be demonstrated by collecting the hourly average CO monitoring data according to 63.1572 and maintaining the hourly average CO concentration at or below 500 ppmv (dry basis).

54.12    Demonstrate continuous compliance with the work practice standard in 63.1565(a)(3) by complying with the procedures in your operation, maintenance, and monitoring plan. (63.1565(c)(2))

**What are my requirements for organic HAP emissions from catalytic reforming units?  (63.1566)**

*What emission limitations and work practice standards must I meet?* You must:

54.13    Meet each emission limitation in Table 15 of this subpart that applies to you. You can choose from the two options in 63.1566(a)(1)(i) through (ii). (63.1566(a)(1))

The permittee has elected to comply with 63.1566(a)(1)(i) (option 1), total organic compound (TOC) emissions shall be vented to a flare that meets the requirements in 63.11(b).  Visible emissions from the flare must not exceed a total of 5 minutes during any 2-hour period.

54.14    Comply with each site-specific operating limit in Table 16 of this subpart that applies to you. (63.1566(a)(2))

In accordance with Table 16, the flare pilot light must be present at all times and the flare must be operating at all times that emissions may be vented to it.

54.15    The emission limitations in Tables 15 and 16 of this subpart apply to emissions from catalytic reforming unit process vents that occur during depressuring and purging operations. These process vents include those used during unit depressurization, purging, coke burn, catalyst rejuvenation, and reduction or activation purge. (63.1566(a)(3))

54.16   The emission limitations in Tables 15 and 16 of this subpart do not apply during depressuring and purging operations when the reactor vent pressure is 5 pounds per square inch gauge (psig) or less. (63.1566(a)(4))

54.17   Prepare an operation, maintenance, and monitoring plan according to the requirements in 63.1574(f) and operate at all times according to the procedures in the plan. (63.1566(a)(5))

*How do I demonstrate initial compliance with the emission limitations and work practice standards?* You must:

54.18   Install, operate, and maintain a continuous monitoring system(s) according to the requirements in 63.1572 and Table 17 of this subpart. (63.1566(b)(1))

Table 17 requires that a monitoring device such as a thermocouple, an ultraviolet beam sensor, or infrared sensor be installed and operated to continuously detect the presence of a pilot flame.

54.19   Conduct each performance test for a catalytic reforming unit according to the requirements in 63.1571 and under the conditions specified in Table 18 of this subpart. (63.1566(b)(2))

*How do I demonstrate continuous compliance with the emission limitations and work practice standards?* You must:

54.20   Demonstrate continuous compliance with each emission limitation in Tables 15 and 16 of this subpart that applies to you according to the methods specified in Tables 20 and 21 of this subpart. (63.1566(c)(1))

The permittee has opted to route emissions to a flare that meets the requirements of 63.11(b) (option 1). As specified in Tables 20, Item 1 and 21, Item1, continuous compliance shall be demonstrated as follows:

54.20.1   Maintaining visible emissions from a flare below a total of 5 minutes during any 2 consecutive hours, and

54.20.2   Collecting flare monitoring data according to 53.1572; and recording for each 1-hour period whether the monitor was continuously operating and the pilot light was continuously present during each 1-hour period.

54.21   Demonstrate continuous compliance with the work practice standards in 63.1566(a)(3) by complying with the procedures in your operation, maintenance, and monitoring plan. (63.1566(c)(2))

**What are my requirements for inorganic HAP emissions from catalytic reforming units? (63.1567)**

*What emission limitations and work practice standards must I meet?* You must:

54.22   Meet each emission limitation in Table 22 of this subpart that applies to you.  These emission limitations apply during coke burn-off and catalyst rejuvenation. You can choose from the two options in 63.1567(a)(1)(i) through (ii). (63.1567(a)(1))

The permittee has elected to comply with an HCl concentration limit in accordance with 63.1567(a)(1)(i) (option 2).  As indicated in Table 22, HCl emissions shall not exceed 30 ppmv (dry basis), corrected to 3% $O_2$.

54.23   Meet each site-specific operating limit in Table 23 of this subpart that applies to you. These operating limits apply during coke burn-off and catalyst rejuvenation. (63.1567(a)(2))

The permittee is utilizing an internal scrubbing system to comply with the emission limitation in Condition 54.22.  In accordance with Table 23, Item 2, the daily average HCl concentration in the catalyst regenerator exhaust gas must not exceed the limit established during the performance test.  The performance test conducted on October 16, 2005 established the daily average HCl concentration at 27 ppmv.

54.24   Prepare an operation, maintenance, and monitoring plan according to the requirements in 63.1574(f) and operate at all times according to the procedures in the plan. (63.1567(a)(3))

*How do I demonstrate initial compliance with the emission limitations and work practice standard?* You must:

54.25   Install, operate, and maintain a continuous monitoring system(s) according to the requirements in 63.1572 and Table 24 of this subpart. (63.1567(b)(1))

Table 24 requires that the permittee install and operate a colorimetric tube sampling system to measure the HCl concentration in the catalyst regenerator exhaust gas during coke burn-off and catalyst rejuvenation. The colorimetric tube sampling system must meet the requirements in Table 41 of this subpart.

*How do I demonstrate continuous compliance with the emission limitations and work practice standard?* You must:

54.26   Demonstrate continuous compliance with each emission limitation in Tables 22 and 23 of this subpart that applies to you according to the methods specified in Tables 27 and 28 of this subpart. (63.1567(c)(1))

The permittee has opted to meet an HCl concentration limit of 30 ppmv (dry basis), corrected to 3% $O_2$ (option 2).  As specified in Tables 27, Item 1 and 28, Item 2, continuous compliance shall be demonstrated as follows:

54.26.1   Maintaining an HCl concentration of no more than 30 ppmv (dry basis), corrected to 3 % $O_2$, and

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 230

54.26.2    Monitoring the HCl concentration as follows:

54.26.2.1    Measuring and recording the HCl concentration at least 4 times during a regeneration cycle (equally spaced in time) or every 4 hours, whichever is more frequent, using a colorimetric tube sampling system;

54.26.2.2    Calculating the daily average HCl concentration as an arithmetic average of all samples collected in each 24-hour period from the start of the coke burn-off cycle of for the entire duration of the coke-burn off cycle if the coke burn-off cycle is less than 24 hours; and

54.26.2.3    Maintaining the daily average HCl concentration below 27 ppmv.

54.27    Demonstrate continuous compliance with the work practice standard in 63.1567(a)(3) by maintaining records to document conformance with the procedures in you operation, maintenance and monitoring plan. (63.1567(c)(2))

**What are my requirements for HAP emissions from sulfur recovery units? (63.1568)**

*What emission limitations and work practice standard must I meet?* You must:

54.28    Meet each emission limitation in Table 29 of this subpart that applies to you. If your sulfur recovery unit is subject to the NSPS for sulfur oxides in 60.104, you must meet the emission limitations for NSPS units. If your sulfur recovery unit isn't subject to the NSPS for sulfur oxides, you can choose from the options in 63.1568(a)(1)(i) through (ii). (63.1568(a)(1)

The SRUs are subject to NSPS Subpart J for sulfur oxides.  Therefore the HAP emission limitation for the SRUs is 250 ppmv (dry basis) of sulfur dioxide at 0% excess air.

54.29    Prepare an operation, maintenance, and monitoring plan according to the requirements in 63.1574(f) and operate at all times according to the procedure in the plan. (63.1568(a)(3))

*How do I demonstrate initial compliance with the emission limitations and work practice standards?* You must:

54.30    Install, operate, and maintain a continuous monitoring system according to the requirements in 63.1572 and Table 31 of this subpart. (63.1568(b)(1))

The SRUs are subject to the NSPS Subpart J sulfur oxides emission limitations.  As required by Table 31, Item 1, the permittee shall install and operate a continuous emission monitoring system to measure and record the hourly average concentration of $SO_2$ (dry basis) at 0 % excess air for each exhaust stack.  This system must include an oxygen monitor for correcting the data for excess air.

*How do I demonstrate continuous compliance with the emission limitations and work practice standards?* You must:

54.31    Demonstrate continuous compliance with each emission limitation in Tables 29 and 30 of this subpart that applies to you according to the methods specified in Tables 34 and 35 of this subpart. (63.1568(c)(1))

The permittee is subject to the NSPS Subpart J sulfur oxide requirements for the SRUs and as such is not subject to any of the operating limits specified in Table 30 or the corresponding continuous compliance methods for operating limits included in Table 35.  As specified in Table 34, Item 1.a, the following continuous compliance methods apply:

54.31.1    Collecting the hourly average $SO_2$ monitoring data (dry basis, 0% excess air) according to 63.1572;

54.31.2    Determining and recording each 12-hour rolling average concentration of $SO_2$;

54.31.3    Maintaining each 12-hour rolling average concentration of $SO_2$ at or below 250 ppmvd at 0% excess air; and

54.31.4    Reporting any 12-hour rolling average concentration of $SO_2$ greater than 250 ppmvd at 0% excess air in the compliance report required by 63.1575.

54.32    Demonstrate continuous compliance with the work practice standard in 63.1568(a)(3) by complying with the procedures in our operation, maintenance, and monitoring plan. (63.1568(c)(2))

**What are my general requirements for complying with this subpart? (63.1570)**

54.33    You must be in compliance with all of the non-opacity standards in this subpart during the times specified in 63.6(f)(1). (63.1570(a))

54.34    You must be in compliance with the opacity and visible emission limits in this subpart during the times specified in 63.6(h)(1). (63.1570(b))

54.35    You must always operate and maintain your affected source, including air pollution control and monitoring equipment, according to the provisions in 63.6(e)(1)(i). During the period between the compliance date specified for your affected source and the date upon which continuous monitoring system have been installed and validated and any applicable operating limits have been set, you must maintain a log detailing the operation and maintenance of the process and emissions control equipment. (63.1570(c))

54.36    You must develop a written startup, shutdown, and malfunction plan (SSMP) according to the provisions in 63.6(e)(3). (63.1570(d))

54.37    You must report each instance in which you did not meet each emission limitation and each operating limit in this subpart that applies to you. This includes periods of startup, shutdown, and malfunction. You also must report each instance in which you did not meet the work practice

standards in this subpart that apply to you. These instances are deviations from the mission limitations and work practice standards in this subpart. These deviations must be reported according to the requirements in 63.1575. (63.1570(f))

54.38    Consistent with 63.6(e) and 63.7(e)(1), deviations that occur during a period of startup, shutdown, or malfunction are not violations if you demonstrate to the Division's satisfaction that you were operating in accordance with 63.6(e)(1). The SSMP must include elements designed to minimize the frequency of such periods (i.e. root cause analysis). The Division will determine whether deviations that occur during a period of startup, shutdown, or malfunction are violations, according to the provisions in 63.6(e). (63.1570(g))

**How and when do I conduct a performance test or other initial compliance demonstration? (63.1571)**

*What are the general requirements for performance test and performance evaluations?* You must:

54.39    Conduct each performance test according to the requirements in 63.7(e)(1). (63.1571(b)(1))

54.40    Except for opacity and visible emission observations, conduct three separate test runs for each performance test as specified in 63.7(e)(3). Each test run must last at least 1 hour. (63.1571(b)(2))

54.41    Conduct each performance evaluation according to the requirements in 63.8(e). 63.1571(b)(3))

54.42    Not conduct performance tests during periods of startup, shutdown, or malfunction, as specified in 63.7(e)(1). (63.1571(b)(4))

54.43    Calculate the average emission rate for the performance test by calculating the emission rate for each individual test run in the units of the applicable emission limitation using Equation 2, 5 or 8 of 63.1564, and determine the arithmetic average of the calculated emission rates. (63.1571(b)(5))

*Can I adjust the process or control device measured values when establishing an operating limit?*

54.44    If you do a performance test to demonstrate compliance, you must base the process or control device operating limits for continuous parameter monitoring systems on the results measured during the performance test. You may adjust the values measured during the performance test according to the criteria in 63.1571(d)(1) through (3). (63.1571(d))

54.45    Except as specified in 63.1571(d)(3), if you use continuous parameter monitoring systems, you may adjust one of your monitored operating parameters (flow rate, voltage and secondary current, pressure drop, liquid-to-gas ratio) from the average of measured values during the performance test to the maximum value (or minimum value, if applicable) representative of worst-case operating conditions, if necessary.  This adjustment of measured values may be done using control device design specifications, manufacturer recommendations, or other applicable

Case No. 1:24-cv-02164-DDD-SBP    Document 27-11    filed 01/21/25    USDC Colorado
pg 244 of 448

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                            Page 233

information. You must provide supporting documentation and rationale in your Notification of Compliance Status, demonstrating to the satisfaction of the Division, that your affected source complies with the applicable emission l it at the operating limit based on adjusted values. (63.1571(d)(4))

*Can I change my operating limit?*

54.46    You may change the established operating limit by meeting the requirements in 63.1571(e)(1) through (3).

**What are my monitoring installation, operation, and maintenance requirements? (63.1572)**

54.47    You must install, operate, and maintain each continuous emission monitoring system according to the requirements in 63.1572(a)(1) through (4).

54.48    You must install, operate, and maintain each continuous opacity monitoring system according to the requirements in 63.1572(b)(1) through (3).

54.49    You must install, operate, and maintain each continuous parameter monitoring system according to the requirements in 63.1572(c)(1) through (5).

54.50    You must monitor and collect data according to the requirements in 63.1572(d)(1) and (2).

**What notifications must I submit and when? (63.1574)**

54.51    As required by this subpart, you must prepare and implement an operation, maintenance, and monitoring plan for each affected source, control system, and continuous monitoring system, as set forth in 63.1574(f). The purpose of this plan is to detail the operation, maintenance, and monitoring procedures you will follow. (63.1574(f))

**What reports must I submit and when? (63.1575)**

54.52    You must submit each report in Table 43 of this subpart that applies to you. (63.1575(a))

54.53    Unless the Division has approved a different schedule, you must submit each report by the date in Table 43 of this subpart according to the requirements in 63.1575(b)(1) through (5).

54.54    The compliance report must contain the information required in 63.1575(c)(1) through (4).

54.55    For each deviation from an emission limitation and for each deviation from the requirements for work practice standards that occurs at an affected source where you are not using a continuous opacity monitoring system or a continuous emission monitoring system to comply with the emission limitation or work practice standard in this subpart, the compliance report must contain the information in 63.1575(c)(1) through (3) and the information in 63.1575(d)(1) through (3).

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 234

54.56    For each deviation from an emission limitation occurring at an affected source where you are using a continuous opacity monitoring system or a continuous emission monitoring system to comply with the emission limitation, you must include the information in 63.1575(d)(1) through (3) and the information in 63.1575(e)(1) through (13).

54.57    You also must include the information required in 63.1575(f)(1) through (2) in each compliance report, if applicable.

54.58    You may submit reports required by other regulations in place of or as part of the compliance report if they contain the required information. (63.1575(g))

54.59    The reporting requirements in 63.1575(h)(1) and (2) apply to startups, shutdowns, and malfunctions.

**What records must I keep, in what form, and for how long? (63.1576)**

54.60    You must keep the records specified in 63.1576(a)(1) through (3).

54.61    For each continuous emission monitoring system and continuous opacity monitoring system, you must keep the records required in 63.1576(b)(1) through (5).

54.62    You must keep the records in 63.6(h) for visible emission observations. (63.1576(c))

54.63    You must keep the records required by Tables 6, 7, 13, and 14 of this subpart (for catalytic cracking units); Tables 20, 21, 27 and 28 of this subpart (for catalytic reforming units); Tables 34 and 35 of this subpart (for sulfur recovery units); and Table 39 of this subpart (for bypass lines) to show continuous compliance with each emission limitation that applies to you. (63.1576(d))

Based on the compliance options chosen the permittee must keep the records required by Tables 6 and 13 (for the FCCU), Tables 20, 21 and 27 (for the catalytic reforming unit) and Table 34 for the SRUs.

54.64    You must keep a current copy of your operation, maintenance, and monitoring plan onsite and available for inspection. You also must keep records to show continuous compliance with the procedures in your operation, maintenance, and monitoring plan. (63.1576(e))

54.65    You also must keep the records of any changes that affect emission control system performance including, but not limited to, the location at which the vent stream is introduced into the flame zone for a boiler or process heater. (63.1576(f))

54.66    Your records must be in a form suitable and readily available for expeditious review according to 63.10(b)(1). (63.1576(g))

54.67    As specified in 63.10(b)(1), you must keep each record for 5 years following the date of each occurrence, measurement, maintenance, corrective action, report, or record. (63.1576(h))

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 235

54.68   You must keep each record on site for at least 2 years after the date of each occurrence, measurement, maintenance, corrective action, report, or record, according to 63.10(b)(1). You can keep the records offsite for the remaining 3 years. (63.1576(i))

**What parts of the General Provisions apply to me? (63.1577)**

54.69   Table 44 of this subpart shows which parts of the General Provisions in 63.1 through 63.15 apply to you. (63.1577)  These requirements include, but are not limited to the following:

54.69.1   Prohibited activities in §63.4.

54.69.2   Operation and maintenance requirements in §63.6(e)(1)

54.69.3   Startup, shutdown and malfunction requirements in §63.6(e)(3).

The reports required under 63.6(e)(3)(iv) do not need to be reported within 2 and 7 days of commencing and completing the action but must be included in next periodic report. In addition, with regards to 63.6(e)(3)(v), the owner or operator is only required to keep the latest version of the plan.

54.69.4   Compliance with opacity and visible emission standards in §63.6(h).

54.69.5   Performance test requirements in §63.7.

54.69.6   Monitoring requirements in §63.8.

54.69.7   Notification requirements in §63.9.

54.69.8   Recordkeeping requirements in §63.10.

Except that the provisions in §§63.10(c)(7) – (8) and 63.10(e)(3) do not apply as Subpart UUU specifies the requirements

Note that periodic reports under 63.10(d)(5)(i) are not required if actions are consistent with the SSM plan, unless requested by the Division. In addition, the reports required under 63.10(d)(5)(ii) do not have to be submitted within 2 and 7 days of commencing and completing the action but must be included in next periodic report.

**55.   40 CFR Part 60 Subpart VVa – Standards of Performance for Equipment Leaks of VOC in the Synthetic Organic Chemicals Manufacturing Industry for Which Construction, Reconstruction, or Modification Commenced After November 7, 2006**

The provisions in Subpart VVa are not directly applicable to the equipment at this facility but portions are applicable as specified in 40 CFR Part 60 Subpart GGGa.

Air Pollution Control Division                                      Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit            Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 236

Stayed Requirements: The definitions of "process unit" and "capital expenditure" in NSPS Subpart VVa have been stayed (see 60.480a(f) and 73 FR 31376, June 2, 2008). While the definitions of "process unit" and "capital expenditure" are stayed owners or operations shall use the definition of "process unit" provided in §60.480a(f)(2)(i) in Subpart VVa and the definition of "capital expenditure" in §60.481 in Subpart VV. In addition 60.482-1a(g) and 60.482-11a were also stayed in the June, 2008 FR notice and so have not been included in the permit.

The requirements below reflect the current rule language as of the latest revisions to 40 CFR Part 60 Subpart VVa published in the Federal Register on June 2, 2008. However, if revisions to this Subpart are published at a later date, the owner or operator is subject to the requirements contained in the revised version of 40 CFR Part 60, Subpart VVa. The relevant requirements in 40 CFR Part 60 Subpart VVa include, but are not limited to the following:

**Standards: General (60.482-1a)**

55.1    Each owner or operator subject to the provisions of this subpart shall demonstrate compliance with the requirements of §§60.482–1a through 60.482–10a or §60.480a(e) for all equipment within 180 days of initial startup. (60.482-1a(a))

55.2    Compliance with §§60.482–1a to 60.482–10a will be determined by review of records and reports, review of performance test results, and inspection using the methods and procedures specified in §60.485a. (60.482-1a(b))

55.3    An owner or operator may request a determination of equivalence of a means of emission limitation to the requirements of §§60.482-2a, 60.482-3a, 60.482-5a, 60.482-6a, 60.482-7a, 60.482-8a, and 60.482-10a as provided in §60.484a. (60.482-1a(c)(1))

    55.3.1    If the Administrator makes a determination that a means of emission limitation is at least equivalent to the requirements of §60.482-2a, §60.482-3a, §60.482-5a, §60.482-6a, §60.482-7a, §60.482-8a, or §60.482-10a, an owner or operator shall comply with the requirements of that determination. (60.482-1a(c)(2))

55.4    Equipment that is in vacuum service is excluded from the requirements of §§60.482–2a through 60.482–10a if it is identified as required in §60.486a(e)(5). (60.482-1a(d))

55.5    Equipment that an owner or operator designates as being in VOC service less than 300 hr/yr is excluded from the requirements of §§60.482–2a through 60.482–11a if it is identified as required in §60.486a(e)(6) and it meets any of the conditions specified in §60.482-1a(e)(1) through (3). (§60.182-1a(e))

55.6    If a dedicated batch process unit operates less than 365 days during a year, an owner or operator may monitor to detect leaks from pumps, valves, and open-ended valves or lines at the frequency specified in the table in §60.482-1a(f)(1) instead of monitoring as specified in §§60.482–2a, 60.482–7a, and 60.483.2a. (§60.482-1a(f)(1))

Permit Number: 96OPAD120                                              First Issued: 8/1/04
                                                                        Renewed: 10/1/12
                                                                  Last Revised: 2/22/18

55.6.1    Pumps and valves that are shared among two or more batch process units that are subject to this subpart may be monitored at the frequencies specified in 60.482-1a(f)(1), provided the operating time of all such process units is considered. (60.482-1a(f)(2))

55.6.2    The monitoring frequencies specified in 60.482-1a(f)(1) are not requirements for monitoring at specific intervals and can be adjusted to accommodate process operations. An owner or operator may monitor at any time during the specified monitoring period (e.g., month, quarter, year), provided the monitoring is conducted at a reasonable interval after completion of the last monitoring campaign. Reasonable intervals are defined in 60.482-1a(f)(3)(i) through (iv). (60.482-1a(f)(3))

55.7    60.482-1a(g) – This requirement has been stayed until further notice and is not include in the permit (see 73 FR 31376, June 2, 2008).

**Standards: Standards Pumps in light liquid service (60.482-2a)**

55.8    Each pump in light liquid service shall be monitored monthly to detect leaks by the methods specified in §60.485a(b), except as provided in §60.482–1a(c) and (f) and paragraphs (d), (e), and (f) of this section. A pump that begins operation in light liquid service after the initial startup date for the process unit must be monitored for the first time within 30 days after the end of its startup period, except for a pump that replaces a leaking pump and except as provided in §60.482–1a(c) and §60.482-2a(d), (e), and (f). (§60.482-2a(a)(1))

55.9    Each pump in light liquid service shall be checked by visual inspection each calendar week for indications of liquids dripping from the pump seal, except as provided in §60.482–1a(f). (§60.482-2a(a)(2))

55.10    The instrument reading that defines a leak is specified in §60.482-2a(b)(1)(i) and (ii). (§60.482-2a(b))

55.11    If there are indications of liquids dripping from the pump seal, the owner or operator shall follow the procedure specified in either §60.482-2a(b)(2)(i) or (ii). This requirement does not apply to a pump that was monitored after a previous weekly inspection and the instrument reading was less than the concentration specified in §60.482-2a(b)(1)(i) or (ii), whichever is applicable. (§60.482-2a(b)(2))

55.12    When a leak is detected, it shall be repaired as soon as practicable, but not later than 15 calendar days after it is detected, except as provided in §60.482–9a. (§60.482-2a(c)(1))

55.13    A first attempt at repair shall be made no later than 5 calendar days after each leak is detected. First attempts at repair include, but are not limited to, the practices described in §60.382-2a(c)(2)(i) and (ii), where practicable. (§60.482-2a(c)(2))

55.14   Each pump equipped with a dual mechanical seal system that includes a barrier fluid system is exempt from the requirements of §60.482-2a(a), provided the requirements specified in §60.482-2a(d)(1) through (6) are met. (§60.482-2a(d))

55.15   Any pump that is designated, as described in §60.486a(e)(1) and (2), for no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, is exempt from the requirements of §60.482-2a(a), (c), and (d) if the pump meets the requirements in §60.482-2a(e)(1) through (3). (§60.482-2a(e))

55.16   If any pump is equipped with a closed vent system capable of capturing and transporting any leakage from the seal or seals to a process or to a fuel gas system or to a control device that complies with the requirements of §60.482–10a, it is exempt from §60.482-2a(a) through (e). ((§60.482-2a(f))

55.17   Any pump that is designated, as described in §60.486a(f)(1), as an unsafe-to-monitor pump is exempt from the monitoring and inspection requirements of §60.482-2a(a) and (d)(4) through (6) if it meets the requirements in §60.482-2a(g)(1) and (2). (§60.482-2a(g))

55.18   Any pump that is located within the boundary of an unmanned plant site is exempt from the weekly visual inspection requirement of §60.482-2a(a)(2) and (d)(4), and the daily requirements of §60.482-2a(d)(5), provided that each pump is visually inspected as often as practicable and at least monthly. (§60.482-2a(h))

**Standards: Compressors (60.482-3a)**

55.19   Each compressor shall be equipped with a seal system that includes a barrier fluid system and that prevents leakage of VOC to the atmosphere, except as provided in §60.482–1a(c) and §60.482-3a(h), (i), and (j). (§60.482-3a(a))

55.20   Each compressor seal system as required in §60.482-3a(a) of this section shall be (§60.482-3a(b)):

    55.20.1   Operated with the barrier fluid at a pressure that is greater than the compressor stuffing box pressure; or

    55.20.2   Equipped with a barrier fluid system degassing reservoir that is routed to a process or fuel gas system or connected by a closed vent system to a control device that complies with the requirements of §60.482–10a; or

    55.20.3   Equipped with a system that purges the barrier fluid into a process stream with zero VOC emissions to the atmosphere.

55.21   The barrier fluid system shall be in heavy liquid service or shall not be in VOC service. (§60.482-3a(c))

55.22   Each barrier fluid system as described in §60.482-3a(a) shall be equipped with a sensor that will detect failure of the seal system, barrier fluid system, or both. (§60.482-3a(d))

55.23   Each sensor as required in §60.482-3a(d) shall be checked daily or shall be equipped with an audible alarm. (60.482-3a(e)(1))

55.24   The owner or operator shall determine, based on design considerations and operating experience, a criterion that indicates failure of the seal system, the barrier fluid system, or both. (60.482-3a(e)(2))

55.25   If the sensor indicates failure of the seal system, the barrier system, or both based on the criterion determined under §60.482-3a(e)(2), a leak is detected. (60.482-3a(f))

55.26   When a leak is detected, it shall be repaired as soon as practicable, but not later than 15 calendar days after it is detected, except as provided in §60.482–9a. (60.482-3a(g)(1))

55.27   A first attempt at repair shall be made no later than 5 calendar days after each leak is detected. (60.482-3a(g)(2))

55.28   A compressor is exempt from the requirements of §60.482-3a(a) and (b), if it is equipped with a closed vent system to capture and transport leakage from the compressor drive shaft back to a process or fuel gas system or to a control device that complies with the requirements of §60.482–10a, except as provided in §60.482-3a(i). (60.482-3a(h))

55.29   Any compressor that is designated, as described in §60.486(e)(1) and (2), for no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, is exempt from the requirements of §60.482-3a(a) through (h) if the compressor (60.482-3a(i)):

    55.29.1    Is demonstrated to be operating with no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, as measured by the methods specified in §60.485a(c) (60.482-3a(i)(1)); and

    55.29.2    Is tested for compliance with §60.482-3a(i)(1) of this section initially upon designation, annually, and at other times requested by the Administrator. (60.482-3a(i)(2))

55.30   Any existing reciprocating compressor in a process unit which becomes an affected facility under provisions of §60.14 or §60.15 is exempt from §60.482-3a(a) through (e) and (h), provided the owner or operator demonstrates that recasting the distance piece or replacing the compressor are the only options available to bring the compressor into compliance with the provisions of §60.482-3a(a) through (e) and (h). (60.482-3a(j))

**Standards: Pressure relief devices in gas/vapor service (60.482-4a)**

55.31   Except during pressure releases, each pressure relief device in gas/vapor service shall be operated with no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, as determined by the methods specified in §60.485a(c). (§60.482-4a(a)

55.32   After each pressure release, the pressure relief device shall be returned to a condition of no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, as soon as practicable, but no later than 5 calendar days after the pressure release, except as provided in §60.482–9a. (§60.482-4a(b)(1))

55.33   No later than 5 calendar days after the pressure release, the pressure relief device shall be monitored to confirm the conditions of no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, by the methods specified in §60.485a(c). (§60.482-4a(b)(2))

55.34   Any pressure relief device that is routed to a process or fuel gas system or equipped with a closed vent system capable of capturing and transporting leakage through the pressure relief device to a control device as described in §60.482–10a is exempted from the requirements of paragraphs (a) and (b) of this section. (§60.482-4a(c))

55.35   Any pressure relief device that is equipped with a rupture disk upstream of the pressure relief device is exempt from the requirements of paragraphs (a) and (b) of this section, provided the owner or operator complies with the requirements in §60.482-4a(d)(2). (§60.482-4a(d)(1))

55.36   After each pressure release, a new rupture disk shall be installed upstream of the pressure relief device as soon as practicable, but no later than 5 calendar days after each pressure release, except as provided in §60.482–9a. (§60.482-4a(d)(2))

**Standards: Sampling connection systems (60.482-5a)**

55.37   Each sampling connection system shall be equipped with a closed-purge, closed-loop, or closed-vent system, except as provided in §60.482–1a(c) and §60.482-5a(c). (§60.482-5a(a))

55.38   Each closed-purge, closed-loop, or closed-vent system as required in §60.482-5a(a) shall comply with the requirements specified in §60.482-5a(b)(1) through (4). (§60.482-5a(b))

55.39   In-situ sampling systems and sampling systems without purges are exempt from the requirements of §60.482-5a(a) and (b). (§60.482-5a(c))

**Standards: Open-ended valves or lines (60.482-6a)**

55.40   Each open-ended valve or line shall be equipped with a cap, blind flange, plug, or a second valve, except as provided in §60.482–1a(c) and §60.482-6a(d) and (e). (§60.482-6a(a)(1))

55.41   The cap, blind flange, plug, or second valve shall seal the open end at all times except during operations requiring process fluid flow through the open-ended valve or line. (§60.482-6a(a)(2))

55.42   When a double block-and-bleed system is being used, the bleed valve or line may remain open during operations that require venting the line between the block valves but shall comply with paragraph (a) of this section at all other times. (§60.482-6a(b))

55.43   When a double block-and-bleed system is being used, the bleed valve or line may remain open during operations that require venting the line between the block valves but shall comply with §60.482-6a(a) at all other times. (§60.482-6a(c))

55.44   Open-ended valves or lines in an emergency shutdown system which are designed to open automatically in the event of a process upset are exempt from the requirements of §60.482-6a(a), (b), and (c). (§60.482-6a(d))

55.45   Open-ended valves or lines containing materials which would autocatalytically polymerize or would present an explosion, serious overpressure, or other safety hazard if capped or equipped with a double block and bleed system as specified in §60.482-6a(a) through (c) are exempt from the requirements of §60.482-6a(a) through (c). (§60.482-6a(e))

**Standards: Valves in gas/vapor service and in light liquid service (60.482-7a)**

55.46   Each valve shall be monitored monthly to detect leaks by the methods specified in §60.485a(b) and shall comply with §60.482-7a(b) through (e), except as provided in 60.482-7a(f), (g), and (h), §60.482–1a(c) and (f), and §§60.483–1a and 60.483–2a. (§60.482-7a(a)(1))

55.47   A valve that begins operation in gas/vapor service or light liquid service after the initial startup date for the process unit must be monitored according to 60.482-7a(a)(2)(i) or (ii), except for a valve that replaces a leaking valve and except as provided in 60.482-7a(f), (g), and (h) of this section, §60.482–1a(c), and §§60.483–1a and 60.483–2a. (§60.482-7a(a)(2))

55.48   If an instrument reading of 500 ppm or greater is measured, a leak is detected. (§60.482-7a(b))

55.49   Any valve for which a leak is not detected for 2 successive months may be monitored the first month of every quarter, beginning with the next quarter, until a leak is detected. (§60.482-7a(c)(1)(i))

55.50   As an alternative to monitoring all of the valves in the first month of a quarter, an owner or operator may elect to subdivide the process unit into two or three subgroups of valves and monitor each subgroup in a different month during the quarter, provided each subgroup is monitored every 3 months. The owner or operator must keep records of the valves assigned to each subgroup. (§60.482-7a(c)(1)(ii))

55.51   If a leak is detected, the valve shall be monitored monthly until a leak is not detected for 2 successive months. (§60.482-7a(c)(2))

55.52   When a leak is detected, it shall be repaired as soon as practicable, but no later than 15 calendar days after the leak is detected, except as provided in §60.482–9a. (§60.482-7a(d)(1))

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 242

55.53   A first attempt at repair shall be made no later than 5 calendar days after each leak is detected. (§60.482-7a(d)(2))

55.54   First attempts at repair include, but are not limited to, the best practices specified in §60.482-7a(e)(1) through (4) where practicable (§60.482-7a(e))

55.55   Any valve that is designated, as described in §60.486a(e)(2), for no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, is exempt from the requirements of §60.482-7a(a) if the valve meets the requirements in §60.482-7a(f)(1) through (3). (§60.482-7a(f))

55.56   Any valve that is designated, as described in §60.486a(f)(1), as an unsafe-to-monitor valve is exempt from the requirements of paragraph (a) of this section if the valve meets the requirements in §60.482-7a(g)(1) and (2). (§60.482-7a(g))

55.57   Any valve that is designated, as described in §60.486a(f)(2), as a difficult-to-monitor valve is exempt from the requirements of paragraph (a) of this section if the valve meets the requirements in §60.482-7a(h)(1) and (2). (§60.482-7a(h))

**Standards: Pumps, valves, and connectors in heavy liquid service and pressure relief devices in light liquid or heavy liquid service (60.482-8a)**

55.58   If evidence of a potential leak is found by visual, audible, olfactory, or any other detection method at pumps, valves, and connectors in heavy liquid service and pressure relief devices in light liquid or heavy liquid service, the owner or operator shall follow either one of the following procedures (§60.482-8a(a)):

    55.58.1   The owner or operator shall monitor the equipment within 5 days by the method specified in §60.485a(b) and shall comply with the requirements of §60.482-8a(b) through (d). (§60.482-8a(a)(1))

    55.58.2   The owner or operator shall eliminate the visual, audible, olfactory, or other indication of a potential leak within 5 calendar days of detection. (§60.482-8a(a)(2))

55.59   If an instrument reading of 10,000 ppm or greater is measured, a leak is detected. (§60.482-8a(b))

55.60   When a leak is detected, it shall be repaired as soon as practicable, but not later than 15 calendar days after it is detected, except as provided in §60.482–9a. (§60.482-8a(c)(1))

55.61   The first attempt at repair shall be made no later than 5 calendar days after each leak is detected. (§60.482-8a(c)(2))

55.62   First attempts at repair include, but are not limited to, the best practices described under §§60.482–2a(c)(2) and 60.482–7a(e). (§60.482-8a(d))

**Standards: Delay of Repair (60.482-9a)**

55.63    Delay of repair of equipment for which leaks have been detected will be allowed if repair within 15 days is technically infeasible without a process unit shutdown. Repair of this equipment shall occur before the end of the next process unit shutdown. Monitoring to verify repair must occur within 15 days after startup of the process unit. (§60.482-9a(a))

55.64    Delay of repair of equipment will be allowed for equipment which is isolated from the process and which does not remain in VOC service. (§60.482-9a(b))

55.65    Delay of repair for valves and connectors will be allowed if (§60.482-9a(c)):

   55.65.1    The owner or operator demonstrates that emissions of purged material resulting from immediate repair are greater than the fugitive emissions likely to result from delay of repair (60.489-9a(c)(1)), and

   55.65.2    When repair procedures are effected, the purged material is collected and destroyed or recovered in a control device complying with §60.482-10a. (60.489-9a(c)(2))

55.66    Delay of repair for pumps will be allowed if (60.482-9a(d):

   55.66.1    Repair requires the use of a dual mechanical seal system that includes a barrier fluid system (§60.482-9a(d)(1)), and

   55.66.2    Repair is completed as soon as practicable, but not later than 6 months after the leak was detected. (§60.482-9a(d)(2))

55.67    Delay of repair beyond a process unit shutdown will be allowed for a valve, if valve assembly replacement is necessary during the process unit shutdown, valve assembly supplies have been depleted, and valve assembly supplies had been sufficiently stocked before the supplies were depleted. Delay of repair beyond the next process unit shutdown will not be allowed unless the next process unit shutdown occurs sooner than 6 months after the first process unit shutdown. (§60.482-9a(e))

55.68    When delay of repair is allowed for a leaking pump, valve, or connector that remains in service, the pump, valve, or connector may be considered to be repaired and no longer subject to delay of repair requirements if two consecutive monthly monitoring instrument readings are below the leak definition. (§60.482-9a(f))

**Standards: Closed vent systems and control devices (60.482-10a)**

55.69    Owners or operators of closed vent systems and control devices used to comply with provisions of 40 CFR Part 60 Subpart VVa shall comply with the provisions of this section. (§60.482-10a(a))

55.70   Vapor recovery systems (for example, condensers and absorbers) shall be designed and operated to recover the VOC emissions vented to them with an efficiency of 95 percent or greater, or to an exit concentration of 20 parts per million by volume (ppmv), whichever is less stringent. (§60.482-10a(b))

55.71   Enclosed combustion devices shall be designed and operated to reduce the VOC emissions vented to them with an efficiency of 95 percent or greater, or to an exit concentration of 20 ppmv, on a dry basis, corrected to 3 percent oxygen, whichever is less stringent or to provide a minimum residence time of 0.75 seconds at a minimum temperature of 816 °C. (§60.482-10a(c))

55.72   Flares used to comply with 40 CFR Part 60 Subpart VVa shall comply with the requirements of §60.18. (§60.482-10a(d))

55.73   Owners or operators of control devices used to comply with the provisions of 40 CFR Part 60 Subpart VVa shall monitor these control devices to ensure that they are operated and maintained in conformance with their designs. (§60.482-10a(e))

55.74   Except as provided in §60.482-10a(i) through (k), each closed vent system shall be inspected according to the procedures and schedule specified in §60.482-10a(f)(1) and (2). (§60.482-10a(f))

55.75   Leaks, as indicated by an instrument reading greater than 500 ppmv above background or by visual inspections, shall be repaired as soon as practicable except as provided in §60.482-10a(h). (§60.482-10a(g))

 55.75.1   A first attempt at repair shall be made no later than 5 calendar days after the leak is detected. (§60.482-10a(g)(1))

 55.75.2   Repair shall be completed no later than 15 calendar days after the leak is detected. (§60.482-10a(g)(2))

55.76   Delay of repair of a closed vent system for which leaks have been detected is allowed if the repair is technically infeasible without a process unit shutdown or if the owner or operator determines that emissions resulting from immediate repair would be greater than the fugitive emissions likely to result from delay of repair. Repair of such equipment shall be complete by the end of the next process unit shutdown. (§60.482-10a(h))

55.77   If a vapor collection system or closed vent system is operated under a vacuum, it is exempt from the inspection requirements of §60.482-10a(f)(1)(i) and (f)(2). (§60.482-10a(i))

55.78   Any parts of the closed vent system that are designated, as described in paragraph (l)(1) of this section, as unsafe to inspect are exempt from the inspection requirements of §60.482-10a(f)(1)(i) and (f)(2) if they comply with the requirements specified in §60.482-10a(j)(1) and (2). (§60.482-10a(j))

55.79   Any parts of the closed vent system that are designated, as described in §60.482-10a(l)(2), as difficult to inspect are exempt from the inspection requirements of §60.482-10a(f)(1)(i) and (f)(2) if they comply with the requirements specified in §60.482-10a(k)(1) through (3). (§60.482-10a(k))

55.80   The owner or operator shall record the information specified in §60.482-10a(l)(1) through (5). (§60.482-10a(l))

55.81   Closed vent systems and control devices used to comply with provisions of 40 CFR Part 60 Subpart VVa shall be operated at all times when emissions may be vented to them. (§60.482-10a(m))

**Standards: Connectors in gas/vapor service and in light liquid service (60.482-11a)**

The requirements in 60.482-11a have been stayed until further notice and are not included in the permit (See 73 FR 31376, June 2, 2008).

**Alternative standards for valves – allowable percentage of leaking valves (60.483-1a)**

55.82   An owner or operator may elect to comply with an allowable percentage of valves leaking of equal to or less than 2.0 percent. (60.483-1a(a))

55.83   The requirements in 60.483-1a(b)(1) through (3) shall be met if an owner or operator wishes to comply with an allowable percentage of valves leaking. (60.483-1a(b))

55.84   Performance tests shall be conducted in accordance with the requirements in 60.483-1a(c)(1) through (3).

55.85   Owners and operators who elect to comply with this alternative standard shall not have an affected facility with a leak percentage greater than 2.0 percent, determined as described in §60.485a(h). (60.483-1a(d))

**Alternative standards for valves – skip period leak detection and repair (60.483-2a)**

55.86   An owner or operator may elect to comply with one of the alternative work practices specified in 60.483-2a(b)(2) and (3). (60.483-2a(a)(1))

55.87   An owner or operator shall comply initially with the requirements for valves in gas/vapor service and valves in light liquid service, as described in §60.482-7a. (60.483-2a(b)(1))

55.88   After 2 consecutive quarterly leak detection periods with the percent of valves leaking equal to or less than 2.0, an owner or operator may begin to skip 1 of the quarterly leak detection periods for the valves in gas/vapor and light liquid service. (60.483-2a(b)(2))

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 246

55.89   After 5 consecutive quarterly leak detection periods with the percent of valves leaking equal to or less than 2.0, an owner or operator may begin to skip 3 of the quarterly leak detection periods for the valves in gas/vapor and light liquid service. (60.483-2a(b)(3))

55.90   If the percent of valves leaking is greater than 2.0, the owner or operator shall comply with the requirements as described in §60.482-7a but can again elect to use this section. (60.483-2a(b)(4))

55.91   The percent of valves leaking shall be determined as described in §60.485a(h). (60.483-2a(b)(5))

55.92   An owner or operator must keep a record of the percent of valves found leaking during each leak detection period. (60.483-2a(b)(6))

55.93   A valve that begins operation in gas/vapor service or light liquid service after the initial startup date for a process unit following one of the alternative standards in this section must be monitored in accordance with §60.482-7a(a)(2)(i) or (ii) before the provisions of this section can be applied to that valve. (60.483-2a(b)(7))

**Test methods and procedures (60.485a)**

55.94   The test methods and procedures specified in §60.485 shall be followed.

**Recordkeeping requirements (60.486a)**

55.95   Records shall be kept as required by §60.486a.

**Reporting requirements (60.487a)**

55.96   Semi-annual reports shall be submitted as required by §60.487a.

**56.    40 CFR Part 60, Subpart A - General Provisions**

These requirements apply to those sources which are subject to 40 CFR Part 60 requirements (those sources are referred to this condition throughout the permit), with respect to those Part 60 requirements. Subpart A requirements include, but are not limited to, the following.

56.1    The owner or operator shall maintain records of the occurrence and duration of any startup, shutdown, or malfunction in the operation of an affected facility; any malfunction of the air pollution control equipment; or any periods during which a continuous monitoring system or monitoring device is inoperable. (60.7(b))

56.2    At all times, including periods of startup, shutdown, and malfunction, owners and operators shall, to the extent practicable, maintain and operate any affected facility including associated air pollution control equipment in a manner consistent with good air pollution control practice for minimizing emissions. Determination of whether acceptable operating procedures are being used will be based on information available to the Division which may include, but is not limited to,

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 247

monitoring results, opacity observations, review of operating and maintenance procedures, and inspection of the source. (60.11(d))

56.3    No owner or operator subject to the provisions of this part shall build, erect, install, or use any article, machine, equipment or process, the use of which conceals an emission which would otherwise constitute a violation of an applicable standard. Such concealment includes, but is not limited to, the use of gaseous diluents to achieve compliance with an opacity standard or with a standard which is based on the concentration of a pollutant in the gases discharged to the atmosphere. (60.12)

## 57.    Flare Requirements

These requirement apply to the main plant flare (F1), the asphalt unit flare (F2), the GBR unit flare (F3), the rail rack flare (R101) and the truck rack flare (R102).

As provided for in Condition 53.87, on and after January 30, 2019, flares that are subject to the provisions in 40 CFR 60.18 and/or 63.11 and are subject to the requirements in 40 CFR Part 63 Subpart CC (Condition 53) are required to only comply with the requirements in 40 CFR Part 63 Subpart CC (Condition 53).

Prior to January 30, 2019, flares that are subject to the provisions in 40 CFR 60.18 and/or 63.11 and elect to comply with the requirements in 40 CFR Part 63 Subpart CC (Condition 53) are required to comply only with the provisions in 40 CFR Part 63 Subpart CC (Condition 53).

The following flares are subject to the requirements in 40 CFR Part 63 Subpart CC: the main plant flare (F1), the asphalt unit flare (F2) and the GBR unit flare (F3)

57.1    Flares shall be designed for and operated with no visible emissions as determined by methods specified in 60.18(f), except for periods not to exceed a total of 5 minutes during any 2 consecutive hours. (60.18(c)(1))

57.2    Flares shall be operated with a flame present at all times, as determined by methods specified in 60.18(f). (60.18(c)(2))

57.3    Flares shall be used only with the net heating value of the gas being combusted being as set forth in 60.18(c)(3).

57.4    Steam assisted and non-assisted flares shall be designed for and operated with an exit velocity, as determined by the methods specified in 60.18(f)(4), less than 18.3 m/sec (60 ft/sec), except as provided in 60.18(c)(4)(ii) and (iii). (60.18(c)(4)(i))

57.5    Air-assisted flares shall be designed and operated with an exit velocity as set forth in 60.18(c)(5).

57.6    Flares used to comply with this section shall be steam-assisted, air-assisted, or non-assisted. (60.18(c)(6))

57.7    Owners or operators of flares shall monitor these control devices to ensure that they are operated and maintained in conformance with their designs. (60.18(d))

57.8    Flares used to comply with the provisions of this subpart shall be operated at all times when emissions may be vented to them. (60.18(e))

57.9    Compliance with visible emission limitations in Condition 57.1 shall be monitored as follows:

These requirement apply to the main plant flare (F1), the asphalt unit flare (F2), the GBR unit flare (F3), the rail rack flare (R101) and the truck rack flare (R102).

57.9.1    The permittee shall conduct daily visible emissions checks to qualitatively assess whether emissions are visible. For the truck and rail loading rack flares, daily observations shall be conducted when materials are being loaded. For the main plant, asphalt and GBR unit flares, daily observations shall be conducted when gases other than pilot gases are routed to the flares. Such visible emissions check shall last a minimum of six minutes. If no visible emissions are present during this observation, in the absence of credible evidence to the contrary, the flare will be considered in compliance with the visible emissions requirement in Condition 57.1.

57.9.2    If visible emissions are observed, actions shall be taken to reduce visible emissions to zero as soon as possible. If emissions cannot be reduced to zero, a two (2) hour observation shall be conducted in accordance with Method 22 within one half hour to determine if the flare is in compliance with the visible emissions requirement in Condition 57.1. If visible emissions are present for five minutes or less (total) during the two-hour observation, then the flare shall be deemed in compliance. If visible emissions are present for more than five minutes (total) during the two-hour observation, then the flare shall be deemed out of compliance with the above visible emissions requirement.

57.9.3    Subject to the provisions of C.R.S. §25-7-123.1 and in the absence of credible evidence to the contrary, exceedance of the visible emission requirement shall be considered to exist from the time a Method 22 reading is taken that shows the flare is out of compliance (as defined above) until a Method 22 reading is taken that shows the flare is in compliance (as defined above).

57.9.4    Daily visible emission observations are not required for a given flare on days when the specified activity does not occur (e.g. only pilot gas is burned in the main plant flare or the truck loading rack is not operated).

## 58.    Fuel Monitoring

The flow rate and heating value of the refinery fuel gas and natural gas (city gas) are measured with on-line flow meters and analyzers on a continuous basis. Flow rate measurements will be made from the flow meter associated with the applicable source. Heating value measurements will be made from a

central sampling point that is representative of the entire fuel gas system. An average of the continuous measurements will be used to satisfy the following requirements.

> The fuel use by each source will be recorded daily.

> The heat value of the refinery fuel gas will be analyzed at least once per week.

> The heat value of natural gas (city gas) will be determined monthly from vendor invoices.

Records of these measurements and the monthly and rolling twelve month fuel use shall be maintained on site and made available for Division inspection upon request.

In the event that a flow device becomes inoperable, fuel use data shall be obtained from the Refinery Yields data system (an internal material balance and accounting system). If, after review, the Yields system is determined by Suncor to not provide sufficient or accurate daily fuel use data, the maximum fired duty for the fired source will be conservatively assumed.

Should the on-line BTU analyzer become inoperable, back-up laboratory GC analyzer data will be used instead. In the event that fuel use flow meters are inoperable, the refinery yields database will be used to determine the best estimate of fuel use by each source.

## 59.    Continuous Emissions Monitors (Consent Decree (H-01-4430))

59.1    The permittee shall install, certify, calibrate, maintain, and operate all COMS required by the Consent Decree in accordance with the requirements of 40 CFR §§60.11, 60.13 and Part 60 Appendices A and B. The permittee shall install, certify, calibrate, maintain, and operate all CEMS required by the Consent Decree in accordance with the requirements of 40 CFR §§60.11, 60.13 and Part 60 Appendices A, B and F. With respect to 40 CFR Part 60, Appendix F, in lieu of the requirements of 40 CFR Part 60 Appendix F §5.1.1, 5.1.3 and 5.1.4, The permittee shall conduct either a Relative Accuracy Audit ("RAA") or a Relative Accuracy Test Audit ("RATA") once every twelve (12) calendar quarters, provided that a Cylinder Gas Audit is conducted each calendar quarter. These COMS and CEMS will be used to demonstrate compliance with emission limits. (Paragraph 202)

## 60.    Facility Access Requirements

60.1    Public access to this facility shall be precluded by a fence. (Colorado Construction Permits 09AD1351 and 10AD1768)

## 61.    Consent Decree General Recordkeeping, Record Retention and Reporting (Consent Decree (H-01-4430))

61.1    For the purposes of the Consent Decree, any requirement for the permittee to consult, obtain approval or submit any type of information to EPA or the United States, including reports, analyses, or data, shall be construed as imposing identical requirements from the permittee to the

Division. The permittee shall retain all records required to be maintained in accordance with the Consent Decree for a period of five (5) years after termination of the Consent Decree, unless other regulations require the records to be maintained longer. (Paragraph 211)

61.2    All notices, reports or any other submission of the permittee to be certified, with the exception of Semi-Annual Progress Reports, shall contain the certification set forth in paragraph 212 of the Consent Decree.

61.3    The permittee shall submit a Semi-Annual Progress Report ("semi-annual report") to EPA and the Division on January 31 and July 31 until termination of the Consent Decree. In addition to any other information specifically required to be submitted per other Consent Decree requirements, the report shall contain the information listed in paragraphs 213, 213A and 213B of the Consent Decree.

61.4    The Semi-Annual Progress Reports shall be certified by a refinery manager or company official responsible for environmental management and compliance at the refineries covered by the report, as set forth in paragraph 214 of the Consent Decree.

## 62.    Emission Factor Changes

62.1    The permittee shall comply with the provisions of Regulation No. 3 concerning APEN reporting. Emission factors that are approved compliance factors (i.e. used to monitor compliance with emission limitations) specified within this permit cannot be adjusted without requiring a permit modification.  Emission factors and/or other emission estimating methods used only to comply with the reporting requirements of this regulation can be updated and modified as specified. These changes by themselves, do not require any permitting activities though the resulting emission estimate may trigger permitting activities.

## 63.    40 CFR Part 63, Subpart DDDDD – National Emission Standards for Hazardous Air Pollutants from Industrial, Commercial, and Institutional Boilers and Process Heaters

Except for H-21, all boilers and process heaters addressed in Section II of this permit are subject to these requirements.

H-21 does not meet the definition of a process heater in §63.7575 since the combustion gases from H-21 come into direct contact with the process materials of the FCCU regenerator, therefore H-21 is not subject to the requirements in Subpart DDDDD.

Note that H-2410 is considered a new unit and all other units are considered to be existing units. (Changes made to H-1716 and H-1717 with the ULSD project do not meet the definition of reconstruction).   All process heaters and boilers except H-13, H-16, H-18 and H-33 are over 10 MMBtu/hr.  There are no process heater and boilers listed in Section II of the permit that are less than 5 MMBtu/hr.

The requirements below reflect the current rule language as of the revisions to 40 CFR Part 63 Subpart DDDDD published in the Federal Register on November 20, 2015. However, if revisions to this Subpart are published at a later date, the owner or operator is subject to the requirements contained in the revised version of 40 CFR Part 63, Subpart DDDDD.

*When do I have to comply with this subpart? (63.7495)*

63.1    If you have a new or reconstructed boiler or process heater, you must comply with this subpart by April 1, 2013, or upon startup of your boiler or process heater, whichever is later. (63.7496(a))

63.2    If you have an existing boiler or process heater, you must comply with this subpart no later than January 31, 2016, except as provided in §63.6(i). (63.7495(b))

63.3    You must meet the notification requirements in §63.7545 according to the schedule in §63.7545 and in subpart A of this part. Some of the notifications must be submitted before you are required to comply with the emission limits and work practice standards in this subpart. (63.7495(d))

*What emission limitations, work practice standards, and operating limits must I meet? (63.7500)*

63.4    You must meet the requirements in §63.7500(a)(1) through (3), except as provided in §63.7500(b) through (e). You must meet these requirements at all times the affected unit is operating except as provided for in §63.7500(f). (63.7500(a)). Note that the requirements in §63.7500(a)(2) do not apply to these units so they have not been included in the permit.

63.5    You must meet each emission limit and work practice standard in Tables 1 through 3, and 11 through 13 to this subpart that applies to your boiler or process heater, for each boiler or process heater at your source, except as provided under §63.7522. (63.7500(a)(1)) These emission units are not subject to the emission limitations in Tables 1 and 2 or the alternative emission limitations in Tables 11 through 13. The work practice standards in Table 3 that apply to these units are as follows:

      63.5.1    For a new or existing boiler or process heater with a continuous oxygen trim system that maintains an optimum air to fuel ratio, or a heat input capacity of less than or equal to 5 million Btu per hour in the gas 1 subcategory you must conduct a tune-up of the boiler or process heater every five years as specified in §63.7540. (Table 3, item 1)

      63.5.2    For a new or existing boiler or process heater with heat input capacity of less than 10 million Btu per hour, but greater than 5 million Btu per hour, in the gas 1 subcategory you must conduct a tune-up of the boiler or process heater biennially as specified in §63.7540. (Table 3, item 2)

      63.5.3    For a new or existing boiler or process heater without a continuous oxygen trim system and with heat input capacity of 10 million Btu per hour or greater you must

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 252

conduct a tune-up of the boiler or process heater annually as specified in §63.7540. (Table 3, item 3)

63.5.4    For an existing boiler or process heater located at a major source facility you must have a one-time energy assessment performed by a qualified energy assessor. An energy assessment completed on or after January 1, 2008, that meets or is amended to meet the energy assessment requirements in this table, satisfies the energy assessment requirement. A facility that operated under an energy management program developed according to the ENERGY STAR guidelines for energy management or compatible with ISO 50001 for at least one year between January 1, 2008 and the compliance date specified in §63.7495 (Condition 63.2) that includes the affected units also satisfies the energy assessment requirement. The energy assessment must include the following with extent of the evaluation for items 63.5.4.1 to 63.5.4.5 appropriate for the on-site technical hours listed in §63.7575.  (Table 3, item 4) The energy assessment must include the following:

63.5.4.1    A visual inspection of the boiler or process heater system.

63.5.4.2    An evaluation of operating characteristics of the boiler or process heater systems, specifications of energy using systems, operating and maintenance procedures, and unusual operating constraints.

63.5.4.3    An inventory of major energy use systems consuming energy from affected boilers and process heaters and which are under the control of the boiler/process heater owner/operator.

63.5.4.4    A review of available architectural and engineering plans, facility operation and maintenance procedures and logs, and fuel usage.

63.5.4.5    A review of the facility's energy management practices and provide recommendations for improvements consistent with the definition of energy management practices, if identified.

63.5.4.6    A list of cost-effective energy conservation measures that are within the facility's control.

63.5.4.7    A list of the energy savings potential of the energy conservation measures identified.

63.5.4.8    A comprehensive report detailing the ways to improve efficiency, the cost of specific improvements, benefits, and the time frame for recouping those investments.

63.6    At all times, you must operate and maintain any affected source (as defined in §63.7490), including associated air pollution control equipment and monitoring equipment, in a manner consistent with safety and good air pollution control practices for minimizing emissions. Determination of whether such operation and maintenance procedures are being used will be based on information available to the Administrator that may include, but is not limited to,

monitoring results, review of operation and maintenance procedures, review of operation and maintenance records, and inspection of the source. (63.7500(a)(3))

63.7    As provided in §63.6(g), EPA may approve use of an alternative to the work practice standards in this section. (63.7500(b))

63.8    Boilers and process heaters in the units designed to burn gas 1 fuels subcategory with a heat input capacity of less than or equal to 5 million Btu per hour must complete a tune-up every 5 years as specified in §63.7540. Boilers and process heaters in the units designed to burn gas 1 fuels subcategory with a heat input capacity greater than 5 million Btu per hour and less than 10 million Btu per hour must complete a tune-up every 2 years as specified in §63.7540. Boilers and process heaters in the units designed to burn gas 1 fuels subcategory are not subject to the emission limits in Tables 1 and 2 or 11 through 13 to this subpart, or the operating limits in Table 4 to this subpart. (63.7500(e))

*What are my initial compliance requirements and by what date must I conduct them (63.7510)*

63.9    For existing affected sources (as defined in §63.7490), you must complete an initial tune-up by following the procedures described in §63.7540(a)(10)(i) through (vi) no later than the compliance date specified in §63.7495, except as specified in paragraph (j) of this section. You must complete the one-time energy assessment specified in Table 3 to this subpart no later than the compliance date specified in §63.7495. (63.7510(e))

63.10   For new or reconstructed affected sources (as defined in §63.7490), you must demonstrate initial compliance with the applicable work practice standards in Table 3 to this subpart within the applicable annual, biennial, or 5-year schedule as specified in §63.7515(d) following the initial compliance date specified in §63.7495(a). Thereafter, you are required to complete the applicable annual, biennial, or 5-year tune-up as specified in §63.7515(d). (63.7510(g))

63.11   For existing affected sources (as defined in §63.7490) that have not operated between the effective date of the rule and the compliance date that is specified for your source in §63.7495, you must complete the initial compliance demonstration, if subject to the emission limits in Table 2 to this subpart, as specified in paragraphs (a) through (d) of this section, no later than 180 days after the re-start of the affected source and according to the applicable provisions in §63.7(a)(2) as cited in Table 10 to this subpart. You must complete an initial tune-up by following the procedures described in §63.7540(a)(10)(i) through (vi) no later than 30 days after the re-start of the affected source and, if applicable, complete the one-time energy assessment specified in Table 3 to this subpart, no later than the compliance date specified in §63.7495. (63.7510(j))

*When must I conduct subsequent performance tests, fuel analyses, or tune-ups? (63.7515)*

63.12   If you are required to meet an applicable tune-up work practice standard, you must conduct an annual, biennial, or 5-year performance tune-up according to §63.7540(a)(10), (11), or (12),

respectively. Each annual tune-up specified in §63.7540(a)(10) must be no more than 13 months after the previous tune-up. Each biennial tune-up specified in §63.7540(a)(11) must be conducted no more than 25 months after the previous tune-up. Each 5-year tune-up specified in §63.7540(a)(12) must be conducted no more than 61 months after the previous tune-up. For a new or reconstructed affected source (as defined in §63.7490), the first annual, biennial, or 5-year tune-up must be no later than 13 months, 25 months, or 61 months, respectively, after April 1, 2013 or the initial startup of the new or reconstructed affected source, whichever is later. (63.7515(d))

63.13   You must complete a subsequent tune-up by following the procedures described in §63.7540(a)(10)(i) through (vi) and the schedule described in §63.7540(a)(13) for units that are not operating at the time of their scheduled tune-up. (63.7515(g))

*How do I demonstrate initial compliance with the emission limitations, fuel specifications and work practice standards? (63.7530)*

63.14   You must include with the Notification of Compliance Status a signed certification that either the energy assessment was completed according to Table 3 to this subpart, and that the assessment is an accurate depiction of your facility at the time of the assessment, or that the maximum number of on-site technical hours specified in the definition of energy assessment applicable to the facility has been expended. (63.7530(e))

63.15   You must submit the Notification of Compliance Status containing the results of the initial compliance demonstration according to the requirements in §63.7545(e). (63.7530(f))

*How do I demonstrate continuous compliance with the emission limitations, fuel specifications and work practice standards? (63.7540)*

63.16   If your boiler or process heater has a heat input capacity of 10 million Btu per hour or greater, you must conduct an annual tune-up of the boiler or process heater to demonstrate continuous compliance as specified in paragraphs (a)(10)(i) through (vi) of this section. You must conduct the tune-up while burning the type of fuel (or fuels in case of units that routinely burn a mixture) that provided the majority of the heat input to the boiler or process heater over the 12 months prior to the tune-up. This frequency does not apply to limited-use boilers and process heaters, as defined in §63.7575, or units with continuous oxygen trim systems that maintain an optimum air to fuel ratio. (63.7540(a)(10))

63.16.1   As applicable, inspect the burner, and clean or replace any components of the burner as necessary (you may perform the burner inspection any time prior to the tune-up or delay the burner inspection until the next scheduled unit shutdown). Units that produce electricity for sale may delay the burner inspection until the first outage, not to exceed 36 months from the previous inspection. At units where entry into a piece of process equipment or into a storage vessel is required to complete the tune-up

Case No. 1:24-cv-02164-DDD-SBP    Document 27-11    filed 01/21/25    USDC Colorado
pg 266 of 448

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 255

inspections, inspections are required only during planned entries into the storage vessel or process equipment (63.7540(a)(10)(i));

63.16.2    Inspect the flame pattern, as applicable, and adjust the burner as necessary to optimize the flame pattern. The adjustment should be consistent with the manufacturer's specifications, if available (63.7540(a)(10)(ii));

63.16.3    Inspect the system controlling the air-to-fuel ratio, as applicable, and ensure that it is correctly calibrated and functioning properly (you may delay the inspection until the next scheduled unit shutdown). Units that produce electricity for sale may delay the inspection until the first outage, not to exceed 36 months from the previous inspection (63.7540(a)(10)(iii));

63.16.4    Optimize total emissions of CO. This optimization should be consistent with the manufacturer's specifications, if available, and with any $NO_x$ requirement to which the unit is subject (63.7540(a)(10)(iv));

63.16.5    Measure the concentrations in the effluent stream of CO in parts per million, by volume, and oxygen in volume percent, before and after the adjustments are made (measurements may be either on a dry or wet basis, as long as it is the same basis before and after the adjustments are made). Measurements may be taken using a portable CO analyzer (63.7540(a)(10)(v)); and

63.16.6    Maintain on-site and submit, if requested by the Administrator, a report containing the information in paragraphs (a)(10)(vi)(A) through (C) of this section. (63.7540(a)(10)(vi))

63.17    If your boiler or process heater has a heat input capacity of less than 10 million Btu per hour (except as specified in paragraph (a)(12) of this section (Condition 63.18)), you must conduct a biennial tune-up of the boiler or process heater as specified in paragraphs (a)(10)(i) through (vi) of this section (Conditions 63.16.1 through 63.16.6) to demonstrate continuous compliance. (63.7540(a)(11))

63.18    If your boiler or process heater has a continuous oxygen trim system that maintains an optimum air to fuel ratio, or a heat input capacity of less than or equal to 5 million Btu per hour and the unit is in the units designed to burn gas 1; units designed to burn gas 2 (other); or units designed to burn light liquid subcategories, or meets the definition of limited-use boiler or process heater in §63.7575, you must conduct a tune-up of the boiler or process heater every 5 years as specified in paragraphs (a)(10)(i) through (vi) of this section (Conditions 63.16.1 through 63.16.6) to demonstrate continuous compliance. You may delay the burner inspection specified in paragraph (a)(10)(i) (Condition 63.16.1) of this section until the next scheduled or unscheduled unit shutdown, but you must inspect each burner at least once every 72 months. If an oxygen trim system is utilized on a unit without emission standards to reduce the tune-up

frequency to once every 5 years, set the oxygen level no lower than the oxygen concentration measured during the most recent tune-up. (63.7540(a)(12))

63.19   If the unit is not operating on the required date for a tune-up, the tune-up must be conducted within 30 calendar days of startup. (63.7540(a)(13))

*What notifications must I submit and when? (63.7545)*

63.20   You must submit to the Administrator all of the notifications in §§63.7(b) and (c), 63.8(e), (f)(4) and (6), and 63.9(b) through (h) that apply to you by the dates specified. (63.7545(a))  For the units addressed in this permit the requirement notifications are the initial notification (§63.9(b)) and the notification of compliance status (§63.9(h)).

63.21   As specified in §63.9(b)(2), if you startup your affected source before January 31, 2013, you must submit an Initial Notification not later than 120 days after January 31, 2013. (63.7545(b))

63.22   If you are required to conduct an initial compliance demonstration as specified in §63.7530, you must submit a Notification of Compliance Status according to §63.9(h)(2)(ii). For the initial compliance demonstration for each boiler or process heater, you must submit the Notification of Compliance Status, including all performance test results and fuel analyses, before the close of business on the 60th day following the completion of all performance test and/or other initial compliance demonstrations for all boiler or process heaters at the facility according to §63.10(d)(2). The Notification of Compliance Status report must contain all the information specified in paragraphs (e)(1) through (8) of this section, as applicable. If you are not required to conduct an initial compliance demonstration as specified in §63.7530(a), the Notification of Compliance Status must only contain the information specified in paragraphs (e)(1) and (8) of this section and must be submitted within 60 days of the compliance date specified at §63.7495(b). (63.7545(e))  The Notification of Compliance Status for the affected sources at this facility shall include the information specified in paragraphs (e)(1) and (8).

*What reports must I submit and when? (63.7550)*

63.23   You must submit each report in Table 9 to this subpart that applies to you. (63.7550(a))

63.24   For units that are subject only to a requirement to conduct subsequent annual, biennial, or 5-year tune-up according to §63.7540(a)(10), (11), or (12), respectively, and not subject to emission limits or Table 4 operating limits, you may submit only an annual, biennial, or 5-year compliance report, as applicable, as specified in paragraphs (b)(1) through (4) of this section, instead of a semi-annual compliance report. (63.7550(b))

63.25   If the facility is subject to the requirements of a tune up you must submit a compliance report with the information in paragraphs (c)(5)(i) through (iii) of this section, (xiv) and (xvii) of this section, and paragraph (c)(5)(iv) of this section for limited-use boiler or process heater. (63.7550(c)(1))

63.26   You must submit all reports required by Table 9 of this subpart electronically to the EPA via the CEDRI. (CEDRI can be accessed through the EPA's CDX.) You must use the appropriate electronic report in CEDRI for this subpart. Instead of using the electronic report in CEDRI for this subpart, you may submit an alternate electronic file consistent with the XML schema listed on the CEDRI Web site (*http://www.epa.gov/ttn/chief/cedri/index.html*), once the XML schema is available. If the reporting form specific to this subpart is not available in CEDRI at the time that the report is due, you must submit the report to the Administrator at the appropriate address listed in §63.13. You must begin submitting reports via CEDRI no later than 90 days after the form becomes available in CEDRI. (63.7550(h)(3))

*What records must I keep? (63.7555)*

63.27   You must keep the following records:

63.27.1   A copy of each notification and report that you submitted to comply with this subpart, including all documentation supporting any Initial Notification or Notification of Compliance Status or semiannual [or annual, biennial or every five years, as applicable] compliance report that you submitted, according to the requirements in §63.10(b)(2)(xiv). (63.7555(a)(1))

63.27.2   Records of performance tests, fuel analyses, or other compliance demonstrations and performance evaluations as required in §63.10(b)(2)(viii). (63.7555(a)(2))

*In what form and how long must I keep my records? (63.7560)*

63.28   Records shall be kept in the form and for the duration specified in §63.7560.

*What parts of the General Provisions apply to me? (63.7565)*

63.29   Table 10 of 40 CFR Part 63 Subpart DDDDD shows which parts of the General Provisions in §§63.1 through 63.15 apply to you. (63.7565)  These requirements include but are not limited to the following:

63.29.1   Prohibited activities in §63.4.

63.29.2   Notification requirements in §63.9.

**64.   40 CFR Part 60 Subpart VV – Standards of Performance for Equipment Leaks of VOC in the Synthetic Organic Chemicals Manufacturing Industry for which Construction, Reconstruction, or Modification Commenced After January 5, 1981, and on or before November 7, 2006**

The provisions in Subpart VV are not directly applicable to the equipment at this facility but portions are applicable as specified in 40 CFR Part 63 Subpart CC.

The requirements below reflect the language in 40 CFR Part 60 Subpart VV as of the date of renewal permit issuance [October 1, 2012]. However, the permittee is subject to the latest version of Subpart VV. The relevant requirements in 40 CFR Part 60 Subpart VV include, but are not limited to the following:

**Standards: General (60.482-1)**

64.1    Equipment that is in vacuum service is excluded from the requirements of §§60.482–2 to 60.482–10 if it is identified as required in §60.486(e)(5). (60.482-1(d))

64.2    Equipment that an owner or operator designates as being in VOC service less than 300 hours (hr/yr) is excluded from the requirements of §§60.482–2 through 60.482–10 if it is identified as required in §60.486(e)(6) and it meets any of the conditions specified in paragraphs (e)(1) through (3) of this section. (60.482-1(e))

64.3    If a dedicated batch process unit operates less than 365 days during a year, an owner or operator may monitor to detect leaks from pumps and valves at the frequency specified in the table in §60.482-1(f)(1) instead of monitoring as specified in §§60.482–2, 60.482–7, and 60.483–2. (60.482-1(f)(1))

64.4    Pumps and valves that are shared among two or more batch process units that are subject to this subpart may be monitored at the frequencies specified in paragraph (f)(1) of this section, provided the operating time of all such process units is considered. (60.482-1(f)(2))

64.5    The monitoring frequencies specified in paragraph (f)(1) of this section are not requirements for monitoring at specific intervals and can be adjusted to accommodate process operations. An owner or operator may monitor at any time during the specified monitoring period (e.g., month, quarter, year), provided the monitoring is conducted at a reasonable interval after completion of the last monitoring campaign. Reasonable intervals are defined in paragraphs (f)(3)(i) through (iv) of this section. (60.482-1(f)(3))

**Standards: Pumps in light liquid service (60.482-1)**

64.6    Each pump in light liquid service shall be monitored monthly to detect leaks by the methods specified in §60.485(b), except as provided in §60.482–1(c) and (f) and paragraphs (d), (e), and (f) of this section. A pump that begins operation in light liquid service after the initial startup date for the process unit must be monitored for the first time within 30 days after the end of its startup period, except for a pump that replaces a leaking pump and except as provided in §60.482–1(c) and (f) and paragraphs (d), (e), and (f) of this section. (60.482-2(a)(1))

64.7    Each pump in light liquid service shall be checked by visual inspection each calendar week for indications of liquids dripping from the pump seal, except as provided in §60.482–1(f). (60.482-2(a)(2))

64.8    If an instrument reading of 10,000 ppm or greater is measured, a leak is detected. (60.482-2(b)(1))

64.9    If there are indications of liquids dripping from the pump seal, the owner or operator shall follow the procedure specified in either paragraph (b)(2)(i) or (ii) of this section. This requirement does not apply to a pump that was monitored after a previous weekly inspection if the instrument reading for that monitoring event was less than 10,000 ppm and the pump was not repaired since that monitoring event. (60.482-2(b)(2))

64.10   When a leak is detected, it shall be repaired as soon as practicable, but not later than 15 calendar days after it is detected, except as provided in §60.482–9. (60.482-2(c)(1))

64.11   A first attempt at repair shall be made no later than 5 calendar days after each leak is detected. First attempts at repair include, but are not limited to, the practices described in paragraphs (c)(2)(i) and (ii) of this section, where practicable. (60.482-2(c)(2))

64.12   Each pump equipped with a dual mechanical seal system that includes a barrier fluid system is exempt from the requirements of paragraph (a) of this section, provided the requirements specified in paragraphs (d)(1) through (6) of this section are met. (60.482-2(d)(1))

64.13   Any pump that is designated, as described in §60.486(e)(1) and (2), for no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, is exempt from the requirements of paragraphs (a), (c), and (d) of this section if the pump (60.482-2(e)):

        64.13.1   Has no externally actuated shaft penetrating the pump housing, (60.482-2(e)(1))

        64.13.2   Is demonstrated to be operating with no detectable emissions as indicated by an instrument reading of less than 500 ppm above background as measured by the methods specified in §60.485(c) (60.482-2(e)(2)), and

        64.13.3   Is tested for compliance with paragraph (e)(2) of this section initially upon designation, annually, and at other times requested by the Division. (60.482-2(e)(3))

64.14   If any pump is equipped with a closed vent system capable of capturing and transporting any leakage from the seal or seals to a process or to a fuel gas system or to a control device that complies with the requirements of §60.482–10, it is exempt from paragraphs (a) through (e) of this section. (60.482-2(f))

64.15   Any pump that is designated, as described in §60.486(f)(1), as an unsafe-to-monitor pump is exempt from the monitoring and inspection requirements of paragraphs (a) and (d)(4) through (6) of this section if (60.482-2(g)):

        64.15.1   The owner or operator of the pump demonstrates that the pump is unsafe-to-monitor because monitoring personnel would be exposed to an immediate danger as a consequence of complying with paragraph (a) of this section (60.482-2(g)(1)); and

64.15.2   The owner or operator of the pump has a written plan that requires monitoring of the pump as frequently as practicable during safe-to-monitor times but not more frequently than the periodic monitoring schedule otherwise applicable, and repair of the equipment according to the procedures in paragraph (c) of this section if a leak is detected. (60.482-2(g)(2))

64.16   Any pump that is located within the boundary of an unmanned plant site is exempt from the weekly visual inspection requirement of paragraphs (a)(2) and (d)(4) of this section, and the daily requirements of paragraph (d)(5) of this section, provided that each pump is visually inspected as often as practicable and at least monthly. (60.482-2(e))

**Standards:  Compressors (60.482-3)**

64.17   Each compressor shall be equipped with a seal system that includes a barrier fluid system and that prevents leakage of VOC to the atmosphere, except as provided in §60.482–1(c) and paragraphs (h), (i), and (j) of this section. (60.482-3(a))

64.18   Each compressor seal system as required in paragraph (a) shall be (60.482-3(b)):

64.18.1   Operated with the barrier fluid at a pressure that is greater than the compressor stuffing box pressure (60.482-3(b)(1)); or

64.18.2   Equipped with a barrier fluid system degassing reservoir that is routed to a process or fuel gas system or connected by a closed vent system to a control device that complies with the requirements of §60.482–10 (60.482-3(b)(2)); or

64.18.3   Equipped with a system that purges the barrier fluid into a process stream with zero VOC emissions to the atmosphere. (60.482-3(b)(3))

64.19   The barrier fluid system shall be in heavy liquid service or shall not be in VOC service. (60.482-3(c))

64.20   Each barrier fluid system as described in paragraph (a) shall be equipped with a sensor that will detect failure of the seal system, barrier fluid system, or both. (60.482-3(d))

64.21   Each sensor as required in paragraph (d) shall be checked daily or shall be equipped with an audible alarm. (60.482-3(e)(1))

64.22   The owner or operator shall determine, based on design considerations and operating experience, a criterion that indicates failure of the seal system, the barrier fluid system, or both. (60.482-3(e)(2))

64.23   If the sensor indicates failure of the seal system, the barrier system, or both based on the criterion determined under paragraph (e)(2), a leak is detected. (60.482-3(f))

64.24   When a leak is detected, it shall be repaired as soon as practicable, but not later than 15 calendar days after it is detected, except as provided in §60.482–9. (60.482-3(g)(1))

64.25   A first attempt at repair shall be made no later than 5 calendar days after each leak is detected. (60.482-3(g)(2))

64.26   A compressor is exempt from the requirements of paragraphs (a) and (b) of this section, if it is equipped with a closed vent system to capture and transport leakage from the compressor drive shaft back to a process or fuel gas system or to a control device that complies with the requirements of §60.482–10, except as provided in paragraph (i) of this section. (60.482-3(h))

64.27   Any compressor that is designated, as described in §60.486(e) (1) and (2), for no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, is exempt from the requirements of paragraphs (a)–(h) if the compressor (60.482-3(i)):

   64.27.1   Is demonstrated to be operating with no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, as measured by the methods specified in §60.485(c) (60.482-3(i)(1)); and

   64.27.2   Is tested for compliance with paragraph (i)(1) of this section initially upon designation, annually, and at other times requested by the Administrator. (60.482-3(i)(2))

64.28   Any existing reciprocating compressor in a process unit which becomes an affected facility under provisions of §60.14 or §60.15 is exempt from paragraphs (a) through (e) and (h) of this section, provided the owner or operator demonstrates that recasting the distance piece or replacing the compressor are the only options available to bring the compressor into compliance with the provisions of paragraphs (a) through (e) and (h) of this section. (60.482-3(j))

**Standards:  Pressure relief devices in gas/vapor service (60.482-4)**

64.29   Except during pressure releases, each pressure relief device in gas/vapor service shall be operated with no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, as determined by the methods specified in §60.485(c). (60.482-4(a))

64.30   After each pressure release, the pressure relief device shall be returned to a condition of no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, as soon as practicable, but no later than 5 calendar days after the pressure release, except as provided in §60.482–9. (60.482-4(b)(1))

64.31   No later than 5 calendar days after the pressure release, the pressure relief device shall be monitored to confirm the conditions of no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, by the methods specified in §60.485(c). (60.482-4(b)(2))

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 262

64.32    Any pressure relief device that is routed to a process or fuel gas system or equipped with a closed vent system capable of capturing and transporting leakage through the pressure relief device to a control device as described in §60.482–10 is exempted from the requirements of paragraphs (a) and (b) of this section. (60.482-4(c))

64.33    Any pressure relief device that is equipped with a rupture disk upstream of the pressure relief device is exempt from the requirements of paragraphs (a) and (b) of this section, provided the owner or operator complies with the requirements in paragraph (d)(2) of this section. (60.482-4(d)(1))

64.34    After each pressure release, a new rupture disk shall be installed upstream of the pressure relief device as soon as practicable, but no later than 5 calendar days after each pressure release, except as provided in §60.482–9. (60.482-4(d)(2))

**Standards:  Sampling connection systems (60-682-5)**

64.35    Each sampling connection system shall be equipped with a closed-purge, closed-loop, or closed-vent system, except as provided in §60.482–1(c) and paragraph (c) of this section. (60.482-5(a))

64.36    Each closed-purge, closed-loop, or closed-vent system as required in paragraph (a) of this section shall comply with the requirements specified in paragraphs (b)(1) through (4) of this section. (60.482-5(b))

64.37    In situ sampling systems and sampling systems without purges are exempt from the requirements of paragraphs (a) and (b) of this section. (60.482-5(c))

**Standards:  Open-ended valves or lines (60.482-6)**

64.38    Each open-ended valve or line shall be equipped with a cap, blind flange, plug, or a second valve, except as provided in §60.482–1(c) and paragraphs (d) and (e) of this section. (60.482-6(a)(1))

64.39    The cap, blind flange, plug, or second valve shall seal the open end at all times except during operations requiring process fluid flow through the open-ended valve or line. (60.482-6(a)(1))

64.40    Each open-ended valve or line equipped with a second valve shall be operated in a manner such that the valve on the process fluid end is closed before the second valve is closed. (60.482-6(b))

64.41    When a double block-and-bleed system is being used, the bleed valve or line may remain open during operations that require venting the line between the block valves but shall comply with paragraph (a) at all other times. (60.482-6(c))

64.42    Open-ended valves or lines in an emergency shutdown system which are designed to open automatically in the event of a process upset are exempt from the requirements of paragraphs (a), (b) and (c) of this section. (60.482-6(d))

64.43   Open-ended valves or lines containing materials which would autocatalytically polymerize or would present an explosion, serious overpressure, or other safety hazard if capped or equipped with a double block and bleed system as specified in paragraphs (a) through (c) of this section are exempt from the requirements of paragraphs (a) through (c) of this section. (60.482-6(e))

**Standards:  Valves in gas/vapor service and in light liquid service (60.482-7)**

64.44   Each valve shall be monitored monthly to detect leaks by the methods specified in §60.485(b) and shall comply with paragraphs (b) through (e) of this section, except as provided in paragraphs (f), (g), and (h) of this section, §60.482–1(c) and (f), and §§60.483–1 and 60.483–2. (60.482-7(a)(1))

64.45   A valve that begins operation in gas/vapor service or light liquid service after the initial startup date for the process unit must be monitored according to paragraphs (a)(2)(i) or (ii), except for a valve that replaces a leaking valve and except as provided in paragraphs (f), (g), and (h) of this section, §60.482–1(c), and §§60.483–1 and 60.483–2. (60.482-7(a)(2))

64.46    If an instrument reading of 10,000 ppm or greater is measured, a leak is detected. (60.482-7(b))

64.47   Any valve for which a leak is not detected for 2 successive months may be monitored the first month of every quarter, beginning with the next quarter, until a leak is detected. (60.482-7(c)(1)(i))

64.48   As an alternative to monitoring all of the valves in the first month of a quarter, an owner or operator may elect to subdivide the process unit into 2 or 3 subgroups of valves and monitor each subgroup in a different month during the quarter, provided each subgroup is monitored every 3 months. The owner or operator must keep records of the valves assigned to each subgroup. (60.482-7(c)(1)(ii))

64.49   If a leak is detected, the valve shall be monitored monthly until a leak is not detected for 2 successive months. (60.482-7(c)(2))

64.50   When a leak is detected, it shall be repaired as soon as practicable, but no later than 15 calendar days after the leak is detected, except as provided in §60.482–9. (60.482-7(d)(1))

64.51   A first attempt at repair shall be made no later than 5 calendar days after each leak is detected. (60.482-7(d)(2))

64.52   First attempts at repair include, but are not limited to, the best practices specified in §60.482-7(e)(1) through (4) where practicable (60.482-7(e)):

64.53   Any valve that is designated, as described in §60.486(e)(2), for no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, is exempt from the requirements of paragraph (a) if the valve (60.482-7(f)):

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 264

64.53.1 Has no external actuating mechanism in contact with the process fluid (60.482-7(f)(1)),

64.53.2 Is operated with emissions less than 500 ppm above background as determined by the method specified in §60.485(c) (60.482-7(f)(2)), and

64.53.3 Is tested for compliance with paragraph (f)(2) of this section initially upon designation, annually, and at other times requested by the Division. (60.482-7(f)(3))

64.54 Any valve that is designated, as described in §60.486(f)(1), as an unsafe-to-monitor valve is exempt from the requirements of paragraph (a) if (60.482-7(g)):

64.54.1 The owner or operator of the valve demonstrates that the valve is unsafe to monitor because monitoring personnel would be exposed to an immediate danger as a consequence of complying with paragraph (a), (60.482-7(g)(1)) and

64.54.2 The owner or operator of the valve adheres to a written plan that requires monitoring of the valve as frequently as practicable during safe-to-monitor times. (60.482-7(g)(2))

64.55 Any valve that is designated, as described in §60.486(f)(2), as a difficult-to-monitor valve is exempt from the requirements of paragraph (a) if (60.482-7(h)):

64.55.1 The owner or operator of the valve demonstrates that the valve cannot be monitored without elevating the monitoring personnel more than 2 meters above a support surface. (60.482-7(h)(1))

64.55.2 (2) The process unit within which the valve is located either becomes an affected facility through §60.14 or §60.15 or the owner or operator designates less than 3.0 percent of the total number of valves as difficult-to-monitor (60.482-7(h)(2)), and

64.55.3 (3) The owner or operator of the valve follows a written plan that requires monitoring of the valve at least once per calendar year. (60.482-7(h)(3))

**Standards:  Pumps and valves in heavy liquid service, pressure relief devices in light liquid or heavy liquid service and connectors (60.482-8)**

64.56 If evidence of a potential leak is found by visual, audible, olfactory, or any other detection method at pumps and valves in heavy liquid service, pressure relief devices in light liquid or heavy liquid service, and connectors, the owner or operator shall follow either one of the following procedures (60.482-8(a)):

64.56.1 The owner or operator shall monitor the equipment within 5 days by the method specified in §60.485(b) and shall comply with the requirements of paragraphs (b) through (d) of this section. (60.482-8(a)(1))

64.56.2    The owner or operator shall eliminate the visual, audible, olfactory, or other indication of a potential leak within 5 calendar days of detection. (60.482-8(a)(2))

64.57    If an instrument reading of 10,000 ppm or greater is measured, a leak is detected. (60.482-8(b))

64.58    When a leak is detected, it shall be repaired as soon as practicable, but not later than 15 calendar days after it is detected, except as provided in §60.482–9. (60.482-8(c)(1))

64.59    The first attempt at repair shall be made no later than 5 calendar days after each leak is detected. (60.482-8(c)(2))

64.60    First attempts at repair include, but are not limited to, the best practices described under §§60.482–2(c)(2) and 60.482–7(e). (60.482-8(d))

**Standards:  Delay of Repair (60.482-9)**

64.61    Delay of repair of equipment for which leaks have been detected will be allowed if repair within 15 days is technically infeasible without a process unit shutdown. Repair of this equipment shall occur before the end of the next process unit shutdown. Monitoring to verify repair must occur within 15 days after startup of the process unit. (60.482-9(a))

64.62    Delay of repair of equipment will be allowed for equipment which is isolated from the process and which does not remain in VOC service. (60.482-9(b))

64.63    Delay of repair for valves will be allowed if (60.482-9(c)):

64.63.1    The owner or operator demonstrates that emissions of purged material resulting from immediate repair are greater than the fugitive emissions likely to result from delay of repair (60.482-9(c)(1)), and

64.63.2    When repair procedures are effected, the purged material is collected and destroyed or recovered in a control device complying with §60.482–10. (60.482-9(c)(1))

64.64    Delay of repair for pumps will be allowed if (60.482-9(d)):

64.64.1    Repair requires the use of a dual mechanical seal system that includes a barrier fluid system (60.482-9(d)(1)), and

64.64.2    Repair is completed as soon as practicable, but not later than 6 months after the leak was detected. (60.482-9(d)(2))

64.65    Delay of repair beyond a process unit shutdown will be allowed for a valve, if valve assembly replacement is necessary during the process unit shutdown, valve assembly supplies have been depleted, and valve assembly supplies had been sufficiently stocked before the supplies were depleted. Delay of repair beyond the next process unit shutdown will not be allowed unless the

next process unit shutdown occurs sooner than 6 months after the first process unit shutdown. (60.482-9(e))

64.66    When delay of repair is allowed for a leaking pump or valve that remains in service, the pump or valve may be considered to be repaired and no longer subject to delay of repair requirements if two consecutive monthly monitoring instrument readings are below the leak definition. (60.482-9(f))

**Standards:  Closed Vent systems and control devices (60.482-10)**

64.67    Owners or operators of closed vent systems and control devices used to comply with provisions of this subpart shall comply with the provisions of this section. (60.482-10(a))

64.68    Vapor recovery systems (for example, condensers and absorbers) shall be designed and operated to recover the VOC emissions vented to them with an efficiency of 95 percent or greater, or to an exit concentration of 20 parts per million by volume, whichever is less stringent. (60.482-10(b))

64.69    Enclosed combustion devices shall be designed and operated to reduce the VOC emissions vented to them with an efficiency of 95 percent or greater, or to an exit concentration of 20 parts per million by volume, on a dry basis, corrected to 3 percent oxygen, whichever is less stringent or to provide a minimum residence time of 0.75 seconds at a minimum temperature of 816 °C. (60.482-10(c))

64.70    Flares used to comply with this subpart shall comply with the requirements of §60.18. (60.482-10(d))

64.71    Owners or operators of control devices used to comply with the provisions of this subpart shall monitor these control devices to ensure that they are operated and maintained in conformance with their designs. (60.482-10(e))

64.72    Except as provided in paragraphs (i) through (k) of this section, each closed vent system shall be inspected according to the procedures and schedule specified in paragraphs (f)(1) and (f)(2) of this section. (60.482-10(f))

64.73     Leaks, as indicated by an instrument reading greater than 500 parts per million by volume above background or by visual inspections, shall be repaired as soon as practicable except as provided in paragraph (h) of this section. (60.482-10(g))

   64.73.1    A first attempt at repair shall be made no later than 5 calendar days after the leak is detected. (60.482-10(g)(1))

   64.73.2    Repair shall be completed no later than 15 calendar days after the leak is detected. (60.482-10(g)(2))

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 267

64.74   Delay of repair of a closed vent system for which leaks have been detected is allowed if the repair is technically infeasible without a process unit shutdown or if the owner or operator determines that emissions resulting from immediate repair would be greater than the fugitive emissions likely to result from delay of repair. Repair of such equipment shall be complete by the end of the next process unit shutdown. (60.482-10(i))

64.75   If a vapor collection system or closed vent system is operated under a vacuum, it is exempt from the inspection requirements of paragraphs (f)(1)(i) and (f)(2) of this section. (60.482-10(i))

64.76   Any parts of the closed vent system that are designated, as described in paragraph (l)(1) of this section, as unsafe to inspect are exempt from the inspection requirements of paragraphs (f)(1)(i) and (f)(2) of this section if they comply with the requirements specified in paragraphs (j)(1) and (j)(2) of this section (60.482-10(j)):

    64.76.1   The owner or operator determines that the equipment is unsafe to inspect because inspecting personnel would be exposed to an imminent or potential danger as a consequence of complying with paragraphs (f)(1)(i) or (f)(2) of this section (60.482-10(g)(1)); and

    64.76.2   The owner or operator has a written plan that requires inspection of the equipment as frequently as practicable during safe-to-inspect times. (60.482-10(g)(2))

64.77   Any parts of the closed vent system that are designated, as described in paragraph (l)(2) of this section, as difficult to inspect are exempt from the inspection requirements of paragraphs (f)(1)(i) and (f)(2) of this section if they comply with the requirements specified in paragraphs (k)(1) through (k)(3) of this section. (60.482-10(k))

64.78   The owner or operator shall record the information specified in paragraphs (l)(1) through (l)(5) of this section. (60.482-10(l))

64.79   Closed vent systems and control devices used to comply with provisions of this subpart shall be operated at all times when emissions may be vented to them. (60.482-10(m))

## 65.   40 CFR Part 61 Subpart FF – National Emission Standards for Benzene Waste Operations

The refinery is subject to these requirements.  According to the Consent Decree (H-01-4330) Suncor shall comply with the 6BQ option (61.342(e)).  The following equipment is subject to control requirements in 40 CFR Part FF: T60, T4501, T4502, T4503, T4504, T4507, T4508, T4514, T4515, T4516, T4517, T4518, Sumps (Lab, Spider, T58, T70, T75, T80, T775, T777), API Lift Station, T60 Lift Station, API Headworks, the Centrifuge, the pipeline receipt station sump, Tanks D-20, 17675 and 20529 and Tank Truck Loading (LO-1).  The remaining waste streams, as applicable, will be included in assessing compliance with the 6 Mg/yr benzene quantity limit for uncontrolled waste streams.

The requirements below reflect the current rule language as of the latest revisions to 40 CFR Part 61 Subpart FF published in the Federal Register on December 4, 2003. However, if revisions to this

Subpart are promulgated at a later date, the owner or operator is subject to the requirements contained in the revised version of 40 CFR Part 61 Subpart FF. The relevant requirements in 40 CFR Part 63 Subpart FF include, but are not limited to the following:

**Standards:  General (61.342)**

65.1    Each owner or operator of a facility at which the total annual benzene quantity from facility waste is equal to or greater than 10 Mg/yr (11 ton/yr) as determined in paragraph (a) of this section shall be in compliance with the requirements of paragraphs (c) through (h) of this section no later than 90 days following the effective date, unless a waiver of compliance has been obtained under §61.11, or by the initial startup for a new source with an initial startup after the effective date. (61.342(b)) According to the Consent Decree (H-01-4330) Suncor shall comply with the 6BQ option (61.342(e)).

65.2    As an alternative to the requirements specified in paragraphs (c) and (d) of this section, an owner or operator of a facility at which the total annual benzene quantity from facility waste is equal to or greater than 10 Mg/yr (11 ton/yr) as determined in paragraph (a) of this section may elect to manage and treat the facility waste as follows (61.342(e):

65.2.1    The owner or operator shall manage and treat facility waste with a flow-weighted annual average water content of less than 10 percent in accordance with the requirements of paragraph (c)(1) of this section (61.342(e)(1)); and

65.2.2    The owner or operator shall manage and treat facility waste (including remediation and process unit turnaround waste) with a flow-weighted annual average water content of 10 percent or greater, on a volume basis as total water, and each waste stream that is mixed with water or wastes at any time such that the resulting mixture has an annual water content greater than 10 percent, in accordance with the following (61.342(e)(2)):

65.2.2.1    The benzene quantity for the wastes described in paragraph (e)(2) of this section must be equal to or less than 6.0 Mg/yr (6.6 ton/yr), as determined in §61.355(k). Wastes as described in paragraph (e)(2) of this section that are transferred offsite shall be included in the determination of benzene quantity as provided in §61.355(k). The provisions of paragraph (f) of this section shall not apply to any owner or operator who elects to comply with the provisions of paragraph (e) of this section. (61.342(e)(2)(i)

65.2.2.2    The determination of benzene quantity for each waste stream defined in paragraph (e)(2) of this section shall be made in accordance with §61.355(k). (61.342(e)(2)(ii))

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit              Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 269

65.3    Compliance with this subpart will be determined by review of facility records and results from tests and inspections using methods and procedures specified in §61.355 of this subpart. (61.342(g))

**Standards: Tanks (61.343)**

T4502, T4503, T4504, T4505, T4507, T4508, T4516, T4517, T4518, Lab Sump, Spider Sump (fixed portion), T58 Sump, T70 Sump, T75 Sump, T80 Sump, T775 Sump, T777 Sump, API Lift Station, T60 Lift Station, the pipeline receipt station sump and Tanks D-20, 17675 and 20529 are subject to these requirements.

65.4    Except as provided in paragraph (b) of this section and in §61.351, the owner or operator must meet the standards in paragraph (a)(1) or (2) of this section for each tank in which the waste stream is placed in accordance with §61.342(c)(1)(ii). The standards in this section apply to the treatment and storage of the waste stream in a tank, including dewatering. (61.343(a))

    65.4.1    The owner or operator shall install, operate, and maintain a fixed-roof and closed-vent system that routes all organic vapors vented from the tank to a control device. (61.343(a)(1))

        65.4.1.1    The fixed roof shall meet the requirements in §61.343(a)(1)(i).

        65.4.1.2    The closed-vent system and control device shall be designed and operated in accordance with the requirements of §61.349 of this subpart. (61.343(a)(1)(ii)). **OR**

    65.4.2    The owner or operator must install, operate, and maintain an enclosure and closed-vent system that routes all organic vapors vented from the tank, located inside the enclosure, to a control device in accordance with the requirements specified in paragraph (e) of this section. (61.343(a)(2))

65.5    For a tank that meets all the conditions specified in paragraph (b)(1) of this section, the owner or operator may elect to comply with paragraph (b)(2) of this section as an alternative to the requirements specified in paragraph (a)(1) of this section. (61.343(b))  The pipeline receipt station sump and Tanks 17675 and 20529 meet the requirements in 61.343(b)(1) and are complying with the requirements in 61.343(b)(2).

    65.5.1    The waste managed in the tank complying with paragraph (b)(2) of this section shall meet all of the conditions in 61.343(b)(1).

    65.5.2    The owner or operator shall install, operate, and maintain a fixed roof as specified in paragraph (a)(1)(i). (61.343(b)(2))

    65.5.3    For each tank complying with paragraph (b) of this section, one or more devices which vent directly to the atmosphere may be used on the tank provided each device remains in a closed, sealed position during normal operations except when the device

needs to open to prevent physical damage or permanent deformation of the tank or cover resulting from filling or emptying the tank, diurnal temperature changes, atmospheric pressure changes or malfunction of the unit in accordance with good engineering and safety practices for handling flammable, explosive, or other hazardous materials. (61.343(b)(2))

65.6    Each fixed-roof, seal, access door, and all other openings shall be checked by visual inspection initially and quarterly thereafter to ensure that no cracks or gaps occur and that access doors and other openings are closed and gasketed properly. (61.343(c))

65.7    Except as provided in §61.350 of this subpart, when a broken seal or gasket or other problem is identified, or when detectable emissions are measured, first efforts at repair shall be made as soon as practicable, but not later than 45 calendar days after identification. (61.343(d))

65.8    Each owner or operator who controls air pollutant emissions by using an enclosure vented through a closed-vent system to a control device must meet the requirements specified in paragraphs (e)(1) through (4) of this section. (61.343(e))

**Standards: Containers (61.345)**

These requirements apply to the centrifuge, tank truck loading (LO-1) and various containers utilized at the refinery.

65.9    The owner or operator shall meet the following standards for each container in which waste is placed in accordance with §61.342(c)(1)(ii) of this subpart: (61.345(a))

65.9.1    The owner or operator shall install, operate, and maintain a cover on each container used to handle, transfer, or store waste in accordance with the requirements in 61.345(a)(1)(i) and (ii). (61.345(a)(1))

65.9.2    When a waste is transferred into a container by pumping, the owner or operator shall perform the transfer using a submerged fill pipe. The submerged fill pipe outlet shall extend to within two fill pipe diameters of the bottom of the container while the container is being loaded. During loading of the waste, the cover shall remain in place and all openings shall be maintained in a closed, sealed position except for those openings required for the submerged fill pipe, those openings required for venting of the container to prevent physical damage or permanent deformation of the container or cover, and any openings complying with paragraph (a)(4) of this section. (61.345(a)(2))

65.9.3    Treatment of a waste in a container, including aeration, thermal or other treatment, must be performed by the owner or operator in a manner such that while the waste is being treated the container meets the standards specified in paragraphs (a)(3)(i) through (iii) of this section, except for covers and closed-vent systems that meet the requirements in paragraph (a)(4) of this section. (61.345(a)(3))

65.9.4    If the cover and closed-vent system operate such that the container is maintained at a pressure less than atmospheric pressure, the owner or operator may operate the system with an opening that is not sealed and kept closed at all times if the conditions in 61.345(a)(4)(i) through (iii) are met.  (61.345(a)(4))

65.10    Each cover and all openings shall be visually inspected initially and quarterly thereafter to ensure that they are closed and gasketed properly. (61.345(b))

65.11    Except as provided in §61.350 of this subpart, when a broken seal or gasket or other problem is identified, first efforts at repair shall be made as soon as practicable, but not later than 15 calendar days after identification. (61.345(c))

**Standards: Individual Drain Systems (61.346)**

The API Headworks is subject to these requirements.  When vapors from the API Headworks are routed to the RTO or carbon canisters, the alternative standards in Condition 65.13 are no longer applicable.

65.12    Except as provided in paragraph (b) of this section, the owner or operator shall meet the following standards for each individual drain system in which waste is placed in accordance with §61.342(c)(1)(ii) of this subpart (61.346(a)):

65.12.1    The owner or operator shall install, operate, and maintain on each drain system opening a cover and closed-vent system that routes all organic vapors vented from the drain system to a control device. (61.346(a)(1))

65.12.1.1    The cover shall meet the requirements in 61.346(a)(1)(i)(A) through (C).

65.12.1.2    The closed-vent system and control device shall be designed and operated in accordance with §61.349 of this subpart. (61.346(a)(1)(ii))

65.12.2    Each cover seal, access hatch, and all other openings shall be checked by visual inspection initially and quarterly thereafter to ensure that no cracks or gaps occur and that access hatches and other openings are closed and gasketed properly. (61.346(a)(2))

65.12.3    Except as provided in § 61.350 of this subpart, when a broken seal or gasket or other problem is identified, or when detectable emissions are measured, first efforts at repair shall be made as soon as practicable, but not later than 15 calendar days after identification. (61.346(a)(3))

65.13    As an alternative to complying with paragraph (a) of this section, an owner or operator may elect to comply with the following requirements: (61.346(b))

65.13.1    Each drain shall be equipped with water seal controls or a tightly sealed cap or plug. (61.346(b)(1))

65.13.2    Each junction box shall be equipped with a cover and may have a vent pipe. The vent pipe shall be at least 90 cm (3 ft) in length and shall not exceed 10.2 cm (4 in) in diameter. (61.346(b)(2))

65.13.2.1    Junction box covers shall have a tight seal around the edge and shall be kept in place at all times, except during inspection and maintenance. (61.346(b)(2)(i))

65.13.2.2    One of the methods in §61.346(b)(2)(ii)(A) or (B) shall be used to control emissions from the junction box vent pipe to the atmosphere. (61.346(b)(2)(ii))

65.13.3    Each sewer line shall not be open to the atmosphere and shall be covered or enclosed in a manner so as to have no visual gaps or cracks in joints, seals, or other emission interfaces. (61.346(b)(3))

65.13.4    Equipment installed in accordance with paragraphs (b)(1), (b)(2), or (b)(3) of this section (Conditions 65.13.1, 65.13.2 or 65.13.3) shall be inspected as follows: (61.346(b)(4))

65.13.4.1    Each drain using water seal controls shall be checked by visual or physical inspection initially and thereafter quarterly for indications of low water levels or other conditions that would reduce the effectiveness of water seal controls. (61.346(b)(4)(i))

65.13.4.2    Each drain using a tightly sealed cap or plug shall be visually inspected initially and thereafter quarterly to ensure caps or plugs are in place and properly installed. (61.346(b)(4)(ii))

65.13.4.3    Each junction box shall be visually inspected initially and thereafter quarterly to ensure that the cover is in place and to ensure that the cover has a tight seal around the edge. (61.346(b)(4)(iii))

65.13.4.4    The unburied portion of each sewer line shall be visually inspected initially and thereafter quarterly for indication of cracks, gaps, or other problems that could result in benzene emissions. (61.346(b)(4)(iv))

65.13.5    Except as provided in §61.350 of this subpart, when a broken seal, gap, crack or other problem is identified, first efforts at repair shall be made as soon as practicable, but not later than 15 calendar days after identification. (61.346(b)(5))

**Standards:  Oil-water Separators (61.347)**

T4514 and T4515 are subject to these requirements.

65.14    Except as provided in §61.352 of this subpart, the owner or operator shall meet the following standards for each oil-water separator in which waste is placed in accordance with §61.342(c)(1)(ii) of this subpart: (61.347(a))

65.14.1   The owner or operator shall install, operate, and maintain a fixed-roof and closed-vent system that routes all organic vapors vented from the oil-water separator to a control device. (61.347(a)(1))  The fixed-roof shall meet the requirements in 61.347(a)(1)(i).

65.14.2   The closed-vent system and control device shall be designed and operated in accordance with the requirements of §61.349 of this subpart. (61.347(a)(1)(ii))

65.15   Each cover seal, access hatch, and all other openings shall be checked by visual inspection initially and quarterly thereafter to ensure that no cracks or gaps occur between the cover and oil-water separator wall and that access hatches and other openings are closed and gasketed properly. (61.347(b))

65.16   Except as provided in §61.350 of this subpart, when a broken seal or gasket or other problem is identified, or when detectable emissions are measured, first efforts at repair shall be made as soon as practicable, but not later than 15 calendar days after identification. (61.347(c))

**Standards:  Closed Vent Systems and Control Devices (61.349)**

The Centrifuge Thermal Oxidizer, the Regenerative Thermal Oxidizer and all Carbon Canisters are subject to these requirements.

65.17   For each closed-vent system and control device used to comply with standards in accordance with §§61.343 through 61.348 of this subpart, the owner or operator shall properly design, install, operate, and maintain the closed-vent system and control device in accordance with the following requirements: (61.349(a))

65.17.1   The closed vent system shall meet the requirements in 61.349(a)(1).

65.17.2   The control device shall be designed and operated in accordance with the requirements in 61.349(a)(2).  For the control technologies addressed in this permit the following requirements apply:

65.17.2.1   An enclosed combustion device (e.g., a vapor incinerator, boiler, or process heater) shall meet one of the requirements in 61.349(a)(2)(i).

65.17.2.2   A vapor recovery system (e.g., a carbon adsorption system or a condenser) shall recover or control the organic emissions vented to it with an efficiency of 95 weight percent or greater, or shall recover or control the benzene emissions vented to it with an efficiency of 98 weight percent or greater. (61.349(a)(2)(ii))

65.18   Each closed-vent system and control device used to comply with this subpart shall be operated at all times when waste is placed in the waste management unit vented to the control device except when maintenance or repair of the waste management unit cannot be completed without a shutdown of the control device. (61.349(b))

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 274

65.19   An owner and operator shall demonstrate that each control device, except for a flare, achieves the appropriate conditions specified in paragraph (a)(2) of this section by using one of the following methods: (61.349(c))

  65.19.1   Engineering calculations in accordance with requirements specified in §61.356(f) of this subpart; or

  65.19.2   Performance tests conducted using the test methods (61.349(c)(1) and (2))

65.20   The Division may request at any time an owner or operator demonstrate that a control device meets the applicable conditions specified in paragraph (a)(2) of this section by conducting a performance test using the test methods and procedures as required in §61.355, and for control devices subject to paragraph (a)(2)(iv) of this section, the Division may specify alternative test methods and procedures, as appropriate. (61.349(e))

65.21   Each closed-vent system and control device shall be visually inspected initially and quarterly thereafter. The visual inspection shall include inspection of ductwork and piping and connections to covers and control devices for evidence of visible defects such as holes in ductwork or piping and loose connections. (61.349(f))

65.22   Except as provided in §61.350 of this subpart, if visible defects are observed during an inspection, or if other problems are identified, or if detectable emissions are measured, a first effort to repair the closed-vent system and control device shall be made as soon as practicable but no later than 5 calendar days after detection. Repair shall be completed no later than 15 calendar days after the emissions are detected or the visible defect is observed. (61.349(g))

65.23   The owner or operator of a control device that is used to comply with the provisions of this section shall monitor the control device in accordance with §61.354(c) of this subpart. (61.349(h))

**Standards:  Delay of Repair (61.350)**

65.24   Delay of repair of facilities or units that are subject to the provisions of this subpart will be allowed if the repair is technically impossible without a complete or partial facility or unit shutdown. (61.350(a))

65.25   Repair of such equipment shall occur before the end of the next facility or unit shutdown. (61.350(b))

**Alternative Standards for Tanks (61.351)**

T60, T4501 and Spider Sump (floating portion) are subject to these requirements.

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                        Page 275

65.26   As an alternative to the standards for tanks specified in §61.343 of this subpart, an owner or operator may elect to comply with one of the methods specified in §61.351(a)(1) through (3). (61.351(a))

65.27   If an owner or operator elects to comply with the provisions of this section, then the owner or operator is exempt from the provisions of §61.343 of this subpart applicable to the same facilities. (61.351(b))

**Monitoring of Operations (61.354)**

65.28   An owner or operator subject to the requirements in §61.349 of this subpart shall install, calibrate, maintain, and operate according to the manufacturer's specifications a device to continuously monitor the control device operation as specified in 61.354(c)(1) through (9), unless alternative monitoring procedures or requirements are approved for that facility by the Administrator. The owner or operator shall inspect at least once each operating day the data recorded by the monitoring equipment (e.g., temperature monitor or flow indicator) to ensure that the control device is operating properly. (61.354(c))  For the control technologies addressed in this permit the following requirements apply:

65.28.1   For a thermal vapor incinerator, a temperature monitoring device equipped with a continuous recorder. The device shall have an accuracy of ±1 percent of the temperature being monitored in °C or ±0.5 °C, whichever is greater. The temperature sensor shall be installed at a representative location in the combustion chamber. (61.354(c)(1))

65.29   For a carbon adsorption system that does not regenerate the carbon bed directly on site in the control device (e.g., a carbon canister), either the concentration level of the organic compounds or the concentration level of benzene in the exhaust vent stream from the carbon adsorption system shall be monitored on a regular schedule, and the existing carbon shall be replaced with fresh carbon immediately when carbon breakthrough is indicated. The device shall be monitored on a daily basis or at intervals no greater than 20 percent of the design carbon replacement interval, whichever is greater. As an alternative to conducting this monitoring, an owner or operator may replace the carbon in the carbon adsorption system with fresh carbon at a regular predetermined time interval that is less than the carbon replacement interval that is determined by the maximum design flow rate and either the organic concentration or the benzene concentration in the gas stream vented to the carbon adsorption system. (61.354(d))

65.30   An alternative operation or process parameter may be monitored if it can be demonstrated that another parameter will ensure that the control device is operated in conformance with these standards and the control device's design specifications. (61.354(e))

65.31   Owners or operators using a closed-vent system that contains any bypass line that could divert a vent stream from a control device used to comply with the provisions of this subpart shall do the following: (61.354(f))

65.31.1   Visually inspect the bypass line valve at least once every month, checking the position of the valve and the condition of the car-seal or closure mechanism required under §61.349(a)(1)(ii) to ensure that the valve is maintained in the closed position and the vent stream is not diverted through the bypass line. (61.354(f)(1))

65.31.2   Visually inspect the readings from each flow monitoring device required by §61.349(a)(1)(ii) at least once each operating day to check that vapors are being routed to the control device as required. (61.354(f)(2))

65.32   Each owner or operator who uses a system for emission control that is maintained at a pressure less than atmospheric pressure with openings to provide dilution air shall install, calibrate, maintain, and operate according to the manufacturer's specifications a device equipped with a continuous recorder to monitor the pressure in the unit to ensure that it is less than atmospheric pressure. (61.354(g))

**Test Methods, Procedures and Compliance Provisions (61.355)**

65.33   An owner or operator shall determine the total annual benzene quantity from facility waste using the procedures specified in §61.355(a).

65.34   For purposes of the calculation required by paragraph (a) of this section, an owner or operator shall determine the annual waste quantity at the point of waste generation, unless otherwise provided in paragraphs (b) (1), (2), (3), and (4) of this section, by one of the methods given in paragraphs (b) (5) through (7) of this section. (61.355(b))

65.35   For the purposes of the calculation required by §§61.355(a) of this subpart, an owner or operator shall determine the flow-weighted annual average benzene concentration in a manner that meets the requirements given in paragraph (c)(1) of this section using either of the methods given in paragraphs (c)(2) and (c)(3) of this section. (61.355(c))

65.36   An owner or operator shall test equipment for compliance with no detectable emissions as required in §§61.343 through 61.347, and §61.349 of this subpart in accordance with the requirements in §61.355(h).

65.37   An owner or operator using a performance test to demonstrate compliance of a control device with either the organic reduction efficiency requirement or the benzene reduction efficiency requirement specified under §61.349(a)(2) shall use the procedures in §61.355(i).

65.38   An owner or operator shall determine the benzene quantity for the purposes of the calculation required by §61.342(e)(2) using the procedures in §61.355(k).

**Recordkeeping Requirements (61.356)**

65.39   Each owner or operator of a facility subject to the provisions of this subpart shall comply with the recordkeeping requirements of this section. Each record shall be maintained in a readily

accessible location at the facility site for a period not less than two years from the date the information is recorded unless otherwise specified. (61.356(a))

65.40 Each owner or operator shall maintain records that identify each waste stream at the facility subject to this subpart, and indicate whether or not the waste stream is controlled for benzene emissions in accordance with this subpart. In addition the owner or operator shall maintain the records specified in 61.355(b)(1) through (6). (61.356(b))

65.41 An owner or operator transferring waste off-site to another facility for treatment in accordance with §61.342(f) shall maintain documentation for each offsite waste shipment that includes the following information: Date waste is shipped offsite, quantity of waste shipped offsite, name and address of the facility receiving the waste, and a copy of the notice sent with the waste shipment. (61.356(c))

65.42 An owner or operator using control equipment in accordance with §§61.343 through 61.347 shall maintain engineering design documentation for all control equipment that is installed on the waste management unit. The documentation shall be retained for the life of the control equipment. If a control device is used, then the owner or operator shall maintain the control device records required by paragraph (f) of this section. (61.356(d))

65.43 An owner or operator using a closed-vent system and control device in accordance with §61.349 of this subpart shall maintain the following records. The documentation shall be retained for the life of the control device. (61.356(f))

    65.43.1 A statement signed and dated by the owner or operator certifying that the closed-vent system and control device is designed to operate at the documented performance level when the waste management unit vented to the control device is or would be operating at the highest load or capacity expected to occur. (61.356(f)(1))

    65.43.2 If engineering calculations are used to determine control device performance in accordance with §61.349(c), then a design analysis for the control device that includes for example (61.356(f)(2)):

        65.43.2.1 Specifications, drawings, schematics, and piping and instrumentation diagrams prepared by the owner or operator, or the control device manufacturer or vendor that describe the control device design based on acceptable engineering texts. The design analysis shall address the following vent stream characteristics and control device operating parameters (61.356(f)(2)(i):

            a. For a carbon adsorption system that does not regenerate the carbon bed directly on-site in the control device, such as a carbon canister, the design analysis shall consider the vent stream composition, constituent concentration, flow rate, relative humidity, and temperature. The design analysis shall also establish the design

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 278

exhaust vent stream organic compound concentration level or the design exhaust vent stream benzene concentration level, capacity of carbon bed, type and working capacity of activated carbon used for carbon bed, and design carbon replacement interval based on the total carbon working capacity of the control device and source operating schedule. (61.356(f)(2)(i)(G))

65.43.3   If performance tests are used to determine control device performance in accordance with §61.349(c) of this subpart (61.356(f)(3)):

65.43.3.1   A description of how it is determined that the test is conducted when the waste management unit or treatment process is operating at the highest load or capacity level. This description shall include the estimated or design flow rate and organic content of each vent stream and definition of the acceptable operating ranges of key process and control parameters during the test program. (61.356(f)(3)(i))

65.43.3.2   A description of the control device including the type of control device, control device manufacturer's name and model number, control device dimensions, capacity, and construction materials. (61.356(f)(3)(ii))

65.43.3.3   A description of the control device including the type of control device, control device manufacturer's name and model number, control device dimensions, capacity, and construction materials. (61.356(f)(3)(iii))

65.44   An owner or operator shall maintain a record for each visual inspection required by §§61.343 through 61.347 of this subpart that identifies a problem (such as a broken seal, gap or other problem) which could result in benzene emissions. The record shall include the date of the inspection, waste management unit and control equipment location where the problem is identified, a description of the problem, a description of the corrective action taken, and the date the corrective action was completed. (61.356(g))

65.45   An owner or operator shall maintain a record for each test of no detectable emissions required by §§61.343 through 61.347 and §61.349 of this subpart. The record shall include the following information: date the test is performed, background level measured during test, and maximum concentration indicated by the instrument reading measured for each potential leak interface. If detectable emissions are measured at a leak interface, then the record shall also include the waste management unit, control equipment, and leak interface location where detectable emissions were measured, a description of the problem, a description of the corrective action taken, and the date the corrective action was completed. (61.356(h))

65.46   For each control device, the owner or operator shall maintain documentation that includes the applicable information specified in 61.356(j)(1) through (12) regarding the control device operation.  (61.356(j))   For the control technologies addressed in this permit the following requirements apply:

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 279

65.46.1    Dates of startup and shutdown of the closed-vent system and control device. (61.356(j)(1))

65.46.2    A description of the operating parameter (or parameters) to be monitored to ensure that the control device will be operated in conformance with these standards and the control device's design specifications and an explanation of the criteria used for selection of that parameter (or parameters). This documentation shall be kept for the life of the control device. (61.356(j)(2))

65.46.3    Periods when the closed-vent system and control device are not operated as designed including all periods and the duration when (61.356(j)(3)):

   65.46.3.1    Any valve car-seal or closure mechanism required under §61.349(a)(1)(ii) is broken or the by-pass line valve position has changed. (61.356(j)(3)(i))

   65.46.3.2    Any valve car-seal or closure mechanism required under §61.349(a)(1)(ii) is broken or the by-pass line valve position has changed. (61.356(j)(3)(ii))

65.46.4    If a thermal vapor incinerator is used, then the owner or operator shall maintain continuous records of the temperature of the gas stream in the combustion zone of the incinerator and records of all 3-hour periods of operation during which the average temperature of the gas stream in the combustion zone is more than 28 °C (50 °F) below the design combustion zone temperature. (61.356(j)(4))

65.46.5    If a carbon adsorber that is not regenerated directly on site in the control device is used, then the owner or operator shall maintain records of dates and times when the control device is monitored, when breakthrough is measured, and shall record the date and time then the existing carbon in the control device is replaced with fresh carbon. (61.356(j)(10))

65.47   An owner or operator who elects to install and operate the control equipment in §61.351 of this subpart shall comply with the recordkeeping requirements in 40 CFR 60.115b. (61.356(k))

65.48   If a system is used for emission control that is maintained at a pressure less than atmospheric pressure with openings to provide dilution air, then the owner or operator shall maintain records of the monitoring device and records of all periods during which the pressure in the unit is operated at a pressure that is equal to or greater than atmospheric pressure. (61.356(m))

**Reporting Requirements (61.357)**

65.49   If the total annual benzene quantity from facility waste is equal to or greater than 10 Mg/yr (11 ton/yr), then the owner or operator shall submit to the Division the reports specified in §61.357(d).

65.50   An owner or operator who elects to install and operate the control equipment in §61.351 of this subpart shall comply with the reporting requirements in 40 CFR 60.115b. (61.357(e))

## 66.   40 CFR Part 63 Subpart GGGGG – National Emission Standards for Hazardous Air Pollutants: Site Remediation

The requirements below reflect the language in 40 CFR Part 63 Subpart GGGGG as of the date of renewal permit issuance [October 1, 2012].  However, the permittee is subject to the latest version of Subpart GGGGG. The relevant requirements in 40 CFR Part 63 Subpart GGGGG include, but are not limited to the following:

Appendix I of the permit indicates those portions of the facility that are subject to these requirements and those that are not.  Specifically, these requirements apply to the emission unit R102 (truck rack).

The remainder of the refinery is exempt from these provisions because site remediation is required by an order authorized under RCRA Section 7003 (40 CFR Part 63 §63.7881(b)(3)).  In the event that site remediation at the remainder of the refinery is no longer subject to a RCRA order, the provisions in 40 CFR Part 63 Subpart GGGGG apply.

66.1    The permittee shall comply with the requirements in 40 CFR Part 63 Subpart GGGGG by one of the following methods:

66.1.1    Your site remediation activities are not subject to the requirements of this subpart, except for the recordkeeping requirements in this paragraph, provided that you meet the following requirements. (63.7881(c))

66.1.1.1    You determine that the total quantity of the HAP listed in Table 1 to this subpart that is contained in the remediation material excavated, extracted, pumped, or otherwise removed during all of the site remediation conducted at your facility is less than 1 megagram (Mg) annually. This exemption applies the 1 Mg limit on a facility-wide, annual basis, and there is no restriction to the number of site remediation that can be conducted during this period.  (63.7881(c)(1))

66.1.1.2    You must prepare and maintain at your facility written documentation to support your determination that the total HAP quantity in your remediation materials for the year is less than 1 Mg. The documentation must include a description of your methodology and data used for determining the total HAP content of the remediation material. 63.7881(c)(2))

66.1.2    A site remediation that is completed within 30 consecutive calendar days according to the conditions in paragraphs (b)(1) through (3) of this section is not subject to the standards under paragraph (a) of this section. This exemption cannot be used for a site remediation involving the staged or intermittent cleanup of remediation material

whereby the remediation activities at the site are started, stopped, and then re-started in a series of intervals, with durations less than 30-days per interval, when the time period from the beginning of the first interval to the end of the last interval exceeds 30 days. (63.7884(b))

66.1.2.1    The 30 consecutive calendar day period for a site remediation that qualifies for this exemption is determined according to actions taken by you as defined in paragraphs (b)(1)(i) through (iii) of this section. (63.7884(b)(1))

   a.   The first day of the 30-day period is defined as the day on which you initiate any action that removes, destroys, degrades, transforms, immobilizes, or otherwise manages the remediation materials. The following activities, when completed before beginning this initial action, are not counted as part of the 30-day period: Activities to characterize the type and extent of the contamination by collecting and analyzing samples; activities to obtain permits from Federal, State, or local authorities to conduct the site remediation; activities to schedule workers and necessary equipment; and activities to arrange for contractor or third party assistance in performing the site remediation. (63.7884(b)(1)(i))

   b.   The last day of the 30-day period is defined as the day on which treatment or disposal of all of the remediation materials generated by the cleanup is completed such that the organic constituents in these materials no longer have a reasonable potential for volatilizing and being released to the atmosphere. (63.7884(b)(1)(ii))

   c.   If treatment or disposal of the remediation materials is conducted at an off-site facility where the final treatment or disposal of the material cannot, or may not, be completed within the 30-day exemption period, then the shipment of all of the remediation material generated from your cleanup that is transferred to another party, or shipped to another facility, within the 30-day period, must be performed according to the applicable requirements specified in §63.7936. (63.7884(b)(1)(iii))

66.1.2.2    For the purpose of complying with paragraph (b)(1) of this section, if you ship or otherwise transfer the remediation material off-site you must include in the applicable shipping documentation, in addition to any notifications and certifications required under §63.7936, a statement that the shipped material was generated by a site remediation activity subject to the conditions of this exemption. The statement must include the date on which you initiated the site remediation activity generating the shipped remediation materials, as specified in paragraph (b)(1)(i) of this section, and the date 30 calendar days following your initiation date.

Air Pollution Control Division                                      Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                      Page 282

(63.7884(b)(2))

66.1.2.3    You must prepare and maintain at your facility written documentation describing the exempted site remediation, and listing the initiation and completion dates for the site remediation. (63.7884(b)(3))

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 283

## 67.    Sand Creek Remediation Project – Air Sparge/Soil Vapor Extraction (AS/SVE) and AS Systems

### AIRS Pt 606 –Recovery Trench Zone F & G
### AIRS Pt 615 – Suncor Western Property Boundary
### AIRS Pt 616 Metro M & E East
### AIRS Pt 617 – RPC Zone 2
### AIRS Pt 618 – Metro Utility Corridor Zones 1 & 2
### AIRS Pt 621 – Metro M & E West Zone 2
### AIRS Pt 622 – Metro M & E West Zone 1
### AIRS Pt 623 – Metro South Secondary Area Zone 1
### AIRS Pt 624 – Metro South Secondary Area Zone 2
### AIRS Pt 625 - Recovery Trench Zone E & H
### AIRS Pt 634 – Metro Utility Corridor Zones 3 & 4
### AIRS Pt 635 – PCA Subslab Depressurization
### AIRS Pt 636 - NW Boundary Uncontrolled Zones 3 & 4
### AIRS Pt 637 -Laboratory

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring Method | Monitoring Interval |
|---|---|---|---|---|---|
| VOC | 67.1 | Pt 606 - 1.62 tons/year<br>Pt 615 – 1.88 tons/year<br>Pt 616 – 0.21 tons/year<br>Pt 617 – 1.2 tons/year<br>Pt 618 – 2.1 tons/year<br>Pt 621 – 0.1 tons/year<br>Pt 622 – 0.1 tons/year<br>Pt 623 – 0.04 tons/year<br>Pt 624 – 0.03 tons/year<br>Pt 625 – 1.62 tons/year<br>Pt 634 – 0.22 tons/year<br>Pt 635 – 0.01 tons/year<br>Pt 636 – 16.26 tons/year<br>Pt 637 – 0.29 tons/year | See Condition 67.1 | Recordkeeping and Calculation | Monthly |
| NO$_X$ | 67.2 | TO-SUN-2 – 2.2 tons/year | 0.50 lbs/hr | Recordkeeping and Calculation | Monthly |
|  |  | CO-RPC-1 – 0.1 tons/year | 2.2 x 10$^{-2}$ lbs/hr |  |  |
| CO |  | TO-SUN-2 – 5.2 tons/year | 1.18 lbs/hr |  |  |
|  |  | CO-RPC-1 – 0.45 tons/year | 0.10 lbs/hr |  |  |
| Fuel Use – **TO-SUN-2 Only** | 67.3 | **TO-SUN-2** – 25.8 MMscf/year |  | Fuel Meter | Monthly |

Air Pollution Control Division

Colorado Operating Permit

Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.

Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)

Page 284

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| Hours of Operation | 67.4 | | | Recordkeeping | Monthly |
| AS/SVE Flow and AS Injection Monitoring | 67.5 | | | Flow Meter | Daily |
| Equipment and Control Device Requirements | 67.6 | See Condition 67.6 | | See Condition 67.6 | |
| NSPS Requirements – **TO-SUN-2 Only** | 67.7 | 40 CFR Part 60, Subpart Ja<br><br>Fuel gas shall not contain $H_2S$ in excess of:<br><br>162 ppmv, on a 3-hour rolling average, and<br><br>60 ppmv, on a 365-day rolling average | | Fuel Gas Stream is Inherently Low in Sulfur | |
| | | See 40 CFR Part 60 Subpart A (Condition 56) | | See 40 CFR Part 60 Subpart A (Condition 56) | |
| RACT | 67.8 | See Condition 67.8 | | See Condition 67.8 | |
| Sampling for Contaminant Concentration | 67.9 | See Condition 67.9 | | See Condition 67.9 | |
| Control Device Monitoring Requirements | 67.10 | Carbon Canisters - Breakthrough<br><br>Thermal and Catalytic Oxidizers - Temperature | | See Condition 67.10 | |
| Opacity Requirements – **TO-SUN-2 and CO-RPC-1** | 67.11 | Not to exceed 20%, except as provided for below | | Fuel Restriction | Only Gaseous Fuel is Used |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |

67.1 VOC Emissions shall not exceed the limits listed in the above table. (Colorado Construction Permit 12AD1825, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to revise the emissions limits for pts 606, 615, 616, 617, 618, 625 and 626 and to add limitations for pts 634, 635 and 636 as requested on the APENs submitted on November 12, 2015 and red-lined on December 3 & 4, 2015 and to remove monthly limits for pt 625. For pt 637, as provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to include VOC limit as requested on the APEN submitted and red-lined on September 7 and October 3, 2016, respectively )  Compliance with the VOC emissions limitations shall be monitored by calculating monthly emissions as follows:

67.1.1 **For all but Pts 615 and 617**, monthly VOC emissions shall be calculated using the most recent or average (if more than one sample during the month) contaminant

concentration (as required by Condition 67.9), AS/SVE flow rate (as required by Condition 67.5) and monthly hours of operation (as required by Condition 67.4) in the following equation:

$$VOC_{uncont} \text{ (tons/month)} = \frac{C \times MW \times Q \times 60 \times \text{monthly hours of operation}}{1,000,000 \times 385.3 \times 2,000}$$

A control efficiency may be applied for AS/SVE systems equipped with carbon canisters provided that the carbon canisters are operated and maintained in accordance with the requirements in Conditions 67.6.1 and 67.10.1

$$VOC_{cont} \text{ (tons/month)} = VOC_{uncont} \times (100 - CE)/100$$

Where:    C = measured contaminant concentration, ppmv
          Q = AS/SVE flow rate (scfm)
          MW = molecular weight of contaminant, in lb/lbmole (assumed to be 69 lb/lbmole)
          CE = control efficiency, 98% for two carbon canisters in series

67.1.2    **For Pt 615 and Pt 617**, monthly VOC emissions shall be calculated by multiplying the emissions factors in the table below by hours of operation (as required by Condition 67.4) in the equation below:

VOC (tons/month) = EF (lbs/hr) x hours of operation (hours per month)/2000 lbs/ton

| Emission Unit | Emission Factor (lb/hr) | Source of Emission Factor |
|---|---|---|
| TO-SUN-2 | $2.27 \times 10^{-2}$ | From performance tests conducted on February 24 and 25, 2015 |
| CO-RPC-1 | $2.94 \times 10^{-3}$ | |

67.1.3    **For Pt 636 (uncontrolled, AS only systems)**, monthly VOC emissions shall be calculated using the most recent or average (if more than one sample during the month) contaminant concentration (as required by Condition 67.9) and the monthly volume of air injected into the system (as required by Condition 67.5) in the following equation:

$$VOC \text{ (tons/month)} = \frac{C \times MW \times \text{monthly volume of air injected (scf/month)}}{1,000,000 \times 385.3 \times 2,000}$$

Where:    C = measured contaminant concentration, ppmv
          Q = air injection flow rate, scf/month
          MW = weight of contaminant, in lb/lbmole (assumed to be 69 lb/lbmole)

67.1.4    The VOC emissions limitations for the points listed shall be met regardless of the control device used and the control efficiency of the control device used. The appropriate control efficiency shall be applied to the above stipulated monthly emissions calculation methodologies for the amount of time that the control device was used for the month. (Colorado Construction Permit 12AD1825) If the controls currently installed on **Pts 615 and pt 617** are replaced with either no control or

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 286

carbon canisters, emissions for these systems shall be estimated in accordance with the requirements in Condition 67.1.1.

Monthly emissions shall be calculated by the end of the subsequent month and used in a rolling twelve month total to monitor compliance with the annual limitations. Each month a new twelve month rolling total shall be calculated using the previous twelve months data.

67.2    $NO_X$ and CO emissions **from TO-SUN-2 and CO-RPC-1** shall not exceed the limits listed in the above table. (Colorado Construction Permit 12AD1825, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to include CO and $NO_X$ limits for CO-RPC-1 and to revise CO emissions for TO-SUN-2). Monthly emissions of $NO_X$ and CO from TO-SUN-2 and CO-RPC-1 shall be calculated by multiplying the emissions factors in the table below by hours of operation (as required by Condition 67.4) in the equation below:

CO or $NO_X$ emissions (tons/month) = EF (lbs/hr) x monthly hours of operation /2000 lbs/ton

| Emission Unit | Emission Factor (lb/hr) | | Source of Emission Factor |
|---|---|---|---|
| | $NO_X$ | CO | |
| TO-SUN-2 | 0.50 | 1.18 | For TO-SUN-2, both $NO_X$ and CO: The sum of the AP-42 emission factors from Section 1.4 (dated 7/1998), Table 1.4-1 for small boilers, converted to lb/MMBtu based on a heat content of 1020 Btu/scf (per footnote 1) and Section 13.5 (dated 4/2015), Tables 13.5-1 & 2. |
| CO-RPC-1 | $2.2 \times 10^{-2}$ | 0.10 | For CO-RPC-1, both $NO_X$ and CO: AP-42, Section 13.5 (dated 4/15), Tables 13.5-1 & 2. The lb/MMBtu emission factors were multiplied by the design heat input rate (3 MMBtu/hr for TO-SUN-2 and 0.33 MMBtu/hr for CO-RPC-1) to get the lb/hr factors. |

Monthly emissions shall be calculated by the end of the subsequent month and used in a rolling twelve month total to monitor compliance with the annual limitations. Each month a new twelve month rolling total shall be calculated using the previous twelve months data.

67.3    Natural gas consumption from **TO-SUN-2** shall not exceed the limitation in the above table. (Colorado Construction Permit 12AD1825). Compliance with the natural gas consumption limit shall be monitored by recording the natural gas consumption from TO-SUN-2 monthly. Monthly natural gas consumption shall be used in a rolling twelve month total to monitor compliance with the annual limitations. Each month a new twelve month rolling total shall be calculated using the previous twelve months data.

67.4    Hours of operation of the **AS/SVE systems, TO-SUN-2 and CO-RPC-1** shall be determined by recording the number of days the AS/SVE system, TO-SUN-2 and CO-RPC-1 is operated. The number of days the AS/SVE system, TO-SUN-2 and CO-RPC-1 are operated during the month shall be multiplied by 24 to determine the monthly hours of operation. Days of operation recorded shall reflect the number of days the AS/SVE systems operated under a specific control

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 287

device or without a control device, in the event that the control device is changed and/or removed during the month. Monthly hours of operation shall be used to calculate emissions as specified in Conditions 67.1 and 67.2.

67.5    The flow rate for each **AS/SVE System** and the injection rate for **Pt 636 (AS (uncontrolled) systems)** shall be monitored and recorded during each business day that the AS/SVE or AS system is operated. Daily records of the AS/SVE and AS flow and injection rates shall be used as follows:

    67.5.1    The daily records of the AS/SVE flow rates shall maintained and made available to the Division to ensure that the daily AS/SVE capacity does not exceed the capacity of the control device used for the system. As of revised permit issuance [February 1, 2016], the AS/SVE capacity and control device capacity for each unit is listed in the table in Condition 67.6.2.

    67.5.2    The daily AS/SVE system flow rates recorded during a calendar month shall be averaged together and used to calculate monthly emissions as specified in Condition 67.1.

    67.5.3    The daily AS system injection rates shall be summed to determine the amount of air injected during the month. The monthly quantity of air injected in the AS system shall be used to calculate monthly emissions as specified in Condition 67.1.

67.6    The AS/SVE systems, AS (uncontrolled) systems and various control devices are subject to the following requirements:

    67.6.1    The AS/SVE and AS systems, shall be operated and maintained in accordance with manufacturer's recommendations and good engineering practices. A copy of the operating and maintenance procedures, schedules for maintenance and/or inspection activities and records related to the operation and maintenance of the AS/SVE and AS systems and control devices and good engineering practices, such as records of routine maintenance shall be maintained and made available to the Division upon request.

    67.6.2    As of revised permit issuance February 22, 2018, the control devices used on the AS/SVE Systems are shown in the table below. The control devices listed in the table below may be rearranged as needed as long as the emissions from each AS/SVE System (AIRS pt) meet the emissions limits specified in Condition 67.1, except as noted in Condition 67.6.3. (Colorado Construction Permit 12AD1825, as modified under the provisions of Section I, Condition 1.3 to exclude movement of TO-SUN-2 and CO-RPC-1).

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 288

The remediation systems addressed in this Condition 67 may be operated without the use of control equipment once uncontrolled VOC emissions from the system drop below the system's VOC emissions limit. (Colorado Construction Permit 12AD1825)

The permittee shall keep a log that shows which control device was used at all times to control emissions for each point, and the dates and hours that the control devices were operated at each point. (Colorado Construction Permit 12AD1825).

Additional carbon canister systems that are not listed in the table below may be used as control devices provided that the carbon canister systems consist of two canisters in series, rated at 500 scfm per set.

| AIRS point (pt) | AS/SVE System | | Control Device | | |
|---|---|---|---|---|---|
| | Description | Capacity | Description | Capacity | Efficiency |
| 606 | One Blower | 750 scfm | CC-MET-8, -8a, & -8b<br>Three sets of two carbon canisters (ccs) in series | 1,500 scfm<br>(500 per set) | 98% |
| 615 | Two Blowers | 2,000 scfm<br>(1,000 each) | TO-SUN-2 | 10,000 scfm | N/A* |
| **616** | **Two Blowers** | **2,400 scfm<br>(1,200 each)** | **CC-MET-9, -9a & -9b<br>Three sets of two ccs in series** | **1,500 scfm<br>(500 per set)** | **98%** |
| **617** | **Two Blowers**** | **1,500 scfm<br>(750 each)** | **CO-RPC-1** | **750 scfm** | **N/A*** |
| **618** | **Two Blowers**** | **1,500 scfm<br>(750 each)** | **CC-MET-7a & -7b<br>Two sets of two (2) ccs in series** | **1,000 scfm<br>(500 per set)** | **98%** |
| 621 | One Blower | 650 scfm | CC-MET-5c & -5a<br>Two sets of two (2) ccs in series | 1,000 scfm<br>(500 per set) | 98% |
| 622 | One Blower | 650 scfm | CC-MET-5b & -5d<br>Two sets of two (2) ccs in series | 1,000 scfm<br>(500 per set) | 98% |
| 623 | One Blower** | 750 scfm | CC-MET-6a, -6b & -6c<br>Three sets of two (2) ccs in series | 1,500 scfm<br>(500 per set) | 98% |
| 624 | One Blower** | 750 scfm | CC-MET-6a, -6b & -6c<br>Three sets of two (2) ccs in series | 1,500 scfm<br>(500 per set) | 98% |
| 625 | One Blower | 750 scfm | CC-MET-8, -8a & -8b<br>Three sets of two (2) ccs in series | 1,500 scfm<br>(500 per set) | 98% |
| **634** | **Four Blowers** | **3,250 scfm<br>(3 at 800 each, 1 at 850)** | **CC-MET-7c, -7d, -7e & -7f<br>Four sets of two (2) ccs in series** | **2,000 scfm<br>(500 per set)** | **98%** |
| 635 | One Blower | 500 scfm | CC-SUN-3<br>Two (2) ccs in series | 500 scfm | 98% |

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 289

| AIRS point (pt) | AS/SVE System | | Control Device | | |
|---|---|---|---|---|---|
| | Description | Capacity | Description | Capacity | Efficiency |
| 637 | One Blower | 107 scfm | CC-SUN-2<br>Two (2) ccs in series | 500 scfm | 98% |

Entries in bold have AS/SVE systems with design flow rates greater than the control device flow rate.
*Control efficiency was not verified by performance test, so it is not listed.
**Booster blower is located between SVE blowers and control device.

67.6.3    **TO-SUN-2 and CO-RPC-1** may not be relocated without first revising the Title V permit or obtaining a construction permit.

67.6.4    The AS/SVE systems (e.g. blowers) addressed in this permit may be replaced with a system with a blower capacity less than or equal to the capacity of the blower for the existing system. The permittee shall maintain a log indicating the date that AS/SVE system is replaced and the identifying information for the replacement system (e.g. make, model, serial no. and design flow rate). A revised Air Pollutant Emissions Notice (APEN) that includes the specific manufacturer, model and serial number and capacity (scfm) of the permanent replacement blower shall be filed with the Division for the permanent blower within 14 calendar days of commencing operation of the replacement blower.

67.6.5    New wells may be tied into any existing AS/SVE or AS only systems provided the emissions limitations for the systems are met and that contaminant sampling is conducted in accordance with the requirements in Condition 67.9.2.

67.6.6    No new AS/SVE System or AS System may be installed and operated without first revising the Title V permit or obtaining a construction permit.

67.7    **TO-SUN-2** is  subject to NSPS requirements as follows:

67.7.1    **TO-SUN-2** is subject to the NSPS general provisions in 40 CFR Part 60, Subpart A as set forth in Condition 56 of this permit.

67.7.2    **TO-SUN-2** is a fuel gas combustion device and is subject to the requirements in 40 CFR Part 60 Subpart Ja, Standards of Performance for Petroleum Refineries for Which Construction, Reconstruction or Modification Commenced After May 14, 2007 as set forth in Condition 46 of this permit.

Note that TO-SUN-2 is exempt from the $H_2S$ monitoring requirements as specified in Condition 46.15 because TO-SUN-2 combusts fuel gas that is inherently low in sulfur.

67.8    The AS/SVE and AS Systems are subject to RACT requirements for VOC. (Colorado Construction Permit 12AD1825 and Colorado Regulation No. 3, Part C, Section III.D.2.a). RACT has been determined as follows:

67.8.1   RACT for all of the AS/SVE Systems **except for pt 636 has been determined to be the** control technology employed (see Condition 67.6.2) and the emissions limitations in Condition 67.1. As provided for in Condition 67.6.2, the control technology may be removed provided the VOC emissions limitations may be met and in those cases RACT has been determined to be the emissions limitations in Condition 67.1.

67.8.2   RACT for the AS Systems associated with **Pt 636** has been determined to be the emissions limitations in Condition 67.1. Soil vapor extraction and an associated control technology is not feasible for these zones since the groundwater table is shallow in these locations.

67.9    Sampling for contaminant concentrations shall be conducted as follows:

67.9.1   For **each AS/SVE and AS system except for Pt 615 and Pt 636 Zone 4**, samples of contaminant concentrations shall be taken at a frequency of once a week for the first month of operation, once a month for the next month and then once every three months thereafter. The samples shall be analyzed using the appropriate EPA methods for Total Volatile Petroleum Hydrocarbons (TVPH). For AS/SVE systems, the sample shall be taken at the outlet of the AS/SVE blower prior to the control device and any booster blower, if applicable. For Pt 636, Zone 3 (AS system, uncontrolled), samples shall be taken at various sample points below ground, prior to being emitted. (Colorado Construction Permit 12AD1825, as modified under the provisions of Section I, Condition 1.3 to correct sample location for systems equipped with carbon canisters and to address pt 636 Zone 3 which is not equipped with SVE and is uncontrolled)

67.9.2   For **Pt 636 Zone 4 (AS system, uncontrolled), Pt 615 and for when new wells are tied into any existing AS/SVE or AS system**, samples of contaminant concentrations shall be taken at a frequency of once a week for the first three months of operation, once a month for the fourth month and then once every three months thereafter. The samples shall be analyzed using the appropriate EPA methods for Total Volatile Petroleum Hydrocarbons (TVPH). For AS/SVE systems, the sample shall be taken at the outlet of the AS/SVE blower prior to the control device and any booster blower, if applicable. For Pt 636, Zone 4 (uncontrolled, no SVE system) or any other AS system, samples shall be taken at sample points below ground, prior to being emitted.

67.10   Monitoring of the control devices shall be conducted as follows:

67.10.1  <u>Two carbon canisters in series.</u> The permittee shall monitor for breakthrough between the primary and secondary carbon canisters at times there is actual flow to the carbon canisters on the frequency specified in Conditions 67.10.1.1 through 67.10.1.4. Breakthrough monitoring shall be conducted on each set of two carbon canisters in

series (e.g. CC-MET-6a) controlling a given AS/SVE System. Breakthrough is defined in Condition 67.10.1.6.

67.10.1.1    During the first three months of operation following issuance of construction permit 12AD1825 (issued September 26, 2014), frequency of breakthrough monitoring shall be daily.

67.10.1.2    If breakthrough is detected less than once per month in any three consecutive months of daily breakthrough monitoring, frequency of monitoring shall be reduced to weekly:

67.10.1.3    If breakthrough is not detected during any three consecutive months of weekly breakthrough monitoring, frequency of breakthrough monitoring shall be reduced to monthly.

67.10.1.4    At any time breakthrough is experienced in two consecutive scheduled monitoring events for a set of two carbon canisters in series, frequency will revert back to the previous monitoring frequency.

67.10.1.5    Except as provided for below, breakthrough from carbon canisters shall be defined as a concentration equal to or greater than 5 ppm VOC:

a.  If a concentration of 5 ppm or greater VOC is detected between the first and second carbon canisters, the permittee may monitor the VOC concentration at the inlet of the carbon canisters and between the primary and second primary canister. Breakthrough under this scenario is defined as a VOC reduction less than 95%.

b.  The inlet monitoring specified in Condition 67.10.1.5.a shall be conducted at the outlet of the AS/SVE blower prior to the control device and any booster blower, if applicable.

c.  Records of the inlet and outlet VOC concentrations and the percent VOC reduction shall be maintained and made available to the Division upon request.

67.10.1.6    Within 24 hours after breakthrough is detected:

a.  The carbon canisters will be replaced, or

b.  The AS/SVE system shall be shutdown.

c.  If the AS/SVE system is shutdown, then the carbon canisters shall be replaced prior to startup of the AS/SVE system.

67.10.2    <u>TO-SUN-2.</u> For purposes of assuring compliance with the annual VOC emissions limits in Condition 67.1, TO-SUN-2 shall be operated such that the temperature in the combustion chamber is not less than 1,550 °F. The temperature shall be monitored daily using a temperature monitoring device and shall be recorded in a log to made available to the Division upon request. The temperature shall be monitored and

Air Pollution Control Division                                      Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 292

recorded on any day that TO-SUN-2 operates for any length of time during that day. Any day in which the temperature recorded is less than 1550 °F shall be reported as a deviation in the semi-annual monitoring and permit deviation reports.

67.10.3   <u>CO-RPC-1.</u> For purposes of assuring compliance with the annual VOC emissions limits in Condition 67.1, CO-RPC-1 shall be operated such that the catalyst inlet temperature is not less than 775 °F. The temperature shall be monitored daily using a temperature monitoring device and recorded in a log to be made available to the Division. The temperature shall be monitored and recorded on any day that CO-RPC-1 operates for any length of time during that day. Any day in which the temperature recorded is less than 775 °F shall be reported as a deviation in the semi-annual monitoring and permit deviation reports.

67.11   **TO-SUN-2 and CO-RPC-1** are subject to the opacity limits set forth in Conditions 35.1 and 35.2 of this permit. In the absence of credible evidence to the contrary, compliance with the opacity limits is presumed provided only vapors from SVE systems and/or natural gas are combusted and/or oxidized in these units. Records shall be maintained to verify that only vapors from SVE systems and/or natural gas have been combusted and/or oxidized in these units.

## 68.    Sand Creek Remediation Project – Tanks and Tank Truck Loading

### LO-1 (AIRS pt 628) – Tank Truck Loading, D-20 (AIRS pt 631) – Storage Tanks (21,150 gal) and Tanks 17675 & 20529 (APEN exempt) – Two (2) Storage Tanks (525 gal, each)

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| VOC Emissions | 68.1 | Tank D-20: 0.1 tons/year | TANKS | Recordkeeping and Calculation | Monthly |
| | | Tank Truck Loading (LO-1) 1.5 tons/year | See Condition 68.1.2 | | |
| RACT | 68.2 68.3 | See Conditions 68.2 and 68.3 | | See Conditions 68.2 and 68.3 | |
| NSPS | 68.4 | General Provisions – Subpart A (Condition 56) | | See 40 CFR Part 60 Subparts A (Condition 56) and Kb (Condition 53) | |
| | | Specific Requirements – Subpart Kb (Condition 48) | | | |
| MACT | 68.5 | See 40 CFR Part 63 Subpart CC (Condition 53) | | See 40 CFR Part 63 Subpart CC (Condition 53) | |
| Tank D-20 Control Device Requirements | 68.6 | Two (2) Carbon Canisters in Series | | Breakthrough Monitoring | Daily or No Less Than Once Every 14 Days |
| BWON | 68.7 | See 40 CFR Part 61 Subpart FF (Condition 65) | | See 40 CFR Part 61 Subpart FF (Condition 65) | |
| Throughput Limitations | 68.8 | Tank D-20 534,767 gallons/year Tank Truck Loading (LO-1) 766,500 gallons/year | | Recordkeeping | Monthly |

Note that the two (2) 525 gallon tanks (Tanks 17675 & 20529) are exempt from the APEN reporting requirements in Regulation No. 3, Part A and the construction permit requirements in Regulation No. 3, Part B provided actual, uncontrolled emissions are below the APEN de minimis levels.

68.1    VOC Emissions **from Tank D-20 and tank truck loading (LO-1)** shall not exceed the limits listed in the above table (Colorado Construction Permit 12AD1826, as modified under the provisions of Section I, Condition 1.3 to remove the monthly limits for D-20). Compliance with the annual limits shall be monitored as follows:

68.1.1    For **Tank D-20**, compliance with the annual VOC emissions limit shall be monitored by calculating monthly emissions using the most recent version of EPA's TANKS program and the monthly throughput (as required by Condition 68.8). Emissions shall be based on the average (or numerically greater) RVP of the material stored over the monthly period. A control efficiency of 98% may be applied to the monthly emissions determined from the TANKS run provided the closed vent system and

carbon canisters are operated and maintained in accordance with the requirements in Conditions 68.6 and 68.7.

With respect to the EPA's TANKS program, within four (4) months of posting on the EPA's TTN website, the permittee shall use the most recent version of the program, provided the EPA has not issued any warning announcement regarding said version of the program. This time delay is to preclude the generation of potentially inaccurate emission values due to programming errors sometimes inherent in new software.

68.1.2    For **tank truck loading (LO-1)**, compliance with the annual VOC emissions limit shall be monitored by calculating emissions monthly using the monthly quantity of materials loaded (as required by Condition 68.8) in the equation below:

VOC (tons/mo) = [quantity of materials loaded ($10^3$ gal/mo) x $L_L$ (lbs/$10^3$ gal)]/2000 (lb/ton)

$L_L$ = 12.46 x SPM/T
Where:                LL = loading, loss (lb/$10^3$ gal), from AP-42, Section 5.2 (dated 6/08), equation 1
                            S = saturation factor (per Table 5.2-1 of AP-42)
                            P = true vapor pressure of liquid loaded, psia
                            M = molecular weight of vapors (lb/lbmole)
                            T = temperature of bulk liquid loaded (° R)

Monthly emissions shall be based on the average vapor heat content, vapor pressure, temperature and molecular weight (of vapors) of the liquids loaded over the monthly period.

Monthly emissions **from Tank D-20 and tank truck loading (LO-1)** shall be calculated by the end of the subsequent month and used in twelve month rolling totals to monitor compliance with the annual emissions limitations. Each month new twelve month totals shall be calculated using the previous twelve months data.

68.2    The tanks are subject to the RACT requirements in Colorado Regulation No. 7, as follows:

68.2.1    **Tanks D-20, 17675 and 20529** are subject to Colorado Regulation No. 7, Sections III.A and IV.A.1, as set forth in Conditions 39.1 and 41.1 of this permit.

68.2.2    **Tank D-20** is subject to Colorado Regulation No. 7, Section VI.B.3 as set forth in Condition 41.6 of this permit.

68.3    **Tank D-20 and tank truck loading (LO-1)** are subject to RACT requirements for VOC (Colorado Construction Permit 12AD1826 and Colorado Regulation No. 3, Part C, Section III.D.2.a). RACT has been determined as follows:

68.3.1    For Tank D-20, RACT has been determined to be the requirements in Condition 68.2.

Air Pollution Control Division

Suncor Energy (U.S.A.) Inc.

Colorado Operating Permit

Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)

Permit #96OPAD120

Page 295

68.3.2    For tank truck loading (LO-1), RACT has been determined to be the requirements for loading containers in Condition 68.7.

68.4    **Tank D-20** is subject to NSPS requirements as follows:

68.4.1    This tank is subject to the NSPS general provisions in 40 CFR Part 60, Subpart A as set forth in Condition 56 of this permit.

68.4.2    This tank is subject to the specific NSPS requirements for volatile organic liquid (including petroleum liquids) storage vessels in 40 CFR Part 60, Subpart Kb, as set forth in Condition 48 of this permit.

68.5    **Tank D-20** is subject to the requirements of 40 CFR Part 63, Subpart CC, as set forth in Condition 53 of this permit.

68.6    **Tank D-20** shall be vented through a closed vent system to two (2) carbon canisters in series. (Colorado Construction Permit 12AD1826) The carbon canisters shall be monitored for breakthrough as follows:

68.6.1    The source shall monitor for breakthrough between the primary and secondary carbon canisters at times there is actual flow to the carbon canisters daily or at intervals no greater than once every 14 days.

68.6.2    Breakthrough from carbon canisters shall be defined as a concentration equal to or greater than 5 ppm VOC.

68.6.3    The carbon canisters will be replaced within 24 hours after breakthrough is detected.

Records shall be maintained of the dates when breakthrough monitoring is conducted, breakthrough is detected and carbon canisters are replaced.

68.7    **Tanks D-20, 17675 and 20529 and tank truck loading (LO-1)** are subject to the requirements of 40 CFR Part 61, Subpart FF, as set forth in Condition 65 of this permit.

68.8    Throughput **through Tank D-20 and tank truck loading (LO-1)** shall not exceed the limits listed in the above table (Colorado Construction Permit 12AD1826, as modified under the provisions of Section I, Condition 1.3 to remove the monthly limits for D-20). Compliance with the annual limits shall be monitored by recording the quantity of material processed through tank D-20 and loaded into tank trucks monthly. Monthly quantities of material processed through tank D-20 and loaded into tank trucks shall be used in twelve month rolling totals to monitor compliance with the annual limitations. Each month new twelve month totals shall be calculated using the previous twelve months data.

## 69.    Sand Creek Remediation Project – Project Wide Requirements

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| Insignificant Activity Tracking - NO$_X$ and VOC | 69.1 | VOC 12.6 tons/year NO$_X$ 21.5 tons/year | | Recordkeeping and Calculation | Annually |
| Restrictions on Relaxing Emissions Limitations | 69.2 | See Condition 69.2 | | See Condition 69.2 | |

[1]The preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv H$_2$S averaged over a 3-hour period (See 73 FR 35852).

69.1    The uncontrolled potential to emit from all insignificant activities associated the Sand Creek Remediation Project shall not exceed the limitations listed in the above table. (Colorado Construction Permits 12AD1825 and 12AD1826, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulations No. 3 Part B, Section II.A.6 and Part C, Section X to adjust the levels to revise the NO$_X$ and VOC emissions limitations to reflect NO$_X$ emissions from all fuel burning equipment noted in 12AD1825 and the APEN required fuel burning equipment note in the 9/26/14 exemption letter (12AD1827) to reflect current VOC permitted emissions)

For the purposes of this Condition 69.1, the Sand Creek Remediation Project shall be defined as any remediation activity or equipment that is in any way associated with the reformate release from an underground dead leg line connected to line number 6"-HN-08-0846-N-A2-1, Circuit Number 404-002-3, that was reported to the Department on February 25, 2011.

Insignificant activities from the Sand Creek Remediation Project that are sources of VOC or NO$_X$ emissions shall be tracked and potential emissions (uncontrolled emissions at maximum capacity for 8760 hours per year) from these shall be estimated annually (calendar year basis) to ensure that emissions are below the specified limits. Any insignificant activity that is in place for part of the calendar shall be counted as being on site for the full calendar year. For purposes of this analysis, an insignificant activity is identified as any piece of equipment that emits NO$_X$ or VOC emissions below the APEN de minimis level (actual, uncontrolled emissions below 1 ton/year) and that is not subject to emission limitations in Sections II.67 and 68 of this permit.

69.2    The requirements of Colorado Regulation No. 3, Part D shall apply to the Sand Creek Remediation Project Equipment at such time that any stationary source or modification becomes a major stationary source or major modification solely by virtue of a relaxation in any enforceable limitation that was established after August 7, 1980, on the capacity of the source or modification to otherwise emit a pollutant such as a restriction on hours of operation (Colorado Construction Permits 12AD1825 and 12AD1826, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulations No. 3 Part B, Section II.A.6 and Part C, Section X to revise the permitted VOC emissions level).

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 297

With respect to this Condition 69.2, Colorado Regulation No. 3, Part D requirements may apply to future modifications if the emission limitations are modified to equal or exceed the following thresholds:

| AIRS Point No.* | Equipment Description | Pollutant | Program | Emissions (tons/yr) | |
|---|---|---|---|---|---|
| | | | | Threshold | Current Permit Limit |
| 606, 615 – 618, 621 – 625, 628, 631, 634, 635, 636 & 637 | AS/SVE Systems, Product Storage Tanks and Tank Truck Loading. | VOC | NANSR | 40 | 27.3 |

*Only the VOC permitted sources are noted here. If emissions from the Sand Creek Remediation Project were relaxed to exceed 40 tons/yr of VOC, NANSR would apply to all emissions units associated with the Sand Creek Remediation Project that emit VOC. This would include any that currently qualify as insignificant activities as noted in Condition 69.1.

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 298

## 70.     Tank Degassing –P1DGTO

**Thermal Oxidizer for Degassing Floating Roof Tanks Containing Liquids with TVP $\geq$ 0.75 psia**

**Emission Calculations for Degassing Floating Roof Tanks Containing Liquids with TVP < 0.75 psia**

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| VOC Emissions for Tanks Containing Liquids with TVP $\geq$ 0.75 psia | 70.1 | 5.0 tons/year | See Condition 70.1 | Recordkeeping and Calculation | Per Tank Monthly |
| Thermal Oxidizer (TO) Requirements | 70.2 | Design Rate Not to Exceed 20 Million Btu per hour | | See Condition 70.2 | |
| | | Maintain TO Temperature at or Above 1400 ºF | | | |
| RACT | 70.3 | | | See Condition 70.3 | |
| Propane/LPG Consumption | 70.4 | 10,000,000,000 Btu/year | | Fuel Meter Recordkeeping | Per Tank Monthly |
| NSPS Requirements | 70.5 | 40 CFR Part 60, Subpart J<br>Fuel gas shall not contain H2S in excess of excess of 0.10 gr/scf, on a 3-hour rolling average[1] | | H2S Sampling | See Condition 70.5 |
| | | 40 CFR Part 60, Subpart Ja<br>Fuel gas shall not contain H2S in excess of:<br>162 ppmv, on a 3-hour rolling average, and<br>60 ppmv, on a 365-day rolling average | | | |
| | | See 40 CFR Part 60 Subpart A (Condition 56) | | See 40 CFR Part 60 Subpart A (Condition 56) | |
| Opacity Requirements | 70.6 | Not to exceed 20%, except as provided for below | | Fuel Restriction | Only Gaseous Fuel is Used |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6)  minutes in any 60 consecutive minutes | | | |
| VOC Emissions for Tanks Containing Liquids with TVP < 0.75 psia | 70.7 | | | Recordkeeping and Calculation | Per Tank |

70.1    VOC emissions from tank degassing of floating roof tanks containing liquids with a maximum TVP $\geq$ 0.75 psia shall not exceed 5.0 tons year. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections I.A.7 and III.B.7 based on

Permit Number: 96OPAD120 | First Issued: 8/1/04
| Renewed: 10/1/12
| Last Revised: 2/22/18

Case No. 1:24-cv-02164-DDD-SBP    Document 27-11    filed 01/21/25    USDC Colorado
pg 310 of 448

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit            Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 299

requested emissions indicated on the APEN submitted on January 26, 2107.) Compliance with the VOC emission limitation shall be monitored by calculating emissions as follows:

70.1.1    Tank degassing means the process of removing volatile organic compound vapors from a storage tank.

70.1.2    Emissions from tank degassing vapors shall be calculated using tank specific contents and dimensions in the equations below (from AP-42, Section 7.1 (dated), Equations 1-29 and 1-33) for each individual tank degassing:

$$L_W = (0.0010 \times M_V \times P_{VA} \times Q \times K_N \times K_P)/2000 \text{ lb/ton}$$

Where:          $L_W$ = Working Loss, lb/yr
                $M_V$ = vapor molecular weight, lb/lb-mole
                $P_{VA}$ = vapor pressure at daily average liquid surface temperature, psia
                $Q$ = annual net throughput (tank capacity (bbl) times annual turnover rate), bbl/yr (see equation below)
                $K_N$ = working loss turnover (saturation) factor, dimensionless: for turnovers $\leq 36$, $K_N = 1$ (use 1 turnover for degassing calculation)
                $K_P$ = working loss product factor, dimensionless, for crude oils $K_P = 0.75$, for all other organic liquids $K_P = 1$

$$Q = N \times H_{LX}/5.614 \times \pi/4 \times D^2$$

Where:          $N$ = number of turnovers, dimensionless (use 1 for degassing calculations)
                $H_{LX}$ = maximum liquid height, ft (use height of tank legs for degassing calculations)
                $D$ = diameter, ft

A control efficiency of 95% can be applied to the calculated emissions provided the thermal oxidizer is operated in accordance with the requirements in Condition 70.2.

70.1.3    Emissions from combustion of propane/LPG in the TO for each tank degassing shall be calculated using an emission factor of 0.011 lb/MMBtu (from AP-Section 1.5 (dated 7/08), Table 1.5-1, converted to lb/MMBtu based on a propane heat content of 91.5 MMBtu/1000 gal per footnote a) and the quantity of propane/LPG consumption as required by Condition 70.4.

Emissions from tank degassing vapors and combustion of propane/LPG shall be summed together for total VOC emissions from each tank degassing. Total emissions from each tank degassing during a month shall be summed together to determine monthly emissions. Monthly emissions shall be calculated by the end of the subsequent month and used in a rolling twelve month total to monitor compliance with the annual limitation. Each month a new twelve month rolling total shall be calculated using the previous twelve months data.

70.2    Emissions from degassing floating roof tanks containing liquids with a maximum TVP $\geq 0.75$ shall at all times be routed through a closed vent system to a thermal oxidizer (TO). The TO shall meet the following requirements:

70.2.1     The TO shall have a design rate of no more than 20 million Btu per hour. The permittee shall maintain records of the following for any TO used for tank degassing: manufacturer, model, serial number, date the unit was manufactured, design rate and contractor operating the unit.

70.2.2     For purposes of assuring compliance with the annual VOC emission limitation in Condition 70.1, the TO shall be operated such that the inlet temperature shall not be less than 1400 °F. The temperature shall be monitored using a continuous temperature monitoring device. If the temperature monitoring device is not equipped with a continuous recorder, the temperature shall be monitored and recorded at least once per clock hour during operation. Records of hourly recorded temperatures or output from the continuous recording device shall be maintained for each tank degassing and made available to the Division upon request.

70.3     Degassing of floating roof tanks containing liquids with a maximum TVP $\geq$ 0.75 is subject to RACT requirements for VOC. (Colorado Regulation No. 3, Part B, Section III.D.2.a). RACT has been determined to be use of a TO meeting the requirements in Condition 70.2 and the emission limitations in Condition 70.1.

70.4     Propane/LPG consumption for the TO shall not exceed 10,000,000,000 Btu per year. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections I.A.7 and III.B.7 based on requested throughput indicated on the APEN submitted on January 26, 2017.) Compliance with the annual limit will be monitored by recording the propane/LPG consumption after each tank degassing using the fuel meter and/or other necessary records. The Btu content of the propane/LPG shall be presumed to be 91.5 MMBtu/1000 gallons. Propane/LPG consumption from each tank degassing shall be summed to determine the monthly quantity of propane/LPG consumed. Monthly quantities of propane/LPG consumption shall be used in a rolling twelve month total to monitor compliance with the annual limitation. Each month a new twelve month rolling total shall be calculated using the previous twelve months data.

70.5     The TO is subject to NSPS requirements as follows:

70.5.1     A TO that commenced construction, reconstruction or modification prior to May 14, 2007, is considered a fuel gas burning device and is subject to the requirements in 40 CFR Part 60, Subpart J, specifically, the fuel gas limitation set forth in Condition 38.2.1. In lieu of installing the continuous $H_2S$ monitoring system required by Condition 38.2.2.1, compliance with the fuel gas limitation shall be monitored in accordance with the alternative monitoring plan set forth in Condition 70.5.3 (approved by EPA in a December 17, 2013 letter).

70.5.2     A TO that commenced construction, reconstruction or modification on or after May 14, 2007, is considered a fuel gas burning device and is subject to the requirements in 40 CFR Part 60, Subpart Ja, specifically, the fuel gas limitations set forth in

Condition 46.1.1. In lieu installing the continuous $H_2S$ monitoring system required by Condition 46.14, compliance with the fuel gas limitation shall be monitored in accordance with the alternative monitoring plan set forth in Condition 70.5.3 (approved by EPA in a December 17, 2013 letter).

70.5.3    Compliance with the fuel gas limitations in Conditions 70.5.1 and 70.5.2, shall be monitored as follows:

70.5.3.1    The permittee shall use either $H_2S$ colorimetric tube testing or a portable $H_2S$ meter to determine the concentration of $H_2S$ in gases entering each mobile (portable) thermal oxidizer unit (the "Grab Sample"). Each Grab Sample shall be taken at the inlet to each mobile (portable) thermal oxidizer unit.

70.5.3.2    For each discrete [individual tank] degassing event, the permittee shall perform a Grab Sample within 30 minutes of routing tank vapors to each mobile (portable) thermal oxidizer unit (the "Initial Grab Sample").

70.5.3.3    If the initial Grab Sample indicates an $H_2S$ concentration equal to or less than 162 ppmv, then the inlet gas stream is deemed to meet the $H_2S$ limit of NSPS Subparts J and Ja (Conditions 70.5.1 and 70.5.2) and no further monitoring is required for that discrete degassing event.

70.5.3.4    If the initial Grab Sample indicates an $H_2S$ concentration more than 162 ppmv, then for that discrete [single tank] degassing event, the inlet gas stream is deemed to have exceeded the 230 milligrams per dry standard cubic meter (0.10 grains per dry standard cubic feet) limit of 40 CFR § 60.104(a)(1)) (Condition 70.5.1) and the 162 ppmv limit of 40 CFR § 60.102a(g)(1)(ii) (Condition 70.5.2). Alternatively, the permittee may demonstrate compliance with the $H_2S$ limits in 40 CFR §§ 60.104(a)(1) and 60.102a(g)(1)(ii) (Conditions 70.5.1 and 70.5.2) by averaging three Grab Samples: (i) the initial Grab Sample; (ii) a Grab Sample taken between 61 and 120 minutes after startup of the mobile (portable) thermal oxidizer unit; and (iii) a Grab Sample take between 121 minutes and 180 minutes after startup of the mobile (portable) thermal oxidizer unit. The permittee can use this alternative method of demonstrating compliance only if it has three valid Grab Samples taken within the specified time periods.

70.5.3.5    The permittee shall record the results of each Grab Sample and keep the records of all Grab Samples for at least five years.

70.5.3.6    If the sampling required under this Condition 70.5.3 for a discrete [individual tank] degassing event indicates an exceedance of the $H_2S$ fuel gas limit in Conditions 70.5.1 or 70.5.2 it shall be reported as an excess emission in the reports required by 40 CFR § 60.7(c).

70.5.4    The TO is subject to the NSPS general provisions in 40 CFR Part 60, Subpart A as set forth in Condition 56 of this permit.

70.6    The TO is subject to the opacity limits set forth in Conditions 35.1 and 35.2 of this permit. In the absence of credible evidence to the contrary, compliance with the opacity limits is presumed provided only vapors from tank degassing and/or propane/LPG are combusted and/or oxidized in this unit. Records shall be maintained to verify that only vapors from tank degassing and/or propane/LPG have been combusted and/or oxidized in this unit.

70.7    VOC emissions from degassing of floating roof tanks containing liquids with a maximum TVP < 0.75 psia shall be calculated using the equation in Condition 70.1.2. Emissions from tank degassing shall be included in the required monthly or annual emission calculations for the specific tank for purposes of assessing compliance with emission limitations and/or APEN reporting requirements, as applicable.

## 71.    Miscellaneous Process Vents – MPVs

| Parameter | Permit Condition Number | Limitation | Compliance Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| MACT | 71.1 | Group 1 MPVs shall be routed to a flare | | See 40 CFR Part 63 Subpart CC (Condition 53) | |
| | | Prior to venting to atmosphere, maintenance vents shall meet one of the following: | | | |
| | | Vapor LEL < 10% | | | |
| | | If vapor LEL cannot be measured, equipment pressure reduce to 5 psig or less | | | |
| | | Equipment VOC content < 72 pounds | | | |
| | | For equipment containing pyrophoric catalyst: vapor LEL <20%, except for one event per year not to exceed 35% | | | |

Group 1 MPVs are routed to a flare. For maintenance vents, prior to venting to atmosphere process liquids are removed or equipment is depressured to a control device, fuel gas system or back to the process until one of the conditions in 63.643(c)(1) (Condition 53.14.1) are met. Emissions from MPVs emitted to atmosphere are below the APEN de minimis level.

Miscellaneous process vents are defined in 40 CFR Part 63 Subpart CC §63.641 and include maintenance vents. Process vents can be designated as maintenance vents if the vent is only used as a result of startup, shutdown, maintenance, or inspection of equipment where equipment is emptied, depressurized, degassed or placed into service.

71.1    Miscellaneous process vents are subject to the requirements in 40 CFR Part 63 Subpart CC as set for in Condition 53 of this permit.

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 303

## SECTION III - Permit Shield

<u>Regulation No. 3, 5 CCR 1001-5, Part C, §§I.A.4, V.D., & XIII.B and §25-7-114.4(3)(a), C.R.S.</u>

**1.      Specific Non-Applicable Requirements**

Based upon the information available to the Division and supplied by the applicant, the following parameters and requirements have been specifically identified as non-applicable to the facility to which this permit has been issued. This shield does not protect the source from any violations that occurred prior to or at the time of permit issuance. In addition, this shield does not protect the source from any violations that occur as a result of any modifications or reconstruction on which construction commenced prior to permit issuance.

| Applicable Requirement | Justification |
|---|---|
| **Colorado Regulations** | |
| **FCCU only:** Colorado Regulation No, 1, Section IV.D.2 – CEM Requirements for FCCUs at Petroleum Refineries | The permittee was granted exemption from the CEM requirements by meeting the demonstration correlation requirements listed in Section IV.D.3, and obtaining Division approval of the exemption |
| **Facility Wide except for Main Plant, Asphalt Plant, Rail Rack and Truck Rack Flares:** Colorado Regulation No. 7, Section X. | The facility does not conduct surface coating operations; therefore, the requirements do not apply. |
| **Main Plant, Asphalt Plant, Rail Rack and Truck Rack Flares:** Colorado Regulation No. 7, Section IX, <u>except for Sections IX.A.3.a, b, c and e and IX.A.8.a and b.</u> | The facility does not conduct surface coating operations; therefore, the requirements do not apply.  Reg 7, Sections IX.A.3.a, b, c and e and IX.A.8.a and b apply via Reg 7, Section VIII.B.6. |
| **T67, T70, T74, T75, T77, T78, T80, T776, T778, T1, T34, T55, T58, T96, T97, T116, T775, T2010, T4501, T2, T3, T62, T94, T774, T777, T2006, T3201, T7208:** Colorado Regulation No. 7, Section VI.B.3. | These tanks are not petroleum liquid storage tanks less than 40,000 gallons. |
| **T67, T70, T75, T77, T78, T80, T776, T778, T1, T34, T55, T58, T775, T2010, T4501, T62, T774, T777:** Colorado Regulation No. 7, Section VI.B.2.a. | These tanks are not fixed roof or internal floating roof tanks. |
| **T74, T96, T97, T116, T2, T3, T94, T2006, T3201, T7208:** Colorado Regulation No. 7, Section VI.B.2.c | These tanks are not external floating roof tanks. |
| **T67, T70, T74, T75, T77, T78, T80, T776, T778, T1, T34, T55, T58, T96, T97, T116, T775, T2010, T4501, T2, T3, T62, T94, T774, T777, T2006, T3201, T7208:** Colorado Regulation No. 7, Section VI.C | These requirements apply to loading operations.  Tanks are not loading equipment. |
| **T67, T70, T74, T75, T77, T78, T80, T776, T778, T1, T34, T55, T58, T96, T97, T116, T775, T2010, T4501, T2, T3, T62, T94, T774, T777, T2006, T3201, T7208:** Colorado Regulation No. 7, Section VI.D.2.a | These requirements apply to loading tank trucks.  Tanks are not loading equipment. |

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                        Page 304

| Applicable Requirement | Justification |
|---|---|
| **T67, T70, T74, T75, T77, T78, T80, T778, T1, T34, T55, T96, T97, T116, T2010, T4501, T2, T3, T62, T94, T774, T777, T2006, T3201, T7208:** Colorado Regulation No. 7, Section VII | These tanks are not crude oil tanks. |
| **Main Plant (F1) and Asphalt Plant (F2) Flares:** Colorado Regulation No. 1, Section III.A and Colorado Regulation No. 6, Part B, Section II | Flares are not considered fuel burning equipment. |
| **Boilers B4, B6 and B8.** Colorado Regulation No. 6, Part B, Section IV.B.1. | These requirements do not apply, since these boiler are rated at less than 250 MMBtu/hr. |
| **New Source Performance Standards (NSPS)** | |
| **Facility Wide:** 40 CFR Part 60, Subpart Db – Standards of Performance for Industrial-Commercial-Institutional Steam Generating Units | Facility does not include any steam generating units that were not existing sources as of the June 19, 1984 effective date of NSPS Subpart Db, and that have a heat input capacity from fuels combusted in the steam generating unit of greater than 29 MW (100 MMBtu/hour) |
| **Facility Wide:** 40 CFR Part 60, Subpart Dc – Standards of Performance for Small Industrial-Commercial-Institutional Steam Generating Units | Facility does not include any steam generating units that were not existing sources as of the June 9, 1989 effective date of NSPS Subpart Db, and that have a maximum design heat input capacity of 29 MW (100 MMBtu/hour) or less, but greater than or equal to 2.9 MW (10 MMBtu/hour) |
| **Facility Wide:** 40 CFR Part 60, Subpart NNN – Standards of Performance for VOC Emissions from Synthetic Organic Chemical Manufacturing Industry (SOCMI) Distillation Operations | Facility is not a process unit that produces any of the chemicals listed in 40 CFR 60.667 and does not include any distillation facility that emits a gas stream directly or indirectly to the atmosphere |
| **Facility Wide:** 40 CFR Part 60 Subpart GG, Standards of Performance for Stationary Combustion Turbines. | There are no combustion turbines located at the facility. |
| **Facility Wide:** 40 CFR Part 60 Subpart E, Standards of Performance for Incinerators. | There are no solid waste incinerators located at the facility. |
| **T67, T70, T74, T75, T77, T78, T80, T778:** 40 CFR Part 60 Subpart K - Standards of Performance for Storage Vessels for Petroleum Liquid for Which Construction, Reconstruction or Modification Commenced After June 11, 1973 and Prior to May 19, 1978. | Construction commenced prior to June 11, 1973. |
| **T1, T67, T70, T74, T75, T77, T78, T80, T778:** 40 CFR Part 60 Subpart Kb – Standards of Performance for Volatile Organic Liquid Storage Vessels (Including petroleum Liquid Storage Vessels) for Which Construction, Reconstruction or Modification Commenced After July 23, 1984 | Construction commenced prior to July 23, 1984. |
| **T67, T70, T74, T75, T77, T78, T80, T778:** 40 CFR Part 60 Subpart UU – Standards of Performance for Asphalt Processing and Asphalt Roofing Manufacture. | Construction commenced prior to November 18, 1980. |
| **T1, T34, T55, T58, T96, T97, T116, T775, T2010, T4501, T2, T3, T62, T94, T774, T778, T7208:** 40 CFR Part 60 Subpart UU – Standards of Performance for Asphalt Processing and Asphalt Roofing Manufacture. | Tanks are not asphalt storage tanks. |

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 305

| Applicable Requirement | Justification |
|---|---|
| **T2, T3, T62, T94, T774, T2006, T3201:** 40 CFR Part 60 Subpart Kb – Standards of Performance for Volatile Organic Liquid Storage Vessels (Including petroleum Liquid Storage Vessels) for Which Construction, Reconstruction or Modification Commenced After July 23, 1984 | Tanks store liquids with a maximum true vapor pressure less than 3.5 kPa. |
| **Maximum Achievable Control Technology (MACT)** ||
| **Facility Wide:** 40 CFR Part 63, Subpart F – National Emission Standards for Organic Hazardous Air Pollutants from the Synthetic Organic Chemical Manufacturing Industry | Facility does not manufacture as a primary product, or use as a reactant or manufacture as a product, or co-product, any of the chemicals or organic hazardous air pollutants specified under 40 CFR 63.100 |
| **Facility Wide:** 40 CFR Part 63, Subpart Q – National Emission Standards for Hazardous Air Pollutants for Industrial Process Cooling Towers | Facility does not include any industrial process cooling towers that are operated with chromium-based water treatment chemicals that were not existing sources on the September 8, 1994 effective date of 40 CFR Part 63, Subpart Q |
| **Facility Wide:** 40 CFR Part 63, Subpart T – National Emission Standards for Halogenated Solvent Cleaning | Facility does not include any batch vapor, in-line vapor, in-line cold, and batch cold solvent cleaning machine that uses any solvent containing methylene chloride, perchloroethylene, trichloroethylene, 1,1,1-trichloroethane, carbon tetrachloride, or chloroform, or any combination of these halogenated HAP solvents, in a total concentration greater than 5 percent by weight, as a cleaning and/or drying agent |
| **Facility Wide, Except for the Truck Rack (R102):** 40 CFR Part 63, Subpart GGGGG – National Emission Standards for Hazardous Air Pollutants for Site Remediation | The facility's site remediation is required by an order authorized under RCRA section 7003. (40 CFR 63.7881(b)(3)) In the event that site remediation at the remainder of the refinery is no longer subject to a RCRA order, the provisions in 40 CFR Part 63 Subpart GGGGG apply. |
| **Facility Wide:** 40 CFR Part 63, Subpart EEEE, National Emission Standards for Hazardous Air Pollutants Organic Liquids Distribution (Non-Gasoline) | The loading racks (truck and rail rack), storage tanks and components associated with the storage tanks, loading racks and pipelines between tanks and loading racks do not contain organic liquids. Organic liquids exclude Gasoline (including aviation gasoline), kerosene (No. 1 distillate oil), diesel (No. 2 distillate oil), asphalt, and heavier distillate oils and fuel oils. |
| **T7208:** 40 CFR Part 63, Subpart CC, National Emission Standards for Hazardous Air Pollutants from Petroleum Refineries. | The tank is associated with a gasoline distribution facility with an SIC 5171 and therefore is not subject to these requirements. |
| **T55, T58, T775, T4501, T2, T3, T62, T774, T2006, T3201:** 40 CFR Part 63 Subpart R, National Emission Standards for Gasoline Distribution Facilities (Bulk Gasoline Terminals and Pipeline Breakout Stations) | These requirements do not apply as these tanks do not store gasoline. |

## 2. General Conditions

Compliance with this Operating Permit shall be deemed compliance with all applicable requirements specifically identified in the permit and other requirements specifically identified in the permit as not applicable to the source. This permit shield shall not alter or affect the following:

2.1    The provisions of §§25-7-112 and 25-7-113, C.R.S., or §303 of the federal act, concerning enforcement in cases of emergency;

2.2    The liability of an owner or operator of a source for any violation of applicable requirements prior to or at the time of permit issuance;

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 306

2.3    The applicable requirements of the federal Acid Rain Program, consistent with §408(a) of the federal act;

2.4    The ability of the Air Pollution Control Division to obtain information from a source pursuant to §25-7-111(2)(I), C.R.S., or the ability of the Administrator to obtain information pursuant to §114 of the federal act;

2.5    The ability of the Air Pollution Control Division to reopen the Operating Permit for cause pursuant to Regulation No. 3, Part C, §XIII.

2.6    Sources are not shielded from terms and conditions that become applicable to the source subsequent to permit issuance.

**3.    Streamlined Conditions**

The following applicable requirements have been subsumed within this operating permit using the pertinent streamlining procedures approved by the U.S. EPA. For purposes of the permit shield, compliance with the listed permit conditions will serve as a compliance determination for purposes of the associated subsumed requirements.

| Permit Condition(s) | Streamlined (Subsumed) Requirements |
|---|---|
| **Construction Permit Requirements** | |
| Section II, Conditions 12.3 (H-10, H-11, H-27 and B-4) and 38.2.1 | Construction Permit 90AD053 - fuel sulfur content limit of 0.0026% by weight. |
| Section II, Conditions 21.3, 46.1.1 and 46.14 | Construction Permit 04AD0110, Condition 6 (gases routed to the flare shall not exceed 162 ppmv $H_2S$ on a 3-hr rolling average and compliance with the limit shall be monitored using a continuous fuel gas monitoring system required by T5 permit) |
| Section II, Conditions 28.3, 46.1.1 and 46.14 | Construction Permit 09AD1351, Condition 9 (gases routed to the flare shall not exceed 162 ppmv $H_2S$ on a 3-hr rolling average and compliance with the limit shall be monitored using a continuous fuel gas monitoring system required by T5 permit) |
| Section II, Conditions 31.2, 46.8 and 46.15 | Construction Permit 10AD1768, Condition 9 (gases routed to the flare shall not exceed 162 ppmv $H_2S$ on a 3-hr rolling average and compliance with the limit shall be monitored using a continuous fuel gas monitoring system required by T5 permit) |
| **Colorado Regulations No. 1 and No. 6, Part B Requirements** | |
| Section II, Conditions 22.10.1 and 45.2. | Colorado Regulation No. 1, Section IX (CO emissions from FCCU not to exceed 500 ppmv, on a 1-hr average) |
| Section II, Condition 8.7.3 | Colorado Regulation No. 1, Section VI.B.4.b.(i) [$SO_2$ emissions shall not exceed 0.8 lb/MMBtu] as applicable to the emergency air compressor engines. |
| Section II, Condition 36.1 | Colorado Regulation No. 6, Part B, Section II.C.2 [particulate matter emissions shall not exceed $0.5(FI)^{-0.26}$ lbs/MMBtu] – **State-Only Requirement.** Note that these requirements did not apply to the following equipment: H-16, H-18, H-20, H-22, H10, H-11, H-27, B4, B6 and B8. |
| Section II, Condition 38.1 | Colorado Regulation No. 6, Part B, Section IV.C.2 [$SO_2$ emissions from refineries shall not exceed 0.3 lb/barrel] – **State-Only Requirement** |

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 307

| Permit Condition(s) | Streamlined (Subsumed) Requirements |
|---|---|
| Section II, Condition 56 | Regulation No. 6, Part B, Section I [general provisions] **- State-only Requirement** Note that these requirements did not apply to the following equipment: H-16, H-18, H-20, H-22, H10, H-11, H-27, B4, B6, B8. |
| **Consent Decree and Compliance Order on Consent Requirements** ||
| Section II, Conditions 24.2 and 38.2.3.2 | Consent Decree (H-01-4430), Paragraph 160 [NSPS Subpart J alternative monitoring methods for flares] |
| Section II, Conditions 24.2 and 38.2.3.2 | Compliance Order on Consent, December 17, 2001, paragraph 45 [flare shall meet the requirements in NSPS Subparts A and J]. |
| Section II, Condition 30.2 | Compliance Order on Consent, December 17, 2001, paragraph 43 [flare shall meet the requirements in NSPS Subparts A and J]. |
| Section II, Condition 23.9.1 | Consent Decree (H-01-4430), Paragraph 91 [breakthrough of carbon canisters defined as 50 ppm VOC] |
| **NSPS Requirements** ||
| Section II, Condition 22.2.1 | 40 CFR Part 60 Subpart J §60.104(b)(2) and (c), as adopted by reference in Colorado Regulation No. 6, Part A [SO$_2$ emissions from FCCU shall not exceed 20 lb/ton coke burn-off on a 7-day rolling average] |
| Section II, Condition 22.2.3 | 40 CFR Part 60 Subpart J §60.106(g) and (i) [performance test methods for FCCU SO$_2$ limit in §60.104(b)(2)] |
| Section II, Condition 53 | 40 CFR Part 60 Subpart K, as adopted by reference in Colorado Regulation No. 6, Part A [applied to tank T1] – In accordance with the provisions in Section II, Condition 53.28.3 (63.640(n)(5)) source no longer has to comply with these requirements. |
| **NESHAP Requirements** ||
| Section II, Condition 53 | 40 CFR Part 61 Subpart J, as adopted by reference in Colorado Regulation No. 8, Part A [applied to some components associated with the GBR Unit (F114)] – In accordance with the provisions in Section II, Condition 53.43 (63.640(p)(1)) source no longer has to comply with these requirements. |

# SECTION IV -  General Permit Conditions

5/22/12 version

**1.      Administrative Changes**

Regulation No. 3, 5 CCR 1001-5, Part A, §III.

The permittee shall submit an application for an administrative permit amendment to the Division for those permit changes that are described in Regulation No. 3, Part A, §I.B.1.  The permittee may immediately make the change upon submission of the application to the Division.

**2.      Certification Requirements**

Regulation No. 3, 5 CCR 1001-5, Part C, §§III.B.9., V.C.16.a. & e. and V.C.17.

a.      Any application, report, document and compliance certification submitted to the Air Pollution Control Division pursuant to Regulation No. 3 or the Operating Permit shall contain a certification by a responsible official of the truth, accuracy and completeness of such form, report or certification stating that, based on information and belief formed after reasonable inquiry, the statements and information in the document are true, accurate and complete.

b.      All compliance certifications for terms and conditions in the Operating Permit shall be submitted to the Air Pollution Control Division at least annually unless a more frequent period is specified in the applicable requirement or by the Division in the Operating Permit.

c.      Compliance certifications shall contain:

(i)      the identification of each permit term and condition that is the basis of the certification;

(ii)      the compliance status of the source;

(iii)      whether compliance was continuous or intermittent;

(iv)      method(s) used for determining the compliance status of the source, currently and over the reporting period; and

(v)      such other facts as the Air Pollution Control Division may require to determine the compliance status of the source.

d.      All compliance certifications shall be submitted to the Air Pollution Control Division and to the Environmental Protection Agency at the addresses listed in Appendix D of this Permit.

e.      If the permittee is required to develop and register a risk management plan pursuant to §112(r) of the federal act, the permittee shall certify its compliance with that requirement; the Operating Permit shall not incorporate the contents of the risk management plan as a permit term or condition.

**3.      Common Provisions**

Common Provisions Regulation, 5 CCR 1001-2 §§II.A., II.B., II.C., II.,E., II.F., II.I, and II.J

a.      To Control Emissions Leaving Colorado

When emissions generated from sources in Colorado cross the State boundary line, such emissions shall not cause the air quality standards of the receiving State to be exceeded, provided reciprocal action is taken by the receiving State.

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 309

b.      Emission Monitoring Requirements

The Division may require owners or operators of stationary air pollution sources to install, maintain, and use instrumentation to monitor and record emission data as a basis for periodic reports to the Division.

c.      Performance Testing

The owner or operator of any air pollution source shall, upon request of the Division, conduct performance test(s) and furnish the Division a written report of the results of such test(s) in order to determine compliance with applicable emission control regulations.

Performance test(s) shall be conducted and the data reduced in accordance with the applicable reference test methods unless the Division:

(i)      specifies or approves, in specific cases, the use of a test method with minor changes in methodology;

(ii)     approves the use of an equivalent method;

(iii)    approves the use of an alternative method the results of which the Division has determined to be adequate for indicating where a specific source is in compliance; or

(iv)    waives the requirement for performance test(s) because the owner or operator of a source has demonstrated by other means to the Division's satisfaction that the affected facility is in compliance with the standard. Nothing in this paragraph shall be construed to abrogate the Commission's or Division's authority to require testing under the Colorado Revised Statutes, Title 25, Article 7, and pursuant to regulations promulgated by the Commission.

Compliance test(s) shall be conducted under such conditions as the Division shall specify to the plant operator based on representative performance of the affected facility. The owner or operator shall make available to the Division such records as may be necessary to determine the conditions of the performance test(s). Operations during period of startup, shutdown, and malfunction shall not constitute representative conditions of performance test(s) unless otherwise specified in the applicable standard.

The owner or operator of an affected facility shall provide the Division thirty days prior notice of the performance test to afford the Division the opportunity to have an observer present. The Division may waive the thirty day notice requirement provided that arrangements satisfactory to the Division are made for earlier testing.

The owner or operator of an affected facility shall provide, or cause to be provided, performance testing facilities as follows:

(i)      Sampling ports adequate for test methods applicable to such facility;

(ii)     Safe sampling platform(s);

(iii)    Safe access to sampling platform(s); and

(iv)    Utilities for sampling and testing equipment.

Each performance test shall consist of at least three separate runs using the applicable test method. Each run shall be conducted for the time and under the conditions specified in the applicable standard. For the purpose of determining compliance with an applicable standard, the arithmetic mean of results of at least three runs shall apply. In the event that a sample is accidentally lost or conditions occur in which one of the runs must be discontinued because of forced shutdown, failure of an irreplaceable portion of the sample train, extreme meteorological conditions, or other

circumstances beyond the owner or operator's control, compliance may, upon the Division's approval, be determined using the arithmetic mean of the results of the two other runs.

Nothing in this section shall abrogate the Division's authority to conduct its own performance test(s) if so warranted.

d.  Affirmative Defense Provision for Excess Emissions during Malfunctions

An affirmative defense to a claim of violation under these regulations is provided to owners and operators for civil penalty actions for excess emissions during periods of malfunction. To establish the affirmative defense and to be relieved of a civil penalty in any action to enforce an applicable requirement, the owner or operator of the facility must meet the notification requirements below in a timely manner and prove by a preponderance of evidence that:

(i)  The excess emissions were caused by a sudden, unavoidable breakdown of equipment, or a sudden, unavoidable failure of a process to operate in the normal or usual manner, beyond the reasonable control of the owner or operator;

(ii)  The excess emissions did not stem from any activity or event that could have reasonably been foreseen and avoided, or planned for, and could not have been avoided by better operation and maintenance practices;

(iii)  Repairs were made as expeditiously as possible when the applicable emission limitations were being exceeded;

(iv)  The amount and duration of the excess emissions (including any bypass) were minimized to the maximum extent practicable during periods of such emissions;

(v)  All reasonably possible steps were taken to minimize the impact of the excess emissions on ambient air quality;

(vi)  All emissions monitoring systems were kept in operation (if at all possible);

(vii)  The owner or operator's actions during the period of excess emissions were documented by properly signed, contemporaneous operating logs or other relevant evidence;

(viii)  The excess emissions were not part of a recurring pattern indicative of inadequate design, operation, or maintenance;

(ix)  At all times, the facility was operated in a manner consistent with good practices for minimizing emissions. This section is intended solely to be a factor in determining whether an affirmative defense is available to an owner or operator, and shall not constitute an additional applicable requirement; and

(x)  During the period of excess emissions, there were no exceedances of the relevant ambient air quality standards established in the Commissions' Regulations that could be attributed to the emitting source.

The owner or operator of the facility experiencing excess emissions during a malfunction shall notify the division verbally as soon as possible, but no later than noon of the Division's next working day, and shall submit written notification following the initial occurrence of the excess emissions by the end of the source's next reporting period. The notification shall address the criteria set forth above.

The Affirmative Defense Provision contained in this section shall not be available to claims for injunctive relief.

The Affirmative Defense Provision does not apply to failures to meet federally promulgated performance standards or emission limits, including, but not limited to, new source performance standards and national emission standards for hazardous air pollutants. The affirmative defense provision does not apply to state implementation plan (sip) limits or permit limits that have been set taking into account potential emissions during malfunctions, including, but

not necessarily limited to, certain limits with 30-day or longer averaging times, limits that indicate they apply during malfunctions, and limits that indicate they apply at all times or without exception.

e.    Circumvention Clause

A person shall not build, erect, install, or use any article, machine, equipment, condition, or any contrivance, the use of which, without resulting in a reduction in the total release of air pollutants to the atmosphere, reduces or conceals an emission which would otherwise constitute a violation of this regulation. No person shall circumvent this regulation by using more openings than is considered normal practice by the industry or activity in question.

f.    Compliance Certifications

For the purpose of submitting compliance certifications or establishing whether or not a person has violated or is in violation of any standard in the Colorado State Implementation Plan, nothing in the Colorado State Implementation Plan shall preclude the use, including the exclusive use, of any credible evidence or information, relevant to whether a source would have been in compliance with applicable requirements if the appropriate performance or compliance test or procedure had been performed. Evidence that has the effect of making any relevant standard or permit term more stringent shall not be credible for proving a violation of the standard or permit term.

When compliance or non-compliance is demonstrated by a test or procedure provided by permit or other applicable requirement, the owner or operator shall be presumed to be in compliance or non-compliance unless other relevant credible evidence overcomes that presumption.

g.    Affirmative Defense Provision for Excess Emissions During Startup and Shutdown

An affirmative defense is provided to owners and operators for civil penalty actions for excess emissions during periods of startup and shutdown. To establish the affirmative defense and to be relieved of a civil penalty in any action to enforce an applicable requirement, the owner or operator of the facility must meet the notification requirements below in a timely manner and prove by a preponderance of the evidence that:

(i)    The periods of excess emissions that occurred during startup and shutdown were short and infrequent and could not have been prevented through careful planning and design;

(ii)    The excess emissions were not part of a recurring pattern indicative of inadequate design, operation or maintenance;

(iii)    If the excess emissions were caused by a bypass (an intentional diversion of control equipment), then the bypass was unavoidable to prevent loss of life, personal injury, or severe property damage;

(iv)    The frequency and duration of operation in startup and shutdown periods were minimized to the maximum extent practicable;

(v)    All possible steps were taken to minimize the impact of excess emissions on ambient air quality;

(vi)    All emissions monitoring systems were kept in operation (if at all possible);

(vii)    The owner or operator's actions during the period of excess emissions were documented by properly signed, contemporaneous operating logs or other relevant evidence; and,

(viii)    At all times, the facility was operated in a manner consistent with good practices for minimizing emissions. This subparagraph is intended solely to be a factor in determining whether an affirmative defense is available to an owner or operator, and shall not constitute an additional applicable requirement.

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 312

The owner or operator of the facility experiencing excess emissions during startup and shutdown shall notify the Division verbally as soon as possible, but no later than two (2) hours after the start of the next working day, and shall submit written quarterly notification following the initial occurrence of the excess emissions. The notification shall address the criteria set forth above.

The Affirmative Defense Provision contained in this section shall not be available to claims for injunctive relief.

The Affirmative Defense Provision does not apply to State Implementation Plan provisions or other requirements that derive from new source performance standards or national emissions standards for hazardous air pollutants, or any other federally enforceable performance standard or emission limit with an averaging time greater than twenty-four hours.  In addition, an affirmative defense cannot be used by a single source or small group of sources where the excess emissions have the potential to cause an exceedance of the ambient air quality standards or Prevention of Significant Deterioration (PSD) increments.

In making any determination whether a source established an affirmative defense, the Division shall consider the information within the notification required above and any other information the Division deems necessary, which may include, but is not limited to, physical inspection of the facility and review of documentation pertaining to the maintenance and operation of process and air pollution control equipment.

**4.      Compliance Requirements**

Regulation No. 3, 5 CCR 1001-5, Part C, §§III.C.9., V.C.11. & 16.d. and §25-7-122.1(2), C.R.S.

a.      The permittee must comply with all conditions of the Operating Permit.  Any permit noncompliance relating to federally-enforceable terms or conditions constitutes a violation of the federal act, as well as the state act and Regulation No. 3.  Any permit noncompliance relating to state-only terms or conditions constitutes a violation of the state act and Regulation No. 3, shall be enforceable pursuant to state law, and shall not be enforceable by citizens under §304 of the federal act.  Any such violation of the federal act, the state act or regulations implementing either statute is grounds for enforcement action, for permit termination, revocation and reissuance or modification or for denial of a permit renewal application.

b.      It shall not be a defense for a permittee in an enforcement action or a consideration in favor of a permittee in a permit termination, revocation or modification action or action denying a permit renewal application that it would have been necessary to halt or reduce the permitted activity in order to maintain compliance with the conditions of the permit.

c.      The permit may be modified, revoked, reopened, and reissued, or terminated for cause.  The filing of any request by the permittee for a permit modification, revocation and reissuance, or termination, or any notification of planned changes or anticipated noncompliance does not stay any permit condition, except as provided in §§X. and XI. of Regulation No. 3, Part C.

d.      The permittee shall furnish to the Air Pollution Control Division, within a reasonable time as specified by the Division, any information that the Division may request in writing to determine whether cause exists for modifying, revoking and reissuing, or terminating the permit or to determine compliance with the permit.  Upon request, the permittee shall also furnish to the Division copies of records required to be kept by the permittee, including information claimed to be confidential.  Any information subject to a claim of confidentiality shall be specifically identified and submitted separately from information not subject to the claim.

e.      Any schedule for compliance for applicable requirements with which the source is not in compliance at the time of permit issuance shall be supplemental, and shall not sanction noncompliance with, the applicable requirements on which it is based.

f.   For any compliance schedule for applicable requirements with which the source is not in compliance at the time of permit issuance, the permittee shall submit, at least every 6 months unless a more frequent period is specified in the applicable requirement or by the Air Pollution Control Division, progress reports which contain the following:

   (i)   dates for achieving the activities, milestones, or compliance required in the schedule for compliance, and dates when such activities, milestones, or compliance were achieved; and

   (ii)  an explanation of why any dates in the schedule of compliance were not or will not be met, and any preventive or corrective measures adopted.

g.   The permittee shall not knowingly falsify, tamper with, or render inaccurate any monitoring device or method required to be maintained or followed under the terms and conditions of the Operating Permit.

**5.   Emergency Provisions**

Regulation No. 3, 5 CCR 1001-5, Part C, §VII.

An emergency means any situation arising from sudden and reasonably unforeseeable events beyond the control of the source, including acts of God, which situation requires immediate corrective action to restore normal operation, and that causes the source to exceed the technology-based emission limitation under the permit due to unavoidable increases in emissions attributable to the emergency.  "Emergency" does not include noncompliance to the extent caused by improperly designed equipment, lack of preventative maintenance, careless or improper operation, or operator error.  An emergency constitutes an affirmative defense to an enforcement action brought for noncompliance with a technology-based emission limitation if the permittee demonstrates, through properly signed, contemporaneous operating logs, or other relevant evidence that:

a.   an emergency occurred and that the permittee can identify the cause(s) of the emergency;

b.   the permitted facility was at the time being properly operated;

c.   during the period of the emergency the permittee took all reasonable steps to minimize levels of emissions that exceeded the emission standards, or other requirements in the permit; and

d.   the permittee submitted oral notice of the emergency to the Air Pollution Control Division no later than noon of the next working day following the emergency, and followed by written notice within one month of the time when emissions limitations were exceeded due to the emergency.  This notice must contain a description of the emergency, any steps taken to mitigate emissions, and corrective actions taken.

This emergency provision is in addition to any emergency or malfunction provision contained in any applicable requirement.

**6.   Emission Controls for Asbestos**

Regulation No. 8, 5 CCR 1001-10, Part B

The permittee shall not conduct any asbestos abatement activities except in accordance with the provisions of Regulation No. 8, Part B, "asbestos control."

**7.   Emissions Trading, Marketable Permits, Economic Incentives**

Regulation No. 3, 5 CCR 1001-5, Part C, §V.C.13.

No permit revision shall be required under any approved economic incentives, marketable permits, emissions trading and other similar programs or processes for changes that are specifically provided for in the permit.

**8.      Fee Payment**

C.R.S. §§25-7-114.1(6) and 25-7-114.7

a.      The permittee shall pay an annual emissions fee in accordance with the provisions of C.R.S. §25-7-114.7.  A 1% per month late payment fee shall be assessed against any invoice amounts not paid in full on the 91st day after the date of invoice, unless a permittee has filed a timely protest to the invoice amount.

b.      The permittee shall pay a permit processing fee in accordance with the provisions of C.R.S. §25-7-114.7.  If the Division estimates that processing of the permit will take more than 30 hours, it will notify the permittee of its estimate of what the actual charges may be prior to commencing any work exceeding the 30 hour limit.

c.      The permittee shall pay an APEN fee in accordance with the provisions of C.R.S. §25-7-114.1(6) for each APEN or revised APEN filed.

**9.      Fugitive Particulate Emissions**

Regulation No. 1, 5 CCR 1001-3, §III.D.1.

The permittee shall employ such control measures and operating procedures as are necessary to minimize fugitive particulate emissions into the atmosphere, in accordance with the provisions of Regulation No. 1, §III.D.1.

**10.     Inspection and Entry**

Regulation No. 3, 5 CCR 1001-5, Part C, §V.C.16.b.

Upon presentation of credentials and other documents as may be required by law, the permittee shall allow the Air Pollution Control Division, or any authorized representative, to perform the following:

a.      enter upon the permittee's premises where an Operating Permit source is located, or emissions-related activity is conducted, or where records must be kept under the terms of the permit;

b.      have access to, and copy, at reasonable times, any records that must be kept under the conditions of the permit;

c.      inspect at reasonable times any facilities, equipment (including monitoring and air pollution control equipment), practices, or operations regulated or required under the Operating Permit;

d.      sample or monitor at reasonable times, for the purposes of assuring compliance with the Operating Permit or applicable requirements, any substances or parameters.

**11.     Minor Permit Modifications**

Regulation No. 3, 5 CCR 1001-5, Part C, §§X. & XI.

The permittee shall submit an application for a minor permit modification before making the change requested in the application.  The permit shield shall not extend to minor permit modifications.

**12.     New Source Review**

Regulation No. 3, 5 CCR 1001-5, Part B

The permittee shall not commence construction or modification of a source required to be reviewed under the New Source Review provisions of Regulation No. 3, Part B, without first receiving a construction permit.

**13.    No Property Rights Conveyed**

Regulation No. 3, 5 CCR 1001-5, Part C, §V.C.11.d.

This permit does not convey any property rights of any sort, or any exclusive privilege.

**14.    Odor**

Regulation No. 2, 5 CCR 1001-4, Part A

As a matter of state law only, the permittee shall comply with the provisions of Regulation No. 2 concerning odorous emissions.

**15.    Off-Permit Changes to the Source**

Regulation No. 3, 5 CCR 1001-5, Part C, §XII.B.

The permittee shall record any off-permit change to the source that causes the emissions of a regulated pollutant subject to an applicable requirement, but not otherwise regulated under the permit, and the emissions resulting from the change, including any other data necessary to show compliance with applicable ambient air quality standards. The permittee shall provide contemporaneous notification to the Air Pollution Control Division and to the Environmental Protection Agency at the addresses listed in Appendix D of this Permit. The permit shield shall not apply to any off-permit change.

**16.    Opacity**

Regulation No. 1, 5 CCR 1001-3, §§I., II.

The permittee shall comply with the opacity emissions limitation set forth in Regulation No. 1, §§I.-II.

**17.    Open Burning**

Regulation No. 9, 5 CCR 1001-11

The permittee shall obtain a permit from the Division for any regulated open burning activities in accordance with provisions of Regulation No. 9.

**18.    Ozone Depleting Compounds**

Regulation No. 15, 5 CCR 1001-17

The permittee shall comply with the provisions of Regulation No. 15 concerning emissions of ozone depleting compounds. Sections I., II.C., II.D., III. IV., and V. of Regulation No. 15 shall be enforced as a matter of state law only.

**19.    Permit Expiration and Renewal**

Regulation No. 3, 5 CCR 1001-5, Part C, §§III.B.6., IV.C., V.C.2.

a.      The permit term shall be five (5) years. The permit shall expire at the end of its term. Permit expiration terminates the permittee's right to operate unless a timely and complete renewal application is submitted.

b.      Applications for renewal shall be submitted at least twelve months, but not more than 18 months, prior to the expiration of the Operating Permit. An application for permit renewal may address only those portions of the permit that require revision, supplementing, or deletion, incorporating the remaining permit terms by reference from the previous permit. A copy of any materials incorporated by reference must be included with the application.

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 316

20.    **Portable Sources**

Regulation No. 3, 5 CCR 1001-5, Part C, §I.D.

Portable Source permittees shall notify the Air Pollution Control Division at least 10 days in advance of each change in location.

21.    **Prompt Deviation Reporting**

Regulation No. 3, 5 CCR 1001-5, Part C, §§V.C.7.b.

The permittee shall promptly report any deviation from permit requirements, including those attributable to malfunction conditions as defined in the permit, the probable cause of such deviations, and any corrective actions or preventive measures taken.

"Prompt" is defined as follows:

a.    Any definition of "prompt" or a specific timeframe for reporting deviations provided in an underlying applicable requirement as identified in this permit; or

b.    Where the underlying applicable requirement fails to address the time frame for reporting deviations, reports of deviations will be submitted based on the following schedule:

   (i)    For emissions of a hazardous air pollutant or a toxic air pollutant (as identified in the applicable regulation) that continue for more than an hour in excess of permit requirements, the report shall be made within 24 hours of the occurrence;

   (ii)   For emissions of any regulated air pollutant, excluding a hazardous air pollutant or a toxic air pollutant that continue for more than two hours in excess of permit requirements, the report shall be made within 48 hours; and

   (iii)  For all other deviations from permit requirements, the report shall be submitted every six (6) months, except as otherwise specified by the Division in the permit in accordance with paragraph 22.d. below.

c.    If any of the conditions in paragraphs b.i or b.ii above are met, the source shall notify the Division by telephone (303-692-3155) or facsimile (303-782-0278) based on the timetables listed above. *[Explanatory note: Notification by telephone or facsimile must specify that this notification is a deviation report for an Operating Permit.]* A written notice, certified consistent with General Condition 2.a. above (Certification Requirements), shall be submitted within 10 working days of the occurrence. All deviations reported under this section shall also be identified in the 6-month report required above.

"Prompt reporting" does not constitute an exception to the requirements of "Emergency Provisions" for the purpose of avoiding enforcement actions.

22.    **Record Keeping and Reporting Requirements**

Regulation No. 3, 5 CCR 1001-5, Part A, §II.; Part C, §§V.C.6., V.C.7.

a.    Unless otherwise provided in the source specific conditions of this Operating Permit, the permittee shall maintain compliance monitoring records that include the following information:

   (i)    date, place as defined in the Operating Permit, and time of sampling or measurements;

   (ii)   date(s) on which analyses were performed;

(iii)    the company or entity that performed the analysis;

(iv)    the analytical techniques or methods used;

(v)    the results of such analysis; and

(vi)    the operating conditions at the time of sampling or measurement.

b.    The permittee shall retain records of all required monitoring data and support information for a period of at least five (5) years from the date of the monitoring sample, measurement, report or application. Support information, for this purpose, includes all calibration and maintenance records and all original strip-chart recordings for continuous monitoring instrumentation, and copies of all reports required by the Operating Permit. With prior approval of the Air Pollution Control Division, the permittee may maintain any of the above records in a computerized form.

c.    Permittees must retain records of all required monitoring data and support information for the most recent twelve (12) month period, as well as compliance certifications for the past five (5) years on-site at all times. A permittee shall make available for the Air Pollution Control Division's review all other records of required monitoring data and support information required to be retained by the permittee upon 48 hours advance notice by the Division.

d.    The permittee shall submit to the Air Pollution Control Division all reports of any required monitoring at least every six (6) months, unless an applicable requirement, the compliance assurance monitoring rule, or the Division requires submission on a more frequent basis. All instances of deviations from any permit requirements must be clearly identified in such reports.

e.    The permittee shall file an Air Pollutant Emissions Notice ("APEN") prior to constructing, modifying, or altering any facility, process, activity which constitutes a stationary source from which air pollutants are or are to be emitted, unless such source is exempt from the APEN filing requirements of Regulation No. 3, Part A, §II.D. A revised APEN shall be filed annually whenever a significant change in emissions, as defined in Regulation No. 3, Part A, §II.C.2., occurs; whenever there is a change in owner or operator of any facility, process, or activity; whenever new control equipment is installed; whenever a different type of control equipment replaces an existing type of control equipment; whenever a permit limitation must be modified; or before the APEN expires. An APEN is valid for a period of five years. The five-year period recommences when a revised APEN is received by the Air Pollution Control Division. Revised APENs shall be submitted no later than 30 days before the five-year term expires. Permittees submitting revised APENs to inform the Division of a change in actual emission rates must do so by April 30 of the following year. Where a permit revision is required, the revised APEN must be filed along with a request for permit revision. APENs for changes in control equipment must be submitted before the change occurs. Annual fees are based on the most recent APEN on file with the Division.

23.    **Reopenings for Cause**

Regulation No. 3, 5 CCR 1001-5, Part C, §XIII.

a.    The Air Pollution Control Division shall reopen, revise, and reissue Operating Permits; permit reopenings and reissuance shall be processed using the procedures set forth in Regulation No. 3, Part C, §III., except that proceedings to reopen and reissue permits affect only those parts of the permit for which cause to reopen exists.

b.    The Division shall reopen a permit whenever additional applicable requirements become applicable to a major source with a remaining permit term of three or more years, unless the effective date of the requirements is later than the date on which the permit expires, or unless a general permit is obtained to address the new requirements; whenever additional requirements (including excess emissions requirements) become applicable to an affected source under the acid rain program; whenever the Division determines the permit contains a material mistake or that inaccurate statements were made in establishing the emissions standards or other terms or conditions of the permit; or whenever the Division determines that the permit must be revised or revoked to assure compliance with an applicable requirement.

c.    The Division shall provide 30 days' advance notice to the permittee of its intent to reopen the permit, except that a shorter notice may be provided in the case of an emergency.

d.    The permit shield shall extend to those parts of the permit that have been changed pursuant to the reopening and reissuance procedure.

**24.    Section 502(b)(10) Changes**

Regulation No. 3, 5 CCR 1001-5, Part C, §XII.A.

The permittee shall provide a minimum 7-day advance notification to the Air Pollution Control Division and to the Environmental Protection Agency at the addresses listed in Appendix D of this Permit.  The permittee shall attach a copy of each such notice given to its Operating Permit.

**25.    Severability Clause**

Regulation No. 3, 5 CCR 1001-5, Part C, §V.C.10.

In the event of a challenge to any portion of the permit, all emissions limits, specific and general conditions, monitoring, record keeping and reporting requirements of the permit, except those being challenged, remain valid and enforceable.

**26.    Significant Permit Modifications**

Regulation No. 3, 5 CCR 1001-5, Part C, §III.B.2.

The permittee shall not make a significant modification required to be reviewed under Regulation No. 3, Part B ("Construction Permit" requirements) without first receiving a construction permit.  The permittee shall submit a complete Operating Permit application or application for an Operating Permit revision for any new or modified source within twelve months of commencing operation, to the address listed in Item 1 in Appendix D of this permit.  If the permittee chooses to use the "Combined Construction/Operating Permit" application procedures of Regulation No. 3, Part C, then the Operating Permit must be received prior to commencing construction of the new or modified source.

**27.    Special Provisions Concerning the Acid Rain Program**

Regulation No. 3, 5 CCR 1001-5, Part C, §§V.C.1.b. & 8

a.    Where an applicable requirement of the federal act is more stringent than an applicable requirement of regulations promulgated under Title IV of the federal act, 40 Code of Federal Regulations (CFR) Part 72, both provisions shall be incorporated into the permit and shall be federally enforceable.

b.    Emissions exceeding any allowances that the source lawfully holds under Title IV of the federal act or the regulations promulgated thereunder, 40 CFR Part 72, are expressly prohibited.

**28.    Transfer or Assignment of Ownership**

Regulation No. 3, 5 CCR 1001-5, Part C, §II.C.

No transfer or assignment of ownership of the Operating Permit source will be effective unless the prospective owner or operator applies to the Air Pollution Control Division on Division-supplied Administrative Permit Amendment forms, for reissuance of the existing Operating Permit.  No administrative permit shall be complete until a written agreement containing a specific date for transfer of permit, responsibility, coverage, and liability between the permittee and the prospective owner or operator has been submitted to the Division.

29.    **Volatile Organic Compounds**

Regulation No. 7, 5 CCR 1001-9, §§III & V.

The requirements in paragraphs a, b and e apply to sources located in an ozone non-attainment area or the Denver 1-hour ozone attainment/maintenance area.  The requirements in paragraphs c and d apply statewide.

a.    All storage tank gauging devices, anti-rotation devices, accesses, seals, hatches, roof drainage systems, support structures, and pressure relief valves shall be maintained and operated to prevent detectable vapor loss except when opened, actuated, or used for necessary and proper activities (e.g. maintenance).  Such opening, actuation, or use shall be limited so as to minimize vapor loss.

Detectable vapor loss shall be determined visually, by touch, by presence of odor, or using a portable hydrocarbon analyzer.  When an analyzer is used, detectable vapor loss means a VOC concentration exceeding 10,000 ppm. Testing shall be conducted as in Regulation No. 7, Section  VIII.C.3.

b.    Except when otherwise provided by Regulation No. 7, all volatile organic compounds, excluding petroleum liquids, transferred to any tank, container, or vehicle compartment with a capacity exceeding 212 liters (56 gallons), shall be transferred using submerged or bottom filling equipment.  For top loading, the fill tube shall reach within six inches of the bottom of the tank compartment.  For bottom-fill operations, the inlet shall be flush with the tank bottom.

c.    The permittee shall not dispose of volatile organic compounds by evaporation or spillage unless Reasonably Available Control Technology (RACT) is utilized.

d.    No owner or operator of a bulk gasoline terminal, bulk gasoline plant, or gasoline dispensing facility as defined in Colorado Regulation No. 7, Section VI, shall permit gasoline to be intentionally spilled, discarded in sewers, stored in open containers, or disposed of in any other manner that would result in evaporation.

e.    Beer production and associated beer container storage and transfer operations involving volatile organic compounds with a true vapor pressure of less than 1.5 PSIA actual conditions are exempt from the provisions of paragraph b, above.

30.    **Wood Stoves and Wood burning Appliances**

Regulation No. 4, 5 CCR 1001-6

The permittee shall comply with the provisions of Regulation No. 4 concerning the advertisement, sale, installation, and use of wood stoves and wood burning appliances.

Air Pollution Control Division
Colorado Operating Permit
Appendices

# OPERATING PERMIT APPENDICES

A -   INSPECTION INFORMATION
B -   MONITORING AND PERMIT DEVIATION REPORT FORMAT
C -   COMPLIANCE CERTIFICATION REPORT
D -   NOTIFICATION ADDRESSES
E -   PERMIT ACRONYMS
F -   PERMIT MODIFICATIONS
G –   CONSENT DECREE BENZENE, LDAR AND FLARING EVENTS
H –   $SO_2$ EMISSIONS CALCULATION METHODOLOGY
I -   SITE REMEDIATION MACT (40 CFR PART 63 SUBPART GGGGG) APPLICABILITY DIAGRAM
J     PLANT 1 FCCU OPACITY PLAN
K     PREVENTION OF SIGNIFICANT DETERIORATION (PSD) REVIEW AND NON-ATTAINMENT AREA NEW SOURCE REVIEW (NANSR) APPLICABILITY TESTS


\*DISCLAIMER:

None of the information found in these Appendices shall be considered to be State or Federally enforceable, except as otherwise stated in this permit, and is presented to assist the source, permitting authority, inspectors, and citizens.

---

Permit Number: 96OPAD120

First Issued: 8/1/04
Renewed: 10/1/12
Last Revised: 2/22/18

## APPENDIX A - Inspection Information

**Directions to Plant:**

The facility is located at 5801 Brighton Boulevard, Commerce City. The Suncor visitor orientation facility is located on 56th Avenue near the Source Crude Unit entrance.

**Safety Equipment Required:**

Eye Protection (Safety Glasses with Shields)*; Hard Hat[*]; Safety Shoes; Hearing Protection[*]; Nomex Coveralls[*]

[*]The permittee can provide this equipment at the site for visitors

**Facility Plot Plan:**

A facility plot plan is not included in the permit at this time.

**List of Insignificant Activities:**

The following list of insignificant activities was provided by the source to assist in the understanding of the facility layout. Since there is no requirement to update such a list, activities may have changed since the last filing.

The asterisk (*) denotes an insignificant activity source category based on the size of the activity, emissions levels from the activity or the production rate of the activity. The owner or operator of individual emission points in insignificant activity source categories marked with an asterisk (*) must maintain sufficient record keeping verifying that the exemption applies. Such records shall be made available for Division review upon request. (Colorado Regulation No. 3, Part C, Section II.E)

Units with emissions less than APEN de minimis - criteria pollutants (Reg 3 Part C.II.E.3.a)*

WWTS RTO purge valve (VOC emissions < 1 ton/yr)
Soda ash (Tank T335) vent system ($PM/PM_{10}/PM_{2.5}$ emissions < 2 ton/yr)
Cat Poly Unit – catalyst loading, unloading and blowdowns ($PM/PM_{10}/PM_{2.5}$ emissions < 2 ton/yr)
Tank D162      Additives
Tank D163      Additive
Tank T334      Diesel dye
Tank T2004     Bio-diesel – B100 (80,000 gallons)
Tank T2007     Bio-diesel – B100 (80,000 gallons)
Tank T8301     Bio-additives (15,000 gallons)
RPC West Zone AS System ()
    Note that emissions from this system must be included in the emission calculations required by Section I, Condition 69.1.

Units with emissions less than APEN de minimis - non-criteria reportable pollutants (Reg 3 Part C.II.E.3.b)

In-house experimental and analytical laboratory equipment (Reg 3 Part C.II.E.3.i.(i))

Refinery control laboratory

Chemical storage tanks or containers < 500 gal (Reg 3 Part C.II.E.3.n)*

Chemical additive tanks
Bulk chemical storage

Fuel storage and dispensing equipment in ozone attainment areas throughput < 400 gal/day averaged over 30 days (Reg 3 Part C.II.E.3.ccc)*

four (4) gasoline tanks, each tank 500 gal capacity

Storage tanks with annual throughput less than 400,000 gal/yr and meeting content specifications (Reg 3 Part C.II.E.3.fff)*

Tank T330        Diesel
Tank T331        Diesel
Tanks T332       Diesel

Non-Road Engines

Misc. diesel-driven plant equipment

# APPENDIX B

## Reporting Requirements and Definitions

**with codes ver 8/20/14**

Please note that, pursuant to 113(c)(2) of the federal Clean Air Act, any person who knowingly:

(A)     makes any false material statement, representation, or certification in, or omits material information from, or knowingly alters, conceals, or fails to file or maintain any notice, application, record, report, plan, or other document required pursuant to the Act to be either filed or maintained (whether with respect to the requirements imposed by the Administrator or by a State);

(B)     fails to notify or report as required under the Act; or

(C)     falsifies, tampers with, renders inaccurate, or fails to install any monitoring device or method required to be maintained or followed under the Act shall, upon conviction, be punished by a fine pursuant to title 18 of the United States Code, or by imprisonment for not more than 2 years, or both.  If a conviction of any person under this paragraph is for a violation committed after a first conviction of such person under this paragraph, the maximum punishment shall be doubled with respect to both the fine and imprisonment.

The permittee must comply with all conditions of this operating permit.  Any permit noncompliance constitutes a violation of the Act and is grounds for enforcement action; for permit termination, revocation and reissuance, or modification; or for denial of a permit renewal application.

---

The Part 70 Operating Permit program requires three types of reports to be filed for all permits.
All required reports must be certified by a responsible official.

**Report #1: Monitoring Deviation Report** (due at least every six months)

*For purposes of this operating permit, the Division is requiring that the monitoring reports are due every six months unless otherwise noted in the permit.*  All instances of deviations from permit monitoring requirements must be clearly identified in such reports.

For purposes of this operating permit, monitoring means any condition determined by observation, by data from any monitoring protocol, or by any other monitoring which is required by the permit as well as the recordkeeping associated with that monitoring.  This would include, for example, fuel use or process rate monitoring, fuel analyses, and operational or control device parameter monitoring.

**Report #2: Permit Deviation Report (must be reported "promptly")**

In addition to the monitoring requirements set forth in the permits as discussed above, each and every requirement of the permit is subject to deviation reporting.  The reports must address deviations from permit

requirements, including those attributable to malfunctions as defined in this Appendix, the probable cause of such deviations, and any corrective actions or preventive measures taken. All deviations from any term or condition of the permit are required to be summarized or referenced in the annual compliance certification.

For purposes of this operating permit, "malfunction" shall refer to both emergency conditions and malfunctions. Additional discussion on these conditions is provided later in this Appendix.

*For purposes of this operating permit, the Division is requiring that the permit deviation reports are due as set forth in General Condition 22.* Where the underlying applicable requirement contains a definition of prompt or otherwise specifies a time frame for reporting deviations, that definition or time frame shall govern. For example, quarterly Excess Emission Reports required by an NSPS or Regulation No. 1, Section IV.

In addition to the monitoring deviations discussed above, included in the meaning of deviation for the purposes of this operating permit are any of the following:

(1)     A situation where emissions exceed an emission limitation or standard contained in the permit;

(2)     A situation where process or control device parameter values demonstrate that an emission limitation or standard contained in the permit has not been met;

(3)     A situation in which observations or data collected demonstrates noncompliance with an emission limitation or standard or any work practice or operating condition required by the permit; or,

(4)     A situation in which an excursion or exceedance as defined in 40CFR Part 64 (the Compliance Assurance Monitoring (CAM) Rule) has occurred. (only if the emission point is subject to CAM)

For reporting purposes, the Division has combined the Monitoring Deviation Report with the Permit Deviation Report. All deviations shall be reported using the following codes:

**1 = Standard:**       When the requirement is an emission limit or standard
**2 = Process:**        When the requirement is a production/process limit
**3 = Monitor:**        When the requirement is monitoring
**4 = Test:**           When the requirement is testing
**5 = Maintenance:**    When required maintenance is not performed
**6 = Record:**         When the requirement is recordkeeping
**7 = Report:**         When the requirement is reporting
**8 = CAM:**            A situation in which an excursion or exceedance as defined in 40CFR Part 64 (the Compliance Assurance Monitoring (CAM) Rule) has occurred.
**9 = Other:**          When the deviation is not covered by any of the above categories

**Report #3: Compliance Certification (annually, as defined in the permit)**

Submission of compliance certifications with terms and conditions in the permit, including emission limitations, standards, or work practices, is required not less than annually.

Air Pollution Control Division
Colorado Operating Permit                                                    Appendix B
Monitoring and Permit Deviation Report                                           Page 3

Compliance Certifications are intended to state the compliance status of each requirement of the permit over the certification period. They must be based, at a minimum, on the testing and monitoring methods specified in the permit that were conducted during the relevant time period. In addition, if the owner or operator knows of other material information (i.e. information beyond required monitoring that has been specifically assessed in relation to how the information potentially affects compliance status), that information must be identified and addressed in the compliance certification. The compliance certification must include the following:

- The identification of each term or condition of the permit that is the basis of the certification;

- Whether or not the method(s) used by the owner or operator for determining the compliance status with each permit term and condition during the certification period was the method(s) specified in the permit. Such methods and other means shall include, at a minimum, the methods and means required in the permit. If necessary, the owner or operator also shall identify any other material information that must be included in the certification to comply with section 113(c)(2) of the Federal Clean Air Act, which prohibits knowingly making a false certification or omitting material information;

- The status of compliance with the terms and conditions of the permit, and whether compliance was continuous or intermittent. The certification shall identify each deviation and take it into account in the compliance certification. Note that not all deviations are considered violations.[1]

- Such other facts as the Division may require, consistent with the applicable requirements to which the source is subject, to determine the compliance status of the source.

The Certification shall also identify as possible exceptions to compliance any periods during which compliance is required and in which an excursion or exceedance as defined under 40 CFR Part 64 (the Compliance Assurance Monitoring (CAM) Rule) has occurred. (only for emission points subject to CAM)

Note the requirement that the certification shall identify each deviation and take it into account in the compliance certification. Previously submitted deviation reports, including the deviation report submitted at the time of the annual certification, may be referenced in the compliance certification.

<strong>Startup, Shutdown, Malfunctions and Emergencies</strong>

Understanding the application of Startup, Shutdown, Malfunctions and Emergency Provisions, is very important in both the deviation reports and the annual compliance certifications.

**Startup, Shutdown, and Malfunctions**

---

[1]   For example, given the various emissions limitations and monitoring requirements to which a source may be subject, a deviation from one requirement may not be a deviation under another requirement which recognizes an exception and/or special circumstances relating to that same event.

Please note that exceedances of some New Source Performance Standards (NSPS) and Maximum Achievable Control Technology (MACT) standards that occur during Startup, Shutdown or Malfunctions may not be considered to be non-compliance since emission limits or standards often do not apply unless specifically stated in the NSPS. Such exceedances must, however, be reported as excess emissions per the NSPS/MACT rules and would still be noted in the deviation report. In regard to compliance certifications, the permittee should be confident of the information related to those deviations when making compliance determinations since they are subject to Division review. The concepts of Startup, Shutdown and Malfunctions also exist for Best Available Control Technology (BACT) sources, but are not applied in the same fashion as for NSPS and MACT sources.

**Emergency Provisions**

Under the Emergency provisions of Part 70 certain operational conditions may act as an affirmative defense against enforcement action if they are properly reported.

**DEFINITIONS**

**Malfunction** (NSPS) means any sudden, infrequent, and not reasonably preventable failure of air pollution control equipment, process equipment, or a process to operate in a normal or usual manner. Failures that are caused in part by poor maintenance or careless operation are not malfunctions.

**Malfunction** (SIP) means any sudden and unavoidable failure of air pollution control equipment or process equipment or unintended failure of a process to operate in a normal or usual manner. Failures that are primarily caused by poor maintenance, careless operation, or any other preventable upset condition or preventable equipment breakdown shall not be considered malfunctions.

**Emergency** means any situation arising from sudden and reasonably unforeseeable events beyond the control of the source, including acts of God, which situation requires immediate corrective action to restore normal operation, and that causes the source to exceed a technology-based emission limitation under the permit, due to unavoidable increases in emissions attributable to the emergency. An emergency shall not include noncompliance to the extent caused by improperly designed equipment, lack of preventative maintenance, careless or improper operation, or operator error.

**Monitoring and Permit Deviation Report - Part I**

1.    Following is the **required** format for the Monitoring and Permit Deviation report to be submitted to the Division as set forth in General Condition 22.   The Table below must be completed for all equipment or processes for which specific Operating Permit terms exist.

2.    Part II of this Appendix B shows the format and information the Division will require for describing periods of monitoring and permit deviations, or malfunction or emergency conditions as indicated in the Table below.  One Part II Form must be completed for each Deviation.  Previously submitted reports (e.g. EER's or malfunctions) may be referenced and the form need not be filled out in its entirety.

FACILITY NAME:  Suncor Energy (U.S.A.), Inc. – Commerce City Refinery, Plant 1 (West Plant) and Plant 3
                            (Asphalt Unit)
OPERATING PERMIT NO:  96OPAD120
REPORTING PERIOD:_____    (see first page of the permit for specific reporting period and dates)

| Operating Permit Unit ID | Unit Description | Deviations noted During Period?[1] | | Deviation Code [2] | Malfunction/ Emergency Condition Reported During Period? | |
|---|---|---|---|---|---|---|
| | | YES | NO | | YES | NO |
| D-811 | Storage Tank D-811 | | | | | |
| D-812 | Storage Tank D-812 | | | | | |
| D-813 | Storage Tank D-813 | | | | | |
| D-814 | Storage Tank D-814 | | | | | |
| T1 | Storage Tank T1 | | | | | |
| T2 | Storage Tank T2 | | | | | |
| T3 | Storage Tank T3 | | | | | |
| T34 | Storage Tank T34 | | | | | |
| T52 | Storage Tank T52 | | | | | |
| T55 | Storage Tank T55 | | | | | |
| T57 | Storage Tank T57 | | | | | |
| T58 | Storage Tank T58 | | | | | |
| T59 | Storage Tank T59 | | | | | |
| T62 | Storage Tank T62 | | | | | |
| T64 | Storage Tank T64 | | | | | |
| T65 | Storage Tank T65 | | | | | |
| T66 | Storage Tank T66 | | | | | |
| T67 | Storage Tank T67 | | | | | |
| T68 | Storage Tank T68 | | | | | |
| T69 | Storage Tank T69 | | | | | |
| T70 | Storage Tank T70 | | | | | |
| T71 | Storage Tank T71 | | | | | |

Air Pollution Control Division
Colorado Operating Permit                                                                     Appendix B
Monitoring and Permit Deviation Report                                                        Page 6

| Operating Permit Unit ID | Unit Description | Deviations noted During Period?[1] | | Deviation Code [2] | Malfunction/ Emergency Condition Reported During Period? | |
|---|---|---|---|---|---|---|
| | | YES | NO | | YES | NO |
| T72 | Storage Tank T72 | | | | | |
| T74 | Storage Tank T74 | | | | | |
| T75 | Storage Tank T75 | | | | | |
| T76 | Storage Tank T64 | | | | | |
| T77 | Storage Tank T77 | | | | | |
| T78 | Storage Tank T78 | | | | | |
| T80 | Storage Tank T80 | | | | | |
| T81 | Storage Tank T81 | | | | | |
| T82 | Storage Tank T82 | | | | | |
| T90 | Storage Tank T90 | | | | | |
| T91 | Storage Tank T91 | | | | | |
| T92 | Storage Tank T92 | | | | | |
| T94 | Storage Tank T94 | | | | | |
| T96 | Storage Tank T96 | | | | | |
| T97 | Storage Tank T97 | | | | | |
| T105 | Storage Tank T105 | | | | | |
| T112 | Storage Tank T112 | | | | | |
| T116 | Storage Tank T116 | | | | | |
| T140 | Storage Tank T140 | | | | | |
| T142 | Storage Tank T142 | | | | | |
| T144 | Storage Tank T144 | | | | | |
| T145 | Storage Tank T145 | | | | | |
| T146 | Storage Tank T146 | | | | | |
| T147 | Storage Tank T147 | | | | | |
| T182 | Storage Tank T182 | | | | | |
| T191 | Storage Tank T191 | | | | | |
| T192 | Storage Tank T192 | | | | | |
| T193 | Storage Tank T193 | | | | | |
| T194 | Storage Tank T194 | | | | | |
| T400 | Storage Tank T400 | | | | | |
| T774 | Storage Tank T774 | | | | | |
| T775 | Storage Tank T775 | | | | | |
| T776 | Storage Tank T776 | | | | | |
| T777 | Storage Tank T777 | | | | | |
| T778 | Storage Tank T778 | | | | | |
| T2006 | Storage Tank T2006 | | | | | |
| T2010 | Storage Tank T2010 | | | | | |
| T3201 | Storage Tank T3201 | | | | | |

Permit Number: 96OPAD120                                                      First Issued: 8/1/04
                                                                              Renewed: 10/1/12
                                                                              Last Revised: 2/22/18

Air Pollution Control Division
Colorado Operating Permit                                                        Appendix B
Monitoring and Permit Deviation Report                                              Page 7

| Operating Permit Unit ID | Unit Description | Deviations noted During Period?[1] | | Deviation Code [2] | Malfunction/ Emergency Condition Reported During Period? | |
|---|---|---|---|---|---|---|
| | | YES | NO | | YES | NO |
| T3801 | Storage Tank T3801 | | | | | |
| T4501 | Storage Tank T4501 (Part of the Plant 1 Wastewater Treatment System – F201) | | | | | |
| T7208 | Storage Tank T7208 | | | | | |
| | Pipeline Receipt Station Sump | | | | | |
| H-6 | Process Heater H6 | | | | | |
| H-10 | Process Heater H10 | | | | | |
| H-11 | Process Heater H11 | | | | | |
| H-13 | Process Heater H13 | | | | | |
| H-16 | Process Heater H16 | | | | | |
| H-17 | Process Heater H17 | | | | | |
| H-18 | Process Heater H18 | | | | | |
| H-19 | Process Heater H19 | | | | | |
| H-20 | Process Heater H20 | | | | | |
| H-21 | Process Heater H21 | | | | | |
| H-22 | Process Heater H22 | | | | | |
| H-27 | Process Heater H27 | | | | | |
| H-28, 29, 30 | Process Heaters H28, H29, and H30 | | | | | |
| H-31 | Process Heater H31 | | | | | |
| H-32 | Process Heater H32 | | | | | |
| H-33 | Process Heater H33 | | | | | |
| H-37 | Process Heater H37 | | | | | |
| H-1716 | Process Heater H1716 | | | | | |
| H-1717 | Process Heater H1717 | | | | | |
| H-2101 | Process Heater H2101 | | | | | |
| H-2401 | Process Heater H2401 | | | | | |
| H-37 | Process Heater H37 | | | | | |
| B-4 | Steam Boiler B4 | | | | | |
| B-6 | Steam Boiler B6 | | | | | |
| B-8 | Steam Boiler B8 | | | | | |
| H-25 | Sulfur Recovery Units (P101 - SRU #1 & P102 – SRU #2) with Tail Gas Unit (TGU) and TGU Incinerator (H-25) | | | | | |
| P103 | FCC Regenerator | | | | | |
| P104 | Catalytic Reforming Unit | | | | | |
| R101 | Rail Loading Rack and Flare | | | | | |
| R102 | Truck Loading Rack | | | | | |
| F1 | Main Plant Flare | | | | | |

Permit Number: 96OPAD120                                                First Issued: 8/1/04
                                                                          Renewed: 10/1/12
                                                                     Last Revised: 2/22/18

Air Pollution Control Division
Colorado Operating Permit                                                                    Appendix B
Monitoring and Permit Deviation Report                                                          Page 8

| Operating Permit Unit ID | Unit Description | Deviations noted During Period?[1] | | Deviation Code [2] | Malfunction/ Emergency Condition Reported During Period? | |
|---|---|---|---|---|---|---|
| | | YES | NO | | YES | NO |
| F2 | Asphalt Unit Flare | | | | | |
| F3 | GBR Unit Flare | | | | | |
| A1 | Groundwater Treatment Unit with Air Strippers | | | | | |
| SV1 | Soil Vapor Extraction Unit – Engine (non-road engine) | | | | | |
| F201 – uncontrolled sources & sumps | Plant 1 Wastewater Treatment System – uncontrolled sources & sumps (see equipment list in Section I, Condition 5.1) | | | | | |
| F201 – controlled sources | Plant 1 Wastewater Treatment System – controlled sources (see equipment list in Section I, Condition 5.1) | | | | | |
| F101 | Asphalt Unit (Plant 3) Wastewater Treatment System | | | | | |
| F102 | Asphalt Processing Unit Fugitives | | | | | |
| F103 | No. 3 Hydrodesulfurizer Fugitives | | | | | |
| F104 | Cryogenic Vapor Recovery Fugitives | | | | | |
| F105 | No. 2 Hydrodesulfurizer Fugitives | | | | | |
| F106 | Light Straight Run Distillate Fugitives | | | | | |
| F107 | Plant wide Fugitive Emissions not subject to Construction Permit Requirements | | | | | |
| F108 | Fugitives from Vapor Recovery Unit Debutanizer | | | | | |
| F109 | No. 4 Hydrodesulfurizer Fugitives | | | | | |
| F110 | Tail Gas Unit Amine Treatment System Fugitives | | | | | |
| F111 | Sour Water Stripper System Fugitives | | | | | |
| F112 | Modified Tank Farm Piping Fugitives | | | | | |
| F113 | Catalytic Reforming Unit Modification Fugitives | | | | | |
| F114 | Equipment Leaks Associated with the GBR Unit | | | | | |
| F115 | Equipment leaks associated with Bio-Diesel | | | | | |
| F116 | Equipment leaks associated with the Relief Valve Project | | | | | |
| F200 | Pipeline Receipt Station Fugitives | | | | | |
| F202 | Equipment leaks associated with the MPV project | | | | | |

Permit Number: 96OPAD120                                                      First Issued: 8/1/04
                                                                             Renewed: 10/1/12
                                                                        Last Revised: 2/22/18

Air Pollution Control Division
Colorado Operating Permit                                                                    Appendix B
Monitoring and Permit Deviation Report                                                         Page 9

| Operating Permit Unit ID | Unit Description | Deviations noted During Period?[1] | | Deviation Code [2] | Malfunction/ Emergency Condition Reported During Period? | |
|---|---|---|---|---|---|---|
| | | YES | NO | | YES | NO |
| D001 | Cold Cleaner Solvent Degreasers | | | | | |
| D002 | Emergency Fire Pump Engines | | | | | |
| D003 | Emergency Generator (P1 control room) | | | | | |
| P1AC1 & P2AC2 | Emergency Air Compressor Engines | | | | | |
| P1EG1 | Emergency Generator (pipeline receipt station) | | | | | |
| P1DGTO | Tank Degassing | | | | | |
| MPVs | Miscellaneous Process Vents (defined in 40 CFR Part 63 Subpart CC §63.641), includes maintenance vents. | | | | | |
| Y2 | Plant 3 Cooling Tower | | | | | |
| Y1, Y3 & Y4 | Plant 1 Cooling Towers | | | | | |
| Pt 606 | Recovery Trench AS/SVE System Zone F & G | | | | | |
| Pt 615 | Suncor Western Property Boundary AS/SVE System | | | | | |
| Pt 616 | M & E East AS/SVE System | | | | | |
| Pt 617 | RPC AS/SVE System Zone 2 | | | | | |
| Pt 618 | Metro Utility Corridor AS/SVE System Zones 1 & 2 | | | | | |
| Pt 621 | Metro M & E West AS/SVE System Zone 2 | | | | | |
| Pt 622 | Metro M & E West AS/SVE System Zone 1 | | | | | |
| Pt 623 | Metro South Secondary Area AS/SVE System Zone 1 | | | | | |
| Pt 624 | Metro South Secondary Area AS/SVE System Zone 2 | | | | | |
| Pt 625 | Recovery Trench AS/SVE System Zone E & H | | | | | |
| Pt 634 | Metro Utility Corridor AS/SVE System Zones 3 & 4 | | | | | |
| Pt 635 | PCA Subslab Depressurization | | | | | |
| Pt 636 | NW Boundary Uncontrolled Zones 3 & 4 (AS System only) | | | | | |
| Pt 637 | Laboratory SVE | | | | | |
| LO-1 | Loading of recovered gasoline/reformate into tank trucks | | | | | |

Permit Number: 96OPAD120                                                      First Issued: 8/1/04
                                                                              Renewed: 10/1/12
                                                                              Last Revised: 2/22/18

Air Pollution Control Division
Colorado Operating Permit                                                    Appendix B
Monitoring and Permit Deviation Report                                        Page 10

| Operating Permit Unit ID | Unit Description | Deviations noted During Period?[1] | | Deviation Code [2] | Malfunction/ Emergency Condition Reported During Period? | |
|---|---|---|---|---|---|---|
| | | YES | NO | | YES | NO |
| D-20 | Horizontal above ground 21,150 gallon tanks for storage of recovered gasoline/reformate. | | | | | |
| 17675 & 20529 | Two (2) 525 gallon tanks for storage of recovered gasoline/reformate. | | | | | |
| | General Conditions | | | | | |
| | Insignificant Activities | | | | | |

[1] See previous discussion regarding what is considered to be a deviation.  Determination of whether or not a deviation has occurred shall be based on a reasonable inquiry using readily available information.

[2]Use the following entries as appropriate:
**1 = Standard:**      When the requirement is an emission limit or standard
**2 = Process:**       When the requirement is a production/process limit
**3 = Monitor:**       When the requirement is monitoring
**4 = Test:**          When the requirement is testing
**5 = Maintenance:**   When required maintenance is not performed
**6 = Record:**        When the requirement is recordkeeping
**7 = Report:**        When the requirement is reporting
**8 = CAM:**           A situation in which an excursion or exceedance as defined in 40 CFR Part 64 (the Compliance Assurance Monitoring (CAM) Rule) has occurred.
**9 = Other:**         When the deviation is not covered by any of the above categories

Air Pollution Control Division
Colorado Operating Permit                                                    Appendix B
Monitoring and Permit Deviation Report                                          Page 11

**Monitoring and Permit Deviation Report - Part II**

FACILITY NAME:   Suncor Energy (U.S.A.), Inc. – Commerce City Refinery, Plant 1 (West Plant) and Plant
3 (Asphalt Unit)

OPERATING PERMIT NO:  96OPAD120

REPORTING PERIOD:

Is the deviation being claimed as an:          Emergency _____     Malfunction_____     N/A

(For NSPS/MACT) Did the deviation occur during:   Startup _____     Shutdown _____   Malfunction _____
Normal Operation     _____

OPERATING PERMIT UNIT IDENTIFICATION:

Operating Permit Condition Number Citation


Explanation of Period of Deviation


Duration (start/stop date & time)


Action Taken to Correct the Problem


Measures Taken to Prevent a Reoccurrence of the Problem


Dates of Malfunctions/Emergencies Reported (if applicable)


Deviation Code _____          Division Code QA: _____

**SEE EXAMPLE ON THE NEXT PAGE**

Permit Number: 96OPAD120                                          First Issued: 8/1/04
Renewed: 10/1/12
Last Revised: 2/22/18

Air Pollution Control Division
Colorado Operating Permit                                                    Appendix B
Monitoring and Permit Deviation Report                                        Page 12

# EXAMPLE

FACILITY NAME:          Acme Corp.
OPERATING PERMIT NO:  96OPZZXXX
REPORTING PERIOD:       1/1/04 - 6/30/06

Is the deviation being claimed as an:          Emergency _____      Malfunction __XX__      N/A

(For NSPS/MACT) Did the deviation occur during:  Startup _____      Shutdown _____      Malfunction
                                                  Normal Operation  _____

OPERATING PERMIT UNIT IDENTIFICATION:

Asphalt Plant with a Scrubber for Particulate Control - Unit XXX

Operating Permit Condition Number Citation

Section II, Condition 3.1 - Opacity Limitation

Explanation of Period of Deviation

Slurry Line Feed Plugged

Duration

START- 1730 4/10/06
END-    1800 4/10/06

Action Taken to Correct the Problem

Line Blown Out

Measures Taken to Prevent Reoccurrence of the Problem

Replaced Line Filter

Dates of Malfunction/Emergencies Reported (if applicable)

5/30/06 to A. Einstein, APCD

Deviation Code  _____          Division Code QA: _____

Permit Number: 96OPAD120                                      First Issued: 8/1/04
                                                                Renewed: 10/1/12
                                                              Last Revised: 2/22/18

## Monitoring and Permit Deviation Report - Part III

## REPORT CERTIFICATION

SOURCE NAME:    Suncor Energy (U.S.A.), Inc. – Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)

FACILITY IDENTIFICATION NUMBER: 0010003

PERMIT NUMBER: 96OPAD120

REPORTING PERIOD:_____    (see first page of the permit for specific reporting period and dates)

All information for the Title V Semi-Annual Deviation Reports must be certified by a responsible official as defined in Colorado Regulation No. 3, Part A, Section I.B.  This signed certification document must be packaged with the documents being submitted.

**STATEMENT OF COMPLETENESS**

**I have reviewed the information being submitted in its entirety and, based on information and belief formed after reasonable inquiry, I certify that the statements and information contained in this submittal are true, accurate and complete.**

**Please note that the Colorado Statutes state that any person who knowingly, as defined in Sub-Section 18-1-501(6), C.R.S., makes any false material statement, representation, or certification in this document is guilty of a misdemeanor and may be punished in accordance with the provisions of Sub-Section 25-7 122.1, C.R.S.**


_____

Printed or Typed Name                                                        Title


_____

Signature of Responsible Official                                      Date Signed

**Note: Deviation reports shall be submitted to the Division at the address given in Appendix D of this permit.  No copies need be sent to the U.S. EPA.**

Air Pollution Control Division
Colorado Operating Permit                                                                          Appendix C
Compliance Certification Report                                                                          Page 1

# APPENDIX C

## Required Format for Annual Compliance Certification Report

### ver 8/20/14

Following is the format for the Compliance Certification report to be submitted to the Division and the U.S. EPA annually based on the effective date of the permit.  The Table below must be completed for all equipment or processes for which specific Operating Permit terms exist.

FACILITY NAME:   Suncor Energy (U.S.A.), Inc. – Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)

OPERATING PERMIT NO:  96OPAD120
REPORTING PERIOD:

I.        Facility Status

___ During the entire reporting period, this source was in compliance with **ALL** terms and conditions contained in the Permit, each term and condition of which is identified and included by this reference.  The method(s) used to determine compliance is/are the method(s) specified in the Permit.

___ With the possible exception of the deviations identified in the table below, this source was in compliance with all terms and conditions contained in the Permit, each term and condition of which is identified and included by this reference, during the entire reporting period.  The method used to determine compliance for each term and condition is the method specified in the Permit, unless otherwise indicated and described in the deviation report(s).  Note that not all deviations are considered violations.

| Operating Permit Unit ID | Unit Description | Deviations Reported[1] | | Monitoring Method per Permit?[2] | | Was compliance continuous or intermittent?[3] | |
|---|---|---|---|---|---|---|---|
| | | Previous | Current | YES | NO | Continuous | Intermittent |
| D-811 | Storage Tank D-811 | | | | | | |
| D-812 | Storage Tank D-812 | | | | | | |
| D-813 | Storage Tank D-813 | | | | | | |
| D-814 | Storage Tank D-814 | | | | | | |
| T1 | Storage Tank T1 | | | | | | |
| T2 | Storage Tank T2 | | | | | | |
| T3 | Storage Tank T3 | | | | | | |
| T34 | Storage Tank T34 | | | | | | |
| T52 | Storage Tank T52 | | | | | | |
| T55 | Storage Tank T55 | | | | | | |
| T57 | Storage Tank T57 | | | | | | |
| T58 | Storage Tank T58 | | | | | | |

Permit Number: 96OPAD120                                                          First Issued: 8/1/04
                                                                                  Renewed: 10/1/12
                                                                                  Last Revised: 2/22/18

Air Pollution Control Division
Colorado Operating Permit
Compliance Certification Report

Appendix C
Page 2

| Operating Permit Unit ID | Unit Description | Deviations Reported[1] | | Monitoring Method per Permit?[2] | | Was compliance continuous or intermittent?[3] | |
|---|---|---|---|---|---|---|---|
| | | Previous | Current | YES | NO | Continuous | Intermittent |
| T59 | Storage Tank T59 | | | | | | |
| T62 | Storage Tank T62 | | | | | | |
| T64 | Storage Tank T64 | | | | | | |
| T65 | Storage Tank T65 | | | | | | |
| T66 | Storage Tank T66 | | | | | | |
| T67 | Storage Tank T67 | | | | | | |
| T68 | Storage Tank T68 | | | | | | |
| T69 | Storage Tank T69 | | | | | | |
| T70 | Storage Tank T70 | | | | | | |
| T71 | Storage Tank T71 | | | | | | |
| T72 | Storage Tank T72 | | | | | | |
| T74 | Storage Tank T74 | | | | | | |
| T75 | Storage Tank T75 | | | | | | |
| T76 | Storage Tank T76 | | | | | | |
| T77 | Storage Tank T77 | | | | | | |
| T78 | Storage Tank T78 | | | | | | |
| T80 | Storage Tank T80 | | | | | | |
| T81 | Storage Tank T81 | | | | | | |
| T82 | Storage Tank T82 | | | | | | |
| T90 | Storage Tank T90 | | | | | | |
| T91 | Storage Tank T91 | | | | | | |
| T92 | Storage Tank T92 | | | | | | |
| T94 | Storage Tank T94 | | | | | | |
| T96 | Storage Tank T96 | | | | | | |
| T97 | Storage Tank T97 | | | | | | |
| T105 | Storage Tank T105 | | | | | | |
| T112 | Storage Tank T112 | | | | | | |
| T116 | Storage Tank T116 | | | | | | |
| T140 | Storage Tank T140 | | | | | | |
| T142 | Storage Tank T142 | | | | | | |
| T144 | Storage Tank T144 | | | | | | |
| T145 | Storage Tank T145 | | | | | | |
| T146 | Storage Tank T146 | | | | | | |
| T147 | Storage Tank T147 | | | | | | |
| T182 | Storage Tank T182 | | | | | | |
| T191 | Storage Tank T191 | | | | | | |
| T192 | Storage Tank T192 | | | | | | |
| T193 | Storage Tank T193 | | | | | | |

Permit Number: 96OPAD120

First Issued: 8/1/04
Renewed: 10/1/12
Last Revised: 2/22/18

Air Pollution Control Division
Colorado Operating Permit
Compliance Certification Report

Appendix C
Page 3

| Operating Permit Unit ID | Unit Description | Deviations Reported[1] | | Monitoring Method per Permit?[2] | | Was compliance continuous or intermittent?[3] | |
|---|---|---|---|---|---|---|---|
| | | Previous | Current | YES | NO | Continuous | Intermittent |
| T194 | Storage Tank T194 | | | | | | |
| T400 | Storage Tank T400 | | | | | | |
| T774 | Storage Tank T774 | | | | | | |
| T775 | Storage Tank T775 | | | | | | |
| T776 | Storage Tank T776 | | | | | | |
| T777 | Storage Tank T777 | | | | | | |
| T778 | Storage Tank T778 | | | | | | |
| T2006 | Storage Tank T2006 | | | | | | |
| T2010 | Storage Tank T2010 | | | | | | |
| T3201 | Storage Tank T3201 | | | | | | |
| T3801 | Storage Tank T3801 | | | | | | |
| T4501 | Storage Tank T4501 (Part of the Plant 1 Wastewater Treatment System – F201) | | | | | | |
| T7208 | Storage Tanks T7208 | | | | | | |
| | Pipeline Receipt Station Sump | | | | | | |
| H-6 | Process Heater H6 | | | | | | |
| H-10 | Process Heater H10 | | | | | | |
| H-11 | Process Heater H11 | | | | | | |
| H-13 | Process Heater H13 | | | | | | |
| H-16 | Process Heater H16 | | | | | | |
| H-17 | Process Heater H17 | | | | | | |
| H-18 | Process Heater H18 | | | | | | |
| H-19 | Process Heater H19 | | | | | | |
| H-20 | Process Heater H20 | | | | | | |
| H-21 | Process Heater H21 | | | | | | |
| H-22 | Process Heater H22 | | | | | | |
| H-27 | Process Heater H27 | | | | | | |
| H-28, 29, 30 | Process Heaters H28, H29, and H30 | | | | | | |
| H-31 | Process Heater H31 | | | | | | |
| H-32 | Process Heater H32 | | | | | | |
| H-33 | Process Heater H33 | | | | | | |
| H-37 | Process Heater H37 | | | | | | |
| H-1716 | Process Heater H1716 | | | | | | |
| H-1717 | Process Heater H1717 | | | | | | |
| H-2101 | Process Heater H2101 | | | | | | |
| H-2401 | Process Heater H2401 | | | | | | |
| B-4 | Steam Boiler B4 | | | | | | |
| B-6 | Steam Boiler B6 | | | | | | |

Air Pollution Control Division
Colorado Operating Permit
Compliance Certification Report

Appendix C
Page 4

| Operating Permit Unit ID | Unit Description | Deviations Reported[1] | | Monitoring Method per Permit?[2] | | Was compliance continuous or intermittent?[3] | |
|---|---|---|---|---|---|---|---|
| | | Previous | Current | YES | NO | Continuous | Intermittent |
| B-8 | Steam Boiler B8 | | | | | | |
| H-25 | Sulfur Recovery Units (P101- SRU #1 and P102 – SRU #2) with Tail Gas Unit (TGU) and TGU Incinerator (H-25) | | | | | | |
| P103 | FCC Regenerator | | | | | | |
| P104 | Catalytic Reforming Unit | | | | | | |
| R101 | Rail Loading Rack and Flare | | | | | | |
| R102 | Truck Loading Rack | | | | | | |
| F1 | Main Plant Flare | | | | | | |
| F2 | Asphalt Unit Flare | | | | | | |
| F3 | GBR Unit Flare | | | | | | |
| A1 | Groundwater Treatment Unit with Air Strippers | | | | | | |
| SV1 | Soil Vapor Extraction Unit – Engine (non-road engine) | | | | | | |
| F201 – uncontrolled sources & sumps | Plant 1 Wastewater Treatment System – uncontrolled sources & sumps (see equipment list in Section I, Condition 5.1) | | | | | | |
| F201 – controlled sources | Plant 1 Wastewater Treatment System – controlled sources (see equipment list in Section I, Condition 5.1) | | | | | | |
| F101 | Asphalt Unit (Plant 3) Wastewater Treatment System | | | | | | |
| F102 | Asphalt Processing Unit Fugitives | | | | | | |
| F103 | No. 3 Hydrodesulfurizer Fugitives | | | | | | |
| F104 | Cryogenic Vapor Recovery Fugitives | | | | | | |
| F105 | No. 2 Hydrodesulfurizer Fugitives | | | | | | |
| F106 | Light Straight Run Distillate Fugitives | | | | | | |
| F107 | Plant wide Fugitive Emissions not Subject to Construction Permit Requirements | | | | | | |
| F108 | Fugitives from Vapor Recovery Unit Debutanizer | | | | | | |
| F109 | No. 4 Hydrodesulfurizer Fugitives | | | | | | |
| F110 | Tail Gas Unit Amine Treatment System Fugitives | | | | | | |
| F111 | Sour Water Stripper System Fugitives | | | | | | |
| F112 | Modified Tank Farm Piping Fugitives | | | | | | |
| F113 | Catalytic Reforming Unit Modification Fugitives | | | | | | |

Air Pollution Control Division
Colorado Operating Permit
Compliance Certification Report

Appendix C
Page 5

| Operating Permit Unit ID | Unit Description | Deviations Reported[1] | | Monitoring Method per Permit?[2] | | Was compliance continuous or intermittent?[3] | |
|---|---|---|---|---|---|---|---|
| | | Previous | Current | YES | NO | Continuous | Intermittent |
| F114 | Equipment Leaks Associated with GBR Unit | | | | | | |
| F115 | Equipment leaks associated with Bio-Diesel | | | | | | |
| F116 | Equipment leaks associated with the Relief Valve Project | | | | | | |
| F200 | Pipeline Receipt Station Fugitives | | | | | | |
| F202 | Equipment leaks associated with the MPV project | | | | | | |
| D001 | Cold Cleaner Solvent Degreasers | | | | | | |
| D002 | Emergency Fire-Pump Engines | | | | | | |
| D003 | Emergency Generator (P1 control room) | | | | | | |
| P1AC1 & P2AC2 | Emergency Air Compressor Engines | | | | | | |
| P1EG1 | Emergency Generator (pipeline receipt station) | | | | | | |
| P1DGTO | Tank Degassing | | | | | | |
| MPVs | Miscellaneous Process Vents (defined in 40 CFR Part 63 Subpart CC §63.641), includes maintenance vents. | | | | | | |
| Y2 | Plant 3 Cooling Tower | | | | | | |
| Y1, Y3 & Y4 | Plant 1 Cooling Towers | | | | | | |
| Pt 606 | Recovery Trench AS/SVE System Zone F & G | | | | | | |
| Pt 615 | Suncor Western Property Boundary AS/SVE System | | | | | | |
| Pt 616 | M & E East AS/SVE System | | | | | | |
| Pt 617 | RPC AS/SVE System Zone 2 | | | | | | |
| Pt 618 | Metro Utility Corridor AS/SVE System Zones 1 & 2 | | | | | | |
| Pt 621 | Metro M & E West AS/SVE System Zone 2 | | | | | | |
| Pt 622 | Metro M & E West AS/SVE System Zone 1 | | | | | | |
| Pt 623 | Metro South Secondary Area AS/SVE System Zone 1 | | | | | | |
| Pt 624 | Metro South Secondary Area AS/SVE System Zone 2 | | | | | | |
| Pt 625 | Recovery Trench AS/SVE System Zone E & H | | | | | | |

Air Pollution Control Division
Colorado Operating Permit                                                      Appendix C
Compliance Certification Report                                                   Page 6

| Operating Permit Unit ID | Unit Description | Deviations Reported[1] | | Monitoring Method per Permit?[2] | | Was compliance continuous or intermittent?[3] | |
|---|---|---|---|---|---|---|---|
| | | Previous | Current | YES | NO | Continuous | Intermittent |
| Pt 634 | Metro Utility Corridor AS/SVE System Zones 3 & 4 | | | | | | |
| Pt 635 | PCA Subslab Depressurization | | | | | | |
| Pt 636 | NW Boundary Uncontrolled Zones 3 & 4 (AS System only) | | | | | | |
| Pt 637 | Laboratory SVE | | | | | | |
| LO-1 | Loading of recovered gasoline/reformate into tank trucks | | | | | | |
| D-20 | Horizontal above ground 21,150 gallon tank for storage of recovered gasoline/reformate. | | | | | | |
| 17675 & 20529 | Two (2) 525 gallon tanks for storage of recovered gasoline/reformate. | | | | | | |
| | Insignificant Activities[4] | | | | | | |

[1] If deviations were noted in a previous deviation report , put an "X" under "previous".  If deviations were noted in the current deviation report (i.e. for the last six months of the annual reporting period), put an "X" under "current".  Mark both columns if both apply.

[2] Note whether the method(s) used to determine the compliance status with each term and condition was the method(s) specified in the permit.  If it was not, mark  "no" and attach additional information/explanation.

[3] Note whether the compliance status with of each term and condition provided was continuous or intermittent.  "Intermittent Compliance" can mean either that noncompliance has occurred or that the owner or operator has data sufficient to certify compliance only on an intermittent basis.  Certification of intermittent compliance therefore does not necessarily mean that any noncompliance has occurred.

NOTE:

The Periodic Monitoring requirements of the Operating Permit program rule are intended to provide assurance that even in the absence of a continuous system of monitoring the Title V source can demonstrate whether it has operated in continuous compliance for the duration of the reporting period.  Therefore, if a source 1) conducts all of the monitoring and recordkeeping required in its permit, even if such activities are done periodically and not continuously, and if 2) such monitoring and recordkeeping does not indicate non-compliance, and if 3) the Responsible Official is not aware of any credible evidence that indicates non-compliance, then the Responsible Official can certify that the emission point(s) in question were in continuous compliance during the applicable time period.

[4] Compliance status for these sources shall be based on a reasonable inquiry using readily available information.

Permit Number: 96OPAD120                                              First Issued: 8/1/04
                                                                         Renewed: 10/1/12
                                                                    Last Revised: 2/22/18

II.    Status for Accidental Release Prevention Program:

    A.    This facility _____ is subject _____ is not subject to the provisions of the Accidental Release Prevention Program (Section 112(r) of the Federal Clean Air Act)

    B.    If subject: The facility _____ is _____ is not in compliance with all the requirements of section 112(r).

        1.    A Risk Management Plan _____ will be _____ has been submitted to the appropriate authority and/or the designated central location by the required date.

III.    Certification

All information for the Annual Compliance Certification must be certified by a responsible official as defined in Colorado Regulation No. 3, Part A, Section I.B.  This signed certification document must be packaged with the documents being submitted.

**I have reviewed this certification in its entirety and, based on information and belief formed after reasonable inquiry, I certify that the statements and information contained in this certification are true, accurate and complete.**

**Please note that the Colorado Statutes state that any person who knowingly, as defined in §18-1-501(6), C.R.S., makes any false material statement, representation, or certification in this document is guilty of a misdemeanor and may be punished in accordance with the provisions of §25-7 122.1, C.R.S.**

_____
    Printed or Typed Name                                                          Title

_____
    Signature                                                          Date Signed

**NOTE:** All compliance certifications shall be submitted to the Air Pollution Control Division and to the Environmental Protection Agency at the addresses listed in Appendix D of this Permit.

# APPENDIX D

## Notification Addresses

1.  **Air Pollution Control Division**

    Colorado Department of Public Health and Environment
    Air Pollution Control Division
    Operating Permits Unit
    APCD-SS-B1
    4300 Cherry Creek Drive S.
    Denver, CO  80246-1530

    ATTN: Matt Burgett

2.  **United States Environmental Protection Agency**

    Compliance Notifications:

    Office of Enforcement, Compliance and Environmental Justice
    Mail Code 8ENF-AT
    U.S. Environmental Protection Agency, Region VIII
    1595 Wynkoop Street
    Denver, CO  80202-1129

    502(b)(10) Changes, Off Permit Changes:

    Office of Partnerships and Regulatory Assistance
    Mail Stop 8P-AR
    U.S. Environmental Protection Agency, Region VIII
    1595 Wynkoop Street
    Denver, CO  80202-1129

# APPENDIX E

## Permit Acronyms

Listed Alphabetically:

| | |
|---|---|
| AG- | Acid Gas |
| AIRS - | Aerometric Information Retrieval System |
| AP-42 - | EPA Document Compiling Air Pollutant Emission Factors |
| APEN - | Air Pollution Emission Notice (State of Colorado) |
| APCD - | Air Pollution Control Division (State of Colorado) |
| ASTM - | American Society for Testing and Materials |
| AU - | Asphalt Unit |
| BACT - | Best Available Control Technology |
| Bbl - | Barrels |
| BTU - | British Thermal Unit |
| BWON - | Benzene Waste Operations NESHAP |
| CAA - | Clean Air Act (CAAA = Clean Air Act Amendments) |
| CCR - | Colorado Code of Regulations |
| CEM - | Continuous Emissions Monitor |
| CEMS - | Continuous Emission Monitoring Systems |
| CF - | Cubic Feet (SCF = Standard Cubic Feet) |
| CFR - | Code of Federal Regulations |
| CO - | Carbon Monoxide |
| COM - | Continuous Opacity Monitor |
| CRS - | Colorado Revised Statute |
| EF - | Emission Factor |
| EMD - | Electromotive Diesel |
| EPA - | Environmental Protection Agency |
| FCCU - | Fluidized Catalytic Cracking Unit |
| FI - | Fuel Input Rate in MMBtu/hr |
| FR - | Federal Register |
| G - | Grams |
| Gal - | Gallon |
| GMCS - | Gas Migration Control System |
| GPM - | Gallons per Minute |
| HAPs - | Hazardous Air Pollutants |
| HC - | Hydrocarbon |
| HHV - | Higher Heating Value |
| HP - | Horsepower |
| HP-HR - | Horsepower Hour (G/HP-HR = Grams per Horsepower Hour) |
| LAER - | Lowest Achievable Emission Rate |
| LDAR - | Leak Detection And Repair |
| LBS - | Pounds |
| M - | Thousand |

Air Pollution Control Division
Colorado Operating Permit
Permit Acronyms

| | |
|---|---|
| MM - | Million |
| MMscf - | Million Standard Cubic Feet |
| MMscfd - | Million Standard Cubic Feet per Day |
| N/A or NA - | Not Applicable |
| NOx - | Nitrogen Oxides |
| NESHAP - | National Emission Standards for Hazardous Air Pollutants |
| NSPS - | New Source Performance Standards |
| P - | Process Weight Rate in Tons/Hr |
| PE - | Particulate Emissions |
| PM - | Particulate Matter |
| $PM_{10}$ - | Particulate Matter Under 10 Microns |
| PSD - | Prevention of Significant Deterioration |
| PTE - | Potential To Emit |
| QA/QC - | Quality Assurance/Quality Control |
| RACT - | Reasonably Available Control Technology |
| SCC - | Source Classification Code |
| SCF - | Standard Cubic Feet |
| SCR- | Selective Catalytic Reduction |
| SEP - | Supplemental Environment Project |
| SIC - | Standard Industrial Classification |
| SNCR - | Selective Non-Catalytic Reduction |
| $SO_2$ - | Sulfur Dioxide |
| SRP - | Sulfur Recovery Plant |
| SRU - | Sulfur Recovery Unit |
| TAB - | Total Annual Benzene |
| TGU - | Tail Gas Unit |
| TPY - | Tons Per Year |
| TSP - | Total Suspended Particulate |
| VOC - | Volatile Organic Compounds |

# APPENDIX F

# Permit Modifications

| DATE OF REVISION | TYPE OF REVISION | SECTION NUMBER, CONDITION NUMBER | DESCRIPTION OF REVISION |
|---|---|---|---|
| June 25, 2013 | Minor Modification | Section I | Revised the table in Condition 5.1 to include the new AIRS ID and control technology for the Centrifuge System and to include manufacturer, model and serial No. information for the GBR reboiler (H-2410) and Flare (F3).  The table in Condition 5.1 was also revised to address the breakdown of the Plant 1 WWTS to uncontrolled sources and sumps and controlled sources and to address the new control technology. |
| | | Section II.3 | Revised the VOC emissions limitation for Tanks T96/T97 in Condition 3.1 to 6.72 tons/yr (0.82 tons/yr increase).  Revised the throughput description for Tanks T96/T97 in Condition 3.10 to allow an RVP of 15 psia. |
| | | Section II.8 | Conditions 8.1 and 8.8 were revised to include the revisions to 40 CFR Part 63 Subpart ZZZZ and 40 CFR Part 60 Subpart IIII that were promulgated on January 30, 2013.  Corrected the emission limits for the centrifuge generator engine in Condition 8.8.1. |
| | | Section II.11 | Added a note to Condition 11.7 (40 CFR Part 63 Subpart DDDDD requirements) to indicate that H-22 is not subject to the requirements (exempt under 63.7491(h)). |
| | | Section II.16 | Removed Condition 16.8 (40 CFR Part 63 Subpart DDDDD) since these heaters are exempt under 63.7491(h). |
| | | Section II.21 | Included the NSPS Ja requirements in Condition 21.3 and Condition 21.8 was revised to include only the NSPS general provisions. The fuel gas $H_2S$ limit from the construction permit (included in Condition 21.3) was streamlined from the permit and included in the table in Section III.3. |
| | | Section II.23 | Condition 23.1 was revised to replace the VOC emission limit for the Plant 1 WWTS with limits for the uncontrolled sources & sumps (VOC only) and the controlled sources (VOC, $NO_X$, $SO_2$ and CO) and to include VOC, $NO_X$, $SO_2$ and CO emission limitations and language for calculating emissions for the Centrifuge System. Revised Condition 23.10 to include the thermal oxidizer (TO) and carbon canisters to add a requirement to monitor the TO temperature.  Condition 23.11 was revised to remove language for requirements that have been completed. Condition 23.12 was added to include requirements for the RTO. Condition 23.13 was added to record hours of operation for use in calculating emissions. |

| DATE OF REVISION | TYPE OF REVISION | SECTION NUMBER, CONDITION NUMBER | DESCRIPTION OF REVISION |
|---|---|---|---|
| June 25, 2013 | Minor Modification | Section II.28 | Included the NSPS Ja requirements in Condition 28.3 and Condition 28.9 was revised to include only the NSPS general provisions. The fuel gas $H_2S$ limit from the construction permit (included in Condition 28.3) was streamlined from the permit and included in the table in Section III.3. Conditions 28.11 and 28.12 were removed since they have been completed. |
| | | Section II.31 | The emission limits and emission factors in Condition 31.1 were revised. The emission limit for $SO_2$ was removed since emissions at the requested throughput are below the APEN de minimis level. In addition, added language clarifying that the emissions are calculated monthly and used in a twelve month rolling total. The throughput limit Condition 31.6 was revised and language was added to limit the flare gases to either flare pilot or purge gas, gases from the GBR unit or excess $H_2$ from the Hydrogen Plant or the Plants 1 and 2 reformers. Condition 31.8 was revised to include a requirement to verify the net heating value of the flare gases and to note the daily visible emission observations required by Condition 58.9 The NSPS Ja requirements were included in Condition 31.2 and Condition 31.7 was revised to include only the NSPS general provisions. The fuel gas $H_2S$ limit from the construction permit (included in Condition 31.2) was streamlined from the permit and included in the table in Section III.3. Conditions 31.10 and 31.11 were removed since they have been completed. |
| | | Section II.41 | Included the requirements in Reg 7, Section VI.B.3 in Condition 41.7. |
| | | Section II.46 | Included the applicable requirements from NSPS Subpart Ja. |
| | | Section II.64 | Updated the requirements to include the January 31, 2013 revisions to the Boiler MACT. In addition, removed those conditions related to switching from gas 1 fuels to other fuels since this is unlikely to occur and consolidated the requirements in Conditions 64.24 thru 64.26 (requirements from 63.7560 - form and length of record retention). |
| | | Section II.66 | Replaced Condition 66.2 with the requirements in 61.342(e), since the language in Condition 66.2 is similar to the language in Condition 66.1 and is not regulation language. Revised Condition 66.16.2 to include specific requirements for the TO and carbon canisters. Removed Condition 66.19 since there are no flares. Added Condition 66.28.1 to identify the monitoring requirements for the TO. Revised Conditions 66.43 and 66.46 to add additional language to address recordkeeping requirements specific for the carbon canisters and TO. Removed Condition 66.48 since the source is not complying the provisions in 61.352 (alternative standards for oil-water separators). Included the reporting requirements in 61.357(f) since the requirements apply. The provisions in 61.346(a) (individual drain systems) was included since it will apply to the API headworks. A note was added to Condition 66.12 (61.346(b) requirements) indicating that these provisions will no longer apply to the API headworks when the RTO starts up. |

| DATE OF REVISION | TYPE OF REVISION | SECTION NUMBER, CONDITION NUMBER | DESCRIPTION OF REVISION |
|---|---|---|---|
| June 25, 2013 | Minor Modification | Section III | Added the fuel gas H$_2$S requirements from construction permits 04AD0110, 09AD1351 and 10AD1768 to the table for streamlined conditions (Section 3), since these requirements are as stringent as the NSPS Ja requirements. |
| | | Appendices B & C | The centrifuge system was added to the tables in (it was previously addressed under the Plant 1 WWTS). The tables were revised to address the breakdown of the Plant 1 WWTS system into uncontrolled sources and sumps and controlled sources. |
| May 7, 2014 | Minor Modification | Section I | Revised the description of materials stored in Tank T55 in the table in Condition 5.1 to be consistent with Section II.3. In addition, the emergency air compressor engines, emergency generator, pipeline receipt station fugitives and cooling towers were added to the table in Condition 5.1. |
| | | Section II.3 | Revised the VOC emission limit for Tank T55 in Condition 3.1 to 4.26 tons/yr. Increased the throughput to 8,000,000 barrels for Tank T55 in Condition 3.10. |
| | | Section II.8 | Revised the language indicating which versions of the 40 CFR Part 63 Subpart ZZZZ and Part 60 Subpart IIII requirements are included in Conditions 8.1 and 8.8. Revised the emission limits for the centrifuge generator engine in Condition 8.1. Revised the diesel fuel limit for the centrifuge generator engine in Condition 8.4. In addition, the initial fuel sampling requirement in Condition 8.8.3 was removed as this has been completed and minor changes were made to the ongoing sampling requirements. The NSPS IIII limits shown in the summary table for the centrifuge generator engine in Condition 8.8 in the summary table were revised to units of g/kw-hr. Included the requirements for the emergency air compressor engines and the emergency generator in Condition 8. |
| | | Section II.10 | Included requirements for the cooling towers. |
| | | Section II.13 | Boilers B6 (formerly included in Section II.12) and B8 were grouped together in Section II.13. |
| | | Section II.23 | The VOC emission factors and emissions limits in Condition 23.1.4 were revised. In addition, the VOC emission calculation methodology in Condition 23.1.4 was revised. Language changes were made to Conditions 23.10.4 and 23.12.2.2. Revised Conditions 23.12.1.1 and 23.12.1.2 to indicate "RTO or carbon canisters". |
| | | Section II.25 | The emission limits in Condition 25.1 were revised, as well as the emission calculation equations and the flare control efficiency. Increased the throughput limit in Condition 25.5, revised the description of allowable materials and added a statement requiring that the vapor pressures of materials be retained. |
| | | Section II.28 | Revised Condition 28.2 to indicate that only monthly NO$_X$ emissions are determined by the CEMS. |

| DATE OF REVISION | TYPE OF REVISION | SECTION NUMBER, CONDITION NUMBER | DESCRIPTION OF REVISION |
|---|---|---|---|
| May 7, 2014 | Minor Modification | Section II.34 | Included the pipeline receipt station fugitive emissions (F200) to this condition. Condition 34.6 (summary table and text) were revised to indicate that the plant 1 reformer emissions (F113) were subject to the requirements in NSPS QQQ. F111 was removed from the text language in Condition 34.6, as F111 is listed in error. |
| | | Section II.52 | The second paragraph under Condition 52 was revised to indicate that drain system associated with the P1 reformer (F113) is subject to the requirements in NSPS QQQ. |
| | | Section II.54 | Revised the language indicating which version of the 40 CFR Part 63 Subpart CC requirements is included in the permit.  Revised the language indicating what equipment is subject to Subpart CC requirements under the overall requirements and the requirements for equipment leaks.  The Subpart CC language was revised to include the June 20, 2013 revisions (affected heat exchange system requirements only) and to note that the heat exchange systems associated with cooling towers Y1, Y3 and Y4 were subject to the requirements. |
| | | Section II.64 | Revised the language indicating which version of the 40 CFR Part 63 Subpart DDDDD requirements is included in the permit. Removed Condition 64.10 and the preceding header, as the requirements in 63.7515 are addressed later in the Section II.64 and this condition is included in error. |
| | | Section II.66 | The first paragraph under "Standards: Individual Drain Systems (61.346)" was revised to indicate that when vapors from the API Headworks are routed to the RTO or carbon canisters, the alternative standards no longer applicable. |
| | | Section III | The following changes were made to the table in Section III.3 (permit shield for streamlined conditions) under "Consent Decree and Compliance Order on Consent Requirements": corrections were made to some of the conditions in the 1st column and paragraph 44 of the December 17, 2001 COC was corrected to specify paragraph 45 (paragraph 44 applied to equipment that is no longer at the facility). The Reg 1 SO$_2$ requirements were added to the Table in Section III.3 for the emergency air compressor engines. |
| | | Appendices | The emergency air compressor engines, emergency generator, pipeline receipt station fugitives and cooling towers were added to the tables in Appendices B and C. |
| | | | Revised Appendix D to correct EPA address (compliance notifications) and to clarify permit mods sent to EPA. |
| | | | Appendix H was revised to address the changes to the GBR flare (continuous H$_2$S monitoring not required, GBR flare restricted to burning fuel gas inherently low in sulfur).  These changes were made in the June 25, 2013 modification but the associated changes to Appendix H were overlooked. |
| February 1, 2016 | Minor Modification | Page Following Cover Page | Changed the Responsible Official. |

| DATE OF REVISION | TYPE OF REVISION | SECTION NUMBER, CONDITION NUMBER | DESCRIPTION OF REVISION |
|---|---|---|---|
| February 1, 2016 | Minor Modification | Section I | The remediation construction permit numbers were added to Condition 1.3. The reg citations for the definitions of "net emissions increase" and "significant" in Conditions 3.1 and 3.2 (NANSR and PSD) were revised. These citations were revised due to revisions to Reg 3. The following changes were made to the table in Condition 5.1: removed the centrifuge generator engine, added descriptions to the main and asphalt unit flares to indicate they are steam- and air-assisted (respectively), added a note that the main and asphalt unit flares were modified (per NSPS Ja) in 2015, added a diesel emergency generator, revised the P1 WWTS description (added the equipment for the Train A Improvement Project, removed the 4th Lagoon lift station, changed Water 9 reference to ToxChem), added heater H-21 and added the equipment leaks associated with the relief valve project, the AIRs pt number for Y2 (no longer APEN exempt) and the remediation project equipment. A "new" table was included in Condition 5.2 to include more detailed information on the remediation project equipment. |
| | | Section II.8 | Removed the summary table for and conditions relevant to the centrifuge generator engine. Added a diesel emergency generator to the first table (with the emergency fire pump engines). Revised the note under the summary table for the emergency fire pump engines and revised the 3rd paragraph under Condition 8.1 to remove the phrase "and these engines may be subject to the APEN reporting and minor source permitting requirements", because these engines are exempt from APEN reporting and minor source construction permit requirements as long as actual, uncontrolled emissions are below the APEN de minimis level. Language was added throughout the section indicating the requirements that apply to the P1 control room emergency generator (diesel-fired) and the pipeline receipt station emergency generator (propane-fired). The following changes were made to Condition 8.1 (MACT ZZZZ requirements): revised headers to match reg language and included the fuel requirements in 63.6604(b), the duration of recordkeeping requirements (63.6660) and the general provisions (63.6695). Added language to Condition 8.6.4 (opacity monitoring for diesel engines) indicating that annual opacity observations for an engine shall be separated by a period for 4 months and that if an engine isn't operated during the annual period, no opacity observation is required. Condition 8.7 (MACT general provisions) was removed, the requirements are now included in Condition 8.1. A note was added to Condition 8.8 (NSPS IIII requirements) indicating that proposed revisions were published. |
| | | Section II.10 | Removed the summary table for Y2. Added two sub-conditions to Condition 10.2.1 and specified that calendar year average total solids concentrations be calculated for Y2 and Y3. The following revisions were made to the emissions limits in Condition 10.4: revised PM and $PM_{10}$ for Y4, revised VOC for Y1, Y3 and Y4, removed PM and $PM_{10}$ limit for Y3 (at requested emissions below APEN de minimis level) and added VOC limits for Y2. Added "new" Condition 10.7 to specify that annual (calendar year) emissions for Y2 and Y3 are to be calculated. |

Air Pollution Control Division
Colorado Operating Permit
Permit Modifications

Appendix F
Page 6

| DATE OF REVISION | TYPE OF REVISION | SECTION NUMBER, CONDITION NUMBER | DESCRIPTION OF REVISION |
|---|---|---|---|
| February 1, 2016 | Minor Modification | Section II.11 | Corrected the condition numbers in the summary table. Revised the $NO_X$ and CO emissions limitations and added an emission limit for $SO_2$. |
| | | Section II.12 | Added H-21. The language in Condition 12.7 that says that H-22 is not subject to 40 CFR Part 60 Subpart DDDDD was removed and language was added to indicate that H-21 is not subject to the requirements in Subpart DDDDD. |
| | | Section II.16 | Added a "new" condition 16.9 for the requirements in 40 CFR Part 60 Subpart DDDDD. |
| | | Section II.18 | Separate emissions and throughput limits were included for H-33 and H-37. The following requirements were added: NSPS Ja (for) H-33. $NO_X$ performance test (for H-37) and submittal of startup notices. |
| | | Section II.23 | The following changes were made to the summary table: revised the list of equipment associated with uncontrolled sources and sumps, revised the VOC emission limits for uncontrolled sources and sumps and controlled sources and revised the CO emission limits and factors for controlled sources. The Water9 references in this section were changed to ToxChem. The VOC emission factors and sump flow rates in Condition 23.1.1 were revised and the emission factor for "others", carbon canisters in Condition 23.1.4 was revised. Condition 23.12.5 was revised to rely on the temperature recorded during the performance test as the minimum RTO operating temperature. |
| | | Section II.28 | Revised Condition 28.2 to indicate that emissions from all pollutants are estimated using emission factors and monthly fuel. The stack height indicated in Condition 28.10 was revised to reflect the actual stack height. |
| | | Section II.29 | The CO and VOC emission factors in Condition 29.1 were revised to reflect the revised AP-42 emissions factors. The NSPS Ja requirements were included in "new" Condition 29.9. |
| | | Section II.30 | Condition 30.1 was revised to include emissions limits for $SO_2$, CO and VOC and to reflect the revised AP-42 emissions factors. A throughput limit (Btu/year) was included in Condition 30.6. A requirement to track flare hours of operation was included in "new" Condition 30.9. The NSPS Ja requirements were included as "new" Condition 30.10. |
| | | Section II.31 | The stack height indicated in Condition 31.9 was revised to reflect the actual stack height. |
| | | Section II.32 | The following changes were made to Condition 32.1: increased emission limit, revised junction box and drain emission factors, references to Water9 were changed to ToxChem and the Reg 3 references in the citation were revised to reflect that the revision to the emission limits were processed as a minor mod. |
| | | Section II.33 | Corrected the references in Condition 33.3 of the summary table. |
| | | Section II.34 | Added the equipment leaks associated with the relief valve project (F116) to this section. Corrected the VOC emission limit for F200 (pipeline receipt station) in Condition 34.1. |

| DATE OF REVISION | TYPE OF REVISION | SECTION NUMBER, CONDITION NUMBER | DESCRIPTION OF REVISION |
|---|---|---|---|
| February 1, 2016 | Minor Modification | Section II.41 | Added a condition to the summary table to address the general provisions. Other formatting changes were made to the summary table. Removed Condition 41.5 (Reg 7, Section VI.C.4.b) since these requirement only apply to tank truck owners/operators. The language in Conditions 41.3 and 41.4 were expanded to add more requirements from Reg 7, Sections VI.C.2 and VI.C.4 and revisions to the language in Condition 41.6 were made to be more consistent with language in the regulation.  Tank D20 was added to Condition 41.7 (Reg 7, Section VI.B.3 requirements). |
| | | Section II.46 | The note under this condition indicating that the source is subject to the most recent requirement was revised to be more specific about which version of the NSPS Ja requirements are included in the permit. The latest revisions to this rule (published in the Federal Register on December 1, 2015) were included. Added the main plant (P1) and AU (P3) flares to Condition 46. Requirements related to modified flares (P1 and P3 flares) and the alternative monitoring option for certain flares were included in this section. Added language to indicate the $NO_X$ compliance method for heaters H-1716 and H-2410. Added TO-SUN-2 to Condition 46 and included a note in Condition 46.13 that it is not subject to the $H_2S$ monitoring requirements. Added H-33 to Condition 46. |
| | | Section II.47 | Added F200 as a source that is subject to these requirements. |
| | | Section II.48 | Revisions were made to add Tank D20 and to include more information regarding the requirements and to indicate which requirements the various tanks are subject to. |
| | | Section II.51 | Added F113, F115 and F116 as sources that are subject to these requirements. |
| | | Section II.54 | Under the "Storage Vessels Provisions (63.646)" header included language indicating why specific tanks are not subject to the Subpart CC requirements and added tanks 17675 and 20529 to this list. Removed tanks T60, T4514, T4515, T4516, T4517 and T4518 from Condition 54.5.1 since these tanks do not meet the definition of a "storage vessel" and added Tank D20. Added a note to Condition 54.13 (63.640(p)(1)) indicating that fugitive components associated with the GBR unit fall under this provision. A condition was added to address the provisions in 63.640(p)(2) |
| | | Section II.64 | Minor language changes were made to the note to indicate the version of the rule that is included. The latest revisions to this rule (published in the Federal Register on November 20, 2015) were included. Removed Condition 64.1 since there are no heaters that fall under this exemption (63.7491(h)). Added language under Condition 64 noting that H-21 is not subject to these requirements. |
| | | Section II.66 | Added language indicating that Tanks D20, 17675 and 20529 and tank truck loading (LO-1) are subject to these requirements. |

| DATE OF REVISION | TYPE OF REVISION | SECTION NUMBER, CONDITION NUMBER | DESCRIPTION OF REVISION |
|---|---|---|---|
| February 1, 2016 | Minor Modification | "New" Section II.68 | Included the requirements for the AS/SVE systems included in the remediation construction permit (12AD1825). |
| | | "New" Section II.69 | Included the tanks and loading operations associated with the remediation construction permit (12AD1826) |
| | | "New" Section II.70 | Included the remediation "project-wide" requirements from construction permits 12AD1825 and 12 AD1826. |
| | | Section III | The requirements in 40 CFR Part 61 Subpart J, as they apply to the GBR Unit fugitives (F114) are included in the shield for streamlined conditions (under 63.640(p)(1), they only have to comply with the requirements in 40 CFR Part 63 Subpart CC). |
| | | Appendix A | Language was added to the insignificant activity list to indicate those insignificant activity categories for which records should be available to verify insignificant activity status. The insignificant activity "categories" were shortened, the appropriate regulatory citation was added and the insignificant activities were grouped under their respective category. Removed the H-21 heater (moved to Section II), misc. waste handling and plant computer electrical back-up (emergency generator included in Section II) from the list. Added the WWTS RTO purge valve, soda ash (Tank T335) vent system and cat poly unit catalyst loading/unloading to the list. |
| | | Appendices B and C | The Reg 3 citation for the Responsible Official on the certifications in Appendices B and C were revised (the version date was also changed). The following changes were made to the tables: removed the centrifuge generator engine and added the diesel emergency generator, H-21, equipment leaks associated with the relief valve project and the remediation equipment and added language to indicate that the other emergency generator (P1EG1) is associated with the pipeline receipt station. |
| | | Appendix H | Revised Table 1-1 to include the AU flare $SO_2$ emissions limit and to revise the AU flare annual $SO_2$ calculation method (now a 12-month rolling limit). The $SO_2$ emissions calculation methodology for the main plant (Plant 1) flare was revised to rely on the total reduced sulfur monitoring system. Language was added to the GBR Unit flare annual $SO_2$ calculation discussion to note that it is not subject to a rolling 12 month limit. |
| February 22, 2018 | Significant Modification | Page Following Cover Page | Changed the Responsible Official and the Responsible Official's Authorized Representative. |

Air Pollution Control Division
Colorado Operating Permit
Permit Modifications

Appendix F
Page 9

| DATE OF REVISION | TYPE OF REVISION | SECTION NUMBER, CONDITION NUMBER | DESCRIPTION OF REVISION |
|---|---|---|---|
| February 22, 2018 | Significant Modification | Section I | The description in Condition 1.1 was revised to indicate the capacity of the crude units and type of crude processed (sweet or sour). The following changes were made to the table in Condition 5.1: references to the "centrifuge system" were revised to "centrifuge," relocated pt 636 to put SVEs in AIRS ID order, removed the sentence indicating that the centrifuge system consists of a mix/frac tank and the centrifuge, removed the centrifuge TO (AIRS pt 148), revised the WWTS equipment description to indicate which equipment is controlled by the RTO, revised the heater descriptions to indicate the process units they support, added the No. 3 HDS capacity to the descriptions for H-31 and H-32, added the crude unit capacities to the descriptions for H-6, H-11, H-27, H-13, H-33, H-17 and H-37, added the pipeline receipt station sump, laboratory SVE, MPVs, MPV project equipment leaks (F202) and tank degassing, removed the north guard shack SVE and added the date the pipeline receipt station fugitives commenced operation. The following changes were made to the table in Condition 5.2: revised the blower model, serial number and capacity for pt 634, zone 4, relocated pt 636 to put SVEs in AIRS ID order, added the laboratory SVE and removed the north guard shack SVE. |
| | | Section II.1 | Added T776 and the pipeline receipt station sump and added a note under the summary table indicating the sump is APEN exempt. Included "new" Condition 1.5 (BWON) which applies to the pipeline receipt station sump. Revised Conditions 1.2 and 1.3.2 to indicate that these requirements do not apply to the pipeline receipt station sump. Added tank T64 to Condition 1.3.3. |
| | | Section II.3 | Revised the emission limit and RVP limit for T-34 in Conditions 3.1 and 3.10. |
| | | Section II.13 | Corrected the fuel consumption limit for B8 in the summary table (Condition 13.5). |
| | | Section II.18 | Removed the lower $NO_X$ limit for H-37 and revised the emission factor in Condition 18.1. Removed Condition 18.4 (NSPS Ja) and revised Condition 18.3 (NSPS J) to indicate it applies to both heaters. Removed Conditions 18.10 (H-37 performance test) and 18.11 (startup notice). Added an "and" between the fuel consumption limits in the text portion of Condition 18.5. |
| | | Section II.19 | Corrected the condition number reference in Condition 19.3. |
| | | Section II.20 | Corrected the condition number reference in Condition 20.11.2. |
| | | Section II.21 | Removed Condition 36.2 from Condition 21.2 of the summary table to be consisted with the text language for Condition 21.2. |
| | | Section II.22 | Corrected the condition number references in the summary table for Condition 22.13. Removed "and 6, Part B" from Condition 22.3. Included a coke burn off limit in Condition 22.6 and language to keep rolling 12 month totals to monitor compliance with the limit. Corrected the condition number references in Conditions 22.8.2 and 22.10.3. Included an HCN limit in Condition 22.14. |

Permit Number: 96OPAD120

First Issued: 8/1/04
Renewed: 10/1/12
Last Revised: 2/2/18

Air Pollution Control Division
Colorado Operating Permit
Permit Modifications

Appendix F
Page 10

| DATE OF REVISION | TYPE OF REVISION | SECTION NUMBER, CONDITION NUMBER | DESCRIPTION OF REVISION |
|---|---|---|---|
| February 22, 2018 | Significant Modification | Section II.23 | References to the "centrifuge system" were revised to "centrifuge." Corrected the $SO_2$ emission limit and emission factor for controlled sources in the summary table (Condition 23.1) and removed the emission limits for the centrifuge TO. Removed Conditions 23.1.3 and 23.10 as they are related to the centrifuge TO. Corrected the condition number references in Conditions 23.1.2, 23.3.5 and 23.12.3 Revised the performance test language in Condition 23.12.3 to current language. Condition 23.12.2.2 was renumbered to a higher level. Removed the referent to Condition 23.1.3 from Condition 23.13. |
|  |  | Section II.24 | Corrected the condition number references in the summary table for Conditions 24.1 and 24.2. |
|  |  | Section II.25 | Removed Reg 7, Section VI.C.4.b from the requirements in Condition 25.3, since the Section VI.C.4.b requirements were removed from the permit previously (requirements apply to tank truck owner/operators). |
|  |  | Section II.27 | Corrected the condition number reference in Condition 27.8 |
|  |  | Section II.29 | Revised the VOC emission factor and added emission factors for $PM/PM_{10}$ to Condition 29.1. Revised Condition 29.2 to cite paragraph c of the Consent Decree. Added "new" condition 29.10 for MACT CC flare requirements. Added language to Condition 29.8 (60.18 provisions) re how compliance with this condition is assessed when the source complies with the MACT CC requirements. |
|  |  | Section II.30 | The following changes were made to Condition 30.1: revised the $SO_2$, CO and VOC limits, added $NO_X$ limit and revised the VOC emission factor. Revised the summary table to indicate $SO_2$ emissions would be monitored with a TRS monitor, gases combusted would be monitored with a flow meter and NSPS Ja $H_2S$ limit would be monitored with an $H_2S$ monitor. The following changes were made to Condition 30.6: revised gas consumption limit and monitoring method (flow monitor for sweep and process gas) and revised Btu content of city gas to 920 Btu/scf. Revised Condition 30.9 to indicate that hours of operation are only used to determine pilot gas throughput. Added "new" condition 30.11 for MACT CC flare requirements. Added language to Condition 30.8 (60.18 provisions) re how compliance with this condition is assessed when the source complies with the MACT CC requirements. |
|  |  | Section II.31 | Revised emission and throughput limits (Conditions 31.1 and 31.6) and the CO emission factor (Condition 31.1). Added "new" Condition 31.10 for MACT CC flare requirements. Added language to Condition 31.8 (60.18 provisions) to indicate that these requirements no longer apply after the source in in compliance with the MACT CC requirements. |
|  |  | Section II.32 | Revised Condition 32.4 to just list MACT CC, not specific sections of MACT CC. |
|  |  | Section II.33 | Minor revisions were made to the section title. Added a note to Condition 33.2 to indicate that sources subject to NSPS GGGa are not subject to MACT CC. Corrected the references in Condition 33.3 of the summary table. Removed NSPS GGG and added NSPS GGGa to Condition 33.4. |

Permit Number: 96OPAD120

First Issued: 8/1/04
Renewed: 10/1/12
Last Revised: 2/22/18

Air Pollution Control Division
Colorado Operating Permit
Permit Modifications

Appendix F
Page 11

| DATE OF REVISION | TYPE OF REVISION | SECTION NUMBER, CONDITION NUMBER | DESCRIPTION OF REVISION |
|---|---|---|---|
| February 22, 2018 | Significant Modification | Section II.34 | Minor revisions were made to the section title. Revised the emission limit for the pipeline receipt station (F200) and added the MPV project (F202) fugitive emission limit in Condition 34.1. Condition 34.2 was revised to indicate that all component groupings are subject to NSPS GGGa. NSPS GGG and MACT CC were removed from Condition 34. (All component groupings are subject to NSPS GGGa and sources subject to NSPS GGGa do not have to comply with MACT CC.) Removed F101 from Condition 34.2 since drains are not subject to equipment leak requirements. |
| | | Section II.38 | Removed Condition 46 from the note under Condition 38.2 (this was an incorrect reference). Condition 38.2 (NSPS J requirements for fuel gas combustion devices) was revised as follows: made minor revisions to language noting the version of requirements included, added 60.105(b) and some conditions were combined, renumbered or had minor language changes. |
| | | Section II.41 | Added the pipeline receipt station sump as a tank not subject to requirements in Condition 41.2.2. Tank T52 was included in Condition 41.2.3. |
| | | Section II.43 | Corrected the reg citation in Condition 43.8 (summary table) and the condition number reference in Condition 43.1.3.1. |
| | | Section II.44 | Corrected the condition number reference in Condition 44.2.1. |
| | | Section II.45 | Corrected the condition number references in Conditions 45 (first line) and 45.4. |
| | | Section II.46 | Minor changes were made to the language indicating which version of requirements is included. Removed H-33 from the list of modified equipment subject to the requirements. Added §60.102a(g)(1) under Condition 46.1. Removed the notes regarding the AU flare (F2) in Conditions 46.8, 46.9, 46.14, 46.19, 46.20 & 46.22. Added §60.107a(a) as "new" Condition 46.13. Existing Conditions 46.13 and after, are re-numbered. Moved Conditions 46.14.1 (60.107a(2)(v)) and 46.14.2 (60.107a(a)(2)(vi)) under Condition 46.13 (H$_2$S monitoring requirement, 60.107a(a)(2)). Condition 46.19 (exemption from sulfur monitoring requirements, 60.103a(e)(4)) was renumbered under Condition 46.18 (sulfur monitoring for flares, 60.103(e)), as Condition 46.18.4. Condition 46.21 (alternate flare monitoring in 60.107a(g)) was removed. |
| | | Section II.47 | Minor changes were made to the language indicating which version of requirements is included. Revised language to indicate which sources are subject to these requirements. Added MPV project equipment leaks (F202) as a source subject to these requirements. Added 60.592a(c) as a "new" condition. The exceptions in Condition 47.5 were included as separate "new" conditions with language consistent with the regulation. Note that conditions following "new" conditions are renumbered. |
| | | Section II.48 | Minor changes were made to the language indicating which version of requirements is included. Corrected the CFR references in Conditions 48.6.1 and 48.8. Added 60.116b(a) as a "new" condition. Note that conditions following "new" conditions are renumbered. |

Permit Number: 96OPAD120

First Issued: 8/1/04
Renewed: 10/1/12
Last Revised: 2/22/18

| DATE OF REVISION | TYPE OF REVISION | SECTION NUMBER, CONDITION NUMBER | DESCRIPTION OF REVISION |
|---|---|---|---|
| February 22, 2018 | Significant Modification | Section II.51 | Removed this section since NSPS GGG no longer applies to any process units at this facility (Plants 1 and 3). Sections following this have been renumbered. |
| | | Section II.54 | Added language indicating that the pipeline receipt station sump (less than 40 m$^3$) and tank D-20 (does not serve a process unit) are not subject to the storage vessel requirements. Removed F101 from the list of sources subject to MACT CC equipment leak requirements Removed tanks T4501 and D-20 from the overlap requirements for storage tanks (NSPS Kb). Removed Tanks T33, T164, T169, T170 and T171 from the list of Group 2 storage vessels (these tanks have been removed from service and the APENs cancelled). Revised the list of component groupings that fall under the overlap provisions for equipment leaks (NSPS GGGa). Included the December 1, 2015 and July 13, 2016 revisions to MACT CC. |
| | | Section II.55 | Corrected the condition number reference in Condition 55.23. Removed the condition number references in Conditions 55.5, 55.9 and 55.11 as they don't seem to provide the information indicated. |
| | | Section II.56 | Minor changes were made to the language indicating which version of requirements is included. Revisions were made to the note regarding stayed requirements. Place holders were included for 60.482-1a(g) and 60.482-11a (stayed requirements). Corrected the language in Conditions 56.64 and 56.55. Conditions 56.63.1 and 56.63.2 belong under "new" Condition for 60.482-9a(d). The citations for Conditions 56.63.1 and 56.63.2 were also corrected. Sub-conditions were added under Condition 56.63 (60.482-9a(c)). Corrected the citation in Condition 56.67. Corrected the following provisions: 60.482-1a(c), (f)(2) and (f)(1), 60.483-1a, 60.483-2a, 60.485a, 60.486a and 60.487a. Note that conditions following "new" conditions are renumbered. |
| | | Section II.57 | Added language to this condition to indicate that these requirements no longer apply to flares that are subject to the flare requirements in MACT CC once the flare complies with the MACT CC flare requirements and noted the flares that are subject to the MACT CC flare requirements (F1, F2 and F3). |
| | | Section II.65 | Removed the reference to 40 CFR Part 60 Subpart GGG requirements in the first paragraph since the Subpart GGG requirements have been removed. |
| | | Section II.66 | Minor changes were made to the language indicating which version of requirements is included. References to the "centrifuge system" were revised to "centrifuge." Added language indicating that the pipeline receipt station sump is subject to these requirements, specifically the tank requirements, Section 61.343, namely 61.343(b)). Included T-4517 in the paragraph under Condition 66. Corrected the condition number references in Conditions 66.13.4 and 66.17.2. |

| DATE OF REVISION | TYPE OF REVISION | SECTION NUMBER, CONDITION NUMBER | DESCRIPTION OF REVISION |
|---|---|---|---|
| February 22, 2018 | Significant Modification | Section II.68 | The north guard shack SVE was removed and the laboratory SVE was added to the list under the header and in Conditions 68.1 (emission limits) and 68.6.2 (equipment description). Condition 68.6.2 was also revised to change the blower capacity for pt 634. Corrected the citation in Condition 68.8. |
| | | Section II.69 | Removed Condition 69.5 (MACT CC requirements) as tank D-20 is not subject to these requirements. |
| | | Section II.70 | Changed the VOC limit for insignificant activities (Condition 70.1). Revised the table in Condition 70.2 to include the current emission limit, remove AIRS pt 626 (north guard shack), include AIRS pt 635, replace AIRS pt TBD with 636 and add AIRs pt 637 (laboratory). |
| | | "New" Section II.70 | "New" section for tank degassing of floating roof tanks with thermal oxidizer.  Note that Section II.70 became available with the removal of Section II.51. |
| | | "New" Section II.71 | "New" section for miscellaneous process vents. |
| | | Section III | Corrected the Reg 7 reference (should be "IX", not "X") under "applicable requirement" in the third row in the table in Section 1. Removed the provisions in 40 CFR Part 63 Subpart G and CC (§§ 63.643, 63.644 and 63.645) from the table in Section 1. Corrected the condition numbers in the first column in the table in Section 3. |
| | | Appendix A | Added the RPC West Zone AS system to the insignificant activity list. |
| | | Appendices B and C | The following changes were made to the tables: relocated pt 636 to put SVEs in AIRS ID order, removed the north guard shack SVE and added the laboratory SVE, the pipeline receipt station sump, MPVs, MPV project equipment leaks (F202) and tank degassing. |
| | | Appendix G | Removed the reference to Condition 46.10.1 on page 11 and replaced it with the CD paragraph number, which is consistent with the CD language. It appears that there has never been a Condition 46.10.1 in the permit and it appears that paragraph 184 of the CD was never included in Section II of the permit. |
| | | Appendix H | The following changes were made to Table 1-1: revised No. 3 crude unit flare, H-33 and H-37 $SO_2$ limits and added H-6 $SO_2$ limit. Revised the AU flare (No.3 crude unit flare) $SO_2$ calculation methodology (use TRS monitor). Corrected the condition number references related to the SRU emission limit (pages 21 and 23). |
| | | Appendix J | The first reference to Condition 35.2 on page 5 was revised to reference Condition 35.7.2 as this permit condition explains that removal of catalyst buildup is considered "soot blowing."  The phrase "monitoring provisions of" just prior to this condition number reference was replaced with "as noted in." |
| | | Appendix K | Included the applicability test for the MPV project modification. |
| | | | |

# APPENDIX G

## Consent Decree Benzene, LDAR and Flaring Events

The following terms and conditions are from the Consent Decree in Case No. H-01-4430 as modified by the First Amendment to Consent Decree, entered August 5, 2003 and Second Amendment to the Consent Decree, entered October 2006 by the United States District Court for the Southern District of Texas ("Consent Decree").

## Program Enhancements Re:  Benzene Waste Operations NESHAP (BWON)

Refinery Compliance Option Changes

Commencing on the Date of Entry of the Consent Decree and continuing through termination, Conoco shall not change the compliance option of any Refinery from the 6 BQ compliance option to the 2 Mg compliance option. If at any time from the Date of Entry of the Consent Decree through its termination, the Denver Refinery is determined to have a TAB equal to or greater than 10 Mg/yr, Conoco shall not utilize the 2 Mg compliance option. Conoco shall consult with EPA and the appropriate state agency before making any change in compliance strategy not expressly prohibited by this Paragraph. All changes must be undertaken in accordance with the regulatory provisions of the Benzene Waste Operations NESHAP. (Paragraph 77)

Carbon Canisters

Except as noted for Conoco's Lake Charles Refinery, Conoco's Refineries requiring control devices shall comply with the requirements of Paragraphs 88 - 96 (either primary and secondary canisters in series or single carbon canisters) at all locations at Conoco's Refineries where a carbon canister(s) is utilized as a control device under the Benzene Waste Operations NESHAP. Lake Charles Refinery may continue to use its primary control system (flare) as the primary control system with single carbon canister system as backup. Lake Charles may change to dual canisters in series if needed. (Paragraph 87)

By no later than seven (7) days after start of operation of each secondary carbon canister, Conoco shall start to monitor for breakthrough between the primary and secondary carbon canisters at times when there is actual flow to the carbon canister, in accordance with the frequency specified in 40 CFR §61.354(d). (Paragraph 91)

Conoco shall replace the original primary carbon canisters with either a fresh carbon canister or the secondary canister immediately when breakthrough is detected. If the original secondary carbon canister is used as the new primary carbon canister, a fresh carbon canister will become the secondary canister. For this Paragraph, "immediately" shall mean within twenty-four (24) hours. (Paragraph 92)

Utilizing single carbon canisters. Conoco shall continue to operate its existing single canisters for short-term operations such as with temporary storage tanks. For all canisters operated as part of a single canister system, "breakthrough" is defined for the purposes of this Decree as any reading of VOC above background. Beginning no later than the Date of Entry of this Consent Decree, Conoco shall monitor for breakthrough from a single carbon canister at times when there is actual flow to the carbon canister, in accordance with the frequency specified in 40 CFR §61.354(d). (Paragraph 93)

Air Pollution Control Division
Colorado Operating Permit                                          Appendix G
Consent Decree LDAR and Flaring Events                                  Page 2

For locations where single canisters are utilized, canisters will be replaced when breakthrough is determined within eight (8) hours for canisters with historical replacement intervals of two weeks or less or within twenty-four (24) hours for canisters with a historical replacement interval of more than two weeks. Single carbon canisters can be replaced with a dual system (in series) at any time, provided that Conoco provides notice to EPA and single canister monitoring is continued until the second canister is installed. (Paragraph 94)

Conoco shall maintain a supply of fresh carbon canisters used as single canisters at each Refinery at all times. Conoco shall either maintain the supply or assure a replacement is available within the replacement interval for all canisters used in dual systems. (Paragraph 95)

Records for the requirements of Paragraphs 88 - 95 shall be maintained in accordance with 40 CFR §61.356(j)(10). (Paragraph 96)

<u>Annual Review</u>

Conoco shall establish a process to annually review process and project information for each Refinery, including but not limited to construction projects, to ensure that all new benzene waste streams are included in each Refinery's waste stream inventory during the life of the Consent Decree. Conoco shall have one hundred eighty (180) days from Date of Entry of the Consent Decree to modify existing management of change procedures for this annual review or to develop a new program. (Paragraph 97)

<u>Laboratory Audits</u>

Conoco shall conduct audits of all laboratories that perform analyses of Conoco's benzene waste operations NESHAP samples to ensure that proper analytical and quality assurance/quality control procedures are followed. These audits may be conducted either by Conoco personnel or third parties. (Paragraph 98)

Beginning within six (6) months after the Date of Entry of the Consent Decree, Conoco shall conduct initial audits of the laboratories used by two (2) of its Refineries. Conoco shall complete initial audits of the laboratories used by the remaining Conoco Refineries within twelve (12) months of the Date of Entry of the Consent Decree. In addition, Conoco shall audit any new laboratory used for analyses of benzene samples prior to use of the new laboratory. (Paragraph 99)

During the life of this Consent Decree, ConocoPhillips shall conduct subsequent laboratory audits, such that each laboratory is audited every two (2) years. ConocoPhillips may rely upon audit results obtained by another company that has similar audit requirements if that company has audited the same laboratory within the past twelve (12) months. (Paragraph 100)

<u>Spills</u>

Upon entry of the Consent Decree, Conoco shall review reportable spills within the Refineries identified in Paragraph 5 to determine if benzene waste, as defined under Subpart FF, was generated. For the purposes of this

review, 'reportable' will be the smaller of the benzene quantity defined as reportable by either CERCLA or the State in which the particular refinery operates. Conoco shall account for such benzene waste in the respective TABs as required by 40 CFR §61.342. For the Refineries with a TAB greater than or equal to 10 Mg/year, Conoco will account for such benzene wastes in accordance with the applicable compliance option calculations, as appropriate under Subpart FF, unless the benzene waste is promptly managed in controlled waste management units.  (Paragraph 101)

Training

By no later than one hundred twenty (120) days from the Date of Entry of the Consent Decree, Conoco shall develop and begin implementation of annual (i.e., once each calendar year) training for all employees asked to draw benzene waste samples. (Paragraph 102)

Billings, Lake Charles and Ponca City Refineries: For the Billings, Lake Charles and Ponca City Refineries, by no later than one hundred eighty (180) days from the Date of Entry of the Consent Decree, Conoco shall complete the development of standard operating procedures for all control equipment used to comply with the Benzene Waste Operations NESHAP. By no later than two hundred seventy (270) days thereafter, Conoco shall complete an initial training program regarding these procedures for all operators assigned to this equipment. Comparable training shall also be provided to any persons who subsequently become operators, prior to their assumption of this duty. Until termination of this Decree, "refresher" training in these procedures shall be performed at a minimum on a three (3) year cycle. (Paragraph 103)

The Denver Refinery shall comply with the procedure and training provisions of Paragraph 103 if and when that Refinery's TAB exceeds 10 Mg/yr. Conoco shall propose the schedule for these procedures and training at the same time that Conoco proposes a plan, pursuant to Paragraph 83 that identifies the compliance strategy and schedule that Conoco will implement to come into compliance with the 6 BQ compliance option. (Paragraph 104)

If personnel are employees of contractors, the contractor will provide their employees' training information to Conoco. (Paragraph 105)

Sampling Plans

Conoco shall submit a sampling plan for each Refinery to EPA for approval. The plan will include the information required by Sections L, M and N of this Part. If no Phase Two samples are requested by EPA, the plans shall be submitted no later than December 31, 2002. If EPA requests Phase Two samples, the plan shall be submitted no later than two hundred ten (210) days after EPA's request. The sampling plan shall be implemented during the first full calendar quarter after Conoco receives written approval from EPA of the sampling plans required by this Paragraph. After two (2) years, Conoco may request an alternative sampling plan for any of its Refineries, including sampling frequency, and EPA should not unreasonably withhold its consent. (Paragraph 106)

End of Line Sampling (6BQ Compliance Option)

Conoco shall submit a sampling plan pursuant to Paragraph 106 to EPA to conduct quarterly "end of the line" benzene determination for the Billings Refinery which is complying with the 6 Mg/yr compliance option (40 CFR §61.342(e)). (Paragraph 108)

Conoco's plan for the Billings Refinery will contain proposed sampling locations and methods for flow calculations to be used in the quarterly benzene determination. (Paragraph 109)

Conoco's plan for the Billings Refinery shall also provide for quarterly sampling of all uncontrolled waste streams that count toward the 6 Mg/yr calculation and contain greater than 0.05 Mg/yr of benzene. (Paragraph 110)

Quarterly Estimation of Annual TAB

Conoco shall use all sampling results and approved flow calculation methods under the approved sampling plans (Paragraph 106) to calculate a quarterly and estimate a calendar year value for each refinery. If the quarterly calculation for a refinery made pursuant to this Paragraph exceeds: a) 2.5 Mg for the refinery with TAB historically less than 10 Mg/yr, b) 0.5 Mg for refineries complying with the 2 Mg compliance option, or c) 1.5 Mg for refineries complying with the 6 BQ compliance option, then Conoco shall prepare for that refinery a written summary and schedule of the activities planned to minimize benzene wastes at such facility for the rest of the calendar year to ensure that the calendar year calculation complies with the 10 Mg TAB calculation, or the 2 Mg or 6 BQ compliance options. The summary and schedule are due no later than sixty (60) days after the close of the quarter in which the quarterly calculation exceeded the applicable quantity. (Paragraph 115)

If any estimated calendar year calculation for any facility made pursuant to the preceding Paragraph exceeds: (a) 10 Mg for refineries with TABs historically less than 10 Mg/yr, (b) 2 Mg for refineries complying with the 2 Mg compliance option, or (c) 6 Mg for refineries complying with the 6 BQ compliance option, then Conoco shall prepare for each such refinery a written summary and schedule of the activities planned to minimize benzene wastes at such facility to ensure that the calendar year calculation complies with the Benzene Waste Operations NESHAP compliance option. (The projected annual estimates themselves are not the basis for penalties and are not deemed to be instances of non-compliance for purpose of this Consent Decree.) The summary and schedule are due no later than sixty (60) days after the close of the quarter in which the estimated annual amount exceeded the applicable quantity. (Paragraph 116)

Miscellaneous Measures

The provisions of this Paragraph shall apply to: (a) the Billings, Ponca City and Lake Charles Refineries from the Date of Entry of the Consent Decree through termination of the Consent Decree and (b) to the Denver Refinery, if its TAB exceeds 10 Mg/yr, from such time as a compliance strategy is completed, through termination of the Consent Decree. Conoco shall (Paragraph 117):

  Conduct monthly visual inspections of all water traps used for BWON control within the Refineries' individual drain systems (Paragraph 117(a));

By no later than June 30, 2002, identify and mark all area drains that are segregated stormwater drains (Paragraph 117(b));

On a quarterly basis, conduct monitoring of the controlled oil-water separators in benzene service in accordance with the "no detectable emissions" provision in 40 CFR §61.347. (Paragraph 117(d))

Conoco shall manage all groundwater remediation conveyance systems at its Billings, Lake Charles and Ponca City Refineries in accordance with the Benzene Waste Operations NESHAP. (Paragraph 118)

<u>Recordkeeping and Reporting Requirements for this Part</u>

In addition to the reports required under 40 CFR §61.357 and the Quarterly Progress Report Procedures of Part XIV (Recordkeeping and Reporting), at the times specified in the applicable provisions and Paragraphs of this Part VIII, Conoco shall make available, as and to the extent required, the reports listed in Paragraph 121 to EPA. (Paragraph 121)

<u>Quarterly Reports:</u> Conoco shall submit the following information quarterly as part of the information submitted in either the quarterly reports required pursuant to 40 CFR §61.357(d)(6) and (7) ("Section 61.357 Reports"), (Billings, Lake Charles, and Ponca City) or in the quarterly reports due pursuant to Part XIV of this Decree (Denver and/or the other three (3) Refineries). This provision is applicable through the Life of the Consent Decree, unless the reporting for (a), (b) or (c) below is modified as provided in Paragraph 123 (Paragraph 122):

Sampling results and approved flow calculations generated pursuant to Sections L, M and N of the Consent Decree. (Paragraph 122(a))

Estimated quarterly and annual TABs calculated and reported pursuant to Section O of the Consent Decree. (Paragraph 122(b))

Initial and/or subsequent training conducted in accordance with Paragraphs 102-105 through the end of calendar quarter for which the quarterly report is due. (Paragraph 122(c))

Initial and subsequent laboratory audits conducted pursuant to Paragraphs 98-100 through the end of calendar quarter for which the quarterly report is due. Conoco shall include, at a minimum, the identification of each laboratory audited, a description of the methods used in the audit, and the results of the audit. (Paragraph 122(d))

Any time after two (2) years of quarterly reporting pursuant to Paragraph 122(a), (b), or (c) of sampling results and estimated calendar calculations, Conoco may submit a request to EPA on any or all of these items to modify the frequency of reporting. This request would include the provision to report for the previous calendar year in the quarterly report due for the last calendar quarter of each year submitted pursuant to the provisions of Part XIV of the Consent Decree. This request for Paragraphs 122(a) and (b) would include a provision to

Case No. 1:24-cv-02164-DDD-SBP     Document 27-11     filed 01/21/25     USDC Colorado
pg 375 of 448

Air Pollution Control Division
Colorado Operating Permit
Consent Decree LDAR and Flaring Events

Appendix G
Page 6

recommence quarterly reporting for any calendar year in which the estimated calendar calculation for any facility indicates it may exceed the annual compliance option. (Paragraph 123)

Conoco shall submit all reports, plans and certifications required to be submitted under this Part to EPA Headquarters. Where indicated, Conoco also shall submit the information to the appropriate state agency. Conoco may submit the materials electronically. Certifications shall be made in accordance with the provisions in Part XIV. (Paragraph 125)

**Program Enhancements Re: Leak Detection and Repair**

<u>Written Refinery-Wide LDAR Program</u> By not later than one hundred eighty (180) days after the Date of Entry (April 22, 2002) of the Consent Decree, the permittee shall develop and maintain a written program for compliance with all applicable federal and state LDAR regulations. This written program may be specific to each refinery and will include all process units subject to federal and/or state LDAR regulations ("Refinery-wide program"). Until termination of the Decree, the permittee shall implement this program on a Refinery-wide basis, and the permittee shall update the program as necessary to ensure continuing compliance. Each Refinery-wide program shall include the items listed in paragraph 126 of the Consent Decree.

<u>Training</u> By no later than one (1) year from the Date of Entry (April 22, 2002) of the Consent Decree, the permittee shall implement the training program set forth in paragraph 127 of the Consent Decree.

<u>LDAR Audits</u> The permittee shall implement Refinery-wide audits performed as set forth in paragraphs 129 and 130 of the Consent Decree, to ensure the refinery's compliance with all applicable LDAR requirements. The permittee's LDAR audits shall include but not be limited to, comparative monitoring, records review, tagging, data management, and observation of the LDAR technicians' calibrations and monitoring techniques. An audit of the refinery shall occur every two (2) years and, if the permittee-led audits are done, third-party and the permittee-led audits shall be separated by two (2) years. (Paragraph 129)

<u>Actions Necessary to Correct Non-Compliance</u> If the results of any of the audits identify any areas of non-compliance, the permittee shall implement, as soon as practicable, all steps necessary to correct the area(s) of non-compliance, and to prevent, to the extent practicable, a recurrence of the cause of the non-compliance. Until two (2) years after the termination of the Consent Decree, the permittee shall retain the audit reports generated pursuant to paragraphs 129-130 of the Consent Decree and shall maintain a written record of the corrective actions that the permittee takes in response to any deficiencies identified in any audits. In the semi-annual report submitted pursuant to the provisions of Part XIV of the Consent Decree (Recordkeeping and Reporting) for the first calendar quarter of each year, the permittee shall report on the audits and corrective actions for audits performed during the previous year as provided in paragraph 151(b) of the Consent Decree. (Paragraphs 132 and 133)

<u>Internal Leak Definition for Valves and Pumps</u> The permittee shall utilize the following internal leak definitions, unless other permit(s), regulations, or laws require the use of lower leak definitions. (Paragraph 134)

<u>Leak Definition for Valves</u> By no later than two (2) years after Date of Entry (April 22, 2002), the permittee shall utilize an internal leak definition of 500 ppm VOCs for all of its valves in light liquid and/or gas vapor service, excluding pressure relief devices. (Paragraph 135)

<u>Leak Definition for Pumps</u> By no later than two (2) years after the Date of Entry of the Consent Decree, the permittee shall utilize an internal leak definition of 2,000 ppm for its pumps in light liquid and/or gas/vapor service. (Paragraph 136)

<u>Reporting, Recordkeeping, Tracking, Repairing and Re-monitoring Leaks of Valves and Pumps Based on the Internal Leak Definitions</u>

<u>Reporting</u> For regulatory reporting purposes, the permittee may continue to report leak rates in valves and pumps against the applicable regulatory leak definition, or may use the lower, internal leak definitions specified in paragraphs 135 and 136. The permittee will identify in the report which definition is being used. (Paragraph 137)

<u>Recordkeeping, Tracking, Repairing and Re-monitoring Leaks</u> The permittee shall record, track, repair and re-monitor applicable leaks in excess of the internal leak definitions of paragraphs 135 and 136 (at such time as those definitions become applicable), except that the permittee shall have thirty (30) days to make repairs and re-monitor leaks that are greater than the internal leak definitions but less than the applicable regulatory leak definitions. (Paragraph 138)

<u>"First Attempt at Repairs" on Valves</u> The permittee shall implement "first attempt at repair" beginning no later than ninety (90) days after the Date of Entry (April 22, 2002) of the Consent Decree. The permittee shall promptly make a "first attempt at repair" on any valve that has a reading greater than 200 ppm of VOCs excluding control valves, pumps, and components that LDAR personnel are not authorized to repair. The timing for the "first attempt at repair" of those components which the monitoring personnel are not authorized to repair will be consistent with the existing regulatory requirements. "First attempt at repair" will be made promptly (no later than the next business day) for the valves over 200 ppm that the LDAR monitoring personnel are authorized to attempt repair. The "first attempt at repair" will be re-monitored no later than four business days following the repair at the refinery to assure the leak is not worse. No other action will be required unless the leak exceeds the then-applicable leak definition for the refinery. If, after two (2) years, the permittee can demonstrate with sufficient monitoring data that the "first attempt at repair" at 200 ppm will worsen or not improve the Refinery's leak rates, the permittee may request that EPA reconsider or amend this requirement. (Paragraph 139)

<u>LDAR Monitoring Frequency</u>

<u>Pumps</u> When the lower leak definition for pumps becomes applicable pursuant to paragraph 136, the permittee shall monitor pumps in light liquid service and/or gas vapor service at the lower leak definition on a monthly basis. (Paragraph 140)

<u>Valves</u> Unless more frequent monitoring is required by a State regulation, when the lower internal leak definition for valves becomes applicable pursuant to paragraph 135, the permittee shall implement a

program to monitor valves in light liquid and/or gas vapor service – other than difficult to monitor or unsafe to monitor valves – on a quarterly basis, with no ability to skip periods on a process-unit-by-process-unit basis. (Paragraph 141)

<u>Electronic Monitoring, Storing, and Reporting of LDAR Data</u>

<u>Electronic Storing and Reporting of LDAR Data</u> The permittee has and will continue to maintain for the duration of the Consent Decree an electronic database for storing and reporting LDAR data. (Paragraph 142)

<u>Electronic Data Collection During LDAR Monitoring</u> For the duration of the Consent Decree, the permittee shall continue to use dataloggers and/or electronic data collection devices during all LDAR monitoring. The permittee or its designated contractor shall use its/their best efforts to transfer, on a daily basis, electronic data from electronic datalogging devices to the electronic database of Paragraph 142. For all monitoring events in which an electronic data collection device is used, the collected monitoring data shall include a time and date stamp, an operator identification, and an instrument identification. The permittee may use paper logs where necessary or more feasible (e.g., small rounds, re-monitoring, or when dataloggers are not available or broken), and shall record, at a minimum, the identification of the technician undertaking the monitoring, the date, and the identification of the monitoring equipment. The permittee shall transfer any manually recorded monitoring data to the electronic database of Paragraph 142 within seven (7) days of monitoring. (Paragraph 143)

<u>QA/QC of LDAR Data</u> By no later than one hundred twenty (120) days after the Date of Entry (April 22, 2002) of the Consent Decree, the permittee or a third party contractor retained by the permittee shall develop and implement a procedure to ensure a quality assurance/quality control ("QA/QC") review of all data generated by LDAR monitoring technicians. This QA/QC procedure shall include the procedures as set forth in paragraph 144 of the Consent Decree.

<u>Calibration/Calibration Drift Assessment</u>

<u>Calibration</u> The permittee shall conduct all calibrations of LDAR monitoring equipment using methane as the calibration gas, in accordance with 40 CFR Part 60, EPA Reference Test Method 21. (Paragraph 145)

<u>Calibration Drift Assessment</u> Beginning no later than the Date of Entry (April 22, 2002) of the Consent Decree, the permittee shall conduct calibration drift assessments of LDAR monitoring equipment at the end of each monitoring shift, at a minimum. The permittee shall conduct the calibration drift assessment using, at a minimum, an approximately 500 ppm calibration gas. If any calibration drift assessment after the initial calibration shows a negative drift of more than 10% from the previous calibration, the permittee shall re-monitor all valves that were monitored since the last calibration that had a reading greater than 100 ppm and shall re-monitor all pumps that were monitored since the last calibration that had a reading greater than 500 ppm. (Paragraph 146)

<u>Delay of Repair</u> Within thirty (30) days of the completion of the written program described in paragraph 126, for any equipment for which the permittee is allowed, under 40 CFR §60.482-9(a) or equivalent state regulations, to place on the "delay of repair" list for repair, the permittee shall implement the provisions of paragraph 147 of the Consent Decree. (Paragraph 147)

For valves: For valves, other than control valves or pressure relief valves, that qualify to be on the "delay of repair" list and are leaking at a rate of 50,000 ppm or greater, the permittee will undertake "extraordinary efforts" to fix the leaking valve rather than keeping the valve on the "delay of repair" list, unless the permittee can demonstrate that there is a safety, mechanical, or major environmental concern posed by repairing the leak in this manner. For valves, extraordinary efforts for repairs shall be defined as non-routine repair methods. The extraordinary effort will be undertaken within one hundred twenty (120) days of the valve being placed on the "delay of repair" list. After two (2) unsuccessful attempts to repair a leaking valve through extraordinary efforts, the permittee may keep the leaking valve on the "delay of repair" list. The permittee will implement these extraordinary repair procedures within thirty (30) days of completion of the written program. (Paragraph 148)

Within one hundred twenty (120) days of implementation of the written program, the permittee shall also make extraordinary efforts to repair those valves which have been placed on the delay of repair list which leak at 10,000 ppm for more than three (3) years. The permittee may delay these repairs further if it can demonstrate that there is a safety, mechanical, or major environmental concern posed by repairing the leak in this manner. (Paragraph 149)

<u>Recordkeeping and Reporting Requirements</u>

<u>In addition to the Reports Required under 40 CFR §63.654 and the Semi-Annual Progress Report Procedures of Part XIV (Recordkeeping and Reporting) of the Consent Decree</u> Written Refinery-Wide LDAR Program No later than thirty (30) days after completion of the development of the written refinery-wide LDAR programs that the permittee develops pursuant to paragraph 126, the permittee shall submit a copy of the Refinery's Program to EPA and to the Division. (Paragraph 150)

<u>As Part of Either the Reports Required under 40 CFR §63.654 or the Semi-Annual Progress Report Procedures of Part XIV (Recordkeeping and Reporting) of the Consent Decree</u> Consistent with the requirements of Part XIV of the Consent Decree, the permittee shall include the information set forth in paragraph 151 of the Consent Decree, at the times set forth in paragraph 151, in its semi-annual progress reports.

<u>Agencies to Receive Reports, Plans and Certifications Required in this Part; Number of Copies</u> The permittee shall submit all reports, plans and certifications required to be submitted under Paragraphs 150-151 to EPA. Where indicated, the permittee shall submit the information to the Division. Upon written agreement with parties, the permittee may submit the materials electronically. Certifications shall be made in accordance with Part XIV of the Consent Decree. (Paragraph 153)

**Program Enhancements Re: Subpart J and Flaring**

_Definitions_ Unless specifically provided in the Consent Decree, terms used in Part X of the Consent Decree shall have the meaning as set forth in paragraph 154 of the Consent Decree.

## Future Flaring

By no later than the Date of Entry (April 22, 2002) of the Decree, the permittee shall implement procedures at the refinery for evaluating whether future Acid Gas Flaring Incidents and Tail Gas Incidents are due to Malfunctions. The procedures require Root Cause Failure Analysis and Corrective Action for flaring incidents as specified in the Consent Decree, and stipulated penalties for Acid Gas Flaring Incidents or Tail Gas Incidents if the Root Causes were not due to Malfunctions. (Paragraph 178)

By no later than the Date of Entry of the Decree, the permittee shall implement procedures at the refinery for evaluating whether HC Flaring Incidents are due to Malfunctions, as set forth in paragraph 179 of the Consent Decree. (Paragraph 179)

## Tail Gas Incidents and No. 1 Incinerator Incidents

For Tail Gas Incidents, the permittee shall follow the investigative, reporting, and corrective action as outlined in Paragraph 183 and the same assessment of stipulated penalty procedures for Acid Gas Flaring outlined in paragraph 189. Such Tail Gas Incidents would not be counted in the tally of Acid Gas Flaring Incidents under Paragraph 190 of the Consent Decree. (Paragraph 181)

For a No. 1 Incinerator Incident, the permittee will follow the investigative, reporting, and corrective action as outlined in Paragraph 183 and the same assessment of stipulated penalty procedures for Acid Gas Flaring Incidents outlined in paragraph 189 of the Consent Decree. No. 1 Incinerator Incidents shall not be counted in the tally of Acid Gas Flaring Incidents under paragraph 190 of the Consent Decree. (Paragraph 182)

## Requirements Related to All Flaring Incidents

_Investigation and Reporting_ No later than forty-five (45) days following the end of an Acid Gas Flaring Incident, Tail Gas Incident, HC Flaring Incident, or a No. 1 Incinerator Incident (individually and collectively referred to as "Flaring Incident"), the permittee shall prepare a report that sets forth the information listed in paragraph 183 of the Consent Decree. The permittee shall submit the report for AG Flaring Incidents, Tail Gas Incidents and No. 1 Incinerator Incidents to the Addresses listed in Paragraph 296 of the Consent Decree. The permittee shall maintain the reports prepared for Hydrocarbon Flaring Incidents on site. The permittee shall summarize the Hydrocarbon Flaring Incidents in the Semi-Annual Progress Reports. (Paragraph 183 and 183a)

## Corrective Action

In response to any Acid Gas Flaring Incident, Tail Gas Incident, HC Flaring Incident or No. 1 Incinerator Incident, the permittee, as expeditiously as practicable, shall take such interim and/or long-term corrective actions, if any, as are consistent with good engineering practice to minimize the

likelihood of a recurrence of the Root Cause and all contributing causes of the subject incident. (Paragraph 184)

If EPA does not notify the permittee in writing within thirty (30) days of receipt of the report(s) required by paragraph 184 of the Consent Decree that it objects to one or more aspects of the permittee's proposed corrective action(s), if any, and schedule(s) of implementation, if any, then that (those) action(s) and schedule(s) shall be deemed acceptable for purposes of the permittee's compliance with Paragraph 184 above. (Paragraph 185)

EPA does not, however, by its agreement to the entry of the Consent Decree (April 22, 2002) or by its failure to object to any corrective action that the permittee may take in the future, warrant or aver in any manner that any of the permittee's corrective actions in the future will result in compliance with the provisions of the Clean Air Act or its implementing regulations. Notwithstanding EPA's review of any plans, reports, corrective measures or procedures under this Section J, the permittee shall remain solely responsible for compliance with the Clean Air Act and its implementing regulations. (Paragraph 186)

If the EPA does object, in whole or in part, to the permittee's proposed corrective action(s) and/or its schedule(s) of implementation, or, where applicable, to the absence of such proposal(s) and/or schedule(s), it shall notify the permittee of that fact within thirty (30) days following receipt of the report(s) required by Paragraph 183 above. (Paragraph 187)

Nothing in Part XI of the Consent Decree shall be construed as a waiver of EPA's rights under the Clean Air Act and its regulations for future violations of the Clean Air Act or its regulations nor to limit the permittee's right to take such corrective actions as it deems necessary and appropriate immediately following a Flaring or No. 1 Incinerator Incident or in the period during preparation and review of any reports required under Part XI of the Consent Decree. (Paragraph 188)

Case No. 1:24-cv-02164-DDD-SBP    Document 27-11    filed 01/21/25    USDC Colorado
pg 381 of 448

# APPENDIX H

## SO$_2$ Emissions Calculation Methodology

# SULFUR DIOXIDE (SO₂) EMISSIONS CALCULATION METHODOLOGY

## SUNCOR ENERGY (U.S.A.) INC.

## COMMERCE CITY REFINERY

### VERSION 7
### 4/21/09

Revised February 2011 to remove references to Regulation No. 6, Part B requirements for Refineries.

Revised October 2011 to remove the language indicating that fuel gas flow from H-16 and H-18 is not directly measured (fuel use based on maximum design heat input rate) and to update the information in Tables 1-1, 1-2, 2-1, 2-2 and 2-3.

Revised February 2014 to revise the SO₂ calculations for the GBR flare since an H₂S continuous monitoring system is not required by NSPS Ja.

Revised October 2015 to revise the SO₂ calculations for the Main Plant (Plant 1) and #3 Crude Unit flares and to indicate the SO₂ limits for the #3 Crude Unit flare in Table1-1.

Revised January 2017 to correct Table 1-1 (add H-6 limit and revise H-33, H-37 and No. 3 crude unit flare limits) and to revise the No. 3 crude unit flare SO₂ calculations.

## SULFUR DIOXIDE EMISSION CALCULATION METHODOLOGY

## TABLE OF CONTENTS

TABLE OF CONTENTS ........................................................................................... 3

LIST OF TABLES ................................................................................................... 5

LIST OF APPENDICIES ........................................................................................ 5

FACILITY DESCRIPTION AND REGULATORY BACKGROUND ................................ 7
   Applicable Regulations ......................................................................................... 7
   Other SO₂ Requirements ....................................................................................... 7
      Annual Emission Limits for Individual Units ..................................................... 8
      Plant 2 Facility-wide Limit ............................................................................. 8
      APEN Requirements ....................................................................................... 8
   Document Organization ........................................................................................ 9

IDENTIFICATION OF SOURCES ......................................................................... 10
   Boilers and Process Heaters ................................................................................. 10
   Process Units ....................................................................................................... 10
   Flares .................................................................................................................. 13
   Malfunction Emissions ........................................................................................ 15
   Emergency Generator ........................................................................................... 15
   Soil Vapor Extraction .......................................................................................... 15

SULFUR DIOXIDE EMISSIONS ESTIMATES ....................................................... 15
   Fuel Gas Combustion ........................................................................................... 16
      Calculation Method for Daily Emissions ........................................................ 16
      Calculation Method for Annual Emissions ..................................................... 17
   FCCU Regenerators .............................................................................................. 18
      Calculation Method for Daily Emissions ........................................................ 18
      Calculation Method for Annual Emissions ..................................................... 20
   Sulfur Recovery Plants ......................................................................................... 21
      Plant 1 SRP (TGU Incinerator H-25) ............................................................ 21
      Plant 2 SRP .................................................................................................. 23
   Refinery Flares ..................................................................................................... 25
      Plant 1 Main Plant Flare .............................................................................. 25
      Plant 2 Main Plant Flare .............................................................................. 28
      #3 Crude Unit Flare ...................................................................................... 30
      GBR Unit Flare ............................................................................................ 33
      Plant 1 Truck Rack Flare .............................................................................. 35
      Plant 2 Truck Dock Flare .............................................................................. 37
      Plant 1 Rail Rack Flare ................................................................................. 39
      Plant 2 Rail Car Dock Flare .......................................................................... 41
   Malfunction Emissions ........................................................................................ 43

Security Emergency Generator Emissions .................................................................... 43
Soil Vapor Extraction Emissions .............................................................................. 43

**BARRELS OF OIL PROCESSED** ................................................................................. **44**

**COMPLIANCE DEMONSTRATIONS** ......................................................................... **45**
Regulation No. 1 Daily Emission Limits ..................................................................... 45
Unit or Group Specific Annual Emission Limits ......................................................... 45
Plant 2 Facility-wide Annual Emission Limit ............................................................. 45
APEN Reporting ..................................................................................................... 46

**RECORDKEEPING AND REPORTING PROCEDURES** ................................................... **46**

**LIST OF TABLES**

**Table 1-1.**    Summary of Rolling 12-Month SO$_2$ Limits for Individual Units (Plant 1 & 3)

**Table 1-2.**    Summary of Rolling 12-Month SO$_2$ Limits for Individual Units (Plant 2)

**Table 2-1.**    Boilers and Process Heaters at the Refinery

**Table 2-2.**    Process Units at the Refinery

**Table 2-3.**    Flares at the Refinery

**Table 3-1.**    Summary of SO$_2$ Emission Estimation Methods


**LIST OF APPENDICIES**

**Appendix A**    Documentation Regarding City Gas Sulfur Content

**Appendix B**    Approved Alternative Monitoring Plans


LIST OF ACRONYMS

| | |
|---|---|
| AG | acid gas |
| AMP | Alternative Monitoring Plan |
| APCD | Air Pollution Control Division |
| APEN | Air Pollutant Emissions Notice |
| ASTM | American Society for Testing and Materials |
| bpd | barrels per day |
| CAQCC | Colorado Air Quality Control Commission |
| CDPHE | Colorado Department of Public Health and Environment |
| CEMS | continuous emissions monitoring system |
| city gas | purchased, pipeline quality natural gas |
| Diesel HDS | Diesel Hydrodesulfurization Unit  (#3 HDS) |
| EPA | U.S. Environmental Protection Agency |
| FCCU | fluidized catalytic cracking unit |
| FF | fresh feed |
| FG | fuel gas |

| | |
|---|---|
| FGRU | flare gas recovery unit |
| GC | gas chromatograph |
| GOHDS | Gas-Oil Hydrodesulfurization System (#4 HDS) |
| $H_2S$ | hydrogen sulfide |
| HDS | Hydrodesulfurization System (#2 HDS) |
| lb | pounds mass |
| LPG | liquefied petroleum gas |
| MMBtu/hr | million British thermal units per hour |
| Mscf | thousand standard cubic feet |
| NDS | Naphtha Hydrodesulfurization System (#1 HDS) |
| $NO_x$ | oxides of nitrogen |
| PSA | pressure swing adsorption |
| PLC | programmable logic controllers |
| ppm | parts per million |
| Refinery | Commerce City Refinery (WP, including the AU, and EP) |
| scf | standard cubic foot |
| scfm | standard cubic feet per minute |
| SCTU | sweet crude topping unit |
| $SO_2$ | sulfur dioxide |
| SRP | sulfur recovery plant |
| SRU | sulfur recovery unit |
| Suncor | Suncor Energy (U.S.A.) Inc. |
| SWS | sour water stripper |
| SWSG | sour water stripper gas |
| TGU | tail gas unit |
| tpy | tons per year |

## FACILITY DESCRIPTION AND REGULATORY BACKGROUND

Suncor Energy (U.S.A.), Inc., (Suncor) owns and operates the Commerce City Refinery (Refinery) in Commerce City, Colorado. The facility is divided into three operating areas; Plant 1, Plant 2, and Plant 3. Plant 1 is the portion of the heritage Conoco refinery that is located on the west side of Brighton (formerly the West Plant). The heritage Colorado Refining Company facility is now referred to as Plant 2 (formerly the East Plant). The portion of the heritage Conoco facility located on the east side of Brighton Boulevard is now referred to as Plant 3 (formerly the Asphalt Unit). When being referred to as a process unit or when identifying specific emission points in Plant 3, it is commonly referred to as the #3 Crude Unit. All of these operating areas include various emission units that emit sulfur dioxide ($SO_2$). Colorado Department of Public Health and Environment Air Pollution Control Division (APCD) Operating Permit Numbers 96OPAD120 (Plant 1 and Plant 3) and 95OPAD108 (Plant 2) issued for the refinery include various limits on $SO_2$ emissions from these units.

### Applicable Regulations

These $SO_2$ emission units are subject to Colorado Air Quality Control Commission (CAQCC) Regulation 1, Section (§) VI.B.4.e. A petroleum refinery subject to Regulation 1 §VI.B.4.e must meet the following emission limitation for the sum of all refinery $SO_2$ emissions:

- 0.3 pounds (lb) of $SO_2$ per barrel of oil processed (averaged over a daily 24-hour period, i.e. midnight through 23:59)

Title V Operating Permits must specifically indicate how compliance with specific applicable requirements will be monitored. This document was prepared to indicate the methods that will be used to monitor compliance with the Regulation No. 1 §VI.B.4.e emission limitation and includes the following:

- How $SO_2$ emissions are calculated; and

- How the barrels of oil processed are derived, taking into account intermediate storage.

This document is intended to indicate the methods used to monitor compliance with the requirements of Regulation No. 1 §VI.B.4.e.

### Other SO₂ Requirements

In addition to indicating how compliance with the provisions of Regulation No. 1 §VI.B.4.e will be monitored, sections of this plan also describe how the Refinery will monitor compliance with other applicable requirements related to $SO_2$ emissions. This plan covers the compliance monitoring methods for the following additional applicable requirements:

- Daily emission limits for an individual unit

- Annual numerical $SO_2$ emission limits for individual, or grouped, emission units as set forth in the Operating Permits and other documents

- The Plant 2 facility-wide annual $SO_2$ limit at condition 22.3 of 95OPAD108

- Air Pollutant Emission Notice (APEN) requirements

Annual Emission Limits for Individual Units

The Operating Permits include rolling twelve-month $SO_2$ emission limits on individual emission units. These limits are summarized in Tables 1-1 and 1-2.

Plant 2 Facility-wide Limit

95OPAD108 includes a rolling twelve-month $SO_2$ emission limit on facility-wide emissions. This limit is summarized in Table 1-2.

APEN Requirements

CAQCC Regulation No. 3, Part A, §II.C, requires a revised APEN to be filed with the Division by April 30th of each year if a significant change in emissions occurred or if modifications were made to control equipment in the previous year, or before an existing APEN expires. The Permits specify that annual $SO_2$ emission estimates for APEN purposes be based on the procedures outlined in the most current plan for calculating $SO_2$ emissions.

**Table 1-1.**
Summary of Rolling 12-Month $SO_2$ Limits for Individual Units (Plant 1 & 3)

| WP Title V Permit ID | SO₂ Emission Limit (tpy) [1] |
|---|---|
| H-6 - #1 Crude Unit Process Heater | 1.87 |
| H-13 – #3 Crude Unit Process Heater | 0.87 |
| H-17 – #3 Crude Unit Process Heater | 7.45 |
| H-19 – #2 HDS Process Heater | 3.44 |
| H-28, H-29, H-30 – Reformer Process Heaters | 10.5 |
| H-31, H-32 – #3 HDS Process Heaters | 7.66 |
| H-1716, H-1717– #4 HDS Process Heaters | 10.3 |
| H-2101 – H₂ Plant | 10.2 |
| H-2410 – GBR Unit Re-boiler | 2.75 |
| H-33, H-37 – Asphalt Unit Process Heaters | H-33 – N/A[2] |
|  | H-37 – 7.45 |
| H-25 – TGU Incinerator | 59.7 |
| F2 - #3 Crude Unit Flare | 16.8 |
| F3 – GBR Unit Flare | N/A[2] |
| B-6 – Boiler | 12.70 |
| B-8 – Boiler | 18.40 |

**Notes:**

[1] SO2 emission limits presented in the Operating Permit (**DATE**).

HDS = Hydrodesulfurization                    TGU = Tail Gas Unit

SO₂ = sulfur dioxide                          tpy = tons per year

[2] Based on the waste streams permitted to be combusted and the permitted throughput, SO$_2$ emissions were below the APEN de minimis level (2 tons/yr), therefore, SO$_2$ emission limits are not included in the permit. SO$_2$ emissions from H-33 = 0.37 tpy and from GBR flare = 0.21 tpy.

**Table 1-2.**
Summary of Rolling 12-Month SO$_2$ Limits for Plant 2

| EP Title V Permit ID | SO$_2$ Emission Limit (tpy)[1] |
|---|---|
| B001 – Crude Heater | 17.30 |
| B002 – FCCU Preheater | 7.0 |
| B010 – Vacuum Heater | 6.13 |
| Heater 1, 2, 3 – Reformer Heaters | 26.0 |
| Sulfur Recovery Plant | 344.0 |
| B003, B004, B005 – Boilers #1, #2, and #3 | 18 |
| Main Refinery Flare | 172.0 |
| Rail Car Dock Flare | 1.0 |
| Security Center Emergency Generator[2] | N/A |
| B504 and B505 – New Boilers (Replacing B003, B004 and B005)[3] | 12.7 |
| FCCU Regenerator[4] | 30.8 |
| Soil Extraction Vapor System[2] | N/A |
| Facility Total (per 95OPAD108, Condition 22.3) | 1926.3 |

**Notes:**

1    SO$_2$ emission limits presented in the Operating Permit (June 15, 2009).

2    Emissions from the emergency generator (addressed in 08AD0789) and the soil vapor extract unit (address in 96OPAD120) are below the APEN de minimis level so no these units have no annual SO$_2$ emission limitations.

3    SO$_2$ emission limits per Colorado Construction Permit 09AD1422, issued 5/14/10. Construction permit will be incorporated into the Operating Permit (95OPAD108) at a later date.

4    SO$_2$ emission limits per Colorado Construction permit 09AD0961, issued 10/1/09. Construction permit will be incorporated in the Operating Permit (95OPAD108) at a later date.

**Document Organization**

The document specifies how compliance with the previously described requirements will be monitored. Section 2.0 identifies the sources of SO$_2$ at the Refinery. Section 3.0 describes how SO$_2$ emissions will be determined for the identified sources. Section 4.0 describes the procedure for determining the barrels of oil processed. Section 5.0 describes the procedure for demonstrating compliance with the Regulation No. 1 and Regulation No. 6 limits on SO$_2$ emissions per bpd oil processed and with other applicable regulations and permit mass emission limits. Section 6.0 describes record keeping and reporting procedures.

## IDENTIFICATION OF SOURCES

Because crude oil coming into the refinery contains sulfur, a by-product of refining is $SO_2$. A large majority of the incoming sulfur is removed in the amine unit as hydrogen sulfide ($H_2S$) that is then converted to elemental sulfur in the sulfur recovery plants (SRP). The remaining sulfur stays with hydrocarbon products or moves through the refining process in a gaseous state. When the sulfur-containing gas is combusted, $SO_2$ is generated.

For purposes of this document, the primary sulfur-bearing compound in gas or liquid streams is considered to be $H_2S$. There are other trace chemical compounds containing sulfur, such as mercaptans, carbonyl sulfide, and carbon disulfide, however these compounds exist at much lower concentrations within the affected streams and are not routinely monitored throughout the facility.

Sources with similar proposed $SO_2$ emission rate calculation methodologies are grouped together for convenience in this document.

### Boilers and Process Heaters

Boilers and process heaters at the Refinery are listed in Table 2-1. Fired boilers and process heaters are grouped together in the document because their $SO_2$ emissions result from the combustion of refinery fuel gas or purchased pipeline quality natural gas ("city gas"). Gases are produced at a variety of locations within the refinery from refinery process gas streams. These gases are treated to remove sulfur and managed in the Refinery's fuel gas system. The Commerce City Refinery has two refinery fuel gas systems (one for Plants 1 & 3 and one for Plant 2), which are continuously monitored for $H_2S$ concentration. $SO_2$ emissions from the combustion of refinery fuel gas are a function of the $H_2S$ concentration of the fuel gas and the volume of fuel gas combusted. City gas is purchased from off-site and also contains some sulfur bearing compounds that result in the formation of $SO_2$ during combustion. When the city gas is combined with fuel gas, the combination occurs at the applicable fuel gas drum, and the outlet from the fuel gas drum is the compliance point. In some instances city gas is directly fed to pilot gas systems and is not monitored as part of the fuel gas system.

A detailed description of the $SO_2$ emissions calculation methodology for heaters and boilers is provided in Section 3.1.

### Process Units

Process units at the refinery that emit $SO_2$ are shown in Table 2-2. These sources combust or process either refinery fuel gas, city gas, acid gas streams, or process sulfur-containing feed streams, resulting in emissions of $SO_2$ during operation.

The Fluidized-bed Catalytic Cracking Units (FCCUs) process refinery streams into gasoline, diesel fuel, and other products. The FCCU regenerators are used to oxidize residual coke and carbon from the catalyst used in the FCCU. The residual coke or carbon contains trace quantities of sulfur, which is emitted as $SO_2$ during the process of regenerating the cracking catalyst.

**Table 2-1.**
Boilers and Process Heaters at the Refinery

| Title V Permit ID | Source Description |
|---|---|
| **Plants 1 & 3** | |
| H-6 | Radco Inc. SN SJ502 14.4 MMBtu/hr Vacuum Tower Preheater |
| H-16 | Radco Inc. 6.0 MMBtu/hr Asphalt Heater |
| H-18 | Empire 6.0 MMBtu/hr Asphalt Heater |
| H-20 | Radco Inc. 14.0 MMBtu/hr NDS Heater |
| H-22 | Born Engineering Inc. 59.76 MMBtu/hr FCCU Heater |
| H-10 | Tulsa Heaters Inc. H10/N/A 34.02 MMBtu/hr Reformer Heater |
| H-11 | K.W. Aldelson SN89379 29.76 MMBtu/hr Vacuum Tower Heater |
| H-27 | Radco Inc. H27/SJ480 76.48 MMBtu/hr Crude Preheater |
| B-4 | Henry Vogt Machine Co. Model WSPSN 1986 130.0 MMBtu/hr steam boiler |
| B-6 | Zurn Industries Inc. Model 898307 SN10056 111.0 MMBtu/hr steam boiler |
| B-8 | Zurn Industries Inc. SN 98974 161.0 MMBtu/hr steam boiler |
| H-13 | One Radco Inc. S/N 352, refinery fuel gas fired process heater, 6.8 MMBtu/hr, for heating asphalt |
| H-17 | One Custom S/N 352 refinery fuel gas fired process heater, 58.4 MMBtu/hr, for heating asphalt |
| H-19 | One custom built, Model H-19, S/N SJ-114, refinery fuel gas fired heater, 29.18 MMBtu/hr, for heating of distillate oil charge to the Distillate Oil Hydrodesulfurizer |
| H-28 | Refinery fuel gas fired reformer heaters: Radco S/N 369; Radco S/N 370; and Radco S/N 368. Total heat input rating: 88.6 MMBtu/hr, emissions from common stack |
| H-29 | |
| H-30 | |
| H-31 | One custom built, Model H-31 refinery gas fuel fired heater, 23.56 MMBtu/hr, for heating of diesel charge to the #3 Hydrodesulfurizer |
| H-32 | One custom built, Model H-32 refinery fuel gas fired heater, 37.8 MMBtu/hr, for heating of Fractionator Unit |
| H-33 | One custom built, Model H-33 refinery fuel gas fired heater, 7.68 MMBtu/hr, for heating asphalt in the #3 Crude Unit. Equipped with Ultra Low NOₓ burners |
| H-37 | One custom built, Model H-37 refinery fuel gas fired heater, 57.24 MMBtu/hr, for heating of asphalt in the #3 Crude Unit |
| H-25 | One custom built, refinery fuel gas fired tail gas incinerator, 15 MMBtu/hr, for reduction of sulfur emissions from the Sulfur Recovery Plant |
| H-1716 | One custom built, refinery fuel gas fired heater, 57.96 MMBtu/hr, for heating of gas-oil charge to the # 4 Gas Oil Hydrodesulfurizer |
| H-1717 | One custom built, refinery fuel gas fired heater, 38.64 MMBtu/hr, for heating of gas-oil charge to the #4 Gas Oil Hydrodesulfurizer |

| Title V Permit ID | Source Description |
|---|---|
| H-2101 | One custom built, natural gas/PSA reject gas fired methane reformer heater, 331 MMBtu/hr, for production of purified $H_2$ in the $H_2$ Plant |
| H-2410 | One custom built, Model XXX, refinery fuel gas fired heater, 51.5 MMBtu/hr, for re-boiling in the Gasoline Benzene Reduction (GBR) Unit |
| **Plant 2** | |
| B-1 | Nebraska Boiler, Model 81-832-5, S/N: 98842, 75 MMBtu/hr |
| B-2 | Nebraska Boiler, Model NS-E-59, S/N: D-2324, 75 MMBtu/hr |
| B-3 | Nebraska Boiler, Model NS-E-61, S/N: 202011, 75 MMBtu/hr |
| B002 | Petrochem, Model C-61145, (vacuum heater), 59.44 MMBtu/hr |
| B003 | Heater 1, John Zink, Drg. No.: B-Y 11673, S/N: 099274-1, refinery fuel gas fired preheater, 64.4 MMBtu/hr |
| B004 | Heater 2, John Zinc, Drg. No.: B-Y 11674, S/N: 099274-2, refinery fuel gas fired preheater, 64.4 MMBtu/hr |
| B005 | Heater 3, John Zink, Drg. No.: B-y 11675, S/N: 099274-3, refinery fuel gas fired preheater, 32.2 MMBtu/hr |
| B001 | OPF, S/N: 5450-1240, refinery fuel gas fired crude heater, 153 MMBtu/hr |
| B010 | PetroChem., S/N: 86-F-1497, refinery fuel gas fired FCCU preheater, 31 MMBtu/hr |
| B-504 & B-505 | Two (2) Boilers, Make, Model and Serial No. Unknown. Each boiler is rated at 189 MMBtu/hr. These boilers will replace B-1 through B-3. |

**Notes:**

MMBtu/hr = million British thermal units per hour        NOₓ = oxides of nitrogen

FCCU = Fluidized Catalytic Cracking Unit        NDS = naphtha De-sulfurizer

**Table 2-2.**
Process Units at the Refinery

| Title V Permit ID | Source Description |
|---|---|
| **Plants 1 & 3** | |
| P101 | One two-stage Claus Sulfur Recovery Unit, followed by a TGU and a Tail Gas Incinerator – #1 SRU |
| P102 | One three-stage Claus Sulfur Recovery Unit, followed by a TGU and a Tail Gas Incinerator – #2 SRU |
| H-25 TGU Incinerator | Sulfur Recovery Units (P101 – SRU #1 – 2-Stage Claus Unit and P102 – SRU #2 – 3-Stage Claus Unit) with tail gas unit (TGU) and TGU incinerator (H-25). Emissions from SRU #1, SRU #2 and sulfur pits (T2005 and T2000) are routed to the TGU and vented through the TGU incinerator (H-25). TGU incinerator (pilot gas – 15 MMBtu/hr). |
| P103 | FCCU Regenerator |
| **Plant 2** | |
| P004 | FCCU Regenerator |

| Title V Permit ID | Source Description |
|---|---|
| P009 | One three-stage Claus sulfur recovery system, 30 MMscf/day acid gas feed, sulfur recovery of 4.5 tons (4.0 long tons) per day – 1.95 MMBtu/hr tail gas incinerator |

**Notes:**

FCCU = Fluidized Catalytic Cracking Unit          SRU = Sulfur Recovery Unit

TGU = Tail Gas Unit

The Plant 1 SRP includes the Number 1 Sulfur Recovery Unit (#1 SRU, a two-stage Claus process), the Number 2 Sulfur Recovery Unit (#2 SRU, a three-stage Claus process), and Tail Gas Unit (TGU). In the TGU, sulfur compounds in the tail gas from the #1 and #2 SRUs are converted to $H_2S$. The hydrogenated tail gas (rich in $H_2S$) is then sent to the amine treating section of the TGU and is reduced to lean gas (low in $H_2S$). The acid gas effluent from the amine regenerator is recycled back to the SRUs for further processing. The $H_2S$ in the lean gas is then oxidized to $SO_2$ in the TGU incinerator (H-25), which is the point of emission to the atmosphere.

The Plant 2 SRP includes the Amine Unit, Sour Water Stripper (SWS), Claus Unit, and Tail Gas Incinerator. The Amine Unit removes sulfur from refinery process gas in the form of $H_2S$. The SWS uses steam to strip $H_2S$ from process water. The gas stream containing the stripped $H_2S$ from these units is called acid gas. The Claus Unit converts the $H_2S$ in the acid gas into elemental sulfur. Because the SRP cannot operate at 100% efficiency, some $H_2S$ is carried through the Claus Unit and is oxidized to $SO_2$ in the Tail Gas Incinerator.

**Flares**

Flares at the Refinery that emit $SO_2$ are shown in Table 2-3.

The Plant 1 Main Plant (MP) Flare is used for safely combusting gas streams resulting from startups, shutdowns and malfunction conditions that occur within Plant 1; inadvertent leakage from relief valves and similar equipment, vapors from miscellaneous process vents, and any excess refinery fuel gas that is not combusted in boilers or heaters. The Plant 1 MP Flare system includes a Flare Gas Recovery Unit (FGRU) that during normal operations is used to recover gas streams that were previously flared and are now recovered into the refinery fuel gas system. To maintain adequate flare system flows required to prevent oxygen from entering the flare system, a city gas sweep flow is continuously vented through the system downstream of the FGRU. Only during malfunctions in the FGRU, or during periods where refinery-derived gas streams are produced at a rate greater than the capacity of the FGRU, are gas streams combusted in the Plant 1 Flare. $SO_2$ emissions from the Plant 1 flare are a function of the $H_2S$ concentration in the combusted gas and the volume of gas combusted. There is also a contribution from the combustion of city gas in the flare pilot.

The #3 Crude Unit (Plant 3) Flare is used to safely combust gas streams resulting from startups, shutdowns, or malfunctions in the #3 Crude Unit. The #3 Crude Unit Flare system also includes a FGRU (separate from the Plant 1 MP FGRU) that during normal operations is used to recover gas streams that were previously flared and are now recovered into the refinery fuel gas system. To maintain adequate flare system flows required to prevent oxygen from entering the flare system, a city gas sweep flow is continuously vented through the system downstream of the FGRU. Only during malfunctions in the FGRU, or during periods where #3 Crude Unit

derived gas streams are produced at a rate greater than the capacity of the FGRU, are #3 Crude Unit gas streams combusted in the #3 Crude Unit Flare. SO$_2$ emissions from the #3 Crude Unit Flare are a function of the H$_2$S concentration in the sweep gas and the volume of gas combusted. There is also a contribution from the combustion of city gas in the flare pilot.

The Plant 2 MP Flare is used for safely combusting gas streams resulting from startups, shutdowns and malfunction conditions that occur within Plant 2; inadvertent leakage from relief valves and similar equipment, vapors from miscellaneous process vents, and any excess refinery fuel gas that is not combusted in boilers or heaters. SO$_2$ emissions from the Plant 2 MP flare are a function of the H$_2$S concentration in the combusted gas and the volume of gas combusted. There is also a contribution from the combustion of city gas in the flare pilot.

The GBR Unit Flare is used to control vapors purged from the GBR project's process units during startup, shutdown and maintenance. SO$_2$ emissions from the GBR flare are a function of the H$_2$S concentration in the combusted gas and the volume of gas combusted. There is also a contribution from the combustion of city gas in the flare pilot.

The Plant 1 and Plant 2 Truck Rack Flares combust hydrocarbon vapors generated from loading truck tanks with petroleum products. The Plant 1 Truck Rack flare system utilizes a three-stage flare operating in a demand-based mode. Operation of one burner stage is required for any loading activity to proceed. As the quantity of product loaded at a given point in time increases, the second and third burner stages may be activated to provide sufficient capacity to flare the recovered vapors. The Plant 2 Truck Rack Flare is actually an enclosed combustor. This rack also works in a demand-based mode similar to the Plant 1 Truck Rack Flare. With respect to the calculation of SO$_2$ emissions from these two sources there is no difference. SO$_2$ emissions from the Plant 1 and Plant 2 Truck Rack Flares are a function of the H$_2$S concentration in the combusted gas and the volume of gas combusted. There is also a contribution from the combustion of city gas in the flare pilot.

The Plant 1 and Plant 2 Rail Rack Flare Systems are designed to burn off non-recoverable gases and vapors from loading of railroad tank cars with refined petroleum products. Their main purpose is to provide a safe means of disposal for flammable material that may be released from petroleum product loading and unloading activities. SO$_2$ emissions from the Plant 1 and Plant 2 Rail Rack Flares are a function of the H$_2$S concentration in the combusted gas and the volume of gas combusted. There is also a contribution from the combustion of propane in the flare pilot.

**Table 2-3.**
Flares at the Refinery

| Title V Permit ID | Description |
|:---:|:---|
| **Plants 1 & 3** | |
| R101 | Rail Loading Rack |
| R102 | Truck Loading Rack |
| F1 | Plant 1 MP Flare |

| Title V Permit ID | Description |
|---|---|
| F2 | #3 Crude Unit Flare |
| F3 | GBR Unit Flare |
| **Plant 2** | |
| C005 | Plant 2 MP Flare |
| Truck Rack Flare | Plant 2 Truck Loading Rack |
| Rail Car Dock Flare | Plant 2 Rail Loading Rack |

**Notes:**

AU = Asphalt Unit        MP = Main Plant

EP = East Plant        WP = West Plant

## Malfunction Emissions

In certain malfunction events, SO$_2$ emissions may be generated that are not quantified in the above-described SO$_2$ source types. Typically these events are limited to the Plant 1 MP Flare, the Plant 2 MP Flare or the #3 Crude Unit Flare, or the process units. In this case, Refinery engineering, operations, and environmental staff work to determine the quantity of SO$_2$ that was released based on available process data, stream data, and professional judgment. These malfunction related emissions are added to the daily total when the details of the malfunction event have been investigated. In the case that more than one malfunction occurs on a given day, each malfunction event may be reported separately, or as a combined daily emission estimate.

## Emergency Generator

A new diesel fired stationary internal combustion compression ignition emergency generator was installed in 2008. This source is not currently included in the Title V permit however SO$_2$ emissions from this source will be included in the demonstration of compliance with the applicable emissions limitations. Emissions of SO$_2$ result solely from the combustion of ultra-low sulfur diesel.

## Soil Vapor Extraction

Suncor operates soil vapor extraction (SVE) units to recover hydrocarbon vapor from soil at various sites at the Commerce City Refinery and combust the collected vapor as part of ongoing and future remediation projects. In the SVE unit, the recovered hydrocarbon vapors extracted from the soil are combusted in a trailer mounted internal combustion engine. In the event that the recovered soil vapor does not provide sufficient fuel to support combustion, supplementary commercial grade propane (not generated at the refinery) is used. SO$_2$ emissions from this activity are the result of the combustion of trace amounts of sulfur bearing species in these two gas streams.

## SULFUR DIOXIDE EMISSIONS ESTIMATES

The categories of emission units that emit SO$_2$ and the methods used to estimate the SO$_2$ emissions are summarized in Table 3-1 and described in detail in Sections 3.1 through 3.5.

**Table 3-1.**
Summary of SO$_2$ Emission Estimation Methods

| Section | Source Description | Estimation Method |
|---------|-------------------|-------------------|
| 3.1 | Boilers and Process Heaters | Fuel gas H$_2$S monitor and fuel gas consumption rate |
| 3.2 | #1 FCCU Regenerator | CEMS monitoring data and exhaust flow measurement |
| 3.2 | #2 FCCU Regenerator | Stack test emission factors |
| 3.3 | Plant 1 SRP | CEMS monitoring data, mass balances, and exhaust flow measurements |
| 3.3 | Plant 2 SRP | CEMS monitoring data and parametric exhaust flow calculations |
| 3.4 | Plant 1 & 3 Refinery Flares | Flare gas H$_2$S sample and engineering data, flow measurements |
| 3.4 | Plant 2 Refinery Flares | Flare gas H$_2$S monitor data and engineering data, flow measurements |
| 3.5 | Malfunction Emission | Engineering assessment/process knowledge |

**Notes:**

H$_2$S = hydrogen sulfide                                 FCCU = Fluidized Catalytic Cracking Unit

CEMS = Continuous Emissions Monitoring System    SRP = Sulfur Recovery Plant

**Fuel Gas Combustion**

The SO$_2$ emissions from the boilers and process heaters are calculated based on the volume of fuel gas combusted and the concentration of H$_2$S in the combusted fuel gas. The boilers and process heaters are shown in Table 2-1. Both the volume of gas combusted in each of these units and the H$_2$S concentration of the fuel gas combusted are monitored by the Refinery data management system.

The concentration of H$_2$S in the fuel gas (FG) is typically reported in terms of parts per million (by volume). The following relationship is used to convert ppm H$_2$S to pounds SO$_2$ per 1 million (1,000 Mscf) standard cubic foot of gas:

$$\frac{\text{X scf H}_2\text{S}}{1\text{x}10^6 \text{ scf FG}} \times \frac{1\text{x}10^6 \text{ scf FG}}{1{,}000 \text{ Mscf FG}} \times \frac{0.0900 \text{ lb H}_2\text{S}}{\text{scf H}_2\text{S}} \times \frac{1.8824 \text{ lb SO}_2}{\text{lb H}_2\text{S}} = \frac{0.169 \text{ lb SO}_2}{1{,}000 \text{ Mscf FG}}$$

<u>Calculation Method for Daily Emissions</u>

For the purpose of calculating daily SO$_2$ emissions for boilers and process heaters for use in monitoring compliance with CAQCC Regulation No. 1 §VI.B.4.e daily limit on SO$_2$ emissions, the calculation method is as follows:

$$\frac{\text{Fuel gas flow (Mscf)}}{\text{Day}} \times \frac{\text{H}_2\text{S conc (ppm)}}{1} \times \frac{0.169 \text{ lb SO}_2}{\text{ppm H}_2\text{S} - 1{,}000 \text{ Mscf FG}} = \frac{\text{lb SO}_2}{\text{Day}}$$

Where:

Fuel gas flow = fuel gas flow rate to fired unit (Mscf/day)

$H_2S$ conc, = Measured concentration of $H_2S$ in the fuel gas (ppm by volume)

lb $SO_2$/day = lb of $SO_2$/day from combustion of fuel gas.

The volume of gas combusted in each unit is measured at one-minute intervals and averaged over 24 hours starting at midnight. In Plants 1 & 3, the $H_2S$ content in the fuel gas is measured at least once per 15 minutes in the fuel gas mix drum (D-193) using a continuous gas chromatograph (GC) continuous emission monitoring system. In the EP, the volume of gas combusted in each unit is measured continuously using an orifice plate and averaged over 24 hours starting at midnight. The $H_2S$ content in the fuel gas is measured at least once per 15-minute interval downstream of the fuel gas mix drums (54-V-1 and 54-V-2) using a GC continuous emission monitoring system.

In either plant, City gas or stored propane can be added to the refinery fuel gas system at a point upstream of the monitoring system, in which case the GC will report the combined $H_2S$ concentration of the refinery fuel gas stream with the additional city gas and/or propane added in. GC measurements are averaged over the 24-hour period, starting at midnight.

The Plant 1 Hydrogen Plant Steam Methane Reforming Furnace, H-2101, is designed to burn a mixture of city gas and pressure swing adsorption (PSA) reject gas. PSA reject gas is essentially free of sulfur because it is previously scrubbed to remove all sulfur prior to entering the Hydrogen Plant.

Calculation Method for Annual Emissions

The boilers and process heaters that have rolling 12-month $SO_2$ emission limits are shown in Tables 1-1 and 1-2. The #2 FCCU pre-heater does not have an annual $SO_2$ emission limit. Fuel gas combustion sources in Plant 2 are included in calculating the Plant 2 facility-wide rolling 12-month emissions to monitor compliance with its facility-wide emission limit. For the purpose of calculating $SO_2$ emissions for fuel gas combustion sources for comparison with rolling 12-month permit limits, the calculation method is as follows:

Tons $SO_2$/year = $\sum$ [Tons of $SO_2$/month] for the current month plus the 11 preceding months

Where:

Tons of $SO_2$/month = [Sum of daily emissions for the days in the month]

To calculate $SO_2$ emissions from the boilers and process heaters for APEN purposes, the calculation method is as follows:

Tons $SO_2$/year = $\sum$ [Tons of $SO_2$/month] for January through December of the reporting year

Where:

   Tons of SO$_2$ /month = [Sum of daily emissions for the days in the month]

Regarding calendar year limits for APEN reporting purposes, the above calculation is performed for the 12 months in the calendar year (January through December) per CAQCC Regulation No. 3, Part A, §II.B.6.

**FCCU Regenerators**

The FCCU Regenerators are used to burn the carbon off of the catalyst used to crack the FCCU feed. Because the regeneration process relies on exothermic combustion processes, any sulfur that is on or in the catalyst media is converted to SO$_2$.

The SO$_2$ emissions from the #1 and #2 FCCU Regenerators are calculated based on the continuous emissions monitoring system (CEMS) data and FCCU Regenerator stack gas flow rates.

<u>Calculation Method for Daily Emissions</u>

**_Plant 1_**

For the purpose of calculating daily SO$_2$ emissions for the #1 FCCU Regenerator for use in monitoring compliance with CAQCC Regulation No. 1 §VI.B.4.e daily limit on SO$_2$ emissions, the calculation method is as follows:

$$\frac{SO_2 \ ft^3 \ (dry, \ zero \ O_2)}{1,000,000 \ ft^3 \ stack \ flow} \ x \ \ Stack \ Flow \ (scfm, \ dry) \ \ X \ \frac{9.97 \ min\text{-}lb \ SO_2}{hr\text{-}ft^3 \ SO_2} \ = \ SO_2 \ (lb/hr)$$

Where:

   Stack Flow (scfm, wet) = Process flow analyzer value for stack exhaust gas flow, wet

$$Stack \ Flow \ (scfm, \ wet) \ \ x \ \frac{(100\% \ - \ x.xx \ \% \ H_2O)}{100\%} \ = \ \ Stack \ Flow \ (scfm, \ dry)$$

   x.xx% = sample moisture content (following H$_2$O removal in sample train, sample moisture content verified during required Relative Accuracy Test Audit and most recent measurement will be used to calculate emissions, typical value is 8.7%)

   Stack Flow (scfm, dry) = Process flow analyzer value for stack exhaust gas flow, corrected for exhaust gas moisture, reported as dry.

   9.97 min-lb SO$_2$ / hr-ft$^3$ SO$_2$ = unit conversion constant for SO$_2$.

Air Pollution Control Division
Colorado Operating Permit                                                                    Appendix H
SO$_2$ Emissions Calculation Methodology                                                      Page 19

$$\frac{60 \text{ min}}{\text{hr}} \times \frac{\text{lb-mol SO}_2}{358.4 \text{ ft}^3 \text{ SO}_2 \text{ (at 68}^\circ \text{ F)}} \times \frac{64.063 \text{ lb SO}_2}{\text{lb-mol SO2}} = \frac{9.97 \text{ min-lb SO}_2}{\text{hr-ft}^3 \text{ SO}_2}$$

$$\frac{\text{SO}_2 \text{ ft}^3 \text{ (dry)}}{1,000,000 \text{ ft}^3 \text{ stack flow}} \times \frac{20.90\%}{20.90\% - \%\text{O}_2 \text{ (dry)}} = \frac{\text{SO}_2 \text{ ft}^3 \text{ (dry, zero O}_2)}{1,000,000 \text{ ft}^3 \text{ stack flow}}$$

SO$_2$ (dry) = stack gas concentration (by volume) of SO$_2$ measured by CEMS, corrected for water vapor, reported as dry.

20.90% = atmospheric O$_2$ content

%O$_2$ (dry) = stack gas concentration of O$_2$ measured by CEMS, corrected for water vapor.

SO$_2$ (dry, zero O$_2$) = concentration (by volume) of SO$_2$ measured by CEMS, corrected for water vapor and reported at 0% O$_2$.

The calculations described above occur within the programmable logic controllers (PLC) for the CEMS system prior to being uploaded to the Plant Information system (PI, the data historian). The calculations are performed once per second to obtain a pound SO$_2$ emitted per second value. Within a given hour, all 3,600 1-second readings are summed, and within a given day all 24 1-hour readings are summed. The pound SO$_2$ per day value is used to determine compliance with the emission limit.

Tons of SO$_2$ /day = $\sum$ [Sum of hourly emissions during the operating day]

### *Plant 2*

For the purpose of calculating daily SO$_2$ emissions from the #2 FCCU Regenerator for use in monitoring compliance with CAQCC Regulation No. 1 §VI.B.4.e daily limit on SO$_2$ emissions, the calculation method is as follows:

$$\frac{\text{SO}_2 \text{ ft}^3 \text{ (dry, zero O}_2)}{1,000,000 \text{ ft}^3 \text{ stack flow}} \times \text{ Stack Flow (scfm, dry)} \times \frac{9.97 \text{ min-lb SO}_2}{\text{hr-ft}^3 \text{ SO}_2} = \text{ SO}_2 \text{ (lb/hr)}$$

Where:

Stack Flow (acfm) is calculated per MACT UUU, 40 CFR §63.1573(a)(1)(i) equation (1), as follows:

$$\frac{1.12 \text{ scfm}}{\text{scfm, dry}} \times Q_{air} + Q_{other} \text{ (scfm, dry)} \times \frac{T_{gas} \text{ (}^\circ\text{K)}}{293 \text{ (}^\circ\text{K)}} \times \frac{1 \text{atm}}{P_{vent}} = Q_{gas} \text{ (acfm)}$$

$Q_{gas}$ = Hourly average actual gas flow rate, acfm;

1.12 = Default correction factor to convert gas flow from dry standard cubic feet per minute (dscfm) to standard cubic feet per minute (scfm);

$Q_{air}$= Volumetric flow rate of air to regenerator, as determined from the control room instrumentations, dscfm;

$Q_{other}$= Volumetric flow rate of other gases entering the regenerator as determined from the control room instrumentations, dscfm. (Examples of "other" gases include an oxygen-enriched air stream to catalytic cracking unit regenerators and a nitrogen stream to catalytic reforming unit regenerators.);

$Temp_{gas}$= Temperature of gas stream in vent measured as near as practical to the control device or opacity monitor, °K. For wet scrubbers, temperature of gas prior to the wet scrubber; and

$P_{vent}$ − Absolute pressure in the vent measured as near as practical to the control device or opacity monitor, as applicable, atm. When used to assess the gas flow rate in the final atmospheric vent stack, Suncor assumes $P_{vent}$ = 1 atm.

<u>Calculation Method for Annual Emissions</u>

### *Plant 1*

The #1 FCCU Regenerator is not subject to a rolling 12-month SO$_2$ emission limit. For the purpose of calculating SO$_2$ emissions from the #1 FCCU Regenerator for APEN purposes, the calculation method is as follows:

$$\text{Tons SO}_2\text{/year} = \sum [\text{Tons of SO}_2\text{/month}] \text{ for January through December of the reporting year}$$

Where:

$$\text{Tons of SO}_2\text{/month} = \sum [\text{Sum of daily emissions for the days in the month}]$$

Regarding calendar year limits for APEN reporting purposes, the above calculation is performed for the 12 months in the calendar year (January through December) per CAQCC Regulation No. 3, Part A, §II.B.6.

### *Plant 2*

The #2 FCCU Regenerator is not subject to a rolling 12-month SO$_2$ emission limit. For the purpose of calculating SO$_2$ emissions from the #2 FCCU Regenerator for APEN purposes, the calculation method is as follows:

$$\text{Tons SO}_2\text{/year} = \sum [\text{Tons of SO}_2\text{/month}] \text{ for January through December of the reporting year}$$

Where:

$$\text{Tons of SO}_2\text{/month} = \sum [\text{Sum of daily emissions for the days in the month}]$$

Regarding calendar year limits for APEN reporting purposes, the above calculation is performed for the 12 months in the calendar year (January through December) per CAQCC Regulation No. 3, Part A, §II.B.6.

**Sulfur Recovery Plants**

Sources included in the Plant 1 SRP are the Number 1 Sulfur Recovery Unit (#1 SRU), the Number 2 Sulfur Recovery Unit (#2 SRU), and Tail Gas Unit (TGU).

The #1 SRU is a two-stage Claus process, and the #2 SRU is a three-stage Claus process. The TGU is a custom-built unit that processes off-gas from both #1 SRU and #2 SRU. In the TGU sulfur compounds such as $SO_2$, carbonyl sulfide, carbon disulfide, and elemental sulfur in the tail gas from the #1 and #2 SRUs are catalytically converted to $H_2S$ in the hydrogenation section of the TGU. This tail gas stream from the SRUs is fed into the Reducing Gas Generator where it is mixed with sub-stoichiometric combustion products of natural gas and air to enable the hydrogenation reaction. The hydrogenated tail gas (rich in $H_2S$) is then sent to the amine treating section of the TGU. A circulating amine solution adsorbs the $H_2S$ gas and some $CO_2$ from the tail gas and reduces the lean $H_2S$ content to approximately 100 ppmv. The acid gas effluent from the amine regenerator is recycled back to the SRUs for further processing. The $H_2S$ in the lean gas from the amine absorber and other trace sulfur compounds are then oxidized in the TGU incinerator (H-25), which is the point of emission to the atmosphere.

Vents from the #1 SRU sulfur pit and the #2 SRU sulfur storage tanks are also vented and oxidized in the TGU incinerator (H-25). The SWS off gas is processed within the SRUs.

The TGU Incinerator (H-25) is equipped with a CEMS unit that monitors $SO_2$ and $O_2$ concentrations in the exhaust and a flow measurement device to determine stack gas flow.

The Plant 2 SRP includes the SWS, the Amine Unit and Claus Unit, and the Tail Gas Incinerator. The Claus Unit converts $H_2S$ in the Amine Unit off-gas, or acid gas, to elemental sulfur. The SWS removes $H_2S$ from process water by steam stripping $H_2S$ out of the process water and the resultant vapor is sent to the Claus Unit for sulfur removal along with the Amine Unit off-gas. Because the Claus unit cannot operate at 100% sulfur removal efficiency, a small amount of $H_2S$ is carried through the unit and oxidized to $SO_2$ in the Tail Gas Incinerator. The $SO_2$ value for the Plant 2 SRP will be calculated using a mass balance based on measured $SO_2$ concentration in the Plant 2 SRU Incinerator exhaust and a parametric method for calculating SRU Incinerator exhaust flows.

Plant 1 SRP (TGU Incinerator H-25)

Emissions of $SO_2$ from the TGU incinerator are calculated using CEMS data.

***Calculation Method for Hourly Emissions***

For the purpose of calculating hourly $SO_2$ emissions for the Plant 1 TGU incinerator for use in monitoring compliance with Operating Permit 96OPAD120 Condition 20.1, the calculation method is as follows:

The input parameters are:

        $O_2$ (%)

        $SO_2$ (ppm @ stack $O_2$ & 60 °F, low range)

$SO_2$ (ppm @ stack $O_2$ & 60 °F, high range)

Exhaust flow (scfm [@ stack $O_2$ & 60 °F])

### *Calculation 1: Convert stack $O_2$, low-range $SO_2$ to 0% $O_2$*

(20.90% - 0% $O_2$) / (20.90% - Stack $O_2$%) x $SO_2$ (ppm @ stack $O_2$ & 60 °F, low range)

### *Calculation 2: Convert stack $O_2$, high-range $SO_2$ to 0% $O_2$*

(20.90% - 0% $O_2$) / (20.90% - Stack $O_2$%) x $SO_2$ (ppm @ stack $O_2$ & 60 °F, high range)

### *Calculation 3: Create Composite $SO_2$ (ppm @ Stack $O_2$, 60 °F, instantaneous) concentration value*

Because the TGU stack is equipped with two CEMS, one reporting low range (0-495 ppmvd) one reporting over a high range (1 to 4%), a composite $SO_2$ concentration is tracked.

If the low-range $SO_2$ (ppm @ stack $O_2$ & 60 °F, low range) is less than 495 ppmvd, then the low-range analyzer must be used.

If the low-range $SO_2$ (ppm @ stack $O_2$ & 60 °F, low range) is greater than 495 ppmvd, then the high-range analyzer must be used.

### *Calculation 4: Calculation of $SO_2$ mass emissions*

$SO_2$ (lb/hr, instantaneous) = Composite $SO_2$ (ppm @ stack $O_2$, 60 °F, instantaneous) x Stack Flow (scfm, instantaneous) x Correction Factor

Where the Correction Factor ($SO_2$ specific) is calculated as:

$$\frac{1\ ft^3\ SO_2}{1{,}000{,}000\ ft\ SO_2-ppm} \times \frac{lbmole\ SO_2}{359.04\ ft^3\ SO_2} \times \frac{491.67\ R}{519.67\ R} \times \frac{12.12\ psia}{14.7\ psia} \times \frac{64.05\ lb\ SO_2}{lbmole\ SO_2} \times \frac{60\ min}{1\ hr} = 8.3495\ E\text{-}06$$

The correction factor changes the molar volume constant from 1 atm, 0 °C to 12.12 psia, 60 °F per EPA guidance and converts time from 1 minute (exhaust flow rate time span) to 1 hour.

### <u>*Calculation Method for Daily Emissions*</u>

For the purpose of calculating daily $SO_2$ emissions for the TGU incinerator for use in monitoring compliance with CAQCC Regulation No. 1 §VI.B.4.e daily limit on $SO_2$ emissions, the calculation method is as follows:

lbs $SO_2$/day = $\sum$ [lb $SO_2$/hour] for the 24 hours of the reporting day

Regarding CAQCC Regulation No. 1 §VI.B.4.e reporting purposes, the above calculation is performed for each 24-hour period, beginning at midnight.

### *Calculation Method for Annual Emissions*

The TGU incinerator has a rolling 12-month $SO_2$ emission limit. For the purpose of calculating $SO_2$ emissions from the TGU incinerator for comparison with the permitted rolling 12-month emission limits (Operating Permit 96OPAD120 Condition 20.1), the calculation method is as follows:

Tons $SO_2$ /12 month period = $\sum$ [Tons of $SO_2$/month] for current month plus preceding 11 months.

Where:

      Tons of $SO_2$ /month = [Sum of daily emissions for the days in the month]

To calculate $SO_2$ emissions from the TGU incinerator for APEN purposes, the calculation method is as follows:

Tons $SO_2$ /year = $\sum$ [Tons of $SO_2$/month] for January through December of the reporting year

Where:

      Tons of $SO_2$ /month = [Sum of daily emissions for the days in the month]

Regarding calendar year limits for APEN reporting purposes, the above calculation is performed for the 12 months in the calendar year (January through December) per CAQCC Regulation No. 3, Part A, §II.B.6.

### Plant 2 SRP

The $SO_2$ emissions for the Plant 2 SRP are calculated based on a mass balance using measured $SO_2$ concentrations in the SRU Incinerator exhaust stack obtained from the certified continuous emissions monitoring system and a calculated SRU Incinerator exhaust flow rate. Due to the low flow rates in the Incinerator exhaust, directly measured stack flows cannot be obtained. A calculation based flow estimate can be prepared using various operating parameters, feed rates, and combustion/thermodynamic principles. The section provides the details regarding the calculation of the flow rate and how this is used to calculate a daily $SO_2$ emission mass rate.

### *Calculation Method for Daily Emissions*

For the purpose of calculating daily $SO_2$ emissions for the Plant 2 SRP for use in monitoring compliance with CAQCC Regulation No. 1 §VI.B.4.e daily limit on $SO_2$ emissions, the calculation method is as follows:

Lbs of $SO_2$ /day from SRP = [SRU Incinerator exhaust flow rate (Mscf/day, calc. 1)] x [$SO_2$ concentration in
                        SRU Incinerator exhaust (lb/Mscf at stack $O_2$, calc. 2)]

### *Calculation 1: Plant 2 SRU Incinerator Flow Rate*

Air Pollution Control Division
Colorado Operating Permit                                                    Appendix H
SO$_2$ Emissions Calculation Methodology                                      Page 24

There are four primary process streams that are introduced to the Claus Unit: the amine acid gas stream, the SWS gas, reaction air, and fuel. Each of these streams is monitored as a process variable (Mscf/day). The reactant stream flow rates are converted to a molar loading rate using stream speciation data to determine the products of the following standard combustion reactions occurring in the Claus Unit:

List of Net Reactions in Claus Reactor

$3 H_2S + 3/2 O_2 \rightarrow 3S + 3 H_2O$

$2NH_3 + 3/2 O_2 \rightarrow N_2 + 3H_2O$

$H_2 + 1/2 O_2 \rightarrow H_2O$

$CH_4 + 2O_2 \rightarrow CO_2 + 2H_2O$

$C_2H_6 + 7/2 O_2 \rightarrow 2CO_2 + 3H_2O$

$C_3H_8 + 5O_2 \rightarrow 3CO_2 + 4H_2O$

The Claus unit reaction products are then passed as tail gas to the SRU Incinerator where excess H$_2$S is combusted to form additional SO$_2$. This process requires additional fuel introduced through the incinerator burner that is monitored as a process variable (Mscf/d). The combined tail gas and incinerator fuel mixture is mixed with combustion air in the incinerator, however this stream is not measured as a process variable. Using data supplied by the SRU oxygen CEMS, a measured excess oxygen level is used to solve the following combustion reactions to determine the amount of combustion air required.

Incinerator Reactions

$CH_4 + 2O_2 \rightarrow CO_2 + 2H_2O$

$C_2H_6 + 7/2 O_2 \rightarrow 2CO_2 + 3H_2O$

$C_3H_8 + 5O_2 \rightarrow 3CO_2 + 4H_2O$

$H_2 + 1/2 O_2 \rightarrow H_2O$

The combined calculated tail gas flow rates (based on measured feed rates to the Claus Unit), measured incinerator fuel flow rate, and calculated incinerator combustion air flow rates are used to calculate the SRU Incinerator stack flow rate.

Daily average Claus Unit feed rates and SRU Incinerator fuel feed rates are used to calculate SRU Incinerator exhaust flow rates.

***Calculation 2: Plant 2 SRU Incinerator SO$_2$ Concentration***

The SRU Incinerator is equipped with a certified SO$_2$ CEMS that measures and reports stack SO$_2$ concentrations in terms of parts per million (volume) at stack O$_2$ concentrations. This value is used calculate the SO$_2$ loading in the SRU Incinerator exhaust as follows:

Lbs of SO$_2$ /Mscf from SRP = [SRU Incinerator SO$_2$ concentration (scf SO$_2$/1,000,000 scf exhaust at stack O$_2$)] [1,000,000 scf / 1,000 Mscf] [1 lbmole SO$_2$ / 359.04 scf SO$_2$] [64 lb SO$_2$ / lbmole SO$_2$]

Where:

   359.04 = Standard molar volume (ft3/lbmole)

A daily average concentration (ppm) from the SO$_2$ CEMS is used in the above equation to calculate SO$_2$ loading in the SRU Incinerator exhaust.

### *Calculation Method for Annual Emissions*

For the purpose of calculating SO$_2$ emissions for the SRP, for use in monitoring compliance with rolling 12-month and calendar year emission limits and for APEN purposes, the calculation method is as follows:

Tons SO$_2$/12 month period = $\sum$ [Tons of SO$_2$/month] for current month plus preceding 11 months

Where:

   Tons SO$_2$/year = SO$_2$ ton/year, rolling 12-month total

   Tons SO$_2$ /month = [Sum of daily emissions for the days in the month]

### Refinery Flares

Refinery flares include the sources listed in Table 2-3. Emissions of SO$_2$ from flares are derived from the combustion of the pilot gas, any sweep or flare system purge gasses, and the combustion of the flared material resulting from process malfunctions or startup and shutdown activities (e.g. acid gases or sour hydrocarbon streams), excess refinery fuel gas, or other reliefs to the flare. For the Plant 2 Truck Dock, Plant 2 MP, #3 Crude Unit, Plant 1 MP, Plant 1 GBR Unit, and the Plant 1 Truck Rack Flares, the pilot fuel gas is city gas. For the Plant 1 Rail Rack flare and the Plant 2 Rail Car Dock flare, the pilot fuel gas is propane. A detailed description of each flare is presented below.

### Plant 1 Main Plant Flare

The SO$_2$ emissions from the Plant 1 MP Flare will be calculated based on the flare pilot gas and the volume of gas combusted and the total reduced sulfur (TRS) content in the flared gas. The volume of gas combusted in the Plant 1 MP Flare is continuously monitored using a flow meter that is compliant with 40 CFR Part 60 Subpart Ja. The H$_2$S and TRS concentrations of flared gas is continuously monitored using H$_2$S and TRS continuous monitoring systems that meet the requirements in 40 CFR Part 60 Subpart Ja.

Suncor will use a dual analyzer system for the continuous measurement of H$_2$S and TRS in the flare gas. A gas chromatograph will be used to measure the H$_2$S concentration in the flare gas for monitoring compliance with the H$_2$S concentration limit in 40 CFR Part 60 Subpart Ja § 60.103a(h). The TRS analyzer, which pyrolizes sulfur and measures it in terms of SO$_2$, will be used to measure mass SO$_2$ mass emissions for purposes of determining daily and annual SO$_2$ emissions as noted in this Appendix H and assessing the root cause analysis

threshold in 40 CFR Part 60 Subpart Ja (500 lbs SO$_2$ in a 24-hour period per 60.103a(c)(1)(i)). The TRS analyzer will meet the requirements in 40 CFR Part 60 Subpart Ja § 60.107a(e)(1), and will have a dual range, to capture the maximum sulfur content of gas that can be discharged to the flare.

### *Calculation Method for Daily Emissions*

For the purpose of calculating daily SO$_2$ emissions for the Plant 1 MP Flare for use in monitoring compliance with CAQCC Regulation No. 1 §VI.B.4.e daily limit on SO$_2$ emissions, the calculation method for routine operations is as follows:

$$\frac{\text{lb SO}_2 \text{ from flared gas (lb)}}{\text{day}} + \frac{\text{lb SO}_2 \text{ from pilot fuel (lb)}}{\text{Day}} = \frac{\text{lb SO}_2}{\text{day}}$$

Daily SO$_2$ emissions from flared gas will be based on the summation of the hourly SO$_2$ emissions predicted by the TRS analyzer. Twenty four 1-hour readings, beginning at 0:00 hours and ending at 23:59 hours will be taken and summed to determine daily SO$_2$ emissions from flared gases. Rolling 24-hour totals of SO$_2$ emissions shall be maintained in the data acquisition and handling system to assess the root cause analysis threshold (500 lb SO$_2$ in a 24-hour period).

The volume of gas combusted in the flare is determined by the flow meter required by 40 CFR Part 60 Subpart Ja § 60.107(a)(h). The point at which the velocity measurement is taken is downstream of all connections to the flare header, therefore the velocity measurement is considered to be representative of the flared gas flow rate. The main flare header is 24 inches in diameter.  The actual flare gas flow rate is calculated as follows:

$$\frac{\text{Velocity (ft)}}{\text{Sec}} \quad \text{x} \quad \frac{3{,}600 \text{ sec}}{\text{hour}} \quad \text{X} \quad \frac{3.142 \text{ ft}^2}{1{,}000 \text{ ft}^3 / \text{Mcf}} = \frac{\text{Flow (Mcf)}}{\text{hour}}$$

Where

Velocity (ft/second) = Measured flare gas velocity in flare gas header

3,600 = seconds per hour

3.142 ft$^2$ = Cross-sectional area of 24 inch flare header

1,000 = ft$^3$/Mcf

Flow (Mcf/day) = Actual flare gas flow rate at process temperature and pressure.

The flow is corrected for pressure and temperature to standard conditions as follows.

$$\frac{\text{Flow (Mcf)}}{\text{hour}} \quad \text{x} \quad \frac{527.67 \text{ R}}{\text{Temp (F)} + 459.67} \quad \text{x} \quad \frac{\text{Press (psia)}}{14.7 \text{ psia}} = \frac{\text{Flow (Mscf)}}{\text{hour}}$$

Where

Flow (Mcf/hour) = Actual flare gas flow rate at process temperature and pressure.

527.67 R = 68 F (standard temperature)

Temp (F) = Process temperature in Fahrenheit

459.67 R = conversion factor converting Temp (F) to Temp (R)

Press (psia) = Process pressure

14.7 psia = Standard pressure

Flow (Mscf/hour) = Flare gas flow rate at standard temperature and pressure.

The calculations provided above for hourly flow rate is performed in the flow meters programmable logic controller.

The mass of SO$_2$ emitted as a result of the combustion of flared gas is calculated as follows:

$$\frac{\text{FG Flow (Mscf)}}{\text{hour}} \times \frac{1{,}000 \text{ scf FG}}{1 \text{ Mscf FG}} \times \frac{\text{SO}_2 \text{ conc (ppmv), scf SO}_2}{1 \times 10^6 \text{ scf FG}} \times \frac{\text{lb-mole SO}_2}{385.3 \text{ scf SO}_2} \times \frac{64.04 \text{ lbSO}_2}{\text{Lb-mole SO}_2} = \frac{\text{lb SO}_2 \text{ from flared gas}}{\text{hour}}$$

Where:

Flow (Mscf/hour) = Flare gas flow rate at standard temperature and pressure.

SO$_2$ concentration = Measured concentration of TRS in the flare gas header, reported as SO$_2$ (ppm, by volume), from the TRS continuous monitoring system.

lb SO$_2$/hour = lb of SO$_2$/hour from combustion of flared gas.

SO$_2$ will be calculated on a minute basis and aggregated to provide hourly emissions using the data validation procedures contained in 40 CFR Part 60 Subpart A § 60.13(h); therefore, minute data will be aggregated into 15 minute averages which will be used to calculate hourly averages. The hourly emissions will be summed to provide for daily block (0:00 to 23:59) SO$_2$ emissions and rolling 24-hour SO$_2$ emissions.

The mass of SO$_2$ emitted as a result of the combustion of the pilot gas is calculated as follows:

$$\frac{3.24 \text{ Mscf}}{\text{day}} \times \frac{0.55 \text{ grains total sulfur}}{0.1 \text{ Mscf}} \times \frac{1 \text{ lb SO}_2}{3{,}500 \text{ grains sulfur}} = \frac{0.006 \text{ lb SO}_2 \text{ from pilot gas}}{\text{day}}$$

Where:

3.24 Mscf/day = pilot gas flow rate to the flare

0.55 grains total sulfur / 0.1 Mscf = Estimated actual total sulfur concentration

1 lb SO$_2$/3,500 grains sulfur = (1 lb sulfur / 7,000 grains sulfur) x (64 lb SO$_2$ / 32 lb sulfur)

lb SO$_2$/day = lb of SO$_2$/day from combustion of pilot gas.

The Refinery does not currently perform routine monitoring of the incoming city gas total sulfur content. Based on information supplied by Xcel Energy (see Appendix A), the actual total sulfur content is approximately 0.25 to 0.55 grains sulfur per 0.1 Mscf. The upper end of the sulfur content range (i.e. 0.55 grains sulfur per 0.1 Mscf) is used to be conservative. A fixed pilot gas flow rate of 3.24 Mscf/day (3 pilots at 45 scfh each) is based on the design of the flare system.

Daily SO$_2$ emissions are the sum of the daily pilot gas and daily flare gas emissions.

### _Calculation Method for Annual Emissions_

The Plant 1 MP Flare is not subject to a rolling 12-month SO$_2$ emission limit. To calculate SO$_2$ emissions from the Plant 1 MP Flare for APEN purposes, the calculation method is as follows:

Tons SO$_2$ /year = $\sum$ [Tons of SO$_2$/month] for January through December of the reporting year

Where:

Tons of SO$_2$ /month = [Sum of daily emissions for the days in the month]

Daily emissions = pilot gas emissions + flare gas emissions (emissions measured by the TRS continuous monitoring system)

Regarding calendar year limits for APEN reporting purposes, the above calculation is performed for the 12 months in the calendar year (January through December) per CAQCC Regulation No. 3, Part A, §II.B.6.

Plant 2 Main Plant Flare

The SO$_2$ emissions for the Plant 2 Main Plant Flare will be calculated based on the volume of gas combusted and the monitored sulfur content in the combusted gas. The volume of gas combusted in the Plant 2 Main Plant Flare is monitored by a flow indicator. The H$_2$S concentration of flared refinery fuel gas is monitored continuously by an H$_2$S monitor.

### _Calculation Method for Daily Emissions_

For the purpose of calculating daily SO$_2$ emissions for the Plant 2 Main Plant flare for use in monitoring compliance with CAQCC Regulation No. 1 §VI.B.4.e daily limit on SO$_2$ emissions, the calculation method for routine operations is as follows:

$$\frac{\text{lb } SO_2 \text{ from flared gas (lb)}}{\text{Day}} + \frac{\text{lb } SO_2 \text{ from pilot fuel (lb)}}{\text{Day}} = \frac{\text{lb } SO_2}{\text{day}}$$

The volume of gas combusted in the flare is calculated based on the measured flared gas velocity in the main flare header. The point at which the velocity measurement is taken is downstream of all connections to the flare header, therefore the velocity measurement is considered to be representative of the flared gas flow rate. The main flare header is 24 inches in diameter. The actual flare gas flow rate is calculated as follows:

$$\frac{\text{Velocity (ft)}}{\text{sec}} \times \frac{86,400 \text{ sec}}{\text{day}} \times \frac{3.142 \text{ ft}^2}{1,000 \text{ ft}^3 / \text{Mcf}} = \frac{\text{Flow (Mcf)}}{\text{day}}$$

Where

Velocity (ft/sec) = Measured flare gas velocity in flare gas header

86,400 = seconds per day

3.142 ft² = Cross-sectional area of 24 inch flare header

1,000 = ft³/Mcf

Flow (Mcf/day) = Actual flare gas flow rate at process temperature and pressure.

The flow is corrected for pressure and temperature to standard conditions as follows.

$$\frac{\text{Flow (Mcf)}}{\text{day}} \times \frac{519.67 \text{ R}}{\text{Temp (F)} + 459.67} \times \frac{\text{Press (psia)}}{14.696 \text{ psia}} = \frac{\text{Flow (Mscf)}}{\text{day}}$$

Where

Flow (Mcf/day) = Actual flare gas flow rate at process temperature and pressure.

519.67 R = 60 F (standard temperature)

Temp (F) = Process temperature in Fahrenheit

459.67 R = conversion factor converting Temp (F) to Temp (R)

Press (psia) = Process pressure

14.696 psia = Standard pressure

Flow (Mscf/day) = Flare gas flow rate at standard temperature and pressure.

The mass of SO₂ emitted as a result of the combustion of flared gas is calculated as follows:

Air Pollution Control Division
Colorado Operating Permit
SO$_2$ Emissions Calculation Methodology

Appendix H
Page 30

$$\frac{\text{Flow (Mscf)}}{\text{day}} \times \frac{\text{H}_2\text{S conc (ppm)}}{1} \times \frac{0.169 \text{ lb SO}_2}{\text{ppm H}_2\text{S} - 1{,}000 \text{ Mscf flare gas}} = \frac{\text{lb SO}_2 \text{ from flared gas}}{\text{day}}$$

Where:

Flow (Mscf/day) = Flare gas flow rate at standard temperature and pressure.

H$_2$S concentration = Measured concentration of H$_2$S in the flare gas header (ppm, by volume) from periodic sampling

lb SO$_2$/day = lb of SO$_2$/day from combustion of flared gas.

The mass of SO$_2$ emitted as a result of the combustion of the pilot gas is calculated as follows:

$$\frac{3.24 \text{ Mscf}}{\text{day}} \times \frac{0.55 \text{ grains total sulfur}}{0.1 \text{ Mscf}} \times \frac{1 \text{ lb SO}_2}{3{,}500 \text{ grains sulfur}} = \frac{0.006 \text{ lb SO}_2 \text{ from pilot gas}}{\text{day}}$$

Where:

3.24 Mscf/day = pilot gas flow rate to the flare

0.55 grains total sulfur / 0.1 Mscf = Estimated actual total sulfur concentration

1 lb SO$_2$/3,500 grains sulfur = (1 lb sulfur / 7,000 grains sulfur) x (64 lb SO$_2$ / 32 lb sulfur)

lb SO$_2$/day = lb of SO$_2$/day from combustion of pilot gas.

### *Calculation Method for Annual Emissions*

For the purpose of calculating SO$_2$ emissions for the Plant 2 main refinery flare for comparison with rolling 12-month and calendar year emission limits and for APEN purposes, the calculation method is as follows:

Tons SO$_2$/year = $\sum$ [Tons SO$_2$ /month] for the current month plus the 11 preceding months

Tons SO$_2$ /month = [Sum of daily emissions for the days in the month]

Where:

Daily emissions = routine emissions + malfunction emissions (if applicable)

### #3 Crude Unit Flare

The SO$_2$ emissions from the No. 3 Crude Unit flare will be calculated based on the flare pilot gas and the volume of gas combusted and the total reduced sulfur (TRS) content in the flared gas. The volume of gas combusted in the No. 3 Crude Unit flare is continuously monitored using a flow meter that is compliant with 40

CFR Part 60 Subpart Ja. The H$_2$S and TRS concentrations of flared gas is continuously monitored using H$_2$S and TRS continuous monitoring systems that meet the requirements in 40 CFR Part 60 Subpart Ja.

Suncor will use a dual analyzer system for the continuous measurement of H$_2$S and TRS in the flare gas. A gas chromatograph will be used to measure the H$_2$S concentration in the flare gas for monitoring compliance with the H$_2$S concentration limit in 40 CFR Part 60 Subpart Ja § 60.103a(h). The TRS analyzer, which pyrolizes sulfur and measures it in terms of SO$_2$, will be used to measure mass SO$_2$ mass emissions for purposes of determining daily and annual SO$_2$ emissions as noted in this Appendix H and assessing the root cause analysis threshold in 40 CFR Part 60 Subpart Ja (500 lbs SO$_2$ in a 24-hour period per 60.103a(c)(1)(i)). The TRS analyzer will meet the requirements in 40 CFR Part 60 Subpart Ja § 60.107a(e)(1), and will have a dual range, to capture the maximum sulfur content of gas that can be discharged to the flare.

### *Calculation Method for Daily Emissions*

For the purpose of calculating routine daily SO$_2$ emissions for the No. 3 Crude Unit flare for use in monitoring compliance with CAQCC Regulation No. 1 §VI.B.4.e daily limit on SO$_2$ emissions, the calculation method is as follows:

$$\frac{\text{lb SO}_2 \text{ from flared gas (lb)}}{\text{day}} + \frac{\text{lb SO}_2 \text{ from pilot fuel (lb)}}{\text{Day}} = \frac{\text{lb SO}_2}{\text{day}}$$

Daily SO$_2$ emissions from flared gas will be based on the summation of the hourly SO$_2$ emissions predicted by the TRS analyzer. (Note that flared gas includes process gas and sweep gas. Sweep gas is natural (city) gas.) Twenty four 1-hour readings, beginning at 0:00 hours and ending at 23:59 hours will be taken and summed to determine daily SO$_2$ emissions from flared gases. Rolling 24-hour totals of SO$_2$ emissions shall be maintained in the data acquisition and handling system to assess the root cause analysis threshold (500 lb SO$_2$ in a 24-hour period).

The volume of gas combusted in the flare is determined by the flow meter required by 40 CFR Part 60 Subpart Ja § 60.107a(a)(h). The point at which the velocity measurement is taken is downstream of all connections to the flare header, therefore the velocity measurement is considered to be representative of the flared gas flow rate. The No. 3 Crude Unit flare header is 8 inches in diameter. The actual flare gas flow rate is calculated as follows:

$$\frac{\text{Velocity (ft)}}{\text{Sec}} \times \frac{3,600 \text{ sec}}{\text{hour}} \times \frac{0.35 \text{ ft}^2}{1,000 \text{ ft}^3 / \text{Mcf}} = \frac{\text{Flow (Mcf)}}{\text{hour}}$$

Where

   Velocity (ft/second) = Measured flare gas velocity in flare gas header

   3,600 = seconds per hour

   0.35 ft$^2$ = Cross-sectional area of 8 inch flare header

1,000 = ft$^3$/Mcf

Flow (Mcf/day) = Actual flare gas flow rate at process temperature and pressure.

The flow is corrected for pressure and temperature to standard conditions as follows.

$$\frac{\text{Flow (Mcf)}}{\text{hour}} \times \frac{527.67\ R}{\text{Temp (F)} + 459.67} \times \frac{\text{Press (psia)}}{14.7\ \text{psia}} = \frac{\text{Flow (Mscf)}}{\text{hour}}$$

Where

Flow (Mcf/hour) = Actual flare gas flow rate at process temperature and pressure.

527.67 R = 68 F (standard temperature)

Temp (F) = Process temperature in Fahrenheit

459.67 R = conversion factor converting Temp (F) to Temp (R)

Press (psia) = Process pressure

14.7 psia = Standard pressure

Flow (Mscf/hour) = Flare gas flow rate at standard temperature and pressure.

The calculations provided above for hourly flow rate is performed in the flow meters programmable logic controller.

The mass of SO$_2$ emitted as a result of the combustion of flared gas is calculated as follows:

$$\frac{\text{FG Flow (Mscf)}}{\text{hour}} \times \frac{1,000\ \text{scf FG}}{1\ \text{Mscf FG}} \times \frac{\text{SO}_2\ \text{conc (ppmv), scf SO}_2}{1 \times 10^6\ \text{scf FG}} \times \frac{\text{lb-mole SO}_2}{385.3\ \text{scf SO}_2} \times \frac{64.04\ \text{lbSO}_2}{\text{Lb-mole SO}_2} = \frac{\text{lb SO}_2\ \text{from flared gas}}{\text{hour}}$$

Where:

FG Flow (Mscf/hour) = Flare gas flow rate at standard temperature and pressure.

SO$_2$ concentration = Measured concentration of TRS in the flare gas header, reported as SO$_2$ (ppm, by volume), from the TRS continuous monitoring system.

lb SO$_2$/hour = lb of SO$_2$/hour from combustion of flared gas.

SO$_2$ will be calculated on a minute basis and aggregated to provide hourly emissions using the data validation procedures contained in 40 CFR Part 60 Subpart A § 60.13(h); therefore, minute data will be aggregated into 15 minute averages which will be used to calculate hourly averages. The hourly emissions will be summed to provide for daily block (0:00 to 23:59) SO$_2$ emissions and rolling 24-hour SO$_2$ emissions.

The mass of SO$_2$ emitted as a result of the combustion of the pilot gas is calculated as follows:

$$\frac{1.2 \text{ Mscf}}{\text{day}} \times \frac{0.55 \text{ grains total sulfur}}{0.1 \text{ Mscf}} \times \frac{1 \text{ lb SO}_2}{3,500 \text{ grains sulfur}} = \frac{0.002 \text{ lb SO}_2 \text{ from pilot gas}}{\text{day}}$$

Where:

    1.2 Mscf/day = pilot gas flow rate to the flare

    0.55 grains total sulfur / 0.1 Mscf = Estimated actual total sulfur concentration

    1 lb SO$_2$/3,500 grains sulfur = (1 lb sulfur / 7,000 grains sulfur) x (64 lb SO$_2$ / 32 lb sulfur)

    lb SO$_2$/day = lb of SO$_2$/day from combustion of pilot gas.

The Refinery does not currently perform routine monitoring of the incoming city gas total sulfur content. Based on information supplied by Xcel Energy (see Appendix A), the actual total sulfur content is approximately 0.25 to 0.55 grains sulfur per 0.1 Mscf. The upper end of the sulfur content range (i.e. 0.55 grains sulfur per 0.1 Mscf) is used to be conservative. A fixed pilot gas flow rate of 1.2 Mscf/day (50 scf/hr) is based on the design of the flare system.

Daily SO$_2$ emissions are the sum of the daily pilot gas and daily flare gas emissions.

### *Calculation Method for Annual Emissions*

The No. 3 Crude Unit flare is subject to a rolling 12-month SO$_2$ emission limit. To calculate SO$_2$ emissions from the No. 3 Crude Unit flare for comparison to the permitted rolling twelve month emission limits, the calculation method is as follows:

Tons SO$_2$/year = $\sum$ [Tons of SO$_2$/month] for the current month plus the 11 preceding months

Where:

    Tons of SO$_2$/month = [Sum of daily emissions for the days in the month]

    Daily emissions = lb SO$_2$/day flared gas + lb SO$_2$/day pilot gas

Regarding calendar year emissions for APEN reporting purposes, the above calculation is performed for the 12 months in the calendar year (January through December) per CAQCC Regulation No. 3, Part A, §II.B.6.

### GBR Unit Flare

The SO2 emissions from the Plant 1 GBR Unit Flare will be calculated based on the flare pilot gas, the volume of gas combusted and the H$_2$S content in the flared gas. The GBR flare burns fuel gas streams that are

inherently low in sulfur and an $H_2S$ value of 0.07 ppm will be used to estimate emissions from flared gas. The volume of gas combusted in the Plant 1 GBR Unit Flare is continuously monitored.

### *Calculation Method for Daily Emissions*

For the purpose of calculating daily $SO_2$ emissions for the GBR Unit Flare for use in monitoring compliance with CAQCC Regulation No. 1 §VI.B.4.e daily limit on $SO_2$ emissions, the calculation method for routine operations is as follows:

$$\frac{\text{lb } SO_2 \text{ from flared gas (lb)}}{\text{day}} + \frac{\text{lb } SO_2 \text{ from pilot fuel (lb)}}{\text{Day}} = \frac{\text{lb } SO_2}{\text{day}}$$

The volume of gas combusted in the flare is calculated based on the measured flared gas velocity in the main flare header. The point at which the velocity measurement is taken is downstream of all connections to the flare header, therefore the velocity measurement is considered to be representative of the flared gas flow rate. The main flare header is 24 inches in diameter. The actual flare gas flow rate is calculated as follows:

$$\frac{\text{Velocity (ft)}}{\text{Sec}} \times \frac{86{,}400 \text{ sec}}{\text{day}} \times \frac{3.142 \text{ ft}^2}{1{,}000 \text{ ft}^3 / \text{Mcf}} = \frac{\text{Flow (Mcf)}}{\text{day}}$$

Where

   Velocity (ft/second) = Measured flare gas velocity in flare gas header

   86,400 = seconds per day

   $3.142 \text{ ft}^2$ = Cross-sectional area of 24 inch flare header

   $1{,}000 = \text{ft}^3/\text{Mcf}$

   Flow (Mcf/day) = Actual flare gas flow rate at process temperature and pressure.

The flow is corrected for pressure and temperature to standard conditions as follows.

$$\frac{\text{Flow (Mcf)}}{\text{day}} \times \frac{519.67 \text{ R}}{\text{Temp (F)} + 459.67} \times \frac{\text{Press (psia)}}{14.696 \text{ psia}} = \frac{\text{Flow (Mscf)}}{\text{day}}$$

Where

   Flow (Mcf/day) = Actual flare gas flow rate at process temperature and pressure.

   519.67 R = 60 F (standard temperature)

   Temp (F) = Process temperature in Fahrenheit

   459.67 R = conversion factor converting Temp (F) to Temp (R)

Press (psia) = Process pressure

14.696 psia = Standard pressure

Flow (Mscf/day) = Flare gas flow rate at standard temperature and pressure.

The mass of SO$_2$ emitted as a result of the combustion of flared gas is calculated as follows:

$$\frac{\text{Flow (Mscf)}}{\text{day}} \times \frac{\text{H}_2\text{S conc (ppm)}}{1} \times \frac{0.169 \text{ lb SO}_2}{\text{ppm H}_2\text{S} - 1{,}000 \text{ Mscf flare gas}} = \frac{\text{lb SO}_2 \text{ from flared gas}}{\text{Day}}$$

Where:

Flow (Mscf/day) = Flare gas flow rate at standard temperature and pressure.

H$_2$S concentration = 0.07 ppm. This value is the average of the "non-zero" valid hourly H$_2$S concentrations from the H$_2$S continuous monitoring system over the period of 5/18/2012 through 1/1/2014. Note that three hours of questionable data were excluded from the average.

lb SO$_2$/day = lb of SO$_2$/day from combustion of flared gas.

The Refinery does not currently perform routine monitoring of the incoming city gas total sulfur content. Based on information supplied by Xcel Energy (see Appendix A), the actual total sulfur content is approximately 0.25 to 0.55 grains sulfur per 0.1 Mscf. The upper end of the sulfur content range (i.e. 0.55 grains sulfur per 0.1 Mscf) is used to be conservative. A fixed pilot gas flow rate of 3.24 Mscf/day (3 pilots at 45 scfh each) is based on the design of the flare system.

### *Calculation Method for Annual Emissions*

The GBR Unit flare is not subject to a rolling twelve month SO2 emissions limit. For the purpose of calculating SO$_2$ emissions for the GBR Unit flare for APEN purposes, the calculation method is as follows:

Tons SO$_2$/year = $\sum$ [Tons SO$_2$ /month] for January through December for the reporting year.

Tons SO$_2$ /month = [Sum of daily emissions for the days in the month]

Where:

Daily emissions = emissions from flared gas + emissions from pilot gas

### Plant 1 Truck Rack Flare

The SO$_2$ emissions from the Plant 1 Truck Rack flare will be calculated based on the flare pilot gas and on estimates of the volume of gas combusted and the H$_2$S content in the flared gas. Because Plant 1 Truck Rack flared gas flow rates are not monitored, for purposes of estimating SO$_2$ emissions from this source for this

document, the maximum design flare gas flow rate is conservatively assumed during all periods. In actuality, the average flare gas flow rate will be less than the peak design capacity over a 24-hour period since the flare only operates during loading operations, therefore this approach is considered to be conservative (i.e. over-predictive of SO$_2$ emissions).

The H$_2$S concentration of the flared gas is based on the results of the Alternative Monitoring Plan (AMP) justification provided to the APCD on December 21, 2001 and approved by EPA on February 7, 2002 for the Plant 1 Rail Rack flare system. H$_2$S concentrations in the flared gas stream were measured during a two-week period. The average concentration of H$_2$S over this two-week period was 1.4 ppm (by volume). Because the products loaded at the Plant 1 Rail Rack are similar to the products loaded at the Plant 1 Truck Rack, and because the materials are limited to the same sulfur content specifications, this estimate is assumed to be representative for the Plant 1 Truck Rack flare system.

### *Calculation Method for Daily Emissions*

For the purpose of calculating daily SO$_2$ emissions for the Plant 1 Truck Rack flare for use in monitoring compliance with CAQCC Regulation No. 1 §VI.B.4.e daily limit on SO$_2$ emissions, the calculation method is as follows:

$$\frac{\text{lb SO}_2 \text{ from flared gas (lb)}}{\text{Day}} + \frac{\text{lb SO}_2 \text{ from pilot fuel (lb)}}{\text{day}} = \frac{\text{lb SO}_2}{\text{day}}$$

The mass of SO$_2$ emitted as a result of the combustion of flared gas is calculated as follows:

$$\frac{1,386 \text{ Mscf}}{\text{day}} \times \frac{1.4 \text{ ppm H}_2\text{S}}{1} \times \frac{0.169 \text{ lb SO}_2}{\text{ppm H}_2\text{S} - 1,000, \text{ Mscf FG}} = \frac{0.328 \text{ lb SO}_2}{\text{day}}$$

Where:

   (58 Mscf / hr) x (24 hours / day) = maximum design rate assumed to be the flared gas flow rate to the flare

   1.4 ppm H$_2$S = Average concentration of H$_2$S in the flare header as previously measured (ppm by volume)

   lb SO$_2$/day = lb of SO$_2$/day from combustion of flared gas.

The volume of gas combusted in the flare is assumed to be equal to the design peak flow rate for the flare system of 1,386 Mscf/day (approximately 7,200 gallons of treated vapor per minute). The flare is conservatively assumed to operate at this peak flow rate for the entire 24-hour period. In the event that the Plant 1 Truck Rack Flare system does not operate for an entire day, the portion of facility emissions estimated from this source will be excluded on that day. If the flare operates for only a portion of the day, the flare will be conservatively assumed to operate for the duration of the day.

The mass of SO$_2$ emitted as a result of the combustion of the pilot gas is calculated as follows:

$$\frac{2 \text{ Mscf}}{\text{day}} \times \frac{0.55 \text{ grains total sulfur}}{0.1 \text{ Mscf}} \times \frac{1 \text{ lb } SO_2}{3,500 \text{ grains sulfur}} = \frac{0.003 \text{ lb } SO_2}{\text{Day}}$$

Where:

2 Mscf/day = Pilot gas flow rate to the flare (Mscf/day)

0.55 grains total sulfur/0.1 Mscf = Estimated actual total sulfur concentration

1 lb $SO_2$/3,500 grains sulfur = (1 lb S / 7,000 grains sulfur) x (64 lb $SO_2$ / 32 lb sulfur)

lb $SO_2$/day = lb of $SO_2$/day from combustion of pilot gas.

The volume of pilot gas combusted in the flare is assumed to be equal to the design pilot gas flow rate for the flare system of 2 Mscf/day (2 pilots, each burning 43 scfh). The flare pilot is conservatively assumed to operate for the entire 24-hour period. In the event that the Plant 1 Truck Rack flare is not operational for an entire day, the portion of facility emissions estimated from this source will be excluded on that day. If the pilot operates for only a portion of the day, the pilot will be conservatively assumed to operate for the full day.

The Refinery does not currently perform routine monitoring of the incoming city gas total sulfur content. Based on information supplied by Xcel Energy (see Appendix A), the actual total sulfur content is approximately 0.25 to 0.55 grains sulfur per 0.1 Mscf. The upper end of the sulfur content range (i.e. 0.55 grains sulfur per 0.1 Mscf) is used to be conservative.

Due to the nature of the operations at the Truck Rack, the Plant 1 Truck Rack Flare would not have startup/shutdown or malfunction emission events that impact $SO_2$ emissions (i.e. the truck rack flare cannot accept vapor streams that do not originate from loading operations).

### *Calculation Method for Annual Emissions*

The Plant 1 Truck Rack flare is not subject to a rolling 12-month $SO_2$ emission limit. For the purpose of calculating $SO_2$ emissions from the Plant 1 Truck Rack flare for APEN purposes, the calculation method is as follows:

Tons $SO_2$/year = ∑ [Tons of $SO_2$/month] for January through December of the reporting year

Where:

Tons of $SO_2$/month = [Sum of daily emissions for the days in the month]

Regarding calendar year limits for APEN reporting purposes, the above calculation is performed for the 12 months in the calendar year (January through December) per CAQCC Regulation No. 3, Part A, §II.B.6.

Plant 2 Truck Dock Flare

The SO$_2$ emissions for the Plant 2 Truck Dock Flare will be calculated based on the volume of gas combusted and the concentration of H$_2$S in the combusted gas. The volume of combusted gas is based on the volume of product loaded. H$_2$S concentrations are measured periodically by Colorimetric tube in accordance with an EPA/CDPHE-approved AMP (see Appendix B). The most recent measured H$_2$S concentration will be used. If the approved AMP is rescinded, the average measured H$_2$S concentration will still be used. The truck loading operation includes a vapor recovery system that captures the vapors displaced by filling truck tanks with petroleum product. These captured vapors are combusted in the Plant 2 Truck Loading Dock Flare. The products being loaded are gasoline and diesel. Both gasoline and diesel contain a small amount of sulfur. Refinery fuel gas is used for assist gas and pilot fuel.

### *Calculation Method for Daily Emissions*

For the purpose of calculating daily SO$_2$ emissions for the Truck Dock Flare for use in monitoring compliance with CAQCC Regulation No. 1 §VI.B.4.e daily limit on SO$_2$ emissions, the calculation method is as follows:

Lb SO$_2$ per day = [Lb SO$_2$ per day from loading (calc. 1)] + [Lb SO$_2$ per day in fuel combusted in flare (calc 2)]

*Calculation 1:*     lb SO$_2$ from loading = [MMBtu/day from loading vapor combusted in flare] [MMscf/450 MMBtu] [Conc H$_2$S, ppm] [lbmole /379 scf gas] [64 lb SO$_2$/lbmole H$_2$S]

Where:

MMBtu/day from loading vapor combusted in flare = [[lb/day vapor flared from loading] [Btu/lbs vapor loaded]] /1,000,000

Lb/day vapor flared from loading = [[lb/day vapor from product loading] – [lbs per day vapor not captured]] [0.98]

Lb/day vapor from loading product = [8.15 lb/thousand gal product loaded] [thousand gallons of product loaded per day]

8.15 lbs/thousand gal product loaded = loading losses from AP-42, 1995 Edition, page 5.2-4; 12.46 SPM/T, where S = 0.6, P = 10.9 psia, M = 58 lb/lbmole, and T = 580 °R.

Thousand gallons of product loaded per day = gallons of product loaded per day divided by 1000

Lb/day vapor not captured = [lbs per day vapor from product loading] [1- 0.99]

0.99 = capture efficiency of vapor capture system

0.98 = combustion efficiency of truck dock flare

Btu/lb vapor combusted = 19,000 Btu/lb, based on combustion of N-butane

Conc H$_2$S, ppm = concentration of H$_2$S in the gas (2 ppm) based on previous H$_2$S monitoring data.

*Calculation 2:*     Lb SO$_2$ per day from fuel combusted in flare = [HR, scf/day] [scf/1,000,000] [conc H$_2$S, ppm] [0.169, lb SO$_2$/scf H$_2$S]

Where:

Lb SO$_2$ per day from fuel combusted in flare = lb of SO$_2$/day from combustion of gas used as assist and pilot fuel in flare

Conc H$_2$S, ppm = concentration of H$_2$S in the gas (in ppm) from H$_2$S CEM

0.169, lb SO$_2$/scf H$_2$S = [lbmole H$_2$S/379 scf] [1 lbmole SO$_2$/1 lbmole H$_2$S] [64 lbs SO$_2$/lbmole SO$_2$]

scf/Btu is measured

The volume of assist and pilot gas combusted is metered

Due to the nature of the operations at the Plant 2 Truck Dock, the Plant 2 Truck Dock Flare would not have startup/shutdown or malfunction emission events that impact SO$_2$ emissions (i.e. the Truck Dock Flare cannot accept vapor streams that do not originate from loading operations).

### *Calculation Method for Annual Emissions*

For the purpose of calculating SO$_2$ emissions for the truck dock flare for comparison with rolling 12-month and calendar year emission limits and for APEN purposes, the calculation method is as follows:

Tons SO$_2$/year = $\sum$ [Tons SO$_2$ /month] for the current month plus the 11 preceding months

Tons SO$_2$ /month = [Sum of daily emissions for the days in the month]

Regarding calendar year limits, the above calculations are performed for the 12-months in the calendar year.

### Plant 1 Rail Rack Flare

The SO$_2$ emissions from the Plant 1 Rail Rack flare will be calculated based on the flare pilot gas and estimates of the volume of gas combusted and the H$_2$S content in the flared gas. Because Plant 1 Rail Rack flared gas flow rates are not monitored within the Refinery data management system, for purposes of estimating SO$_2$ emissions from this source for the SO$_2$ calculation methodology, the maximum design flare gas flow rate is conservatively assumed during all periods. In actuality, the average flare gas flow rate will be less than the peak design capacity over a 24-hour period since the flare only operates during loading operations, therefore this approach is considered to be conservative (i.e. over-predictive of actual SO$_2$ emissions).

The H$_2$S concentration of the flared gas is based on the results of AMP justification provided to the APCD on December 21, 2001 for the Plant 1 Rail Rack flare system (see Appendix B). H$_2$S concentrations in the flared gas stream were measured during a two-week period. The average concentration of H$_2$S over this two-week period was 1.4 ppm (by volume). EPA Region 8 approved the implementation of this plan and required no additional monitoring as long as products subject to sulfur specifications continue to be loaded at the facility.

### *Calculation Method for Daily Emissions*

For the purpose of calculating daily SO$_2$ emissions for the Plant 1 Rail Rack flare for use in monitoring compliance with CAQCC Regulation No. 1 §VI.B.4.e daily limit on SO$_2$ emissions, the calculation method is as follows:

$$\frac{\text{lb SO}_2 \text{ from flared gas (lb)}}{\text{day}} + \frac{\text{lb SO}_2 \text{ from pilot fuel (lb)}}{\text{day}} = \frac{\text{lb SO}_2}{\text{day}}$$

The mass of SO$_2$ emitted as a result of the combustion of flared gas is calculated as follows:

$$\frac{673.8 \text{ Mscf}}{\text{day}} \times \frac{1.4 \text{ ppm H}_2\text{S}}{1} \times \frac{0.169 \text{ lb SO}_2}{\text{ppm H}_2\text{S} - 1{,}000 \text{ Mscf FG}} = \frac{0.159 \text{ lb SO}_2}{\text{Day}}$$

Where:

   673.8 Mscf / day = maximum design rate assumed to be the flared gas flow rate to the flare

   1.4 ppm H$_2$S = Average concentration of H$_2$S in the flare header as previously measured (ppm by volume)

   lb SO$_2$/day = lb of SO$_2$/day from combustion of flared gas.

The volume of gas combusted in the flare (673.8 Mscf/day) is assumed to be equal to the design peak flow rate for the flare system (3,500 gallons per minute of treated vapors). The flare is conservatively assumed to operate at this peak flow rate for the entire 24-hour period.

The mass of SO$_2$ emitted as a result of the combustion of the pilot gas is calculated as follows:

$$\frac{1.2 \text{ Mscf}}{\text{day}} \times \frac{174 \text{ ppm H}_2\text{S}}{1} \times \frac{0.169 \text{ lb SO}_2}{\text{ppm H}_2\text{S} - 1{,}000 \text{ Mscf FG}} = \frac{0.035 \text{ lb SO}_2}{\text{Day}}$$

Where:

   1.2 Mscf/day = pilot gas flow rate to the flare (Mscf/day)

   174 ppm H$_2$S = Equivalent H$_2$S content for commercial grade propane

   1 lb SO$_2$/3,500 grains sulfur = (1 lb S / 7,000 grains sulfur) x (64 lb SO$_2$ / 32 lb sulfur)

   lb SO$_2$/day = lb of SO$_2$/day from combustion of pilot gas.

The volume of pilot gas combusted in the flare is assumed to be equal to the design pilot gas flow rate for the flare system. A fixed pilot fuel gas flow rate of 1.2 Mscf/day (approximately 50 scfh) is based on the design of the flare system. The flare pilot is conservatively assumed to operate for the entire 24-hour period (midnight to midnight) for which a thermocouple temperature in excess of 100 degrees Fahrenheit was recorded. Neither pilot or sweep gas flow rates are monitored on a real-time basis and this temperature threshold allows for the

possibility that the Plant 1 Rail Rack flare will be shutdown for maintenance or a turnaround and would not be emitting SO$_2$ during that period.

The Refinery does not currently perform routine sulfur content monitoring of the purchased propane fuel used to supply the pilot flame. Based on the American Society for Testing and Materials (ASTM) *"Standard Specifications for Liquefied Petroleum Gases"* (D-1835), commercial propane is limited to 185 ppm total sulfur. This corresponds to an equivalent H$_2$S content of 174 ppm (by volume). Use of the ASTM specification for total sulfur content of commercial propane is considered conservative (i.e. over-predictive) of actual sulfur emissions.

Due to the nature of the operations at the Plant 1 Rail Rack, the Plant 1 Rail Rack Flare would not have startup/shutdown or malfunction emission events that impact SO$_2$ emissions (i.e. the Plant 1 Rail Rack Flare cannot accept vapor streams that do not originate from loading operations).

### *Calculation Method for Annual Emissions*

The Plant 1 Rail Rack flare is not subject to a rolling 12-month SO$_2$ emission limit. To calculate SO$_2$ emissions from the Plant 1 Rail Rack flare for APEN purposes, the calculation method is as follows:

Tons SO$_2$/year = $\sum$ [Tons of SO$_2$/month] for January through December of the reporting year

Where:

   Tons of SO$_2$/month = [Sum of daily emissions for the days in the month]

Regarding calendar year limits for APEN reporting purposes, the above calculation is performed for the 12 months in the calendar year (January through December) per CAQCC Regulation No. 3, Part A, §II.B.6.

### Plant 2 Rail Car Dock Flare

The SO$_2$ emissions for the Plant 2 Rail Car Dock Flare will be calculated based on the volume of gas combusted and the concentration of H$_2$S in the combusted gas. The volume of combusted gas is based on the volume of product loaded. H$_2$S concentrations are measured periodically by Colorimetric tube in accordance with an EPA/CDPHE-approved AMP (see Appendix B). The most recent measured H$_2$S concentration will be used. If the approved AMP is rescinded, the average measured H$_2$S concentration will still be used. The Plant 2 Rail Car Dock Flare is used as a control device during loading of railcars with LPG, gasoline, or low-sulfur diesel fuel. As with the Plant 2 Truck Dock Flare, LPG, gasoline and diesel contain a small amount of sulfur. The volume of gas flared is very low and the SO$_2$ level in the gas is very low.

### *Calculation Method for Daily Emissions*

For the purpose of calculating daily SO$_2$ emissions for the Plant 2 Rail Car flare for use in monitoring compliance with CAQCC Regulation No. 1 §VI.B.4.e daily limit on SO$_2$ emissions, the calculation method is as follows:

Air Pollution Control Division
Colorado Operating Permit                                                    Appendix H
$SO_2$ Emissions Calculation Methodology                                        Page 42

Lb $SO_2$/day = [Lb $SO_2$ /day from loading (calc. 1)] + [Lb $SO_2$/day from fuel combusted in flare (calc 2)]

*Calculation 1:*       lb $SO_2$/day from loading = [MMBtu/day from loading vapor combusted in flare] [MMscf/450 MMBtu] [conc $H_2S$, ppm] [lbmole $H_2S$/379 scf gas] [64 lb $SO_2$/lbmole $H_2S$]

Where:

MMBtu/day from loading vapor combusted in flare = [[lb/day vapor flared from loading] [Btu/lb vapor loaded]] /1,000,000

Lb/day vapor flared from loading = [[lb/day vapor from product loading] − [lb/day vapor not captured]] [0.98]

Lb/day vapor from product loading = [8.15 lbs/thousand gal product loaded] [thousand gallons of product loaded per day]

8.15 lb/thousand gal product loaded = loading losses from AP-42, 1995 Edition, page 5.2-4; 12.46 SPM/T, where S = 0.6, P = 10.9 psia, M = 58 lb/lbmole, and T = 580 °R

Thousand gallons of product loaded per day = gallons of product loaded per day divided by 1000

Lb/day vapor not captured = [lbs per day vapor from product loading] [1- 0.99]

0.99 = capture efficiency of vapor capture system

0.98 = combustion efficiency of Railcar Dock Flare

Btu/lb vapor combusted = 19,000 Btu/lb, based on combustion of N-butane

Conc $H_2S$, ppm = concentration of $H_2S$ in the gas (2 ppm) based on previous $H_2S$ monitoring data.

*Calculation 2:*       Lb $SO_2$/day from fuel combusted in flare = [HR, scf/day] [MMscf/1,000,000 scf] [conc $H_2S$, ppm] [0.169, lb $SO_2$/scf]

Where:

Lb $SO_2$/day from fuel combusted in flare = lb of $SO_2$ from combustion of gas used as pilot fuel in flare

Conc $H_2S$, ppm = The concentration of $H_2S$ in the propane used for pilot fuel is determined weekly. The most recent monitoring results are used in the calculations

0.169, lb $SO_2$/scf = [lbmole $H_2S$/379 scf] [1 lbmole $SO_2$/1 lbmole $H_2S$]  [64 lb $SO_2$/lbmole $SO_2$]

The total volume of pilot gas combusted is metered for the Rail Car Loading Flare

scf/Btu is measured

$H_2S$ of the pilot fuel is measured using a copper strip test to determine if propane meets product quality standards for $H_2S$.  The test is conducted on all spec propane and must be below 10 ppm.

This test gives a less than/greater than 10 ppm result.  Suncor will use 10 ppm in this calculation.

Due to the nature of the operations at the Plant 2 Rail Car Dock, the Plant 2 Rail Car Dock Flare would not have startup/shutdown or malfunction emission events that impact SO₂ emissions (i.e. the Plant 2 Rail Car Dock Flare cannot accept vapor streams that do not originate from loading operations).

### *Calculation Method Annual Emissions*

For the purpose of calculating SO₂ emissions for the Plant 2 Rail Car Flare for comparison with rolling 12-month and calendar year emission limit and APEN purposes, the calculation method is as follows:

Tons SO$_2$/year = $\sum$ [Tons SO$_2$ /month] for the current month plus the 11 preceding months

Tons SO$_2$ /month = [Sum of daily emissions for the days in the month]

Regarding calendar year limits, the above calculations are performed for the 12 months in the calendar year.

**Malfunction Emissions**

In certain malfunction events, SO₂ emissions may be generated that are not quantified in the above-described SO₂ source types. In this case, Refinery engineering, operations, and environmental staff work to determine the quantity of SO₂ that may have been released. These malfunction related emissions are added to the daily total when the malfunction event investigation has been completed. In the case that more than one malfunction occurs on a given day, each malfunction event may be reported separately, or as a combined daily emission estimate. When such an event occurs, SO₂ emissions from these events will be estimated based on existing test data, engineering judgment, or process knowledge and will be calculated on a case-by-case basis. Records of the calculation of these case-by-case emissions will be retained on site for Division review.

**Security Emergency Generator Emissions**

Emissions of SO₂ resulting from the operation of the generator will be calculated using a mass-balanced based approach that uses fuel input (gallons) and the sulfur specification for ultra-low sulfur diesel (0.0045 wt %). The calculation is shown below.

$$\frac{\text{gallons diesel}}{\text{day}} \times \frac{7.05 \text{ lb diesel}}{\text{gallon}} \times \frac{0.0045 \text{ lb S}}{100 \text{ lbs diesel}} \times \frac{64 \text{ lb SO}_2}{32 \text{ lb S}} = \frac{\text{lb SO}_2}{\text{day}}$$

**Soil Vapor Extraction Emissions**

Emissions of SO₂ resulting from the operation of a Soil Vapor Extraction system will be calculated assuming that the unit is operating at maximum rated capacity and assumes the use of USEPA AP-42 emission factors for SO₂ (AP-42, Table 3.2-3).

$$\frac{0.006 \text{ lb SO}_2}{\text{MMBtu}} \times \frac{0.6 \text{ MMBtu}}{\text{hr}} \times \frac{\text{hr}}{\text{day}} = \frac{\text{lb SO}_2}{\text{day}}$$

## BARRELS OF OIL PROCESSED

The daily Refinery throughput, of barrels per day (bpd) oil charged is determined to calculate compliance with CAQCC Regulation No. 1 §VI.B.4.e daily limit on SO$_2$ emissions per barrel oil processed per day. The Refinery total charge rate is based on the amount of crude oil charged to the #1 and #2 Sweet and Sour Crude Units, and purchased intermediate products charged to process units. Examples of purchased intermediates include coker gas oil charged to the #4 HDS or purchased naphtha or gas oils. The barrels of oil processed includes the amount of crude oil and intermediate products charged to the following processes:

1. Charge to the #1 and #3 Crude Units

2. Charge to the #2 Crude Unit

3. Purchased intermediate coker gas oil charge to the #4 HDS

4. Purchased intermediate charge to the #2 Naphtha Hydrotreater/Reformer

5. Purchased intermediate charge to the #2 FCCU

6. Purchased sweet naphtha or gas oil charge to tankage.

For Plants 1 and 3, the charge rates to the two crude units and the #4 HDS (coker gas oil) are continuously metered at one-minute intervals. For purposes of this SO$_2$ calculation methodology, the rates are totaled over a 24-hour period, beginning at midnight.

For Plant 2, The volumes of charge to the Crude Unit, FCCU, and Naphtha Hydrotreater/Reformer, are continuously metered. The volumes of charge are recorded daily.

From time to time, Suncor may purchase intermediate products such as naphtha or gas oil from outside sources. This material will be directed to on-site tankage. Since it will be mixed with intermediates that were produced on-site, it is not possible to directly measure and track the use of these intermediates separately from intermediates produced within the Refinery. These purchases are driven by market conditions, and as such they exhibit a high degree of variability in both timing and size. Suncor will track the use of these purchased intermediates on a case-by-case basis. Examples of how Suncor will track these purchases are provided below.

In the event that a purchase is equal to or less than 1,000 barrels, the entire purchase will be assumed to be charged on the day in which is received.

If a purchase is made that enables a unit to run at a higher rate (i.e. the unit was operating at less than 100% of capacity), the difference between the pre-purchase charge rate and the post-purchase charge rate will be assumed to be the charge rate for the purchased intermediate. For example:

- 10,000 barrels of gas oil are purchased and charged to T-2

- Pre-purchase, the FCCU was operating at 90% of its 20,000 bpd capacity

- Post-purchase, the FCCU was operating at 100% of its rated capacity.

The difference between 90% and 100% capacity is 2,000 bpd.  At 2,000 bpd, the 10,000 barrel purchase will be consumed in 5 calendar days.  Therefore for the 5 days following the purchase, the facility charge rate will be increased by 2,000 bpd to reflect the charging of the purchased intermediate product.

Finally, for purchases that do not fit either of the two above scenarios (such as purchases made when the process unit that will eventually receive the purchased intermediate is off-line), the charge rate will be based on process knowledge, operating information, and engineering judgment.  For any intermediate purchases, supporting information and calculations will be maintained for APCD review for 5 years.

Suncor will determine the barrels of oil processed and utilize that information as follows:

For purposes of determining compliance with the facility-wide daily emission limit in CAQCC Regulation No. 1 §VI.B.4.e, the average daily amount of oil processed for each calendar month will be determined by adding crude charge for the month plus any intermediate charges, and dividing the total barrels charged for the month by the number of days during the month that any refinery SO₂ source operated.  The average daily value for a month shall be calculated by the end of the following month.

## COMPLIANCE DEMONSTRATIONS

### Regulation No. 1 Daily Emission Limits

For purposes of the CAQCC Regulation No. 1 §VI.B.4.e daily limit on SO₂ emissions per barrel processed per day, SO₂ emissions from each affected source will be calculated for each day.  For comparison against the Regulation No. 1 limit, the barrels of oil processed per day will be based on the average daily feed for each calendar month as outlined in Section 4.0 of this document.  Daily SO₂ emissions will be divided by the daily average barrels of oil processed for the month.  These compliance calculations will be made monthly and will be calculated by the end of the following month.

### Unit or Group Specific Annual Emission Limits

For purposes of calculating rolling 12-month SO₂ emissions for individual or grouped emission units, the annual SO₂ emissions will be calculated on a rolling 12-month basis.  Emissions will be calculated for each month, and those emissions will be added to the emissions for the preceding 11 months.  The compliance calculation will be made for each month by the end of the following month.

### Plant 2 Facility-wide Annual Emission Limit

For the purpose of demonstrating compliance with the Plant 2 facility-wide rolling 12-month SO₂ emission limit, the annual emissions will be determined on a rolling 12-month basis.  Emissions will be calculated for each month, and those emissions will be added to the emissions for the preceding 11 months.  The compliance calculation will be made for each month by the end of the following month

**APEN Reporting**

For APEN reporting and fee calculation purposes, annual emissions will be calculated as described in this document.  APENs and revised APENs will be based on a calendar year (January through December).  These compliance calculations will be made annually.  APENs will be submitted to the APCD as required, (currently by April 30th of year after the close of the APEN reporting year if needed).

**RECORDKEEPING AND REPORTING PROCEDURES**

The purpose of this section is to describe recordkeeping and reporting procedures for the WP and EP SO$_2$ emissions described in this document.

As outlined in WP Operating Permit Condition 38.1 and EP Operating Permit Condition 22, records of the calculations described in this document, including any case-by-case analyses, will be kept on-site for 5 years.

APENs will be submitted to the APCD by April 30th of year after the close of the APEN reporting year.

Air Pollution Control Division
Colorado Operating Permit                                                Appendix H
SO₂ Emissions Calculation Methodology                                      Page 47

# Appendix A

Documentation Regarding City Gas Sulfur Content

Case No. 1:24-cv-02164-DDD-SBP    Document 27-11    filed 01/21/25    USDC Colorado
pg 428 of 448

Air Pollution Control Division
Colorado Operating Permit
SO₂ Emissions Calculation Methodology

Appendix H
Page 48



***ENGINEERING - GAS DELIVERY SERVICES***

**ASH AND SULFUR CONTENT OF COLORADO AND WYOMING NATURAL GAS**

**ASH**: The ash (non-combustible solid) content of natural gas is zero. However, particulates may form under non-ideal combustion conditions.

**SULFUR**: The sulfur content of natural gas is reported as hydrogen sulfide ($H_2S$) and total sulfur ($H_2S$ + all other sulfur-containing compounds). In addition to $H_2S$, the sulfur-containing compounds include injected odorants (mercaptans and/or organic sulfides), carbonyl sulfide (COS), which is found in some Xcel Energy gas supplies, and naturally occurring mercaptans, which are not commonly found in Xcel Energy natural gas. The Colorado gas tariff limits the $H_2S$ and total sulfur content for shippers who deliver gas onto our pipeline system.

| Sulfur Compound | Tariff Limit for Shippers | | | Estimated/Actual Concentration[1] | | |
|---|---|---|---|---|---|---|
| | *ppmw*[2] | *ppmv*[2] | gr/Cscf | *ppmw*[2] | *ppmv*[2] | gr/Cscf |
| Hydrogen Sulfide, $H_2S$ | 7[3] | 4[3] | 0.25[4] | 1.7-6.4 | 1-4[4] | 0.05-0.25 |
| Odorant | xx | xx | xx | 3.7-7.4 | 2-4[5] | 0.1-0.3 |
| Total Sulfur | 143[3] | 84[3] | 5.0 | 5-14 | 3-8 | 0.25-0.55 |

NOTES:

[1] The actual $H_2S$ and total sulfur of a given supply can only be determined by analysis of samples of that supply.

[2] ppmw = parts per million by weight (mass) of sulfur
ppmv = parts per million by volume (mole) of sulfur

    Conversion: 1 ppmv = 1.7 ppmw

    To convert to %, divide ppm by 10,000: *% = ppm/10,000*

[3] Tariff limits for shippers are 0.25 gr $H_2S$/Cscf (0.235 gr S/Cscf) and 5 gr Total S/Cscf. Standard conditions are 14.73 psia, 60°F.

    Conversion: 1 gr S/Cscf = 28.7 ppmw = 17 ppmv

[4] The values shown for $H_2S$ are *estimated* average concentrations based on online and spot measurements.

[5] Concentrations are based on *actual* odorant injection rates of 0.5-1.0 lb/MMcf. Odorant is mixture of 75% *t*-butyl mercaptan and 25% propyl mercaptans.

Air Pollution Control Division
Colorado Operating Permit                                    Appendix H
SO$_2$ Emissions Calculation Methodology                     Page 49

# Appendix B

Approved Alternative Monitoring Methodologys

Air Pollution Control Division
Colorado Operating Permit                                          Appendix H
SO$_2$ Emissions Calculation Methodology                               Page 50

## Plant 2 Truck Dock Flare and Plant 2 Rail Car Dock Flare

from Colorado Refinery Company and TPI Petroleum Inc. Consent Decree (No. 99-1759) filed September 8, 1999, paragraph IV.7.D

et seq., including, without limitation, the requirement to comply with an emission limit, 40 C.F.R. §60.104(a)(1); monitor emissions, 40 C.F.R. § 60.105(a)(3) and (4); make reports and maintain records, 40 C.F.R. § 60.7; and conduct performance testing. 40 C.F.R § 60.8.

(2)   Amendment to the Title V Permit Application

The Defendants shall submit to the State of Colorado a proposed amendment to CRC's Title V State of Colorado permit application, which includes the MACT standards for all the loading dock racks, within 30 days of the entry of the Consent Decree.

D.   NSPS Subpart J Alternative Monitoring Protocol

Gases combusted in the Truck Loading Dock Flare and LPG Railcar Loading Dock Flare shall be monitored and measurements recorded according to the following alternative monitoring protocol (the "Protocol"), which shall satisfy the requirements of 40 C.F.R. Part 60, Subpart J for monitoring vapors combusted in the Flares during product loading:

(1) CRC/TPI shall conduct one representative measurement during at least one loading event for each Flare during the month in which the Protocol is commenced, on vapors emitted from both the Truck Loading Dock and LPG Railcar Loading Dock during the loading of petroleum products using Drager tubes ("DT") with an appropriate concentration range. For purposes of this Protocol, "loading event" shall mean the

8

loading of one average size tank that at a minimum requires 30 minutes loading time for tanks loaded at the LPG Railcar Loading Dock and that at a minimum requires 10 minutes loading time for tanks loaded at the Truck Loading Dock.

(2) If the H$_2$S ("STP") concentrations measured by DT at the Truck Loading Dock and LPG Railcar Loading Dock during the initial one month period referenced in ¶ (1) do not exceed 40 ppm, CRC/TPI shall conduct one DT measurement during at least one loading event for each Flare every three months during the subsequent six months.

(3) If the H$_2$S ("STP") concentrations measured by DT at the Truck Loading Dock and LPG Railcar Loading Dock during the subsequent six month period referenced in ¶ (2) do not exceed 40 ppm, CRC/TPI shall conduct one DT measurement during at least one loading event for each Flare during each subsequent six month period.

(4) If any DT H$_2$S measurements exceed 40 ppm, CRC/TPI shall immediately report the event to EPA Region VIII and EPA may re-evaluate and/or alter this Protocol at its sole discretion for the Flare at which the H$_2$S concentration exceeds 40 ppm.

(5) In addition to the requirements of this Protocol, CRC/TPI shall be subject to all other applicable NSPS Subpart J requirements, including the reporting and recordkeeping requirements.

9

# Plant 1 Rail Rack Flare

Air Pollution Control Division
Colorado Operating Permit                                                    Appendix H
SO₂ Emissions Calculation Methodology                                         Page 54



### UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 8
999 18ᵀᴴ STREET - SUITE 300
DENVER, CO 80202-2466
Phone 800-227-8917
http://www.epa.gov/region08

FEB - 7 2002

Ref:    8ENF-T

Jay Christopher
Conoco Inc.
5801 Brighton Boulevard
Commerce City, CO 80022-3696

Re:    Approval for Alternative Monitoring Plan at
Conoco Denver Refinery, Railcar Loading
Rack

Dear Mr. Christopher:

This letter is in response to your letter to Robert Jorgenson, CDPHE, dated December 21, 2001. In your letter you requested approval of an alternative monitoring plan to monitor the H₂S concentration in the fuel gas from the railcar loading rack in lieu of a continuous monitoring system as required under the 40 C.F.R. Part 60, Subpart J - Standards of Performance for Petroleum Refineries. EPA has reviewed Conoco's alternative monitoring plan that described a one time only detection tube monitoring plan and has determined the plan to be acceptable.

Conoco reviewed its operations and a December 1999 EPA guidance letter that clarified the definition of "fuel gas". As a result of this review, Conoco determined that the railcar loading rack gas stream is a "fuel gas" and the railcar loading rack flare is a "fuel gas combustion device" subject to NSPS Subpart J. Under the provisions of 40 C.F.R. 60.105(a)(4), owners and operators of any fuel gas combustion device are required to install an instrument for continuously monitoring and recording the concentration of H₂S in the fuel gas before being burned in the fuel gas combustion device. As an alternative to this monitoring requirement, Conoco is proposing to a one time only detection tube monitoring plan. The gas stream being monitored consists only of vapors from the railcar gasoline loading rack. These gasoline products that are loaded into the railcars are subject to product specifications for sulfur content, which ensures a low amount of H₂S in that gas stream. In addition, there are no crossover or entry points between the loading rack and the flare were high H₂S content gas can be introduced into the gas stream.

Conoco conducted two weeks of monitoring of the gas stream using detector tubes. The samples were taken on dates that ensured representative conditions of all product loading operations. The data shows that the average H₂S concentration of 1.4 ppm is below the fuel gas


*Printed on Recycled Paper*

---

Permit Number: 96OPAD120                                    First Issued: 8/1/04
                                                            Renewed: 10/1/12
                                                            Last Revised: 2/22/18

Air Pollution Control Division
Colorado Operating Permit                                                                            Appendix H
SO$_2$ Emissions Calculation Methodology                                                          Page 55

standard of 162 ppm. Based on: (1) the results of the two weeks of monitoring data, (2) no crossover or entry points between the loading rack and the flare, and (3) the products loaded subject to product specifications, EPA accepts the one time only detection tube monitoring as an alternative monitoring plan for the fuel gas from Conoco's railcar loading rack.

If you have any questions concerning our response to your request, please contact Cindy Reynolds of my staff at (303) 312-6202.

Sincerely,

Martin Hestmark, Director
Technical Enforcement Program

cc:    Robert Jorgenson, CDPHE
       Shannon McMillan, CDPHE

2

Air Pollution Control Division
Colorado Operating Permit                                                                    Appendix H
SO$_2$ Emissions Calculation Methodology                                          Page 56

ALTERNATIVE MONITORING PLAN FOR 40 CFR SUBPART J

Conoco, Inc. - Denver Refinery
Railcar Loading Rack Gas Stream

Process Description and Monitoring Point

The railcar loading rack at Conoco, Inc.'s (Conoco's) Denver Refinery is equipped to collect vapors from the loading operation, which are directed to a flare for combustion. The gas stream is a fuel gas subject to the standards for sulfur oxides of 40 CFR 60.104(a)(1). Conoco wishes to implement an Alternative Monitoring Plan for the gas stream. This application for an Alternative Monitoring Plan was prepared in accordance with the USEPA document "Alternative Monitoring Plan for NSPS Subpart J Refinery Fuel Gases."

The products that are loaded into railcars at the Denver Refinery are subject to product specifications for sulfur content. The specifications for the product streams ensure that the gas stream contains a low amount of H$_2$S at all times.

The gas stream has been monitored at a point upstream from the flare, as shown on the enclosed piping diagram. Between the loading rack and the flare, there are no crossover or entry points where high H$_2$S content gas can be introduced into the gas stream.

Supporting Test Results

Conoco has performed two weeks of daily monitoring of the gas stream. The monitoring was conducted using detector tubes, according to the procedures outlined in "Gas Processor Association's: Test for Hydrogen Sulfide and Carbon Dioxide in Natural Gas Using Length of Stain Tubes, 1986 Revision". Detector tubes ranges consistent with the procedure were used for the monitoring, as noted on Table 1. The monitoring consisted of collecting one grab sample during loading operations on the days noted in the attachment. Dates were selected that ensure that representative conditions of all product loading operations were addressed in the monitoring effort, as was discussed with Shannon McMillan of the Division.

The data collected during the monitoring period is summarized in Table 1. The average plus three standard deviations for the test data set is less than 81 ppm. Therefore, the data demonstrate that the fuel gas standard of Subpart J, 162 ppm, will not be exceeded during normal operating conditions. During the monitoring period, the product specification for sulfur for the products loaded was maintained.

Air Pollution Control Division
Colorado Operating Permit                                                      Appendix H
SO$_2$ Emissions Calculation Methodology                                         Page 57

Monitoring Schedule

The gas stream consists only of vapors from the railcar loading rack. The products loaded are subject to a product specification for sulfur content. Therefore, one time only detection tube monitoring is sufficient for the Alternative Monitoring Plan. The test data included with this application, combined with this statement that the products loaded are subject to a product specification, meets the requirements for one time only monitoring.

Conoco does not anticipate that gas stream will change or that the products loaded will no longer be required to meet the product specification for sulfur content. Should either of those events occur, Conoco would resubmit the application for an Alternative Monitoring Plan.

Case No. 1:24-cv-02164-DDD-SBP    Document 27-11    filed 01/21/25    USDC Colorado
pg 438 of 448

Air Pollution Control Division
Colorado Operating Permit                                                              Appendix I
Site Remediation MACT (40 CFR Part 63 Subpart GGGGG) Applicability Diagram            Page 1

## APPENDIX I

## Site Remediation MACT (40 CFR Part 63 Subpart GGGGG) Applicability Diagram



**APPENDIX J**

**Plant 1 FCCU Opacity Plan**

# WEST PLANT FCCU OPACITY COMPLIANCE PLAN

## SUNCOR ENERGY (U.S.A.) INC.

## COMMERCE CITY REFINERY

VERSION 1.1
6/17/2011

**PLANT 1 - #1 FCCU OPACITY MONITORING COMPLIANCE PLAN**

**TABLE OF CONTENTS**

TABLE OF CONTENTS ...................................................................................................... 3

LIST OF ACRONYMS ....................................................................................................... 4

FACILITY DESCRIPTION AND REGULATORY BACKGROUND ............................... 5
    Applicable Regulations .................................................................................................. 5
    Opacity Compliance Plan Organization ........................................................................ 5

OPACITY MEASUREMENTS ........................................................................................... 5

SANDBLAST EVENT MONITORING .............................................................................. 6

COMPLIANCE DEMONSTRATIONS ............................................................................... 6
    Regulation 1, §II.A.1 - 20 Percent Limit ..................................................................... 6
    Regulation 1, §II.A.4 - 30 Percent Limit ..................................................................... 6
    NSPS J and MACT II - 30 Percent Limit .................................................................... 7

RECORDKEEPING AND REPORTING PROCEDURES .................................................. 7

Air Pollution Control Division
Colorado Operating Permit
Plant 1 FCCU Opacity Plan

Appendix J
Page 4

## LIST OF ACRONYMS

| | |
|---|---|
| APCD | Air Pollution Control Division |
| CAQCC | Colorado Air Quality Control Commission |
| CDPHE | Colorado Department of Public Health and Environment |
| CFR | Code of Federal Regulations |
| COMS | Continuous Opacity Monitoring System |
| FCCU | Fluidized-bed Catalytic Cracking Unit |
| Permit | Operating Permit 96OPAD120 |
| Refinery | Commerce City Refinery (both the Plants 1 and 3) |
| Suncor | Suncor Energy (U.S.A.) Inc. |
| § | Section |

## FACILITY DESCRIPTION AND REGULATORY BACKGROUND

Suncor Energy (U.S.A.), Inc., (Suncor) owns and operates the Commerce City Refinery (Refinery) in Commerce City, Colorado. Since Suncor acquired Colorado Refining Company on June 1, 2005, Suncor refers to the portion of the refinery on the west side of Brighton Boulevard, formerly the Conoco refinery, as Plant 1. Plant 1 includes a fluidized-bed catalytic cracking unit (FCCU) equipped with an automated sandblasting system for removing catalyst buildup from the internal surfaces of the FCCU waste heat boiler.

### Applicable Regulations

The opacity limits provided in the Permit are based on the general stationary source opacity requirement and the stationary source opacity limits for fire building, cleaning of fire boxes, soot blowing, start-up, process modification or adjustment of control equipment in the Colorado Air Quality Control Commission's (CAQCC) Regulation No. 1, Section (§) II.A.1 and Regulation No. 1, §II.A.4, respectively. As provided for in the Colorado Department of Public Health and Environment Air Pollution Control Division (APCD) Operating Permit Number 96OPAD120 (Permit) issued for the refinery, removal of catalyst buildup from the internal surfaces of the FCCU waste heat boiler is considered to be soot blowing for opacity limit purposes (as noted in Condition 35.7.2).

The Permit includes a requirement to prepare and submit a monitoring plan to be used for determining when the 30 percent opacity limit in Condition 35.2 applies and how compliance will be monitored. This Opacity Compliance Monitoring Plan is intended to satisfy the Monitoring provisions of Permit Condition 35. This opacity monitoring plan applies only to the Plant 1 FCCU.

The FCCU is also subject to the opacity limits in 40 CFR 60 Subpart J §60.102(a)(2) and 40 CFR 63 Subpart UUU §63.1564(a)(1).

### Opacity Compliance Plan Organization

This Opacity Compliance Monitoring Plan specifies how compliance with the previously described requirements will be monitored. Section 2.0 identifies how opacity will be monitored. Section 3.0 describes how periods of sandblasting will be identified. Section 4.0 describes when and how the 30 percent opacity threshold will be applied. Section 5.0 describes record keeping and reporting procedures.

## OPACITY MEASUREMENTS

The FCCU is equipped with a continuous opacity monitoring system (COMS) for determining the opacity of the FCCU exhaust gases. The instantaneous (15-second interval) monitoring data from the COMS is recorded by the plant historian database system (PI). These data are used to generate 1-minute block averages. The block averages start at the beginning of a minute and are sequential, not rolling, averages. PI is used to store the block averages.

The COMS is installed, certified, calibrated, maintained, and operated in accordance with the requirements of 40 CFR §60.11, §60.13, and Part 60 Appendices A and B as required by Condition 60 of the Permit.

**SANDBLAST EVENT MONITORING**

The internal surfaces of the FCCU waste heat boiler (X-184) are periodically cleaned by introducing sand into the exhaust gases upstream of the waste heat boiler. This sand removes catalyst buildup, potentially leading to a period of increased opacity (defined as opacity in excess of the Regulation No. 1, §II.A.1 limit of 20 percent). This sandblasting is controlled through an automated sandblasting system. PI is used to monitor and record the signal from the automated sandblast system indicating when sand is being introduced into the system.

In the event that the automated sandblast system is not used and sand is added manually, operator logs will be used and reviewed to determine when a sandblasting event was initiated.

The introduction of the sand into the system by the automated system is done rapidly with a single shot. There is greater variability in the duration and magnitude of the shot if performed manually. Neither the automated signal nor the operator logs track the duration of the sandblast event itself. The sandblast event is assumed to be complete when opacity readings drop to and remain at pre-sandblast levels, or after 6 minutes, whichever is less.

**COMPLIANCE DEMONSTRATIONS**

**Regulation 1, §II.A.1 - 20 Percent Limit**

For purposes of demonstrating compliance with the CAQCC Regulation No. 1 §II.A.1 20 percent limit on opacity, 6-minute average opacity readings will be calculated from 24 consecutive 15-second observations. The 6-minute periods will begin at the start of the hour, with a total of 10 averages generated during the hour. Averages will be consecutive, not rolling. The COMS output will be recorded in PI. The 20 percent limit will apply during all periods however, based on APCD comments; any individual minute affected by a sandblast will be removed from the calculation of the 6-minute block average. This will result in 6-minute blocks of time that are comprised of less than 6 valid 1-minute observations.

Any six minute period not affected by a sandblast, with an observed opacity reading (unaffected by sandblast) in excess of 20 percent will be identified as not being in compliance with CAQCC Regulation No. 1 §II.A.1 (Condition 35.1 of the Permit).

In the event that all or a portion of a sandblast event occurs during a 6-minute period, the CAQCC Regulation No. 1 §II.A.4 30 percent limit on opacity described in Section 4.2 applies as well.

**Regulation 1, §II.A.4 - 30 Percent Limit**

For purposes of demonstrating compliance with the CAQCC Regulation No. 1 §II.A.4 30 percent limit on opacity, 1-minute average opacity readings will be calculated from 4 consecutive 15-second observations. The COMS output will be recorded in PI.

The beginning of the sandblast events will be identified from the signal generated by the automated sandblast system, or from operator logs. The sandblast event will be assumed to last for the lesser of the time required for 1 minute opacity observations to fall below 20 percent, or six minutes as described in Section 3.0 of this plan.

The 6-minute averaging period starts with each new minute (i.e. there are 60 6-minute blocks beginning each hour, with five one-minute averages common to the adjoining blocks). All six 1-minute averages within the averaging period are included when calculating the 6-minute average opacity, regardless of whether or not that individual minute was affected by a sandblast. Each 6-minute block average that includes a sandblast event will be compared to the 30 percent opacity threshold. If the 6-minute rolling average exceeds 30 percent during a sandblast, the source will be identified as not being in compliance with CAQCC Regulation No. 1 §II.A.4 (Condition 35.2 of the Operating Permit). However if any given block of 1-minute observations results in the exceedance of the 30 percent threshold for more than 6 minutes, it will only be reported as a single event, not as each individual exceedance of the 30 percent threshold. This results in an event-based reporting process. Please see Examples 5, 6, and 7 in Appendix A for an example of how this process will be implemented.

**NSPS J and MACT II - 30 Percent Limit**

For purposes of demonstrating compliance with the 40 CFR 60 Subpart J §60.102(a)(2) and 40 CFR 63 Subpart UUU §63.1564(a)(1). 30 percent limit on opacity, 6-minute block average opacity readings will be calculated from 24 consecutive 15-second observations. The 6-minute periods will begin at the start of the hour, with a total of 10 averages generated during the hour. Averages will be consecutive, not rolling. The COMS output will be recorded in PI. The 30 percent limit will apply during all periods, except for one six-minute average opacity reading in any one hour period.

**RECORDKEEPING AND REPORTING PROCEDURES**

The purpose of this section is to describe recordkeeping and reporting procedures for the FCCU opacity observations described in this document.

As outlined in Operating Permit Section IV (General Conditions), Condition 22, records of the calculations described in this document will be kept on-site for 5 years.

PI will be used to store 15-second observations, and 1- and 6-minute block averages. Suncor will use a spreadsheet to track this information, taking data from PI.

Case No. 1:24-cv-02164-DDD-SBP     Document 27-11     filed 01/21/25     USDC Colorado
pg 446 of 448

## APPENDIX K

### Prevention of Significant Deterioration (PSD) Review and Non-Attainment Area New Source Review (NASR) Applicability Tests

An owner or operator of a major stationary source must determine whether a project will trigger major stationary source permitting requirements (i.e., PSD and/or NANSR) by conducting an applicability test using the procedures in Colorado Regulation No. 3, Part D, Section I.B. Sources that conduct the actual-to-projected actual test for a project that requires a minor permit modification are required to submit the information in Colorado Regulation No. 3, Part D, Section I.B.4.a through d and that information shall be included in an appendix of the Title V Operating permit (see Colorado Regulation No. 3, Part D, Section I.B.4)

**Miscellaneous Process Vent (MPV) Project**

The purpose of the MPV Project is to address the new equipment necessary to meet the requirements for MPVs in the December 1, 2015 Refinery Sector Rule (RSR) Revision. The RSR revisions primarily address the two refinery NESHAPs, 40 CFR Part 63 Subparts CC and UUU. The December 1, 2015 RSR revisions removed "episodic or nonroutine releases such as those associated with startup, shutdown, malfunction, maintenance, depressuring and catalyst transfer operations" from the exception to the definition of miscellaneous process vent, making this equipment newly subject to the requirements in 40 CFR Part 63 Subpart CC.

In order to comply with the new MPV requirements, the source is proposing to install new connections to the flare header systems. The new flare connection systems will consist of permanent, direct equipment connections as well as purge manifolds for as needed, temporary connections. The installation of purge manifolds and other flare header connections will allow the source to prepare equipment for maintenance by purging with steam and/or nitrogen to the flare and will result in routing materials to the flares that were previously routed directly to the atmosphere.

The applicability analysis related to the MPV modification is included in this appendix. The MPV modification also affected equipment located at Plant 2 of the refinery which is addressed in a separate Title V permit (95OPAD108) but is included here to show the complete analysis. Note that except for the Plant 1 Main Flare (F1), the source has taken permit limits at the projected actual emission (PAE) level. In addition, permit limits were included in both Title V permits for new piping components. Finally, only the incremental emission increases from the boiler have been included in the analysis. Any increased utilization from the boilers (necessary for the steam tracing on the purge manifolds to prevent freezing) is expected to be minimal, if any.

Except for the new piping components, the units affected by this modification are existing units. Therefore, the major stationary source applicability test is based on a comparison of baseline actual emissions (BAE) to projected actual emissions (PAE).

Specific details regarding how BAE and PAE were determined can be found in the technical review document prepared for the February 22, 2018 revised Title V permit.

Air Pollution Control Division
Colorado Operating Permit                                                                                     Appendix K
Prevention of Significant Deterioration (PSD) and Non-Attainment New Source Review (NANSR)
Applicability Tests                                                                                                       Page 2

The resulting emissions increases for the project are shown below:

Table 1: Actual Emission Increases

| | Emissions (tons/yr) | | | | |
|---|---|---|---|---|---|
| | CO | NO$_X$ | VOC | PM/PM$_{10}$/PM$_{2.5}$ | SO$_2$ |
| **P1 Flare** | | | | | |
| Baseline | 39.12 | 8.58 | 83.29 | 0.94 | 36.42 |
| PAE | 96.52 | 21.17 | 205.50 | 2.32 | 167.52 |
| Capable of Accommodating | 96.36 | 21.14 | 205.15 | 2.32 | 165.84 |
| Excludable[1] | 57.24 | 12.56 | 121.86 | 1.38 | 129.42 |
| Adjusted PAE[2] | 39.28 | 8.61 | 83.64 | 0.94 | 38.10 |
| **Change in Emissions[3]** | **0.16** | **0.03** | **0.35** | **4.00E-03** | **1.68** |
| **P3 (AU) Flare** | | | | | |
| Baseline | 2.42 | 0.53 | 5.16 | 5.82E-02 | 1.20E-02 |
| PAE | 5.43 | 1.19 | 11.56 | 0.13 | 16.86 |
| Capable of Accommodating | 2.42 | 0.53 | 5.16 | 5.83E-02 | 1.20E-02 |
| Excludable[1] | 0.00E+00 | 0.00E+00 | 0.00E+00 | 1.00E-04 | 0.00E+00 |
| Adjusted PAE[2] | 5.43 | 1.19 | 11.56 | 0.13 | 16.86 |
| **Change in Emissions[3]** | **3.01** | **0.66** | **6.40** | **7.17E-02** | **16.85** |
| **GBR Flare** | | | | | |
| Baseline | 5.06 | 1.28 | 11.61 | 0.14 | 1.18E-02 |
| PAE | 11.09 | 2.85 | 25.92 | 0.31 | 0.21 |
| Capable of Accommodating | 3.55 | 0.91 | 8.29 | 0.10 | 0.19 |
| Excludable[1, 4] | 0.00 | 0.00 | 0.00 | 0.00 | 0.18 |
| Adjusted PAE[2] | 11.09 | 2.85 | 25.92 | 0.31 | 0.03 |
| **Change in Emissions[3]** | **6.03** | **1.57** | **14.31** | **0.17** | **0.02** |
| **P2 Flare** | | | | | |
| **Project Emissions[5, 6]** | **0.65** | **0.14** | **0.73** | **0.02** | **13.62** |
| P1/3 Boilers | 0.14 | 0.31 | 0.01 | 0.02 | 0.07 |
| P2 Boilers | 0.15 | 0.11 | 0.02 | 0.04 | 0.04 |
| P1/3 Fugitive VOCs from New Piping Components | | | 3.71 | | |
| P2Fugitive VOCs from New Piping Components | | | 2.55 | | |
| **Total** | **10.14** | **2.82** | **28.08** | **0.32** | **32.28** |

[1]Excludable emissions equals capable of accommodating minus baseline emissions.
[2]Adjusted PAE equals PAE minus excludable emissions.
[3]Change in emissions is adjusted PAE minus baseline.
[4]If capable of accommodating emissions are less than or equal to baseline emissions, excludable emissions are zero.
[5]As indicated in Table 2 below, the change in CO, PM, PM$_{10}$, PM$_{2.5}$, NO$_X$ and VOC emissions for the P2 flare are all negative due to the request to reduce the throughput limit for the flare. In part 1 of the PSD/NANSR applicability analysis (assess project emissions), only increases are included. So if the applicability test (i.e. PAE minus BAE) were negative the emissions increase would be zero for part 1 of the analysis. In order to appropriately assess project emissions, the increase from the P2 flare is the emissions estimated for

Air Pollution Control Division
Colorado Operating Permit                                                                    Appendix K
Prevention of Significant Deterioration (PSD) and Non-Attainment New Source Review (NANSR)
Applicability Tests                                                                            Page 3

the project alone (see the technical review document prepared for the February 22, 2018 renewal Title V permit, page 27). In accordance with Regulation No. 3, Part D, Section II.A.38.b.(iii), emissions related to the project cannot be excluded.
[6]$SO_2$ emissions are based on the applicability test shown in Table 2 below.

Table 2: Plant 2 Change in Actual Emissions

|  | P2 Flare Emissions (tons/yr) | | | | |
|---|---|---|---|---|---|
|  | CO | $NO_X$ | VOC | $PM/PM_{10}/$ $PM_{2.5}$ | $SO_2$ |
| Baseline | 50.52 | 11.08 | 56.55 | 1.22 | 4.59 |
| PAE | 66.97 | 14.69 | 74.97 | 1.61 | 18.21 |
| Capable of Accommodating | 75.71 | 16.61 | 84.75 | 1.82 | 4.59 |
| Excludable[1,] | 25.19 | 5.53 | 28.20 | 0.60 | 0.00 |
| Adjusted PAE[2] | 41.78 | 9.16 | 46.77 | 1.01 | 18.21 |
| **Change in Emissions[2,]** | **-8.74** | **-1.92** | **-9.78** | **-0.21** | **13.62** |

[1]Excludable emissions equals capable of accommodating minus baseline emissions.
[2]Adjusted PAE equals PAE minus excludable emissions.
[3]Change in emissions is adjusted PAE minus baseline.