# EXHIBIT 12

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02164

GREENLATINOS,
350 COLORADO, and
SIERRA CLUB,

      Plaintiffs,

v.

SUNCOR ENERGY (U.S.A), INC.

      Defendant.

**DECLARATION OF DANIEL PRICE**

I, Daniel Price, declare as follows:

1. I submit this declaration in support of GreenLatinos *et.al.*'s Complaint against Suncor Energy (U.S.A), Inc. ("Suncor") to enforce against violations of the Clean Air Act, 42 U.S.C. § 7401 *et seq.*, at Suncor's Commerce City Refinery, Plants 1 and 3 ("West Plant") and Plant 2 ("East Plant") at 5800 Brighton Blvd, Commerce City, CO 80022 ("Suncor Refinery").

2. The facts set forth in this declaration are based on my own personal knowledge and experience. If called as a witness, I could and would testify competently to these facts.

3. I am currently thirty-eight years old.

4. I am a member of 350 Colorado. I became a member of 350 Colorado in 2022.

5. In April 2022, I received a text message from the Colorado Department of Public Health and the Environment, notifying me of an exceedance at Suncor. The text message informed me that it was not safe to go outside. I was really frustrated about Suncor and the effect that the air pollution had on my life and ability to move freely around my own neighborhood, and so I made a post about the issue. Through the post, I was connected with 350 Colorado and became a member to keep Suncor accountable.

6. I am now on the board of 350 Colorado. My participation in 350 Colorado is a good mix of my personal experiences and my experiences studying public policy. I take part in

     monthly meetings and strategic planning sessions, as well as fundraising, budgets, and oversight of the executive director and staff.

7. I live near the intersection of Highway 85 and Brighton Boulevard in Commerce City.

8. I live approximately 1.5 miles from the Suncor Refinery, as the crow flies. I live with my wife and my seven-month-old daughter.

9. My neighborhood is very welcoming and safe. It is a diverse neighborhood, with a mainly Latinx population and about twenty percent of the neighborhood living below the poverty line.

10. My neighborhood has major issues with walkability, a lack of trees, and too much concrete causing a heat island. But my biggest worry is the acute toxic air releases from Suncor. These emissions are preventable and often violations of their allowable pollution limits under Suncor's permits.

11. I work for the Commerce City as the Parks and Streets Project Program Coordinator and spend three days a week outside working in the neighborhood.

12. I spend two days a week working from home and spend much of my free time in my neighborhood as well, especially now that I have a small baby. We walk to the elementary school nearby, as well as along the Platte River trail which is about a mile away.

13. When not working, I spend as much time as I can in my garden, even in the winter and fall. I have about 45 fruit trees, a vegetable garden, and chickens. I also am building a greenhouse. I spend a lot of time and money on my small urban farm to get a good amount of food from it. But I worry that the soil and air could be compromised from the air pollution in my neighborhood.

14. Our chickens live in our yard, and we eat eggs from them every day. But they scratch and peck the soil. I feel anxious about what pollutants from the air end up in the soil and then eventually in our eggs.

15. We use a small window unit in our bedroom to cool our house in the summer. But otherwise, we leave all our windows open.

16. We have a small air purifier in the basement that we bought when we first moved to Colorado.

17. When I know that the air pollution in my neighborhood is bad, I will wear a mask. I can see the flames from the flares when they burn off toxic gases, and on some days I can see haze and steam. I check my phone's air quality app regularly. But I usually only hear about exceedances from Suncor after the fact.

18. Because of air pollution in our neighborhood, we are seriously considering leaving the state and our home because of the air pollution in our neighborhood. We don't know if we can stay here and expose our daughter to so many health risks.

19. From my house I can see Suncor. I can see the towers, the flares, and the billows of smoke. The flames from the flares are clearly visible, as if they were enormous candles in the Suncor facility.

20. We smell odors from our house as well. Odors coming from Suncor smell like burning rubber.

21. My family has suffered health issues because of the air pollution.

22. My daughter was born at a very low birth rate, which is common across Adams County.

23. Additionally, my wife suffers from allergies. We are doing some testing to make sure we aren't having any reactions to food, but I believe her allergies are due to air pollution as well.

24. Since moving to this area, anytime I get sick I have lung symptoms including shortness of breath.

25. For the first time in my life last year, I had panic attacks. It was terrifying to not be able to breathe.

26. Additionally, I've had low energy levels and increased feelings of anxiety and depression. I have read some studies that say that anxiety and depression can be caused by air pollution, so I believe that these symptoms are due to the excess pollution coming from Suncor.

27. My chronic depression and anxiety are exacerbated by thinking about the local air pollution issue. It makes me feel apathetic, angry, and cynical.

28. Before I worked for Commerce City, I was a teacher in this neighborhood. It was clear that my students shared many of these feelings. They had a lot of learned helplessness and negative feelings around our community. We need to provide more support to these eleven- and twelve-year-old kids that have internalized hopelessness around the issue.

29. Our city is very hesitant to criticize Suncor because about $14 million of revenue for Commerce City comes from Suncor.

30. Even still, Suncor's environmental record is abysmal. Their violations have been recognized at both the Federal and State level.

31. My knowledge of Suncor's actual emissions is pretty layman, because the data is so hard for the public to acquire. But through 350 Colorado, I've learned about the issues with $SO_2$ and benzene specifically, which causes neurological damage.

32. I understand that Suncor is one of the largest sources of air pollution in my neighborhood.

33. I know that Suncor continually violates the air emissions limits that they have been permitted for, and that those violations cause Suncor to put out even more pollution.

34. I understand that Suncor emits pollutants in excess of what Suncor's permits allow, including the following pollutants: (1) Hydrogen Sulfide ($H_2S$), (2) Carbon Monoxide

3

    (CO), (3) Sulfur Dioxide ($SO_2$), (4) Nitrogen Oxides (NOx), (5) Volatile Organic Compounds (VOCs), (6) Particulate Matter (PM), and (7) Hazardous Air Pollutants.

35. I understand that breathing in the excess pollutants emitted from Suncor causes health impacts to myself, my family, and my community.

36. $H_2S$ can cause impacts like eye and throat irritation, headaches, tiredness, and even death.

37. CO can cause impacts like fatigue, chest pain, impaired vision, headaches, dizziness, confusion, and nausea.

38. $SO_2$ and sulfur compounds can cause impacts like central nervous system effects and skin and eye irritation.

39. NOx can cause impacts like aggravating respiratory illnesses such as asthma.

40. VOCs can cause impacts like eye, nose, and throat irritation, headaches, nausea, damage to the liver and kidney, affect the central nervous system, and cause certain cancers.

41. Particulate matter can cause death, and other impacts like heart disease, respiratory problems, diabetes, and impaired brain development in children.

42. Hazardous air pollutants can cause impacts like cancer, respiratory damage, nervous disorders, developmental disorders, and kidney damage, as well as eye, nose, and throat irritation, respiratory problems, and reproductive and developmental disorders.

43. I get messages similar to the one I received in April 2022 about 3 or 4 times a year. CDPHE always says its nothing to worry about. But I am worried.

44. There needs to be more control over the emissions from Suncor and increase enforcement. I hope to bring more awareness around the issues and help to find ways to minimize the damage to myself, my family, and my community.

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Dated: February 19, 2025.        s/Daniel Price     (signature)
                                                               Daniel Price