# EXHIBIT 13

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02164

GREENLATINOS,
350 COLORADO, and
SIERRA CLUB,

      Plaintiffs,

v.

SUNCOR ENERGY (U.S.A), INC.

      Defendant.

## DECLARATION OF HARMONY CUMMINGS

I, Harmony Cummings, declare as follows:

1. I submit this declaration in support of GreenLatinos *et.al.*'s Complaint against Suncor Energy (U.S.A), Inc. ("Suncor") to enforce against violations of the Clean Air Act, 42 U.S.C. § 7401 *et seq.*, at Suncor's Commerce City Refinery, Plants 1 and 3 ("West Plant") and Plant 2 ("East Plant") at 5800 Brighton Blvd, Commerce City, CO 80022 ("Suncor Refinery").

2. The facts set forth in this declaration are based on my own personal knowledge and experience. If called as a witness, I could and would testify competently to these facts.

3. I am currently forty-four years old.

4. I am a member of the Sierra Club. I joined Sierra Club as a member last year because I wanted to participate more closely with their work on heating homes.

5. I work for the Green House Connection Center, which is an organization that I founded in 2021.

6. Prior to working for the Green House Connection Center, I worked for Highland Builders, a real estate developer, and before that I worked in the oil and gas industry in accounting.

7. The Green House Connection Center is located at 4700 Claude Ct., Denver 80216 in the Elyria neighborhood.

8. The Center is approximately one and a half miles away from the Suncor Refinery as the crow flies.

9. I also live in north Denver, about three miles west of the Center and four miles from the Suncor Refinery. I live with my two sons, who are seven and ten years old.

10. I am very involved in the environmental justice space in Denver and have worked closely with Sierra Club prior to becoming a member on many initiatives, including during climate lobby days or legislation in my capacity with the Green House Connection Center.

11. The Green House Connection Center is a physical community space that pairs music, movement, and the arts with elevating community decision making and environmental policy. We incorporate dance and art into our outreach and community meetings, do pollution and solution tours, and are a bridge between policy and community.

12. The Green House Connection Center holds large engagement meetings with community members once a month, and two to three other events at the space per week on average. I am at the Center 3-4 days a week.

13. Across the street from the Green House Connection Center is a bridge that connects two parts of the community over the railroad. From the top of the bridge, you can see pollution from downtown Denver to the mountains and can often see the gray haze that gets stuck in the city. Most of the summer, you can see hazy clouds. I see the cloud as I drive from North Denver, across the railroad yard into Elyria. I see the cloud when I drive to Red Rocks and look out over the city and everytime I return from the mountains I can distinctly see the large brown cloud settling over the metro area, flares from Suncor are visible from the bridge. Additionally, sometimes we smell a petroleum-based tar and asphalt smell in the neighborhood. There are many smells in the neighborhood. The Purina smell is distinct and you can tell it apart. There is a very different and distinct petroleum smell that happens sometimes. It makes you hesitate to breathe fully and makes me concerned with what is in the air, that goes into our bodies and what are the impacts. Sometimes during this smell I almost immediately get a slight headache and irritation of your sinuses, throats and eyes.

14. We installed air conditioning at the Green House Connection Center this past summer. I now often offer the space to community members who don't have air conditioning at their own homes and want to use the space as a respite from the air quality issues in the neighborhood.

15. Prior to installing the new HVAC system, we limited hosting events in the summer because of a fear of the community's health due to air pollution exposure. Even with the new air conditioning, I worry about holding exercise and dance events at the Center because of the air pollution. I still limit summer events when there are bad air quality days and/or ozone alerts in the area.

16. Personally, I used to attend dance classes at a recreation center in the Elyria neighborhood, but I no longer attend those classes because I have a hard time breathing during them. I do not experience the same shortness of breath while dancing or exercising in neighborhoods further away.

17. My sons suffer from frequent ear infections, congestion, and runny noses. Their symptoms seem to decrease when they are at camps or events in the mountains.

18. My kids play soccer in the Elyria-Swansea neighborhood. However, I worry about their exposure to air pollution during their games. They have the privilege of leaving the neighborhood, unlike many of the community members associated with the Green House Connection Center. I do try to limit or avoid their outside activities on bad air quality or ozone days. We check the EPA Air Now app and get updates from CDPHE on air quality.

19. In our own house, we no longer open our windows at night to cool the house and rely only on our air conditioning. I hate air conditioning, but I am more worried about high air pollution. I am sad to live in this beautiful state known for outdoor access and have to limit my family's time outside in order to limit air pollution exposure.

20. Suncor is one of the largest sources of air pollution in the Elyria-Swansea and Globeville communities.

21. I am frustrated that Suncor has a significant number of emissions exceedances, but there is very little accountability and enforcement of the rules and regulations. Suncor's extreme profits, about one to three million dollars a day, allows the corporation to pay the small fines that they are given and continue to exceed the emissions limits that are set for them in order to keep making more profit. Rather than pay their shareholders large payouts, Suncor's profits should go to investing in better equipment to decrease air pollution and harm to the environment.

22. I understand that Suncor is one of the largest sources of air pollution in my neighborhood.

23. I know that Suncor continually violates the air emissions limits that they have been permitted for, and that those violations cause Suncor to put out even more pollution.

24. I understand that Suncor emits pollutants in excess of what Suncor's permits allow, including the following pollutants: (1) Hydrogen Sulfide ($H_2S$), (2) Carbon Monoxide (CO), (3) Sulfur Dioxide ($SO_2$), (4) Nitrogen Oxides (NOx), (5) Volatile Organic Compounds (VOCs), (6) Particulate Matter (PM), and (7) Hazardous Air Pollutants.

25. I understand that breathing in the excess pollutants emitted from Suncor causes health impacts to myself, my family, and my community.

26. $H_2S$ can cause impacts like eye and throat irritation, headaches, tiredness, and even death.

27. CO can cause impacts like fatigue, chest pain, impaired vision, headaches, dizziness, confusion, and nausea.

3

28. SO$_2$ and sulfur compounds can cause impacts like central nervous system effects and skin and eye irritation.

29. NOx can cause impacts like aggravating respiratory illnesses such as asthma.

30. VOCs can cause impacts like eye, nose, and throat irritation, headaches, nausea, damage to the liver and kidney, affect the central nervous system, and cause certain cancers.

31. Particulate matter can cause death, and other impacts like heart disease, respiratory problems, diabetes, and impaired brain development in children.

32. Hazardous air pollutants can cause impacts like cancer, respiratory damage, nervous disorders, developmental disorders, and kidney damage, as well as eye, nose, and throat irritation, respiratory problems, and reproductive and developmental disorders.

33. Enforcement of Suncor's permits is the bare minimum that needs to be done in order to decrease pollution and support the health and safety of the community.

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Dated: February 19, 2025.          s/Harmony Cummings         (signature)
                                   Harmony Cummings

4