# EXHIBIT 14

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02164

GREENLATINOS,
350 COLORADO, and
SIERRA CLUB,

    Plaintiffs,

v.

SUNCOR ENERGY (U.S.A), INC.

    Defendant.

## DECLARATION OF LI MATTSON

I, Li Mattson, declare as follows:

1. I submit this declaration in support of GreenLatinos *et.al.*'s Complaint against Suncor Energy (U.S.A), Inc. ("Suncor") to enforce against violations of the Clean Air Act, 42 U.S.C. § 7401 *et seq.*, at Suncor's Commerce City Refinery, Plants 1 and 3 ("West Plant") and Plant 2 ("East Plant") at 5800 Brighton Blvd, Commerce City, CO 80022 ("Suncor Refinery").

2. The facts set forth in this declaration are based on my own personal knowledge and experience. If called as a witness, I could and would testify competently to these facts.

3. I am currently thirty-two years old.

4. I am a member of 350 Colorado. I joined because I am concerned about air pollution in my community and the permit processes that allow industry to pollute the air. I participate in the events that 350 Colorado puts on, such as climate lobby days, and I have tabled for them at other community events. I like that they have actionable steps to take for the community to hold polluters accountable.

5. I live near the intersection of East 44th Avenue and Josephine Street, in Denver, Colorado 80216.

6. I live approximately 1.75 miles from the Suncor Refinery, as the crow flies. I live with my husband and my four-year-old son.

7. We do not have air conditioning in our home, so we cool our house in the summer by opening our windows. I am constantly debating whether to open the windows based on the heat and the air quality. As it gets hotter in Denver, we have less of a choice and have to open our windows, especially at night. We will wait to open the windows until morning if it is not too hot, because often the pollution is lower in the mornings.

8. We have one small fan that is supposedly an air purifying fan, but I'm not sure how effective it is. We do also have lots of plants in the house, which we hope is helpful.

9. My family's home is a duplex with a small backyard, where we spend a lot of time. I work from home full time. My son goes to school for half days, and then spends all afternoon and evenings with me at home.

10. We like to spend time in our backyard, when we feel it is safe to do so based on the air quality. We eat dinners out there, play outside in the yard, and enjoy gardening.

11. We also spend a lot of time at the parks and playgrounds in our neighborhoods. My son also loves to go for bike rides around the neighborhood. Duham park is about two blocks away and we go there most evenings.

12. I worry about the air quality in my neighborhood. I follow the air pollution status from the air monitor at Swansea Elementary as well check the air quality on my phone. I don't know whether I can always trust the air quality reports, but I know that the air quality in our neighborhood is almost always worse than other areas of Denver.

13. From our neighborhood and house, we can see air pollution, most often in the evenings. The neighborhood gets very hazy and does not have many trees, so we definitely notice when the air pollution is bad. Some days, we can smell unpleasant odors as well. These odors are usually a rotten-egg like smell, but sometimes is more of a metallic smell.

14. Because of the air pollution in my neighborhood, I limit the time I spend outside for myself and my son. I struggle with this because I know that doctors recommend that kids spend more time outside, but we have to monitor how much time we spend outside because of the air quality. Kids breathe twice as fast as adults so I know that he is taking in twice as many pollutants as I am. I worry about when or if he will develop a breathing disorder. I feel frustrated that we can't spend as much time outside as possible.

15. While we enjoy gardening in our backyard, I worry about the food that we grow. We only grow our plants in raised beds because we had the soil in our yard tested and found arsenic and lead. Air pollutants get into everything, and when the air pollution is really high, there is only so much a plant can do to filter the pollutants. I worry about whether or not our plants will survive, and whether the food is safe to eat.

16. Since living in our home, I have developed allergies, and my husband has been suffering from stomach issues with no apparent cause. Both ailments seem to get better when we spend time elsewhere. My husband's stomach issues have caused him to miss a lot of

2

17. work, and to have a lot of procedures and tests done, including a stomach biopsy, that are very costly.
17. When the air pollution is bad, my son often wakes up with swollen eyes and black soot in his eyes.
18. I understand that Suncor is one of the largest sources of air pollution in my neighborhood.
19. I know that Suncor continually violates the air emissions limits that they have been permitted for, and that those violations cause Suncor to put out even more pollution.
20. I understand that Suncor emits pollutants in excess of what Suncor's permits allow, including the following pollutants: (1) Hydrogen Sulfide ($H_2S$), (2) Carbon Monoxide (CO), (3) Sulfur Dioxide ($SO_2$), (4) Nitrogen Oxides (NOx), (5) Volatile Organic Compounds (VOCs), (6) Particulate Matter (PM), and (7) Hazardous Air Pollutants.
21. I understand that breathing in the excess pollutants emitted from Suncor causes health impacts to myself, my family, and my community.
22. $H_2S$ can cause impacts like eye and throat irritation, headaches, tiredness, and even death.
23. CO can cause impacts like fatigue, chest pain, impaired vision, headaches, dizziness, confusion, and nausea.
24. $SO_2$ and sulfur compounds can cause impacts like central nervous system effects and skin and eye irritation.
25. NOx can cause impacts like aggravating respiratory illnesses such as asthma.
26. VOCs can cause impacts like eye, nose, and throat irritation, headaches, nausea, damage to the liver and kidney, affect the central nervous system, and cause certain cancers.
27. Particulate matter can cause death, and other impacts like heart disease, respiratory problems, diabetes, and impaired brain development in children.
28. Hazardous air pollutants can cause impacts like cancer, respiratory damage, nervous disorders, developmental disorders, and kidney damage, as well as eye, nose, and throat irritation, respiratory problems, and reproductive and developmental disorders.
29. I am aggravated that Suncor won't take responsibility for the harm that they are causing to everyone who is living in Colorado, especially people in my neighborhood.
30. I understand that the state has fined Suncor for its permit violations and that Suncor has continued to violate its permit. I am frustrated that Suncor seems to ignore attempts to enforce its permits. Suncor makes so much money per day that it makes sense for them to pollute and pay fines as it is just a cost of doing business for them.
31. I want Suncor to be held accountable for its violations and to stop violating its permits. If Suncor stops violating its permits, there will be less pollution in my community and less risk to myself and my family.

3

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.


Dated: February 19, 2025.            ‎ s/Li Mattson_____(signature)
                                     Li Mattson