# EXHIBIT 15

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02164

GREENLATINOS,
350 COLORADO, and
SIERRA CLUB,

      Plaintiffs,

v.

SUNCOR ENERGY (U.S.A), INC.

      Defendant.

---

## DECLARATION OF RENÉE CHACON

---

I, Renée Chacon, declare as follows:

1. I submit this declaration in support of GreenLatinos *et.al.*'s Complaint against Suncor Energy (U.S.A), Inc. ("Suncor") to enforce against violations of the Clean Air Act, 42 U.S.C. § 7401 *et seq*., at Suncor's Commerce City Refinery, Plants 1 and 3 ("West Plant") and Plant 2 ("East Plant") at 5800 Brighton Blvd, Commerce City, CO 80022 ("Suncor Refinery").

2. The facts set forth in this declaration are based on my own personal knowledge and experience. If called as a witness, I could and would testify competently to these facts.

3. I am currently thirty-nine years old.

4. I am a member of GreenLatinos. I became a member of GreenLatinos three years ago, in order to continue to work on many issues such as environmental justice issues and the environmental justice act.

5. I live in the Commerce City, where I have lived for six years with my husband and two kids.

6. I live approximately 5 miles from the Suncor Refinery, as the crow flies, and grew up near the Suncor Refinery.

7.    I am the co-founder and Executive Director of Womxn from the Mountain. Womxn from the Mountain is a community-based organization focused on the protection of public health and the environment in Globeville, Elyria-Swansea, Commerce City, Henderson, and the surrounding neighborhoods and areas. Womxn from the Mountain addresses environmental racism's cumulative impacts to Indigenous and disproportionately impacted communities through media, community outreach, programming, community cultural resources, environmental education, cultural traditions, and transformative arts. We also relate environmental racism and predatory behaviors to Missing and Murdered Indigenous Womxn, Men, Children, and LGBT + Queer Identity communities to provide advocacy, education, and data to mitigate and regulate this crisis as it relates to human trafficking and harmful effects from various industry sectors. In our Indigenous cultural leadership efforts, we address the health disparities and mental health harms associated with environmental injustice.

8.    Womxn from the Mountain regularly engages in local air quality issues, often alongside GreenLatinos. Additionally, the organization regularly participates in statewide air quality advocacy, including participating in state rulemakings and providing public comment on a variety of air quality related issues before the Colorado Department of Public Health and Environment, Air quality Control Commission, and Air Quality Control Division.

9.    The close proximity of the Suncor refinery is devastating to the quality of life of Womxn from the Mountain's staff, our families, and the communities that we serve that are adjacent to the refinery. Unmonitored pollution will lead to the death and illness of the people who create and help support Womxn from the Mountain's work.

10.    Currently, I am also a Commerce City Council Member. The Commerce City Civic Center is about two miles east of Suncor as the bird flies.

11.    I spend a lot of time in the neighborhoods surrounding Suncor through my work. I am often at meetings that occur within one mile of Suncor. I fear for my own health spending time in these areas, and worry about the health of the residents.

12.    I work from home and spend a large amount of time in my house and neighborhood. We like to garden and spend time in the parks in our neighborhood.

13.    We love to garden but the air pollution in my neighborhood affected the soil, and it took us five years to heal the soil enough to eat anything we grow.

14.    Every evening around 8:00 PM, I can smell rotten eggs from the air pollution in my neighborhood, and I smell the same smell often when I am near the Refinery in my work capacity.

15.    We have air conditioning in my home, but for about two or three months it was broken, and we had to open the windows and endure the air pollution and bad smells.

16.    The community that I live and work in breathes forty-five percent less oxygen than the rest of the state, and the life expectancy is eight years lower. The industry in these communities creates multigenerational disparities.

17.    I suffer from an autoimmune disease called immune thrombocytopenia (ITP), which causes anemia and bruising. My medical doctor stated that this condition is not genetic and was likely a product of external, environmental conditions like pollution.

18.    My husband gets severe migraines and has trouble breathing. My son gets nosebleeds once a week, which were increased to every other day when the air conditioning was broken.

19.    Both of my sons have a hard time breathing, especially in the morning. When it's a really bad ozone day we will go up to the mountains so they can breathe.

20.    I have allergies, as does my son. My allergies have been much worse since moving back to Colorado, and they get immediately better when I leave my neighborhood.

21.    When the air pollution is bad, we try to spend less time outside and do not take our dogs on the long walks they need. If I am outside long enough, my throat gets ripped up and I will get a headache.

22.    I've canceled whole events for my nonprofit if I see that the air quality will be bad. Now, I try to avoid scheduling events during the summer because people don't want to come outside to the events. When I schedule events, I try to hold them in the evening when the air quality is better. Still, it is hard to plan anything because I do not want people to be outside in the middle of the day.

23.    Two years ago, my organization asked the city to do a half marathon for Indigenous People's Day. However, the city would not allow the event because of the amount of emissions people would be exposed to.

24.    Suncor is a bad actor in the neighborhood, and I am astounded that there is no health study done before permitting the refinery. I do not think Suncor recognizes that there are living, breathing people affected by their actions. I believe that Suncor condemns future generations to die from their pollution.

25.    I understand that Suncor is one of the largest sources of air pollution in my neighborhood.

26.    I know that Suncor continually violates the air emissions limits that they have been permitted for, and that those violations cause Suncor to put out even more pollution.

27.    I understand that Suncor emits pollutants in excess of what Suncor's permits allow, including the following pollutants: (1) Hydrogen Sulfide (H2S), (2) Carbon Monoxide (CO), (3) Sulfur Dioxide (SO2), (4) Nitrogen Oxides (NOx), (5) Volatile Organic Compounds (VOCs), (6) Particulate Matter (PM), and (7) Hazardous Air Pollutants.

28.    I understand that breathing in the excess pollutants emitted from Suncor causes health impacts to myself, my family, and my community.

29.   H2S can cause impacts like eye and throat irritation, headaches, tiredness, and even death.

30.   CO can cause impacts like fatigue, chest pain, impaired vision, headaches, dizziness, confusion, and nausea.

31.   SO2 and sulfur compounds can cause impacts like central nervous system effects and skin and eye irritation.

32.   NOx can cause impacts like aggravating respiratory illnesses such as asthma.

33.   VOCs can cause impacts like eye, nose, and throat irritation, headaches, nausea, damage to the liver and kidney, affect the central nervous system, and cause certain cancers.

34.   Particulate matter can cause death, and other impacts like heart disease, respiratory problems, diabetes, and impaired brain development in children.

35.   Hazardous air pollutants can cause impacts like cancer, respiratory damage, nervous disorders, developmental disorders, and kidney damage, as well as eye, nose, and throat irritation, respiratory problems, and reproductive and developmental disorders.

36.   We need accountability and transparency for Suncor's emissions, as well as a health analysis to truly understand what Suncor's impacts are.


I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.


Dated: February 19, 2025.                 _s/Renée Chacon_____(signature)
                                          Renée Chacon