# EXHIBIT 16

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02164

GREENLATINOS,
350 COLORADO, and
SIERRA CLUB,

      Plaintiffs,

v.

SUNCOR ENERGY (U.S.A), INC.

      Defendant.

**DECLARATION OF ANGELA GARCIA**

I, Angela Garcia, declare as follows:

1. I submit this declaration in support of GreenLatinos *et.al.*'s Complaint against Suncor Energy (U.S.A), Inc. ("Suncor") to enforce against violations of the Clean Air Act, 42 U.S.C. § 7401 *et seq.*, at Suncor's Commerce City Refinery, Plants 1 and 3 ("West Plant") and Plant 2 ("East Plant") at 5800 Brighton Blvd, Commerce City, CO 80022 ("Suncor Refinery").

2. The facts set forth in this declaration are based on my own personal knowledge and experience. If called as a witness, I could and would testify competently to these facts.

3. I am currently sixty years old.

4. I am a member of GreenLatinos. I joined about four years ago because I appreciate that GreenLatinos advocates for environmental justice on behalf of the Globeville, Elyria-Swansea, and Commerce City communities and throughout the state.

5. I participate often in GreenLatinos events, including representing the organization at meetings with the Governor when needed. It is really important to me to give back to my community in this way.

6. I live at 4447 Pennsylvania, Denver, CO 80216 and have lived at this address for thirty-two years as of December 2024.

7. I live approximately two miles from the Suncor Refinery, as the crow flies. I live by myself.

8. I am assaulted day and night by air pollution. I can see air pollution from my house, including the a fine, thin, misty pollution coming from the refinery. When I am near the refinery, I often see flaring.

9. I can also smell unpleasant odors from the refinery. The odor is a distinct chemical smell and gives me an instant headache. I notice the odor most in the winter at nighttime when letting my pets outside.

10. I spend a lot of time everyday at my house sitting with my dogs, watching the birds and dragonflies. I also take buses everywhere I go, so I spend a lot of time outside while commuting to and from my neighborhood.

11. I suffer from asthma, and have had bronchitis and pneumonia.. I can tell that my breathing is most affected when something in the air is irritating my lungs. Along with trouble breathing, the irritation extends to my eyes watering and my nose running.

12. When I have asthma attacks, I use an inhaler. However, I have to limit my inhaler use because my doctor will only prescribe me one per year. Not to mention that inhalers cost so much money. So, sometimes I am without a way to make myself feel better.

13. My asthma makes me feel tired – but I don't have time to be tired! I have to take care of my house, my dog, and my community. It also makes it so that I can't sleep very well and have to get up and use my inhaler. The asthma, plus the resulting lack of sleep, makes me unable to think or function.

14. I understand that Suncor is one of the largest sources of air pollution in my neighborhood.

15. I know that Suncor continually violates the air emissions limits that they have been permitted for, and that those violations cause Suncor to put out even more pollution.

16. I understand that Suncor emits pollutants in excess of what Suncor's permits allow, including the following pollutants: (1) Hydrogen Sulfide ($H_2S$), (2) Carbon Monoxide (CO), (3) Sulfur Dioxide ($SO_2$), (4) Nitrogen Oxides (NOx), (5) Volatile Organic Compounds (VOCs), (6) Particulate Matter (PM), and (7) Hazardous Air Pollutants.

17. I understand that breathing in the excess pollutants emitted from Suncor causes health impacts to myself, my family, and my community.

18. $H_2S$ can cause impacts like eye and throat irritation, headaches, tiredness, and even death.

19. CO can cause impacts like fatigue, chest pain, impaired vision, headaches, dizziness, confusion, and nausea.

20. $SO_2$ and sulfur compounds can cause impacts like central nervous system effects and skin and eye irritation.

2

21. NOx can cause impacts like aggravating respiratory illnesses such as asthma.

22. VOCs can cause impacts like eye, nose, and throat irritation, headaches, nausea, damage to the liver and kidney, affect the central nervous system, and cause certain cancers.

23. Particulate matter can cause death, and other impacts like heart disease, respiratory problems, diabetes, and impaired brain development in children.

24. Hazardous air pollutants can cause impacts like cancer, respiratory damage, nervous disorders, developmental disorders, and kidney damage, as well as eye, nose, and throat irritation, respiratory problems, and reproductive and developmental disorders.

25. I do not know anyone in my neighborhood that works for Suncor, despite Suncor's claims that they provide jobs to the community.

26. Suncor's violations are constant—yet, Suncor has been allowed to continue with their business while actively polluting babies and elders.

27. Suncor's violations are overlooked by the state. Even when the state takes small action, the company will give minimal money to communities for trees and air monitors, but this is merely pacification. It does nothing to get to the root of the problem.

28. The Colorado Department of Public Health and the Environment continues to issue permits for Suncor to stay in business despite the refinery's hugely negative impact on the communities. It's always profit over people.

29. I will keep fighting for clean air in my neighborhood for the health of my community.

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Dated: February 19, 2025.         s/Angela Garcia        (signature)
                                  Angela Garcia

3