# EXHIBIT 17

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02164

GREENLATINOS,
350 COLORADO, and
SIERRA CLUB,

    Plaintiffs,

v.

SUNCOR ENERGY (U.S.A), INC.

    Defendant.

## DECLARATION OF ANNA MCDEVITT

I, Anna McDevitt, declare as follows:

1. I submit this declaration in support of GreenLatinos *et.al.*'s Complaint against Suncor Energy (U.S.A), Inc. ("Suncor") to enforce against violations of the Clean Air Act, 42 U.S.C. § 7401 *et seq.*, at Suncor's Commerce City Refinery, Plants 1 and 3 ("West Plant") and Plant 2 ("East Plant") at 5800 Brighton Blvd, Commerce City, CO 80022 ("Suncor Refinery").

2. The facts set forth in this declaration are based on my own personal knowledge and experience. If called as a witness, I could and would testify competently to these facts.

3. I am currently thirty-two years old.

4. I am a member of the Sierra Club. I joined Sierra Club as member in 2017 when I began working for the Sierra Club. Most recently, my position was Deputy Director of Building Electrification. I resigned from Sierra Club in March of 2024, but continue to be a member and volunteer, such as writing letters to decision makers on Sierra Club's priority bills.

5. I live in the Cole neighborhood of Denver, at 3653 N. High St.

6. I live approximately two miles away from the Suncor Refinery as the crow flies. I live with my husband.

7. My husband and I spend the majority of the time at our home, as we both work from home. We spend a lot of time outside gardening and taking care of our chickens.

8. We spend a lot of time outside in our neighborhood. We live near a number of parks and the 39th Street Greenway, where we like to walk our dog. I also walk dogs on Rover for additional income. Some days I spend up to two hours walking dogs outside within two miles of my home.

9. We recently had a home energy audit performed by Xcel Energy and learned that our 130-year-old house is not insulated and has significant air leaks that are far from meeting today's minimum construction standards, meaning the air in our home exchanges with the outside air at a higher frequency than newer homes

10. We have put a lot of work and money into making our home safer and more comfortable. Prior to this past summer, we would rely on opening our windows to cool our house on hot days. We used window air conditioning units for working from home, but to save money, we would open the windows at night.

11. We also invested in some basic air sealing for the doors and windows to keep the air pollution out as much as possible, but our house remains leaky.

12. Additionally, we installed a heat pump in November 2023. The air filters are more expensive, and we replace them more than we used to.

13. We can see air pollution from our home, especially in the summer. There are days that we cannot see the mountains because of a hazy brown cloud that sometimes lasts for days at a time. I am constantly worried about the impact that the air pollution in our neighborhood will have on me and my husband. I'm worried about what I can't see and what I can't measure.

14. We love our garden but worry about the air pollution's effect on the soil, and therefore the safety of eating our produce.

15. On bad air quality days, I get a scratchy throat and feel sluggish and lethargic. My symptoms go away when the air quality gets better.

16. I grew up in Minnesota and never had allergies before. But here in Colorado I have mild allergies on and off throughout the year.

17. I can tell that my symptoms are correlated with bad air quality days because when the air looks dirtier and I can't see the mountains, or when the weather service issues bad air days, I feel my symptoms flare up.

18. When the air quality is bad, we avoid walking and running in our neighborhood. I will also cancel outdoor plans with friends, and spend less time gardening and walking my dog.

19. As a lifelong runner, running is a core part of who I am and what brings me joy, and I am frustrated that I have to check the air quality to decide whether to run in the summer. If the air quality is bad in my neighborhood, I sometimes choose to travel to Golden or

    Boulder to run, and sometimes choose not to run at all for my health, safety and comfort. When I have chosen to run on bad air quality days, it is harder to breathe, less enjoyable, and I feel limited to a shorter distance.

20. My husband and I often think about moving because of the ways poor air quality decreases our quality of life. I'm frustrated by the bad air quality days that prevent us from spending more time in the backyard we've created, from gardening and running, or taking our dog for a longer walk. But we have built our lives and community here and do not want to leave.

21. Suncor has been polluting our community for decades with several pollutants that are bad for respiratory and cardiac health such as particulate matter and $SO_2$. It's frustrating to live in close proximity to a polluter that just pays fees for exceeding emissions limits without making changes to pollute less.

22. I am worried about how living within Suncor's pollution will impact me and my husband's long-term health. I wrote a report about racism and pollution from gas plants in Denver a few years ago and know that the area where I live in Denver has a higher incidence of diabetes, asthma, and cancer in addition to a higher incidence of pollutants in the air. I'm worried that I may be at at higher risk for those ailments in the future.

23. I understand that Suncor is one of the largest sources of air pollution in my neighborhood.

24. I understand that Suncor emits pollutants in excess of what Suncor's permits allow, including the following pollutants: (1) Hydrogen Sulfide ($H_2S$), (2) Carbon Monoxide (CO), (3) Sulfur Dioxide ($SO_2$), (4) Nitrogen Oxides (NOx), (5) Volatile Organic Compounds (VOCs), (6) Particulate Matter (PM), and (7) Hazardous Air Pollutants.

25. I understand that breathing in the excess pollutants emitted from Suncor causes health impacts to myself, my family, and my community.

26. $H_2S$ can cause impacts like eye and throat irritation, headaches, tiredness, and even death.

27. CO can cause impacts like fatigue, chest pain, impaired vision, headaches, dizziness, confusion, and nausea.

28. $SO_2$ and sulfur compounds can cause impacts like central nervous system effects and skin and eye irritation.

29. NOx can cause impacts like aggravating respiratory illnesses such as asthma.

30. VOCs can cause impacts like eye, nose, and throat irritation, headaches, nausea, damage to the liver and kidney, affect the central nervous system, and cause certain cancers.

31. Particulate matter can cause death, and other impacts like heart disease, respiratory problems, diabetes, and impaired brain development in children.

3

32. Hazardous air pollutants can cause impacts like cancer, respiratory damage, nervous disorders, developmental disorders, and kidney damage, as well as eye, nose, and throat irritation, respiratory problems, and reproductive and developmental disorders.

33. I am angered by the lack of accountability for Suncor and worried about the future of my health, my husband's health, and my neighbors' health if Suncor is allowed to continue business as usual.

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Dated: February 19, 2025.          s/Anna McDevitt         (signature)
                                   Anna McDevitt