# EXHIBIT 18

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02164

GREENLATINOS,
350 COLORADO, and
SIERRA CLUB,

      Plaintiffs,

v.

SUNCOR ENERGY (U.S.A), INC.

      Defendant.

## DECLARATION OF ARACELY NAVARRO

I, Aracely Navarro, declare as follows:

1. I submit this declaration in support of GreenLatinos *et.al.*'s Complaint against Suncor Energy (U.S.A), Inc. ("Suncor") to enforce against violations of the Clean Air Act, 42 U.S.C. § 7401 *et seq.*, at Suncor's Commerce City Refinery, Plants 1 and 3 ("West Plant") and Plant 2 ("East Plant") at 5800 Brighton Blvd, Commerce City, CO 80022 ("Suncor Refinery").

2. The facts set forth in this declaration are based on my own personal knowledge and experience. If called as a witness, I could and would testify competently to these facts.

3. I am currently twenty-nine years old.

4. I am a member of GreenLatinos. I became a member of GreenLatinos in 2023 in order to be a part of the organizations work on environmental justice.

5. I attend GreenLatinos events, help with community outreach, and build partnerships to put on environmental justice events.

6. I live at 9111 Cedar Ct., Thorton, Colorado 80229.

7. I live approximately 5 miles from the Suncor Refinery, as the crow flies. I live with my partner and elderly father.

8. I work for a nonprofit in the neighborhood, Groundwork Denver. We work with youth to educate them about environmental justice and water quality issues. About 50 percent of my job is outdoors, mostly in the Globeville, Elyria, Swansea, and Commerce City neighborhoods.

9. When I am not at work, I spend the majority of my time at home, and half of my time at work is also at home.

10. I love to garden at my house and play outside with my dog and cat. Additionally, we have parties and gatherings at my house often. I am an Aztec dancer, so we use the backyard often for ceremonies and song circles.

11. I often go for walks in my neighborhood.

12. My enjoyment of my house is diminished because I can see the air pollution in the sky. Often, there are hazy skies, where a layer of ozone and NOx sits low in the sky. The haze looks orange to grayish, and I see it in the morning and afternoon almost every day. The haze lasts one or two hours.

13. If there is a high ozone day or an air quality alert, we have to cancel our outdoor plans to stay indoors. We get high ozone alerts through my weather app, and air quality alerts from the Colorado Department of Public Health and Environment.

14. Still, we do not have air conditioning, so we open our windows at night. We try to avoid opening them during the day and rely on small fans and ceiling fans.

15. Air quality in Globeville, Elyria, Swansea, Commerce City, and Thornton neighborhoods are some of the worst in the nation. These neighborhoods rank high for high ozone days, and areas of Commerce City have high amounts of pollution when it comes to ozone and NOx, as well as other pollutants that are monitored by EPA and state health department.

16. Through my job and volunteer work, I have been involved in some of the community engagement work in the neighborhoods and have been around community groups expressing issues. I have been proactive about learning about these issues because of my work in environmental justice.

17. I also have a master's in public health with a focus on environmental health. I've studied how air pollution is directly linked to many health ailments. I know that air pollution has been linked to asthma, upper respiratory diseases, heart disease, high blood pressure, and diabetes.

18. I grew up in Aurora, often visiting Commerce City and north Denver and my family and I have health issues that I believe are linked to the air pollution in this area.

19. My father has high blood pressure and diabetes that has gotten worse within the last eight years. He also has prostate cancer. My mother passed away from cancer about six years ago. They both also spent 20 plus years in these neighborhoods.

20. I have been struggling with infertility for at least ten years. I know that air pollution can cause infertility issues.

21. Air pollutants can also genetically alter us to our DNA level, the things my mother and father experienced are passed down to me. The industry has been around for fifty or more years in this neighborhood and has already impacted me and my family.

22. Treating our family's health ailments has cost us money and time. My mother had to stop working when she was battling cancer, which put a big strain on our family because she was the one who was supporting our low-income family the most. Now, I take time out of my work day to take my dad to the hospital for appointments for his high blood pressure, diabetes, and prostate cancer.

23. For me, my reproductive health has caused me time, money, and stress. I have to take time off of work to deal with it and the sadness and grief that comes with it.

24. Suncor is one of the only refineries in the state of Colorado, and they have violated their permits for a majority of the last decade.

25. Suncor impacts my life in so many ways. Emotionally, I hold a lot of fear about the health implications. Physically, I know that the air pollution in my community is making my health worse, even if I am not seeing the impacts now. I am always worried about long-term exposure and what that means for my health down the line.

26. I have a lot of anxiety about the impacts of Suncor's operations on my community. I worry about the refinery's toxic exposure, especially for the elderly and children.

27. I know that Suncor has had major pollution events and accidents in the past, including fires that caused the shutdown and the event that spread yellow powder.

28. Given this and that Suncor continues to violate its pollution limits, I worry that Suncor will have another major event and release more pollutants into the neighborhood.

29. I am stressed about living so close to industry, but I can't afford other places. The discussion of wanting to move because of the air pollution puts a strain on my relationships.

30. I understand that Suncor is one of the largest sources of air pollution in my neighborhood.

31. I know that Suncor continually violates the air emissions limits that they have been permitted for, and that those violations cause Suncor to put out even more pollution.

32. I understand that Suncor emits pollutants in excess of what Suncor's permits allow, including the following pollutants: (1) Hydrogen Sulfide ($H_2S$), (2) Carbon Monoxide (CO), (3) Sulfur Dioxide ($SO_2$), (4) Nitrogen Oxides (NOx), (5) Volatile Organic Compounds (VOCs), (6) Particulate Matter (PM), and (7) Hazardous Air Pollutants.

33. I understand that breathing in the excess pollutants emitted from Suncor causes health impacts to myself, my family, and my community.

34. $H_2S$ can cause impacts like eye and throat irritation, headaches, tiredness, and even death.

3

35. CO can cause impacts like fatigue, chest pain, impaired vision, headaches, dizziness, confusion, and nausea.

36. $SO_2$ and sulfur compounds can cause impacts like central nervous system effects and skin and eye irritation.

37. NOx can cause impacts like aggravating respiratory illnesses such as asthma.

38. VOCs can cause impacts like eye, nose, and throat irritation, headaches, nausea, damage to the liver and kidney, affect the central nervous system, and cause certain cancers.

39. Particulate matter can cause death, and other impacts like heart disease, respiratory problems, diabetes, and impaired brain development in children.

40. Hazardous air pollutants can cause impacts like cancer, respiratory damage, nervous disorders, developmental disorders, and kidney damage, as well as eye, nose, and throat irritation, respiratory problems, and reproductive and developmental disorders.

41. I am angry that Suncor continues to pollute and harm communities when the owners have no direct ties to the land or our communities. Suncor makes so much money, while we can't even afford our mortgage and still suffer so many health implications.

42. I feel sad, disheartened and angry that our earth is like this. I am sad and angry for people who are ill. I am sad for future generations who have to endure the polluted earth we leave them. I am sad that industries are the main causes.

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Dated: February 19, 2025.       s/Aracely Navarro   (signature)
Aracely Navarro