# EXHIBIT 21

Query    Reports    Utilities    Help    Log Out

CLOSED,PMA

# U.S. District Court [LIVE]
# Western District of Texas (San Antonio)
# CIVIL DOCKET FOR CASE #: 5:05-cv-00569-OLG

| | |
|---|---|
| United States v. Valero Refining | Date Filed: 06/16/2005 |
| Assigned to: Judge Orlando L. Garcia | Date Terminated: 11/23/2005 |
| Demand: $0 | Jury Demand: None |
| Cause: 42:7604 Clear Air Act (Emission Standards) | Nature of Suit: 893 Environmental Matters |
| | Jurisdiction: U.S. Government Plaintiff |

**Plaintiff**

**United States**          represented by    **Dianne Shawley**
U.S. Department of Justice
Environmental Enforcement Section
P.O. Box 7611
Washington, DC 20044-7611
(202) 541-0096
Fax: (202) 514-8395
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly A. Johnson**
U.S. Department of Justice
Environmental Enforcement Section
P.O. Box 7611
Washington, DC 20044-7611
(202) 514-0096
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Michael Cernich**
U.S. Dept. of Justice, Env't &Natural Resources Divisio
601 D Street N.W.
Washington, DC 20004
202-514-0056
Email: scott.cernich@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan B. Biggs**
Assistant United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216

(210)384-7255  
Fax: 210/384-7247  
Email: martha.fowler@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Susan Leslie Strawn**  
United States Attorney's Office  
601 NW Loop 410 - Ste 600  
San Antonio, TX 78216  
(210) 384-7388  
Fax: 210/384-7322  
Email: susan.strawn@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Valero Refining Company**              represented by  **Lisa K. Roberts**  
*California*                                              Valero Energy Corporation  
                                                          One Valero Way  
                                                          San Antonio, TX 78249  
                                                          (210) 345-4255  
                                                          Fax: 210/353-8363  
                                                          Email: lisa.roberts@valero.com  
                                                          *LEAD ATTORNEY*  
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Valero Refining Company**              represented by  **Kelly D. Hine**  
*Louisiana*                                               Katten Muchin Rosenman LLP  
                                                          2121 N. Pearl Street  
                                                          Suite 1100  
                                                          Dallas, TX 75201  
                                                          214-765-3641  
                                                          Fax: 214-765-3602  
                                                          Email: kelly.hine@kdhpc.com  
                                                          *LEAD ATTORNEY*  
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Alexandra Heather Magill Bromer**  
                                                          Perkins Coie LLP  
                                                          700 13th Street, N.W., Suite 600  
                                                          Washington, DC 20005  
                                                          202-654-6218  
                                                          Fax: 202-654-9946  
                                                          Email: abromer@perkinscoie.com  
                                                          *PRO HAC VICE*  
                                                          *ATTORNEY TO BE NOTICED*

                                          **Lisa K. Roberts**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Valero Refining Company**              represented by   **Lisa K. Roberts**
*New Jersey*                                              (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Valero Refining Company**              represented by   **Richard J. Walsh**
*New Orleans*                                             Valero Energy Corporation
                                                          One Valero Way
                                                          San Antonio, TX 78249
                                                          (210)345-2604
                                                          Fax: (210)353-8363
                                                          Email: richard.walsh@valero.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Lisa K. Roberts**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Valero Refining Company**              represented by   **Lisa K. Roberts**
*Oklahoma*                                                (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Valero Refining - Texas, L.P.**        represented by   **Lisa K. Roberts**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Ultramar, Inc.**

**Defendant**

**TPI Petroleum, Inc.**

**Defendant**

**Colorado Refining Company**

**Defendant**

**Diamond Shamrock**                     represented by   **Parker Wilson**
*Refining Company, L.P.*                                  P.O. Box 696000
                                                          San Antonio, TX 78269-6000
                                                          210-345-5894
                                                          Fax: 210-353-8363

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tesoro Refining**

**Defendant**

**Marketing Corporation**

**Intervenor Plaintiff**

**State of Texas**  represented by  **Anthony W. Benedict**
Office of the Attorney General
300 West 15th, 10th Floor
Clements State Office Bldg.
Austin, TX 78701
(512)475-4153
Email: anthony.benedict@oag.state.tx.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**State of Colorado**  represented by  **Thomas A. Roan**
Assistant Attorney General
Environmental Quality Unit
1525 Sherman Street, 5th floor
Denver, CO 80203
(303) 866-5280
Fax: 303/866-3558
Email: tom.roan@state.co.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**State of New Jersey**  represented by  **Scott B. Dubin**
Deputy Attorney General
Dept. of Law & Public Safety
25 Market Street
P.O. Box 093
Trenton, NJ 08625-0093
(609) 633-8713
Fax: 609/341-5031
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**the State of Louisiana**  represented by  **Ted R. Broyles , II**
*through the Louisiana Department of Environmental Quality (LDEQ)*
Office of the Secretary
Legal Affairs Division
P.O. Box 4302
Baton Rouge, LA 70821-4302

|  |  |  |
|---|---|---|
|  |  | (225)219-3985<br>Fax: (225)219-4068<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Intervenor Plaintiff** |  |  |
| **State of Oklahoma** | represented by | **Karen M. Jayne**<br>Office of the General Counsel<br>Oklahoma Dept. of Environmental Quality<br>P.O. Box 1677<br>707 N. Robinson<br>Oklahoma City, OK 73101-1677<br>(405) 702-7189<br>Fax: 405/702-7199<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Intervenor Defendant**

**Valero Refining Company**

**Intervenor Defendant**

**Valero Refining Company**

**Intervenor Defendant**

**Valero Refining Company**

**Intervenor Defendant**

**Valero Refining Company**

**Intervenor Defendant**

**Valero Refining Company**

**Intervenor Defendant**

**Valero Refining - Texas, L.P.**

**Intervenor Defendant**

**Ultramar, Inc.**

**Intervenor Defendant**

**TPI Petroleum, Inc.**

**Intervenor Defendant**

**Colorado Refining Company**

**Intervenor Defendant**

**Diamond Shamrock**                       represented by   **Parker Wilson**
                                                           (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Tesoro Refining**

**Intervenor Defendant**

**Marketing Corporation**

**Intervenor Plaintiff**

| | | |
|---|---|---|
| **the State of Louisiana** | represented by | **Ted R. Broyles , II** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

V.

**Intervenor Defendant**

| | | |
|---|---|---|
| **Valero Refining Company** | represented by | **Lisa K. Roberts** (See above for address) *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/16/2005 | | Case assigned to Hon. W. R. Furgeson Jr. (ep) (Entered: 06/16/2005) |
| 06/16/2005 | | If ordered by the court, all referrals will be assigned to Magistrate Judge Mathy (ep) (Entered: 06/16/2005) |
| 06/16/2005 | 1 | Complaint filed. (Pages: ) (ep) (Entered: 06/16/2005) |
| 06/16/2005 | 2 | Notice of Service filing by United States (ep) (Entered: 06/16/2005) |
| 06/16/2005 | 3 | Motion by Colorado for (Thomas A. Roan) to appear pro hac vice (ep) Modified on 06/16/2005 (Entered: 06/16/2005) |
| 06/16/2005 | 4 | Motion by State of Texas to intervene (Complaint of intervention attached as exhibit) (tm) (Entered: 06/17/2005) |
| 06/16/2005 | 5 | Unopposed motion by State of Colorado to intervene (Complaint in intervention attached as exhibit) (tm) (Entered: 06/17/2005) |
| 06/16/2005 | 6 | Notice of lodging or proposed consent decree filed by United States (tm) (Entered: 06/17/2005) |
| 06/16/2005 | 7 | Consent Decree filed by United States (tm) (Entered: 06/17/2005) |
| 06/17/2005 | 8 | Order granting State of Colorado's motion to intervene [5-1] signed by Hon. W. R. Furgeson Jr. (tm) (Entered: 06/20/2005) |
| 06/17/2005 | 9 | Order granting motion for (Thomas A. Roan) to appear pro hac vice [3-1] signed by Hon. W. R. Furgeson Jr. (tm) (Entered: 06/20/2005) |

| | | |
|---|---|---|
| 06/17/2005 | 10 | Intervenor's complaint by the State of Colorado against Valero Refining, Valero Refining, Valero Refining, Valero Refining, Valero Valero Refining, Ultramar, Inc., TPI Petroleum, Inc., Colorado Refining, Diamond Shamrock, Tesoro Refining, Marketing Corp. ) (tm) (Entered: 06/21/2005) |
| 06/21/2005 | 11 | Order granting the State of Texas's motion to intervene [4-1] signed by Hon. W. R. Furgeson Jr. (tm) (Entered: 06/22/2005) |
| 06/21/2005 | 12 | Intervenor's complaint filed by the State of Texas (tm) (Entered: 06/23/2005) |
| 07/08/2005 | 13 | Motion by Valero Refining California, Valero Refining Louisiana, Valero Refining New Jersey, Valero Refining New Orleans, Valero Refining Oklahoma, Valero Refining Texas for ( Lisa K. Roberts ) to appear pro hac vice (ct) Modified on 07/11/2005 (Entered: 07/11/2005) |
| 07/13/2005 | 14 | Order granting motion for ( Lisa K. Roberts ) to appear pro hac vice [13-1] signed by Hon. W. R. Furgeson Jr. (ct) (Entered: 07/14/2005) |
| 07/14/2005 | 15 | Motion by State of New Jersey for Scott B. Dubin to appear pro hac vice (tm) (Entered: 07/15/2005) |
| 07/14/2005 | 16 | Unopposed motion by State of New Jersey to intervene as a plaintiff under Rule 24 (Complaint in intervention Received Marked (tm) Modified on 07/15/2005 (Entered: 07/15/2005) |
| 07/14/2005 | 17 | Certificate of service by State of New Jersey (tm) (Entered: 07/15/2005) |
| 07/15/2005 |  | Pro hac vice fee paid by Scott B. Dubin Amount: $ 25.00 Receipt # 196233 (ga) (Entered: 07/15/2005) |
| 07/19/2005 | 18 | Order granting motion for Scott B. Dubin to appear pro hac vice [15-1] signed by Hon. W. R. Furgeson Jr. (tm) (Entered: 07/20/2005) |
| 07/22/2005 | 19 | Order granting motion to intervene as a plaintiff under Rule 24 signed by Hon. W. R. Furgeson Jr. (rg1) (Entered: 07/25/2005) |
| 07/22/2005 | 23 | Intervenor's complaint filed by State of New Jersey against Valero Refining Company (rg1) (Entered: 07/27/2005) |
| 07/25/2005 | 20 | Motion by State of Louisiana with memorandum in support to intervene (Complaint in Intervention receive marked and placed on left side of file) (ct) Modified on 07/26/2005 (Entered: 07/26/2005) |
| 07/25/2005 | 21 | Motion by State of Louisiana for ( Ted R. Broyles, II) to appear pro hac vice (ct) (Entered: 07/26/2005) |
| 07/25/2005 | 22 | Notice of filing by State of Louisiana certificate of service for motion to intervene and memorandum in support, motion for Ted R. Broyles to appear pro hac vice and proposed complaint in intervention (ct) (Entered: 07/26/2005) |
| 07/26/2005 |  | Pro hac vice fee paid by Ted R. Broyles Amount: $ 25.00 Receipt # 196402 (ga) (Entered: 07/26/2005) |
| 07/27/2005 | 24 | Order granting motion for ( Ted R. Broyles, II) to appear pro hac vice [21-1] signed by Hon. W. R. Furgeson Jr. (ct) (Entered: 07/28/2005) |
| 07/27/2005 | 25 | Order granting motion to intervene (Complaint in Intervention receive marked and placed on left side of file) [20-1] signed by Hon. W. R. Furgeson Jr. (ct) |

| | | |
|---|---|---|
| | | (Entered: 07/28/2005) |
| 07/27/2005 | 26 | Intervenor's complaint by State of Louisiana against Valero Refining (tm) (Entered: 08/01/2005) |
| 08/05/2005 | 27 | Motion by State of Oklahoma for (Karen M. Jayne) to appear pro hac vice (tm) (Entered: 08/08/2005) |
| 08/05/2005 | 28 | Unopposed motion by State of Oklahoma to intervene as plaintiff under Rule 24 (Complaint of intervention received marked) (tm) (Entered: 08/08/2005) |
| 08/05/2005 | 29 | Certificate of service by State of Oklahoma (tm) (Entered: 08/08/2005) |
| 08/08/2005 | | Pro hac vice fee paid by Karen M. Jayne with Amount: $ 25.00 Receipt # 196618 (pjr) (Entered: 08/08/2005) |
| 08/08/2005 | 30 | Order granting motion for (Karen M. Jayne) to appear pro hac vice [27-1] signed by Hon. W. R. Furgeson Jr. (tm) (Entered: 08/09/2005) |
| 08/10/2005 | 31 | Order granting motion to intervene as plaintiff under Rule 24 [28-1] signed by Hon. W. R. Furgeson Jr. (tm) (Entered: 08/11/2005) |
| 08/10/2005 | 32 | Intervenor's complaint complaint by the State of Oklahoma (tm) (Entered: 08/11/2005) |
| 08/17/2005 | 33 | Notice of filing Affirmation of Creed and Standards regarding pro hac vice Order by Karen M. Jayne (ct) (Entered: 08/18/2005) |
| 11/01/2005 | 34 | Notice of right to consent to disposition of a civil case by a U.S. Magistrate within 30 days of this order. Parties are to submit scheduling recommendations by 1/3/06. (rg1) (Entered: 11/02/2005) |
| 11/02/2005 | 35 | Motion by United States to enter consent decree (ga) (Entered: 11/03/2005) |
| 11/02/2005 | 36 | Memorandum by United States in support of motion to enter consent decree [35-1] (ga) (Entered: 11/03/2005) |
| 11/23/2005 | 37 | Consent Decree signed by Hon. W. R. Furgeson Jr. (Pages: 210 total pages that are scanned and ready to print / attached appendices not scanned are a total of 120 pages) (rg1) Modified on 03/16/2006 (Entered: 11/28/2005) |
| 11/23/2005 | | Case closed (rg1) (Entered: 11/28/2005) |
| 02/22/2006 | | Mailed a copy of the Consent Decree to attorney Lisa K. Roberts (tm) (Entered: 02/22/2006) |
| 06/22/2006 | 38 | NON-MATERIAL MODIFICATION TO CONSENT DECREE FOR COLORADO REFINING COMPANY by Colorado Refining Company, State of Colorado, United States (rf) (Entered: 06/23/2006) |
| 05/06/2008 | 39 | ***DOCUMENT IS DEFICIENT - MISSING CERTIFICATE OF SERVICE****STIPULATION *of Force Majeure* by Valero Refining Company(New Orleans), United States. (Walsh, Richard) Modified on 5/6/2008, to add filer and to designate deficiency (rf). (Entered: 05/06/2008) |
| 05/06/2008 | 40 | DEFICIENCY NOTICE: ***NOTIFIED COUNSEL THAT A CERTIFICATE OF SERVICE IS REQUIRED**** re 39 Stipulation (rf) (Entered: 05/06/2008) |

| | | |
|---|---|---|
| 05/08/2008 | 41 | JOINT STIPULATION OF FORCE MAJEURE re 39 Stipulation filed by Valero Refining Company, United States. Signed by Judge W. Royal Furgeson, Jr. (rf) (Entered: 05/08/2008) |
| 12/14/2011 | 42 | NOTICE of Change of Address by Susan B. Biggs (Biggs, Susan) (Entered: 12/14/2011) |
| 11/22/2016 | 43 | Joint MOTION to Amend Judgment *Terminat CD as to Martinez Refinery* by United States. (Attachments: # 1 Proposed Order)(Loeb, Elizabeth) (Entered: 11/22/2016) |
| 12/01/2016 | 44 | NOTICE of Attorney Appearance by Susan Leslie Strawn on behalf of United States. Attorney Susan Leslie Strawn added to party United States(pty:pla) (Strawn, Susan) (Entered: 12/01/2016) |
| 12/02/2016 | | Case Reassigned to Chief Judge Orlando L. Garcia. Judge W. Royal Furgeson, Jr no longer assigned to the case. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (aej) (Entered: 12/02/2016) |
| 12/14/2016 | 45 | ORDER GRANTING 43 Motion to Amend Judgment. It is therefore ORDERED that the portions of the 2005 Consent Decree, as amended, that are applicable to the Martinez, California Refinery are hereby terminated. Signed by Chief Judge Orlando L. Garcia. (wg) (Entered: 12/15/2016) |
| 04/14/2017 | 46 | NOTICE of Attorney Appearance by Kelly Dean Hine on behalf of Valero Refining Company(Louisiana). Attorney Kelly Dean Hine added to party Valero Refining Company(pty:dft) (Hine, Kelly) (Entered: 04/14/2017) |
| 04/14/2017 | 47 | MOTION to Appear Pro Hac Vice by Kelly Dean Hine *for Alexandra Heather Magill Bromer* ( Filing fee $ 100 receipt number 0542-9496223) by on behalf of Valero Refining Company(Louisiana). (Attachments: # 1 Proposed Order)(Hine, Kelly) (Entered: 04/14/2017) |
| 04/19/2017 | | Text Order GRANTING 47 Motion to Appear Pro Hac Vice for Alexandra Heather Magill Bromer. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Chief Judge Orlando L. Garcia. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ju) (Entered: 04/19/2017) |
| 05/02/2017 | 48 | ADVISORY TO THE COURT by Valero Refining Company. (aej) (Entered: 05/02/2017) |
| 06/26/2017 | 49 | Joint MOTION *to Terminate Consent Decree* by Valero Refining Company(Louisiana). (Attachments: # 1 Memo in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Proposed Order)(Bromer, Alexandra) (Entered: 06/26/2017) |
| 10/02/2017 | 50 | ORDER GRANTING 49 Motion to Terminate Consent Decree. Signed by Chief Judge Orlando L. Garcia. (aej) (Entered: 10/02/2017) |
| 12/19/2017 | 51 | NOTICE of Stipulated Penalty Demand by United States (aej) (Entered: 12/21/2017) |

| 01/17/2018 | 52 | NOTICE of Attorney Appearance by Scott Michael Cernich on behalf of United States. Attorney Scott Michael Cernich added to party United States(pty:pla) (Cernich, Scott) (Entered: 01/17/2018) |
|---|---|---|
| 01/17/2018 | 53 | Joint MOTION *to Terminate Consent Decree* by United States. (Attachments: # 1 Exhibit Exhibit 1, # 2 Proposed Order Proposed Order)(Cernich, Scott) (Entered: 01/17/2018) |
| 01/29/2018 | 54 | ORDER GRANTING 53 Motion to Terminate Consent Decree. Signed by Chief Judge Orlando L. Garcia. (aej) (Entered: 01/30/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/15/2025 14:16:15 | | | |
| **PACER Login:** | idcoghill2319 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:05-cv-00569-OLG |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |