# EXHIBIT 22

Query    Reports    Utilities    Help    Log Out

CLOSED,MOTREF

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:01-cv-04430

USA v. Conoco Incorpporated  
Assigned to: Judge Kenneth M. Hoyt  
Demand: $0  
Cause: 28:1345 USA Plaintiff  

Date Filed: 12/20/2001  
Date Terminated: 04/12/2002  
Jury Demand: None  
Nature of Suit: 893 Environmental Matters  
Jurisdiction: U.S. Government Plaintiff  

**Plaintiff**

**United States of America**           represented by   **Dianne M Shawley**  
US Dept Justice  
Environmental Enforcement Sect  
P O Box 7611  
Washington, DC 20044-7611  
202-514-0096  
*TERMINATED: 05/06/2010*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**James D Freeman**  
US Dept of Justice  
999 18th Street  
South Terrace, Suite 370  
Denver, CO 80202  
303-844-1489  
Email: James.Freeman2@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Michael Taylor Shelby**  
Fulbright and Jaworski  
1301 McKinney St  
Suite 5100  
Houston, TX 77010  
713-651-5266  
Fax: 713-651-5246  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Keith Edward Wyatt**  
Office of U S Attorney  
1000 Louisiana

Ste 2300
Houston, TX 77002
713-567-9713
Fax: 713-718-3303
Email: keith.wyatt@usdoj.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Conoco Incorporated**                 represented by   **Julie R Domike**
*TERMINATED: 03/28/2013*                                 Babst, Calland, Clements and Zomnir, P.C.
                                                         505 9th Street NW
                                                         Ste 700
                                                         Washington, DC 20004
                                                         (202) 853-3453
                                                         Fax: (202) 853-3454
                                                         Email: jdomike@babstcalland.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Donna K Carvalho**
                                                         Phillips 66
                                                         Houston Operations Center
                                                         1075 West Sam Houston N, Ste 200
                                                         Houston, TX 77043
                                                         832-765-1214
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Phillips 66 Company**
*also known as*
Phillip 66

**Intervenor Plaintiff**

**The State of Colorado**               represented by   **Frank R Johnson**
                                                         colorado Dept of Law
                                                         1525 Sherman St
                                                         Denver, CO 80203
                                                         303-866-5039
                                                         Fax: 303-866-3558 fax
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Thomas A. Roan**
                                                         CO Office of the Attorney General
                                                         1300 Broadway, 7th Floor
                                                         Denver, CO 80203
                                                         720-508-6000

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Intervenor Plaintiff

**Louisana Department of Environmental Quality**    represented by    **Ted R Broyles, II**
LA Dept of Environmental Quality
602 N Fifth St
Baton Rouge, LA 70802
225-219-3985
Email: Ted.Broyles@la.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Intervenor Plaintiff

**The State of Montana**    represented by    **David M Rusoff**
Montana Dept of Env Quality
PO Box 200901
Helena, MT 59620-0901
406-444-2626
Fax: 406-444-4386 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jolyn E Eggart**
Montana Dept of Revenue
PO Box 7701
Helena, MT 59604-7701
406-444-3340
Fax: 406-444-4386 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Norman J Mullen**
Montana Dept of Environmental Quality
PO Box 200901
Helena, MT 59620
406-444-4961
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

### Intervenor Plaintiff

**The State of Oklahoma**    represented by    **Karen M Jayne**
Office of Gen Counsel
OK Dept of Env Quality
PO Box 1677
Oklahoma City, OK 73101-1677
405-702-7174
Fax: 405-702-7101 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|  |  | Laura J Finley<br>Oklahoma Department of<br>Environmental Quality<br>P.O. Box 1677<br>Oklahoma City, OK 73101<br>405-702-7189<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Intervenor Defendant**

| Conoco Incorporated | represented by | **Donna K Carvalho**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Intervenor Defendant**

| Conoco Incorporated | represented by | **Donna K Carvalho**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Intervenor Defendant**

| Conoco Incorporated | represented by | **Donna K Carvalho**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Intervenor Defendant**

| Conoco Incorporated | represented by | **Donna K Carvalho**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Movant**

**The State of Oklahoma**
*through the Department of Environmental Quality*
*TERMINATED: 04/23/2002*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/20/2001 | 1 | COMPLAINT by USA filed; (lfilmore) (Entered: 12/27/2001) |
| 12/20/2001 | 2 | Order setting Initial Pretrial and Scheduling Conference on 3:45 4/19/02 before Judge Ewing Werlein, Jr and Order to Disclose Interested Persons, filed. () Parties notified. (lfilmore) (Entered: 12/27/2001) |
| 12/20/2001 | 3 | NOTICE of Lodging by USA , filed (hlerma) (Entered: 12/28/2001) |
| 12/20/2001 |  | Rec'd Proposed Consent Decree, frwd to crd. (hlerma) (Entered: 12/28/2001) |
| 01/29/2002 | 4 | MOTION to intervene as plaintiff by The State of Colorado, Motion Docket Date 2/18/02 [4-1] motion , filed. (fmremp) (Entered: 01/30/2002) |
| 01/29/2002 |  | Rcvd motion and order for pro hac vice, fwd'd to crd. (ljackson) (Entered: 01/31/2002) |

| | | |
|---|---|---|
| 01/30/2002 | 5 | Intervenor's COMPLAINT by The State of Colorado against defendant Conoco Incorpporated , filed (fmremp) Modified on 02/01/2002 (Entered: 01/31/2002) |
| 02/01/2002 | [6](#) | ORDER granting The State of Colorado's [4-1] motion to intervene as plaintiff, entered; Parties notified. ( signed by Judge Ewing Werlein, Jr ) (fmremp) (Entered: 02/04/2002) |
| 02/01/2002 | [7](#) | ORDER that Frank R Johnson is admitted pro hac vice pursuant to L. R. 1 for Pltf-Intervenor State of Colorado, entered. Parties ntfd. ( Signed by Judge Ewing Werlein, Jr ) (fmremp) (Entered: 02/04/2002) |
| 03/19/2002 | 8 | MOTION to intervene by "LDEQ" by "LDEQ", (The State of Louisiana, through the Department of Environmental Quality, an agency of the State of Louisiana) Motion Docket Date 4/8/02 [8-1] motion , filed. (fmremp) (Entered: 03/20/2002) |
| 03/19/2002 | 9 | MEMORANDUM by "LDEQ" in support of [8-1] motion for intervention by "LDEQ", filed (fmremp) (Entered: 03/20/2002) |
| 03/19/2002 | 10 | Intervenor's COMPLAINT by "LDEQ" against Deft Conoco Incorporated, filed (fmremp) Modified on 03/21/2002 (Entered: 03/20/2002) |
| 03/22/2002 | | Motion(s) referred: [8-1] motion to intervene by "LDEQ" referred to Magistrate Judge Frances H. Stacy (fmremp) (Entered: 03/22/2002) |
| 03/27/2002 | [11](#) | NOTICE of Hearing: reset scheduling conference for 1:00 4/18/02 before Magistrate Judge Frances H. Stacy , filed. (hlerma) (Entered: 03/27/2002) |
| 03/27/2002 | 12 | UNOPPOSED MOTION to intervene , by The State of Montana, Motion Docket Date 4/16/02 [12-1] motion , filed. (psmith) (Entered: 03/29/2002) |
| 03/27/2002 | 13 | COMPLAINT IN INTERVENTION, by The State of Montana against defendant Conoco Incorporated , filed (psmith) Modified on 04/01/2002 (Entered: 03/29/2002) |
| 03/27/2002 | 14 | UNOPPOSED MOTION for David M Rusoff and Jolyn E Eggart to appear pro hac vice by The State of Montana, Motion Docket Date 4/16/02 [14-1] motion , filed (fmremp) (Entered: 04/01/2002) |
| 03/29/2002 | [15](#) | ORDER granting [14-1] motion for David M Rusoff and Jolyn E Eggart to appear pro hac vice for the State of Montana, entered; Parties notified. signed by Judge Ewing Werlein, Jr ) (fmremp) (Entered: 04/01/2002) |
| 03/29/2002 | [16](#) | ORDER granting The State of Montana's [12-1] motion to intervene, entered; Parties notified. ( signed by Judge Ewing Werlein, Jr ) (fmremp) (Entered: 04/01/2002) |
| 04/10/2002 | 17 | UNOPPOSED MOTION to cancel scheduling conference by USA, Motion Docket Date 4/30/02 [17-1] motion , filed. (fmremp) (Entered: 04/11/2002) |
| 04/12/2002 | [18](#) | ORDER granting the USA's [17-1] motion to cancel scheduling conference, entered; Parties notified. ( signed by Judge Ewing Werlein, Jr ) (fmremp) (Entered: 04/15/2002) |
| 04/12/2002 | [19](#) | ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT: The case is DISMISSED without prejudice to the right of the parties to move for |

| | | |
|---|---|---|
| | | reinstatement w/in 90 days after the entry of this order, entered; Parties notified. ( signed by Judge Ewing Werlein, Jr ) (fmremp) (Entered: 04/15/2002) |
| 04/12/2002 | | Case closed (fmremp) (Entered: 04/15/2002) |
| 04/16/2002 | 20 | UNOPPOSED MOTION to intervene as a plaintiff under Rule 24 by The State of OK by Movant The State of OK, Motion Docket Date 5/6/02 [20-1] motion , filed. (fmremp) (Entered: 04/18/2002) |
| 04/16/2002 | 21 | Intervenor's COMPLAINT by The State of OK against defendant Conoco Incorporated, filed (fmremp) (Entered: 04/18/2002) |
| 04/16/2002 | | Rec'd M&0 pursuant to Local Rule for admission pro hac vice of Karen M Jayne f/Movant State of Oklahoma, Dept of Environmental Quality; fwd to Judge (fmremp) (Entered: 04/18/2002) |
| 04/22/2002 | 22 | ORDER granting State of Oklahoma's [20-1] motion to intervene as a plaintiff under Rule 24 by The State of OK, entered; Parties notified. ( signed by Judge Ewing Werlein, Jr ) (fmremp) (Entered: 04/23/2002) |
| 04/22/2002 | 23 | ORDER that Karen M Jayne is admitted pro hac vice for State of Oklahoma, Dept of Environmental Quality pursuant to L. R. 1, entered. Parties ntfd. ( Signed by Judge Ewing Werlein, Jr ) (fmremp) (Entered: 04/24/2002) |
| 04/22/2002 | 24 | MOTION to reinstate by USA, Motion Docket Date 5/12/02 [24-1] motion , filed. (fmremp) (Entered: 04/24/2002) |
| 04/22/2002 | 25 | MOTION to enter consent decree by USA, Motion Docket Date 5/12/02 [25-1] motion , filed. (fmremp) (Entered: 04/24/2002) |
| 04/22/2002 | 26 | MEMORANDUM by USA in support of [25-1] motion to enter consent decree, filed (fmremp) (Entered: 04/24/2002) |
| 04/24/2002 | | Rec'd M&0 pursuant to Local Rule 1 for Admission Pro Hac Vice of Julie R Domike, Attorney for Conoco, Inc; fwd to Judge (fmremp) (Entered: 04/27/2002) |
| 04/24/2002 | 27 | MEMORANDUM by USA in support of [25-1] motion to enter consent decree, filed (fmremp) (Entered: 04/27/2002) |
| 04/29/2002 | 28 | ORDER granting pltf's [24-1] motion to reinstate for the purpose of entering consent decree, entered; Parties notified. ( signed by Judge Ewing Werlein, Jr ) (sguevara) (Entered: 04/30/2002) |
| 04/29/2002 | 29 | CONSENT DECREE/ORDER granting pltf's [25-1] motion to enter consent decree , entered; Parties notified. ( signed by Judge Ewing Werlein, Jr ) (sguevara) (Entered: 04/30/2002) |
| 04/29/2002 | 30 | ORDER that Julie R Domike is admitted pro hac vice for Conoco Incorporated pursuant to L. R. 1, entered. Parties ntfd. ( Signed by Judge Ewing Werlein, Jr ) (fmremp) (Entered: 04/30/2002) |
| 06/16/2003 | 31 | NOTICE of Lodging by USA , filed (hlerma) (Entered: 06/17/2003) |
| 06/16/2003 | | Rec'd Proposed First Amendment to Consent Decree Order, frwd to crd. (hlerma) (Entered: 06/17/2003) |
| 06/16/2003 | 32 | CERTIFICATE OF SERVICE by USA re: [0-0] Proposed First Amendment to Consent Decree Order, filed. (hlerma) (Entered: 06/17/2003) |

| | | |
|---|---|---|
| 07/28/2003 | 33 | UNOPPOSED MOTION to enter first amendment to consent decree by USA, Motion Docket Date 8/17/03 [33-1] motion , filed. (sguevara) (Entered: 07/30/2003) |
| 07/28/2003 | 34 | MEMORANDUM by USA in support of its [33-1] unopopsed motion to enter first amendment to consent decree , filed (sguevara) (Entered: 07/30/2003) |
| 07/28/2003 | 35 | CERTIFICATE OF SERVICE by USA re: its [33-1] motion to enter first amendment to consent decree, [34-1] support memorandum , (sguevara) (Entered: 07/30/2003) |
| 08/02/2003 | 36 | FIRST AMENDMENT TO CONSENT DECREE entered granting [33-1] motion to enter first amendment to consent decree , Parties notified. ( signed by Judge Ewing Werlein, Jr ) (psmith) (Entered: 08/05/2003) |
| 07/12/2006 | 37 | Second Amendment to Consent Decree (related to document # 36 ) by United States of America, filed.(ledwards, ) Additional attachment(s) added on 7/12/2006 (ledwards, ). (Entered: 07/12/2006) |
| 07/12/2006 | 38 | NOTICE of LODGING by United States of America, filed. (ejuarez, ) (Entered: 07/12/2006) |
| 09/18/2006 | 39 | UNOPPOSED MOTION to Enter 2nd Amendment to Consent Decree 37 Document by United States of America, filed. Motion Docket Date 10/10/2006. (kettac, ) (Entered: 09/19/2006) |
| 09/18/2006 | 40 | MEMORANDUM in Support re: 39 MOTION to Amend 37 Document by United States of America, filed. (Attachments: # 1 Certificate of Service)(kettac, ) (Entered: 09/19/2006) |
| 09/22/2006 | 41 | ORDER OF RECUSAL. Judge Ewing Werlein, Jr recused. Case reassigned to Judge Gray H. Miller for all further proceedings.( Signed by Judge Ewing Werlein, Jr ) Parties notified.(mmar, ) (Entered: 09/25/2006) |
| 09/28/2006 | 42 | ORDER OF RECUSAL. Judge Gray H. Miller recused. Case reassigned to Judge Kenneth M. Hoyt for all further proceedings.( Signed by Judge Gray H. Miller ) Parties notified.(hler, ) Modified on 10/4/2006 (hler, ). (Entered: 10/02/2006) |
| 10/24/2006 | 43 | ORDER granting 39 UNOPPOSED MOTION to Enter 2nd Amendment to Consent Decree. ( Signed by Judge Kenneth M. Hoyt ) Parties notified.(djustice, ) (Entered: 10/24/2006) |
| 05/06/2010 | 44 | NOTICE of attorney substitution by United States of America. Attorney Freeman, James D added. Attorney Dianne M Shawley terminated, filed. (Freeman, James) (Entered: 05/06/2010) |
| 05/06/2010 | 45 | NOTICE *of Non-Material Modification to Consent Decree* re: 37 Document by United States of America, filed. (Attachments: # 1 Non-Material Modification to Consent Decree for the Conoco Inc. Refinery, Commerce City, Colorado)(Freeman, James) (Entered: 05/06/2010) |
| 03/11/2013 | 46 | MOTION for Donna K. Carvalho to Appear Pro Hac Vice, filed. Motion Docket Date 4/1/2013. (olindor, ) (Entered: 03/12/2013) |
| 03/12/2013 | 47 | ORDER granting 46 Motion for Donna Carvalho to Appear Pro Hac Vice.(Signed by Judge Kenneth M. Hoyt) Parties notified.(chorace) (Entered: 03/14/2013) |

| 03/26/2013 | 48 | Agreed MOTION to Substitute Party in place of Conoco Incorporated by United States of America, filed. Motion Docket Date 4/16/2013. (Attachments: # 1 Proposed Order Substitute Phillips 66 for Conoco Inc. as Defendant)(Wyatt, Keith) (Entered: 03/26/2013) |
| --- | --- | --- |
| 03/28/2013 | 49 | ORDER granting 48 Motion to Substitute Party and Consent Decree. Phillips 66 Company added as a defendant and Conoco Incorporated terminated(Signed by Judge Kenneth M. Hoyt) Parties notified.(kpicota, ) (Entered: 03/28/2013) |
| 09/07/2016 | 50 | MOTION for Thomas A. Roan to Appear Pro Hac Vice by The State of Colorado, filed. Motion Docket Date 9/28/2016. (dbenavides, 1) (Entered: 09/12/2016) |
| 09/08/2016 | 54 | MOTION for Norman J. Mullen to Appear Pro Hac Vice by The State of Montana, filed. Motion Docket Date 9/29/2016. (ltien, 4) (Entered: 09/27/2016) |
| 09/09/2016 | 52 | MOTION for Laura J. Finley to Appear Pro Hac Vice by The State of Oklahoma, The State of Oklahoma, filed. Motion Docket Date 9/30/2016. (dmorales, 5) (Entered: 09/16/2016) |
| 09/13/2016 | 51 | ORDER granting 50 Motion for Thomas A Roan to Appear Pro Hac Vice. (Signed by Judge Kenneth M Hoyt) Parties notified.(gclair, 4) (Entered: 09/13/2016) |
| 09/19/2016 | 53 | ORDER granting 52 Motion to Appear Pro Hac Vice Laura J. Finley.(Signed by Judge Kenneth M Hoyt) Parties notified.(gkelner, 4) (Entered: 09/19/2016) |
| 09/28/2016 | 55 | ORDER granting 54 Motion to Appear Pro Hac Vice, Norman J. Mullen,.(Signed by Judge Kenneth M Hoyt) Parties notified.(bdaniel, 4) (Entered: 09/29/2016) |
| 09/29/2016 | 56 | Joint MOTION to Partially Terminate Consent Decree by Phillips 66 Company, filed. Motion Docket Date 10/20/2016. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Proposed Order)(Domike, Julie) (Entered: 09/29/2016) |
| 10/06/2016 | 57 | ORDER granting 56 Motion to Partially Terminate the Consent Decree. (Signed by Judge Kenneth M Hoyt) Parties notified. (wbostic, 4) (Entered: 10/06/2016) |
| 03/31/2022 | 58 | Letter from Donald Austin re: Annual update by Suncor Energy Inc., filed.(ShannonHolden, 4) (Entered: 03/31/2022) |
| 03/28/2023 | 59 | STATUS REPORT by Suncor, filed.(DarleneHansen, 4) (Entered: 03/29/2023) |
| 02/07/2024 | 60 | STATUS REPORT by Phillips 66 Company, filed.(DarleneHansen, 4) (Entered: 02/07/2024) |
| 02/07/2024 | 61 | STATUS REPORT by Suncor Commerce City Refinery, filed.(DarleneHansen, 4) (Entered: 02/07/2024) |

| PACER Service Center | | |
| --- | --- | --- |
| Transaction Receipt | | |
| 01/15/2025 14:21:06 | | |
| **PACER Login:** | idcoghill2319 | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** | 4:01-cv-04430 |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |