# EXHIBIT 23

## GreenLatinos' Response to Exhibit 4

| Emission Standard Suncor Allegedly Violated | Claim No. | Exhibit to Am. Compl. | Consent Decree ¶¶ | GreenLatinos' Response |
|---|---|---|---|---|
| 162 ppmv $H_2S$ Limit Under NSPS Subpart J (at fuel gas combustion devices and monitors) | Claim 1<br>Claim 26 | Exhibit B (ECF 8-2) | ¶ 156 (Plants 1&3)<br>¶ 231 (East Plant 2) | Claim 1 alleges violations of the $H_2S$ concentration limit in NSPS Subpart J, 40 C.F.R. § 60.104(a)(1), at "fuel gas combustion devices," which includes heaters, boilers, and flares. Am. Compl. at 29-30, ¶¶ 137, 141-44.<br><br>The Consent Decree ("CD") paragraphs Suncor cites:<br><br>(1)   only apply to flares, not the boilers and heaters,<br><br>(2)   requires flares satisfy NSPS Subpart J, not the specific limit in Claim 1, and<br><br>(3)   allows Suncor to meet its obligation by limiting combustion "of process upset gases, fuel gas that is released to the flare as a result of relief valve leakage or other emergency malfunctions," which is the option Suncor chose. *See, e.g.,* Ex. 2 (West Plant Permit) § II.29.2. Importantly, those emissions are exempt from the limit that GreenLatinos are enforcing. *See* 40 C.F.R. § 60.104(a)(1). |
| 162 ppmv $H_2S$ Limit Under NSPS Subpart Ja (at fuel gas combustion devices and monitors) | Claim 2<br>Claim 26 | Exhibit B (ECF 8-2) | Similar emission standard as ¶156 (Plants 1&3) and ¶ 231 (Plant 2) | *See* Claim 1, above, regarding boilers and heaters not being covered by the CD paragraphs cited.<br><br>Also, NSPS Subpart Ja did not exist when the Consent Decrees were entered. 40 C.F.R. § 60.104a(b) (starting in 2007). |

1

| **Emission Standard Suncor Allegedly Violated** | **Claim No.** | **Exhibit to Am. Compl.** | **Consent Decree ¶¶** | **GreenLatinos' Response** |
|---|---|---|---|---|
| Construction Permit 09AD1422 Limit on 162 ppm H2S Concentration in Fuel Gas Burned by Boilers 504 and 505 | Claim 3(¶¶ 330-338) | Exhibit B (ECF 8-2) | Similar emission standard as ¶115 (Plant 2) | Boilers B504 and B505 were installed in October 2011, Ex. 3 (East Plant Permit) at 4, six years after the consent decree.<br><br>The CD paragraph, Ex. 6 ¶ 115, says NSPS Subpart J applies to boilers and heaters, but NSPS Subpart J does not apply to Boilers B504 and B505, *see* Ex. 3 (East Plant Permit) at 45-46 (applying NSPS Subpart Ja, but not NSPS Subpart J). |
| 162 ppmv H2S Limit as $PM_{10}$ RACT for Heaters H-25, H2101, H1716 and H-1717 | Claim 4 | Exhibit B (ECF 8-2) | Similar emission standard as ¶69 (Plants 1&3) | The units in Claim 4 were all installed in 2006, Ex. 2 (West Plant Permit) at 7, four years after the consent decree.<br><br>Claim 4 alleges violations of Reasonably Available Control Technology ("RACT") requirements pursuant to the Colorado State Implementation Plan ("SIP"), which is independent of any federal consent decree or regulatory requirements. Am. Compl. at 59, ¶¶ 340-41; 46-47, ¶¶ 234-39. The CD paragraph, Ex. 5 ¶ 69, meanwhile, merely requires NSPS Subpart J to apply to boilers and heaters, without reference to any specific limit. There is no indication that EPA was enforcing a specific standard. |
| 30% Opacity Limit Under NSPS Subpart J (at FCCUs) | Claim 5<br>Claim 26 | Exhibit C (ECF 8-3) | ¶54 (Plants 1&3)<br>¶98 (Plant 2) | Claim 5 alleges violations of the specific opacity percentage limit under NSPS Subpart J, 40 C.F.R. § 60.102(a)(2), to FCCUs. Am. Compl. at 60-61, ¶¶ 349-53.<br>The CD paragraphs merely require NSPS Subpart J to apply to FCCUs at Suncor. There is no indication that EPA was enforcing a specific standard. |

| Emission Standard Suncor Allegedly Violated | Claim No. | Exhibit to Am. Compl. | Consent Decree ¶¶ | GreenLatinos' Response |
|---|---|---|---|---|
| 30% Opacity Limit Under MACT UUU (at FCCUs) | Claim 6 Claim 27 | Exhibit C (ECF 8-3) | Similar emission standard as ¶54 (Plants 1&3) and ¶98 (Plant 2) | Claim 6 is enforcing a specific opacity percentage limit under MACT UUU, 40 C.F.R. § 1564(a)(1), to FCCUs. Am. Compl. at 61, ¶¶ 354-59.<br><br>The CDs do not reference any MACT UUU standards.<br><br>The CD paragraphs merely require NSPS Subpart J to apply to FCCUs at Suncor. There is no indication that EPA was enforcing a specific standard.<br><br>Even if the CD enforced NSPS opacity limit, that limit controls emissions of particulate matter. *See* Am. Compl. at 31, ¶ 147. The MACT UUU standard controls metallic hazardous air pollutants, Am. Compl. ¶ 178—a completely different pollutant under a completely different regulatory regime. |
| 30% Opacity Limit Under CO Reg. 1 (at FCCUs) | Claim 7 | Exhibit D (ECF 8-4) | Similar emission standard as ¶54 (Plants 1&3) and ¶98 (Plant 2) | Claim 7 is enforcing a specific opacity percentage limit under the Colorado SIP that applies to FCCUs. Am. Compl. at 62, ¶ 361. It only applies when the refinery is conducting certain activities like cleaning fire boxes and soot blowing. *See id.*; *id.* at 45, ¶ 228-29.<br><br>The CDs do not reference the Colorado SIP requirement. The CD paragraphs merely require NSPS Subpart J to apply to FCCUs at Suncor. There is no indication that EPA was enforcing a specific standard.<br><br>Even if the CD enforced NSPS opacity limit, that limit is not specifically concerned with the activities in the SIP provision. *See* Am. Compl. at 31, ¶ 146. |

3

| Emission Standard Suncor Allegedly Violated | Claim No. | Exhibit to Am. Compl. | Consent Decree ¶¶ | GreenLatinos' Response |
|---|---|---|---|---|
| Six-Minute 20% Opacity Limit Under CO Reg. 1 (at FCCUs) | Claim 8 | Exhibit E (ECF 8-5) | Similar to NSPS J requirements for FCCUs in ¶54 (Plants 1&3) and ¶98 (Plant 2) | Claim 8 is enforcing a specific opacity percentage limit under the Colorado SIP that applies to FCCUs. Am. Compl. at 62, ¶ 361.<br><br>See Claim 7, above, regarding CD not referencing SIP requirement and not applying a specific NSPS Subpart J standard.<br><br>Also, the Colorado SIP limit is far more stringent than the NSPS Subpart J limit, *compare* Am. Compl. at 62, ¶ 367 (20% limit) *with* Am. Compl. at 60, ¶ 349 (30% limit). |
| Three-Hour 20% Opacity Limit Under MACT UUU (at FCCUs) | Claim 9 Claim 27 | Exhibit E (ECF 8-5); Exhibit F (ECF 8-6) | Similar to NSPS J requirements for FCCUs in ¶54 (Plants 1&3) and ¶98 (Plant 2 | Claim 9 is is enforcing a specific opacity percentage limit under MACT UUU, 40 C.F.R. § 63.1564(a)(1), to FCCUs. Am. Compl. at 63, ¶ 373.<br><br>See Claim 6, above, regarding CD not referencing MACT UUU, not applying a specific NSPS Subpart J standard, and NSPS Subpart J opacity standard controlling different pollutants than NSPS Subpart J.<br><br>Also, the MACT UUU limit is more stringent and has a longer averaging period than the NSPS Subpart J limit, *compare* Am. Compl. at 62, ¶ 367 (20% limit over three hours) *with* Am. Compl. at 60, ¶ 349 (30% limit over six minutes). |

4

| Emission Standard Suncor Allegedly Violated | Claim No. | Exhibit to Am. Compl. | Consent Decree ¶¶ | GreenLatinos' Response |
|---|---|---|---|---|
| 500 ppmv CO Limit Under NSPS Subpart J (at FCCUs) | Claim 10 Claim 26 | Exhibit G (ECF 8-7) | ¶ 49 (Plants 1&3) ¶ 94 (Plant 2) | Claim 10 alleges violations of a specific CO emission limit under NSPS Subpart J, 40 C.F.R. § 60.103(a), from FCCUs. Am. Compl. at 64, ¶ 379.<br><br>The CD paragraphs apply the same numeric limit on emissions from the FCCUs, but as the Title V permits confirm, the two limits are independently applicable and enforceable from the NSPS Subpart J limit. *See* Ex. 2 (West Plant Permit) at 114-15, Conds. 22.10.1 (consent decree limit), 22.11.1 (NSPS Subpart J limit); Ex. 3 (East Plant Permit) at 24-25, Conds. 2.7.2 (NSPS Subpart J limit), 2.12 (consent decree limit). |
| 500 ppmv CO Limit Under NSPS Subpart Ja (at Plant 2 FCCU) | Claim 11 Claim 26 | Exhibit G (ECF 8-7) | Similar emission standard as ¶ 94 (Plant 2) | Claim 11 alleges violations of a specific CO emission limit under NSPS Subpart Ja, 40 C.F.R. § 60.102a(b)(4), from FCCUs. Am. Compl. at 64, ¶ 385.<br><br>*See* Claim 2 regarding NSPS Subpart Ja not existing when CDs were entered.<br><br>The CD paragraph applies the same numeric limit on emissions from the FCCU, but as the Title V permit confirms that the two limits are independently applicable and enforceable. *See* Ex. 3 (East Plant Permit) at 24-26, Conds. 2.7.2.2 (NSPS Subpart Ja limit), 2.12 (consent decree limit). |

| **Emission Standard Suncor Allegedly Violated** | **Claim No.** | **Exhibit to Am. Compl.** | **Consent Decree ¶¶** | **GreenLatinos' Response** |
|---|---|---|---|---|
| 500 ppmv CO Limit Under MACT UUU (at FCCUs) | Claim 12 Claim 27 | Exhibit G (ECF 8-7) | Similar emission standard as ¶49 (Plants 1&3) and ¶94 (Plant 2) | Claim 12 alleges violations of a specific CO emission limit under MACT UUU, 40 C.F.R. § 63.1564(a)(1), from FCCUs. Am. Compl. at 66, ¶ 392. <br><br> MACT UUU uses CO emissions as a proxy to control emissions of organic hazardous air pollutants. Am. Compl. ¶ 183. <br><br> The CDs do not reference MACT UUU or organic hazardous air pollutants. <br><br> The CD paragraphs apply the same numeric limit on emissions from the FCCUs, but as the Title V permits confirm, the two limits are independently applicable and enforceable from the NSPS Subpart J limit. *See* Ex. 2 (West Plant Permit) at 114-15, Conds. 22.10.1 (consent decree limit), 22.12 (MACT UUU); Ex. 3 (East Plant Permit) at 26-27, Conds. 2.12 (consent decree limit), 2.7.2 (MACT UUU) |
| 500 ppmv CO Limit Under Plants 1 & 3 Consent Decree (FCCU) | Claim 13 | Exhibit G (ECF 8-7) | ¶ 49 (Plants 1&3) | Claim 13 enforces the CO limit from the CD. Claims for violation of a CD are not barred by a CD itself. *City of Fairborn, v. U.S. Env't Prot. Agency*, No. 3:22-CV-102, 2024 WL 555929, at *6 (S.D. Ohio Feb. 12, 2024). Logically, a CD could not have been enforcing an emission limit that was created for the first time in the CD itself. |
| 500 ppmv CO Limit Under Plant 2 Consent Decree (FCCU) | Claim 14 | Exhibit G (ECF 8-7) | ¶ 94 (Plant 2) | Claim 14 enforces the CO limit from the CD. Claims for violation of a CD are not barred by a CD itself. *City of Fairborn*, 2024 WL 555929, at *6. Logically, a CD could not have been enforcing an emission limit that was created for the first time in the CD itself. |

| Emission Standard Suncor Allegedly Violated | Claim No. | Exhibit to Am. Compl. | Consent Decree ¶¶ | GreenLatinos' Response |
|---|---|---|---|---|
| 500 ppmv CO Limit Under CO RACT (Plant 2 FCCU) | Claim 15 | Exhibit G (ECF 8-7) | Similar emission standard as ¶94 (Plant 2) | Claim 15 alleges violations of RACT requirements pursuant to the Colorado SIP, which is independent of any federal consent decree or regulatory requirements. Am. Compl. at 67, ¶¶ 410-11; 46-47, ¶¶ 234-37, 240-41. |
| 0.06 lbs/MMBTU CO Limit on Boilers B-6 and B-8 | Claim 16 (stet) | Exhibit H (ECF 8-8) | ¶73.(a) (Plants 1&3) | Claim 16 enforces the CO limit from the CD. Claims for violation of a CD are not barred by a CD itself. *City of Fairborn*, 2024 WL 555929, at *6. Logically, a CD could not have been enforcing an emission limit that was created for the first time in the CD itself. |
| 250 ppmv $SO_2$ Limit Under NSPS Subpart J (H-25) | Claim 17 Claim 26 | Exhibit I (ECF 8-9) | ¶171 (Plants 1&3) | Claim 17 alleges violations of a specific $SO_2$ limit from NSPS Subpart J, 40 C.F.R. § 104(a)(2), to sulfur recovery units. Am. Compl. at 69, ¶ 423.<br><br>The CD paragraph meanwhile, merely requires NSPS Subpart J to apply to the sulfur recovery unit. There is no indication that EPA was enforcing a specific standard. |
| 250 ppmv $SO_2$ Limit Under MACT UUU (H-25) | Claim 18 Claim 27 | Exhibit I (ECF 8-9) | Similar to NSPS J requirements for SRPs in ¶171 (Plants 1&3) | Claim 18 alleges violations of a specific $SO_2$ limit from MACT UUU, 40 C.F.R. § 63.1568(a)(1), to sulfur recovery units. Am. Compl. at 69, ¶ 423.<br><br>The CD does not reference MACT UUU at all. The CD paragraphs merely require NSPS Subpart J to apply to sulfur recovery units. There is no indication that EPA was enforcing a specific standard.<br><br>Even if the CD enforced NSPS $SO_2$ limits, that limit controls emissions of $SO_2$ itself. *See* Am. Compl. at 31, ¶ 147. The MACT UUU standard total reduced sulfur hazardous air pollutants. Am. Compl. at 38, ¶ 183—a completely different pollutant under a completely different regulatory regime. |

7

| Emission Standard Suncor Allegedly Violated | Claim No. | Exhibit to Am. Compl. | Consent Decree ¶¶ | GreenLatinos' Response |
|---|---|---|---|---|
| 15.68 lb $SO_2$ Limit for SRU (H-25) | Claim 19 | Exhibit J (ECF 8-10) | Similar to NSPS J requirements for SRPs in ¶171 (Plants 1&3) | Claim 19 alleges violations of a specific $SO_2$ limit at the Heater H-25, the tail gas incinerator, established by the CDPHE permit. Am. Compl. at 70, ¶ 437. It establishes an hourly mass-based emission limit.<br><br>*See* Claim 4 regarding Heater H-25 being installed four years after the consent decree.<br><br>The CD paragraphs merely require NSPS Subpart J to apply to sulfur recovery units. There is no indication that EPA was enforcing a specific standard.<br><br>Even if the CD enforced NSPS Subpart J $SO_2$ limits, that limit is a concentration limit (250 ppmv) that applies to sulfur recovery units. Am. Compl. at 69, ¶ 423, The limit in Claim 19 is an hourly mass-based limit that applies to Heater H-25 specifically. |
| 15.68 lb $SO_2$ Limit as $PM_{10}$ RACT for SRU (H-25) | Claim 20 | Exhibit J (ECF 8-10) | Similar to NSPS J requirements for SRPs in ¶171 (Plants 1&3) | Claim 20 alleges violations of RACT requirements pursuant to the Colorado SIP, applicable to the sulfur recovery unit. RACT requirements are imposed by CDPHE, and they are independent of any federal consent decree or regulatory requirements. Am. Compl. at 71, ¶¶ 443-44; 46-48, ¶¶ 234-37, 242-43.<br><br>The CD paragraphs merely require NSPS Subpart J to apply to sulfur recovery units. There is no indication that EPA was enforcing a specific standard.<br><br>Even if the CD enforced NSPS Subpart J $SO_2$ limits, that limit is a concentration limit (250 ppmv) that applies to sulfur recovery units. Am. Compl. at 69, ¶ 423, The limit |

8

| Emission Standard Suncor Allegedly Violated | Claim No. | Exhibit to Am. Compl. | Consent Decree ¶¶ | GreenLatinos' Response |
|---|---|---|---|---|
| | | | | in Claim 20 is an hourly mass-based limit that applies to Heater H-25 specifically.<br><br>Also, the NSPS Subpart J limit controls $SO_2$ specifically. *See* 40 C.F.R. § 104. Meanwhile, the RACT limit controls $SO_2$ as a precursor of $PM_{10}$. *See* Ex. 2 at 100, Cond. 20.10.1. |
| 270 BTU/SCF Limit on Flares Under MACT CC | Claim 21<br>Claim 28 | Exhibit K (ECF 8-11) | Similar to NSPS Subpart A (40 CFR § 60.18) requirements for flares in ¶ 156 (Plants 1&3) and ¶¶231-240 (East Plant 2 | Claim 21 alleges violations of a minimum heating value for flares under MACT CC, 40 C.F.R. § 63.670(e). Am. Compl. at 72, ¶ 450.<br><br>The standard in Claim 21 was adopted after the consent decrees. *See* 40 C.F.R. § 63.670 (starting in 2019).<br><br>While 40 C.F.R. 60.18 includes some optional minimum heating values, it does not include a mandatory minimum heating value, let alone the same one as MACT CC.<br><br>The MACT CC standards are more stringent than the standards in 40 C.F.R. § 60.18, and, in fact, Suncor was required to modify its flares to comply with the MACT CC standards. *See, e.g.,* Ex. 24 (West Plant Permit TRD) at 36-37. |

| **Emission Standard Suncor Allegedly Violated** | **Claim No.** | **Exhibit to Am. Compl.** | **Consent Decree ¶¶** | **GreenLatinos' Response** |
|---|---|---|---|---|
| 270 BTU/SCF Limit as RACT for $PM_{10}$, $NO_X$, and CO on GBR Unit Flare | Claim 22 | Exhibit K (ECF 8-11) | Similar to NSPS Subpart A (40 CFR § 60.18) requirements for flares in ¶ 156 (Plants 1&3) and ¶¶231-240 (East Plant 2 | Claim 22 alleges violations of RACT requirements pursuant to the Colorado SIP, applicable to the GBR Unit Flare. RACT requirements are imposed by CDPHE, and they are independent of any federal consent decree or regulatory requirements. Am. Compl. at 72, ¶¶ 457-58; 46-48, ¶¶ 234-37, 244-45.  *See* Claim 21 regarding MACT CC standards being adopted after the consent decree was entered and more stringent than 40 C.F.R. ¶ 60.18.  The GBR Unit flare was installed in 2012, ten years after the consent decree was entered.  Also, the MACT CC limit simply sets a limit for the flare's minimum heating value. *See* Am. Compl. at 72, ¶ 450. Meanwhile, the RACT limits in Claim 22 use the MACT CC minimum heating value as a proxy for three different pollutants: $PM_{10}$, NOx, and CO. Am. Compl. at 72, ¶¶ 457-58. |
| Flare Smoke Visibility Limits Under MACT CC | Claim 23 Claim 28 | Exhibit L (ECF 8-12) | Similar to NSPS Subpart A (40 CFR § 60.18) requirements for flares in ¶156 (Plants 1&3) and ¶¶231-240 (Plant 2) | Claim 23 imposes a specific limit on the visibility of flares under MACT CC, 40 C.F.R. § 63.670(c). Am. Compl. at 73, ¶ 73.  *See* Claim 21 regarding MACT CC standards being adopted after the consent decree was entered.  While the MACT CC standard imposes the same 2-hour visible emission limit as 40 C.F.R. § 60.18, it imposes far more stringent requirement for monitoring the flare's compliance with that requirement. *Compare* 40 C.F.R. § 63.670(h) *with* 40 C.F.R. § 60.18(f)(1). |

10

| **Emission Standard Suncor Allegedly Violated** | **Claim No.** | **Exhibit to Am. Compl.** | **Consent Decree ¶¶** | **GreenLatinos' Response** |
|---|---|---|---|---|
| Flare Smoke Visibility as Compliance with 30% Opacity Limit | Claim 24 | Exhibit L (ECF 8-12) | Similar to NSPS Subpart A (40 CFR § 60.18) requirements for flares in ¶156 (Plants 1&3) and ¶¶231-240 (Plant 2) | Claim 24 is enforcing a specific opacity percentage limit under the Colorado SIP that applies to flares. Am. Compl. at 74, ¶¶ 471-73. It is a state limit that is independent from any federal limit. CDPHE has established the MACT CC visible emission limit as a presumption of compliance/non-compliance with the opacity limit. *See, e.g.,* Ex. 2 at 164 Cond. 29.6.<br><br>60.18 says nothing about a specific opacity limit. |
| 0.04 lbs/MMBTU $NO_X$ Limit for Heater H-2101 | Claim 25 | (ECF 8-1, Table 11) | ¶220 (Plants 1&3) | Claim 25 enforces the NOx limit on Heater H-2101 set by the CD. Claims for violation of a CD are not barred by a CD itself. *City of Fairborn*, 2024 WL 555929, at *6.<br><br>Logically, a CD could not have been enforcing an emission limit that was created for the first time in the CD itself.<br><br>Also, *see* Claim 4 regarding Heater H-2101 being installed four years after the consent decree was entered. |

11