IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02164-DDD-SBP

GREENLATINOS, 350 COLORADO, and
SIERRA CLUB,

    Plaintiffs,

v.

SUNCOR ENERGY (U.S.A.) INC.,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Motion to Dismiss, filed May 23, 2025, by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendant, Suncor Energy (U.S.A.), Inc., and against Plaintiffs, GreenLatinos, 350 Colorado, and Sierra Club, on Defendant's Motion to Dismiss. It is further

ORDERED that Plaintiffs' complaint and action are dismissed.

DATED at Denver, Colorado this 23rd day of May, 2025.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk